IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENVISION HEALTHCARE CORP., *et al.*,[1] | ) ) ) | Case No. 23-90342 (CML) |
| Debtors. | ) ) ) | (Joint Administration Requested) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE
OF ALL NOTICES, PLEADINGS, ORDERS, AND OTHER PAPERS**

PLEASE TAKE NOTICE that the law firms of Gibson, Dunn & Crutcher LLP and Munsch Hardt Kopf & Harr, P.C., by and through below-referenced counsel, hereby make an appearance on behalf of the Envision Ad Hoc Group in the above-captioned proceeding (the "Bankruptcy Case"), and file this *Notice of Appearance and Request for Service of All Notices, Pleadings, Orders and Other Papers* (the "Notice of Appearance") to request, pursuant to Fed. R. Bankr. P. 2002, 3017, 9007, and 9010 and 11 U.S.C. §§ 342 and 1109(b), that all notices given or required to be given in the Bankruptcy Case, and that all pleadings, orders and other papers served or required to be served in the Bankruptcy Case, be given and served upon:

> Scott J. Greenberg
> GIBSON, DUNN & CRUTCHER LLP
> 200 Park Avenue
> New York, NY 10166-0005
> Telephone: (212) 351-5298
> Facsimile: (212) 716-0798
> sgreenberg@gibsondunn.com

---

[1] A complete list of each of the Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/Envision. The Debtors' service address is 1A Burton Hills Boulevard, Nashville, Tennessee 37215.

4871-6032-5987v.3

Jason Zachary Goldstein
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0005
Telephone: (212) 351-5307
Facsimile: (212) 716-0777
jgoldstein@gibsondunn.com

Keith R. Martorana
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0005
Telephone: (212) 351-3991
Facsimile: (212) 351-6391
kmartorana@gibsondunn.com

David M. Feldman
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0005
Telephone: (212) 351-2366
Facsimile: (212) 351-6366
dfeldman@gibsondunn.com

Mary Beth Maloney
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0005
Telephone: (212) 351-2315
Facsimile: (212) 351-6315
mmaloney@gibsondunn.com

C. Lee Wilson
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0005
Telephone: (212) 351-2452
Facsimile: (212) 817-9552
clwilson@gibsondunn.com

-and-

>John D. Cornwell
>Brenda L. Funk
>MUNSCH HARDT KOPF & HARR, P.C.
>700 Milam Street, Suite 800
>Houston, Texas 77002
>Telephone: (713) 222-1470
>Facsimile: (713) 222-1475
>jcornwell@munsch.com
>bfunk@munsch.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, motions, applications, complaints, demands, notices of motions, notices of applications, notices of hearing, petitions, objections, answers, responses, replies, claims, schedules, statements, operating reports, plans, disclosure statements, and all other pleadings, requests or notices, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, other commercial carrier, hand delivery, facsimile, telegraph, telex, e-mail, telephone or otherwise.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance shall neither constitute nor be deemed or construed as (a) waiver of the right to have final orders in non-core matters entered only after de novo review by the United States District Court; (b) waiver of the right to trial by jury in any proceeding to which such right exists in the Bankruptcy Case or in any case, controversy, or proceeding related to the Bankruptcy Case; (c) waiver of the right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (d) waiver of the right to contest jurisdiction or appropriate venue in the Bankruptcy Case or in any related proceeding; or (e) waiver of any other rights, claims, actions, defenses, setoffs or recoupments which the Envision Ad Hoc Group has or may hereafter obtain, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments the Envision Ad Hoc Group hereby expressly reserves.

4871-6032-5987v.3

Dated: May 15, 2023.

Respectfully submitted,

| **MUNSCH HARDT KOPF & HARR, P.C.** | **GIBSON, DUNN & CRUTCHER, LLP** |
|---|---|
| By: /s/ *John D. Cornwell*<br>John D. Cornwell<br>Texas Bar No. 24050450<br>Brenda L. Funk<br>Texas Bar No. 24012664<br>700 Milam Street, Suite 800<br>Houston, TX 77002-2806<br>Telephone: (713) 222-1470<br>Facsimile: (713) 222-1475<br>jcornwell@munsch.com<br>bfunk@munsch.com | Scott J. Greenberg (*pro hac vice* pending)<br>Jason Zachary Goldstein (*pro hac vice* pending)<br>Keith R. Martorana (*pro hac vice* pending)<br>David M. Feldman (*pro hac vice* pending)<br>Mary Beth Maloney (*pro hac vice* pending)<br>C. Lee Wilson (*pro hac vice* pending)<br>200 Park Avenue<br>New York, NY 10166-0005<br>Telephone: (212) 351-4000<br>Facsimile: (212) 817-9469<br>sgreenberg@gibsondunn.com<br>dfeldman@gibsondunn.com<br>clwilson@gibsondunn.com<br>mmaloney@gibsondunn.com<br>kmartorana@gibsondunn.com<br>jgoldstein@gibsondunn.com |

**COUNSEL FOR THE ENVISION AD HOC GROUP**

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of May, 2023, a true and correct copy of the foregoing Notice of Appearance was served electronically through the Court's ECF transmission facilities on all parties registered to receive ECF notice in the above-captioned case.

    /s/ *John D. Cornwell*
John D. Cornwell
Texas Bar No. 24050450

4871-6032-5987v.3