IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENVISION HEALTHCARE CORPORATION, *et al.*,[1] | ) | Case No. 23-90342 (CML) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |
| | ) | **Re:  Docket No. __** |

## ORDER GRANTING COMPLEX CHAPTER 11 BANKRUPTCY CASE TREATMENT

These jointly-administered cases were filed on May 15, 2023.  A *Notice of Designation as Complex Chapter 11 Bankruptcy Case* was filed.  Based on its review of the initial pleadings, the Court concludes that the complex chapter 11 case designation is appropriate.  Accordingly, the Court orders:

1. The Procedures for Complex Chapter 11 Cases in the Southern District of Texas apply to these cases.  The procedures are posted on the Court's website.  Compliance with the procedures is required.

2. The Debtors must give notice of this Order to all parties in interest within seven days.  If a party-in-interest objects to the provisions of this Order, that party may file an appropriate motion within 14 days after service of the Order.

3. The Bankruptcy Local Rules apply to this case, subject to the following modifications:

   a. Bankruptcy Local Rule 1001-1(b) does not apply.
   b. Local District Court Civil Rule 83.1 applies.
   c. Appendix A to the Local Rules of the District Court applies.
   d. If a conflict exists between the Bankruptcy Local Rules and the Procedures for Complex Chapter 11 Cases in the Southern District of Texas, the Procedures for Complex Chapter 11 Cases in the Southern District of Texas govern.

Houston, Texas
Dated: _____, 2023

CHRISTOPHER M. LOPEZ
UNITED STATES BANKRUPTCY JUDGE

---

[1] A complete list of each of the Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/Envision.  The Debtors' service address is 1A Burton Hills Boulevard, Nashville, Tennessee 37215.