UNITED STATES BANKRUPTCY COURT             SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 23-90342(CML) |
|---|---|---|---|
| Debtor | In Re: | Envision Healthcare Corporation, et al. | |

This lawyer, who is admitted to the State Bar of   New York / South Carolina   :

| | |
|---|---|
| Name | Anne G. Wallice |
| Firm | Kirkland & Ellis LLP |
| Street | 601 Lexington Avenue |
| City & Zip Code | New York, New York 10022 |
| Telephone | 212-390-4511 |
| Licensed: State & Number | NY 5640149 / SC 105015 |

Seeks to appear as the attorney for this party:

Envision Healthcare Corporation, et al.

Dated: May 15, 2023    Signed: /s/ Anne G. Wallice

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:    Signed: _____
                  Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____            _____
                                 United States Bankruptcy Judge