UNITED STATES BANKRUPTCY COURT　　　　SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 23-90342(CML) |
|---|---|---|---|
| Debtor | In Re: | Envision Healthcare Corporation, et al. | |

This lawyer, who is admitted to the State Bar of _____Illinois_____ :

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Annie Dreisbach<br>Kirkland and Ellis LLP<br>300 North LaSalle<br>Chicago, Illinois 60654<br>312-862-3981<br>IL 6329629 |

Seeks to appear as the attorney for this party:

| Envision Healthcare Corporation, et al. | |
|---|---|
| Dated: May 15, 2023 | Signed: /s/ Annie Dreisbach |

COURT USE ONLY: The applicant's state bar reports their status as: _____ .

Dated:　　　　Signed: _____
　　　　　　　　　　　　Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____　　　　_____
　　　　　　　　　　　　United States Bankruptcy Judge