| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 23-90342(CML) |
|---|---|---|---|
| Debtor | In Re: | Envision Healthcare Corporation, et al. | |

This lawyer, who is admitted to the State Bar of _____Illinois_____ :

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | William E. Arnault, P.C.<br>Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, Illinois 60654<br>312-862-3062<br>IL 6298988 |

Seeks to appear as the attorney for this party:

| Envision Healthcare Corporation, et al. ||
|---|---|
| Dated: May 15, 2023 | Signed: /s/ William E. Arnault |

COURT USE ONLY: The applicant's state bar reports their status as: _____ .

Dated: | Signed: _____
       |         Deputy Clerk

### Order

This lawyer is admitted *pro hac vice*.

Dated: _____                    _____
                                         United States Bankruptcy Judge