# **Exhibit 5**

# Amsurg LLC – DIP Forecast

| Forecast Week | | Wk-1 | Wk-2 | Wk-3 | Wk-4 | Wk-5 | Wk-6 | Wk-7 | Wk-8 | Wk-9 | Wk-10 | Wk-11 | Wk-12 | Wk-13 | w/e 05/19/23-08/11/23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Week Ending** | **Notes** | **5/19** | **5/26** | **6/2** | **6/9** | **6/16** | **6/23** | **6/30** | **7/7** | **7/14** | **7/21** | **7/28** | **8/4** | **8/11** | **Total** |
| Receipts | | 2,983 | 1,750 | 850 | 0 | 20,410 | 3,750 | 850 | 0 | 0 | 27,626 | 5,410 | 0 | 0 | 63,629 |
| Payroll & Benefits | (1) | (2,135) | 0 | (4,825) | 0 | (2,200) | 0 | (3,075) | (1,750) | (2,200) | 0 | (3,075) | (1,750) | (2,200) | (23,210) |
| Other Payables | (2) | (3,560) | (1,287) | (8,935) | (610) | (2,342) | (610) | (11,022) | (2,477) | (1,300) | (1,000) | (4,630) | (2,477) | (1,000) | (41,249) |
| Debt Service, Net | (3) | 0 | 0 | (2,482) | 0 | 0 | 0 | (2,710) | 0 | 0 | 0 | (66,002) | 0 | 0 | (71,194) |
| Restructuring Fees | | 0 | 0 | 0 | 0 | 0 | 0 | (3,348) | 0 | 0 | 0 | (5,478) | 0 | 0 | (8,826) |
| **Net Cash Flow** | | **(2,712)** | **463** | **(15,392)** | **(610)** | **15,868** | **3,140** | **(19,305)** | **(4,227)** | **(3,500)** | **26,626** | **(73,775)** | **(4,227)** | **(3,200)** | **(80,850)** |
| Beginning Amsurg LLC Liquidity | | 265,072 | 262,360 | 312,823 | 297,431 | 296,821 | 312,690 | 315,830 | 296,525 | 292,299 | 288,799 | 315,425 | 241,649 | 237,423 | 265,072 |
| Net Cash Flow | | (2,712) | 463 | (15,392) | (610) | 15,868 | 3,140 | (19,305) | (4,227) | (3,500) | 26,626 | (73,775) | (4,227) | (3,200) | (80,850) |
| Transfers to / from Restricted Account(s) | | 0 | 50,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 50,000 |
| Draws / (Repayments) | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Ending Amsurg LLC Liquidity** | (4) | **262,360** | **312,823** | **297,431** | **296,821** | **312,690** | **315,830** | **296,525** | **292,299** | **288,799** | **315,425** | **241,649** | **237,423** | **234,223** | **234,223** |

**Notes**
(1) Payroll & Benefits: Includes payroll, bonus, taxes, and benefits.
(2) Other Payables: Including, but not limited to, A/P, shared services, equipment and large project loans & other operating disbursements.
(3) Debt Service: Includes cash interest paid on SSR and 1L Term Loan.
(4) Amsurg LLC Liquidity excludes ~$15-20M of payroll, asset sale, and pass-through accounts.

3

Envision

## EHC – DIP Forecast

| Forecast Week | | Wk-1 | Wk-2 | Wk-3 | Wk-4 | Wk-5 | Wk-6 | Wk-7 | Wk-8 | Wk-9 | Wk-10 | Wk-11 | Wk-12 | Wk-13 | w/e 05/19/23-08/11/23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week Ending | Notes | 5/19 | 5/26 | 6/2 | 6/9 | 6/16 | 6/23 | 6/30 | 7/7 | 7/14 | 7/21 | 7/28 | 8/4 | 8/11 | Total |
| Receipts | | 70,387 | 70,387 | 62,927 | 68,417 | 68,417 | 62,927 | 68,417 | 61,801 | 67,212 | 67,212 | 67,212 | 62,974 | 62,974 | 861,263 |
| Payroll & Benefits | (1) | (76,348) | (30,287) | (72,585) | (22,320) | (112,487) | (22,366) | (79,803) | (17,378) | (71,526) | (30,819) | (72,907) | (6,050) | (95,377) | (710,253) |
| AMS (EHC) | | 0 | 0 | 6,159 | 0 | 2,240 | 0 | 6,690 | 1,477 | 0 | 4,450 | (120) | 1,477 | 0 | 22,372 |
| EMG-JV Distributions | | 7,000 | 3,000 | 0 | 0 | 7,709 | 0 | 8,600 | 0 | 7,508 | 0 | 3,000 | 0 | 0 | 36,817 |
| Other Payables | (2) | (36,659) | (21,346) | (23,236) | (8,925) | (6,509) | (6,729) | (22,330) | (16,756) | (9,053) | (6,972) | (28,031) | (14,036) | (9,674) | (210,256) |
| Debt Service | | 0 | 12,250 | (2,640) | 0 | 0 | 0 | (4,364) | 0 | 0 | 0 | 0 | (3,930) | 0 | 1,316 |
| Acquisitions & Divestitures | | 0 | 0 | 0 | 42,500 | 0 | 0 | 0 | 16,250 | 0 | 0 | 0 | 0 | 26,250 | 85,000 |
| Restructuring Fees | | (1,000) | 0 | 0 | 0 | (12,112) | 0 | 0 | 0 | (11,982) | 0 | 0 | 0 | 0 | (25,094) |
| **Net Cash Flow** | | **(36,620)** | **34,004** | **(29,376)** | **79,672** | **(52,742)** | **33,833** | **(22,791)** | **45,393** | **(17,841)** | **33,871** | **(30,846)** | **40,434** | **(15,827)** | **61,165** |
| Beginning Unrestricted Cash | | 301,272 | 264,652 | 298,656 | 269,279 | 348,952 | 296,210 | 329,246 | 306,455 | 351,848 | 334,007 | 330,754 | 299,908 | 340,342 | 301,272 |
| Net Cash Flow | | (36,620) | 34,004 | (29,376) | 79,672 | (52,742) | 33,833 | (22,791) | 45,393 | (17,841) | 33,871 | (30,846) | 40,434 | (15,827) | 61,165 |
| Draws / (Repayments) | | 0 | 0 | 0 | 0 | 0 | (796) | 0 | 0 | 0 | (37,125) | 0 | 0 | 0 | (37,921) |
| **Ending Unrestricted Cash** | | **264,652** | **298,656** | **269,279** | **348,952** | **296,210** | **329,246** | **306,455** | **351,848** | **334,007** | **330,754** | **299,908** | **340,342** | **324,515** | **324,515** |
| (+) Availability | (3) | 26,282 | 11,282 | 11,282 | 11,282 | 11,282 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 |
| **Ending EHC Unrestricted Liquidity** | | **290,934** | **309,938** | **280,562** | **360,234** | **307,492** | **329,996** | **307,205** | **352,598** | **334,757** | **331,504** | **300,658** | **341,092** | **325,265** | **325,265** |

Notes
(1) Payroll & Benefits: Includes payroll, bonus, taxes, and benefits.
(2) Other Payables: Including, but not limited to, A/P, transaction costs, capex, captive & other operating disbursements.
(3) ABL Availability based on the Company's latest borrowing base as of Mar'23 and latest thinking ineligible and professional fee reserve assumptions.

2

Envision