# Exhibit 6



(1) 1,291 Accounts, includes 135 Debtor and 1,156 Non-Debtor accounts. Of the Debtor accounts, 5 are Intermediary bank accounts and 130 are receipt accounts, consisting of 67 bank accounts and 63 lockboxes. Debtor bank accounts include: Bank of America, Wells Fargo, Old National Bank, and Frontier State Bank. Non-Debtor accounts consists of 626 bank accounts and 530 lockboxes. Non-Debtor bank accounts include: Bank of America, Wells Fargo, Old National Bank, and Frontier State Bank.

(2) Represents 4 Non-Debtor JV concentration accounts, with receipts from 18 Intermediary accounts and 524 receipt accounts (270 bank accounts and 254 lockboxes). The 4 Non-Debtor JV concentration accounts are HCA Sheridan Holdings, LLC (BOA6631), HCA-Emcare Holdings, LLC (WB663469), HCA Sheridan Holdings, LLC (WF555827), and Integrated Health Ventures, LLC (WF561472). The Non-Debtor bank accounts include: Bank of America, Wells Fargo, and Old National Bank.

(3) Represents 2 Debtor BoA Intermediary accounts: Sheridan Holdings, Inc. (BOA9174) and EmCare Holdings, Inc. (BOA0279).

(4) Represents 2 Debtor receipt accounts: Envision Physician Services, LLC (BOA3744) and Envision Physician Services, LLC – Non-AR (BOA5786).

(5) Funds disbursed directly to vendors and debt service payments, as well as to Debtor's Payroll Disbursement account (BOA3071) for clinical G&A payroll (ZBA), the restricted Debtor account Political Action Committee, and non-Debtor restricted accounts, including Charitable Fund Employee Relief Fund and Captive Account.

(6) Represents 2 Debtor accounts: Investment Account (BOA2103) and Asset Sale Proceeds Account (BOA2750).



**Envision Healthcare Corporation - Amsurg LLC**

(1) 240 Non-Debtor accounts, consisting of 234 bank accounts and 6 lockboxes; Reflects ASC collection accounts at BoA that ZBAs into the Amsurg LLC Commingled Concentration Account (BOA6372).

(2) 24 Non-Debtor accounts. Amsurg LLC distributions are via ACH directly to the Amsurg LLC Main Concentration Account (BOA2393) after satisfying expenses related to ASCs. Various bank accounts are with Bank of America, Enterprise Bank & Trust, Fifth Third Bank, InTrust Bank, and Key Bank.

(3) Represents 5 Debtor accounts, and serves as intermediary bank accounts for disbursements for non-Envision owned ASCs.

(4) Other Accounts reflects Debtor's Investment Account and Asset Sale Proceeds Account.

(5) Debtor's ACH Pass-Thru account used for some ACH disbursements that do not pass through the Amsurg LLC Main Concentration Account (BOA2393).

(6) Includes 1 lockbox account.

(7) Other payments includes Debt service, NPDB fees, collection fees, and bank fees.



**Envision Healthcare Corporation - EVHC ASC**

(1) 50 Non-Debtor accounts; Reflects ASC collection accounts at BoA that are ZBA'd into the EVHC ASC Commingled Concentration Account.
(2) 4 Non-Debtor accounts; collection accounts at various banks are sent via ACH directly to the EVHC ASC Concentration Account (BOA7939) after satisfying expenses related to ASCs. Various bank accounts are with Bank of America, Pacific Western Bank, Peoples Security, and SunTrust.
(3) I Other Account represents Debtor's Asset Sale Proceeds account (BOA2750).