# **Exhibit 7**

| Debtor | Bank | Account # | Account Type | Account Subcategory | Account Balance |
|---|---|---|---|---|---|
| All Women's Healthcare of West Broward, Inc. | Old National Bank | x1761 | Receipt | Physician Services Receipt Account | - |
| All Women's Healthcare Services, Inc. | Old National Bank | x1772 | Receipt | Physician Services Receipt Account | - |
| Amsurg, LLC | Bank of America | x2137 | Other | Investment Account | $206,421,566 |
| Amsurg, LLC | Bank of America | x2768 | Other | Asset Sale Proceeds Account | $319 |
| Amsurg, LLC | Bank of America | x6372 | Concentration | AmSurg Commingled Concentration Account | $27,877,617 |
| Amsurg, LLC | Bank of America | x2393 | Concentration | AmSurg Main Concentration Account | $58,650,569 |
| Amsurg, LLC | Bank of America | x2435 | Disbursement | Disbursements - AP Vendors | - |
| Amsurg, LLC | Bank of America | x6380 | Disbursement | Commingled Disbursements - ASC AP | - |
| Amsurg, LLC | Bank of America | x4290 | Disbursement | Disbursements - Benefits | - |
| Amsurg, LLC | Bank of America | x6342 | Disbursement | Disbursements - Payroll Account | $5,387,950 |
| Amsurg, LLC | Bank of America | x3550 | Disbursement | Disbursements - Payroll Account | $2,274,945 |
| Amsurg, LLC | Bank of America | x3994 | Disbursement | Disbursements - Payroll Account | $496,481 |
| Amsurg, LLC | Bank of America | x2833 | Other | Intercompany | - |
| Amsurg, LLC | Bank of America | x2823 | Other | Pass-Thru | $3,792,478 |
| Anesthesiologists of Greater Orlando, Inc. | Bank of America | x3226 | Receipt | Physician Services Receipt Account | - |
| Anesthesiology Associates of Tallahassee, Inc. | Bank of America | x0297 | Receipt | Physician Services Receipt Account | - |
| Bay Area Anesthesia, L.L.C. | Bank of America | x3096 | Receipt | Physician Services Receipt Account | - |
| Bethesda Anesthesia Associates, Inc. | Bank of America | x7194 | Receipt | Physician Services Receipt Account | - |
| Boca Anesthesia Service, Inc. | Bank of America | x6099 | Receipt | Physician Services Receipt Account | - |
| Centennial Emergency Physicians, LLC | Wells Fargo | x0388 | Receipt | Physician Services Receipt Account | - |

| Debtor | Bank | Account # | Account Type | Account Subcategory | Account Balance |
|---|---|---|---|---|---|
| Chandler Emergency Medical Group, L.L.C. | Frontier State Bank | x1779 | Receipt | Physician Services Receipt Account | $4,014 |
| Chandler Emergency Medical Group, L.L.C. | Wells Fargo | x5075 | Receipt | Physician Services Receipt Account | - |
| Children's Anesthesia Associates, Inc. | Bank of America | x7633 | Receipt | Physician Services Receipt Account | - |
| Coastal Anesthesiology Consultants, LLC | Bank of America | x8577 | Receipt | Physician Services Receipt Account | - |
| Drs. Ellis, Rojas, Ross & Debs, Inc. | Bank of America | x8036 | Receipt | Physician Services Receipt Account | - |
| Emcare Anesthesia Providers, Inc. | Wells Fargo | x5656 | Receipt | Physician Services Receipt Account | - |
| Emcare Holdings, LLC (F/K/A Emcare Holdings, Inc.) | Bank of America | x0279 | Other | Intermediary | - |
| Emcare Holdings, LLC (F/K/A Emcare Holdings, Inc.) | Bank of America | x4854 | Disbursement | Disbursements - Tax | - |
| Emcare Physician Providers, Inc. | Wells Fargo | x3637 | Receipt | Physician Services Receipt Account | - |
| Emcare, LLC (F/K/A Emcare, Inc.) | Wells Fargo | x3098 | Concentration | Wells Fargo Concentration Account | $213,868,221 |
