## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| ENVISION HEALTHCARE CORPORATION, | Case No. 23-90342 |
| Debtor. | |
| Tax I.D. No. 62-1493316 | |
| In re: | Chapter 11 |
| ACUTE MANAGEMENT, LLC, | Case No. 23-90341 |
| Debtor. | |
| Tax I.D. No. 20-4049691 | |
| In re: | Chapter 11 |
| AFFILION, INC., | Case No. 23-90538 |
| Debtor. | |
| Tax I.D. No. 27-2937476 | |
| In re: | Chapter 11 |
| ALL WOMEN'S HEALTHCARE HOLDINGS, INC., | Case No. 23-90540 |
| Debtor. | |
| Tax I.D. No. 13-4271816 | |
| In re: | Chapter 11 |
| ALL WOMEN'S HEALTHCARE OF DADE, INC., | Case No. 23-90542 |
| Debtor. | |
| Tax I.D. No. 45-0530994 | |

1

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ALL WOMEN'S HEALTHCARE OF SAWGRASS, INC., | ) Case No. 23-90543 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 42-1612467 | ) |
| In re: | ) Chapter 11 |
| | ) |
| ALL WOMEN'S HEALTHCARE OF WEST BROWARD, INC., | ) Case No. 23-90544 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. 42-1612462 | ) |
| In re: | ) Chapter 11 |
| | ) |
| ALL WOMEN'S HEALTHCARE SERVICES, INC., | ) Case No. 23-90547 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 45-0530996 | ) |
| In re: | ) Chapter 11 |
| | ) |
| ALL WOMEN'S HEALTHCARE, INC., | ) Case No. 23-90549 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 42-1612456 | ) |
| In re: | ) Chapter 11 |
| | ) |
| ALLEGIANTMD, INC., | ) Case No. 23-90550 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 27-2123818 | ) |

2

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ALPHA PHYSICIAN RESOURCES, L.L.C., | ) Case No. 23-90551 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 22-3780465 | ) |
| In re: | ) Chapter 11 |
| | ) |
| AMERICAN EMERGENCY PHYSICIANS MANAGEMENT, INC., | ) Case No. 23-90552 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 95-4194045 | ) |
| In re: | ) Chapter 11 |
| | ) |
| AMSURG ABILENE EYE, INC., | ) Case No. 23-90553 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 62-1692556 | ) |
| In re: | ) Chapter 11 |
| | ) |
| AMSURG ABILENE, INC., | ) Case No. 23-90554 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 62-1555413 | ) |
| In re: | ) Chapter 11 |
| | ) |
| AMSURG ALTAMONTE SPRINGS FL, INC., | ) Case No. 23-90555 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 62-1626021 | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AMSURG ANESTHESIA MANAGEMENT SERVICES, LLC, | ) Case No. 23-90556 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 27-1174941 | ) |
| In re: | ) Chapter 11 |
| | ) |
| AMSURG ARCADIA CA, INC., | ) Case No. 23-90348 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 20-4483684 | ) |
| In re: | ) Chapter 11 |
| | ) |
| AMSURG BURBANK, INC., | ) Case No. 23-90355 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 62-1619548 | ) |
| In re: | ) Chapter 11 |
| | ) |
| AMSURG COLTON CA, INC., | ) Case No. 23-90362 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 46-1462856 | ) |
| In re: | ) Chapter 11 |
| | ) |
| AMSURG CRYSTAL RIVER, INC., | ) Case No. 23-90369 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 62-1666189 | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AMSURG EC BEAUMONT, INC., | ) Case No. 23-90378 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 62-1524208 | ) |
| In re: | ) Chapter 11 |
| | ) |
| AMSURG EC CENTENNIAL, INC., | ) Case No. 23-90385 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 62-1511980 | ) |
| In re: | ) Chapter 11 |
| | ) |
| AMSURG EC SANTA FE, INC., | ) Case No. 23-90394 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 65-1523398 | ) |
| In re: | ) Chapter 11 |
| | ) |
| AMSURG EC ST. THOMAS, INC., | ) Case No. 23-90401 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 62-1511996 | ) |
| In re: | ) Chapter 11 |
| | ) |
| AMSURG EC TOPEKA, INC., | ) Case No. 23-90409 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 62-1512093 | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AMSURG EC WASHINGTON, INC., | ) Case No. 23-90419 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 62-1506354 | ) |
| In re: | ) Chapter 11 |
| | ) |
| AMSURG EL PASO, INC., | ) Case No. 23-90429 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 62-1711537 | ) |
| In re: | ) Chapter 11 |
| | ) |
| AMSURG ESCONDIDO CA, INC., | ) Case No. 23-90439 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 20-1626979 | ) |
| In re: | ) Chapter 11 |
| | ) |
| AMSURG FINANCE, INC., | ) Case No. 23-90446 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 47-2039667 | ) |
| In re: | ) Chapter 11 |
| | ) |
| AMSURG FRESNO ENDOSCOPY, INC., | ) Case No. 23-90454 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 46-4319557 | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AMSURG GLENDALE, INC., | ) Case No. 23-90386 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 62-1807967 | ) |
| In re: | ) Chapter 11 |
| | ) |
| AMSURG GLENDORA CA, INC., | ) Case No. 23-90416 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 20-5732564 | ) |
| In re: | ) Chapter 11 |
| | ) |
| AMSURG HILLMONT, INC., | ) Case No. 23-90433 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 62-1632685 | ) |
| In re: | ) Chapter 11 |
| | ) |
| AMSURG HOLDCO, LLC, | ) Case No. 23-90450 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 82-2995040 | ) |
| In re: | ) Chapter 11 |
| | ) |
| AMSURG HOLDINGS, INC., | ) Case No. 23-90464 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 62-1595888 | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AMSURG INGLEWOOD, INC., | ) Case No. 23-90482 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 62-1814134 | ) |
| In re: | ) Chapter 11 |
| | ) |
| AMSURG KEC, INC., | ) Case No. 23-90491 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 62-1510489 | ) |
| In re: | ) Chapter 11 |
| | ) |
| AMSURG KISSIMMEE FL, INC., | ) Case No. 23-90497 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 62-1567628 | ) |
| In re: | ) Chapter 11 |
| | ) |
| AMSURG LA JOLLA, INC., | ) Case No. 23-90500 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 62-1625304 | ) |
| In re: | ) Chapter 11 |
| | ) |
| AMSURG LANCASTER PA, LLC, | ) Case No. 23-90504 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 20-5988960 | ) |

