IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENVISION HEALTHCARE CORPORATION, *et al.*,[1] | ) ) ) ) | Case No. 23-90342 (CML) |
| Debtors. | ) ) ) | (Joint Administration Requested) |

**AGENDA FOR HEARING SCHEDULED FOR
MAY 15, 2023, AT 4:00 P.M. (PREVAILING CENTRAL TIME)**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby file their agenda for matters set for hearing on **May 15, 2023**, at **4:00 p.m.** (prevailing Central Time) (the "First Day Hearing").

- **Evidentiary Support for First Day Pleadings.**

    - **Keglevic First Day Declaration**.  Declaration of Paul Keglevic, Chief Restructuring Officer of Envision Healthcare Corporation, in Support of the Debtors' Chapter 11 Petitions [Docket No. 2]

    - **Stogsdill First Day Declaration**.  Declaration of Dennis Stogsdill, Managing Director of Alvarez & Marsal North America, LLC, in Support of (I) the Debtors' First Day Motions and (II) the Debtors' Emergency Motion for Entry of an Interim and Final Orders (A) Authorizing the Debtors to Use Cash Collateral, (B) Granting Adequate Protection to Prepetition Secured Parties, (C) Scheduling a Final Hearing, (D) Modifying the Automatic Stay, and (E) Granting Related Relief [Docket No. 3]

    - **Steele Declaration.**  Declaration of Benjamin J. Steele in Support of Debtors' Emergency Ex Parte Application for Entry of an Order Authorizing the Employment and Retention of Kroll Restructuring Administration LLC as Claims, Noticing, and Solicitation Agent [Docket No. 14, Exhibit B]

---

[1] A complete list of each of the Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/Envision.  The Debtors' service address is 1A Burton Hills Boulevard, Nashville, Tennessee 37215.

- **Witness & Exhibit List**. Debtors' Witness and Exhibit List for Hearing Scheduled for May 15, 2023, at 4:00 p.m. (Prevailing Central Time) [Docket No. 32]

- **First Day Pleadings.**

  - **Joint Administration Motion.** Debtors' Emergency Motion for Entry of an Order (I) Directing Joint Administration of the Debtors' Chapter 11 Cases and (II) Granting Related Relief [Docket No. 34]

    Status: This matter is going forward.

  - **Cash Collateral Motion.** Debtors' Emergency Motion for Entry of Interim and Final Orders (A) Authorizing the Debtors to Use Cash Collateral, and Renew Letters of Credit, (B) Granting Liens and Providing Claims with Superpriority Administrative Expense Status and Adequate Protection to the Prepetition Secured Parties, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief [Docket No. 18]

    Status: This matter is going forward.

  - **PC / ASC Motion.** Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Honor and Incur Obligations to Professional Corporations, (B) Obtain New Professional Corporation Contracts, (C) Honor and Incur Obligations to Ambulatory Surgery Centers, (D) Obtain New Ambulatory Surgery Center Contracts, (II) Extend the Automatic Stay to Ambulatory Surgery Centers, and (III) Granting Related Relief [Docket No. 9]

    Status: This matter is going forward.

  - **Cash Management Motion.** Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate their Cash Management System and Maintain Existing Bank Accounts, (B) Continue to Perform Intercompany Transactions, and (C) Maintain Existing Business Forms and Books and Records, and (II) Granting Related Relief [Docket No. 6]

    Status: This matter is going forward.

  - **Wages and Benefits Motion.** Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs, and (II) Granting Related Relief [Docket No. 7]

    Status: This matter is going forward.

  - **Critical Vendors Motion.** Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of (A) Patient Care and Safety Vendors, (B) 503(b)(9) Claimants, (C) Lien Claimants,

and (D) Critical Vendors and (II) Granting Related Relief [Docket No. 13]

Status:  This matter is going forward.

- **Creditor Matrix Motion.**  Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to Redact Certain Personally Identifiable Information, (II) Approving the Form and Manner of the Notice of Commencement, and (III) Granting Related Relief [Docket No. 33]

Status:  This matter is going forward.

- **Patient Information Procedures Motion.** Debtors' Emergency Motion for Entry of an Order Authorizing the Implementation of Procedures to Protect Confidential Patient Information [Docket No. 15]

Status:  This matter is going forward.

- **SOFA and Schedule Extension Motion.** Debtors' Emergency Motion for Entry of an Order (I) Extending Time to File (A) Schedules of Assets and Liabilities, (B) Schedules of Current Income and Expenditures, (C) Schedules of Executory Contracts and Unexpired Leases, (D) Statements of Financial Affairs, (E) Rule 2015.3 Financial Reports, and (II) Granting Related Relief [Docket No. 17]

Status:  This matter is going forward.

