# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| Envision Healthcare Corporation, *et al.*,[1] | § | Case No. 23-90342 (CML) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE AND PAPERS

Please take notice that the undersigned are counsel for Citibank, N.A., in its capacity as administrative agent (the "Administrative Agent") under the Credit Agreement dated as of October 11, 2018 among, *inter alios*, Envision Healthcare Corporation, the Administrative Agent, and the lenders party thereto from time to time, in the above-captioned cases and hereby enter their appearance pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and request copies of all notices and pleadings pursuant to Bankruptcy Rules 2002, 3017(a), 9007, and 9010. All such notices should be addressed as follows:

Timothy A. ("Tad") Davidson II (Texas Bar No. 24012503)
Ashley L. Harper (Texas Bar No. 24065272)
Philip M. Guffy (Texas Bar No. 24113705)
**HUNTON ANDREWS KURTH LLP**
600 Travis Street, Suite 4200
Houston, TX 77002
Tel: 713-220-4200
Email: TadDavidson@HuntonAK.com
   AshleyHarper@HuntonAK.com
   PGuffy@HuntonAK.com

Eli J. Vonnegut (*pro hac vice pending*)
Gene S. Goldmintz (*pro hac vice pending*)
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, New York 10017
Tel: 212-450-4000
Email: eli.vonnegut@davispolk.com
   gene.goldmintz@davispolk.com

---

[1] A complete list of each of the Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/Envision.  The Debtors' service address is 1A Burton Hills Boulevard, Nashville, Tennessee 37215.

DMS 302262333

Please take further notice that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile or otherwise filed or made with regard to the referenced cases and the proceedings.

Dated: May 15, 2023  
Houston, Texas

Respectfully submitted,

*/s/ Timothy A. ("Tad") Davidson II*  
Timothy A. ("Tad") Davidson II (Texas Bar No. 24012503)  
Ashley L. Harper (Texas Bar No. 24065272)  
Philip M. Guffy (Texas Bar No. 24113705)  
**HUNTON ANDREWS KURTH LLP**  
600 Travis Street, Suite 4200  
Houston, TX 77002  
Tel: 713-220-4200  
Email: TadDavidson@HuntonAK.com  
   AshleyHarper@HuntonAK.com  
   PGuffy@HuntonAK.com

-and-

Eli J. Vonnegut (*pro hac vice pending*)  
Gene S. Goldmintz (*pro hac vice pending*)  
**DAVIS POLK & WARDWELL LLP**  
450 Lexington Avenue  
New York, New York 10017  
Tel:   212-450-4000  
Email: eli.vonnegut@davispolk.com  
   gene.goldmintz@davispolk.com

*Counsel for Citibank, N.A., as Administrative Agent*

## CERTIFICATE OF SERVICE

I certify that on May 15, 2023, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

*/s/ Timothy A. ("Tad") Davidson II*  
Timothy A. ("Tad") Davidson II

DMS 302262333