| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 23-90342 |
|---|---|---|---|
| Debtor | In Re: | Envision Healthcare Corporation, et al. | |

This lawyer, who is admitted to the State Bar of __New York__:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Eli J. Vonnegut<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>212-450-4000<br>NY: 4610515 |
|---|---|

Seeks to appear as the attorney for this party:

|  |
|---|
| Dated: May 15, 2023   Signed: /s/ Eli J. Vonnegut |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:   Signed: _____
                         Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                                                                   United States Bankruptcy Judge