UNITED STATES BANKRUPTCY COURT         SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 23-90342 |
|---|---|---|---|
| | Debtor | In Re: | Envision Healthcare Corp. |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Keith R. Martorana<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue, New York, NY 10166-0005<br>(212) 351-3991 / kmartorana@gibsondunn.com<br>New York / SBN: 4576971 |

| | |
|---|---|
| Name of party applicant seeks to appear for: | Envision Ad Hoc Group |

| |
|---|
| Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___<br><br>On a separate sheet for each sanction, please supply the full particulars. |

| | | |
|---|---|---|
| Dated:  5/15/23 | Signed: | */s/ Keith R. Martorana* |

| |
|---|
| The state bar reports that the applicant's status is: |
| Dated:                    Clerk's signature: |

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Dated: _____            _____
                                                                          United States Bankruptcy Judge