| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 23-90342 |
|---|---|---|---|
| | Debtor | In Re: | Envision Healthcare Corp. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | David M. Feldman<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue, New York, NY 10166-0005<br>(212) 351-2366 / dfeldman@gibsondunn.com<br>New York / SBN: 2633881 |
|---|---|

| Name of party applicant seeks to appear for: | Envision Ad Hoc Group |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓_____<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated:   5/15/23 | Signed: | */s/ David M. Feldman* |
|---|---|---|

| The state bar reports that the applicant's status is: | | |
|---|---|---|
| Dated: | Clerk's signature: | |

**Order**          **This lawyer is admitted *pro hac vice*.**

Dated: _____          _____
                                                                                        United States Bankruptcy Judge