UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 23-90342 |
|---|---|---|---|
| | Debtor | In Re: | Envision Healthcare Corp. |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Mary Beth Maloney<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue, New York, NY 10166-0005<br>(212) 351-2315 / mmaloney@gibsondunn.com<br>New York / SBN: 5241302 |

| | |
|---|---|
| Name of party applicant seeks to appear for: | Envision Ad Hoc Group |

| |
|---|
| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓_____ |
| On a separate sheet for each sanction, please supply the full particulars. |

| | | |
|---|---|---|
| Dated:  5/15/23 | Signed: | */s/ Mary Beth Maloney* |

| |
|---|
| The state bar reports that the applicant's status is: |
| Dated:   Clerk's signature: |

**Order**                    **This lawyer is admitted *pro hac vice*.**

Dated: _____        _____
                                                                United States Bankruptcy Judge