UNITED STATES BANKRUPTCY COURT    SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 23-90342 |
|---|---|---|---|
| | Debtor | In Re: | Envision Healthcare Corp. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | C. Lee Wilson<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue, New York, NY 10166-0005<br>(212) 351-2452 / clwilson@gibsondunn.com<br>New York / SBN: 4524377 |
|---|---|

| Name of party applicant seeks to appear for: | Envision Ad Hoc Group |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓_____ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 5/15/23 | Signed: | */s/ C. Lee Wilson* |
|---|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated: | Clerk's signature: |

**Order**    **This lawyer is admitted *pro hac vice*.**

Dated: _____    _____
    United States Bankruptcy Judge