# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| ENVISION HEALTHCARE CORPORATION, *et al.*, | ) Case No. 23-90342 (CML) |
|  | ) (Joint Administration Requested) |
| Debtors.[1] | ) |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND PLEADINGS

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Sections 1109(b) and 342 of Title 11 of the United States Code, Ankura Trust Company, LLC, in its capacity as Envision Term Loan Facility Agent ("Ankura Trust"), by and through its undersigned counsel, Kilpatrick Townsend & Stockton LLP, hereby requests that all notices given or required to be given in the above-captioned case, and all papers served or required to be served in these cases, be given to and served upon the following:

Todd C. Meyers, Esq.
Gianfranco Finizio, Esq.
**KILPATRICK TOWNSEND & STOCKTON LLP**
1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 775-8700
Facsimile: (212) 775-8800
Email: tmeyers@kilpatricktownsend.com
gfinizio@kilpatricktownsend.com

---

[1] A complete list of each of the Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/Envision. The Debtors' service address is 1A Burton Hills Boulevard, Nashville, Tennessee 37013.

**PLEASE TAKE FURTHER NOTICE** that this request (the "Request") constitutes not only a request for service of the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex or otherwise, that affects or seeks to affect in any way any rights or interests of any creditor or party in interest in this case, with respect to: (i) the above-captioned debtors (collectively, the "Debtors"); (ii) property of the Debtors' estates, or proceeds thereof, in which the Debtors may claim an interest; or (iii) property or proceeds thereof in possession, custody or control of others that the Debtors may seek to use.

**PLEASE TAKE FURTHER NOTICE** that neither this Request nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive (i) Ankura Trust's right to have final judgments and final orders entered by an Article III judge in any matters that constitutionally can be finally adjudicated only by an Article III judge unless all parties consent to final adjudication by a non-Article III judge; (ii) Ankura Trust's right to trial by jury in any proceeding so triable in any case, controversy or adversary proceeding; (iii) Ankura Trust's right have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Ankura Trust is or may be entitled under any agreement(s), in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

*[Signature Appears on Following Page]*

Dated: May 15, 2023

        **KILPATRICK TOWNSEND & STOCKTON LLP**

        */s/ Todd C. Meyers*
        Todd C. Meyers, Esq.
        1100 Peachtree Street NE, Suite 2800
        Atlanta, GA 30309-4528
        Telephone: (404) 815-6500
        Facsimile: (404) 815-6555
        Email:  tmeyers@kilpatricktownsend.com

        -and-

        Daniel F. Shank, Esq.
        State Bar No. 18090400
        TC Energy Center
        700 Louisiana Street, Suite 4300
        Houston, TX 77002
        Telephone: (281) 809-4100
        Facsimile: (281) 829-0787
        Email: dshank@kilpatricktownsend.com

        -and-

        Todd C. Meyers, Esq.
        Gianfranco Finizio, Esq.
        1114 Avenue of the Americas
        New York, NY 10036
        Telephone: (212) 775-8700
        Facsimile: (212) 775-8800
        Email: tmeyers@kilpatricktownsend.com
                gfinizio@kilpatricktownsend.com

        *Counsel for Ankura Trust Company, LLC, in its capacity as Envision Term Loan Facility Agent*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2023, I caused a true and correct copy of the foregoing to be filed electronically with the Clerk of the Court using the CM/ECF system which in turn will send notification of such filing to all interested parties of record.

/s/ *Todd C. Meyers*
Todd C. Meyers, Esq.