| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 23-90342 (CML) |
|---|---|---|---|
| | Debtor | In Re: | Envision Healthcare Corporation, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Todd C. Meyers<br>Kilpatrick Townsend & Stockton LLP<br>1100 Peachtree Street, NE, Suite 2800<br>Atlanta, Georgia 30309<br>(404) 815-6500 / tmeyers@kilpatricktownsend.com<br>Georgia Bar No. 503756 |
|---|---|

| Name of party applicant seeks to appear for: | Ankura Trust Company, LLC, in its capacity as Envision Term Loan Facility Agent |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✔___ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated:  05/15/2023 | Signed: | /s/ Todd C. Meyers |
|---|---|---|

| The state bar reports that the applicant's status is: | |
|---|---|
| Dated: | Clerk's signature: |

**Order**    **This lawyer is admitted *pro hac vice*.**

Dated: _____        _____
                                            United States Bankruptcy Judge