| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 23-90342 (CML) |
|---|---|---|---|
| | Debtor | In Re: | Envision Healthcare Corporation, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Gianfranco Finizio<br>Kilpatrick Townsend & Stockton LLP<br>1114 Avenue of the Americas<br>New York, NY 10036<br>(212) 775-8700 / gfinizio@kilpatricktownsend.com<br>New York Bar No. 4843751 |
|---|---|

| Name of party applicant seeks to appear for: | Ankura Trust Company, LLC, in its capacity as Envision Term Loan Facility Agent |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔____<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated:   05/15/2023 | Signed: | /s/ Gianfranco Finizio |
|---|---|---|

| The state bar reports that the applicant's status is: |
|---|

| Dated: | Clerk's signature: |
|---|---|

**Order**            **This lawyer is admitted *pro hac vice*.**

Dated: _____            _____
                                                                        United States Bankruptcy Judge