| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 23-90342 |
|---|---|---|---|
| Debtor | In Re: | Envision Healthcare Corporation, et al. | |

This lawyer, who is admitted to the State Bar of ___New York___ :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | John R. Sobolewski<br>Wachtell, Lipton, Rosen & Katz<br>51 West 52nd Street<br>New York, NY 10019<br>212.403.1000<br>NY - 4735411 |
|---|---|

Seeks to appear as the attorney for this party:

| Ad Hoc Group of First Lien AmSurg Lenders | |
|---|---|
| Dated: 05/15/2023 | Signed: /s/ John R. Sobolewski |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

| Dated: | Signed: _____<br>Deputy Clerk |
|---|---|

### Order

This lawyer is admitted *pro hac vice*.

Dated: _____               _____
                                United States Bankruptcy Judge