IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | § § | Chapter 11 |
| ENVISION HEALTHCARE CORPORATION, *et al.*, | § § § | Case No. 23-90342 (CML) |
|  | § | (Joint Administration Requested) |
| Debtors.[1] | § § | |

**NOTICE OF APPEARANCE
AND REQUEST FOR SERVICE AND NOTICE**

**PLEASE TAKE NOTICE** that the undersigned counsel represents an ad hoc group of unaffiliated holders, or investment advisors, sub-advisors, or managers of holders (the "***Ad Hoc Group of First Lien AmSurg Lenders***"), of loans outstanding under that certain Credit Agreement, dated as of April 29, 2022, among AmSurg HoldCo, LLC, as holdings, AmSurg, LLC, as borrower, and Alter Domus (US) LLC, as administrative agent and collateral agent, in the above-referenced chapter 11 cases, and hereby files this *Notice of Appearance and Request for Service and Notice* (this "***Notice of Appearance***") pursuant to sections 342 and 1109(b) of title 11 of the United States Code (the "***Bankruptcy Code***"), rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***"), and the Bankruptcy Local Rules of the United States Bankruptcy Court for the Southern District of Texas, and requests that copies of all notices and pleadings given or required to be given in these chapter 11 cases be given to and served upon:

---

[1] A complete list of each of the Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/Envision. The Debtors' service address is 1A Burton Hills Boulevard, Nashville, Tennessee 37013.

4886-9647-1906

Paul E. Heath
Matthew W. Moran
Michael A. Garza
**VINSON & ELKINS LLP**
845 Texas Avenue
Suite 4700
Houston, TX 77002
Tel: (713) 758-2222
Fax: (713) 758-2346
Email: pheath@velaw.com; mmoran@velaw.com; mgarza@velaw.com

- and -

Joshua A. Feltman
Emil A. Kleinhaus
John R. Sobolewski
Angela K. Herring
**WACHTELL, LIPTON, ROSEN & KATZ**
51 West 52nd Street
New York, New York  10019
Tel:  (212) 403-1000
Fax:  (212) 403-2000
Email: jafeltman@wlrk.com; eakleinhaus@wlrk.com; jrsobolewski@wlrk.com; akherring@wlrk.com

**PLEASE TAKE FURTHER NOTICE** that the above request includes all notices required by the Bankruptcy Code and the Bankruptcy Rules and also includes, without limitation, the schedules, statements of financial affairs, operating reports, any plan of reorganization or disclosure statement, any letter, application, motion, complaint, objection, claim, demand, notice of hearing, petition, pleading or request, whether formal or informal, and whether transmitted or conveyed by mail, delivery, telephone or otherwise filed with or delivered to the Bankruptcy clerk, Clerk, Court, or judge (as those terms are defined in Bankruptcy Rule 9001) in connection with and with regard to the above-referenced chapter 11 cases and any proceedings related thereto.

**PLEASE TAKE FURTHER NOTICE** that the undersigned counsel hereby requests that the names and addresses of the counsel set forth above be added to all mailing matrices in these chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that the Ad Hoc Group of First Lien AmSurg Lenders does not consent to or waive any rights, claims, actions, or defenses through the filing and service of this Notice of Appearance with respect to jurisdiction under the Bankruptcy Code, and strictly reserves such rights, including: (a) the right to trial by jury in any proceeding triable in these chapter 11 cases or any case, controversy, or proceeding related to these chapter 11 cases, (b) the right to have final orders in non-core matters entered only with *de novo* review by the United States District Court for the Southern District of Texas, and (c) the right to seek to withdraw the reference in any matter subject to mandatory or discretionary withdrawal.

[*Remainder of Page Intentionally Left Blank*]

4886-9647-1906

Dated: May 15, 2023                    Respectfully submitted,

*/s/ Paul E. Heath*
**VINSON & ELKINS LLP**
Paul E. Heath (TX 09355050)
Matthew W. Moran (TX 24002642)
Michael A. Garza (TX 24126797)
845 Texas Tower, Suite 4700
Houston, Texas 77002
Telephone:  (713) 758-2222
pheath@velaw.com
mmoran@velaw.com
mgarza@velaw.com

- and -

**WACHTELL, LIPTON, ROSEN & KATZ**
Joshua A. Feltman (*pro hac vice* pending)
Emil A. Kleinhaus (*pro hac vice* pending)
John R. Sobolewski (*pro hac vice* pending)
Angela K. Herring (*pro hac vice* pending)
51 West 52nd Street
New York, New York 10019
Telephone:  (212) 403-1000
jafeltman@wlrk.com
eakleinhaus@wlrk.com
jrsobolewski@wlrk.com
akherring@wlrk.com

**COUNSEL TO THE AD HOC GROUP OF FIRST LIEN AMSURG LENDERS**

4

4886-9647-1906

## **CERTIFICATE OF SERVICE**

I certify that on May 15, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                         */s/ Paul E. Heath*
                                         One of Counsel