IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 23-90342 (CML) |
| ENVISION HEALTHCARE | § | |
| CORPORATION *et al.*,[1] | § | |
| | § | Chapter 11 |
| Debtors. | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that, pursuant to section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the law firms of Norton Rose Fulbright US LLP and Paul, Weiss, Rifkind, Wharton & Garrison LLP (collectively, "Counsel") hereby enter their appearance as counsel for funds and accounts managed by Kohlberg Kravis Roberts & Co. L.P. (the "Sponsors"), creditors and parties in interest in the above-captioned cases.

**PLEASE TAKE FURTHER NOTICE** that Counsel requests that the undersigned be added to the official mailing matrix and service lists in the above captioned chapter 11 cases. Counsel requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007, and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in these chapter 11 cases and copies of all papers served or required to be served in these chapter 11 cases and all other matters arising herein or in any related adversary proceeding, be given and served upon Sponsors through service upon Counsel, at the address, telephone, and email addresses set forth below:

---

[1] A complete list of each of the Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/Envision. The Debtors' service address is 1A Burton Hills Boulevard, Nashville, Tennessee 37215.

1

Jason L. Boland
Bob B. Bruner
Maria Mokrzycka
NORTON ROSE FULBRIGHT US LLP
1301 McKinney Street, Suite 5100
Houston, TX 77010
Telephone: (713) 651-5151
Email: jason.boland@nortonrosefulbright.com
Email: bob.bruner@nortonrosefulbright.com
Email: maria.mokrzycka@nortonrosefulbright.com

-and-

Brian S. Hermann (*pro hac vice* pending)
Jacob A. Adlerstein (*pro hac vice* pending)
Brian Bolin (*pro hac vice* pending)
Karen R. Zeituni (*pro hac vice* pending)
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Telephone: 212-373-300
Email: bhermann@paulweiss.com
Email: jadlerstein@paulweiss.com
Email: bbolin@paulweiss.com
Email: kzeituni@paulweiss.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in these cases, whether formal or informal, written or oral, and whether served, transmitted or conveyed by mail, email, hand delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service shall not be deemed or construed to be a waiver of any of the rights of the Sponsors, including, without limitation, to (i) have final orders in non-core matters entered only after de novo

review by a higher court; (ii) trial by jury in any proceeding so triable in these cases, or any cases, controversy, or adversary proceeding related to these cases; (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Sponsors may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

*[Remainder of Page Intentionally Left Blank]*

Dated: May 15, 2023
      Houston, Texas

Respectfully submitted,

**NORTON ROSE FULBRIGHT US LLP**

By: */s/ Bob B. Bruner*
Bob B. Bruner (SBT 24062637)
Jason L. Boland (SBT 24040542)
Maria Mokrzycka (SBT 24119994)
1301 McKinney Street, Suite 5100
Houston, TX 77010
Telephone: (713) 651-5151
Facsimile: (713) 651-5246
Email: bob.bruner@nortonrosefulbright.com
Email: jason.boland@nortonrosefulbright.com
Email: maria.mokrzycka@nortonrosefulbright.com

-and-

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

Brian S. Hermann (*pro hac vice* pending)
Jacob A. Adlerstein (*pro hac vice* pending)
Brian Bolin (*pro hac vice* pending)
Karen R. Zeituni (*pro hac vice* pending)
1285 Avenue of the Americas
New York, NY 10019
Telephone: 212-373-3000
Email: bhermann@paulweiss.com
Email: jadlerstein@paulweiss.com
Email: bbolin@paulweiss.com
Email: kzeituni@paulweiss.com

*Counsel to funds and accounts managed by Kohlberg Kravis Roberts & Co. L.P.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2023, a true and correct copy of the foregoing document was filed and served via the Court's electronic case filing and noticing system to all parties registered to receive electronic notices in this matter.

>  */s/ Bob B. Bruner*
>  Bob B. Bruner