IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **ENVISION HEALTHCARE** | § | **Case No. 23-90342 (CML)** |
| **CORPORATION,** *et al.,* | § | |
| | § | **(Joint Administration Requested)** |
| Debtors.[1] | § | |
| | § | |

**VERIFIED STATEMENT OF THE
AD HOC GROUP OF FIRST LIEN AMSURG LENDERS
PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

Pursuant to rule 2019 of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***"), this verified statement (this "***Statement***") is submitted by an ad hoc group of unaffiliated holders, or investment advisors, sub-advisors, or managers of holders (the "***Ad Hoc Group of First Lien AmSurg Lenders***"), of loans outstanding under that certain Credit Agreement, dated as of April 29, 2022, among AmSurg HoldCo, LLC, as holdings, AmSurg, LLC, as borrower, and Alter Domus (US) LLC, as administrative agent and collateral agent (as amended, supplemented, amended and restated or otherwise modified from time to time) (such loans, the "***First Lien AmSurg Loans***").[2]

---

[1] A complete list of each of the Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/Envision. The Debtors' service address is 1A Burton Hills Boulevard, Nashville, Tennessee 37215.

[2] Additionally, a certain member of the Ad Hoc Group of First Lien AmSurg Lenders also holds loans outstanding under (a) that certain Credit Agreement, dated July 20, 2022, among AmSurg, LLC, as borrower, and Credit Suisse AG, as administrative agent and collateral agent (and as amended, restated, supplemented, or otherwise modified from time to time) (such loans, the "***AmSurg RCF Loans***"); and (b) the third-out tranche of the senior secured term loan facility issued under that certain Credit Agreement, dated as of October 11, 2018, among Envision Healthcare Corporation, as borrower, and Ankura Trust Company, LLC (as successor to Credit Suisse AG, Cayman Islands Branch), as administrative agent and collateral agent (and as amended, restated, supplemented, or otherwise modified from time to time) (such loans, the "***EVPS Third-Out Term Loans***").

1.      On or around March 3, 2023, certain members of the Ad Hoc Group of First Lien AmSurg Lenders retained Wachtell, Lipton, Rosen & Katz ("***Wachtell Lipton***") to represent them in connection with a potential financial restructuring of the above-captioned debtors and debtors-in-possession (the "***Debtors***").  Thereafter, certain additional holders, investment advisors, sub-advisors, or managers of holders, of First Lien AmSurg Loans joined the Ad Hoc Group of First Lien AmSurg Lenders.  In connection with the Debtors' potential filing of chapter 11 cases in the United States Bankruptcy Court for the Southern District of Texas, the Ad Hoc Group of First Lien AmSurg Lenders also retained Vinson & Elkins LLP ("***V&E***," and together with Wachtell Lipton, "***Counsel***").

2.      As of May 14, 2023, the members of the Ad Hoc Group of First Lien AmSurg Lenders hold, or are the investment advisors, sub-advisors, or managers of funds or accounts that hold: (a) approximately $513,408,657.60 in aggregate principal amount of the First Lien AmSurg Loans, which represents approximately 38%[3] of outstanding First Lien AmSurg Loans; (b) approximately $14,118,500.00 in aggregate principal amount of the AmSurg RCF Loans, which represents approximately 5%[4] of outstanding AmSurg RCF Loans; and (c) approximately $130,014.88 in aggregate principal amount of the EVPS Third-Out Term Loans, which represents approximately 0.02%[5] of outstanding EVPS Third-Out Term Loans.[6]  In accordance with Bankruptcy Rule 2019, the name and address of each member of the Ad Hoc Group of First Lien AmSurg Lenders, and the nature and amount of disclosable economic interests held by each

---

[3]  Percentage is based on the understanding that the principal amount of the First Lien AmSurg Loan is $1,358,000,000.

[4]  Percentage is based on the understanding that the principal amount of the AmSurg RCF Loans is $301,000,000.

[5]  Percentage is based on the understanding that the principal amount of the EVPS Third-Out Term Loans is $648,000,000.

[6]  The amounts set forth herein may include, in certain circumstances, disclosable economic interests that are subject to pending trades or other transfers that have not settled or otherwise been disclosed as of May 14, 2023.

member of the Ad Hoc Group of First Lien AmSurg Lenders in relation to the Debtors are set forth in **Exhibit A**.  The information contained in **Exhibit A** is based upon information provided by each member of the Ad Hoc Group of First Lien AmSurg Lenders to Counsel and is subject to change and supplementation.

