UNITED STATES BANKRUPTCY COURT                SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 23-90342 (CML) |
|---|---|---|---|
| Debtor | In Re: | Envision Healthcare Corporation, et al. | |

This lawyer, who is admitted to the State Bar of __New York__:

| | |
|---|---|
| Name | Michael W. Price |
| Firm | Milbank LLP |
| Street | 55 Hudson Yards |
| City & Zip Code | New York, NY 10001 |
| Telephone | (212) 530-5577, mprice@milbank.com |
| Licensed: State & Number | New York Bar No. 4918488 |

Seeks to appear as the attorney for this party:

Ad Hoc Group of AmSurg Lenders

Dated: May 15, 2023              Signed: /s/ Michael W. Price

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:              Signed: _____
                              Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____              _____
                              United States Bankruptcy Judge