| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 23-90342 (CML) |
|---|---|---|---|
| Debtor | In Re: | Envision Healthcare Corporation, et al. | |

This lawyer, who is admitted to the State Bar of ___New York___ :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Samuel A. Khalil<br>Milbank LLP<br>55 Hudson Yards<br>New York, NY 10001<br>(212) 530-5015, skhalil@milbank.com<br>New York Bar No.4194981 |

Seeks to appear as the attorney for this party:

| Ad Hoc Group of AmSurg Lenders |
|---|
| Dated: May 15, 2023    Signed: /s/ Samuel A. Khalil |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:    Signed: _____
                      Deputy Clerk

**Order**

This lawyer is admitted *pro hac vice*.

Dated: _____                    _____
                                      United States Bankruptcy Judge