UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 23-90342 |
|---|---|---|---|
| Debtor | In Re: Envision Healthcare Corporation, *et al.* | | |

This lawyer, who is admitted to the State Bar of New York:

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Hoori Kim<br>Cleary Gottlieb Steen & Hamilton LLP One Liberty Plaza<br>New York, NY 10006<br>212-225-2000<br>NY 5700521 |

Seeks to appear as the attorney for this party: HCA-EMS Holdings, LLC

Dated: 5/15/23          Signed: /s/ Hoori Kim

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:          Signed: _____
                          Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                                United States Bankruptcy Judge