United States Bankruptcy Court
Southern District of Texas

**ENTERED**
May 15, 2023
~~Nathan Ochsner~~, Clerk

UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 23-90342 |
|---|---|---|---|
| | Debtor | In Re: | Envision Healthcare Corp. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Mary Beth Maloney<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue, New York, NY 10166-0005<br>(212) 351-2315 / mmaloney@gibsondunn.com<br>New York / SBN: 5241302 |
|---|---|

| Name of party applicant seeks to appear for: | Envision Ad Hoc Group |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓ _____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 5/15/23 | Signed: | */s/ Mary Beth Maloney* |
|---|---|---|

| The state bar reports that the applicant's status is: | Currently registered |
|---|---|
| Dated: 05/15/2023 | Clerk's signature: /s/ Z. Compean |

**Order**          This lawyer is admitted *pro hac vice*.

Signed: May 15, 2023

_____
Christopher Lopez
United States Bankruptcy Judge