United States Bankruptcy Court
Southern District of Texas

**ENTERED**
May 15, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT       SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 23-90342 |
|---|---|---|---|
| Debtor | | In Re: | Envision Healthcare Corp. |

| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed: State & Number / Federal Bar & Number | David M. Feldman<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue, New York, NY 10166-0005<br>(212) 351-2366 / dfeldman@gibsondunn.com<br>New York / SBN: 2633881 |
|---|---|

| Name of party applicant seeks to appear for: | Envision Ad Hoc Group |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓_____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 5/15/23 | Signed: | */s/ David M. Feldman* |
|---|---|---|

| The state bar reports that the applicant's status is: | Currently registered |
|---|---|
| Dated: 05/15/2023 | Clerk's signature: /s/ Z. Compean |

**Order**     This lawyer is admitted *pro hac vice*.

Signed: May 15, 2023

_____
Christopher Lopez
United States Bankruptcy Judge