United States Bankruptcy Court
Southern District of Texas

**ENTERED**
May 15, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 23-90342 |
|---|---|---|---|
| | Debtor | In Re: | Envision Healthcare Corp. |

| Lawyer's Name Firm Street City & Zip Code Telephone & Email Licensed: State & Number Federal Bar & Number | Keith R. Martorana Gibson, Dunn & Crutcher LLP 200 Park Avenue, New York, NY 10166-0005 (212) 351-3991 / kmartorana@gibsondunn.com New York / SBN: 4576971 |
|---|---|

| Name of party applicant seeks to appear for: | Envision Ad Hoc Group |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓ _____ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 5/15/23 | Signed: /s/ Keith R. Martorana |
|---|---|

| The state bar reports that the applicant's status is: Currently registered |
|---|
| Dated: 05/15/2023 | Clerk's signature: /s/ Z. Compean |

| **Order** |
|---|

**This lawyer is admitted *pro hac vice*.**

Signed: May 15, 2023

_____
Christopher Lopez
United States Bankruptcy Judge