United States Bankruptcy Court
Southern District of Texas

**ENTERED**
May 15, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 23-90342 |
|---|---|---|---|
| Debtor | | In Re: | Envision Healthcare Corp. |

| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed: State & Number / Federal Bar & Number | Jason Zachary Goldstein<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue, New York, NY 10166-0005<br>(212) 351-5307 / jgoldstein@gibsondunn.com<br>New York / SBN: 5123211 |
|---|---|

| Name of party applicant seeks to appear for: | Envision Ad Hoc Group |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔_____<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated: 5/15/23 | Signed: */s/ Jason Zachary Goldstein* |
|---|---|

| The state bar reports that the applicant's status is: Currently registered | |
|---|---|
| Dated: 05/15/2023 | Clerk's signature: /s/ Z. Compean |

| **Order** | This lawyer is admitted *pro hac vice*. |
|---|---|

Signed: May 15, 2023

_____
Christopher Lopez
United States Bankruptcy Judge