United States Bankruptcy Court
Southern District of Texas
**ENTERED**
May 15, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT  SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 23-90342(CML) |
|---|---|---|---|
| Debtor | In Re: | Envision Healthcare Corporation, et al. | |

This lawyer, who is admitted to the State Bar of __New York / Alabama__ :

| | |
|---|---|
| Name | Margaret Reiney |
| Firm | Kirkland & Ellis LLP |
| Street | 601 Lexington Avenue |
| City & Zip Code | New York, New York 10022 |
| Telephone | 212-390-6980 |
| Licensed: State & Number | NY 5719455 / AL 1930D29X |

Seeks to appear as the attorney for this party:

Envision Healthcare Corporation, et al.

Dated: May 15, 2023         Signed: /s/ Margaret Reiney

COURT USE ONLY: The applicant's state bar reports their status as: __Currently registered__ .

Dated: 05/15/2023           Signed: /s/ Z. Compean
                                    Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Signed: May 15, 2023

Christopher Lopez
United States Bankruptcy Judge