United States Bankruptcy Court
Southern District of Texas
**ENTERED**
May 15, 2023
Nathan Ochsner, Clerk

| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 23-90342 |
|---|---|---|---|
| Debtor | In Re: | Envision Healthcare Corporation, et al. | |

This lawyer, who is admitted to the State Bar of __New York__:

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Gene S. Goldmintz<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>212-450-4000<br>NY: 5403050 |

Seeks to appear as the attorney for this party:

| |
|---|
| |

| Dated: May 15, 2023 | Signed: /s/ Gene S. Goldmintz |
|---|---|

| COURT USE ONLY: The applicant's state bar reports their status as:  __Currently registered__ . |
|---|
| Dated: 05/15/2023 | Signed: /s/ Z. Compean<br>Deputy Clerk |

### Order

This lawyer is admitted *pro hac vice*.

Signed: May 15, 2023

_Christopher M. Lopez_
Christopher Lopez
United States Bankruptcy Judge