United States Bankruptcy Court
Southern District of Texas

**ENTERED**
May 15, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF TEXAS

# MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 23-90342 |
|---|---|---|---|
| Debtor | In Re: | Envision Healthcare Corporation, et al. | |

This lawyer, who is admitted to the State Bar of ___New York___:

| | |
|---|---|
| Name | Eli J. Vonnegut |
| Firm | Davis Polk & Wardwell LLP |
| Street | 450 Lexington Avenue |
| City & Zip Code | New York, NY 10017 |
| Telephone | 212-450-4000 |
| Licensed: State & Number | NY: 4610515 |

Seeks to appear as the attorney for this party:

|  |
|---|
|  |

| Dated: May 15, 2023 | Signed: /s/ Eli J. Vonnegut |
|---|---|

COURT USE ONLY: The applicant's state bar reports their status as: __Currently registered__.

| Dated: 05/15/2023 | Signed: /s/ Z. Compean |
|---|---|
| | Deputy Clerk |

### Order

This lawyer is admitted *pro hac vice*.

Signed: May 15, 2023

_Christopher M. Lopez_
Christopher Lopez
United States Bankruptcy Judge