UNITED STATES BANKRUPTCY COURT         SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 23-90342 (CML) |
|---|---|---|---|
| Debtor | In Re: | Envision Healthcare Corporation, et al. | |

This lawyer, who is admitted to the State Bar of __New York__ :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Brian M. Resnick<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>(212) 450-4000<br>New York, 4215323 |
|---|---|

Seeks to appear as the attorney for this party:

| Credit Suisse AG, Cayman Islands Branch, as AmSurg RCF Agent |
|---|
| Dated: May 15, 2023     Signed: /s/ Brian M. Resnick |

COURT USE ONLY: The applicant's state bar reports their status as: _____ .

Dated:     Signed: _____
                              Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____         _____
                                                  United States Bankruptcy Judge