United States Bankruptcy Court
Southern District of Texas
**ENTERED**
May 15, 2023
Nathan Ochsner, Clerk

| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |

### MOTION AND ORDER
### FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 23-90342(CML) |
|---|---|---|---|
| Debtor | In Re: | Envision Healthcare Corporation, et al. | |

This lawyer, who is admitted to the State Bar of _____Illinois_____ :

| | |
|---|---|
| Name | Casey McGushin |
| Firm | Kirkland & Ellis LLP |
| Street | 300 North LaSalle |
| City & Zip Code | Chicago, Illinois 60654 |
| Telephone | 312-862-3397 |
| Licensed: State & Number | IL 6313465 |

Seeks to appear as the attorney for this party:

| Envision Healthcare Corporation, et al. | |
|---|---|
| Dated: May 15, 2023 | Signed: /s/ Casey McGushin |

COURT USE ONLY: The applicant's state bar reports their status as: __Active__.

| Dated: 05/15/2023 | Signed: /s/ Z. Compean |
|---|---|
| | Deputy Clerk |

### Order

This lawyer is admitted *pro hac vice*.

Signed: May 15, 2023

/s/ Christopher M. Lopez
Christopher Lopez
United States Bankruptcy Judge