| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 23-90342 (CML) |
|---|---|---|---|
| Debtor | In Re: | Envision Healthcare Corporation, et al. | |

This lawyer, who is admitted to the State Bar of ___New York___:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Michael Pera<br>Davis Polk & Wardwell LLP 450 Lexington Avenue<br>New York, NY 10017<br>212-450-4000<br>New York, 5488788 |
|---|---|

Seeks to appear as the attorney for this party:

| Credit Suisse AG, Cayman Islands Branch, as AmSurg RCF Agent |
|---|
| Dated: May 15, 2023    Signed: /s/ Michael Pera |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:    Signed: _____
                      Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____    _____
                                          United States Bankruptcy Judge