United States Bankruptcy Court
Southern District of Texas
**ENTERED**
May 15, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT       SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 23-90342(CML) |
|---|---|---|---|
| Debtor | In Re: | Envision Healthcare Corporation, et al. | |

This lawyer, who is admitted to the State Bar of ___Illinois___:

| | |
|---|---|
| Name | William E. Arnault, P.C. |
| Firm | Kirkland & Ellis LLP |
| Street | 300 North LaSalle |
| City & Zip Code | Chicago, Illinois 60654 |
| Telephone | 312-862-3062 |
| Licensed: State & Number | IL 6298988 |

Seeks to appear as the attorney for this party:

| Envision Healthcare Corporation, et al. |
|---|
| Dated: May 15, 2023    Signed: /s/ William E. Arnault |

| COURT USE ONLY: The applicant's state bar reports their status as: __Active__. |
|---|
| Dated: 05/15/2023    Signed: /s/ Z. Compean |
| Deputy Clerk |

Order

This lawyer is admitted *pro hac vice*.

Signed: May 15, 2023

_Christopher M. Lopez_
Christopher Lopez
United States Bankruptcy Judge