United States Bankruptcy Court
Southern District of Texas
**ENTERED**
May 15, 2023
Nathan Ochsner, Clerk

| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 23-90342(CML) |
|---|---|---|---|
| Debtor | In Re: | Envision Healthcare Corporation, et al. | |

This lawyer, who is admitted to the State Bar of  New York / South Carolina  :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Anne G. Wallice<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>212-390-4511<br>NY 5640149 / SC 105015 |

Seeks to appear as the attorney for this party:

| Envision Healthcare Corporation, et al. ||
|---|---|
| Dated: May 15, 2023 | Signed: /s/ Anne G. Wallice |

| COURT USE ONLY: The applicant's state bar reports their status as:  Currently registered  . ||
|---|---|
| Dated: 05/15/2023 | Signed: /s/ Z. Compean<br>Deputy Clerk |

**Order**

This lawyer is admitted *pro hac vice*.

Signed: May 15, 2023

Christopher Lopez
United States Bankruptcy Judge