United States Bankruptcy Court
Southern District of Texas
**ENTERED**
May 15, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT         SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 23-90342(CML) |
|---|---|---|---|
| Debtor | In Re: | Envision Healthcare Corporation, et al. | |

This lawyer, who is admitted to the State Bar of _____Illinois_____ :

| | |
|---|---|
| Name | Annie Dreisbach |
| Firm | Kirkland and Ellis LLP |
| Street | 300 North LaSalle |
| City & Zip Code | Chicago, Illinois 60654 |
| Telephone | 312-862-3981 |
| Licensed: State & Number | IL 6329629 |

Seeks to appear as the attorney for this party:

Envision Healthcare Corporation, et al.

Dated: May 15, 2023      Signed: /s/ Annie Dreisbach

COURT USE ONLY: The applicant's state bar reports their status as: __Active__ .

Dated: 05/15/2023      Signed: /s/ Z. Compean
                                    Deputy Clerk

**Order**

This lawyer is admitted *pro hac vice*.

Signed: May 15, 2023

Christopher Lopez
United States Bankruptcy Judge