United States Bankruptcy Court
Southern District of Texas

**ENTERED**
May 15, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 23-90342 (CML) |
|---|---|---|---|
| | Debtor | In Re: | Envision Healthcare Corporation, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Todd C. Meyers<br>Kilpatrick Townsend & Stockton LLP<br>1100 Peachtree Street, NE, Suite 2800<br>Atlanta, Georgia 30309<br>(404) 815-6500 / tmeyers@kilpatricktownsend.com<br>Georgia Bar No. 503756 |
|---|---|

| Name of party applicant seeks to appear for: | Ankura Trust Company, LLC, in its capacity as Envision Term Loan Facility Agent |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 05/15/2023 | Signed: | /s/ Todd C. Meyers |
|---|---|---|

The state bar reports that the applicant's status is:

| Dated: 05/15/2023 | Clerk's signature:  /s/ Z. Compean |
|---|---|

**Order**       This lawyer is admitted *pro hac vice*.

Signed: May 15, 2023

_____
Christopher Lopez
United States Bankruptcy Judge