United States Bankruptcy Court
Southern District of Texas

**ENTERED**
May 15, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

# MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 23-90342 (CML) |
|---|---|---|---|
| Debtor | In Re: | Envision Healthcare Corporation, et al. | |

This lawyer, who is admitted to the State Bar of __New York__:

| | |
|---|---|
| Name | Michael Pera |
| Firm | Davis Polk & Wardwell LLP 450 Lexington Avenue |
| Street | |
| City & Zip Code | New York, NY 10017 |
| Telephone | 212-450-4000 |
| Licensed: State & Number | New York, 5488788 |

Seeks to appear as the attorney for this party:

Credit Suisse AG, Cayman Islands Branch, as AmSurg RCF Agent

Dated: May 15, 2023     Signed: /s/ Michael Pera

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:     Signed: _____
                       Deputy Clerk

### Order

This lawyer is admitted *pro hac vice*.

Signed: May 15, 2023

/s/ Christopher M. Lopez
Christopher Lopez
United States Bankruptcy Judge