United States Bankruptcy Court
Southern District of Texas

**ENTERED**
May 15, 2023
~~Nathan Ochsner~~, Clerk

UNITED STATES BANKRUPTCY COURT       SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 23-90342 (CML) |
|---|---|---|---|
| Debtor | | In Re: | Envision Healthcare Corporation, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Gianfranco Finizio<br>Kilpatrick Townsend & Stockton LLP<br>1114 Avenue of the Americas<br>New York, NY 10036<br>(212) 775-8700 / gfinizio@kilpatricktownsend.com<br>New York Bar No. 4843751 |
|---|---|

| Name of party applicant seeks to appear for: | Ankura Trust Company, LLC, in its capacity as Envision Term Loan Facility Agent |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✔___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 05/15/2023 | Signed: | /s/ Gianfranco Finizio |
|---|---|---|

The state bar reports that the applicant's status is:

| Dated: 05/15/2023 | Clerk's signature: /s/ Z. Compean |
|---|---|

**Order**      This lawyer is admitted *pro hac vice*.

Signed: May 15, 2023

_____
Christopher Lopez
United States Bankruptcy Judge