United States Bankruptcy Court
Southern District of Texas
**ENTERED**
May 15, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT  SOUTHERN DISTRICT OF TEXAS

# MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 23-90342 |
|---|---|---|---|
| Debtor | In Re: | Envision Healthcare Corporation, et al. | |

This lawyer, who is admitted to the State Bar of ___New York___:

| | |
|---|---|
| Name | Angela K. Herring |
| Firm | Wachtell, Lipton, Rosen & Katz |
| Street | 51 West 52nd Street |
| City & Zip Code | New York, NY 10019 |
| Telephone | 212.403.1000 |
| Licensed: State & Number | NY - 5067541 |

Seeks to appear as the attorney for this party:

Ad Hoc Group of First Lien AmSurg Lenders

Dated: 05/15/2023    Signed: /s/ Angela K. Herring

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated: 05/15/2023    Signed: /s/ Z. Compean
                              Deputy Clerk

### Order

This lawyer is admitted *pro hac vice*.

Signed: May 15, 2023

_____
Christopher Lopez
United States Bankruptcy Judge