United States Bankruptcy Court
Southern District of Texas
**ENTERED**
May 15, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT                SOUTHERN DISTRICT OF TEXAS

# MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 23-90342 (CML) |
|---|---|---|---|
| Debtor | In Re: | Envision Healthcare Corporation, et al. | |

This lawyer, who is admitted to the State Bar of __New York__:

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Brian M. Resnick<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>(212) 450-4000<br>New York, 4215323 |

Seeks to appear as the attorney for this party:

Credit Suisse AG, Cayman Islands Branch, as AmSurg RCF Agent

Dated: May 15, 2023             Signed: /s/ Brian M. Resnick

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:            Signed: _____
                          Deputy Clerk

### Order

This lawyer is admitted *pro hac vice*.

Signed: May 15, 2023

_/s/ Christopher M. Lopez_
Christopher Lopez
United States Bankruptcy Judge