**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENVISION HEALTHCARE CORPORATION, *et al.*,[1] | ) | Case No. 23-90342 (CML) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**<u>AFFIDAVIT OF SERVICE</u>**

I, Oleg Bitman, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims, noticing and solicitation agent for the Debtors in the above-captioned chapter 11 cases.

On May 15, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served via Email on the Master Email Service List attached hereto as **<u>Exhibit A</u>**:

- Declaration of Paul Keglevic, Chief Restructuring Officer of Envision Healthcare Corporation, in Support of the Debtors' Chapter 11 Petitions [Docket No. 2]

- Declaration of Dennis Stogsdill, Managing Director of Alvarez & Marsal North America, LLC, in Support of (I) the Debtors' First Day Motions and (II) the Debtors' Emergency Motion for Entry of Interim and Final Orders (a) Authorizing the Debtors to use Cash Collateral, (B) Granting Adequate Protection to Prepetition Secured Parties, (C) Scheduling a Final Hearing, (D) Modifying the Automatic Stay, and (E) Granting Related Relief [Docket No. 3]

- Notice of Designation as Complex Chapter 11 Bankruptcy Case [Docket No. 5]

- Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate their Cash Management System and Maintain Existing Bank Accounts, (B) Continue to Perform Intercompany Transactions, and (C) Maintain Existing Business Forms and Books and Records, and (II) Granting Related Relief [Docket No. 6]

---

[1] A complete list of each of the Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/Envision. The Debtors' service address is 1A Burton Hills Boulevard, Nashville, Tennessee 37215.

- Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs, and (II) Granting Related Relief [Docket No. 7]

- Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Maintain and Administer their Existing Refund Programs and Honor Certain Prepetition Obligations Related thereto and (II) Granting Related Relief [Docket No. 8]

- Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Honor and Incur Obligations to Professional Corporations, (B) Obtain New Professional Corporation Contracts, (C) Honor and Incur Obligations to Ambulatory Surgery Centers, and (D) Obtain New Ambulatory Surgery Center Contracts, (II) Extending the Automatic Stay to Ambulatory Surgery Centers, and (III) Granting Related Relief [Docket No. 9]

- Debtors' Emergency Motion for Entry of an Order (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock and (II) Granting Related Relief [Docket No. 10]

- Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief [Docket No. 11]

- Debtors' Emergency Motion for Entry of an Order (I) Approving the Proposed Adequate Assurance Deposit for Future Utility Services, (II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services, (III) Approving the Proposed Adequate Assurance Procedures for Resolving Adequate Assurance Requests, (IV) Authorizing Certain Fee Payments for Services Performed, and (V) Granting Related Relief [Docket No. 12]

- Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of (A) Patient Care and Safety Vendors, (B) 503(b)(9) Claimants, (C) Lien Claimants, and (D) Critical Vendors and (II) Granting Related Relief [Docket No. 13]

- Emergency Ex Parte Application for Entry of an Order Authorizing the Employment and Retention of Kroll Restructuring Administration LLC as Claims, Noticing, and Solicitation Agent [Docket No. 14]

- Debtors' Emergency Motion for Entry of an Order Authorizing the Implementation of Procedures to Protect Confidential Patient Information [Docket No. 15]

- Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Continue their Prepetition Insurance Coverage and Satisfy Prepetition Obligations Related thereto, (B) Renew, Amend, Supplement, Extend, or Purchase Insurance Policies, (C) Continue to Pay Brokerage Fees and Claims Administration Fees, and (D) Maintain the Surety Bond Program and Letters of Credit, and (II) Granting Related Relief [Docket No. 16] (the "***Insurance Motion***")

- Debtors' Emergency Motion for Entry of an Order (I) Extending Time to File (A) Schedules of Assets and Liabilities, (B) Schedules of Current Income and Expenditures, (C) Schedules of Executory Contracts and Unexpired Leases, (D) Statements of Financial Affairs, (E) Rule 2015.3 Financial Reports, and (II) Granting Related Relief [Docket No. 17]

- Debtors' Emergency Motion for Entry of Interim and Final Orders (A) Authorizing the Debtors to Use Cash Collateral, and Renew Letters of Credit, (B) Granting Liens and Providing Claims with Superpriority Administrative Expense Status and Adequate Protection to the Prepetition Secured Parties, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief [Docket No. 18]

- Debtors' Motion for the Entry of an Order (I) Authorizing (A) the Rejection of Certain Executory Contracts and Unexpired Leases and (B) Abandonment of Certain Personal Property, if any, Each Effective as of the Petition Date, and (II) Granting Related Relief [Docket No. 19]

- Debtors' witness and Exhibit List for Hearing Scheduled for May 15, 2023, at 4:00 P.M. (Prevailing Central Time) [Docket No. 32]

- Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to Redact Certain Personally Identifiable Information, (II) Approving the Form and Manner of the Notice of Commencement, and (III) Granting Related Relief [Docket No. 33]

- Debtors' Emergency Motion for Entry of an Order (I) Directing Joint Administration of the Debtors' Chapter 11 Cases and (II) Granting Related Relief [Docket No. 34]

- Notice of Electronic Hearing [Docket No. 35] (the "***Electronic Hearing***")

- Agenda for Hearing Scheduled for May 15, 2023, at 4:00 p.m. (Prevailing Central Time) [Docket No. 36] (the "***Notice of Agenda***")

- Order (I) Directing Joint Administration of the Debtors' Chapter 11 Cases and (II) Granting Related Relief [Docket No. 61]

- Order Granting Complex Chapter 11 Bankruptcy Case Treatment [Docket No. 62]

- Order Authorizing the Employment and Retention of Kroll Restructuring Administration LLC as Claims, Noticing, and Solicitation Agent [Docket No. 63]

On May 15, 2023, at my direction and under my supervision, employees of Kroll caused the Electronic Hearing and Notice of Agenda to be served via Fax on the Master Fax Service List attached hereto as **Exhibit B**; and on NetJets, Inc., Attention NetJets Contract Department Fax Number 614-239-2119.

On May 15, 2023, at my direction and under my supervision, employees of Kroll caused the Insurance Motion, Electronic Hearing and Notice of Agenda to be served via Email on the Insurance Service List attached hereto as **Exhibit C**.

