| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | | Main Case Number | 23-90342 |
|---|---|---|---|
| Debtor | | In Re: | Envision Healthcare Corporation, et al |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Beverly Weiss Manne<br>Tucker Arensberg, P.C.<br>1500 One PPG Place<br>Pittsburgh, PA 15222<br>412-594-5525  bmanne@tuckerlaw.com<br>PA 34545 |
|---|---|

| Name of party applicant seeks to appear for: | Thermo Fisher Scientific Entities |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No __✓____<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated: 5/15/2023 | Signed: /s/ Beverly Weiss Manne |
|---|---|

| The state bar reports that the applicant's status is: | |
|---|---|
| Dated: | Clerk's signature: |

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Dated: _____        _____
                                                                United States Bankruptcy Judge