IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| ENVISION HEALTHCARE CORPORATION, *et al.*,[1] | Case No. 23-90342 (CML) |
| Debtors. | (Jointly Administered) |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL PLEADINGS

**PLEASE TAKE NOTICE** that the undersigned attorneys hereby appear as counsel for Gary Begeman (the "Independent Director"), in his capacity as Independent Director of the Boards of Envision and Enterprise Parent Holdings Inc. in the above-captioned chapter 11 cases pursuant to Rules 2002, 3017(a), 9007, 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and request that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, and orders, or other documents, filed or entered in these cases, be transmitted to:

| | |
|---|---|
| Charles A. Beckham, Jr. | Charles M. Jones II |
| David Trausch | Martha Wyrick |
| HAYNES AND BOONE, LLP | HAYNES AND BOONE, LLP |
| 1221 McKinney Street, Suite 4000 | 2323 Victory Avenue, Suite 700 |
| Houston, Texas 77010 | Dallas, Texas 75219 |
| Telephone: (713) 547-2000 | Telephone: (214) 651-5000 |
| Facsimile: (713) 547-2600 | Facsimile: (214) 651-5940 |
| Email: charles.beckham@haynesboone.com | Email: charlie.jones@haynesboone.com |
| Email: david.trausch@haynesboone.com | Email: martha.wyrick@haynesboone.com |

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules and title 11 of the United States Code, but also includes

---

[1] A complete list of each of the Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/Envision. The Debtors' service address is 1A Burton Hills Boulevard, Nashville, Tennessee 37215.

1

orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise filed with regard to the above cases.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of the Independent Director to (a) have final orders in non-core matters entered only after de novo review by a District Court judge, (b) trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (c) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (d) any other rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: May 15, 2023

Respectfully submitted,

By: */s/ Charles A. Beckham, Jr.*

| | |
|---|---|
| Charles A. Beckham, Jr. | Charles M. Jones II |
| David Trausch | Martha Wyrick |
| **HAYNES AND BOONE, LLP** | **HAYNES AND BOONE, LLP** |
| 1221 McKinney Street, Suite 4000 | 2323 Victory Avenue, Suite 700 |
| Houston, Texas 77010 | Dallas, Texas 75219 |
| Telephone: (713) 547-2000 | Telephone: (214) 651-5000 |
| Facsimile: (713) 547-2600 | Facsimile: (214) 651-5940 |
| Email: charles.beckham@haynesboone.com | Email: charlie.jones@haynesboone.com |
| Email: david.trausch@haynesboone.com | Email: martha.wyrick@haynesboone.com |

*Counsel for Gary Begeman, as Independent Director*
*of the Boards of Envision and Enterprise Parent Holdings Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 15, 2023, a true and correct copy of the foregoing was served via electronic mail upon the parties that receive electronic notices in these cases pursuant to the Court's ECF filing system.

> */s/ Charles A. Beckham, Jr.*
> Charles A. Beckham, Jr.