United States Bankruptcy Court
Southern District of Texas
**ENTERED**
May 15, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENVISION HEALTHCARE CORPORATION, *et al.*,[1] | ) ) ) | Case No. 23-90342 (CML) |
| Debtors. | ) ) ) ) | (Jointly Administered) |
| | ) | **Re: Docket No. 15** |

**ORDER (I) AUTHORIZING THE IMPLEMENTATION
OF PROCEDURES TO PROTECT CONFIDENTIAL
PATIENT INFORMATION AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order"), (a) authorizing the implementation of procedures to protect confidential Patient information and (b) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is permissible pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the

---

[1] A complete list of each of the Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/Envision. The Debtors' service address is 1A Burton Hills Boulevard, Nashville, Tennessee 37215.

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion.

Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Claims Agent shall prepare and maintain the Patient Matrix but shall not disclose it to any other person, except as provided herein.

2. The Claims Agent shall prepare and maintain the Patient Schedules but shall not disclose them to any other person, except as provided herein.

3. The Claims Agent shall prepare a redacted version of the Patient Matrix and Patient Schedules, which shall (a) redact all PHI, including but not limited to the names and addresses of current and former Patients, and (b) assign a unique identification number to each of the Patients (the "Redacted Patient Schedules").

4. The Debtors are authorized to file the Redacted Patient Matrix and Patient Schedules with this Court in accordance with Federal Rule of Bankruptcy Procedure 1007.

5. The Debtors are authorized to file under seal with the Court the Patient Schedules and Patient Matrix.

6. The unredacted versions of the Patient Schedules and Patient Matrix shall not be made available to any party (other than those specified in paragraph 7 of this Order) and may not be filed on the public docket and shall remain under seal until further order of the Court.

7. The Debtors are authorized to make the Patient Matrix and the Patient Schedules available to (a) this Court, (b) the United States Trustee, (c) any applicable state regulatory agency

(through the respective state attorney general) and, (d) any other party in interest but only after this Court, after notice and a hearing, enters an order authorizing such disclosure.

8. This Order does not apply to any information of Patients that have filed lawsuits against the Debtors, and the Debtors shall disclose information about such Patients as required under the Bankruptcy Rules.

9. The Debtors shall inform the U.S. Trustee and the Court promptly after denying any request for an unredacted document pursuant to this Order. Nothing herein precludes a party in interest's right to file a motion requesting that the Bankruptcy Court unseal the information redacted by this Order. The rights of all parties in these chapter 11 cases to object to the relief set forth in this Order, for any reason, including that the Debtors have not satisfied their burden under section 107(c) of the Bankruptcy Code, are hereby preserved.

10. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

11. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed: May 15, 2023

_____
Christopher Lopez
United States Bankruptcy Judge