Electronic Appearance Sheet

Todd Meyers, Kilpatrick Stockton & Townsend LLP
Client(s): Ankura Trust Company, LLC, in its capacity as Envision Term Loan Facility Agent

Matthew Broida, none
Client(s): Employee

Gianfranco Finizio, Kilpatrick Townsend & Stockton LLP
Client(s): Ankura Trust Company, LLC, in its capacity as Envision Term Loan Facility Agent

Todd Meyers, Kilpatrick Townsend & Stockton LLP
Client(s): Ankura Trust Company, LLC, in its capacity as Envision Term Loan Facility Agent

Michael Price, Milbank LLP
Client(s): Ad Hoc Group of AmSurg Lenders

Samuel Khalil, Milbank LLP
Client(s): Ad Hoc Group of AmSurg Lenders

Karen Zeituni, Paul, Weiss, Rifkind, Wharton & Garrison
Client(s): Consenting Sponsors

Jacob Adlerstein, Paul, Weiss, Rifkind, Wharton & Garrison
Client(s): Consenting Sponsors

Brian Bolin, Paul, Weiss, Rifkind, Wharton & Garrison LLP
Client(s): Consenting Sponsors

Brian Hermann, Paul, Weiss, Rifkind, Wharton & Garrison LLP
Client(s): Consenting Sponsors

Scott Greenberg, Gibson, Dunn & Crutcher LLP
Client(s): Envision Ad Hoc Group

Jason Goldstein, Gibson, Dunn & Crutcher LLP
Client(s): Envision Ad Hoc Group

Lysbeth George, Liz George & Associates
Client(s): AHS Staffing, LLC

Lee Wilson, Gibson, Dunn & Crutcher LLP
Client(s): Envision Ad Hoc Group

David Feldman, Gibson, Dunn & Crutcher LLP
Client(s): Envision Ad Hoc Group

Keith Martorana, Gibson, Dunn & Crutcher LLP
Client(s): Envision Ad Hoc Group

Electronic Appearance Sheet

Mary Maloney, Gibson, Dunn & Crutcher LLP
Client(s): Envision Ad Hoc Group

John Cornwell, Munsch, Hardt, Kopf & Harr, P.C.
Client(s): Envision Ad Hoc Group

Brenda Funk, Munsch, Hardt, Kopf & Harr, P.C.
Client(s): Envision Ad Hoc Group

Charles Beckham, Jr., Haynes and Boone, LLP
Client(s): Gary Begeman, as Independent Director

Martha Wyrick, Haynes and Boone, LLP
Client(s): Gary Begeman, as Independent Director

Charles Jones II, Haynes and Boone, LLP
Client(s): Gary Begeman, as Independent Director

David Trausch, Haynes and Boone, LLP
Client(s): Gary Begeman, as Independent Director

Caroline Gange, Kramer Levin Naftalis & Frankel LLP
Client(s): Interested Party

Michael Blackmon, Kramer Levin Naftalis & Frankel LLP
Client(s): Interested Party

Matthew Cavenaugh, Jackson Walker, LLP
Client(s): Debtor and Debtor in Possession

Rebecca Blake Chaikin, Jackson Walker, LLP
Client(s): Debtors and Debtors in Possession

Rachael Ringer, Kramer Levin Naftalis & Frankel
Client(s): Interested Party

Vienna Anaya, Jackson Walker, LLP
Client(s): Debtors and Debtors in Possession

Javier Gonzalez, Jackson Walker LLP
Client(s): Debtors and Debtors in Possession

Joshua Sussberg, Kirkland & Ellis LLP
Client(s): Co-Counsel to Debtors and Debtors in Possession

John Luze, Kirkland & Ellis LLP
Client(s): Co-Counsel to Debtors and Debtors in Possession

Electronic Appearance Sheet

Annie Dreisbach, Kirkland & Ellis LLP
Client(s): Co-Counsel to Debtors and Debtors in Possession

Ruth Mulvihill, Kirkland & Ellis LLP
Client(s): Co-Counsel to Debtors and Debtors in Possession

