IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

------------------------------------------------------x
: 
In re: : Chapter 11
:
ENVISION HEALTHCARE CORPORATION, :
*et al.*,[1] :
: Case No. 23-90342 (CML)
:
Debtors. : (Jointly Administered)
:
------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL PLEADINGS

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for Wilmington Savings Fund Society, FSB, in its capacity as (i) administrative agent and collateral agent (in such capacities, the "AmSurg Second Lien Term Loan Facility Agent") under that certain Second Lien Credit Agreement (the "AmSurg Second Lien Term Loan Facility"), dated as of April 29, 2022, among AmSurg, LLC, as borrower, AmSurg Holdco, LLC, and each lender from time to time party thereto and the AmSurg Second Lien Term Loan Facility Agent; and (ii) administrative agent and collateral agent (in such capacities, the "Intercompany Loan Agent") under that certain Credit Agreement (the "Intercompany Credit Agreement"), dated as of April 29, 2022, among Envision Healthcare Corporation, as borrower, Enterprise Intermediate Holdings Inc., AmSurg, LLC, as lender, and the Intercompany Loan Agent, pursuant to Rules 2002, 3017(a), 9007, 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and requests that copies of any and all notices, pleadings, motions, orders to show cause, applications,

---

[1] A complete list of each of the Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/Envision. The Debtors' service address is 1A Burton Hills Boulevard, Nashville, Tennessee 37215.

presentments, memoranda, affidavits, declarations, and orders, or other documents, filed or entered in these cases or any adversary proceeding related to these cases, be transmitted to:

> John R. Ashmead
> Gregg S. Bateman
> Catherine V. LoTempio
> **SEWARD & KISSEL LLP**
> One Battery Park Plaza
> New York, NY 10004
> Telephone: (212) 574-1200
> Email: ashmead@sewkis.com
> bateman@sewkis.com
> lotempio@sewkis.com

> -and-

> Patrick J. Healy
> **Wilmington Savings Fund Society, FSB**
> 500 Delaware Avenue, 11th Floor
> P.O. Box 957
> Wilmington, DE 19899
> Email: phealy@wsfsbank.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules and title 11 of the United States Code, but also includes orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise filed with regard to the above cases.

**PLEASE TAKE FURTHER NOTICE** that the undersigned requests that ONLY ONE set of physical documents be sent to the undersigned when there are physical mailings.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of either of the AmSurg Second Lien Term Loan Facility Agent or the Intercompany Loan Agent to (a) have final orders in non-core matters entered only after de novo review by a District Court Judge, (b) trial by jury

in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (c) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (d) to contest jurisdiction or venue in this case or in any case, controversy, or proceeding related to these cases, (e) to have documents served in accordance with Rule 7004 of the Bankruptcy Rules and Rule 4 of the Federal Rule of Civil Procedure or (f) any other rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: May 15, 2023

New York, NY                                        **SEWARD & KISSEL LLP**

By: */s/ John R. Ashmead*
John R. Ashmead
Gregg. S. Bateman
Catherine V. LoTempio
**SEWARD & KISSEL LLP**
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200
Email: ashmead@sewkis.com
           bateman@sewkis.com
           lotempio@sewkis.com

*Counsel to the AmSurg Second Lien Term Loan Facility Agent and the Intercompany Agent*

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2023, a copy of the foregoing Notice of Appearance and Request for Service of All Pleadings was filed and served via the Court's Electronic Case Filing System on all parties receiving such notification.

*/s/ John R. Ashmead*
Counsel