IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

IN RE:

| | | |
|---|---|---|
| ENVISION HEALTHCARE CORPORATION ET. AL.[1] | : | Case No. 23-90342 (DRJ) |
| | : | |
| *Debtors.* | : | Chapter 11 |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 9007 and 11 U.S.C. § 1109, the undersigned hereby appears as counsel of record for Thermo Fisher Scientific and its divisions and subsidiaries ("Creditor") in the above referenced matters.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 2002 and 3017 of the Bankruptcy Rules, the undersigned requests that all notices and papers specified by those Rules, and pursuant to Section 1109(b) of the Bankruptcy Code and Rule 9010 of the Bankruptcy Rules, that all other notices given or required to be given to the Creditor in this case can be served upon:

**Beverly Weiss Manne, Esquire**
TUCKER ARENSBERG, P.C.
1500 One PPG Place
Pittsburgh, Pennsylvania 15222
412-566-5525 (Telephone)
412-594-5619 (Facsimile)
bmanne@tuckerlaw.com

The foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of financial affairs, operating reports, plans of reorganization, and disclosure statements, including all amendments to any of the foregoing, whether formal or

---

[1] A complete list of each of the Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/Envision. The Debtors' service address is 1A Burton Hills Boulevard, Nashville, Tennessee 37215.

informal, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that the Creditor intends that neither this Notice of Appearance and Request for Service of Papers, nor any later appearance, claim, or suit shall waive (1) the rights of the Creditor to have final orders in non-core matters entered only after *de novo* review by a United States District Court Judge; (2) the rights of Creditor to trial by jury in any proceeding so triable in this case or any other case, controversy, or proceeding related to this case; (3) the rights of Creditor to request that the U.S. District Court withdraw the reference or abstain in any matter subject to mandatory or discretionary withdrawal or abstention; (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which Creditor is or may be entitled to under agreements, in law, at equity, or otherwise, all of which are expressly reserved; (5) any objection to the jurisdiction of this Bankruptcy Court for any purpose; and (6) any election of remedy.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Service of Papers does not constitute an agreement to accept service of initial process under Rule 4 of the Federal Rules of Civil Procedure or Rule 7004 of the Bankruptcy Rules.

All of the above rights are expressly reserved and preserved unto these parties without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participant in this case or any controversy or proceeding related hereto.

|  |  |
|---|---|
| Date:  May 16, 2023 | Respectfully submitted,<br><br>*/s/ Beverly Weiss Manne*<br>Beverly Weiss Manne, Esq. - Pro Hac Pending<br>(PA I.D. 34545)<br>bmanne@tuckerlaw.com<br>TUCKER ARENSBERG, P.C.<br>1500 One PPG Place<br>Pittsburgh, PA 15222<br>Phone: (412) 566-1212<br>Fax: (412) 594-5619<br>*Counsel for Thermo Fisher Scientific* |