United States Bankruptcy Court
Southern District of Texas
**ENTERED**
May 16, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF TEXAS

# MOTION AND ORDER
# FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 23-90342 |
|---|---|---|---|
| Debtor | In Re: | Envision Healthcare Corporation, et al. | |

This lawyer, who is admitted to the State Bar of _New York_:

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Emil A. Kleinhaus<br>Wachtell, Lipton, Rosen & Katz<br>51 West 52nd Street<br>New York, NY 10019<br>212.403.1000<br>NY - 4158648 |

Seeks to appear as the attorney for this party:

| Ad Hoc Group of First Lien AmSurg Lenders | |
|---|---|
| Dated: 05/15/2023 | Signed: /s/ Emil A. Kleinhaus |

| | |
|---|---|
| COURT USE ONLY: The applicant's state bar reports their status as: _Currently registered_. | |
| Dated: 05/16/2023 | Signed: /s/ Z. Compean<br>Deputy Clerk |

**Order**

This lawyer is admitted *pro hac vice*.

Signed: May 16, 2023

Christopher Lopez
United States Bankruptcy Judge