United States Bankruptcy Court
Southern District of Texas
**ENTERED**
May 16, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 23-90342 |
|---|---|---|---|
| Debtor | In Re: | Envision Healthcare Corporation, et al. | |

This lawyer, who is admitted to the State Bar of __New York__:

| Name / Firm / Street / City & Zip Code / Telephone / Licensed: State & Number | John R. Sobolewski<br>Wachtell, Lipton, Rosen & Katz<br>51 West 52nd Street<br>New York, NY 10019<br>212.403.1000<br>NY - 4735411 |
|---|---|

Seeks to appear as the attorney for this party:

| Ad Hoc Group of First Lien AmSurg Lenders |
|---|
| Dated: 05/15/2023          Signed: /s/ John R. Sobolewski |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated: 05/16/2023          Signed: /s/ Z. Compean
                                    Deputy Clerk

### Order

This lawyer is admitted *pro hac vice*.

Signed: May 16, 2023

Christopher Lopez
United States Bankruptcy Judge