United States Bankruptcy Court
Southern District of Texas

**ENTERED**
May 16, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT  SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 23-90342 (CML) |
|---|---|---|---|
| Debtor | In Re: | Envision Healthcare Corporation, et al. | |

This lawyer, who is admitted to the State Bar of  New York :

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Dennis F. Dunne<br>Milbank LLP<br>55 Hudson Yards<br>New York, NY 10001<br>(212) 530-5770, ddunne@milbank.com<br>New York Bar No. 2414373 |

Seeks to appear as the attorney for this party:

Ad Hoc Group of AmSurg Lenders

| Dated: May 15, 2023 | Signed: /s/ Dennis F. Dunne |
|---|---|

COURT USE ONLY: The applicant's state bar reports their status as: _____.

| Dated: 05/16/2023 | Signed: /s/ Z. Compean |
|---|---|
| | Deputy Clerk |

**Order**

This lawyer is admitted *pro hac vice*.

Signed: May 16, 2023

_____
Christopher Lopez
United States Bankruptcy Judge