United States Bankruptcy Court
Southern District of Texas

**ENTERED**
May 16, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT　　　　　SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 23-90342 (CML) |
|---|---|---|---|
| Debtor | In Re: | Envision Healthcare Corporation, et al. | |

This lawyer, who is admitted to the State Bar of ___New York___:

| | |
|---|---|
| Name | Samuel A. Khalil |
| Firm | Milbank LLP |
| Street | 55 Hudson Yards |
| City & Zip Code | New York, NY 10001 |
| Telephone | (212) 530-5015, skhalil@milbank.com |
| Licensed: State & Number | New York Bar No.4194981 |

Seeks to appear as the attorney for this party:

Ad Hoc Group of AmSurg Lenders

Dated: May 15, 2023　　　Signed: /s/ Samuel A. Khalil

COURT USE ONLY: The applicant's state bar reports their status as: __Currently registered__.

Dated: 05/16/2023　　　Signed: /s/ Z. Compean
　　　　　　　　　　　　　　　　　　Deputy Clerk

**Order**

This lawyer is admitted *pro hac vice*.

Signed: May 16, 2023

Christopher Lopez
United States Bankruptcy Judge