United States Bankruptcy Court
Southern District of Texas
**ENTERED**
May 16, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT  SOUTHERN DISTRICT OF TEXAS

# MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | | Main Case Number | |
|---|---|---|---|
| Debtor | In Re: | | |

This lawyer, who is admitted to the State Bar of _____ :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | |
|---|---|

Seeks to appear as the attorney for this party:

| |
|---|
| Dated:   Signed: _____ |

| COURT USE ONLY: The applicant's state bar reports their status as: _____. |
|---|
| Dated:   Signed: _____<br>Deputy Clerk |

**Order**

This lawyer is admitted *pro hac vice*.

Signed: May 16, 2023

_____
Christopher Lopez
United States Bankruptcy Judge