United States Bankruptcy Court
Southern District of Texas
**ENTERED**
May 16, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

# MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| | | | |
|---|---|---|---|
| Division | Houston | Main Case Number | 23-90342 |
| Debtor | In Re: Envision Healthcare Corporation, *et al.* | | |

This lawyer, who is admitted to the State Bar of New York:

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | David Z. Schwartz<br>Cleary Gottlieb Stein & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006<br>212-225-2000<br>NY 5498522 |

Seeks to appear as the attorney for this party: HCA-EMS Holdings, LLC

| | |
|---|---|
| Dated: 5/15/23 | Signed: /s/ David Z. Schwartz |

COURT USE ONLY: The applicant's state bar reports their status as: Currently registered.

| | |
|---|---|
| Dated: 05/16/2023 | Signed: /s/ Z. Compean<br>Deputy Clerk |

### Order

This lawyer is admitted *pro hac vice*.

Signed: May 16, 2023

Christopher Lopez
United States Bankruptcy Judge