United States Bankruptcy Court
Southern District of Texas

**ENTERED**

May 16, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT                    SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 23-90342 |
|---|---|---|---|
| Debtor | In Re: Envision Healthcare Corporation, *et al.* | | |

This lawyer, who is admitted to the State Bar of New York:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Lisa M. Schweitzer<br>Cleary Gottlieb Steen & Hamilton<br>LLP One Liberty Plaza<br>New York, NY 10006<br>212-225-2392<br>NY 2837722 |
|---|---|

Seeks to appear as the attorney for this party: HCA-EMS Holdings, LLC

| | |
|---|---|
| Dated:  5/15/23 | Signed:  /s/ Lisa M. Schweitzer |

| COURT USE ONLY: The applicant's state bar reports their status as:  Currently registered . | |
|---|---|
| Dated:  05/16/2023 | Signed: /S/ Z. Compean<br>Deputy Clerk |

Order

This lawyer is admitted *pro hac vice*.

Signed:  May 16, 2023

Christopher Lopez
United States Bankruptcy Judge