United States Bankruptcy Court
Southern District of Texas

**ENTERED**
May 16, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | | Main Case Number | 23-90342 |
|---|---|---|---|
| | Debtor | In Re: | Envision Healthcare Corporation, et al |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Beverly Weiss Manne<br>Tucker Arensberg, P.C.<br>1500 One PPG Place<br>Pittsburgh, PA 15222<br>412-594-5525  bmanne@tuckerlaw.com<br>PA 34545 |
|---|---|

| Name of party applicant seeks to appear for: | Thermo Fisher Scientific Entities |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓_____

On a separate sheet for each sanction, please supply the full particulars.

| Dated:  5/15/2023 | Signed: | /s/ Beverly Weiss Manne |
|---|---|---|

| The state bar reports that the applicant's status is:  Active | |
|---|---|
| Dated:  05/16/2023 | Clerk's signature: /s/ Z. Compean |

**Order**     This lawyer is admitted *pro hac vice*.

Signed:  May 16, 2023

_____
Christopher Lopez
United States Bankruptcy Judge