# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ENVISION HEALTHCARE CORPORATION, *et al.*, ) | Case No. 23-90342(CML) |
| ) | |
| Debtors. ) | Jointly Administered. |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE AND PAPERS

Please take notice that the undersigned is counsel for AHS Staffing, a creditor in the above-captioned cases and hereby enters her appearance pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and requests copies of all notices and pleadings pursuant to Bankruptcy Rules 2002, 3017(a), 9007, and 9010. All such notices should be addressed as follows:

>Lysbeth George, OBA #30562
>**LIZ GEORGE AND ASSOCIATES, PLLC,**
>8101 S. Walker, Ste. F
>Oklahoma, OK 73139
>Tel: (405) 689-5502
>Email: liz@georgelawok.com

Please take further notice that Please take further notice that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile or otherwise filed or made with regard to the referenced cases and the proceedings.

Dated: May 16, 2023               Respectfully submitted,

                                  *s/ Lysbeth L. George*
                                  Lysbeth George, OBA #30562
                                  LIZ GEORGE AND ASSOCIATES, PLLC,
                                  8101 S. Walker, Ste. F
                                  Oklahoma, OK 73139
                                  Telephone:  (405) 689-5502
                                  Facsimile:  (405) 689-5502
                                  liz@georgelawok.com

                                  ATTORNEY FOR AHS STAFFING

## CERTIFICATE OF SERVICE

I certify that on May 16, 2023, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.


                                  */s/ Lysbeth L. George*