IN THE UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN THE MATTER OF: | CASE NO. 23-90342 |
| ENVISION HEALTHCARE CORPORATION | |
| DEBTOR | CHAPTER 11 |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF NOTICES AND OTHER DOCUMENTS

Notice is hereby given that Julie Anne Parsons, of McCreary, Veselka, Bragg & Allen, P.C., P. O. Box 1269, Round Rock, Texas 78680, will appear as counsel for Burnet Central Appraisal District, in the above-entitled case, and requests that service of notices and other documents be made upon this attorney of record.

Dated: May 17, 2023

                                                         Respectfully submitted,

                                                         MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
                                                         Attorneys for Claimant, Burnet Central Appraisal District

                                                         */s/Julie Anne Parsons*
                                                         Julie Anne Parsons
                                                         State Bar Number 00790358
                                                         P.O. Box 1269
                                                         Round Rock, Texas 78680
                                                         Telephone: (512) 323-3200
                                                         Fax: (512) 323-3205
                                                         Email: jparsons@mvbalaw.com

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above Notice of Appearance And Request For Service Of Notices And Other Documents to Vienna Flores Anaya, Jackson Walker LLP, 2323 Ross Avenue, Suite 600, Dallas, Texas 75201; Rebecca Blake Chaikin, Jackson Walker LLP, 1401 McKinney Street, Houston, Texas 77010; Javier Gonzalez, Jr, Jackson Walker, LLP, 1401 McKinney St. Ste 1900 Houston, Houston, Texas 77010; Ha Minh Nguyen, Office of the United States Trustee, 515 Rusk St Ste 3516, Houston, Texas 77002; Christopher Ross Travis, DOJ-Ust, 515 Rusk Street Ste 3516, Houston, Texas 77002, and to those parties listed on the Court's Notice of Electronic Filing on May 17, 2023, by Electronic Notification.

*/s/Julie Anne Parsons*
Julie Anne Parsons