IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | CASE NO. 23-90342 (CML) |
| ENVISION HEALTHCARE | § | |
| CORPORATION, ET AL., | § | |
| | § | CHAPTER 11 |
| Debtors. | § | |

## NOTICE OF APPEARANCE

Pursuant to Bankruptcy Rules 9010(b) and 2002, please take notice that the undersigned attorney is appearing for Burton Hills Investments ("Creditor"), a creditor in the above-styled bankruptcy case. Pursuant to Bankruptcy Rule 2002, Burton Hills Investments requests that all notices given or required to be given in this bankruptcy, and all papers served or required to be served in this bankruptcy, be given to and served upon the undersigned as follows:

Susan C. Mathews
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
1301 McKinney Street, Suite 3700
Houston, Texas 77010
Telephone: (713) 286-7165
Facsimile: (713) 650-9701
smathews@bakerdonelson.com

The foregoing request is to include the notices and papers referred to in the Rules specified above, and also includes, without limitation, notices of any orders, applications, complaints, proposed reorganizations, demands, hearings, motions, petitions, pleadings, or requests, and any other documents brought before this Court in the above cause.

PLEASE TAKE FURTHER NOTICE that this appearance and request for notice is neither intended as, nor is it: (1) a consent of Creditor to the jurisdiction of the Bankruptcy Court, or (2) a waiver of (i) Creditor's right to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto, (ii) Creditor's right to have the reference

withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal or (iii) any other rights, claims, counterclaims, actions, defenses, set-offs, or recoupments to which Creditor is or may be entitled under any agreement, in law, or in equity, all of which rights, claims, counterclaims, actions, defenses, set-offs, and recoupments are expressly reserved.

Dated: May 17, 2023.

    Respectfully submitted,

    **BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ**
    A Professional Corporation

    By:   */s/ Susan C. Mathews*
          Susan C. Mathews
          Texas Bar No. 05060650
          smathews@bakerdonelson.com
          1301 McKinney St., Suite 3700
          Houston, Texas 77010
          Telephone: (713) 650-9700
          Facsimile: (713) 650-9701

    **COUNSEL FOR BURTON HILLS INVESTMENTS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 17, 2023, a true and correct copy of the foregoing was served via the Court's ECF system on those parties registered to receive ECF notices by the Court.

    */s/ Susan C. Mathews*
    SUSAN C. MATHEWS