IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

_____
                                          )
In re:                                    )   Chapter 11 Cases
                                          )
ENVISION HEALTHCARE CORPORATION, *et al.*[1]  )   Case No. 23-90342 (CML)
                                          )
            Debtors.                      )
                                          )   Jointly Administered
_____ )

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that McGuireWoods LLP ("MW") and Milbank LLP ("Milbank") appear on behalf of the Ad Hoc Group of AmSurg Lenders, pursuant to Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and requests service of all notice of hearings, conferences, and papers herein, including all papers and notices pursuant to Bankruptcy Rules 2002, 3017, 9007, and 9010. All notices given or required to be given in this case shall be served upon:

---

[1] A complete list of each of the Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Envision. The Debtors' service address is 1A Burton Hills Boulevard, Nashville, Tennessee 37215.

| **MCGUIREWOODS LLP** | **MILBANK LLP** |
|---|---|
| Demetra Liggins<br>Andrew C. Papa<br>845 Texas Ave., 24th Floor<br>Houston, TX 77002<br>Telephone: (713) 353-6661<br>Facsimile: (832) 255-6371<br>Email: dliggins@mcguirewoods.com<br>Email: apapa@mcguirewoods.com<br><br>Cassandra Sepanik Shoemaker<br>2000 McKinney Ave., Ste. 1400<br>Dallas, TX 75201<br>Telephone: (214) 932-6400<br>Facsimile: (214) 932-6499<br>Email: cshoemaker@mcguirewoods.com<br><br>**ATTORNEYS FOR**<br>**THE AD HOC GROUP OF**<br>**AMSURG LENDERS** | Dennis F. Dunne<br>Samuel A. Khalil<br>Michael W. Price<br>55 Hudson Yards<br>New York, NY 10001<br>Telephone: (212) 530-5000<br>Email: ddunne@milbank.com<br>Email: skhalil@milbank.com<br>Email: mprice@milbank.com<br><br>**ATTORNEYS FOR**<br>**THE AD HOC GROUP OF**<br>**AMSURG LENDERS** |

**PLEASE TAKE FURTHER NOTICE** that the foregoing service request not only includes notices and papers referred to in the Bankruptcy Rules and the Bankruptcy Code, but also includes, without limitation, any and all schedules and statements, statements of financial affairs, operating reports, pleadings, motions, applications, complaints, demands, hearings, requests, disclosure statements, letter, objections, answering or reply papers, memoranda or briefs brought before this Court with respect to this proceeding, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, electronic mail, telephone, telegraph, telex, or otherwise provided to the "Bankruptcy clerk," "Clerk," "'Court' or 'judge'" as those terms are defined in Bankruptcy Rule 9001 in connection with this bankruptcy proceeding or property related thereto.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered by the United States District Court for the Southern District of Texas; (ii) the right to a jury trial in any proceeding related to this case or any case, controversy, or proceeding related to this case; (iii) the United States District Court for the Southern District of Texas's right to withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) any potential objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this notice; (v) an election of remedy; (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, all of which are expressly reserved.

**DATED**: May 17, 2023

Respectfully submitted,

| | |
|---|---|
| **MCGUIREWOODS LLP** | **MILBANK LLP** |
| By: */s/ Demetra Liggins* <br> Demetra Liggins <br> Texas Bar No. 24026844 <br> Andrew C. Papa <br> Texas Bar No. 24127873 <br> 845 Texas Ave., 24th Floor <br> Houston, TX 77002 <br> Telephone: (713) 353-6661 <br> Facsimile: (832) 255-6371 <br> Email: dliggins@mcguirewoods.com <br> Email: apapa@mcguirewoods.com <br><br> Cassandra Sepanik Shoemaker <br> Texas Bar No. 24070592 <br> 2000 McKinney Ave., Ste. 1400 <br> Dallas, TX 75201 <br> Telephone: (214) 932-6400 <br> Facsimile: (214) 932-6499 <br> Email: cshoemaker@mcguirewoods.com <br><br> **ATTORNEYS FOR** <br> **THE AD HOC GROUP OF** <br> **AMSURG LENDERS** | Dennis F. Dunne (Admitted *pro hac vice*) <br> Samuel A. Khalil (Admitted *pro hac vice*) <br> Michael W. Price (Admitted *pro hac vice*) <br> 55 Hudson Yards <br> New York, NY 10001 <br> Telephone: (212) 530-5000 <br> Email: ddunne@milbank.com <br> Email: skhalil@milbank.com <br> Email: mprice@milbank.com <br><br> **ATTORNEYS FOR** <br> **THE AD HOC GROUP OF** <br> **AMSURG LENDERS** |

## CERTIFICATE OF SERVICE

    I hereby certify that on May 17, 2023, a true and correct copy of the foregoing has been served on all parties entitled to service via this Court's electronic filing system ("ECF").

                                                    */s/ Demetra Liggins* <br>
                                                    Demetra Liggins