United States Bankruptcy Court
Southern District of Texas
**ENTERED**
May 15, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF TEXAS

# MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 23-90342(CML) |
|---|---|---|---|
| Debtor | In Re: | Envision Healthcare Corporation, et al. | |

This lawyer, who is admitted to the State Bar of _____New York_____:

| | |
|---|---|
| Name | Joshua A. Sussberg, P.C. |
| Firm | Kirkland & Ellis LLP |
| Street | 601 Lexington Avenue |
| City & Zip Code | New York, New York 10022 |
| Telephone | 212-446-4829 |
| Licensed: State & Number | NY 4216453 |

Seeks to appear as the attorney for this party:

| Envision Healthcare Corporation, et al. |
|---|
| Dated: May 15, 2023        Signed: /s/ Joshua A. Sussberg |

| COURT USE ONLY: The applicant's state bar reports their status as:  Currently registered  . |
|---|
| Dated: 05/15/2023        Signed: /s/ Z. Compean        Deputy Clerk |

## Order

This lawyer is admitted *pro hac vice*.

Signed: May 15, 2023

_____
Christopher Lopez
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

In re:  Case No. 23-90342-cml
Envision Healthcare Corporation  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0541-4      User: ADIuser      Page 1 of 6
Date Rcvd: May 15, 2023      Form ID: pdf002      Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Envision Healthcare Corporation, 1A Burton Hills Boulevard, Nashville, TN 37215-6187 |
| cr | + | AHS Staffing, c/o Liz George and Associates, Attn: Lysbeth L. George, 8101 S. Walker, Suite F, Oklahoma City, OK 73139-9406 |
| cr |   | Envision Ad Hoc Group, c/o Gibson, Dunn & Crutcher LLP, 200 Park Avenue, New York, NY 10166-0005 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ad Hoc Group of AmSurg Lenders |
| cr | | Ad Hoc Group of First Lien AmSurg Lenders |
| intp | | Ankura Trust Company, LLC, in its capacity as Envi |
| cr | | Citibank, N.A. |
| cr | | Funds and Accounts Managed by Kohlberg Kravis Robe |
| cr | | HCA-EMS Holdings, LLC |

TOTAL: 6 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 17, 2023      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bruce J Ruzinsky | on behalf of Debtor AmSurg Oakland CA Inc. bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com |
| Bruce J Ruzinsky | on behalf of Debtor AmSurg New Port Richey FL Inc. bruzinsky@jw.com, |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 2 of 6 |
| Date Rcvd: May 15, 2023 | Form ID: pdf002 | Total Noticed: 3 |

msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Bruce J Ruzinsky
    on behalf of Debtor AmSurg Physicians HoldCo LLC bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Bruce J Ruzinsky
    on behalf of Debtor AmSurg Physicians Arizona LLC bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Bruce J Ruzinsky
    on behalf of Debtor AmSurg Ocala Inc. bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Bruce J Ruzinsky
    on behalf of Debtor AmSurg Northwest Florida Inc. bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Bruce J Ruzinsky
    on behalf of Debtor AmSurg Pottsville PA LLC bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Bruce J Ruzinsky
    on behalf of Debtor AmSurg Naples Inc. bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Bruce J Ruzinsky
    on behalf of Debtor AmSurg Suncoast Inc. bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Bruce J Ruzinsky
    on behalf of Debtor AmSurg Palmetto Inc. bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Bruce J Ruzinsky
    on behalf of Debtor AmSurg San Antonio TX Inc. bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Bruce J Ruzinsky
    on behalf of Debtor AmSurg Temecula CA Inc. bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Bruce J Ruzinsky
    on behalf of Debtor AmSurg Scranton PA Inc. bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Christopher Ross Travis
    on behalf of U.S. Trustee US Trustee C.Ross.Travis@usdoj.gov

Emily Meraia
    on behalf of Debtor AmSurg La Jolla Inc. emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia
    on behalf of Debtor AmSurg Lancaster PA LLC emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia
    on behalf of Debtor AmSurg Hillmont Inc. emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia
    on behalf of Debtor AmSurg Inglewood Inc. emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia
    on behalf of Debtor AmSurg Glendale Inc. emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia
    on behalf of Debtor AmSurg Holdings LLC emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia
    on behalf of Debtor AmSurg Glendora CA Inc. emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia
    on behalf of Debtor AmSurg Main Line PA LLC emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia
    on behalf of Debtor AmSurg Kissimmee FL Inc. emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia
    on behalf of Debtor AmSurg KEC Inc. emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia
    on behalf of Debtor AmSurg Melbourne Inc. emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

| District/off: 0541-4 | User: ADIuser | Page 3 of 6 |
|---|---|---|
| Date Rcvd: May 15, 2023 | Form ID: pdf002 | Total Noticed: 3 |

