UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF TEXAS

# MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 23-90342(CML) |
|---|---|---|---|
| Debtor | In Re: | Envision Healthcare Corporation, et al. | |

This lawyer, who is admitted to the State Bar of ___New York / South Carolina___:

| | |
|---|---|
| Name | Anne G. Wallice |
| Firm | Kirkland & Ellis LLP |
| Street | 601 Lexington Avenue |
| City & Zip Code | New York, New York 10022 |
| Telephone | 212-390-4511 |
| Licensed: State & Number | NY 5640149 / SC 105015 |

Seeks to appear as the attorney for this party:

Envision Healthcare Corporation, et al.

Dated: May 15, 2023        Signed: /s/ Anne G. Wallice

---

COURT USE ONLY: The applicant's state bar reports their status as: __Currently registered__.

Dated: 05/15/2023        Signed: /s/ Z. Compean
                                          Deputy Clerk

---

### Order

This lawyer is admitted *pro hac vice*.

Signed: May 15, 2023

Christopher Lopez
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

In re: Case No. 23-90342-cml
Envision Healthcare Corporation Chapter 11
   Debtor

# CERTIFICATE OF NOTICE

District/off: 0541-4 User: ADIuser Page 1 of 7
Date Rcvd: May 15, 2023 Form ID: pdf002 Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Envision Healthcare Corporation, 1A Burton Hills Boulevard, Nashville, TN 37215-6187 |
| aty | + | Anne I. Salomon, 300 North LaSalle St, Chicago, IL 60654, UNITED STATES 60654-3406 |
| aty | + | C. Lee Wilson, 200 Park Avenue, New York, NY 10166-0005 |
| aty | + | Casey James McGushin, Kirkland & Ellis LLP, 300 N. LaSalle, Chicago, IL 60654-5412 |
| aty | + | David M. Feldman, Gibson Dunn & Crutcher, 200 Park Avenue, New York, NY 10166-4799 |
| aty | + | Eli J. Vonnegut, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY 10017-3982 |
| aty | + | Gene S. Goldmintz, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY 10017-3982 |
| aty | + | Jeffrey R. Goldfine, Kirkland & Ellis LLP, 601 Lexington Ave., New York, NY 10022, UNITED STATES 10022-4643 |
| aty | + | John R. Luze, Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654-5412 |
| aty | + | Joshua A. Sussberg, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | + | Joshua Greenblatt, 601 Lexington Ave., New York, NY 10022, UNITED STATES 10022-4611 |
| aty | + | Margaret Reiney, Kirkland & Ellis LLP, 601 Lexington Ave., New York, NY 10022-4643 |
| aty | | Mary Beth Maloney, 200 Park Avenue, New York, NY 10166-0005 |
| aty | + | Ruth Mulvihill, Kirkland & Ellis LLP, 300 North LaSalle St, Chicago, IL 60654, UNITED STATES 60654-5412 |
| cr | + | AHS Staffing, c/o Liz George and Associates, Attn: Lysbeth L. George, 8101 S. Walker, Suite F, Oklahoma City, OK 73139-9406 |
| cr | | Envision Ad Hoc Group, c/o Gibson, Dunn & Crutcher LLP, 200 Park Avenue, New York, NY 10166-0005 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ad Hoc Group of AmSurg Lenders |
| cr | | Ad Hoc Group of First Lien AmSurg Lenders |
| intp | | Ankura Trust Company, LLC, in its capacity as Envi |
| cr | | Citibank, N.A. |
| intp | | Credit Suisse AG, Cayman Islands Branch, as AmSurg |
| cr | | Funds and Accounts Managed by Kohlberg Kravis Robe |
| cr | | HCA-EMS Holdings, LLC |

