United States Bankruptcy Court
Southern District of Texas

**ENTERED**
May 15, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT    SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 23-90342 (CML) |
|---|---|---|---|
| | Debtor | In Re: | Envision Healthcare Corporation, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Todd C. Meyers<br>Kilpatrick Townsend & Stockton LLP<br>1100 Peachtree Street, NE, Suite 2800<br>Atlanta, Georgia 30309<br>(404) 815-6500 / tmeyers@kilpatricktownsend.com<br>Georgia Bar No. 503756 |
|---|---|

| Name of party applicant seeks to appear for: | Ankura Trust Company, LLC, in its capacity as Envision Term Loan Facility Agent |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✔___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: | 05/15/2023 | Signed: | /s/ Todd C. Meyers |
|---|---|---|---|

| The state bar reports that the applicant's status is: | |
|---|---|
| Dated: 05/15/2023 | Clerk's signature:   /s/ Z. Compean |

**Order**    This lawyer is admitted *pro hac vice*.

Signed: May 15, 2023

_____
Christopher Lopez
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

| | |
|---|---|
| In re: | Case No. 23-90342-cml |
| Envision Healthcare Corporation | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 1 of 8 |
| Date Rcvd: May 15, 2023 | Form ID: pdf002 | Total Noticed: 19 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Envision Healthcare Corporation, 1A Burton Hills Boulevard, Nashville, TN 37215-6187 |
| aty | + | Anne G. Wallice, Kirland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | + | Anne I. Salomon, 300 North LaSalle St, Chicago, IL 60654, UNITED STATES 60654-3406 |
| aty | + | Annie Dreisbach, Kirkland & Ellis LLP, 300 North LaSalle St, Chicago, IL 60654, UNITED STATES 60654-5412 |
| aty | + | C. Lee Wilson, 200 Park Avenue, New York, NY 10166-0005 |
| aty | + | Casey James McGushin, Kirkland & Ellis LLP, 300 N. LaSalle, Chicago, IL 60654-5412 |
| aty | + | David M. Feldman, Gibson Dunn & Crutcher, 200 Park Avenue, New York, NY 10166-4799 |
| aty | + | Eli J. Vonnegut, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY 10017-3982 |
| aty | + | Gene S. Goldmintz, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY 10017-3982 |
| aty | + | Jeffrey R. Goldfine, Kirkland & Ellis LLP, 601 Lexington Ave., New York, NY 10022, UNITED STATES 10022-4643 |
| aty | + | John R. Luze, Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654-5412 |
| aty | + | Joshua A. Sussberg, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | + | Joshua Greenblatt, 601 Lexington Ave., New York, NY 10022, UNITED STATES 10022-4611 |
| aty | + | Margaret Reiney, Kirkland & Ellis LLP, 601 Lexington Ave., New York, NY 10022-4643 |
| aty | | Mary Beth Maloney, 200 Park Avenue, New York, NY 10166-0005 |
| aty | + | Ruth Mulvihill, Kirkland & Ellis LLP, 300 North LaSalle St, Chicago, IL 60654, UNITED STATES 60654-5412 |
| aty | + | William Arnault, Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654-5412 |
| cr | + | AHS Staffing, c/o Liz George and Associates, Attn: Lysbeth L. George, 8101 S. Walker, Suite F, Oklahoma City, OK 73139-9406 |
| cr | | Envision Ad Hoc Group, c/o Gibson, Dunn & Crutcher LLP, 200 Park Avenue, New York, NY 10166-0005 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ad Hoc Group of AmSurg Lenders |
| cr | | Ad Hoc Group of First Lien AmSurg Lenders |
| intp | | Ankura Trust Company, LLC, in its capacity as Envi |
| cr | | Citibank, N.A. |
| intp | | Credit Suisse AG, Cayman Islands Branch, as AmSurg |
| cr | | Funds and Accounts Managed by Kohlberg Kravis Robe |
| cr | | HCA-EMS Holdings, LLC |

