**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | ) | |
|---|---|---|
| ENVISION HEALTHCARE CORPORATION, | ) ) | CASE NO. 23-90342-CML |
| | ) | CHAPTER 11 |
| Debtor. | ) | |

**REQUEST FOR NOTICE AND DEMAND FOR SERVICE OF PAPERS**

TO ALL PARTIES, PLEASE TAKE NOTICE THAT:

COMES NOW, Michael B. Pugh of the Firm of Thompson, O'Brien, Kappler & Nasuti, P.C., and files this Request for Notice and Demand for Service of Papers, as Counsel for and on behalf of **PRESIDIO NETWORKED SOLUTIONS, INC.,** a creditor and party in interest in the above referenced bankruptcy case, and pursuant to Bankruptcy Rule 2002 and 11 U.S.C. § 1109(b) respectfully requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings, be served upon the undersigned at the office, postal address and telephone number listed as follows:

Michael B. Pugh
Thompson, O'Brien, Kappler & Nasuti, P.C.
2 Sun Court, Suite 400
Peachtree Corners, Georgia 30092
Telephone: (770) 925-0111
Fax: (770) 925-8597

PLEASE TAKE FURTHER NOTICE that, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing request includes notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, pleading or request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise. Further, Counsel requests that he be provided with a copy of any Disclosure Statement to be submitted prior to its approval and any and all Plans of Reorganization. Counsel additionally requests that the Clerk of the Court place the foregoing name and address on any mailing matrix to be prepared or existing in the above-numbered case.

Dated this 18th day of May, 2023.

Respectfully submitted,

*/s/ Michael B. Pugh*
**MICHAEL B. PUGH**
Georgia State Bar No. 150170
Thompson, O'Brien, Kappler & Nasuti, P.C.
2 Sun Court, Suite 400
Peachtree Corners, Georgia 30092
mpugh@tokn.com
Attorneys for *Presidio Networked Solutions, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| ENVISION HEALTHCARE CORPORATION, | ) ) ) ) ) | CASE NO. 23-90342-CML<br><br>CHAPTER 11 |
| Debtor. | | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 18, 2023, a true and correct copy of the foregoing **REQUEST FOR NOTICE AND DEMAND FOR SERVICE OF PAPERS** was served electronically via the Court's CM/ECF electronic system on the parties who have requested service of pleadings in these cases.

This 18th day of May, 2023.

Respectfully submitted,

*/s/ Michael B. Pugh*
**MICHAEL B. PUGH**
Georgia State Bar No. 150170
Thompson, O'Brien, Kappler & Nasuti, P.C.
2 Sun Court, Suite 400
Peachtree Corners, Georgia 30092
mpugh@tokn.com
Attorneys for *Presidio Networked Solutions, Inc.*