IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| ENVISION HEALTHCARE CORPORATION, et al.,[1] | ) Case No. 23-90342 (CML) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |

# NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that the attorneys listed below hereby appear as proposed counsel to Pamela Corrie and Harvey Tepner, in their capacity as the Independent Managers on the Boards of Managers of AmSurg HoldCo, LLC and AmSurg, LLC, in the above-captioned chapter 11 cases, pursuant to Rules 2002, 3017(a), 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Bankruptcy Local Rules of the United States Bankruptcy Court for the Southern District of Texas (the "Local Rules"), and sections 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code"), and hereby request that all notices given or required to be given and all papers served in these cases be delivered to and served upon the parties identified below at the following addresses:

    Steven J. Reisman
    **KATTEN MUCHIN ROSENMAN LLP**
    50 Rockefeller Plaza
    New York, NY 10020-1605
    Telephone: (212) 940-8700
    E-mail: sreisman@katten.com

    -and-

---

[1] A complete list of each of the Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/Envision. The Debtors' service address is 1A Burton Hills Boulevard, Nashville, Tennessee 37013.

Cindi M. Giglio
**KATTEN MUCHIN ROSENMAN LLP**
50 Rockefeller Plaza
New York, NY 10020-1605
Telephone: (212) 940-8587
E-mail: cgiglio@katten.com

-and-

John E. Mitchell
KATTEN MUCHIN ROSENMAN LLP
2121 North Pearl Street, Suite 1100
Dallas, TX 75201-2591
Telephone: (469) 627-7017
E-mail: john.mitchell@katten.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the above-referenced Bankruptcy Rules and the Bankruptcy Code, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, hand-delivery, telephone, facsimile transmission or otherwise, in these cases.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Notices and Papers (the "Notice"), nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding related to, or triable in, these cases or any case, controversy or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other rights, claims, actions,

defenses, setoffs or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: May 18, 2023

Respectfully submitted,

**KATTEN MUCHIN ROSENMAN LLP**

*/s/ Steven J. Reisman*
Steven J. Reisman (*pro hac vice* admission pending)
Cindi M. Giglio (*pro hac vice* admission pending)
50 Rockefeller Plaza
New York, NY 10020-1605
Telephone: (212) 940-8700
Facsimile: (212) 940-8776
E-mail:  sreisman@katten.com
    cgiglio@katten.com

-and-

John E. Mitchell, Esq.
2121 North Pearl Street, Suite 1100
Dallas, TX 75201-2591
Telephone: (469) 627-7017
E-mail:  john.mitchell@katten.com

*Proposed Counsel to Pamela Corrie and Harvey Tepner, in their capacity as the Independent Managers on the Boards of Managers of AmSurg HoldCo, LLC and AmSurg, LLC*

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 18, 2023, I caused a true and correct copy of the foregoing *Notice of Appearance* to be electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in these cases pursuant to the Electronic Filing Procedures in this District.

                                              */s/ Steven J. Reisman*
                                              Steven J. Reisman