| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 23-90342 |
|---|---|---|---|
| Debtor | In Re: ENVISION HEALTHCARE CORPORATION, et al. | | |

This lawyer, who is admitted to the State Bar of __New York__:

| | |
|---|---|
| Name | Steven J. Reisman, Esq. |
| Firm | Katten Muchin Rosenman LLP |
| Street | 50 Rockefeller Plaza |
| City & Zip Code | New York, NY 10020-1605 |
| Telephone | 212.940.8700 |
| Licensed: State & Number | NY - 2434967 |

Seeks to appear as the attorney for this party:

Pamela Corrie and Harvey Tepner, in their capacity as the Independent Managers on the Boards of Managers of AmSurg HoldCo, LLC and AmSurg, LLC

Dated: 5/18/2023    Signed: /s/ Steven J. Reisman

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:    Signed: _____
                    Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____    _____
                                United States Bankruptcy Judge