| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 23-90342 |
|---|---|---|---|
| Debtor | In Re: ENVISION HEALTHCARE CORPORATION, et al. | | |

This lawyer, who is admitted to the State Bar of __New York__:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Cindi M. Giglio, Esq.<br>Katten Muchin Rosenman LLP<br>50 Rockefeller Plaza<br>New York, NY 10020-1605<br>212.940.3828<br>NY - 4512059 |
|---|---|

Seeks to appear as the attorney for this party:

| Pamela Corrie and Harvey Tepner, in their capacity as the Independent Managers on the Boards of Managers of AmSurg HoldCo, LLC and AmSurg, LLC |
|---|
| Dated: 5/18/2023          Signed: /s/ Cindi M. Giglio |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

| Dated: | Signed: _____<br>Deputy Clerk |
|---|---|

Order

This lawyer is admitted *pro hac vice*.

Dated: _____                          _____
                                         United States Bankruptcy Judge