UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO.   23-90342 |
| ENVISION HEALTHCARE CORPORATION | § | |
| DEBTORS(S), | § | CHAPTER   11 |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**BEXAR COUNTY**

secured creditor(s) in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditor(s) in care of the undersigned at the address set forth below.

### Certificate of Service

I do hereby certify that on <u>18th</u> day of <u>May, 2023</u>, a copy of the above and foregoing has been this date served electronically or mailed to the parties listed below:

| | | |
|---|---|---|
| VIENNA FLORES ANAYA<br>JACKSON WALKER LLP<br>2323 ROSS AVE, SUITE 600<br>DALLAS, TX 75201 | US TRUSTEE (HOUSTON)<br>OFFICE OF THE US TRUSTEE<br>515 RUSK AVENUE STE. 3516<br>HOUSTON, TX 77002 | ENVISION HEALTHCARE<br>CORPORATION<br>1A BURTON HILLS BOULEVARD<br>NASHVILLE, TN 37215 |

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP

112 E. Pecan Street, Suite 2200
SAN ANTONIO, TX 78205
Telephone:  (210) 225-6763
Facsimile:   (210) 225-6410
Email:         sanantonio.bankruptcy@lgbs.com

By: /s/ Don Stecker
_____
Don Stecker
SBN: 19095300 TX