| Emcare, LLC (F/K/A Emcare, Inc.) | Wells Fargo | x1817 | Disbursement | Disbursement Intermediary Account | - |
| Emcare, LLC (F/K/A Emcare, Inc.) | Old National Bank | x1440 | Other | Intermediary | $1,864,027 |
| Emcare, LLC (F/K/A Emcare, Inc.) | Bank of America | x4402 | Receipt | Physician Services Receipt Account | - |
| Emcare, LLC (F/K/A Emcare, Inc.) | Wells Fargo | x5736 | Receipt | Physician Services Receipt Account | - |
| Emcare, LLC (F/K/A Emcare, Inc.) | Wells Fargo | x5135 | Other | Intermediary | - |
| Emcare, LLC (F/K/A Emcare, Inc.) | Wells Fargo | x2595 | Receipt | Physician Services Receipt Account | - |
| Emcare, LLC (F/K/A Emcare, Inc.) | Wells Fargo | x8587 | Other | Intermediary | - |
| Ems Management LLC | Wells Fargo | x0236 | Disbursement | Disbursements - AP Vendors | - |
| Envision Anesthesia Services of Delaware, Inc. | Bank of America | x0741 | Receipt | Physician Services Receipt Account | - |
| Envision Children's Healthcare Services of North Mississippi, Inc. | Old National Bank | x1937 | Receipt | Physician Services Receipt Account | - |

| Debtor | Bank | Account # | Account Type | Account Subcategory | Account Balance |
|---|---|---|---|---|---|
| Envision Healthcare Corporation | Bank of America | x2799 | Other | Adequate Assurance Account | - |
| Envision Healthcare Corporation | Bank of America | x3363 | Other | Intermediary | $4,500 |
| Envision Healthcare Corporation | Bank of America | x2660 | Other | Intermediary | - |
| Envision Healthcare Corporation | Bank of America | x2652 | Other | Intermediary | - |
| Envision Healthcare Corporation | Bank of America | x1323 | Other | Intermediary | - |
| Envision Healthcare Corporation | Bank of America | x4829 | Other | Intermediary | - |
| Envision Healthcare Corporation | Bank of America | x2750 | Other | Asset Sale Proceeds Account | - |
| Envision Healthcare Corporation | Bank of America | x3089 | Concentration | Enterprise Concentration Account | $42,846,570 |
| Envision Healthcare Corporation | Bank of America | x7962 | Concentration | EVHC ASC Commingled Concentration Account | $18,873,595 |
| Envision Healthcare Corporation | Bank of America | x7939 | Concentration | EVHC ASC Concentration Account | - |
| Envision Healthcare Corporation | Key Bank | x3365 | Other | Credit Card Collateral Account | $2,400,000 |
| Envision Healthcare Corporation | Bank of America | x7970 | Disbursement | Commingled Disbursements - ASC AP | - |
| Envision Healthcare Corporation | Bank of America | x1779 | Disbursement | Disbursements - Benefits | - |
| Envision Healthcare Corporation | Bank of America | x3071 | Disbursement | Disbursements - Payroll Account | - |
| Envision Healthcare Corporation | Bank of America | x7954 | Disbursement | Disbursements - Payroll Account | $1,186,242 |
| Envision Healthcare Corporation | Bank of America | x2103 | Other | Investment Account | $30,481,510 |
| Envision Healthcare Corporation | Bank of America | x7410 | Other | Political Action Committee Account | $76,725 |
| Envision Physician Services, LLC | Bank of America | x3412 | Concentration | EVPS Master Concentration Account | $62,207,340 |
| Envision Physician Services, LLC | Bank of America | x4456 | Disbursement | Disbursements - Payroll & Vendors | - |
| Envision Physician Services, LLC | Bank of America | x3058 | Disbursement | Disbursements - Payroll Account | - |
| Envision Physician Services, LLC | Bank of America | x5786 | Receipt | Other Receipt Account | - |
| Envision Physician Services, LLC | Bank of America | x3744 | Receipt | Other Receipt Account | - |