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| AMSURG MAIN LINE PA, LLC, | ) Case No. 23-90510 |
|  | ) |
| Debtor. | ) |
|  | ) |
| Tax I.D. No. 20-5408469 | ) |
| In re: | ) Chapter 11 |
|  | ) |
| AMSURG MARYVILLE, INC., | ) Case No. 23-90512 |
|  | ) |
| Debtor. | ) |
|  | ) |
| Tax I.D. No. 62-1586143 | ) |
| In re: | ) Chapter 11 |
|  | ) |
| AMSURG MELBOURNE, INC., | ) Case No. 23-90517 |
|  | ) |
| Debtor. | ) |
|  | ) |
| Tax I.D. No. 62-1625312 | ) |
| In re: | ) Chapter 11 |
|  | ) |
| AMSURG MIAMI, INC., | ) Case No. 23-90519 |
|  | ) |
| Debtor. | ) |
|  | ) |
| Tax I.D. No. 62-1598504 | ) |
| In re: | ) Chapter 11 |
|  | ) |
| AMSURG NAPLES, INC., | ) Case No. 23-90372 |
|  | ) |
| Debtor. | ) |
|  | ) |
| Tax I.D. No. 62-1659906 | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AMSURG NEW PORT RICHEY FL, INC., | ) Case No. 23-90391 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 62-1666190 | ) |
| In re: | ) Chapter 11 |
| | ) |
| AMSURG NORTHWEST FLORIDA, INC., | ) Case No. 23-90415 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 62-1519549 | ) |
| In re: | ) Chapter 11 |
| | ) |
| AMSURG OAKLAND CA, INC., | ) Case No. 23-90432 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 20-5645841 | ) |
| In re: | ) Chapter 11 |
| | ) |
| AMSURG OCALA, INC., | ) Case No. 23-90456 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 62-1650493 | ) |
| In re: | ) Chapter 11 |
| | ) |
| AMSURG PALMETTO, INC., | ) Case No. 23-90480 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 62-1647404 | ) |

10

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AMSURG PHYSICIANS ARIZONA, LLC, | ) Case No. 23-90494 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 82-4623602 | ) |
| In re: | ) Chapter 11 |
| | ) |
| AMSURG PHYSICIANS HOLDCO, LLC, | ) Case No. 23-90501 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 82-4615705 | ) |
| In re: | ) Chapter 11 |
| | ) |
| AMSURG POTTSVILLE PA, LLC, | ) Case No. 23-90506 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-0303835 | ) |
| In re: | ) Chapter 11 |
| | ) |
| AMSURG SAN ANTONIO TX, INC., | ) Case No. 23-90514 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 20-0075736 | ) |
| In re: | ) Chapter 11 |
| | ) |
| AMSURG SAN LUIS OBISPO CA, INC., | ) Case No. 23-90545 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 20-1965555 | ) |

11

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AMSURG SCRANTON PA, INC., | ) Case No. 23-90525 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 20-2853308 | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AMSURG SUNCOAST, INC., | ) Case No. 23-90528 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 62-1555677 | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AMSURG TEMECULA CA, INC., | ) Case No. 23-90531 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 20-0095263 | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AMSURG TEMECULA II, INC., | ) Case No. 23-90345 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 46-4137624 | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AMSURG TORRANCE, INC., | ) Case No. 23-90353 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 62-1545685 | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AMSURG, LLC, | ) Case No. 23-90343 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 82-2995615 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| ANESTHESIOLOGISTS OF GREATER ORLANDO, INC., | ) Case No. 23-90364 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 59-3542796 | ) |
| | ) |
| In re: F | ) Chapter 11 |
| | ) |
| ANESTHESIOLOGY ASSOCIATES OF TALLAHASSEE, INC., | ) Case No. 23-90373 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 59-2970442 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| APEX ACQUISITION LLC, | ) Case No. 23-90381 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 27-1321358 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| APH LABORATORY SERVICES, INC., | ) Case No. 23-90396 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2253054 | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ARIZONA PERINATAL CARE CENTERS, LLC, | ) Case No. 23-90407 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 01-0813678 | ) |
| In re: | ) Chapter 11 |
| | ) |
| ASDH I, LLC, | ) Case No. 23-90417 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 81-0955572 | ) |
| In re: | ) Chapter 11 |
| | ) |
| ASDH II, LLC, | ) Case No. 23-90425 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 81-4727588 | ) |
| In re: | ) Chapter 11 |
| | ) |
| AUSTIN NSC, LLC, | ) Case No. 23-90431 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 20-4942934 | ) |
| In re: | ) Chapter 11 |
| | ) |
| AUSTIN NSC, LP, | ) Case No. 23-90442 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 74-2934461 | ) |

14

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| BAY AREA ANESTHESIA, L.L.C., | ) Case No. 23-90452 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 59-3552855 | ) |
| In re: | ) Chapter 11 |
| | ) |
| BESTPRACTICES, INC., | ) Case No. 23-90463 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 54-1489944 | ) |
| In re: | ) Chapter 11 |
| | ) |
| BETHESDA ANESTHESIA ASSOCIATES, INC., | ) Case No. 23-90475 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2588869 | ) |
| In re: | ) Chapter 11 |
| | ) |
| BOCA ANESTHESIA SERVICE, INC., | ) Case No. 23-90349 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 65-0126861 | ) |
| In re: | ) Chapter 11 |
| | ) |
| BRAVO REIMBURSEMENT SPECIALIST, L.L.C., | ) Case No. 23-90358 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 22-3780460 | ) |

15

| | |
|---|---|
| In re: | Chapter 11 |
| BROAD MIDWEST ANESTHESIA, LLC, | Case No. 23-90366 |
| Debtor. | |
| Tax I.D. No. 26-2833703 | |

| | |
|---|---|
| In re: | Chapter 11 |
| CENTENNIAL EMERGENCY PHYSICIANS, LLC, | Case No. 23-90374 |
| Debtor. | |
| Tax I.D. No. 82-4119519 | |

| | |
|---|---|
| In re: | Chapter 11 |
| CHANDLER EMERGENCY MEDICAL GROUP, L.L.C., | Case No. 23-90383 |
| Debtor. | |
| Tax I.D. No. 46-0508979 | |

| | |
|---|---|
| In re: | Chapter 11 |
| CHILDREN'S ANESTHESIA ASSOCIATES, INC., | Case No. 23-90395 |
| Debtor. | |
| Tax I.D. No. 65-0017781 | |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CLINICAL PARTNERS MANAGEMENT | ) Case No. 23-90404 |
| COMPANY, LLC, | ) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2299844 | ) |
| In re: | ) Chapter 11 |
| | ) |
| CMORX, LLC, | ) Case No. 23-90411 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 74-2857658 | ) |
| In re: | ) Chapter 11 |
| | ) |
| COASTAL ANESTHESIOLOGY CONSULTANTS, | ) Case No. 23-90421 |
| LLC, | ) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-3056682 | ) |
| In re: | ) Chapter 11 |
| | ) |
| CORAL SPRINGS NSC, LLC, | ) Case No. 23-90428 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-1649639 | ) |
| In re: | ) Chapter 11 |
| | ) |
| DAVIS NSC, LLC, | ) Case No. 23-90438 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 20-5451784 | ) |