- **Kroll Retention Application.**  Debtors' Emergency *Ex Parte* Application for Entry of an Order Authorizing the Employment and Retention of Kroll Restructuring Administration LLC as Claims, Noticing, and Solicitation Agent [Docket No. 14]

Status:  This matter is going forward.

- **Equity Trading Motion.** Debtors' Emergency Motion for Entry of an Order (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock and (II) Granting Related Relief [Docket No. 10]

Status:  This matter is going forward.

- **Taxes Motion.** Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief [Docket No. 11]

Status:  This matter is going forward.

- **Utilities Motion.** Debtors' Emergency Motion for Entry of an Order (I) Approving the Proposed Adequate Assurance Deposit for Future Utility Services, (II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing

    Services, (III) Approving the Proposed Adequate Assurance Procedures for Resolving Adequate Assurance Requests, (IV) Authorizing Certain Fee Payments for Services Performed, and (V) Granting Related Relief [Docket No. 12]

    <u>Status</u>:  This matter is going forward.

- **Insurance Motion.** Debtors' <u>Emergency</u> Motion for Entry of an Order (I) Authorizing the Debtors to (A) Continue their Prepetition Insurance Coverage and Satisfy Prepetition Obligations Related Thereto, (B) Renew, Amend, Supplement, Extend, or Purchase Insurance Policies, (C) Continue to Pay Brokerage Fees and Claims Administration Fees, and (D) Maintain the Surety Bond Program and Letters of Credit, and (II) Granting Related Relief [Docket No. 16]

  <u>Status</u>:  This matter is going forward.

- **Refunds Motion.** Debtors' <u>Emergency</u> Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Maintain and Administer their Existing Refund Programs and Honor Certain Prepetition Obligations Related Thereto, and (II) Granting Related Relief [Docket No. 8]

  <u>Status</u>:  This matter is going forward.

- **Pleadings Not Going Forward at the First Day Hearing.**

  - **Contract and Lease Rejection Motion.** Debtors' Motion for the Entry of an Order (I) Authorizing (A) the Rejection of Certain Executory Contracts and Unexpired Leases and (B) Abandonment of Certain Personal Property, If Any, Each Effective as of the Petition Date, and (II) Granting Related Relief [Docket No. 19].

    <u>Status</u>:  The objection deadline is June 5, 2023; as set forth in the motion, if no objections are received a hearing may not be held.

Houston, Texas
May 15, 2023

*/s/ Rebecca Blake Chaikin*

| | |
|---|---|
| **JACKSON WALKER LLP** | **KIRKLAND & ELLIS LLP** |
| Matthew D. Cavenaugh (TX Bar No. 24062656) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Rebecca Blake Chaikin (TX Bar No. 24133055) | Edward O. Sassower, P.C. (*pro hac vice* pending) |
| Vienna Anaya (TX Bar No. 24091225) | Joshua A. Sussberg, P.C. (*pro hac vice* pending) |
| Javier Gonzalez (TX Bar No. 24119697) | Nicole L. Greenblatt, P.C. (*pro hac vice* pending) |
| 1401 McKinney Street, Suite 1900 | Anne G. Wallice (*pro hac vice* pending) |
| Houston, TX 77010 | 601 Lexington Avenue |
| Telephone:     (713) 752-4200 | New York, New York 10022 |
| Facsimile:       (713) 752-4221 | Telephone:     (212) 446-4800 |
| Email:            rchaikin@jw.com | Facsimile:       (212) 446-4900 |
|                       vanaya@jw.com | Email:            esassower@kirkland.com |
|                       jgonzalez@jw.com |                       jsussberg@kirkland.com |
| | ngreenblatt@kirkland.com |
| | anne.wallice@kirkland.com |

- and -

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
John R. Luze (*pro hac vice* pending)
Annie L. Dreisbach (*pro hac vice* pending)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:       (312) 862-2200
Email:            john.luze@kirkland.com
                       annie.dreisbach@kirkland.com

*Proposed Co-Counsel to the Debtors*         *Proposed Co-Counsel to the Debtors*
*and Debtors in Possession*                          *and Debtors in Possession*

**Certificate of Service**

I certify that, on May 15, 2023 I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                                             */s/ Rebecca Blake Chaikin*
                                                                             Rebecca Blake Chaikin