3. No member of the Ad Hoc Group of First Lien AmSurg Lenders represents or purports to represent any other member of the Ad Hoc Group of First Lien AmSurg Lenders or entity in connection with the Debtors' chapter 11 cases.  In addition, each member of the Ad Hoc Group of First Lien AmSurg Lenders (a) does not assume any fiduciary or other duties to any other creditor or person and (b) does not purport to act, represent or speak on behalf of any other entities in connection with the Debtors' chapter 11 cases.

4. Nothing contained in this Statement (or **Exhibit A** hereto) is intended to or should be construed to constitute a waiver or release of any claims filed or to be filed against the Debtors held by any member of the Ad Hoc Group of First Lien AmSurg Lenders, its affiliates, or any other entity.  Nothing herein should be construed as a limitation upon, or waiver of, any rights of any member of the Ad Hoc Group of First Lien AmSurg Lenders to assert, file and/or amend any proof of claim in accordance with applicable law.  Counsel reserves the right to amend or supplement this Statement as necessary in accordance with Bankruptcy Rule 2019.

5. The undersigned verify that the foregoing is true and correct to the best of their knowledge.

[*Remainder of Page Intentionally Left Blank.*]

Dated: May 15, 2023                    Respectfully submitted,

*/s/ Paul. E Heath*
**VINSON & ELKINS LLP**
Paul E. Heath (TX 09355050)
Matthew W. Moran (TX 24002642)
Michael A. Garza (TX 24126797)
845 Texas Tower, Suite 4700
Houston, Texas 77002
Telephone:  (713) 758-2222
pheath@velaw.com
mmoran@velaw.com
mgarza@velaw.com

- and -

**WACHTELL, LIPTON, ROSEN & KATZ**
Joshua A. Feltman (*pro hac vice* pending)
Emil A. Kleinhaus (*pro hac vice* pending)
John R. Sobolewski (*pro hac vice* pending)
Angela K. Herring (*pro hac vice* pending)
51 West 52nd Street
New York, New York 10019
Telephone:  (212) 403-1000
jafeltman@wlrk.com
eakleinhaus@wlrk.com
jrsobolewski@wlrk.com
akherring@wlrk.com

**COUNSEL TO THE AD HOC GROUP OF FIRST LIEN AMSURG LENDERS**

## **CERTIFICATE OF SERVICE**

   I certify that on May 15, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

               */s/ Paul E. Heath*
               One of Counsel

**Exhibit A[1]**

**Disclosable Economic Interests of the Members of the Ad Hoc Group of First Lien AmSurg Lenders[2]**

| Name of Creditor[3] | Address | First Lien AmSurg Loans | Amsurg RCF Loans | EVPS Third-Out Term Loans |
|---|---|---|---|---|
| Certain funds and/or accounts, or subsidiaries of such funds and/or accounts, managed, advised or controlled by **Angelo, Gordon & Co., L.P.**, or an affiliate thereof. | 245 Park Ave<br>26th Floor<br>New York, NY  10167 | $221,327,661.00 | | |
| Certain funds and/or accounts, or subsidiaries of such funds and/or accounts, advised or managed by **ASOF Investment Management LLC**, or an affiliate thereof. | 2000 Avenue of the Stars<br>12th Floor<br>Los Angeles, CA  90067 | $150,000,000.00 | | |
| Certain funds and/or accounts, or subsidiaries of such funds and/or accounts, managed, advised or controlled by **CCP Credit Acquisition Holdings, LLC**, or an affiliate thereof. | 375 Park Avenue<br>11th Floor<br>New York, NY  10152 | $142,080,996.60 | $14,118,500.00 | $130,014.88 |

---

[1] Capitalized terms used but not otherwise defined herein have the meanings given to them in the *Verified Statement of the Ad Hoc Group of First Lien AmSurg Lenders Pursuant to Federal Rule of Bankruptcy Procedure 2019*.

[2] To the best of Counsel's knowledge, the information included herein is accurate as of May 14, 2023.  The amounts set forth herein include only outstanding principal and do not include overdue interest, interest on overdue interest and principal, and accrued interest or other amounts that may be owing under the applicable debt documents and laws.  In addition, the amounts set forth herein may include, in certain circumstances, disclosable economic interests that are subject to pending trades or other transfers that have not settled or otherwise been disclosed as of May 14, 2023.

[3] Certain funds and accounts that are managed or advised by affiliates of the creditors listed in this column and that are not members of the Ad Hoc Group of First Lien AmSurg Lenders may have disclosable economic interests in relation to the Debtors.  Counsel does not represent such funds or accounts with respect to such disclosable economic interests.