Dated: May 15, 2023

*/s/ Oleg Bitman*
Oleg Bitman

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on May 15, 2023, by Oleg Bitman, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ Cindy C. Hosein-Mohan*
Notary Public, State of New York
No. 01HO6295177
Qualified in Nassau County
Commission Expires December 30, 2025

SRF 69720

## Exhibit A

Exhibit A
Master Email Service List
Served via Email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| TOP 30 CREDITOR | AIDOC INC. | ATTN: ELAD WALACH, CHIEF EXECUTIVE OFFICER<br>142 W. 57TH ST.<br>NEW YORK NY 10019 | ELAD@AIDOC.COM |
| AD HOC GROUP OF FIRST LIEN AMSURG LENDERS | ALTER DOMUS (US) LLC | ATTN: LEGAL DEPARTMENT - AGENCY. EMILY ERGANG PAPPAS & STEVE LENARD<br>225 W. WASHINGTON ST.<br>9TH FLOOR<br>CHICAGO IL 60606 | LEGAL_AGENCY@ALTERDOMUS.COM<br>EMILY.ERGANGPAPPAS@ALTERDOMUS.COM<br>CPAGENCY@ALTERDOMUS.COM |
| ENVISION AD HOC GROUP | ANKURA TRUST COMPANY, LLC | ATTN: BETH MICENA<br>140 SHERMAN STREET<br>4TH FLOOR<br>FAIRFIELD CT 06824 | BETH.MICENA@ANKURA.COM |
| ENVISION AD HOC GROUP | ANKURA TRUST COMPANY, LLC | ATTN: KRISTA GULALO<br>140 SHERMAN STREET<br>4TH FLOOR<br>FAIRFIELD CT 06824 | KRISTA.GULALO@ANKURA.COM |
| TOP 30 CREDITOR | BAPTIST MEMORIAL HOSPITAL - NORTH MISSISSIPPI | ATTN: WILLIAM C. HENNING, CHIEF EXECUTIVE OFFICER<br>1100 BELK BOULEVARD<br>OXFORD MS 38655 | BILL.HENNING@BMCHCC.ORG |
| ABL AGENT | CITIBANK, N.A. | ATTN: SUAN ALLEN<br>1615 BRETT ROAD<br>OPS III<br>NEW CASTLE DE 19720 | GLABFUNITLOANSOPS@CITI.COM<br>SUAN.ALLEN@CITI.COM |
| LENDERS UNDER THE RCF AGENT | CREDIT SUISSE AG, CAYMAN ISLANDS BRANCH | ATTN: LOAN OPERATIONS - AGENCY MANAGER<br>ELEVEN MADISON AVENUE<br>8TH FLOOR<br>NEW YORK NY 10010 | AGENCY.LOANOPS@CREDIT-SUISSE.COM |
| TOP 30 CREDITOR | CSC CORPORATION SERVICE CO | ATTN: RODMAN WARD III, PRESIDENT & CHIEF EXECUTIVE OFFICER<br>251 LITTLE FALLS DRIVE<br>WILMINGTON DE 19808 | RWARD@CSCINFO.COM |
| TOP 30 CREDITOR | Name on File | Address on File | Email Address on File |
| TOP 30 CREDITOR | DATA CORE SYSTEMS INC | ATTN: SHYAMAL CHOUDHURY, CHIEF EXECUTIVE OFFICER<br>111 SINCLAIR RD<br>BRISTOL PA 19007 | DCS@DATACORESYSTEMS.COM |
| COUNSEL TO THE LENDERS UNDER THE RCF AGENT | DAVIS POLK & WARDWELL LLP | ATTN: BRIAN RESNICK, MICHAEL PERA<br>450 LEXINGTON AVENUE<br>NEW YORK NY 10017 | BRIAN.RESNICK@DAVISPOLK.COM<br>MICHAEL.PERA@DAVISPOLK.COM |
| COUNSEL TO CITIBANK, N.A., AS ADMINISTRATIVE AGENT | DAVIS POLK & WARDWELL LLP | ATTN: ELI J. VONNEGUT & GENE S. GOLDMINTZ<br>450 LEXINGTON AVENUE<br>NEW YORK NY 10017 | ELI.VONNEGUT@DAVISPOLK.COM<br>GENE.GOLDMINTZ@DAVISPOLK.COM |
| COUNSEL TO THE ABL AGENT | DAVIS POLK & WARDWELL LLP | ATTN: KENNETH STEINBERG, ELI VONNEGUT<br>450 LEXINGTON AVENUE<br>NEW YORK NY 10017 | KENNETH.STEINBERG@DAVISPOLK.COM<br>ELI.VONNEGUT@DAVISPOLK.COM |
| TOP 30 CREDITOR | EPROMOS PROMOTIONAL PRODUCTS LLC | ATTN: JASON ROBBINS, FOUNDER & CHIEF EXECUTIVE OFFICER<br>113 5TH AVENUE S.<br>ST CLOUD MN 56301 | JASON.ROBBINS@EPROMOS.COM |
| TOP 30 CREDITOR | Name on File | Address on File | Email Address on File |

Exhibit A
Master Email Service List
Served via Email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| COUNSEL TO THE ENVISION AD HOC GROUP | GIBSON, DUNN & CRUTCHER, LLP | ATTN: SCOTT J. GREENBERG, JASON ZACHARY GOLDSTEIN, KEITH R. MARTORANA, DAVID M. FELDMAN, MARY BETH MALONEY & C. LEE WILSON<br>200 PARK AVENUE<br>NEW YORK NY 10166-0005 | SGREENBERG@GIBSONDUNN.COM<br>DFELDMAN@GIBSONDUNN.COM<br>CLWILSON@GIBSONDUNN.COM<br>MMALONEY@GIBSONDUNN.COM<br>KMARTORANA@GIBSONDUNN.COM<br>JGOLDSTEIN@GIBSONDUNN.COM |
| TOP 30 CREDITOR | HARRIS, GORDON J PHD AND MASSACHUSETTS GENERAL PHYSICIANS ORGANIZATION, INC. | ATTN: DALE C. KERESTER, PLAINTIFF'S COUNSEL<br>C/O LANDAY LEBLANG STERN LLP<br>156 STATE STREET, 5TH FLOOR<br>BOSTON MA 02109 | DALE@LLSLEX.COM |
| COUNSEL TO THE AD HOC GROUP OF FIRST LIEN AMSURG LENDERS | HOLLAND & KNIGHT LLP | ATTN: JOSHUA M. SPENCER<br>150 N. RIVERSIDE PLAZA<br>SUITE 2700<br>CHICAGO IL 60606 | JOSHUA.SPENCER@HKLAW.COM |
| COUNSEL TO CITIBANK, N.A., AS ADMINISTRATIVE AGENT | HUNTON ANDREWS KURTH LLP | ATTN: TIMOTHY A. ("TAD") DAVIDSON II, ASHLEY L. HARPER & PHILIP M. GUFF<br>600 TRAVIS STREET, SUITE 4200<br>HOUSTON TX 77002 | TADDAVIDSON@HUNTONAK.COM<br>ASHLEYHARPER@HUNTONAK.COM<br>PGUFFY@HUNTONAK.COM |
| TOP 30 CREDITOR | ICON MEDICAL NETWORK LLC | ATTN: JANET ELKIN, PRESIDENT & Chief EXECUTIVE OFFICER<br>8100 SW NYBERG STREET<br>SUITE 400<br>TUALATIN OR 97062 | AMY@ICONMN.COM |
| TOP 30 CREDITOR | IRON MOUNTAIN INC. | ATTN: BARRY HYTINEN, CHIEF FINANCIAL OFFICER AND EXECUTIVE VICE PRESIDENT<br>1 FEDERAL STREET<br>BOSTON MA 02110 | BARRY.HYTINEN@IRONMOUNTAIN.COM |
| TOP 30 CREDITOR | IT CONVERGENCE | ATTN: ARVIND SHARMA, CHIEF EXECUTIVE OFFICER<br>320 DECKER DR<br>STE 100<br>IRVINGTON TX 75062 | ASHARMA@ITCONVERGENCE.COM |
| PROPOSED COUNSEL TO THE DEBTORS | JACKSON WALKER | ATTN: MATTHEW D. CAVENAUGH, REBECCA BLAKE CHAIKIN, VIEENA ANAYA, JAVIER GONZALEZ<br>1401 MCKINNEY STREET<br>SUITE 1900<br>HOUSTON  TX 77010 | RCHAIKIN@JW.COM<br>VANAYA@JW.COM<br>JGONZALEZ@JW.COM |
| TOP 30 CREDITOR | JIYO INC. | ATTN: POONACHA MACHAIAH, FOUNDER<br>2821 S PARKER ROAD<br>SUITE 111<br>AURORA CO 80014 | POONACHA@SEVA.LOVE |
| TOP 30 CREDITOR | KFORCE INC. | ATTN: KYE MITCHELL, CHIEF OPERATING OFFICER<br>1150 ASSEMBLY DRIVE<br>SUITE 500<br>TAMPA FL 33607 | KMITCHELL@KFORCE.COM |
| COUNSEL TO ANKURA TRUST COMPANY, LLC, IN ITS CAPACITY AS ENVISION TERM LOAN FACILITY AGENT | KILPATRICK TOWNSEND & STOCKTON LLP | ATTN: DANIEL F. SHANK<br>TC ENERGY CENTER<br>700 LOUISIANA STREET, SUITE 4300<br>HOUSTON TX 77002 | DSHANK@KILPATRICKTOWNSEND.COM |
| COUNSEL TO THE ENVISION AD HOC GROUP | KILPATRICK TOWNSEND & STOCKTON LLP | ATTN: ROBERT B. SHAW<br>1100 PEACHTREE STREET NE<br>SUITE 2800<br>ATLANTA GA 30309-4528 | RSHAW@KILPATRICKTOWNSEND.COM |