Joshua Greenblatt, Kirkland & Ellis LLP
Client(s): Co-Counsel to Debtors and Debtors in Possession

Bill Arnault, Kirkland & Ellis LLP
Client(s): Co-Counsel to Debtors and Debtors in Possession

Casey McGushin, Kirkland & Ellis LLP
Client(s): Co-Counsel to Debtors and Debtors in Possession

Sabrina Bremer, Cleary Gottlieb Steen and Hamilton
Client(s): HCA

Hoo Ri Kim, Cleary Gottlieb Steen and Hamilton
Client(s): HCA

Lisa Schweitzer, Cleary Gottlieb Steen and Hamilton
Client(s): HCA

Mark Cone, Pro Se, None, Pro Se
Client(s): Interested Party

David Castleman, Otterbourg P.C.
Client(s): Laborers Pension Trust Fund for Northern California

Joshua A. Feltman, Wachtell, Lipton, Rosen & Katz
Client(s): Ad Hoc Group of First Lien AmSurg Lenders

Angela K. Herring, Wachtell, Lipton, Rosen & Katz
Client(s): Ad Hoc Group of First Lien AmSurg Lenders

Paul E. Heath, Vinson & Elkins LLP
Client(s): Ad Hoc Group of First Lien AmSurg Lenders

Michael A. Garza, Vinson & Elkins LLP
Client(s): Ad Hoc Group of First Lien AmSurg Lenders

Dennis Dunne, Milbank LLP
Client(s): Ad Hoc Group of AmSurg Lenders

Beverly Weiss Manne, Tucker Arensberg, P.C.
Client(s): Thermo Fisher Scientific

Electronic Appearance Sheet

Joseph Long, IT Convergence
Client(s): Critical Vendor for Infrastructure

Arvind Sharma, IT Convergence
Client(s): Critical Vendor for Infrastructure

Michael ONeil, Taft Stettinius Hollister LLP
Client(s): Zotec Partners

Mark Taylor, Holland & Knight LLP
Client(s): HCA-EMS Holdings, LLC

Michael Pera, Davis Polk & Wardwell LLP
Client(s): Credit Suisse AG, Cayman Islands Branch, as AmSurg RCF Agent

Brian Resnick, Davis Polk & Wardwell LLP
Client(s): Credit Suisse AG, Cayman Islands Branch, as AmSurg RCF Agent

John Ashmead , Seward & Kissel LLP
Client(s): Wilmington Savings Fund Society

Eli Vonnegut, Davis Polk & Wardwell LLP
Client(s): Citibank, N.A., as Administrative Agent

Gene Goldmintz, Davis Polk & Wardwell LLP
Client(s): Citibank, N.A., as Administrative Agent

Tad Davidson, Hunton Andrews Kurth LLP
Client(s): Citibank, N.A., as Administrative Agent

Philip Guffy, Hunton Andrews Kurth LLP
Client(s): Citibank, N.A., as Administrative Agent

Phillip Nelson, Holland & Knight LLP
Client(s): Alter Domus (US) LLC, as the AmSurg First Lien Term Loan Facility Agent

Arvind Sharma, IT Convergence, Inc.
Client(s): IT Vendor for mission-critical Enterprise Resource Planning Operations and Support

Ha Nguyen, U.S. Trustee
Client(s): U.S. Trustee

Steven Reisman, Katten Muchin Rosenman LLP
Client(s): Pamela Corrie and Harvey Tepner, as Independent Managers on the Boards of Managers of AmSurg LLC and AmSurg HoldCo LLC

Jacob Adlerstein, Paul, Weiss, Rifkind, Wharton & Garrison LLP
Client(s): KKR

Electronic Appearance Sheet

Cindi Giglio, Katten Muchin Rosenman LLP
Client(s): Pamela Corrie and Harvey Tepner, as Independent Managers on the Boards of Managers of AmSurg LLC and AmSurg HoldCo LLC

Michael Rosella, Katten Muchin Rosenman LLP
Client(s): Pamela Corrie and Harvey Tepner, as Independent Managers on the Boards of Managers of AmSurg LLC and AmSurg HoldCo LLC