Emily Meraia
    on behalf of Debtor AmSurg Miami Inc. emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia
    on behalf of Debtor AmSurg Maryville Inc. emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia
    on behalf of Debtor AmSurg Holdco LLC emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Genevieve Marie Graham
    on behalf of Debtor Clinical Partners Management Company LLC ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Genevieve Marie Graham
    on behalf of Debtor Children's Anesthesia Associates Inc. ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Genevieve Marie Graham
    on behalf of Debtor Bravo Reimbursement Specialist L.L.C. ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Genevieve Marie Graham
    on behalf of Debtor Davis NSC LLC ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Genevieve Marie Graham
    on behalf of Debtor Chandler Emergency Medical Group L.L.C. ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Genevieve Marie Graham
    on behalf of Debtor Coral Springs NSC LLC ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Genevieve Marie Graham
    on behalf of Debtor Broad Midwest Anesthesia LLC ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Genevieve Marie Graham
    on behalf of Debtor Centennial Emergency Physicians LLC ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Genevieve Marie Graham
    on behalf of Debtor CMORx LLC ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Genevieve Marie Graham
    on behalf of Debtor Coastal Anesthesiology Consultants LLC ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Genevieve Marie Graham
    on behalf of Debtor Boca Anesthesia Service Inc. ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Ha Minh Nguyen
    on behalf of U.S. Trustee US Trustee ha.nguyen@usdoj.gov

Javier Gonzalez, Jr
    on behalf of Debtor AmSurg EC Centennial Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Javier Gonzalez, Jr
    on behalf of Debtor AmSurg Crystal River Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Javier Gonzalez, Jr
    on behalf of Debtor Envision Healthcare Corporation jgonzalez@jw.com kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Javier Gonzalez, Jr
    on behalf of Debtor AmSurg Escondido CA Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Javier Gonzalez, Jr
    on behalf of Debtor AmSurg Finance Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Javier Gonzalez, Jr
    on behalf of Debtor AmSurg EC St. Thomas Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Javier Gonzalez, Jr

| | |
|---|---|
| | on behalf of Debtor AmSurg Burbank Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Javier Gonzalez, Jr | |
| | on behalf of Debtor AmSurg EC Beaumont Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Javier Gonzalez, Jr | |
| | on behalf of Debtor AmSurg Fresno Endoscopy Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Javier Gonzalez, Jr | |
| | on behalf of Debtor AmSurg EC Santa Fe Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Javier Gonzalez, Jr | |
| | on behalf of Debtor AmSurg El Paso Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Javier Gonzalez, Jr | |
| | on behalf of Debtor AmSurg Colton CA Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Javier Gonzalez, Jr | |
| | on behalf of Debtor AmSurg EC Topeka Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Javier Gonzalez, Jr | |
| | on behalf of Debtor AmSurg Arcadia CA Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Javier Gonzalez, Jr | |
| | on behalf of Debtor AmSurg EC Washington Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| John David Cornwell | |
| | on behalf of Creditor Envision Ad Hoc Group jcornwell@munsch.com hvalentine@munsch.com;CourtMail@munsch.com |
| Lysbeth Lou George | |
| | on behalf of Creditor AHS Staffing liz@georgelawok.com karen@georgelawok.com |
| Mark Curtis Taylor | |
| | on behalf of Creditor HCA-EMS Holdings LLC mark.taylor@hklaw.com, tammy.greenblum@wallerlaw.com;annmarie.jezisek@wallerlaw.com |
| Matthew D Cavenaugh | |
| | on behalf of Debtor All Women's Healthcare Inc. mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Matthew D Cavenaugh | |
| | on behalf of Debtor All Women's Healthcare Holdings Inc. mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Matthew D Cavenaugh | |
| | on behalf of Debtor AmSurg Abilene Eye Inc. mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Matthew D Cavenaugh | |
| | on behalf of Debtor American Emergency Physicians Management Inc. mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Matthew D Cavenaugh | |
| | on behalf of Debtor Alpha Physician Resources L.L.C. mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Matthew D Cavenaugh | |
| | on behalf of Debtor Affilion Inc. mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Matthew D Cavenaugh | |
| | on behalf of Debtor All Women's Healthcare Services Inc. mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Matthew D Cavenaugh | |
| | on behalf of Debtor AmSurg Abilene Inc. mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Matthew D Cavenaugh | |
| | on behalf of Debtor AmSurg Altamonte Springs FL Inc. mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Matthew D Cavenaugh | |
| | on behalf of Debtor All Women's Healthcare of West Broward Inc. mcavenaugh@jw.com, |