TOTAL: 7 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 2 of 7 |
| Date Rcvd: May 15, 2023 | Form ID: pdf002 | Total Noticed: 16 |
| Date: May 17, 2023 | Signature: /s/Gustava Winters | |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron James Power | on behalf of Interested Party Credit Suisse AG Cayman Islands Branch, as AmSurg RCF Agent apower@porterhedges.com, egarfias@porterhedges.com;ysanders@porterhedges.com |
| Bruce J Ruzinsky | on behalf of Debtor AmSurg Palmetto Inc. bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com |
| Bruce J Ruzinsky | on behalf of Debtor AmSurg San Antonio TX Inc. bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com |
| Bruce J Ruzinsky | on behalf of Debtor AmSurg Temecula CA Inc. bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com |
| Bruce J Ruzinsky | on behalf of Debtor AmSurg Scranton PA Inc. bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com |
| Bruce J Ruzinsky | on behalf of Debtor AmSurg Oakland CA Inc. bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com |
| Bruce J Ruzinsky | on behalf of Debtor AmSurg New Port Richey FL Inc. bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com |
| Bruce J Ruzinsky | on behalf of Debtor AmSurg Physicians HoldCo LLC bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com |
| Bruce J Ruzinsky | on behalf of Debtor AmSurg Physicians Arizona LLC bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com |
| Bruce J Ruzinsky | on behalf of Debtor AmSurg Ocala Inc. bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com |
| Bruce J Ruzinsky | on behalf of Debtor AmSurg Northwest Florida Inc. bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com |
| Bruce J Ruzinsky | on behalf of Debtor AmSurg Pottsville PA LLC bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com |
| Bruce J Ruzinsky | on behalf of Debtor AmSurg Naples Inc. bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com |
| Bruce J Ruzinsky | on behalf of Debtor AmSurg Suncoast Inc. bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com |
| Christopher Ross Travis | on behalf of U.S. Trustee US Trustee C.Ross.Travis@usdoj.gov |
| Emily Meraia | on behalf of Debtor AmSurg KEC Inc. emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Emily Meraia | on behalf of Debtor AmSurg Melbourne Inc. emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Emily Meraia | on behalf of Debtor AmSurg Miami Inc. emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Emily Meraia | on behalf of Debtor AmSurg Maryville Inc. emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Emily Meraia | on behalf of Debtor AmSurg Holdco LLC emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Emily Meraia | on behalf of Debtor AmSurg La Jolla Inc. emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |

District/off: 0541-4                         User: ADIuser                         Page 3 of 7
Date Rcvd: May 15, 2023                      Form ID: pdf002                       Total Noticed: 16

Emily Meraia
    on behalf of Debtor AmSurg Lancaster PA LLC emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia
    on behalf of Debtor AmSurg Hillmont Inc. emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia
    on behalf of Debtor AmSurg Inglewood Inc. emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia
    on behalf of Debtor AmSurg Glendale Inc. emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia
    on behalf of Debtor AmSurg Holdings LLC emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia
    on behalf of Debtor AmSurg Glendora CA Inc. emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia
    on behalf of Debtor AmSurg Main Line PA LLC emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia
    on behalf of Debtor AmSurg Kissimmee FL Inc. emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Genevieve Marie Graham
    on behalf of Debtor CMORx LLC ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Genevieve Marie Graham
    on behalf of Debtor Discovery Clinical Research Inc. ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Genevieve Marie Graham
    on behalf of Debtor Coastal Anesthesiology Consultants LLC ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Genevieve Marie Graham
    on behalf of Debtor Boca Anesthesia Service Inc. ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Genevieve Marie Graham
    on behalf of Debtor Clinical Partners Management Company LLC ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Genevieve Marie Graham
    on behalf of Debtor Doctors Billing Service Inc. ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Genevieve Marie Graham
    on behalf of Debtor Children's Anesthesia Associates Inc. ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Genevieve Marie Graham
    on behalf of Debtor Bravo Reimbursement Specialist L.L.C. ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Genevieve Marie Graham
    on behalf of Debtor Davis NSC LLC ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Genevieve Marie Graham
    on behalf of Debtor Chandler Emergency Medical Group L.L.C. ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Genevieve Marie Graham
    on behalf of Debtor Coral Springs NSC LLC ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Genevieve Marie Graham
    on behalf of Debtor Broad Midwest Anesthesia LLC ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Genevieve Marie Graham
    on behalf of Debtor Centennial Emergency Physicians LLC ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Genevieve Marie Graham
    on behalf of Debtor Desert Mountain Consultants in Anesthesia  Inc. ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Ha Minh Nguyen
    on behalf of U.S. Trustee US Trustee ha.nguyen@usdoj.gov