TOTAL: 7 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0541-4 | User: ADIuser | Page 2 of 8 |
|---|---|---|
| Date Rcvd: May 15, 2023 | Form ID: pdf002 | Total Noticed: 19 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2023   Signature:   /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron James Power | on behalf of Interested Party Credit Suisse AG  Cayman Islands Branch, as AmSurg RCF Agent apower@porterhedges.com, egarfias@porterhedges.com;ysanders@porterhedges.com |
| Bruce J Ruzinsky | on behalf of Debtor AmSurg Ocala  Inc. bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com |
| Bruce J Ruzinsky | on behalf of Debtor AmSurg Northwest Florida  Inc. bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com |
| Bruce J Ruzinsky | on behalf of Debtor AmSurg Palmetto  Inc. bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com |
| Bruce J Ruzinsky | on behalf of Debtor AmSurg Scranton PA  Inc. bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com |
| Bruce J Ruzinsky | on behalf of Debtor AmSurg Oakland CA  Inc. bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com |
| Bruce J Ruzinsky | on behalf of Debtor AmSurg New Port Richey FL  Inc. bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com |
| Bruce J Ruzinsky | on behalf of Debtor AmSurg Physicians Arizona  LLC bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com |
| Bruce J Ruzinsky | on behalf of Debtor AmSurg Pottsville PA  LLC bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com |
| Bruce J Ruzinsky | on behalf of Debtor AmSurg Naples  Inc. bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com |
| Bruce J Ruzinsky | on behalf of Debtor AmSurg Suncoast  Inc. bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com |
| Bruce J Ruzinsky | on behalf of Debtor AmSurg San Antonio TX  Inc. bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com |
| Bruce J Ruzinsky | on behalf of Debtor AmSurg Temecula CA  Inc. bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com |
| Bruce J Ruzinsky | on behalf of Debtor AmSurg Physicians HoldCo  LLC bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com |
| Christopher Ross Travis | on behalf of U.S. Trustee US Trustee C.Ross.Travis@usdoj.gov |
| Emily Meraia | on behalf of Debtor AmSurg Glendale  Inc. emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Emily Meraia | on behalf of Debtor AmSurg Holdings  LLC emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Emily Meraia | on behalf of Debtor AmSurg Glendora CA  Inc. emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Emily Meraia | on behalf of Debtor AmSurg Kissimmee FL  Inc. emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 3 of 8 |
| Date Rcvd: May 15, 2023 | Form ID: pdf002 | Total Noticed: 19 |

Emily Meraia
    on behalf of Debtor AmSurg KEC  Inc. emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia
    on behalf of Debtor AmSurg Holdco  LLC emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia
    on behalf of Debtor AmSurg Hillmont  Inc. emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia
    on behalf of Debtor AmSurg Lancaster PA  LLC emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia
    on behalf of Debtor AmSurg Inglewood  Inc. emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia
    on behalf of Debtor AmSurg Main Line PA  LLC emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia
    on behalf of Debtor AmSurg Melbourne  Inc. emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia
    on behalf of Debtor AmSurg Miami  Inc. emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia
    on behalf of Debtor AmSurg Maryville  Inc. emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia
    on behalf of Debtor AmSurg La Jolla  Inc. emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Genevieve Marie Graham
    on behalf of Debtor Davis NSC  LLC ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Genevieve Marie Graham
    on behalf of Debtor Coral Springs NSC  LLC ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Genevieve Marie Graham
    on behalf of Debtor Centennial Emergency Physicians  LLC ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Genevieve Marie Graham
    on behalf of Debtor Boca Anesthesia Service  Inc. ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Genevieve Marie Graham
    on behalf of Debtor Bravo Reimbursement Specialist  L.L.C. ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Genevieve Marie Graham
    on behalf of Debtor Chandler Emergency Medical Group  L.L.C. ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Genevieve Marie Graham
    on behalf of Debtor Broad Midwest Anesthesia  LLC ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Genevieve Marie Graham
    on behalf of Debtor Desert Mountain Consultants in Anesthesia  Inc. ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Genevieve Marie Graham
    on behalf of Debtor CMORx  LLC ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Genevieve Marie Graham
    on behalf of Debtor Discovery Clinical Research  Inc. ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Genevieve Marie Graham
    on behalf of Debtor Coastal Anesthesiology Consultants  LLC ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Genevieve Marie Graham