| Enterprise Parent Holdings, Inc. | Bank of America | x5881 | Concentration | Enterprise Parent Concentration Account | - |

| Debtor | Bank | Account # | Account Type | Account Subcategory | Account Balance |
|---|---|---|---|---|---|
| Flamingo Anesthesia Associates, Inc. | Bank of America | x7080 | Receipt | Physician Services Receipt Account | - |
| Greater Florida Anesthesiologists, LLC | Bank of America | x1364 | Receipt | Physician Services Receipt Account | - |
| Imaging Advantage LLC | Bank of America | x0492 | Receipt | Physician Services Receipt Account | - |
| Jacksonville Beaches Anesthesia Associates, Inc. | Bank of America | x0110 | Receipt | Physician Services Receipt Account | - |
| Jupiter Anesthesia Associates, L.L.C. | Bank of America | x2525 | Receipt | Physician Services Receipt Account | - |
| North Florida Anesthesia Consultants, Inc. | Bank of America | x3765 | Receipt | Physician Services Receipt Account | - |
| North Florida Perinatal Associates, Inc. | Old National Bank | x1783 | Receipt | Physician Services Receipt Account | - |
| Northwood Anesthesia Associates, LLC | Bank of America | x4430 | Receipt | Physician Services Receipt Account | - |
| Phoenix Physicians, LLC | Wells Fargo | x6773 | Other | Intermediary | - |
| Reimbursement Technologies, Inc. | Wells Fargo | x5553 | Disbursement | Disbursements - Refunds | - |
| Reimbursement Technologies, Inc. | Wells Fargo | x5364 | Receipt | Other Receipt Account | - |
| Sheridan Anesthesia Services of Virginia, Inc. | Bank of America | x6297 | Receipt | Physician Services Receipt Account | - |
| Sheridan Children's Healthcare Services of Arizona, Inc. | Old National Bank | x1904 | Receipt | Physician Services Receipt Account | - |
| Sheridan Children's Healthcare Services of Louisiana, Inc. | Old National Bank | x1871 | Receipt | Physician Services Receipt Account | - |
| Sheridan Children's Healthcare Services of New Mexico, Inc. | Old National Bank | x1794 | Receipt | Physician Services Receipt Account | - |
| Sheridan Children's Healthcare Services of Virginia, Inc. | Bank of America | x2533 | Receipt | Physician Services Receipt Account | - |
| Sheridan Children's Healthcare Services of Virginia, Inc. | Old National Bank | x1838 | Receipt | Physician Services Receipt Account | - |
| Sheridan Children's Healthcare Services, Inc. | Bank of America | x2423 | Receipt | Physician Services Receipt Account | - |

| Debtor | Bank | Account # | Account Type | Account Subcategory | Account Balance |
|---|---|---|---|---|---|
| Sheridan Children's Healthcare Services, Inc. | Old National Bank | x1805 | Receipt | Physician Services Receipt Account | - |
| Sheridan Children's Services of Alabama, Inc. | Old National Bank | x1915 | Receipt | Physician Services Receipt Account | - |
| Sheridan Emergency Physician Services, Inc. | Wells Fargo | x5835 | Receipt | Physician Services Receipt Account | - |
| Sheridan Healthcare of Louisiana, Inc. | Bank of America | x4631 | Receipt | Physician Services Receipt Account | - |
| Sheridan Healthcare of Missouri, Inc. | Bank of America | x4846 | Receipt | Physician Services Receipt Account | - |
| Sheridan Healthcare of Vermont, Inc. | Bank of America | x7477 | Receipt | Physician Services Receipt Account | - |
| Sheridan Healthcare of West Virginia, Inc. | Bank of America | x3448 | Receipt | Physician Services Receipt Account | - |
| Sheridan Healthcare, LLC (F/K/A Sheridan Healthcare, Inc.) | Bank of America | x2162 | Disbursement | Disbursements - Payroll Account | - |