17

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| DESERT MOUNTAIN CONSULTANTS IN ANESTHESIA, INC., | ) Case No. 23-90449 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 86-0956336 | ) |
| In re: | ) Chapter 11 |
| | ) |
| DISCOVERY CLINICAL RESEARCH, INC., | ) Case No. 23-90459 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 20-1105922 | ) |
| In re: | ) Chapter 11 |
| | ) |
| DOCTORS BILLING SERVICE, INC., | ) Case No. 23-90469 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 20-8297205 | ) |
| In re: | ) Chapter 11 |
| | ) |
| DRS. ELLIS, ROJAS, ROSS & DEBS, INC., | ) Case No. 23-90359 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 59-1205165 | ) |
| In re: | ) Chapter 11 |
| | ) |
| ED SOLUTIONS, LLC, | ) Case No. 23-90367 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 27-0376514 | ) |

18

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| EDIMS, L.L.C., | ) Case No. 23-90380 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 20-3218337 | ) |
| In re: | ) Chapter 11 |
| | ) |
| EHR MANAGEMENT CO., | ) Case No. 23-90392 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 20-3940407 | ) |
| In re: | ) Chapter 11 |
| | ) |
| EMCARE ANESTHESIA PROVIDERS, INC., | ) Case No. 23-90406 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 27-1937828 | ) |
| In re: | ) Chapter 11 |
| | ) |
| EMCARE HOLDCO, LLC, | ) Case No. 23-90448 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 20-2076495 | ) |
| In re: | ) Chapter 11 |
| | ) |
| EMCARE HOLDINGS, LLC, | ) Case No. 23-90470 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 13-3645287 | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| EMCARE OF CALIFORNIA, INC., | ) Case No. 23-90493 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 94-2246075 | ) |
| In re: | ) Chapter 11 |
| | ) |
| EMCARE PHYSICIAN PROVIDERS, INC., | ) Case No. 23-90516 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 43-0972570 | ) |
| In re: | ) Chapter 11 |
| | ) |
| EMCARE PHYSICIAN SERVICES, INC., | ) Case No. 23-90534 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 51-0345538 | ) |
| In re: | ) Chapter 11 |
| | ) |
| EMCARE, LLC, | ) Case No. 23-90523 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 75-1732351 | ) |
| In re: | ) Chapter 11 |
| | ) |
| EMERGENCY MEDICAL SERVICES, LLC, | ) Case No. 23-90526 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 20-2076535 | ) |

20

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EMERGENCY MEDICINE EDUCATION SYSTEMS, INC. (EMEDS), | ) | Case No. 23-90529 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 75-2706238 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| EMS MANAGEMENT LLC, | ) | Case No. 23-90530 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 20-2076564 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| EMSC SERVICESCO, LLC, | ) | Case No. 23-90377 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 46-0826288 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENTERPRISE INTERMEDIATE HOLDINGS INC., | ) | Case No. 23-90389 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 83-0929932 | ) | |
| In re: | ) | |
| | ) | |
| ENTERPRISE PARENT HOLDINGS, INC. | ) | Case No. 23-90402 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 83-0893659 | ) | |
| | ) | |

21

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENVISION ANESTHESIA SERVICES OF DELAWARE, INC., | ) Case No. 23-90414 |
| | ) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 82-3115955 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| ENVISION ANESTHESIA SERVICES OF SIERRA VISTA, INC., | ) Case No. 23-90426 |
| | ) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 82-1916223 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| ENVISION CHILDREN'S HEALTHCARE SERVICES OF NORTH MISSISSIPPI, INC., | ) Case No. 23-90455 |
| | ) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 82-3135231 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| ENVISION HEALTHCARE CLINICAL RESEARCH, INC., | ) Case No. 23-90471 |
| | ) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 65-1096710 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| ENVISION HEALTHCARE SCIENTIFIC INTELLIGENCE, INC., | ) Case No. 23-90489 |
| | ) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 47-5312545 | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENVISION PHYSICIAN SERVICES, LLC, | ) Case No. 23-90498 |
| Debtor. | ) |
| Tax I.D. No. 82-3024963 | ) |
| In re: | ) Chapter 11 |
| EVOLUTION MOBILE IMAGING, LLC, | ) Case No. 23-90502 |
| Debtor. | ) |
| Tax I.D. No. 80-0901255 | ) |
| In re: | ) Chapter 11 |
| FLAMINGO ANESTHESIA ASSOCIATES, INC., | ) Case No. 23-90505 |
| Debtor. | ) |
| Tax I.D. No. 26-2804804 | ) |
| In re: | ) Chapter 11 |
| FM HEALTHCARE SERVICES, INC., | ) Case No. 23-90509 |
| Debtor. | ) |
| Tax I.D. No. 27-3515257 | ) |
| In re: | ) Chapter 11 |
| FMO HEALTHCARE HOLDINGS, LLC, | ) Case No. 23-90511 |
| Debtor. | ) |
| Tax I.D. No. 27-3515065 | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FO INVESTMENTS II, INC., | ) Case No. 23-90515 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 45-2641534 | ) |
| In re: | ) Chapter 11 |
| | ) |
| FO INVESTMENTS III, INC., | ) Case No. 23-90507 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 35-2438641 | ) |
| In re: | ) Chapter 11 |
| | ) |
| FO INVESTMENTS, INC., | ) Case No. 23-90520 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 27-3515505 | ) |
| In re: | ) Chapter 11 |
| | ) |
| FULLERTON NSC, LLC, | ) Case No. 23-90524 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-3435683 | ) |
| In re: | ) Chapter 11 |
| | ) |
| GLOBAL SURGICAL PARTNERS, INC., | ) Case No. 23-90527 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 65-0903559 | ) |