Exhibit A
Master Email Service List
Served via Email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| COUNSEL TO ANKURA TRUST COMPANY, LLC, IN ITS CAPACITY AS ENVISION TERM LOAN FACILITY AGENT | KILPATRICK TOWNSEND & STOCKTON LLP | ATTN: TODD C. MEYERS<br>1100 PEACHTREE STREET NE, SUITE 2800<br>ATLANTA GA 30309-4528 | TMEYERS@KILPATRICKTOWNSEND.COM |
| COUNSEL TO ANKURA TRUST COMPANY, LLC, IN ITS CAPACITY AS ENVISION TERM LOAN FACILITY AGENT | KILPATRICK TOWNSEND & STOCKTON LLP | ATTN: TODD C. MEYERS & GIANFRANCO FINIZIO<br>1114 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036 | TMEYERS@KILPATRICKTOWNSEND.COM<br>GFINIZIO@KILPATRICKTOWNSEND.COM |
| PROPOSED COUNSEL TO THE DEBTORS | KIRKLAND & ELLIS LLP | ATTN: JOHN R. LUZE<br>300 NORTH LASALLE STREET<br>CHICAGO IL 60654 | JOHN.LUZE@KIRKLAND.COM |
| PROPOSED COUNSEL TO THE DEBTORS | KIRKLAND & ELLIS LLP | ATTN: JOSHUA SUSSBERG, NICOLE L. GREENBLATT, ANNE WALLICE<br>601 LEXINGTON AVENUE<br>NEW YORK NY 10022 | JSUSSBERG@KIRKLAND.COM<br>NGREENBLATT@KIRKLAND.COM<br>ANNE.WALLICE@KIRKLAND.COM |
| TOP 30 CREDITOR | MICHIGAN PROFESSIONAL INSURANCE EXCHANGE | ATTN: KATIE PETERSON, EXECUTIVE VICE PRESIDENT AND CHIEF FINANCIAL OFFICER<br>333 BRIDGE ST NW<br>GRAND RAPIDS MI 49504 | KPETERSON@MPIE.ORG |
| COUNSEL TO THE ENVISION AD HOC GROUP | MUNSCH HARDT KOPF & HARR, P.C. | ATTN: JOHN D. CORNWELL, BRENDA L. FUNK<br>700 MILAM STREET, SUITE 800<br>HOUSTON TX 77002-2806 | JCORNWELL@MUNSCH.COM<br>BFUNK@MUNSCH.COM |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | KAREN CORDRY<br>1850 M ST., NW 12TH FLOOR<br>WASHINGTON DC 20036 | KCORDRY@NAAG.ORG |
| COUNSEL TO FUNDS AND ACCOUNTS MANAGED BY KOHLBERG KRAVIS ROBERTS & CO. L.P. | NORTON ROSE FULBRIGHT US LLP | ATTN: BOB B. BRUNER, JASON L. BOLAND & MARIA MOKRZYCKA<br>1301 MCKINNEY STREET, SUITE 5100<br>HOUSTON TX 77010 | BOB.BRUNER@NORTONROSEFULBRIGHT.COM<br>JASON.BOLAND@NORTONROSEFULBRIGHT.COM<br>MARIA.MOKRZYCKA@NORTONROSEFULBRIGHT.COM |
| OFFICE OF THE ATTORNEY GENERAL GUAM | OFFICE OF THE ATTORNEY GENERAL GUAM | ATTENTION BANKRUPTCY DEPT<br>590 S. MARINE CORPS DR.<br>SUITE 901<br>TAMUNING GU 96913 | ADMINISTRATION@OAGGUAM.ORG |
| UNITED STATES TRUSTEE SOUTHERN DISTRICT OF TEXAS | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: CHRISTOPHER ROSS TRAVIS<br>515 RUSK STREET<br>STE. 3516<br>HOUSTON TX 77002 | C.ROSS.TRAVIS@USDOJ.GOV |
| UNITED STATES TRUSTEE SOUTHERN DISTRICT OF TEXAS | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: HA MINH NGUYEN<br>515 RUSK STREET<br>STE. 3516<br>HOUSTON TX 77002 | HA.NGUYEN@USDOJ.GOV |
| TOP 30 CREDITOR | ORACLE AMERICA INC. | ATTN: SAFRA A. CATZ, CHIEF EXECUTIVE OFFICER<br>2300 ORACLE WAY<br>AUSTIN  TX 78741 | SAFRA.CATZ@ORACLE.COM |
| COUNSEL TO KKR AND FUNDS AND ACCOUNTS MANAGED BY KOHLBERG KRAVIS ROBERTS & CO. L.P. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: BRIAN S. HERMANN, BRIAN BOLIN, JACOB A. ADLERSTEIN & KAREN R. ZEITUNI<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK NY 10019 | BHERMANN@PAULWEISS.COM<br>BBOLIN@PAULWEISS.COM<br>JADLERSTEIN@PAULWEISS.COM<br>KZEITUNI@PAULWEISS.COM |
| TOP 30 CREDITOR | PRESIDIO NETWORKED SOLUTIONS | ATTN: BOB CAGNAZZI, CHIEF EXECUTIVE OFFICER<br>PENN 1<br>1 PENNSYLVANIA PLAZA SUITE 2501<br>NEW YORK NY 10119 | BCAGNAZZI@PRESIDIO.COM |