| | |
|---|---|
| | kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Matthew D Cavenaugh | on behalf of Debtor AllegiantMD Inc. mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Matthew D Cavenaugh | on behalf of Debtor AmSurg Anesthesia Management Services LLC mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Matthew D Cavenaugh | on behalf of Debtor All Women's Healthcare of Dade Inc. mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Matthew D Cavenaugh | on behalf of Debtor All Women's Healthcare of Sawgrass Inc. mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Michael A. Garza | on behalf of Creditor Ad Hoc Group of First Lien AmSurg Lenders mgarza@velaw.com |
| Paul E Heath | on behalf of Creditor Ad Hoc Group of First Lien AmSurg Lenders pheath@velaw.com |
| Philip M. Guffy | on behalf of Creditor Citibank N.A. pguffy@huntonak.com |
| Rebecca Blake Chaikin | on behalf of Debtor Acute Management LLC rchaikin@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Rebecca Blake Chaikin | on behalf of Debtor Envision Healthcare Corporation rchaikin@jw.com kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Rebecca Blake Chaikin | on behalf of Debtor AmSurg LLC rchaikin@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Robert Bernard Bruner | on behalf of Creditor Funds and Accounts Managed by Kohlberg Kravis Roberts & Co. L.P. bob.bruner@nortonrosefulbright.com |
| Timothy Alvin Davidson, II | on behalf of Creditor Citibank N.A. taddavidson@andrewskurth.com |
| Todd C Meyers | on behalf of Interested Party Ankura Trust Company LLC, in its capacity as Envision Term Loan Facility Agent tmeyers@kilpatricktownsend.com, kmoynihan@kilpatricktownsend.com;gfinizio@kilpatricktownsend.com;jborey@kilpatricktownsend.com |
| US Trustee | USTPRegion07.HU.ECF@USDOJ.GOV |
| Vienna Flores Anaya | on behalf of Debtor Anesthesiologists of Greater Orlando Inc. vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com |
| Vienna Flores Anaya | on behalf of Debtor AmSurg Torrance Inc. vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com |
| Vienna Flores Anaya | on behalf of Debtor Bethesda Anesthesia Associates Inc. vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com |
| Vienna Flores Anaya | on behalf of Debtor APH Laboratory Services Inc. vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com |
| Vienna Flores Anaya | on behalf of Debtor ASDH II LLC vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com |
| Vienna Flores Anaya | on behalf of Debtor Arizona Perinatal Care Centers LLC vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com |
| Vienna Flores Anaya | on behalf of Debtor BestPractices Inc. vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com |
| Vienna Flores Anaya | on behalf of Debtor Apex Acquisition LLC vanaya@jw.com |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 6 of 6 |
| Date Rcvd: May 15, 2023 | Form ID: pdf002 | Total Noticed: 3 |

kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com

Vienna Flores Anaya

on behalf of Debtor Bay Area Anesthesia  L.L.C. vanaya@jw.com,
kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com

Vienna Flores Anaya

on behalf of Debtor Envision Healthcare Corporation vanaya@jw.com
kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com

Vienna Flores Anaya

on behalf of Debtor Austin NSC  LLC vanaya@jw.com,
kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com

Vienna Flores Anaya

on behalf of Debtor AmSurg San Luis Obispo CA  Inc. vanaya@jw.com,
kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com

Vienna Flores Anaya

on behalf of Debtor ASDH I  LLC vanaya@jw.com,
kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com

Vienna Flores Anaya

on behalf of Debtor Austin NSC  LP vanaya@jw.com,
kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com

Vienna Flores Anaya

on behalf of Debtor Anesthesiology Associates of Tallahassee  Inc. vanaya@jw.com,
kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com

Vienna Flores Anaya

on behalf of Debtor AmSurg Temecula II  Inc. vanaya@jw.com,
kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com

TOTAL: 98