Javier Gonzalez, Jr
    on behalf of Debtor AmSurg EC Topeka  Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Javier Gonzalez, Jr
    on behalf of Debtor AmSurg Arcadia CA  Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Javier Gonzalez, Jr
    on behalf of Debtor AmSurg EC Washington  Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Javier Gonzalez, Jr
    on behalf of Debtor AmSurg EC Centennial  Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Javier Gonzalez, Jr
    on behalf of Debtor AmSurg Crystal River  Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Javier Gonzalez, Jr
    on behalf of Debtor Envision Healthcare Corporation jgonzalez@jw.com kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Javier Gonzalez, Jr
    on behalf of Debtor AmSurg Escondido CA  Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Javier Gonzalez, Jr
    on behalf of Debtor AmSurg Finance  Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Javier Gonzalez, Jr
    on behalf of Debtor AmSurg EC St. Thomas  Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Javier Gonzalez, Jr
    on behalf of Debtor AmSurg Burbank  Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Javier Gonzalez, Jr
    on behalf of Debtor AmSurg EC Beaumont  Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Javier Gonzalez, Jr
    on behalf of Debtor AmSurg Fresno Endoscopy  Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Javier Gonzalez, Jr
    on behalf of Debtor AmSurg EC Santa Fe  Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Javier Gonzalez, Jr
    on behalf of Debtor AmSurg El Paso  Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Javier Gonzalez, Jr
    on behalf of Debtor AmSurg Colton CA  Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

John David Cornwell
    on behalf of Creditor Envision Ad Hoc Group jcornwell@munsch.com  hvalentine@munsch.com;CourtMail@munsch.com

John F Higgins, IV
    on behalf of Interested Party Credit Suisse AG  Cayman Islands Branch, as AmSurg RCF Agent jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

Keith Richard Martorana
    on behalf of Creditor Envision Ad Hoc Group kmartorana@gibsondunn.com

Kristhy M Peguero
    on behalf of Debtor EmCare of California  Inc. kpeguero@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Kristhy M Peguero
    on behalf of Debtor EmCare Physician Providers  Inc. kpeguero@jw.com,

District/off: 0541-4                               User: ADIuser                               Page 5 of 7
Date Rcvd: May 15, 2023                            Form ID: pdf002                             Total Noticed: 16

| | |
|---|---|
| | kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Kristhy M Peguero | on behalf of Debtor EmCare Anesthesia Providers  Inc. kpeguero@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Kristhy M Peguero | on behalf of Debtor EMS Management LLC kpeguero@jw.com kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Kristhy M Peguero | on behalf of Debtor Emergency Medical Services LLC kpeguero@jw.com kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Kristhy M Peguero | on behalf of Debtor EmCare Physician Services  Inc. kpeguero@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Kristhy M Peguero | on behalf of Debtor EmCare  LLC kpeguero@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Kristhy M Peguero | on behalf of Debtor EmCare Holdings  LLC kpeguero@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Kristhy M Peguero | on behalf of Debtor EHR Management Co. kpeguero@jw.com kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Kristhy M Peguero | on behalf of Debtor EDIMS  L.L.C. kpeguero@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Kristhy M Peguero | on behalf of Debtor Drs. Ellis  Rojas, Ross & Debs, Inc. kpeguero@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Kristhy M Peguero | on behalf of Debtor ED Solutions  LLC kpeguero@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Kristhy M Peguero | on behalf of Debtor Emergency Medicine Education Systems  Inc. kpeguero@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Kristhy M Peguero | on behalf of Debtor EmCare Holdco  LLC kpeguero@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Lysbeth Lou George | on behalf of Creditor AHS Staffing liz@georgelawok.com  karen@georgelawok.com |
| Mark Curtis Taylor | on behalf of Creditor HCA-EMS Holdings  LLC mark.taylor@hklaw.com, tammy.greenblum@wallerlaw.com;annmarie.jezisek@wallerlaw.com |
| Matthew D Cavenaugh | on behalf of Debtor AllegiantMD  Inc. mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Matthew D Cavenaugh | on behalf of Debtor AmSurg Anesthesia Management Services  LLC mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Matthew D Cavenaugh | on behalf of Debtor All Women's Healthcare of Dade  Inc. mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Matthew D Cavenaugh | on behalf of Debtor All Women's Healthcare of Sawgrass  Inc. mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Matthew D Cavenaugh | on behalf of Debtor All Women's Healthcare  Inc. mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Matthew D Cavenaugh | on behalf of Debtor All Women's Healthcare Holdings  Inc. mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Matthew D Cavenaugh | on behalf of Debtor AmSurg Abilene Eye  Inc. mcavenaugh@jw.com, |