|  |  |
|---|---|
|  | on behalf of Debtor Clinical Partners Management Company LLC ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Genevieve Marie Graham | on behalf of Debtor Doctors Billing Service Inc. ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Genevieve Marie Graham | on behalf of Debtor Children's Anesthesia Associates Inc. ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Ha Minh Nguyen | on behalf of U.S. Trustee US Trustee ha.nguyen@usdoj.gov |
| Javier Gonzalez, Jr | on behalf of Debtor Envision Healthcare Corporation jgonzalez@jw.com kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Javier Gonzalez, Jr | on behalf of Debtor AmSurg Escondido CA Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Javier Gonzalez, Jr | on behalf of Debtor AmSurg Finance Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Javier Gonzalez, Jr | on behalf of Debtor AmSurg Burbank Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Javier Gonzalez, Jr | on behalf of Debtor AmSurg EC Santa Fe Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Javier Gonzalez, Jr | on behalf of Debtor AmSurg Colton CA Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Javier Gonzalez, Jr | on behalf of Debtor AmSurg EC Washington Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Javier Gonzalez, Jr | on behalf of Debtor AmSurg Crystal River Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Javier Gonzalez, Jr | on behalf of Debtor AmSurg EC St. Thomas Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Javier Gonzalez, Jr | on behalf of Debtor AmSurg EC Beaumont Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Javier Gonzalez, Jr | on behalf of Debtor AmSurg Fresno Endoscopy Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Javier Gonzalez, Jr | on behalf of Debtor AmSurg El Paso Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Javier Gonzalez, Jr | on behalf of Debtor AmSurg EC Topeka Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Javier Gonzalez, Jr | on behalf of Debtor AmSurg Arcadia CA Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Javier Gonzalez, Jr | on behalf of Debtor AmSurg EC Centennial Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| John David Cornwell | on behalf of Creditor Envision Ad Hoc Group jcornwell@munsch.com hvalentine@munsch.com;CourtMail@munsch.com |
| John F Higgins, IV | on behalf of Interested Party Credit Suisse AG Cayman Islands Branch, as AmSurg RCF Agent jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com |
| John Machir Stull | on behalf of Debtor Fullerton NSC LLC mstull@jw.com, |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 5 of 8 |
| Date Rcvd: May 15, 2023 | Form ID: pdf002 | Total Noticed: 19 |

kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;azuniga@jw.com;steso@jw.com;jpupo@jw.com

John Machir Stull
  on behalf of Debtor FO Investments III Inc. mstull@jw.com,
  kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;azuniga@jw.com;steso@jw.com;jpupo@jw.com

John Machir Stull
  on behalf of Debtor FO Investments Inc. mstull@jw.com,
  kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;azuniga@jw.com;steso@jw.com;jpupo@jw.com

Keith Richard Martorana
  on behalf of Creditor Envision Ad Hoc Group kmartorana@gibsondunn.com