| Sheridan Healthcorp, Inc. | Bank of America | x4392 | Disbursement | Disbursements - Payroll Account | - |
| Sheridan Healthcorp, Inc. | Wells Fargo | x5819 | Other | Intermediary | - |
| Sheridan Healthcorp, Inc. | Bank of America | x2397 | Receipt | Physician Services Receipt Account | - |
| Sheridan Healthcorp, Inc. | Bank of America | x5562 | Receipt | Physician Services Receipt Account | - |
| Sheridan Healthcorp, Inc. | Bank of America | x3151 | Receipt | Physician Services Receipt Account | - |
| Sheridan Healthcorp, Inc. | Bank of America | x0699 | Receipt | Physician Services Receipt Account | - |
| Sheridan Healthcorp, Inc. | Bank of America | x5559 | Receipt | Physician Services Receipt Account | - |
| Sheridan Healthcorp, Inc. | Bank of America | x3148 | Receipt | Physician Services Receipt Account | - |
| Sheridan Healthcorp, Inc. | Bank of America | x0686 | Receipt | Physician Services Receipt Account | - |
| Sheridan Healthcorp, Inc. | Bank of America | x6185 | Receipt | Physician Services Receipt Account | - |

| Debtor | Bank | Account # | Account Type | Account Subcategory | Account Balance |
|---|---|---|---|---|---|
| Sheridan Healthcorp, Inc. | Bank of America | x4340 | Receipt | Physician Services Receipt Account | - |
| Sheridan Healthcorp, Inc. | Bank of America | x1123 | Receipt | Physician Services Receipt Account | - |
| Sheridan Healthcorp, Inc. | Bank of America | x1149 | Receipt | Physician Services Receipt Account | - |
| Sheridan Healthcorp, Inc. | Bank of America | x1136 | Receipt | Physician Services Receipt Account | - |
| Sheridan Healthy Hearing Services, Inc. | Old National Bank | x1893 | Receipt | Physician Services Receipt Account | - |
| Sheridan Holdings, LLC (F/K/A Sheridan Holdings, Inc. (F/K/A Vestar/Sheridan Holdings, Inc.)) | Bank of America | x9174 | Other | Intermediary | - |
| Sheridan Hospitalist Services of Florida, Inc. | Wells Fargo | x9919 | Receipt | Physician Services Receipt Account | - |
| Sheridan Radiology Management Services, Inc. | Bank of America | x7631 | Receipt | Physician Services Receipt Account | - |
| Sheridan Rop Services of Alabama, Inc. | Old National Bank | x2003 | Receipt | Physician Services Receipt Account | - |
| Sheridan Rop Services of Florida, Inc. | Old National Bank | x1948 | Receipt | Physician Services Receipt Account | - |
| Sheridan Rop Services of Virginia, Inc. | Old National Bank | x1882 | Receipt | Physician Services Receipt Account | - |
| Southeast Perinatal Associates, Inc. | Old National Bank | x1959 | Receipt | Physician Services Receipt Account | - |
| St. Lucie Anesthesia Associates, LLC | Bank of America | x9459 | Receipt | Physician Services Receipt Account | - |
| Tennessee Valley Neonatology, Inc. | Old National Bank | x1860 | Receipt | Physician Services Receipt Account | - |
| Valley Anesthesiology Consultants, Inc. | Bank of America | x0199 | Receipt | Physician Services Receipt Account | - |
| Valley Anesthesiology Consultants, Inc. | Bank of America | x9167 | Receipt | Physician Services Receipt Account | - |
| West Fairview Emergency Physicians, LLC | Wells Fargo | x7235 | Receipt | Physician Services Receipt Account | - |

| Debtor | Bank | Account # | Account Type | Account Subcategory | Account Balance |
|---|---|---|---|---|---|
| All Women's Healthcare of West Broward, Inc. | Old National Bank | x3427 | Receipt | Physician Services Lockbox | - |
| All Women's Healthcare Services, Inc. | Old National Bank | x3428 | Receipt | Physician Services Lockbox | - |