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| GREATER FLORIDA ANESTHESIOLOGISTS, LLC, | ) | Case No. 23-90532 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 27-0602251 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| GYNECOLOGIC ONCOLOGY ASSOCIATES, INC., | ) | Case No. 23-90533 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 59-2026996 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| HAWKEYE HOLDCO LLC, | ) | Case No. 23-90535 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 45-3142930 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| HEALTHCARE ADMINISTRATIVE SERVICES, INC., | ) | Case No. 23-90536 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 43-1787964 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| HOLIDAY ACQUISITION COMPANY, INC., | ) | Case No. 23-90537 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 45-1289504 | ) | |

25

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ILLINOIS NSC, INC., | ) Case No. 23-90539 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 20-2393903 | ) |
| In re: | ) Chapter 11 |
| | ) |
| IMAGING ADVANTAGE LLC, | ) Case No. 23-90541 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 20-8263908 | ) |
| In re: | ) Chapter 11 |
| | ) |
| INFINITY HEALTHCARE, INC., | ) Case No. 23-90557 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 36-3203414 | ) |
| In re: | ) Chapter 11 |
| | ) |
| ISELECT HEALTHCARE LLC, | ) Case No. 23-90546 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. N/A | ) |
| In re: | ) Chapter 11 |
| | ) |
| JACKSONVILLE BEACHES ANESTHESIA ASSOCIATES, INC., | ) Case No. 23-90548 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2664313 | ) |

26

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JUPITER ANESTHESIA ASSOCIATES, L.L.C., | ) | Case No. 23-90347 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 26-1150385 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| JUPITER HEALTHCARE, LLC, | ) | Case No. 23-90352 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 90-0997040 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| KENWOOD NSC, LLC, | ) | Case No. 23-90361 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 26-3055899 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| KMAC, INC., | ) | Case No. 23-90368 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 74-3013130 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| LONG BEACH NSC, LLC, | ) | Case No. 23-90379 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 20-1048768 | ) | |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MEDASSOCIATES, LLC, | ) Case No. 23-90390 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 20-5044320 | ) |
| In re: | ) Chapter 11 |
| | ) |
| MEDI-BILL OF NORTH FLORIDA, INC., | ) Case No. 23-90398 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 59-3274637 | ) |
| In re: | ) Chapter 11 |
| | ) |
| MEDICAL INFORMATION MANAGEMENT SOLUTIONS, LLC, | ) Case No. 23-90413 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 86-0971572 | ) |
| In re: | ) Chapter 11 |
| | ) |
| MILLENNIUM VISION SURGICAL, LLC, | ) Case No. 23-90427 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. N/A | ) |
| In re: | ) Chapter 11 |
| | ) |
| MSO NEWCO, LLC, | ) Case No. 23-90437 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 27-1285928 | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| NAC PROPERTIES, LLC, | ) Case No. 23-90445 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. N/A | ) |
| In re: | ) Chapter 11 |
| | ) |
| NEW GENERATIONS BABEE BAG, INC., | ) Case No. 23-90458 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 65-0878152 | ) |
| In re: | ) Chapter 11 |
| | ) |
| NORTH FLORIDA ANESTHESIA CONSULTANTS, INC., | ) Case No. 23-90468 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 59-3012384 | ) |
| In re: | ) Chapter 11 |
| | ) |
| NORTH FLORIDA PERINATAL ASSOCIATES, INC., | ) Case No. 23-90478 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 46-3234701 | ) |
| In re: | ) Chapter 11 |
| | ) |
| NORTHWOOD ANESTHESIA ASSOCIATES, LLC, | ) Case No. 23-90351 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 65-0909229 | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| NSC HEALTHCARE, INC., | ) Case No. 23-90356 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 84-1209756 | ) |
| In re: | ) Chapter 11 |
| | ) |
| NSC RBO EAST, LLC, | ) Case No. 23-90363 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 27-3205481 | ) |
| In re: | ) Chapter 11 |
| | ) |
| NSC WEST PALM, LLC, | ) Case No. 23-90370 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 76-0740666 | ) |
| In re: | ) Chapter 11 |
| | ) |
| PARITY HEALTHCARE, INC., | ) Case No. 23-90382 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 65-0360536 | ) |
| In re: | ) Chapter 11 |
| | ) |
| PARTNERS IN MEDICAL BILLING, INC., | ) Case No. 23-90393 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 46-0638530 | ) |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| PHOENIX BUSINESS SYSTEMS, LLC, | ) | Case No. 23-90405 |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 43-1928994 | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| PHOENIX PHYSICIANS, LLC, | ) | Case No. 23-90418 |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 20-0492167 | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| PHYSICIAN ACCOUNT MANAGEMENT, INC., | ) | Case No. 23-90434 |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 03-0373713 | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| PHYSICIAN OFFICE PARTNERS, INC., | ) | Case No. 23-90443 |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 74-3050016 | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| PINNACLE CONSULTANTS MID-ATLANTIC, L.L.C., | ) | Case No. 23-90453 |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 26-2201105 | ) |  |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| PRACTICE ACCOUNT MANAGEMENT SERVICES, LLC, | ) Case No. 23-90466 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 20-1314925 | ) |
| In re: | ) Chapter 11 |
| | ) |
| PROVEN HEALTHCARE SOLUTIONS OF NEW JERSEY, LLC, | ) Case No. 23-90479 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 27-1625135 | ) |
| In re: | ) Chapter 11 |
| | ) |
| PROVIDER ACCOUNT MANAGEMENT, INC., | ) Case No. 23-90486 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 75-2964700 | ) |
| In re: | ) Chapter 11 |
| | ) |
| QRX MEDICAL MANAGEMENT, LLC, | ) Case No. 23-90346 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-0816177 | ) |
| In re: | ) Chapter 11 |
| | ) |
| RADIOLOGY STAFFING SOLUTIONS, INC., | ) Case No. 23-90354 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2138636 | ) |