Exhibit A
Master Email Service List
Served via Email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| TOP 30 CREDITOR | RAVE, TIMOTHY | ATTN: ROBERT J. WELCENBACH, PLAINTIFF'S COUNSEL 156 STATE STREET, 5TH FLOOR BOSTON, MA 02109 933 NORTH MAYFAIR ROAD SUITE 311 MILWAUKEE WI 53226 | ROBERT@WELCENBACHLAW.COM |
| TOP 30 CREDITOR | SALESFORCE COM INC. | ATTN: MARC BENIOFF, CHAIR & CHIEF EXECUTIVE OFFICER SALESFORCE TOWER 415 MISSION STREET 3RD FLOOR SAN FRANCISCO CA 94105 | MARC_BENIOFF@SALESFORCE.COM |
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY 100 F ST NE WASHINGTON DC 20549 | SECBANKRUPTCY@SEC.GOV NYROBANKRUPTCY@SEC.GOV |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: BANKRUPTCY DEPARTMENT BROOKFIELD PLACE 200 VESEY STREET STE 400 NEW YORK NY 10281-1022 | BANKRUPTCYNOTICESCHR@SEC.GOV |
| COUNSEL TO THE AMSURG 2L GROUP | SEWARD & KISSEL LLP | ATTN: GREGORY S. BATEMAN ONE BATTERY PARK PLAZA NEW YORK NY 10004 | BATEMAN@SEWKIS.COM |
| TOP 30 CREDITOR | SHYANNE TRAMMEL AND TEL TRAMMEL, INDIVIDUALLY AND AS PARENTS AND NEXT FRIENDS OF TRIPP TRAMMEL | ATTN: JACK E. MCGEHEE, PLAINTIFF'S COUNSEL 10370 RICHMOND AVE SUITE 1300 HOUSTON TX 77042 | JMCGEHEE@LAWTX.COM |
| TOP 30 CREDITOR | SOFTTEK INTEGRATION SYSTEMS INC. | ATTN: BLANCA TREVINO, PRESIDENT & CHIEF EXECUTIVE OFFICER 15303 DALLAS PARKWAY SUITE 200 ADDISON TX 75001 | BTREVINO@SOFTTEK.COM |
| TOP 30 CREDITOR | STAFF CARE INC. | ATTN: CARY GRACE, PRESIDENT & CHIEF EXECUTIVE OFFICER 8840 CYPRESS WATERS BLVD DALLAS TX 75019 | CARY.GRACE@AMNHEALTHCARE.COM |
| TOP 30 CREDITOR | STAPLES INC. | ATTN: JOHN A. LEDERER, CHIEF EXECUTIVE OFFICER 500 STAPLES DRIVE FRAMINGHAM MA 01702 | JOHN.LEDERER@STAPLES.COM |
| STATE OF ALASKA ATTORNEY GENERAL | STATE OF ALASKA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT P.O. BOX 110300 JUNEAU AK 99811-0300 | ATTORNEY.GENERAL@ALASKA.GOV |
| STATE OF ARIZONA ATTORNEY GENERAL | STATE OF ARIZONA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT 2005 N CENTRAL AVE PHOENIX AZ 85004-2926 | AGINFO@AZAG.GOV |
| STATE OF CALIFORNIA ATTORNEY GENERAL | STATE OF CALIFORNIA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT P.O. BOX 944255 SACRAMENTO CA 94244-2550 | BANKRUPTCY@COAG.GOV |
| STATE OF CONNECTICUT ATTORNEY GENERAL | STATE OF CONNECTICUT ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT 165 CAPITOL AVENUE HARTFORD CT 06106 | ATTORNEY.GENERAL@CT.GOV DENISE.MONDELL@CT.GOV |
| STATE OF DELAWARE ATTORNEY GENERAL | STATE OF DELAWARE ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT CARVEL STATE OFFICE BLDG. 820 N. FRENCH ST. WILMINGTON DE 19801 | ATTORNEY.GENERAL@STATE.DE.US |

Exhibit A
Master Email Service List
Served via Email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| STATE OF HAWAII ATTORNEY GENERAL | STATE OF HAWAII ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>425 QUEEN ST.<br>HONOLULU HI 96813 | HAWAIIAG@HAWAII.GOV |
| STATE OF ILLINOIS ATTORNEY GENERAL | STATE OF ILLINOIS ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>100 WEST RANDOLPH STREET<br>CHICAGO IL 60601 | WEBMASTER@ATG.STATE.IL.US |
| STATE OF INDIANA ATTORNEY GENERAL | STATE OF INDIANA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>INDIANA GOVERNMENT CENTER SOUTH<br>302 W. WASHINGTON ST., 5TH FLOOR<br>INDIANAPOLIS IN 46204 | INFO@ATG.IN.GOV |
| STATE OF IOWA ATTORNEY GENERAL | STATE OF IOWA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>1305 E. WALNUT STREET<br>DES MOINES IA 50319 | WEBTEAM@AG.IOWA.GOV |
| STATE OF LOUISIANA ATTORNEY GENERAL | STATE OF LOUISIANA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>P.O. BOX 94095<br>BATON ROUGE LA 70804-4095 | CONSUMERINFO@AG.STATE.LA.US |
| STATE OF MAINE ATTORNEY GENERAL | STATE OF MAINE ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>6 STATE HOUSE STATION<br>AUGUSTA  ME 04333-0000 | CONSUMER.MEDIATION@MAINE.GOV |
| STATE OF MARYLAND ATTORNEY GENERAL | STATE OF MARYLAND ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>200 ST. PAUL PLACE<br>BALTIMORE MD 21202-2202 | OAG@OAG.STATE.MD.US |
| STATE OF MASSACHUSETTS ATTORNEY GENERAL | STATE OF MASSACHUSETTS ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>ONE ASHBURTON PLACE<br>BOSTON  MA 02108-1698 | AGO@STATE.MA.US |
| STATE OF MICHIGAN ATTORNEY GENERAL | STATE OF MICHIGAN ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>G. MENNEN WILLIAMS BUILDING, 7TH FLOOR<br>525 W. OTTAWA ST., P.O. BOX 30212<br>LANSING MI 48909-0212 | MIAG@MICHIGAN.GOV |
| STATE OF MISSOURI ATTORNEY GENERAL | STATE OF MISSOURI ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>SUPREME COURT BUILDING<br>207 W. HIGH ST.<br>JEFFERSON CITY MO 65102 | ATTORNEY.GENERAL@AGO.MO.GOV |
| STATE OF MONTANA ATTORNEY GENERAL | STATE OF MONTANA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>215 N SANDERS, THIRD FLOOR<br>PO BOX 201401<br>HELENA MT 59620-1401 | CONTACTDOJ@MT.GOV |
| STATE OF NEBRASKA ATTORNEY GENERAL | STATE OF NEBRASKA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>2115 STATE CAPITOL<br>2ND FL, RM 2115<br>LINCOLN NE 68509-8920 | AGO.INFO.HELP@NEBRASKA.GOV |
| STATE OF NEVADA ATTORNEY GENERAL | STATE OF NEVADA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>100 NORTH CARSON STREET<br>CARSON CITY NV 89701 | AGINFO@AG.NV.GOV |
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>33 CAPITOL ST.<br>CONCORD NH 03301-0000 | ATTORNEYGENERAL@DOJ.NH.GOV |