| | |
|---|---|
| | kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Matthew D Cavenaugh | on behalf of Debtor American Emergency Physicians Management  Inc. mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Matthew D Cavenaugh | on behalf of Debtor Alpha Physician Resources  L.L.C. mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Matthew D Cavenaugh | on behalf of Debtor Affilion  Inc. mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Matthew D Cavenaugh | on behalf of Debtor All Women's Healthcare Services  Inc. mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Matthew D Cavenaugh | on behalf of Debtor AmSurg Abilene  Inc. mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Matthew D Cavenaugh | on behalf of Debtor AmSurg Altamonte Springs FL  Inc. mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Matthew D Cavenaugh | on behalf of Debtor All Women's Healthcare of West Broward  Inc. mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Michael A. Garza | on behalf of Creditor Ad Hoc Group of First Lien AmSurg Lenders mgarza@velaw.com |
| Nicole Greenblatt | on behalf of Debtor Envision Healthcare Corporation ngreenblatt@kirkland.com |
| Paul E Heath | on behalf of Creditor Ad Hoc Group of First Lien AmSurg Lenders pheath@velaw.com |
| Philip M. Guffy | on behalf of Creditor Citibank  N.A. pguffy@huntonak.com |
| Rebecca Blake Chaikin | on behalf of Debtor AmSurg  LLC rchaikin@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Rebecca Blake Chaikin | on behalf of Debtor Acute Management  LLC rchaikin@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Rebecca Blake Chaikin | on behalf of Debtor Envision Healthcare Corporation rchaikin@jw.com kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Robert Bernard Bruner | on behalf of Creditor Funds and Accounts Managed by Kohlberg Kravis Roberts & Co. L.P. bob.bruner@nortonrosefulbright.com |
| Timothy Alvin Davidson, II | on behalf of Creditor Citibank  N.A. taddavidson@andrewskurth.com |
| Todd C Meyers | on behalf of Interested Party Ankura Trust Company  LLC, in its capacity as Envision Term Loan Facility Agent tmeyers@kilpatricktownsend.com, kmoynihan@kilpatricktownsend.com;gfinizio@kilpatricktownsend.com;jborey@kilpatricktownsend.com |
| US Trustee | USTPRegion07.HU.ECF@USDOJ.GOV |
| Veronica Ann Polnick | on behalf of Debtor Envision Children's Healthcare Services of North Mississippi  Inc. vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Veronica Ann Polnick | on behalf of Debtor Enterprise Parent Holdings  Inc. vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Veronica Ann Polnick | on behalf of Debtor EMSC ServicesCo  LLC vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Veronica Ann Polnick | on behalf of Debtor Envision Anesthesia Services of Sierra Vista  Inc. vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 7 of 7 |
| Date Rcvd: May 15, 2023 | Form ID: pdf002 | Total Noticed: 16 |

Veronica Ann Polnick
   on behalf of Debtor Envision Anesthesia Services of Delaware  Inc. vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Vienna Flores Anaya
   on behalf of Debtor Envision Healthcare Corporation vanaya@jw.com kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com

Vienna Flores Anaya
   on behalf of Debtor Austin NSC  LLC vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com

Vienna Flores Anaya
   on behalf of Debtor AmSurg San Luis Obispo CA  Inc. vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com

Vienna Flores Anaya
   on behalf of Debtor ASDH I  LLC vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com

Vienna Flores Anaya
   on behalf of Debtor Austin NSC  LP vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com

Vienna Flores Anaya
   on behalf of Debtor Anesthesiology Associates of Tallahassee  Inc. vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com

Vienna Flores Anaya
   on behalf of Debtor AmSurg Temecula II  Inc. vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com

Vienna Flores Anaya
   on behalf of Debtor Anesthesiologists of Greater Orlando  Inc. vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com

Vienna Flores Anaya
   on behalf of Debtor AmSurg Torrance  Inc. vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com

Vienna Flores Anaya
   on behalf of Debtor Bethesda Anesthesia Associates  Inc. vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com

Vienna Flores Anaya
   on behalf of Debtor APH Laboratory Services  Inc. vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com

Vienna Flores Anaya
   on behalf of Debtor ASDH II  LLC vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com

Vienna Flores Anaya
   on behalf of Debtor Arizona Perinatal Care Centers  LLC vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com

Vienna Flores Anaya
   on behalf of Debtor BestPractices  Inc. vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com

Vienna Flores Anaya
   on behalf of Debtor Apex Acquisition LLC vanaya@jw.com kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com

Vienna Flores Anaya
   on behalf of Debtor Bay Area Anesthesia  L.L.C. vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com

TOTAL: 124