Kristhy M Peguero
  on behalf of Debtor EmCare Holdings LLC kpeguero@jw.com,
  kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Kristhy M Peguero
  on behalf of Debtor EDIMS L.L.C. kpeguero@jw.com,
  kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Kristhy M Peguero
  on behalf of Debtor Drs. Ellis Rojas, Ross & Debs, Inc. kpeguero@jw.com,
  kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Kristhy M Peguero
  on behalf of Debtor Emergency Medicine Education Systems Inc. kpeguero@jw.com,
  kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Kristhy M Peguero
  on behalf of Debtor EmCare Holdco LLC kpeguero@jw.com,
  kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Kristhy M Peguero
  on behalf of Debtor EmCare of California Inc. kpeguero@jw.com,
  kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Kristhy M Peguero
  on behalf of Debtor EmCare Anesthesia Providers Inc. kpeguero@jw.com,
  kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Kristhy M Peguero
  on behalf of Debtor EMS Management LLC kpeguero@jw.com
  kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Kristhy M Peguero
  on behalf of Debtor EmCare LLC kpeguero@jw.com,
  kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Kristhy M Peguero
  on behalf of Debtor EHR Management Co. kpeguero@jw.com
  kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Kristhy M Peguero
  on behalf of Debtor ED Solutions LLC kpeguero@jw.com,
  kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Kristhy M Peguero
  on behalf of Debtor EmCare Physician Providers Inc. kpeguero@jw.com,
  kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Kristhy M Peguero
  on behalf of Debtor Emergency Medical Services LLC kpeguero@jw.com
  kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Kristhy M Peguero
  on behalf of Debtor EmCare Physician Services Inc. kpeguero@jw.com,
  kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Lysbeth Lou George
  on behalf of Creditor AHS Staffing liz@georgelawok.com karen@georgelawok.com

Mark Curtis Taylor
  on behalf of Creditor HCA-EMS Holdings LLC mark.taylor@hklaw.com,
  tammy.greenblum@wallerlaw.com;annmarie.jezisek@wallerlaw.com

Matthew D Cavenaugh
  on behalf of Debtor Alpha Physician Resources L.L.C. mcavenaugh@jw.com,
  kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Matthew D Cavenaugh
  on behalf of Debtor Affilion Inc. mcavenaugh@jw.com,
  kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

District/off: 0541-4                                     User: ADIuser                                     Page 6 of 8
Date Rcvd: May 15, 2023                          Form ID: pdf002                              Total Noticed: 19

| | |
|---|---|
| Matthew D Cavenaugh | on behalf of Debtor All Women's Healthcare Services  Inc. mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Matthew D Cavenaugh | on behalf of Debtor All Women's Healthcare of West Broward  Inc. mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Matthew D Cavenaugh | on behalf of Debtor AllegiantMD  Inc. mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Matthew D Cavenaugh | on behalf of Debtor AmSurg Anesthesia Management Services  LLC mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Matthew D Cavenaugh | on behalf of Debtor All Women's Healthcare of Sawgrass  Inc. mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Matthew D Cavenaugh | on behalf of Debtor All Women's Healthcare Holdings  Inc. mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Matthew D Cavenaugh | on behalf of Debtor AmSurg Abilene Eye  Inc. mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Matthew D Cavenaugh | on behalf of Debtor American Emergency Physicians Management  Inc. mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Matthew D Cavenaugh | on behalf of Debtor AmSurg Abilene  Inc. mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Matthew D Cavenaugh | on behalf of Debtor AmSurg Altamonte Springs FL  Inc. mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Matthew D Cavenaugh | on behalf of Debtor All Women's Healthcare of Dade  Inc. mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Matthew D Cavenaugh | on behalf of Debtor All Women's Healthcare  Inc. mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Michael A. Garza | on behalf of Creditor Ad Hoc Group of First Lien AmSurg Lenders mgarza@velaw.com |
| Nicole Greenblatt | on behalf of Debtor Envision Healthcare Corporation ngreenblatt@kirkland.com |
| Paul E Heath | on behalf of Creditor Ad Hoc Group of First Lien AmSurg Lenders pheath@velaw.com |
| Philip M. Guffy | on behalf of Creditor Citibank  N.A. pguffy@huntonak.com |
| Rebecca Blake Chaikin | on behalf of Debtor Acute Management  LLC rchaikin@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Rebecca Blake Chaikin | on behalf of Debtor Envision Healthcare Corporation rchaikin@jw.com kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Rebecca Blake Chaikin | on behalf of Debtor AmSurg  LLC rchaikin@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Robert Bernard Bruner | on behalf of Creditor Funds and Accounts Managed by Kohlberg Kravis Roberts & Co. L.P. bob.bruner@nortonrosefulbright.com |
| Timothy Alvin Davidson, II | on behalf of Creditor Citibank  N.A. taddavidson@andrewskurth.com |
| Todd C Meyers | on behalf of Interested Party Ankura Trust Company  LLC, in its capacity as Envision Term Loan Facility Agent tmeyers@kilpatricktownsend.com, kmoynihan@kilpatricktownsend.com;gfinizio@kilpatricktownsend.com;jborey@kilpatricktownsend.com |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 7 of 8 |
| Date Rcvd: May 15, 2023 | Form ID: pdf002 | Total Noticed: 19 |