| AmSurg, LLC | Bank of America | x6660 | Concentration | AmSurg Lockbox | - |
| Anesthesiologists of Greater Orlando, Inc. | Bank of America | x4536 | Receipt | Physician Services Lockbox | - |
| Anesthesiology Associates of Tallahassee, Inc. | Bank of America | x4515 | Receipt | Physician Services Lockbox | - |
| Bay Area Anesthesia, L.L.C. | Bank of America | x3617 | Receipt | Physician Services Lockbox | - |
| Bethesda Anesthesia Associates, Inc. | Bank of America | x4512 | Receipt | Physician Services Lockbox | - |
| Boca Anesthesia Service, Inc. | Bank of America | x4159 | Receipt | Physician Services Lockbox | - |
| Centennial Emergency Physicians, LLC | Wells Fargo | x9093 | Receipt | Physician Services Lockbox | - |
| Chandler Emergency Medical Group, L.L.C. | Wells Fargo | x1657 | Receipt | Physician Services Lockbox | - |
| Chandler Emergency Medical Group, L.L.C. | Wells Fargo | x9127 | Receipt | Physician Services Lockbox | - |
| Children's Anesthesia Associates, Inc. | Bank of America | x4480 | Receipt | Physician Services Lockbox | - |
| Coastal Anesthesiology Consultants, LLC | Bank of America | x3600 | Receipt | Physician Services Lockbox | - |
| Coastal Anesthesiology Consultants, LLC | Bank of America | x4571 | Receipt | Physician Services Lockbox | - |
| Drs. Ellis, Rojas, Ross & Debs, Inc. | Bank of America | x4567 | Receipt | Physician Services Lockbox | - |
| Emcare, LLC (F/K/A Emcare, Inc.) | Bank of America | x7032 | Receipt | Physician Services Lockbox | - |
| Envision Anesthesia Services of Delaware, Inc. | Bank of America | x4471 | Receipt | Physician Services Lockbox | - |
| Envision Children's Healthcare Services of North Mississippi, Inc. | Old National Bank | x3423 | Receipt | Physician Services Lockbox | - |
| Envision Physician Services, LLC | Bank of America | x5739 | Receipt | Physician Services Lockbox | - |
| Envision Physician Services, LLC | Bank of America | x6658 | Receipt | Physician Services Lockbox | - |
| Flamingo Anesthesia Associates, Inc. | Bank of America | x4563 | Receipt | Physician Services Lockbox | - |
| Greater Florida Anesthesiologists, LLC | Bank of America | x5723 | Receipt | Physician Services Lockbox | - |
| Imaging Advantage LLC | Bank of America | x4881 | Receipt | Physician Services Lockbox | - |
| Jacksonville Beaches Anesthesia Associates, Inc. | Bank of America | x4561 | Receipt | Physician Services Lockbox | - |
| Jupiter Anesthesia Associates, L.L.C. | Bank of America | x4559 | Receipt | Physician Services Lockbox | - |
| North Florida Anesthesia Consultants, Inc. | Bank of America | x5304 | Receipt | Physician Services Lockbox | - |

| Debtor | Bank | Account # | Account Type | Account Subcategory | Account Balance |
|---|---|---|---|---|---|
| North Florida Perinatal Associates, Inc. | Old National Bank | x3429 | Receipt | Physician Services Lockbox | - |
| Northwood Anesthesia Associates, LLC | Bank of America | x4429 | Receipt | Lockbox | - |
| Sheridan Anesthesia Services of Virginia, Inc. | Bank of America | x4580 | Receipt | Physician Services Lockbox | - |
| Sheridan Children's Healthcare Services of Arizona, Inc. | Old National Bank | x3424 | Receipt | Physician Services Lockbox | - |
| Sheridan Children's Healthcare Services of Louisiana, Inc. | Old National Bank | x3435 | Receipt | Physician Services Lockbox | - |
| Sheridan Children's Healthcare Services of New Mexico, Inc. | Old National Bank | x3430 | Receipt | Physician Services Lockbox | - |