32

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| RADSTAFFING MANAGEMENT SOLUTIONS, INC., | ) Case No. 23-90365 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2137767 | ) |
| In re: | ) Chapter 11 |
| | ) |
| REIMBURSEMENT TECHNOLOGIES, INC., | ) Case No. 23-90375 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 23-2634599 | ) |
| In re: | ) Chapter 11 |
| | ) |
| ROSE RADIOLOGY, LLC, | ) Case No. 23-90387 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 20-2487215 | ) |
| In re: | ) Chapter 11 |
| | ) |
| SAN ANTONIO NSC, LLC, | ) Case No. 23-90400 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 20-0322582 | ) |
| In re: | ) Chapter 11 |
| | ) |
| SENTINEL HEALTHCARE SERVICES, LLC, | ) Case No. 23-90412 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 58-2391627 | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SHERIDAN ANESTHESIA SERVICES OF ALABAMA, INC., | ) Case No. 23-90424 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 46-1476545 | ) |
| In re: | ) Chapter 11 |
| | ) |
| SHERIDAN ANESTHESIA SERVICES OF LOUISIANA, INC., | ) Case No. 23-90436 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 27-0983154 | ) |
| In re: | ) Chapter 11 |
| | ) |
| SHERIDAN ANESTHESIA SERVICES OF VIRGINIA, INC., | ) Case No. 23-90447 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 27-1895603 | ) |
| In re: | ) Chapter 11 |
| | ) |
| SHERIDAN CADR SOLUTIONS, INC., | ) Case No. 23-90461 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 81-2115237 | ) |
| In re: | ) Chapter 11 |
| | ) |
| SHERIDAN CHILDREN'S HEALTHCARE SERVICES OF ARIZONA, INC., | ) Case No. 23-90474 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 47-1934541 | ) |

34

| | )  | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SHERIDAN CHILDREN'S HEALTHCARE SERVICES OF KENTUCKY, INC., | ) | Case No. 23-90485 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 47-4497915 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SHERIDAN CHILDREN'S HEALTHCARE SERVICES OF LOUISIANA, INC., | ) | Case No. 23-90492 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 46-2773044 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SHERIDAN CHILDREN'S HEALTHCARE SERVICES OF NEW MEXICO, INC., | ) | Case No. 23-90344 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 83-0401457 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SHERIDAN CHILDREN'S HEALTHCARE SERVICES OF OHIO, INC., | ) | Case No. 23-90350 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 47-4191957 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SHERIDAN CHILDREN'S HEALTHCARE SERVICES OF VIRGINIA, INC., | ) | Case No. 23-90360 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 01-0622481 | ) | |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SHERIDAN CHILDREN'S HEALTHCARE SERVICES, INC., | ) Case No. 23-90376 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 59-2347217 | ) |
| In re: | ) Chapter 11 |
| | ) |
| SHERIDAN CHILDREN'S SERVICES OF ALABAMA, INC., | ) Case No. 23-90388 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 47-5142866 | ) |
| In re: | ) Chapter 11 |
| | ) |
| SHERIDAN EMERGENCY PHYSICIAN SERVICES OF MISSOURI, INC., | ) Case No. 23-90399 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 46-0617801 | ) |
| In re: | ) Chapter 11 |
| | ) |
| SHERIDAN EMERGENCY PHYSICIAN SERVICES OF NORTH MISSOURI, INC., | ) Case No. 23-90408 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 46-5538742 | ) |
| In re: | ) Chapter 11 |
| | ) |
| SHERIDAN EMERGENCY PHYSICIAN SERVICES OF SOUTH FLORIDA, INC., | ) Case No. 23-90420 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 46-2743595 | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SHERIDAN EMERGENCY PHYSICIAN | ) Case No. 23-90435 |
| SERVICES, INC., | ) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 65-1057394 | ) |
| In re: | ) Chapter 11 |
| | ) |
| SHERIDAN HEALTHCARE OF LOUISIANA, INC., | ) Case No. 23-90444 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 90-0196583 | ) |
| In re: | ) Chapter 11 |
| | ) |
| SHERIDAN HEALTHCARE OF MISSOURI, INC., | ) Case No. 23-90457 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 20-3109582 | ) |
| In re: | ) Chapter 11 |
| | ) |
| SHERIDAN HEALTHCARE OF VERMONT, INC., | ) Case No. 23-90467 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 20-4063600 | ) |
| In re: | ) Chapter 11 |
| | ) |
| SHERIDAN HEALTHCARE OF VIRGINIA, INC., | ) Case No. 23-90477 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 27-1931953 | ) |

| | |
|---|---|
| In re: | Chapter 11 |
| SHERIDAN HEALTHCARE OF WEST VIRGINIA, INC., | Case No. 23-90484 |
| Debtor. | |
| Tax I.D. No. 65-1028803 | |

| | |
|---|---|
| In re: | Chapter 11 |
| SHERIDAN HEALTHCARE, LLC, | Case No. 23-90357 |
| Debtor. | |
| Tax I.D. No. 04-3252967 | |

| | |
|---|---|
| In re: | Chapter 11 |
| SHERIDAN HEALTHCORP OF CALIFORNIA, INC., | Case No. 23-90371 |
| Debtor. | |
| Tax I.D. No. 46-4126626 | |

| | |
|---|---|
| In re: | Chapter 11 |
| SHERIDAN HEALTHCORP, INC., | Case No. 23-90384 |
| Debtor. | |
| Tax I.D. No. 59-0971075 | |

| | |
|---|---|
| In re: | Chapter 11 |
| SHERIDAN HEALTHY HEARING SERVICES, INC., | Case No. 23-90397 |
| Debtor. | |
| Tax I.D. No. 27-0417898 | |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SHERIDAN HOLDINGS, INC, | ) Case No. 23-90410 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 13-4056438 | ) |
| In re: | ) Chapter 11 |
| | ) |
| SHERIDAN HOSPITALIST SERVICES OF FLORIDA, INC., | ) Case No. 23-90422 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 81-1212712 | ) |
| In re: | ) Chapter 11 |
| | ) |
| SHERIDAN INVESTCO, LLC, | ) Case No. 23-90430 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 46-3274828 | ) |
| In re: | ) Chapter 11 |
| | ) |
| SHERIDAN LEADERSHIP ACADEMY, INC., | ) Case No. 23-90440 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-4789149 | ) |
| In re: | ) Chapter 11 |
| | ) |
| SHERIDAN RADIOLOGY MANAGEMENT SERVICES, INC., | ) Case No. 23-90451 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 35-2521918 | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SHERIDAN RADIOLOGY SERVICES, INC., | ) Case No. 23-90462 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 20-8211626 | ) |
| In re: | ) Chapter 11 |
| | ) |
| SHERIDAN ROP SERVICES OF ALABAMA, INC., | ) Case No. 23-90472 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 81-4394600 | ) |
| In re: | ) Chapter 11 |
| | ) |
| SHERIDAN ROP SERVICES OF FLORIDA, INC., | ) Case No. 23-90483 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 47-4676138 | ) |
| In re: | ) Chapter 11 |
| | ) |
| SHERIDAN ROP SERVICES OF VIRGINIA, INC., | ) Case No. 23-90490 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 47-4688176 | ) |
| In re: | ) Chapter 11 |
| | ) |
| SHI II, LLC, | ) Case No. 23-90495 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 47-2039767 | ) |