Exhibit A
Master Email Service List
Served via Email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| STATE OF NORTH DAKOTA ATTORNEY GENERAL | STATE OF NORTH DAKOTA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>STATE CAPITOL<br>600 E BOULEVARD AVE DEPT 125<br>BISMARCK ND 58505-0040 | NDAG@ND.GOV |
| STATE OF OREGON ATTORNEY GENERAL | STATE OF OREGON ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>1162 COURT STREET NE<br>SALEM OR 97301 | CONSUMER.HOTLINE@DOJ.STATE.OR.US |
| STATE OF SOUTH DAKOTA ATTORNEY GENERAL | STATE OF SOUTH DAKOTA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>1302 EAST HIGHWAY 14<br>SUITE 1<br>PIERRE SD 57501-8501 | CONSUMERHELP@STATE.SD.US |
| STATE OF TENNESSEE ATTORNEY GENERAL | STATE OF TENNESSEE ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>P.O. BOX 20207<br>NASHVILLE TN 37202-0207 | CONSUMER.AFFAIRS@TN.GOV |
| STATE OF TEXAS ATTORNEY GENERAL | STATE OF TEXAS ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>CAPITOL STATION<br>PO BOX 12548<br>AUSTIN TX 78711-2548 | PUBLIC.INFORMATION@OAG.STATE.TX.US |
| STATE OF TEXAS ATTORNEY GENERAL | STATE OF TEXAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>CAPITOL STATION<br>PO BOX 12548<br>AUSTIN TX 78711-2548 | PUBLIC.INFORMATION@OAG.STATE.TX.US |
| TEXAS ENVIRONMENTAL PROTECTION AGENCY | STATE OF TEXAS COMMISSION ON ENVIRONMENTAL QUALITY | ATTN: BANKRUPTCY DEPT<br>BUILDING LETTER<br>P O BOX 13087<br>AUSTIN TX 78711-3087 | AC@TCEQ.TEXAS.GOV |
| STATE OF UTAH ATTORNEY GENERAL | STATE OF UTAH ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>PO BOX 142320<br>SALT LAKE CITY UT 84114-2320 | UAG@UTAH.GOV |
| STATE OF VERMONT ATTORNEY GENERAL | STATE OF VERMONT ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>109 STATE ST.<br>MONTPELIER VT 05609-1001 | AGO.BANKRUPTCIES@VERMONT.GOV |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL | STATE OF WEST VIRGINIA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>STATE CAPITOL BLDG 1 ROOM E 26<br>CHARLESTON WV 25305 | CONSUMER@WVAGO.GOV |
| TOP 30 CREDITOR | TRILLIANT HEALTH INC. | ATTN: HAL ANDREWS, PRESIDENT & CHIEF EXECUTIVE OFFICER<br>2 MARYLAND FARMS<br>STE 200<br>BRENTWOOD TN 37027 | HAL.ANDREWS@TRILLIANTHEALTH.COM |
| TOP 30 CREDITOR | TRINISYS, LLC | ATTN: WILLIAM BARTHOLOMEW, CHIEF EXECUTIVE OFFICER<br>750 OLD HICKORY BLVD BLDG 1 STE 268<br>BRENTWOOD TN 37027 | WBARTHOLOMEW@TRINISYS.COM |
| US ATTORNEY FOR THE SOUTHERN DISTRICT OF TEXAS | US ATTORNEY FOR SOUTHERN DISTRICT OF TEXAS | ATTN: JENNIFER LOWERY, ACTING U.S. ATTORNEY<br>ONE SHORELINE PLAZA SOUTH TOWER<br>800 N SHORELINE BLVD STE. 500<br>CORPUS CHRISTI TX 78401 | USATXS.ATTY@USDOJ.GOV |
| TOP 30 CREDITOR | VELOCITY MANAGED SERVICES INC. | ATTN: MARK WALKER, PRESIDENT AND CHIEF OPERATIONS OFFICER<br>6936 SPRING VALLEY DRIVE<br>HOLLAND OH 43528 | MWALKER@VELOCITY.ORG |

Exhibit A
Master Email Service List
Served via Email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| COUNSEL TO THE AD HOC GROUP OF FIRST LIEN AMSURG LENDERS | VINSON & ELKINS LLP | ATTN: PAUL E. HEATH, MATTHEW W. MORAN & MICHAEL A. GARZA<br>845 TEXAS AVENUE<br>SUITE 4700<br>HOUSTON TX 77002 | PHEATH@VELAW.COM<br>MMORAN@VELAW.COM<br>MGARZA@VELAW.COM |
| TOP 30 CREDITOR | VVC HOLDING LLC | ATTN: ROBERT E. SEGERT, CHIEF EXECUTIVE OFFICER<br>311 ARSENAL STREET<br>SUITE 600<br>WATERTOWN MA 02472 | BSEGERT@ATHENAHEALTH.COM |
| COUNSEL TO THE AD HOC GROUP OF FIRST LIEN AMSURG LENDERS | WACHTELL, LIPTON, ROSEN & KATZ | ATTN: JOSHUA A. FELTMAN, EMIL A. KLEINHAUS, JOHN R. SOBOLEWSKI & ANGELA K. HERRING<br>51 WEST 52ND STREET<br>NEW YORK NY 10019 | JAFELTMAN@WLRK.COM<br>EAKLEINHAUS@WLRK.COM<br>JRSOBOLEWSKI@WLRK.COM<br>AKHERRING@WLRK.COM |
| WASHINGTON DC ATTORNEY GENERAL | WASHINGTON DC ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>441 4TH STREET, NW<br>WASHINGTON DC 20001 | OAG@DC.GOV |
| COUNSEL TO THE UNSECURED NOTES GROUP | WHITE & CASE LLP | ATTN: THOMAS LAURIA<br>SOUTHEAST FINANCIAL CENTER<br>200 SOUTH BISCAYNE BOULEVARD, SUITE 4900<br>MIAMI FL 33131 | TLAURIA@WHITECASE.COM |
| AMSURG 2L GROUP | WILMINGTON SAVINGS FUND SOCIETY, FSB, AS THE AMINISTRATIVE AGENT | ATTN: GLOBAL CAPITAL MARKETS<br>500 DELAWARE AVENUE<br>11TH FLOOR<br>WILMINGTON DE 19801 | PHEALY@WSFSBANK.COM<br>GLEWIS@WSFSBANK.COM<br>ADMINAGENCYMO@WSFSBANK.COM |
| TOP 30 CREDITOR | WNS NORTH AMERICA INC. | ATTN: JASON WOLFSON, CHIEF EXECUTIVE OFFICER<br>15 EXCHANGE PL<br>SUITE 310<br>JERSEY CITY NJ 07302 | WOLFSONJ@AIMSPECIALTYHEALTH.COM |
| TOP 30 CREDITOR | ZOTEC PARTNERS LLC | ATTN: T. SCOTT LAW, FOUNDER & CHIEF EXECUTIVE OFFICER<br>1 ZOTEC WAY<br>CARMEL IN 46032 | SLAW@ZOTECPARTNERS.COM |