| | |
|---|---|
| US Trustee | USTPRegion07.HU.ECF@USDOJ.GOV |
| Veronica Ann Polnick | on behalf of Debtor Envision Anesthesia Services of Sierra Vista  Inc. vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Veronica Ann Polnick | on behalf of Debtor Flamingo Anesthesia Associates  Inc. vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Veronica Ann Polnick | on behalf of Debtor FMO Healthcare Holdings  LLC vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Veronica Ann Polnick | on behalf of Debtor FO Investments II  Inc. vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Veronica Ann Polnick | on behalf of Debtor Envision Healthcare Clinical Research  Inc. vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Veronica Ann Polnick | on behalf of Debtor Envision Children's Healthcare Services of North Mississippi  Inc. vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Veronica Ann Polnick | on behalf of Debtor Envision Healthcare Scientific Intelligence  Inc. vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Veronica Ann Polnick | on behalf of Debtor EMSC ServicesCo  LLC vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Veronica Ann Polnick | on behalf of Debtor Envision Anesthesia Services of Delaware  Inc. vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Veronica Ann Polnick | on behalf of Debtor FM Healthcare Services  Inc. vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Veronica Ann Polnick | on behalf of Debtor Evolution Mobile Imaging  LLC vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Veronica Ann Polnick | on behalf of Debtor Envision Physician Services  LLC vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Veronica Ann Polnick | on behalf of Debtor Enterprise Parent Holdings  Inc. vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Vienna Flores Anaya | on behalf of Debtor Arizona Perinatal Care Centers  LLC vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com |
| Vienna Flores Anaya | on behalf of Debtor Bay Area Anesthesia  L.L.C. vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com |
| Vienna Flores Anaya | on behalf of Debtor Envision Healthcare Corporation vanaya@jw.com kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com |
| Vienna Flores Anaya | on behalf of Debtor Austin NSC  LLC vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com |
| Vienna Flores Anaya | on behalf of Debtor AmSurg San Luis Obispo CA  Inc. vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com |
| Vienna Flores Anaya | on behalf of Debtor ASDH I  LLC vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com |
| Vienna Flores Anaya | on behalf of Debtor Austin NSC  LP vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 8 of 8 |
| Date Rcvd: May 15, 2023 | Form ID: pdf002 | Total Noticed: 19 |

Vienna Flores Anaya
    on behalf of Debtor AmSurg Temecula II  Inc. vanaya@jw.com,
    kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com

Vienna Flores Anaya
    on behalf of Debtor APH Laboratory Services  Inc. vanaya@jw.com,
    kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com

Vienna Flores Anaya
    on behalf of Debtor BestPractices  Inc. vanaya@jw.com,
    kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com

Vienna Flores Anaya
    on behalf of Debtor Apex Acquisition LLC vanaya@jw.com
    kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com

Vienna Flores Anaya
    on behalf of Debtor Anesthesiology Associates of Tallahassee  Inc. vanaya@jw.com,
    kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com

Vienna Flores Anaya
    on behalf of Debtor Anesthesiologists of Greater Orlando  Inc. vanaya@jw.com,
    kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com

Vienna Flores Anaya
    on behalf of Debtor AmSurg Torrance  Inc. vanaya@jw.com,
    kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com

Vienna Flores Anaya
    on behalf of Debtor Bethesda Anesthesia Associates  Inc. vanaya@jw.com,
    kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com

Vienna Flores Anaya
    on behalf of Debtor ASDH II  LLC vanaya@jw.com,
    kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com

TOTAL: 135