| Sheridan Children's Healthcare Services of Virginia, Inc. | Old National Bank | x3432 | Receipt | Physician Services Lockbox | - |
| Sheridan Children's Healthcare Services, Inc. | Old National Bank | x3431 | Receipt | Physician Services Lockbox | - |
| Sheridan Children's Services of Alabama, Inc. | Old National Bank | x3440 | Receipt | Physician Services Lockbox | - |
| Sheridan Emergency Physician Services, Inc. | Wells Fargo | x0217 | Receipt | Physician Services Lockbox | - |
| Sheridan Healthcare of Louisiana, Inc. | Bank of America | x4574 | Receipt | Physician Services Lockbox | - |
| Sheridan Healthcare of Missouri, Inc. | Bank of America | x4548 | Receipt | Physician Services Lockbox | - |
| Sheridan Healthcare of Vermont, Inc. | Bank of America | x4544 | Receipt | Physician Services Lockbox | - |
| Sheridan Healthcare of West Virginia, Inc. | Bank of America | x4542 | Receipt | Physician Services Lockbox | - |
| Sheridan Healthcorp, Inc. | Bank of America | x3854 | Receipt | Physician Services Lockbox | - |
| Sheridan Healthcorp, Inc. | Bank of America | x3850 | Receipt | Physician Services Lockbox | - |
| Sheridan Healthcorp, Inc. | Bank of America | x7191 | Receipt | Physician Services Lockbox | - |
| Sheridan Healthcorp, Inc. | Bank of America | x0929 | Receipt | Physician Services Lockbox | - |
| Sheridan Healthcorp, Inc. | Bank of America | x0557 | Receipt | Physician Services Lockbox | - |
| Sheridan Healthcorp, Inc. | Bank of America | x4538 | Receipt | Physician Services Lockbox | - |
| Sheridan Healthcorp, Inc. | Bank of America | x4071 | Receipt | Physician Services Lockbox | - |
| Sheridan Healthcorp, Inc. | Bank of America | x4069 | Receipt | Physician Services Lockbox | - |
| Sheridan Healthcorp, Inc. | Bank of America | x4883 | Receipt | Physician Services Lockbox | - |
| Sheridan Healthcorp, Inc. | Bank of America | x3950 | Receipt | Physician Services Lockbox | - |
| Sheridan Healthcorp, Inc. | Bank of America | x3946 | Receipt | Physician Services Lockbox | - |
| Sheridan Healthcorp, Inc. | Bank of America | x4484 | Receipt | Physician Services Lockbox | - |

| Debtor | Bank | Account # | Account Type | Account Subcategory | Account Balance |
|---|---|---|---|---|---|
| Sheridan Healthcorp, Inc. | Bank of America | x4193 | Receipt | Physician Services Lockbox | - |
| Sheridan Healthy Hearing Services, Inc. | Old National Bank | x3439 | Receipt | Physician Services Lockbox | - |
| Sheridan Hospitalist Services of Florida, Inc. | Wells Fargo | x0315 | Receipt | Physician Services Lockbox | - |
| Sheridan Radiology Management Services, Inc. | Bank of America | x4879 | Receipt | Physician Services Lockbox | - |
| Sheridan Rop Services of Alabama, Inc. | Old National Bank | x3446 | Receipt | Physician Services Lockbox | - |
| Sheridan Rop Services of Florida, Inc. | Old National Bank | x3422 | Receipt | Physician Services Lockbox | - |
| Sheridan Rop Services of Virginia, Inc. | Old National Bank | x3436 | Receipt | Physician Services Lockbox | - |
| Southeast Perinatal Associates, Inc. | Old National Bank | x216 | Receipt | Physician Services Lockbox | - |
| St. Lucie Anesthesia Associates, LLC | Bank of America | x5923 | Receipt | Physician Services Lockbox | - |
| Tennessee Valley Neonatology, Inc. | Old National Bank | x3434 | Receipt | Physician Services Lockbox | - |
| Valley Anesthesiology Consultants, Inc. | Bank of America | x9092 | Receipt | Physician Services Lockbox | - |
| West Fairview Emergency Physicians, LLC | Wells Fargo | x0223 | Receipt | Physician Services Lockbox | - |