| | |
|---|---|
| In re: | Chapter 11 |
| SOUTHEAST PERINATAL ASSOCIATES, INC., | Case No. 23-90403 |
| Debtor. | |
| Tax I.D. No. 65-0363303 | |

| | |
|---|---|
| In re: | Chapter 11 |
| SPOTLIGHT HOLDCO LLC, | Case No. 23-90423 |
| Debtor. | |
| Tax I.D. No. 80-0850163 | |

| | |
|---|---|
| In re: | Chapter 11 |
| ST. LUCIE ANESTHESIA ASSOCIATES, LLC, | Case No. 23-90441 |
| Debtor. | |
| Tax I.D. No. 26-1822664 | |

| | |
|---|---|
| In re: | Chapter 11 |
| STREAMLINED MEDICAL SOLUTIONS LLC, | Case No. 23-90460 |
| Debtor. | |
| Tax I.D. No. 45-2706374 | |

| | |
|---|---|
| In re: | Chapter 11 |
| SUN DEVIL ACQUISITION LLC, | Case No. 23-90476 |
| Debtor. | |
| Tax I.D. No. 27-2929691 | |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SUNBEAM ASSET LLC, | ) Case No. 23-90488 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-0312608 | ) |
| In re: | ) Chapter 11 |
| | ) |
| TAMPA BAY NSC, LLC, | ) Case No. 23-90496 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 20-3447384 | ) |
| In re: | ) Chapter 11 |
| | ) |
| TEMPLETON READINGS, LLC, | ) Case No. 23-90499 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 04-3731678 | ) |
| In re: | ) Chapter 11 |
| | ) |
| TENNESSEE VALLEY NEONATOLOGY, INC., | ) Case No. 23-90503 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 27-5404223 | ) |
| In re: | ) Chapter 11 |
| | ) |
| TIVA HEALTHCARE, INC., | ) Case No. 23-90508 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 04-3721686 | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TORRANCE NSC, LLC, | ) Case No. 23-90513 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 20-1048801 | ) |
| In re: | ) Chapter 11 |
| | ) |
| TOWSON NSC, LLC, | ) Case No. 23-90518 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 20-0314129 | ) |
| In re: | ) Chapter 11 |
| | ) |
| TWIN FALLS NSC, LLC, | ) Case No. 23-90521 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 20-8086602 | ) |
| In re: | ) Chapter 11 |
| | ) |
| VALLEY ANESTHESIOLOGY CONSULTANTS, INC., | ) Case No. 23-90522 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 86-0621497 | ) |
| In re: | ) Chapter 11 |
| | ) |
| VALLEY CLINICAL RESEARCH, INC., | ) Case No. 23-90465 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 81-4453577 | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| WEST FAIRVIEW EMERGENCY PHYSICIANS, LLC, | ) Case No. 23-90473 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 82-5068549 | ) |
| In re: | ) Chapter 11 |
| | ) |
| WESTON NSC, LLC, | ) Case No. 23-90481 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-3435641 | ) |
| In re: | ) Chapter 11 |
| | ) |
| WILTON NSC, LLC, | ) Case No. 23-90487 |
| | ) |
| Debtor. | ) |
| | ) (Joint Administration Requested) |
| Tax I.D. No. 26-1653853 | ) (Emergency Hearing Requested) |

## ORDER (I) DIRECTING JOINT ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF

Upon the motion (the "Motion")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order"), (a) directing the joint administration of the Debtors' chapter 11 cases for procedural purposes only and (b) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found

---

[1]    Capitalized terms used and not defined herein have the meanings ascribed to them in the Motion.

that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is permissible pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing, if any, before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered under case number Case No. 23-90342 (CML).

2.      Additionally, the following checked items are ordered:

☐      One disclosure statement and plan of reorganization may be filed for all cases by any plan proponent.

☐      Parties may request joint hearings on matters pending in any of the jointly administered cases.

☐      Other:  See below.

3.      The caption of the jointly administered cases should read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENVISION HEALTHCARE CORPORATION, *et al.,*[1] | ) | Case No. 23-90342 (CML) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

---

[1]   A complete list of each of the Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/Envision.   The Debtors' service address is 1A Burton Hills Boulevard, Nashville, Tennessee 37215.

4.      The foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

5.      A docket entry, substantially similar to the following, shall be entered on the docket of each of the Debtors other than Envision Healthcare Corporation to reflect the joint administration of these chapter 11 cases:

> An order has been entered in accordance with Bankruptcy Rule 1015(b) and Local Rule 1015-1 for the United States Bankruptcy Court for the Southern District of Texas directing joint administration for procedural purposes only of the chapter 11 cases of each of the following:  Envision Healthcare Corporation, Case No. 23-90342; Acute Management, LLC, Case No. 23-90341; Affilion, Inc. Case No. 23-90538; All Women's Healthcare Holdings, Inc. Case No. 23-90540; All Women's Healthcare of Dade, Inc., Case No. 23-90542; All Women's Healthcare of Sawgrass, Inc., Case No. 23-90543; All Women's Healthcare of West Broward, Inc., Case No. 23-90544; All Women's Healthcare Services, Inc., Case No. 23-90547; All Women's Healthcare, Inc. Case No. 23-90549; AllegiantMD, Inc., Case No. 23-90550; Alpha Physician Resources, L.L.C., Case No. 23-90551; American Emergency Physicians Management, Inc., Case No. 23-90552; AmSurg Abilene Eye, Inc., Case No. 23-90553; AmSurg Abilene, Inc., Case No. 23-90554; AmSurg Altamonte Springs FL, Inc., Case