**<u>Exhibit B</u>**

Exhibit B
Master Fax Service List
Served via Fax

| DESCRIPTION | NAME | ADDRESS | FAX |
|---|---|---|---|
| TOP 30 CREDITOR | ACCOLITE DIGITAL LLC | ATTN: LEELA KAZA, FOUNDER & CHIEF EXECUTIVE OFFICER<br>16479 DALLAS PARKWAY<br>SUITE 350<br>ADDISION TX 75001 | 972-200-7063 |
| TOP 30 CREDITOR | BAPTIST MEMORIAL HOSPITAL - NORTH MISSISSIPPI | ATTN: WILLIAM C. HENNING, CHIEF EXECUTIVE OFFICER<br>1100 BELK BOULEVARD<br>OXFORD MS 38655 | 662-636-1676 |
| COMMONWEALTH OF PUERTO RICO | COMMONWEALTH OF PUERTO RICO | ATTENTION BANKRUPTCY DEPT<br>APARTADO 9020192<br>SAN JUAN PR 00902-0192 | 787-729-2059 |
| TOP 30 CREDITOR | CSC CORPORATION SERVICE CO | ATTN: RODMAN WARD III, PRESIDENT & CHIEF EXECUTIVE OFFICER<br>251 LITTLE FALLS DRIVE<br>WILMINGTON DE 19808 | 302-636-5454 |
| TOP 30 CREDITOR | DATA CORE SYSTEMS INC | ATTN: SHYAMAL CHOUDHURY, CHIEF EXECUTIVE OFFICER<br>111 SINCLAIR RD<br>BRISTOL PA 19007 | 215-243-1978 |
| COUNSEL TO THE ENVISION AD HOC GROUP | GIBSON, DUNN & CRUTCHER, LLP | ATTN: SCOTT J. GREENBERG, JASON ZACHARY GOLDSTEIN, KEITH R. MARTORANA, DAVID M. FELDMAN, MARY BETH MALONEY & C. LEE WILSON<br>200 PARK AVENUE<br>NEW YORK NY 10166-0005 | 212-817-9469; 212-716 0798; 212-716 0777; 212-351 6391; 212-351 6366; 212-351 6315; 212-817 9552 |
| TOP 30 CREDITOR | HARRIS, GORDON J PHD AND MASSACHUSETTS GENERAL PHYSICIANS ORGANIZATION, INC. | ATTN: DALE C. KERESTER, PLAINTIFF'S COUNSEL<br>C/O LANDAY LEBLANG STERN LLP<br>156 STATE STREET, 5TH FLOOR<br>BOSTON MA 02109 | 617-507-8400 |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST.<br>PHILADELPHIA PA 19104-5016 | 855-235-6787 |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | 855-235-6787 |
| PROPOSED COUNSEL TO THE DEBTORS | JACKSON WALKER | ATTN: MATTHEW D. CAVENAUGH, REBECCA BLAKE CHAIKIN, VIEENA ANAYA, JAVIER GONZALEZ<br>1401 MCKINNEY STREET<br>SUITE 1900<br>HOUSTON  TX 77010 | 713-752-4221 |
| COUNSEL TO ANKURA TRUST COMPANY, LLC, IN ITS CAPACITY AS ENVISION TERM LOAN FACILITY AGENT | KILPATRICK TOWNSEND & STOCKTON LLP | ATTN: DANIEL F. SHANK<br>TC ENERGY CENTER<br>700 LOUISIANA STREET, SUITE 4300<br>HOUSTON TX 77002 | 281-829-0787 |

Exhibit B
Master Fax Service List
Served via Fax

| DESCRIPTION | NAME | ADDRESS | FAX |
|---|---|---|---|
| COUNSEL TO ANKURA TRUST COMPANY, LLC, IN ITS CAPACITY AS ENVISION TERM LOAN FACILITY AGENT | KILPATRICK TOWNSEND & STOCKTON LLP | ATTN: TODD C. MEYERS<br>1100 PEACHTREE STREET NE, SUITE 2800<br>ATLANTA GA 30309-4528 | 404-815-6555 |
| COUNSEL TO ANKURA TRUST COMPANY, LLC, IN ITS CAPACITY AS ENVISION TERM LOAN FACILITY AGENT | KILPATRICK TOWNSEND & STOCKTON LLP | ATTN: TODD C. MEYERS & GIANFRANCO FINIZIO<br>1114 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036 | 212-775-8800 |
| PROPOSED COUNSEL TO THE DEBTORS | KIRKLAND & ELLIS LLP | ATTN: JOHN R. LUZE<br>300 NORTH LASALLE STREET<br>CHICAGO IL 60654 | 312-862-2200 |
| PROPOSED COUNSEL TO THE DEBTORS | KIRKLAND & ELLIS LLP | ATTN: JOSHUA SUSSBERG, NICOLE L. GREENBLATT, ANNE WALLICE<br>601 LEXINGTON AVENUE<br>NEW YORK NY 10022 | 212-446-4900 |
| CLAIMS AGENT | KROLL RESTRUCTURING ADMINISTRATION LLC | ATTN: OLEG BITMAN<br>55 EAST 52ND STREET<br>17TH FLOOR<br>NEW YORK NY 10055 | 646-328-2851 |
| TOP 30 CREDITOR | MICHIGAN PROFESSIONAL INSURANCE EXCHANGE | ATTN: KATIE PETERSON, EXECUTIVE VICE PRESIDENT AND CHIEF FINANCIAL OFFICER<br>333 BRIDGE ST NW<br>GRAND RAPIDS MI 49504 | 616-741-1999 |
| COUNSEL TO THE ENVISION AD HOC GROUP | MUNSCH HARDT KOPF & HARR, P.C. | ATTN: JOHN D. CORNWELL, BRENDA L. FUNK<br>700 MILAM STREET, SUITE 800<br>HOUSTON TX 77002-2806 | 713-222-1475 |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | KAREN CORDRY<br>1850 M ST., NW 12TH FLOOR<br>WASHINGTON DC 20036 | 202-331-1427 |
| COUNSEL TO FUNDS AND ACCOUNTS MANAGED BY KOHLBERG KRAVIS ROBERTS & CO. L.P. | NORTON ROSE FULBRIGHT US LLP | ATTN: BOB B. BRUNER, JASON L. BOLAND & MARIA MOKRZYCKA<br>1301 MCKINNEY STREET, SUITE 5100<br>HOUSTON TX 77010 | 713-651-5246 |
| OFFICE OF THE ATTORNEY GENERAL GUAM | OFFICE OF THE ATTORNEY GENERAL GUAM | ATTENTION BANKRUPTCY DEPT<br>590 S. MARINE CORPS DR.<br>SUITE 901<br>TAMUNING GU 96913 | 671-477-4703 |
| TOP 30 CREDITOR | SALESFORCE COM INC. | ATTN: MARC BENIOFF, CHAIR & CHIEF EXECUTIVE OFFICER<br>SALESFORCE TOWER 415 MISSION STREET<br>3RD FLOOR<br>SAN FRANCISCO CA 94105 | 415-901-7040 |
| STATE OF ALABAMA ATTORNEY GENERAL | STATE OF ALABAMA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>P.O. BOX 300152<br>MONTGOMERY AL 36130-0152 | 334-242-2433 |
| STATE OF ALASKA ATTORNEY GENERAL | STATE OF ALASKA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>P.O. BOX 110300<br>JUNEAU AK 99811-0300 | 907-465-2075 |