46

No. 23-90555; AmSurg Anesthesia Management Services, LLC, Case No. 23-90556; AmSurg Arcadia CA, Inc., Case No. 23-90347; AmSurg Burbank, Inc., Case No. 23-90355; AmSurg Colton CA, Inc., Case No. 23-90362; AmSurg Crystal River, Inc., Case No. 23-90369; AmSurg EC Beaumont, Inc., Case No. 23-90378; AmSurg EC Centennial, Inc., Case No. 23-90385; AmSurg EC Santa Fe, Inc., Case No. 23-90394; AmSurg EC St. Thomas, Inc., Case No. 23-90401; AmSurg EC Topeka, Inc., Case No. 23-90490; AmSurg EC Washington, Inc., Case No. 23-90419; AmSurg El Paso, Inc., Case No. 23-90429; AmSurg Escondido CA, Inc., Case No. 23-90439; AmSurg Finance, Inc., Case No. 23-90446; AmSurg Fresno Endoscopy, Inc., Case No. 23-90454; AmSurg Glendale, Inc., Case No. 23-90386; AmSurg Glendora CA, Inc., Case No. 23-90416; AmSurg Hillmont, Inc., Case No. 23-90433; AmSurg Holdco, LLC, Case No. 23-90450; AmSurg Holdings, LLC, Case No. 23-90464; AmSurg Inglewood, Inc., Case No. 23-90482; AmSurg KEC, Inc., Case No. 23-90491; AmSurg Kissimmee FL, Inc., Case No. 23-90497; AmSurg La Jolla, Inc., Case No. 23-90500; AmSurg Lancaster PA, LLC, Case No. 23-90504, AmSurg Main Line PA, LLC, Case No. 23-90510, AmSurg Maryville, Inc., Case No. 23-90512, AmSurg Melbourne, Inc., Case No. 23-90517; AmSurg Miami, Inc., Case No. 23-90519; AmSurg Naples, Inc., Case No. 23-90372; AmSurg New Port Richey FL, Inc., Case No. 23-90391; AmSurg Northwest Florida, Inc., Case No. 23-90415; AmSurg Oakland CA, Inc., Case No. 23-90432; AmSurg Ocala, Inc., Case No. 23-90456; AmSurg Palmetto, Inc., Case No. 23-90480; AmSurg Physicians Arizona, LLC, Case No. 23-90494; AmSurg Physicians HoldCo, LLC, Case No. 23-90501; AmSurg Pottsville PA, LLC, Case No. 23-90506; AmSurg San Antonio TX, Inc., Case No. 23-90514; AmSurg San Luis Obispo CA, Inc., Case No. 23-90545; AmSurg Scranton PA, Inc., Case No. 23-90525; AmSurg Suncoast, Inc., Case No. 23-90528; AmSurg Temecula CA, Inc., Case No. 23-90531; AmSurg Temecula II, Inc., Case No. 23-90345; AmSurg Torrance, Inc., Case No. 23-90353; AmSurg, LLC, Case No. 23-90343; Anesthesiologists of Greater Orlando, Inc., Case No. 23-90364; Anesthesiology Associates of Tallahassee, Inc., Case No. 23-90373; Apex Acquisition LLC, Case No. 23-90381; APH Laboratory Services, Inc., Case No. 23-90396; Arizona Perinatal Care Centers, LLC, Case No. 23-90407; ASDH I, LLC, Case No. 23-90417; ASDH II, LLC, Case No. 23-90425; Austin NSC, LLC, Case No. 23-90431; Austin NSC, LP, Case No. 23-90442; Bay Area Anesthesia, L.L.C., Case No. 23-90452; BestPractices, Inc., Case No. 23-90463; Bethesda Anesthesia Associates, Inc., Case No. 23-90475; Boca Anesthesia Service, Inc., Case No. 2390349; Bravo Reimbursement Specialist, L.L.C., Case No. 23-90358; Broad Midwest Anesthesia, LLC, Case No. 23-90366; Centennial

Emergency Physicians, LLC, Case No. 23-90374; Chandler Emergency Medical Group, L.L.C., Case No. 23-90383; Children's Anesthesia Associates, Inc., Case No. 23-90395; Clinical Partners Management Company, LLC, Case No. 23-90404; CMORx, LLC, Case No. 23-90411; Coastal Anesthesiology Consultants, LLC, Case No. 23-90421; Coral Springs NSC, LLC, Case No. 23-90428; Davis NSC, LLC, Case No. 23-90438; Desert Mountain Consultants in Anesthesia, Inc., Case No. 23-90449; Discovery Clinical Research, Inc., Case No. 23-90459; Doctors Billing Service, Inc., Case No. 23-90469; Drs. Ellis, Rojas, Ross & Debs, Inc., Case No. 23-90359; ED Solutions, LLC, Case No. 23-90367; EDIMS, L.L.C., Case No. 23-90380; EHR Management Co., Case No. 23-90382; EmCare Anesthesia Providers, Inc., Case No. 23-90406; EmCare HoldCo., LLC, Case No. 23-90448; EmCare Holdings, LLC, Case No. 23-90470; EmCare of California, Inc., Case No. 23-90493; EmCare Physician Providers, Inc., Case No. 23-90516; EmCare Physician Services, Inc., Case No. 23-90534; EmCare, LLC, Case No. 23-90523; Emergency Medical Services LLC, Case No. 23-90526; Emergency Medicine Education Systems, Inc. (EMEDS), Case No. 23-90529; EMS Management LLC, Case No. 23-90530; EMSC ServicesCo, LLC, Case No. 23-90377; Enterprise Intermediate Holdings Inc., Case No. 23-90389; Enterprise Parent Holdings, Inc., Case No. 23-90402; Envision Anesthesia Services of Delaware, Inc., Case No. 23-90414; Envision Anesthesia Services of Sierra Vista, Inc., Case No. 23-90426; Envision Children's Healthcare Services of North Mississippi, Inc., Case No. 23-90455; Envision Healthcare Clinical Research, Inc., Case No. 23-90471; Envision Healthcare Scientific Intelligence, Inc., Case No. 23-90489; Envision Physician Services, LLC, Case No. 23-90498; Evolution Mobile Imaging, LLC, Case No. 23-90502; Flamingo Anesthesia Associates, Inc., Case No. 23-90505; FM Healthcare Services, Inc., Case No. 23-90509; FMO Healthcare Holdings, LLC, Case No. 23-90511; FO Investments II, Inc., Case No. 23-90515; FO Investments III, Inc., Case No. 23-90507; FO Investments, Inc., Case No. 23-90520; Fullerton NSC, LLC, Case No. 23-90524; Global Surgical Partners, Inc., Case No. 23-90527; Greater Florida Anesthesiologists, LLC, Case No. 23-90532; Gynecologic Oncology Associates, Inc., Case No. 23-90533; Hawkeye Holdco LLC, Case No. 23-90535; Healthcare Administrative Services, Inc., Case No. 23-90536; Holiday Acquisition Company, Inc., Case No. 23-90537; Illinois NSC, Inc., Case No. 23-90539; Imaging Advantage LLC, Case No. 23-90541; Infinity Healthcare, Inc., Case No. 23-90557; iSelect Healthcare LLC, Case No. 23-90546; Jacksonville Beaches Anesthesia Associates, Inc., Case No. 23-90548; Jupiter Anesthesia Associates, L.L.C., Case No. 23-90347; Jupiter Healthcare, LLC, Case No. 23-90352; Kenwood NSC, LLC,