Exhibit B
Master Fax Service List
Served via Fax

| DESCRIPTION | NAME | ADDRESS | FAX |
|---|---|---|---|
| STATE OF ARIZONA ATTORNEY GENERAL | STATE OF ARIZONA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>2005 N CENTRAL AVE<br>PHOENIX AZ 85004-2926 | 602 542-4085 |
| STATE OF ARKANSAS ATTORNEY GENERAL | STATE OF ARKANSAS ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>323 CENTER ST.<br>SUITE 200<br>LITTLE ROCK AR 72201-2610 | 501-682-8084 |
| STATE OF CALIFORNIA ATTORNEY GENERAL | STATE OF CALIFORNIA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>P.O. BOX 944255<br>SACRAMENTO CA 94244-2550 | 916-323-5341 |
| STATE OF COLORADO ATTORNEY GENERAL | STATE OF COLORADO ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>RALPH L. CARR COLORADO JUDICIAL CENTER<br>1300 BROADWAY, 10TH FLOOR<br>DENVER CO 80203 | 720-508-6030 |
| STATE OF CONNECTICUT ATTORNEY GENERAL | STATE OF CONNECTICUT ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>165 CAPITOL AVENUE<br>HARTFORD CT 06106 | 860-808-5387 |
| STATE OF DELAWARE ATTORNEY GENERAL | STATE OF DELAWARE ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BLDG.<br>820 N. FRENCH ST.<br>WILMINGTON DE 19801 | 302-577-6630 |
| STATE OF FLORIDA ATTORNEY GENERAL | STATE OF FLORIDA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>THE CAPITOL, PL 01<br>TALLAHASSEE FL 32399-1050 | 850-488-4872 |
| STATE OF GEORGIA ATTORNEY GENERAL | STATE OF GEORGIA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>40 CAPITAL SQUARE, SW<br>ATLANTA GA 30334-1300 | 404-657-8733 |
| STATE OF HAWAII ATTORNEY GENERAL | STATE OF HAWAII ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>425 QUEEN ST.<br>HONOLULU HI 96813 | 808-586-1239 |
| STATE OF IDAHO ATTORNEY GENERAL | STATE OF IDAHO ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>700 W. JEFFERSON STREET<br>P.O. BOX 83720<br>BOISE ID 83720-1000 | 208-854-8071 |
| STATE OF INDIANA ATTORNEY GENERAL | STATE OF INDIANA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>INDIANA GOVERNMENT CENTER SOUTH<br>302 W. WASHINGTON ST., 5TH FLOOR<br>INDIANAPOLIS IN 46204 | 317-232-7979 |
| STATE OF IOWA ATTORNEY GENERAL | STATE OF IOWA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>1305 E. WALNUT STREET<br>DES MOINES IA 50319 | 515-281-4209 |

Exhibit B
Master Fax Service List
Served via Fax

| DESCRIPTION | NAME | ADDRESS | FAX |
|---|---|---|---|
| STATE OF KANSAS ATTORNEY GENERAL | STATE OF KANSAS ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>120 SW 10TH AVE., 2ND FLOOR<br>TOPEKA  KS 66612-1597 | 785 296-6296 |
| STATE OF KENTUCKY ATTORNEY GENERAL | STATE OF KENTUCKY ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>700 CAPITOL AVENUE, SUITE 118<br>FRANKFORT  KY 40601 | 502-564-2894 |
| STATE OF LOUISIANA ATTORNEY GENERAL | STATE OF LOUISIANA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>P.O. BOX 94095<br>BATON ROUGE LA 70804-4095 | 225-326-6499 |
| STATE OF MICHIGAN ATTORNEY GENERAL | STATE OF MICHIGAN ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>G. MENNEN WILLIAMS BUILDING, 7TH FLOOR<br>525 W. OTTAWA ST., P.O. BOX 30212<br>LANSING MI 48909-0212 | 517 373-3042 |
| STATE OF MISSOURI ATTORNEY GENERAL | STATE OF MISSOURI ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>SUPREME COURT BUILDING<br>207 W. HIGH ST.<br>JEFFERSON CITY MO 65102 | 573-751-0774 |
| STATE OF MONTANA ATTORNEY GENERAL | STATE OF MONTANA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>215 N SANDERS, THIRD FLOOR<br>PO BOX 201401<br>HELENA MT 59620-1401 | 406 444-3549 |
| STATE OF NEBRASKA ATTORNEY GENERAL | STATE OF NEBRASKA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>2115 STATE CAPITOL<br>2ND FL, RM 2115<br>LINCOLN NE 68509-8920 | 402 471-3297 |
| STATE OF NEVADA ATTORNEY GENERAL | STATE OF NEVADA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>100 NORTH CARSON STREET<br>CARSON CITY NV 89701 | 775 684-1108 |
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>33 CAPITOL ST.<br>CONCORD NH 03301-0000 | 603-271-2110 |
| STATE OF NEW MEXICO ATTORNEY GENERAL | STATE OF NEW MEXICO ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>P.O. DRAWER 1508<br>SANTA FE NM 87504-1508 | 505 827-5826 |
| STATE OF NEW YORK ATTORNEY GENERAL | STATE OF NEW YORK ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>THE CAPITOL<br>ALBANY  NY 12224-0341 | 866-413-1069 |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>9001 MAIL SERVICE CENTER<br>RALEIGH NC 27699-9001 | 919 716-6750 |