Case No. 23-90361; KMAC, Inc., Case No. 23-90368; Long Beach NSC, LLC, Case No. 23-90379; MedAssociates, LLC, Case No. 23-90390; Medi-Bill of North Florida, Inc., Case No. 23-90398; Medical Information Management Solutions, LLC, Case No. 23-90413; Millennium Vision Surgical, LLC, Case No. 23-90427; MSO Newco, LLC, Case No. 23-90437; NAC Properties, LLC, Case No. 23-90445; New Generations Babee Bag, Inc., Case No. 23-90458; North Florida Anesthesia Consultants, Inc., Case No. 23-90468; North Florida Perinatal Associates, Inc., Case No. 23-90478; Northwood Anesthesia Associates, LLC, Case No. 23-90351; NSC Healthcare, Inc., Case No. 23-90356; NSC RBO East, LLC, Case No. 23-90363; NSC West Palm, LLC, Case No. 23-90370; Parity Healthcare, Inc., Case No. 23-90382; Partners in Medical Billing, Inc., Case No. 23-90393; Phoenix Business Systems, LLC, Case No. 23-90405; Phoenix Physicians, LLC, Case No. 23-90418; Physician Account Management, Inc., Case No. 23-90434; Physician Office Partners, Inc., Case No. 23-90443; Pinnacle Consultants Mid-Atlantic, L.L.C., Case No. 23-90453; Practice Account Management Services, LLC, Case No. 23-90466; Proven Healthcare Solutions of New Jersey, LLC, Case No. 23-90479; Provider Account Management, Inc., Case No. 23-90486; QRx Medical Management, LLC, Case No. 23-90346; Radiology Staffing Solutions, Inc., Case No. 23-90354; Radstaffing Management Solutions, Inc., Case No. 23-90365; Reimbursement Technologies, Inc., Case No. 23-90375; Rose Radiology, LLC, Case No. 23-90387; San Antonio NSC, LLC, Case No. 23-90400; Sentinel Healthcare Services, LLC, Case No. 23-90412; Sheridan Anesthesia Services of Alabama, Inc., Case No. 23-90424; Sheridan Anesthesia Services of Louisiana, Inc., Case No. 23-90436; Sheridan Anesthesia Services of Virginia, Inc., Case No. 23-90447; Sheridan CADR Solutions, Inc., Case No. 23-90461; Sheridan Children's Healthcare Services of Arizona, Inc., Case No. 23-90474; Sheridan Children's Healthcare Services of Kentucky, Inc., Case No. 23-90485; Sheridan Children's Healthcare Services of Louisiana, Inc., Case No. 23-90492; Sheridan Children's Healthcare Services of New Mexico, Inc., Case No. 23-90344; Sheridan Children's Healthcare Services of Ohio, Inc., Case No. 23-90350; Sheridan Children's Healthcare Services of Virginia, Inc., Case No. 23-90360; Sheridan Children's Healthcare Services, Inc., Case No. 23-90376; Sheridan Children's Services of Alabama, Inc., Case No. 23-90388; Sheridan Emergency Physician Services of Missouri, Inc., Case No. 23-90399; Sheridan Emergency Physician Services of North Missouri, Inc., Case No. 23-90408; Sheridan Emergency Physician Services of South Florida, Inc., Case No. 23-90420; Sheridan Emergency Physician Services, Inc., Case No. 23-90435; Sheridan Healthcare of Louisiana, Inc., Case No. 23-90444;

Sheridan Healthcare of Missouri, Inc., Case No. 23-90457; Sheridan Healthcare of Vermont, Inc., Case No. 23-90467; Sheridan Healthcare of Virginia, Inc., Case No. 23-90477; Sheridan Healthcare of West Virginia, Inc., Case No. 23-90484; Sheridan Healthcare, LLC, Case No. 23-90357; Sheridan Healthcorp of California, Inc., Case No. 23-90371; Sheridan Healthcorp, Inc., Case No. 23-90384; Sheridan Healthy Hearing Services, Inc., Case No. 23-90397; Sheridan Holdings, Inc., Case No. 23-90410; Sheridan Hospitalist Services of Florida, Inc., Case No. 23-90422; Sheridan InvestCo, LLC, Case No. 23-90430; Sheridan Leadership Academy, Inc., Case No. 23-90440; Sheridan Radiology Management Services, Inc., Case No. 23-90451; Sheridan Radiology Services, Inc., Case No. 23-90462; Sheridan ROP Services of Alabama, Inc., Case No. 23-90472; Sheridan ROP Services of Florida, Inc., Case No. 23-90483; Sheridan ROP Services of Virginia, Inc., Case No. 23-90490; SHI II, LLC, Case No. 23-90495; Southeast Perinatal Associates, Inc., Case No. 23-90403; Spotlight Holdco LLC, Case No. 23-90423; St. Lucie Anesthesia Associates, LLC, Case No. 23-90441; Streamlined Medical Solutions LLC, Case No. 23-90460; Sun Devil Acquisition LLC, Case No. 23-90476; Sunbeam Asset LLC, Case No. 23-90488; Tampa Bay NSC, LLC, Case No. 23-90496; Templeton Readings, LLC, Case No. 23-90499; Tennessee Valley Neonatology, Inc., Case No. 23-90503; Tiva Healthcare, Inc., Case No. 23-90508; Torrance NSC, LLC, Case No. 23-90513; Towson NSC, LLC, Case No. 23-90518; Twin Falls NSC, LLC, Case No. 23-90512; Valley Anesthesiology Consultants, Inc., Case No. 23-90522; Valley Clinical Research, Inc., Case No. 23-90465; West Fairview Emergency Physicians, LLC, Case No. 23-90473; Weston NSC, LLC, Case No. 23-90481; Wilton NSC, LLC, Case No. 23-90487.

6.     The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the Southern District of Texas shall keep, one consolidated docket, one file, and one consolidated service list for these chapter 11 cases.

7.     Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases, and this Order shall be without prejudice to the rights of the Debtors to seek entry of an Order substantively consolidating their respective cases.

8.     A separate claims registry shall be maintained for each Debtor.

9.      The Debtors are authorized to take all reasonable actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

10.     The contents of the Motion satisfy the requirements of Bankruptcy Rule 6003(b).

11.     Notice of the Motion as provided therein shall be deemed good and sufficient and satisfies the requirements of the Bankruptcy Rules and the Local Rules.

12.     The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

13.     This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Houston, Texas
Dated: _____, 2023

_____
UNITED STATES BANKRUPTCY JUDGE