Exhibit B
Master Fax Service List
Served via Fax

| DESCRIPTION | NAME | ADDRESS | FAX |
|---|---|---|---|
| STATE OF NORTH DAKOTA ATTORNEY GENERAL | STATE OF NORTH DAKOTA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>STATE CAPITOL<br>600 E BOULEVARD AVE DEPT 125<br>BISMARCK ND 58505-0040 | 701-328-2226 |
| STATE OF OKLAHOMA ATTORNEY GENERAL | STATE OF OKLAHOMA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>313 NE 21ST STREET<br>OKLAHOMA CITY OK 73105 | 405 521-6246 |
| STATE OF OREGON ATTORNEY GENERAL | STATE OF OREGON ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>1162 COURT STREET NE<br>SALEM OR 97301 | 503 378-4017 |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | STATE OF PENNSYLVANIA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>STRAWBERRY SQUARE<br>16TH FLOOR<br>HARRISBURG PA 17120 | 717-787-8242 |
| STATE OF SOUTH DAKOTA ATTORNEY GENERAL | STATE OF SOUTH DAKOTA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>1302 EAST HIGHWAY 14<br>SUITE 1<br>PIERRE SD 57501-8501 | 605-773-4106 |
| STATE OF TENNESSEE ATTORNEY GENERAL | STATE OF TENNESSEE ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>P.O. BOX 20207<br>NASHVILLE TN 37202-0207 | 615 741-3334 |
| STATE OF TEXAS ATTORNEY GENERAL | STATE OF TEXAS ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>CAPITOL STATION<br>PO BOX 12548<br>AUSTIN TX 78711-2548 | 512-475-2994 |
| STATE OF TEXAS ATTORNEY GENERAL | STATE OF TEXAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>CAPITOL STATION<br>PO BOX 12548<br>AUSTIN TX 78711-2548 | 512-475-2994 |
| STATE OF UTAH ATTORNEY GENERAL | STATE OF UTAH ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>PO BOX 142320<br>SALT LAKE CITY UT 84114-2320 | 801 538-1121 |
| STATE OF VERMONT ATTORNEY GENERAL | STATE OF VERMONT ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>109 STATE ST.<br>MONTPELIER VT 05609-1001 | 802-304-1014 |
| STATE OF VIRGINIA ATTORNEY GENERAL | STATE OF VIRGINIA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>900 EAST MAIN STREET<br>RICHMOND  VA 23219 | 804-225-4378 |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL | STATE OF WEST VIRGINIA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>STATE CAPITOL BLDG 1 ROOM E 26<br>CHARLESTON WV 25305 | 304-558-0140 |

Exhibit B
Master Fax Service List
Served via Fax

| DESCRIPTION | NAME | ADDRESS | FAX |
|---|---|---|---|
| STATE OF WISCONSIN ATTORNEY GENERAL | STATE OF WISCONSIN ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>WISCONSIN DEPARTMENT OF JUSTICE<br>STATE CAPITOL, ROOM 114 EAST, P. O. BOX 7857<br>MADISON WI 53707-7857 | 608-267-2223 |
| STATE OF WYOMING ATTORNEY GENERAL | STATE OF WYOMING ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>123 CAPITOL BUILDING<br>200 W. 24TH STREET<br>CHEYENNE WY 82002 | 307 777-6869 |
| US ATTORNEY FOR THE SOUTHERN DISTRICT OF TEXAS | US ATTORNEY FOR SOUTHERN DISTRICT OF TEXAS | ATTN: JENNIFER LOWERY, ACTING U.S. ATTORNEY<br>ONE SHORELINE PLAZA SOUTH TOWER<br>800 N SHORELINE BLVD STE. 500<br>CORPUS CHRISTI TX 78401 | 713-718-3300 |
| COUNSEL TO THE AD HOC GROUP OF FIRST LIEN AMSURG LENDERS | VINSON & ELKINS LLP | ATTN: PAUL E. HEATH, MATTHEW W. MORAN & MICHAEL A. GARZA<br>845 TEXAS AVENUE<br>SUITE 4700<br>HOUSTON TX 77002 | 713-758-2346 |
| COUNSEL TO THE AD HOC GROUP OF FIRST LIEN AMSURG LENDERS | WACHTELL, LIPTON, ROSEN & KATZ | ATTN: JOSHUA A. FELTMAN, EMIL A. KLEINHAUS, JOHN R. SOBOLEWSKI & ANGELA K. HERRING<br>51 WEST 52ND STREET<br>NEW YORK NY 10019 | 212-403-2000 |
| WASHINGTON DC ATTORNEY GENERAL | WASHINGTON DC ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>441 4TH STREET, NW<br>WASHINGTON DC 20001 | 202 347-8922 |
| TOP 30 CREDITOR | WILMINGTON TRUST NATIONAL ASSOCIATION | ATTN: ENVISION HEALTHCARE ADMINISTRATOR<br>246 GOOSE LANE<br>SUITE 1205<br>GUILFORD CT 06437 | 203-453-1183 |

**<u>Exhibit C</u>**

Exhibit C
Insurance Service List
Served via Email

| KRAID | NAME | EMAIL |
|---|---|---|
| KRA17567 | GREAT AMERICAN INSURANCE COMPANY | RROBINSON5@GAIG.COM |
| KRA17596 | HARTFORD FIRE INSURANCE COMPANY | TANYA.RIOS@THEHARTFORD.COM |
| KRA17634 | HOSPITALS INSURANCE COMPANY | RCALDWELL@TDCHRA.COM |
| KRA17654 | INDIANA DEPARTMENT OF INSURANCE – PATIENT COMPENSATION FUND | MWILSON2@IDOI.IN.GOV; PCF-COI@IDOI.IN.GOV |
| KRA17695 | KANSAS HEALTH CARE STABILIZATION FUND | GWEN.SAIYA@KS.GOV; HCSF@KS.GOV |
| KRA17794 | LOUISIANA PATIENT'S COMPENSATION FUND | SUSAN.GREMILLION@LA.GOV |
| KRA17846 | MCARE FUND | DIANEDWARD@PA.GOV |
| KRA18358 | THE MEDICAL PROTECTIVE COMPANY | MICHAEL.CLARK@MEDPRO.COM |
| KRA18359 | THE MEDICAL PROTECTIVE COMPANY NATIONAL FIRE & MARINE COMPANY | SUSAN.KEAYS@MEDPRO.COM |
| KRA18382 | TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICATRAVELERS INSURANCE COMPANY LTD | KGOODHAR@TRAVELERS.COM |
| KRA18491 | WISCONSIN INJURED PATIENTS AND FAMILIES COMPENSATION FUND | ANDREA.NELSON@WISCONSIN.GOV |