United States Bankruptcy Court
Southern District of Texas

**ENTERED**

May 15, 2023

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|   |   |   |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENVISION HEALTHCARE CORPORATION, *et al.*,[1] | ) | Case No. 23-90243 (CML) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. 12** |

**ORDER (I) APPROVING**
**THE PROPOSED ADEQUATE**
**ASSURANCE DEPOSIT FOR FUTURE**
**UTILITY SERVICES, (II) PROHIBITING**
**UTILITY PROVIDERS FROM ALTERING,**
**REFUSING, OR DISCONTINUING SERVICES (III)**
**APPROVING THE PROPOSED ADEQUATE ASSURANCE**
**PROCEDURES FOR RESOLVING ADEQUATE ASSURANCE**
**REQUESTS, (IV) AUTHORIZING CERTAIN FEE PAYMENTS**
**FOR SERVICES PERFORMED, AND (V) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order") (a) approving the Adequate Assurance Deposit for future Utility Services, (b) prohibiting the Utility Providers from altering, refusing, or discontinuing services, (c) approving the Adequate Assurance Procedures for resolving Adequate Assurance Requests, (d) authorizing certain fee payments for services performed, and (e) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to

---

[1]   A complete list of each of the Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/Envision.  The Debtors' service address is 1A Burton Hills Boulevard, Nashville, Tennessee 37215.

[2]   Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion.

28 U.S.C. § 157(b)(2); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is permissible pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing, if any, before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Debtors shall serve the Motion and this Order on each Utility Provider listed on the Utility Providers List, attached hereto as **Exhibit A**, no later than three business days after the date that this Order is entered.

2.      The Debtors are authorized to cause the Adequate Assurance Deposit to be held in the Adequate Assurance Account during the pendency of these chapter 11 cases.

3.      Each Utility Provider shall be entitled to such Utility Provider's share of the funds in the Adequate Assurance Account in the amount set forth for such Utility Provider in the column titled "Proposed Adequate Assurance" on the Utility Providers List attached hereto as **Exhibit A**, as may be amended or modified in accordance with this Order.

4.      The Adequate Assurance Deposit, together with the Debtors' ability to pay for future Utility Services in the ordinary course of business subject to the Adequate Assurance

Procedures constitute adequate assurance of future payment in satisfaction of section 366 of the Bankruptcy Code.

5.     The following Adequate Assurance Procedures are hereby approved, and the terms thereof are in full force and effect:

a.     Subject to paragraphs (b)–(i) herein, the Debtors will deposit the Adequate Assurance Deposit, in the aggregate amount of approximately $252,000, in the Adequate Assurance Account within fifteen (15) business days after entry of this Order; *provided* that, within thirty (30) days from the Petition Date, the Debtors may increase the Adequate Assurance Deposit to account for any Adequate Assurance Request that has not been mutually resolved by the Debtors and the applicable Utility Provider or by the Court; *provided further* that the Debtors may increase the Adequate Assurance Deposit to account for any Adequate Assurance Request that has not been mutually resolved by the Debtors and the applicable Subsequently Identified Utility Provider or by the Court.

b.     A Utility Provider may make an Adequate Assurance Request if the Debtors have not satisfied their postpetition payment obligation with respect to the applicable Utility Services in accordance with the terms and conditions of such service, and such payment obligation remains unpaid past any applicable grace period for the Utility Service.  No disbursement will be made for an Adequate Assurance Request unless the requesting Utility Provider provides notice to the following parties (the "Utility Notice Parties"):  (i) the Debtors, 1A Burton Hills Boulevard, Nashville, Tennessee 37215, Attn: Michael Wrenn  (michael.wrenn@envisionhealth.com); (ii) proposed counsel to the Debtors, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn:  Anne G. Wallice (anne.wallice@kirkland.com) and Kirkland & Ellis LLP, 300 North LaSalle Street, Chicago, Illinois 60654, Attn: John R. Luze (john.luze@kirkland.com)  and  Annie  L.  Dreisbach (annie.dreisbach@kirkland.com); (iii) proposed co-counsel for the Debtors, Jackson Walker LLP, 1401 McKinney Street, Suite 1900, Houston, TX 77010, Attn: Rebecca Blake Chaikin (rchaikin@jw.com); (iv) the Office of the United States Trustee, 515 Rusk Street, Suite 3516, Houston, Texas 77002, Attn: Ha M. Nguyen (ha.nguyen@usdoj.gov); (v) counsel for the official committee of unsecured creditors (if any) appointed in these chapter 11 cases; (vi) counsel to the Envision Ad Hoc Group, Gibson Dunn & Crutcher LLP, 200 Park Avenue, New York, New York 10166, Attn: Jason Zachary Goldstein (JGoldstein@gibsondunn.com) and Tommy Scheffer (TScheffer@gibsondunn); (vii) counsel to the AmSurg 2L Group, Milbank LLP, 55 Hudson Yards, New York, New York 10001, Attn: Dennis Dunne (ddunne@milbank.com),  Samuel  Khalil  (skhalil@milbank.com),  and Michael Price (mprice@milbank.com); (viii) counsel to the ABL Agent,

3

Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York, 10017, Attn: Eli J. Vonnegut (eli.vonnegut@davispolk.com) and Gene S. Goldmintz (gene.goldmintz@davispolk.com); (ix) co-counsel to the ABL Agent, Hunton Andrews Kurth LLP, 600 Travis, Suite 4200, Houston, Texas 77002, Attn: Tad Davidson (taddavidson@huntonak.com) and Ashley Harper (ashleyharper@hutnoak.com); and (x) counsel to the RCF Agent, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Brian M. Resnick (brian.resnick@davispolk.com) and Michael Pera (michael.pera@davispolk.com).   The Debtors shall honor such request within ten (10) business days after the date they receive such Adequate Assurance Request, subject to the Debtors and the requesting Utility Provider reaching an alternative resolution.  A court order is not required to honor the Adequate Assurance Request in accordance with the Adequate Assurance Procedures or to settle a postpetition payment dispute related to Utility Services.

c.      If the Debtors make a disbursement to a Utility Provider from the Adequate Assurance Account, the Debtors shall replenish the Adequate Assurance Account in the amount so disbursed.

d.      The portion of the Adequate Assurance Deposit attributable to each Utility Provider shall be returned to the Debtors or the Reorganized Debtors, as applicable, automatically, without further order of the Court, on the earlier of (i) the Debtors reconciling and paying the Utility Provider's final invoice in accordance with applicable nonbankruptcy law following the Debtors' termination of Utility Services from such Utility Provider or (ii) the effective date of any chapter 11 plan confirmed in these chapter 11 cases.

e.      A Utility Provider desiring additional assurances of payment in the form of deposits, prepayments, increases in the proposed allocable Adequate Assurance amount, or otherwise must serve a request for additional assurance (an "Additional Assurance Request") on the Utility Notice Parties within thirty (30) days of the Petition Date.

f.      All Additional Assurance Requests and Adequate Assurance Requests must set forth in writing the following:  (i) the location(s) for which Utility Services are provided and the account number(s) for such location(s); (ii) the outstanding balance for each such account and a summary of the Debtors' payment history relevant to the affected account(s); (iii) an explanation as to why the Utility Provider believes the Adequate Assurance Deposit is not adequate assurance of payment under section 366 of the Bankruptcy Code or the basis for seeking the Adequate Assurance Deposit, each as applicable; and (iv) list all Prepetition Deposits or surety bonds that the Utility Provider holds for the Utility Services related to the Additional Assurance Request.

4

g.    The Debtors may, without further order from the Court, resolve an Additional Assurance Request by mutual agreement with a Utility Provider, and the Debtors may, in connection with any such agreement, provide a Utility Provider with additional adequate assurance of payment, including cash deposits, prepayments, or other forms of security if the Debtors believe that such adequate assurance is reasonable.  The Debtors shall maintain a summary record of such agreements and their respective terms, and such summary record and the agreements themselves shall be available to the ABL Agent, Envision Ad Hoc Group, the AmSurg 2L Group, the official committee appointed in these cases, and the U.S. Trustee upon request.

h.    The Debtors may reduce or remove a Utility Provider's portion of the Adequate Assurance Deposit with the consent of such Utility Provider at any time during the chapter 11 cases.

i.    If the Debtors and the Utility Provider are not able to reach a resolution within fourteen (14) days of receipt of the Additional Assurance Request, the Debtors may request a hearing before the Court to determine the adequacy of assurances of payment with respect to a particular Utility Provider (the "Determination Hearing") pursuant to section 366(c)(3) of the Bankruptcy Code as soon as reasonably practicable, but in no event later than thirty (30) days following receipt of the Additional Assurance Request. Pending final resolution of the Determination Hearing, the Utility Provider filing such Additional Assurance Request shall be prohibited from altering, refusing, or discontinuing Utility Services to the Debtors on account of unpaid charges for prepetition services or on account of any objections to the Proposed Adequate Assurance.

6.    The Utility Providers are prohibited from requiring additional adequate assurance of payment other than pursuant to the Adequate Assurance Procedures.

7.    Unless and until a Utility Provider files and serves an Additional Assurance Request in accordance with the Adequate Assurance Procedures and the Court rules otherwise at a Determination Hearing, the Utility Provider shall be (a) deemed to have received "satisfactory" adequate assurance of payment in compliance with section 366 of the Bankruptcy Code and (b) forbidden from (i) discontinuing, altering, or refusing Utility Services to or discriminating against the Debtors on account of any unpaid prepetition charges, the commencement of these chapter 11 cases, or any perceived inadequacy of the Proposed Adequate Assurance, or (ii) requiring additional assurance of payment other than the Proposed Adequate Assurance.

8.     The Debtors are authorized, without notice or further order from the Court, to (a) add any Utility Provider to the Utility Providers List (each, a "Subsequently Identified Utility Provider"), (b) remove any Utility Provider from the Utility Providers List, and (c) add to or subtract from the Adequate Assurance Account the portion of such deposit allocated to any Utility Provider(s) or Subsequently Identified Utility Provider(s); *provided* that the Debtors shall provide fourteen days notice to any Utility Provider that it is being removed from the Utility Providers List and that its respective Adequate Assurance Deposit will be deducted from the Adequate Assurance Account.  If an objection is received from such Utility Provider(s), the Debtors may request a hearing before this Court regarding such objection.  The Debtors shall not deduct the Adequate Assurance Deposit allocated to any such Utility Provider that the Debtors seek to terminate or delete from the Utility Providers List unless and until the fourteen-day notice period has expired without objection from the respective Utility Provider(s).

9.     The Debtors must (a) serve any Subsequently Identified Utility Provider a copy of the Motion and Order within three business days of such provider being added to the list, (b) allocate additional amounts to the Adequate Assurance Deposit in accordance with the Motion, and (c) provide notice to the Subsequently Identified Utility Provider of its proposed Adequate Assurance.  Any Subsequently Identified Utility Provider shall (a) be bound to the Adequate Assurance Procedures and (b) have twenty-one days from the date of service of the Motion and the Order to make a request for additional adequate assurance of payment in accordance with the Adequate Assurance Procedures.

10.     The Adequate Assurance Procedures set forth herein are for all Utility Providers providing Utility Services to the Debtors in either their capacity as tenants and are not limited to those entities listed on the Utility Providers List.

11.     The Debtors are authorized to satisfy their prepetition obligations to Engie under the Engie Agreements.

12.     The Debtors are authorized to satisfy their prepetition obligations to Hastings under the Hastings Agreements.

13.     The Debtors' service of the Motion upon the Utility Services List shall not constitute an admission or concession that each such entity is a "utility" within the meaning of section 366 of the Bankruptcy Code, and the Debtors reserve all rights and defenses with respect thereto.

14.     The Debtors shall serve a copy of this Order on any non-Debtor landlord that pays directly for Utility Services for the benefit of the Debtors pursuant to a nonresidential real property lease.

15.     Notwithstanding the relief granted herein and any actions taken pursuant to such relief, nothing in this Order shall be deemed (a) an admission as to the amount of, basis for, or validity of any claim against a Debtor entity under the Bankruptcy Code or other applicable nonbankruptcy law, (b) a waiver of the Debtors' or any other party in interest's right to dispute any claim on any grounds, (c) a promise or requirement to pay any claim, (d) an implication or admission that any particular claim is of a type specified or defined in the Motion or any order granting the relief requested in the Motion or a finding that any particular claim is an administrative expense claim or other priority claim, (e) a request or authorization to assume, adopt, or reject any agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code, (f) an admission as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates, (g) a waiver or limitation of the Debtors' or any other party in interest's rights under the Bankruptcy Code or any other applicable law, or (h) a

concession by the Debtors that any liens (contractual, common law, statutory, or otherwise) that may be satisfied pursuant to the relief requested in this Motion are valid, and the rights of all parties in interest are expressly reserved to contest the extent, validity, or perfection or seek avoidance of all such liens.

16.     The banks and financial institutions on which checks were drawn or electronic payment requests made in payment of the prepetition obligations approved herein are authorized to receive, process, honor, and pay all such checks and electronic payment requests when presented for payment, and all such banks and financial institutions are authorized to rely on the Debtors' designation of any particular check or electronic payment request as approved in this Order.

17.     The Debtors are authorized to issue postpetition checks or to effect postpetition fund transfer requests in replacement of any checks or fund transfer requests that are dishonored as a consequence of these chapter 11 cases with respect to prepetition amounts owed in connection with the relief granted herein.

18.     The contents of the Motion satisfy the requirements of Bankruptcy Rule 6003(b).

19.     Notice of the Motion as provided therein shall be deemed good and sufficient notice of the Motion and the requirements of Bankruptcy Rule 6004(a) and the Local Rules are satisfied by such notice.

20.     Notwithstanding anything to the contrary contained in the Motion or this Order, any payment to be made and any relief or authorization granted hereunder shall be limited by, and shall be subject to, the requirements imposed on the Debtors in any orders entered by this Court authorizing the Debtors' use of cash collateral (any such order, a "Cash Collateral Order"), including, for the avoidance of doubt, the cash collateral budget. To the extent of any conflict (but

solely to the extent of such conflict) between the terms of this Order and the terms of any Cash Collateral Order, the terms of the Cash Collateral Order will govern.

21.     Notwithstanding anything to the contrary in the Motion or this Order, any payments made and relief or authorization granted under this Order that are attributable to the EVPS Debtors (as defined in the Restructuring Support Agreements) shall be satisfied solely by the EVPS Debtors and any payments made under this Order that are attributable to the AMSURG Debtors (as defined in the Restructuring Support Agreements) shall be satisfied solely by the AMSURG Debtors, in each case in the ordinary course of business, consistent with past practice, and in accordance with the shared-services agreement dated April 29, 2022, by and between AmSurg, LLC and Envision Healthcare Corporation, and in accordance with the Cash Collateral Orders and the corresponding cash collateral budgets.

22.     Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

23.     The Debtors are authorized to take all reasonable actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

24.     This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed: May 15, 2023

_____
Christopher Lopez
United States Bankruptcy Judge

**Exhibit A**

**Utility Providers List**

| Name of Provider | Address of Facility | Utility Service | Utility Account Number | Average Monthly Spend | Prepetition Deposit | Proposed Adequate Assurance |
|---|---|---|---|---|---|---|
| Associated Fire Protection | 100 Jackson St Paterson, NJ 07501 | Fire Protection | 24028-1 | $100.40 | - | $50.20 |
| Kistler Obrien Fire Protection | 2210 City Line Rd Bethlehem, PA 18017 | Fire Protection | 12501 | $156.85 | - | $78.42 |
| Liberty Fire Service | 5546 Camino A1 Norte #2 #355 North Las Vegas, NV 89031 | Fire Protection | Inv #: 4140 | $9.23 | - | $4.62 |
| Metro Fire Equipment Inc | 63 S Hamilton Pl Gilbert, AZ 85233 | Fire Protection | Inv #: 1N00401419 | $32.45 | - | $16.23 |
| Johnson Controls Fire Protection LP | 6600 Congress Ave Boca Raton, FL 33487-1213 | Fire Protection | 01300 106231954 | $4,299.61 | - | $2,149.80 |
| Airgas Usa LLC | 259 N Radnor Chester Rd Ste 100 Radnor, PA 19087-5240 | Medical Gas | 3151068 | $3,030.25 | - | $1,515.12 |
| Stericycle Inc | 2355 Waukegan Road Bannockburn, IL 60015 | Medical Waste | 1000094790, 1000216023, 1000403095, 1000411681, 3000121849, 3001142548, 3000165391, 3001165444, 3000279669, 3000281289, 3000289631, 3000290549, 3000386193, 3000410536, 3000460370, 3000466812, 3000802612 | $12,154.17 | | $6,077.09 |

| Name of Provider | Address of Facility | Utility Service | Utility Account Number | Average Monthly Spend | Prepetition Deposit | Proposed Adequate Assurance |
|---|---|---|---|---|---|---|
| ADT Security Services | 1501 Yamato Road Boca Raton, FL 33431 | Security | INV #: 402616653 02112023 | $22.78 | - | $11.39 |
| Allied Universal Security Services | 450 Exchange Irvine, CA 929602 | Security | 209606 | $15,702.65 | - | $7,851.32 |
| Bay Alarm Company | 5130 Commercial Cir Concord, CA 94520 | Security | 776854 | $444.87 | - | $222.44 |
| BH Security | 10 Progress Street Union, NJ 07083 | Security | INV #: 3101632 | $310.34 | - | $155.17 |
| Johnson Controls Security Solutions | 111 Windsor Dr Oak Brook, IL 60523 | Security | 01300 106231541 | $871.09 | - | $435.54 |
| Key Rite Security Lock & Safe Inc. | 750 W 100th Pl Northglenn Northglenn, CO 80260 | Security | 0487354397 | $117.37 | - | $58.69 |
| Securitas Electronic Security Inc | 3800 Tabs Drive Uniontown, OH 44685 | Security | PHY-006 | $367.03 | - | $183.52 |
| Southeastern Security Prof LLC | 1025 Progress Circle Lawrenceville, GA 30043 | Security | INV #: 220824237 | $241.32 | - | $120.66 |
| Stanley Convergent Security Solutions Inc | 2150 Western Court Suite 300 Lisle, IL 60532 | Security | 10674201 | $215.30 | - | $107.65 |
| Titanium Security & Surveillance | 1212 Germantown Pike Suite 4 Plymouth Meeting, PA 19462 | Security | INV #: 282-2023 | $11,161.29 | - | $5,580.64 |
| VSC Fire & Security Inc | 1780 Corporate Drive Suite 425 Norcross, GA 30093 | Security | 027575NO42 | $72.58 | - | $36.29 |
| AT&T | 208 S. Akard St. Dallas, TX 75202 | Telecom | 5973888608, 19317596-C, 305819190663903000000, 305W551414727040122,204-004961, 337406916700104000000, 337984035000010 | $52,719.05 | - | $26,359.52 |

2

| Name of Provider | Address of Facility | Utility Service | Utility Account Number | Average Monthly Spend | Prepetition Deposit | Proposed Adequate Assurance |
|---|---|---|---|---|---|---|
| | | | 40000, 67831995263480 3000000, 772V1067904291 20122-A, 313493203-A, 81652517174130 40322-A, 5680898601-A, 8764949605-A, 90424100256660 40000, 95444727083750 3000000, 292129600, 030 520 2805 001, 28728464735 | | | |
| At&T Mobility | 1025 Lenox Park Blvd Ne Atlanta, GA 30319-5309 | Telecom | 28728449643 7 | $31,902.50 | - | $15,951.25 |
| Bullseye Telecom Inc | 25925 Telegraph Rd Ste 210 Southfield, MI 48033-2527 | Telecom | 006467C | $5,133.49 | - | $2,566.75 |
| Cablevision Lightpath Inc | 312 44th St Union City, NJ 07087 | Telecom | 52522 | $264.91 | - | $132.45 |
| Centurylink | 100 Centurylink Dr. Monroe, LA 71203 | Telecom | 60289200, 84451911, 88640015 | $10,911.60 | - | $5,455.80 |
| Centurylink 1319 | 100 Centurylink Dr. Monroe, LA 71203 | Telecom | 311288938, 418246625 | $670.64 | - | $335.32 |
| Centurylink 2961 | 100 Centurylink Dr. Monroe, LA 71203 | Telecom | 309413732 | $175.38 | - | $87.69 |
| Cogent Communications Inc | 2450 N Street, Nw Washington, DC 20037 | Telecom | INFINITY00011 | $62.50 | - | $31.25 |
| Cohere Communications LLC | 845 3rd Ave Rm 1900 New York, NY 10022 | Telecom | ImagingOnCall | $1,166.96 | - | $583.48 |

3

| Name of Provider | Address of Facility | Utility Service | Utility Account Number | Average Monthly Spend | Prepetition Deposit | Proposed Adequate Assurance |
|---|---|---|---|---|---|---|
| Comcast | 1255 W North Ave Chicago, IL  60642 | Telecom | 900014933, 964609630, 8495 75 392 12762908396 51 172 1252410, 8396 51 172 1283332 | $18,364.55 | - | $9,182.28 |
| Consolidated Communications | 2116 S. 17th Street Mattoon, IL 61938 | Telecom | 913-150-1301/0 | $1,064.88 | - | $532.44 |
| Cox Communications | 6205-B Peachtree Dunwoody Road Ne Atlanta, GA 30328 | Telecom | 001 8501 207216001, 001 8501 221067201 | $1,740.53 | - | $870.26 |
| Granite Telecommunications LLC | 100 Newport Ave. Ext Quincy, MA 02171 | Telecom | 1496807 | $30.75 | - | $15.38 |
| GTT Communications Inc | 7900 Tysons One Place Suite 1450 Mclean, VA 22102 | Telecom | 9548382544, T169023 | $549.25 | - | $274.63 |
| Hawaiian Telecom | 1177 Bishop Street Honolulu, HI 96813 | Telecom | 100411755800010, 10200652060001 0 | $102.01 | - | $51.00 |
| Intelepeer Cloud Communications | 155 Bovet Rd Ste 405 San Mateo, CA 94402-3137 | Telecom | 1017293 | $1,194.50 | - | $597.25 |
| Level 3 Communications LLC | 1025 Eldorado Blvd Broomfield, CO 80021-8869 | Telecom | 265832, 264634, 331271, 401560, 1-7P5RET | $49,601.21 | - | $24,800.60 |
| Momentum Telecom | 1 Concourse Parkway Ne Suite 600 Atlanta, GA 30328 | Telecom | 300135958 2-00, 3905001374-00 | $2,079.09 | - | $1,039.55 |
| Optimum | 1111 Stewart Ave Bethpage, NY 11714-3533 | Telecom | 07707-125756-02-0 | $108.46 | - | $54.23 |
| Spectrum | 400 Washington Blvd. Stamford, CT 06902 | Telecom | 0050336120-01, 0050545757-01, 0050841912-01 | $959.77 | - | $479.88 |

4

| Name of Provider | Address of Facility | Utility Service | Utility Account Number | Average Monthly Spend | Prepetition Deposit | Proposed Adequate Assurance |
|---|---|---|---|---|---|---|
| Spectrum Voip | 7600 Windrose Ave Unit 350 Plano, TX 75024-0169 | Telecom | 2142171911 | $3,936.83 | - | $1,968.42 |
| Spok Inc | 5911 Kingstowne Village Parkway 6th Floor Alexandria, VA 22315 | Telecom | 0607273 - 0, 0638305 - 3, 3559801 - 0, 5372414 - 2, 7828922 - 0 | $1,933.26 | - | $966.63 |
| Sprint | 6391 Sprint Parkway Overland Park, KS 66251-4300 | Telecom | 864390313, 864390313-053 | $129.20 | - | $64.60 |
| Time Warner Cable | 10 Columbus Cir New York, NY 10019 | Telecom | 0331195501, 8260 13 208 1455361 | $587.87 | - | $293.94 |
| Velocity | 9099 Zach Dr Olive Branch, MS 38654-3798 | Telecom | 1001710 | $120,118.24 | - | $60,059.12 |
| Verizon | 1095 Avenue of the Americas, NY 10036 | Telecom | 152-510-156-0001-05, 5423 13637-00001, 220292760-00001, Customer ID: 00118090CG Account Number: U0191825 | $78,734.57 | - | $39,367.29 |
| Verizon Business | 1095 Avenue of the Americas, NY 10036 | Telecom | Corporate ID: VS91430007 Bill Payer ID: 91430007, Customer ID: F0121281 Account Number: F1427334 | $2,126.35 | - | $1,063.18 |
| Voyant Communications LLC | 2490 Junction Pl Ste 300 Boulder, CO 80301-2170 | Telecom | 16250 | $3,734.82 | - | $1,867.41 |

5

| Name of Provider | Address of Facility | Utility Service | Utility Account Number | Average Monthly Spend | Prepetition Deposit | Proposed Adequate Assurance |
|---|---|---|---|---|---|---|
| West Unified Communications Services Inc | 8420 W Bryn Mawr Ave Ste 400 Chicago, IL 60631-3489 | Telecom | 1096207 | $29.94 | - | $14.97 |
| Windstream | 4001 N Rodney Parham Rd Little Rock, AR 72212-2459 | Telecom | 5313201 | $29,714.57 | - | $14,857.29 |
| T-Mobile | 12920 Se 38Th St Bellevue, WA 98006-1350 | Telecom | 965246275 | $695.06 | - | $347.53 |
| TXU Energy | 6555 Sierra Drive Irving, TX 75039 | Electric | 100054520588 | $297.20 | - | $148.60 |
| Duke Energy | 526 S Church St Charlotte, NC 28202-1802 | Electric | 910086475591, 910086475921 | $723.19 | - | $361.59 |
| Aps | 3636 33rd St Ste 205 Long Island City, NY 11106-2329 | Electric | 4485700000, 8453716597 | $817.35 | - | $408.67 |
| Salt River Project | 1500 N. Mill Ave. Tempe, AZ 85288 | Electric | 174-154-001, 836-735-004, 703-935-004 | $1,217.97 | - | $608.99 |
| NV Energy | 6226 W. Sahara Ave. Las Vegas, NV 89146 | Electric | 300022919201640 3054, 3000229192010166 59812 | $128.11 | - | $64.06 |
| Florida Power & Light Company (FPL) | 700 Universe Blvd. Juno Beach, FL 33408-0420 | Electric | 26257-99131 | $429.33 | - | $214.66 |
| City Of Ocala, FL | 110 Se Watula Avenue Ocala, FL 34471 | Electric/Sewer | 551375-223030 | $99.09 | - | $49.55 |
| FPL Northwest FL | 700 Universe Blvd. Juno Beach, FL 33408-0420 | Electric | 21006-23947, 21046-58063 | $432.12 | - | $216.06 |
| Huntsville Utilities, AL | 112 Spragins Street Huntsville, AL 35801 | Electric/Natural Gas/Sewer/Trash/Water | 221010132356 | $232.34 | - | $116.17 |
| Nashville Electric Service | 1214 Church Street Nashville, TN 37246 | Electric | 0576385-0508770 | $26,192.08 | - | $13,096.04 |
| Metro Water Services TN | 1700 3rd Ave N. Nashville, TN 37208 | Irrigation/Sewer/Water | 268014301 | $2,971.58 | - | $1,485.79 |

6

United States Bankruptcy Court
Southern District of Texas

In re:                                                                    Case No. 23-90342-cml

Envision Healthcare Corporation                                           Chapter 11
      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0541-4 | User: ADIuser | Page 1 of 11 |
|---|---|---|
| Date Rcvd: May 16, 2023 | Form ID: pdf002 | Total Noticed: 23 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Envision Healthcare Corporation, 1A Burton Hills Boulevard, Nashville, TN 37215-6187 |
| aty | + | Angela K. Herring, Wachtell, Lipton, Rosen & Katz, 51 West 52nd St, New York, NY 10019-6150 |
| aty | + | Anne G. Wallice, Kirland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | + | Anne I. Salomon, 300 North LaSalle St, Chicago, IL 60654, UNITED STATES 60654-3406 |
| aty | + | Annie Dreisbach, Kirkland & Ellis LLP, 300 North LaSalle St, Chicago, IL 60654, UNITED STATES 60654-5412 |
| aty | + | C. Lee Wilson, 200 Park Avenue, New York, NY 10166-0005 |
| aty | + | Casey James McGushin, Kirkland & Ellis LLP, 300 N. LaSalle, Chicago, IL 60654-5412 |
| aty | + | David M. Feldman, Gibson Dunn & Crutcher, 200 Park Avenue, New York, NY 10166-4799 |
| aty | + | Eli J. Vonnegut, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY 10017-3982 |
| aty | + | Gene S. Goldmintz, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY 10017-3982 |
| aty | | Gianfranco Finizio, Kilpatrick Townsend & Stockton LLP, 1114 Avenue of the Americas, NYC, NY 10036-7703 |
| aty | + | Jeffrey R. Goldfine, Kirkland & Ellis LLP, 601 Lexington Ave., New York, NY 10022, UNITED STATES 10022-4643 |
| aty | + | John R. Luze, Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654-5412 |
| aty | + | Joshua A. Sussberg, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | + | Joshua Greenblatt, 601 Lexington Ave., New York, NY 10022, UNITED STATES 10022-4611 |
| aty | + | Margaret Reiney, Kirkland & Ellis LLP, 601 Lexington Ave., New York, NY 10022-4643 |
| aty | | Mary Beth Maloney, 200 Park Avenue, New York, NY 10166-0005 |
| aty | + | Michael Pera, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY 10017-3982 |
| aty | + | Ruth Mulvihill, Kirkland & Ellis LLP, 300 North LaSalle St, Chicago, IL 60654, UNITED STATES 60654-5412 |
| aty | + | William Arnault, Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654-5412 |
| cr | + | AHS Staffing, c/o Liz George and Associates, Attn: Lysbeth L. George, 8101 S. Walker, Suite F, Oklahoma City, OK 73139-9406 |
| cr | | Envision Ad Hoc Group, c/o Gibson, Dunn & Crutcher LLP, 200 Park Avenue, New York, NY 10166-0005 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| op | + | Email/Text: EBN@primeclerk.com | May 16 2023 20:22:00 | Kroll Restructuring Administration LLC, (f/k/a Prime Clerk LLC), 55 East 52nd Street, 17th Floor, New York, NY 10055-0002 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ad Hoc Group of AmSurg Lenders |
| cr | | Ad Hoc Group of First Lien AmSurg Lenders |
| intp | | Ankura Trust Company, LLC, in its capacity as Envi |
| cr | | Citibank, N.A. |
| intp | | Credit Suisse AG, Cayman Islands Branch, as AmSurg |
| cr | | Funds and Accounts Managed by Kohlberg Kravis Robe |
| cr | | HCA-EMS Holdings, LLC |
| cr | | Thermo Fisher Scientific |

District/off: 0541-4                                    User: ADIuser                                    Page 2 of 11
Date Rcvd: May 16, 2023                                 Form ID: pdf002                                 Total Noticed: 23
TOTAL: 8 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2023                          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron James Power | on behalf of Interested Party Credit Suisse AG  Cayman Islands Branch, as AmSurg RCF Agent apower@porterhedges.com, egarfias@porterhedges.com;ysanders@porterhedges.com |
| Beau Butler | on behalf of Debtor Medical Information Management Solutions  LLC bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Beau Butler | on behalf of Debtor New Generations Babee Bag  Inc. bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Beau Butler | on behalf of Debtor Jupiter Healthcare  LLC bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Beau Butler | on behalf of Debtor MSO Newco  LLC bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Beau Butler | on behalf of Debtor Long Beach NSC  LLC bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Beau Butler | on behalf of Debtor NAC Properties  LLC bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Beau Butler | on behalf of Debtor North Florida Anesthesia Consultants  Inc. bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Beau Butler | on behalf of Debtor KMAC  Inc. bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Beau Butler | on behalf of Debtor Jupiter Anesthesia Associates  L.L.C. bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Beau Butler | on behalf of Debtor North Florida Perinatal Associates  Inc. bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Beau Butler | on behalf of Debtor Kenwood NSC  LLC bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Beau Butler | on behalf of Debtor MedAssociates  LLC bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Beau Butler | on behalf of Debtor Millennium Vision Surgical  LLC bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Beau Butler | on behalf of Debtor Medi-Bill of North Florida  Inc. bbutler@jw.com, |

kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Beverly Weiss Manne

on behalf of Creditor Thermo Fisher Scientific bmanne@tuckerlaw.com

Bruce J Ruzinsky

on behalf of Debtor AmSurg Temecula CA  Inc. bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Bruce J Ruzinsky

on behalf of Debtor AmSurg Physicians HoldCo  LLC bruzinsky@jw.com,
msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Bruce J Ruzinsky

on behalf of Debtor AmSurg Ocala  Inc. bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Bruce J Ruzinsky

on behalf of Debtor AmSurg Northwest Florida  Inc. bruzinsky@jw.com,
msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Bruce J Ruzinsky

on behalf of Debtor AmSurg Palmetto  Inc. bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Bruce J Ruzinsky

on behalf of Debtor AmSurg Scranton PA  Inc. bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Bruce J Ruzinsky

on behalf of Debtor AmSurg Oakland CA  Inc. bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Bruce J Ruzinsky

on behalf of Debtor AmSurg New Port Richey FL  Inc. bruzinsky@jw.com,
msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Bruce J Ruzinsky

on behalf of Debtor AmSurg Physicians Arizona  LLC bruzinsky@jw.com,
msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Bruce J Ruzinsky

on behalf of Debtor AmSurg Pottsville PA  LLC bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Bruce J Ruzinsky

on behalf of Debtor AmSurg Naples  Inc. bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Bruce J Ruzinsky

on behalf of Debtor AmSurg Suncoast  Inc. bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Bruce J Ruzinsky

on behalf of Debtor AmSurg San Antonio TX  Inc. bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Christopher R. Bankler

on behalf of Debtor Partners in Medical Billing  Inc. cbankler@jw.com, kgradney@jw.com

Christopher R. Bankler

on behalf of Debtor Provider Account Management  Inc. cbankler@jw.com, kgradney@jw.com

Christopher R. Bankler

on behalf of Debtor Practice Account Management Services  LLC cbankler@jw.com, kgradney@jw.com

Christopher R. Bankler

on behalf of Debtor Physician Office Partners  Inc. cbankler@jw.com, kgradney@jw.com

Christopher R. Bankler

on behalf of Debtor Phoenix Physicians  LLC cbankler@jw.com, kgradney@jw.com

Christopher R. Bankler

on behalf of Debtor Northwood Anesthesia Associates  L.L.C. cbankler@jw.com, kgradney@jw.com

Christopher R. Bankler

on behalf of Debtor NSC West Palm  LLC cbankler@jw.com, kgradney@jw.com

Christopher R. Bankler

on behalf of Debtor NSC Healthcare  Inc. cbankler@jw.com, kgradney@jw.com

Christopher R. Bankler

on behalf of Debtor NSC RBO East  LLC cbankler@jw.com, kgradney@jw.com

Christopher R. Bankler

on behalf of Debtor Pinnacle Consultants Mid-Atlantic  L.L.C. cbankler@jw.com, kgradney@jw.com

Christopher R. Bankler

on behalf of Debtor Physician Account Management  Inc. cbankler@jw.com, kgradney@jw.com

Christopher R. Bankler

on behalf of Debtor Proven Healthcare Solutions of New Jersey  LLC cbankler@jw.com, kgradney@jw.com

Christopher R. Bankler
    on behalf of Debtor Phoenix Business Systems  LLC cbankler@jw.com, kgradney@jw.com

Christopher R. Bankler
    on behalf of Debtor Parity Healthcare  Inc. cbankler@jw.com, kgradney@jw.com

Christopher Ross Travis
    on behalf of U.S. Trustee US Trustee C.Ross.Travis@usdoj.gov

Emily Meraia
    on behalf of Debtor AmSurg Maryville  Inc. emeraia@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia
    on behalf of Debtor AmSurg La Jolla  Inc. emeraia@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia
    on behalf of Debtor AmSurg Glendale  Inc. emeraia@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia
    on behalf of Debtor AmSurg Holdings  LLC emeraia@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia
    on behalf of Debtor AmSurg Glendora CA  Inc. emeraia@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia
    on behalf of Debtor AmSurg Kissimmee FL  Inc. emeraia@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia
    on behalf of Debtor AmSurg KEC  Inc. emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia
    on behalf of Debtor AmSurg Holdco  LLC emeraia@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia
    on behalf of Debtor AmSurg Hillmont  Inc. emeraia@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia
    on behalf of Debtor AmSurg Lancaster PA  LLC emeraia@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia
    on behalf of Debtor AmSurg Inglewood  Inc. emeraia@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia
    on behalf of Debtor AmSurg Main Line PA  LLC emeraia@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia
    on behalf of Debtor AmSurg Melbourne  Inc. emeraia@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia
    on behalf of Debtor AmSurg Miami  Inc. emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Genevieve Marie Graham
    on behalf of Debtor Discovery Clinical Research  Inc. ggraham@jw.com,
dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Genevieve Marie Graham
    on behalf of Debtor Coastal Anesthesiology Consultants  LLC ggraham@jw.com,
dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Genevieve Marie Graham
    on behalf of Debtor Clinical Partners Management Company  LLC ggraham@jw.com,
dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Genevieve Marie Graham
    on behalf of Debtor Doctors Billing Service  Inc. ggraham@jw.com,
dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Genevieve Marie Graham
    on behalf of Debtor Children's Anesthesia Associates  Inc. ggraham@jw.com,
dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Genevieve Marie Graham
on behalf of Debtor Davis NSC  LLC ggraham@jw.com,
dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Genevieve Marie Graham
on behalf of Debtor Coral Springs NSC  LLC ggraham@jw.com,
dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Genevieve Marie Graham
on behalf of Debtor Centennial Emergency Physicians  LLC ggraham@jw.com,
dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Genevieve Marie Graham
on behalf of Debtor Boca Anesthesia Service  Inc. ggraham@jw.com,
dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Genevieve Marie Graham
on behalf of Debtor Bravo Reimbursement Specialist  L.L.C. ggraham@jw.com,
dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Genevieve Marie Graham
on behalf of Debtor Chandler Emergency Medical Group  L.L.C. ggraham@jw.com,
dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Genevieve Marie Graham
on behalf of Debtor Broad Midwest Anesthesia  LLC ggraham@jw.com,
dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Genevieve Marie Graham
on behalf of Debtor Desert Mountain Consultants in Anesthesia  Inc. ggraham@jw.com,
dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Genevieve Marie Graham
on behalf of Debtor CMORx  LLC ggraham@jw.com,
dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Ha Minh Nguyen
on behalf of U.S. Trustee US Trustee ha.nguyen@usdoj.gov

J Scott Rose
on behalf of Debtor QRx Medical Management  LLC srose@jw.com, kgradney@jw.com

J Scott Rose
on behalf of Debtor Sheridan Children's Healthcare Services of Louisiana  Inc. srose@jw.com, kgradney@jw.com

J Scott Rose
on behalf of Debtor San Antonio NSC  LLC srose@jw.com, kgradney@jw.com

J Scott Rose
on behalf of Debtor Sheridan Anesthesia Services of Virginia  Inc. srose@jw.com, kgradney@jw.com

J Scott Rose
on behalf of Debtor Rose Radiology  LLC srose@jw.com, kgradney@jw.com

J Scott Rose
on behalf of Debtor Sheridan Anesthesia Services of Alabama  Inc. srose@jw.com, kgradney@jw.com

J Scott Rose
on behalf of Debtor Sheridan CADR Solutions  Inc. srose@jw.com, kgradney@jw.com

J Scott Rose
on behalf of Debtor Sheridan Children's Healthcare Services of Arizona  Inc. srose@jw.com, kgradney@jw.com

J Scott Rose
on behalf of Debtor Reimbursement Technologies  Inc. srose@jw.com, kgradney@jw.com

J Scott Rose
on behalf of Debtor Radstaffing Management Solutions  Inc. srose@jw.com, kgradney@jw.com

J Scott Rose
on behalf of Debtor Sheridan Anesthesia Services of Louisiana  Inc. srose@jw.com, kgradney@jw.com

J Scott Rose
on behalf of Debtor Sentinel Healthcare Services  LLC srose@jw.com, kgradney@jw.com

J Scott Rose
on behalf of Debtor Radiology Staffing Solutions  Inc. srose@jw.com, kgradney@jw.com

J Scott Rose
on behalf of Debtor Sheridan Children's Healthcare Services of Kentucky  Inc. srose@jw.com, kgradney@jw.com

Javier Gonzalez, Jr
on behalf of Debtor AmSurg EC Centennial  Inc. jgonzalez@jw.com,

kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Javier Gonzalez, Jr

on behalf of Debtor Envision Healthcare Corporation jgonzalez@jw.com
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Javier Gonzalez, Jr

on behalf of Debtor AmSurg Escondido CA  Inc. jgonzalez@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Javier Gonzalez, Jr

on behalf of Debtor AmSurg Finance  Inc. jgonzalez@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Javier Gonzalez, Jr

on behalf of Debtor AmSurg Burbank  Inc. jgonzalez@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Javier Gonzalez, Jr

on behalf of Debtor AmSurg EC Santa Fe  Inc. jgonzalez@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Javier Gonzalez, Jr

on behalf of Debtor AmSurg Colton CA  Inc. jgonzalez@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Javier Gonzalez, Jr

on behalf of Debtor AmSurg EC Washington  Inc. jgonzalez@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Javier Gonzalez, Jr

on behalf of Debtor AmSurg Crystal River  Inc. jgonzalez@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Javier Gonzalez, Jr

on behalf of Debtor AmSurg EC St. Thomas  Inc. jgonzalez@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Javier Gonzalez, Jr

on behalf of Debtor AmSurg EC Beaumont  Inc. jgonzalez@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Javier Gonzalez, Jr

on behalf of Debtor AmSurg Fresno Endoscopy  Inc. jgonzalez@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Javier Gonzalez, Jr

on behalf of Debtor AmSurg El Paso  Inc. jgonzalez@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Javier Gonzalez, Jr

on behalf of Debtor AmSurg EC Topeka  Inc. jgonzalez@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Javier Gonzalez, Jr

on behalf of Debtor AmSurg Arcadia CA  Inc. jgonzalez@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Jennifer F Wertz

on behalf of Debtor Sheridan Healthcare  LLC jwertz@jw.com,
kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Jennifer F Wertz

on behalf of Debtor Sheridan Healthcorp  Inc. jwertz@jw.com,
kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Jennifer F Wertz

on behalf of Debtor Sheridan Hospitalist Services of Florida  Inc. jwertz@jw.com,
kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Jennifer F Wertz

on behalf of Debtor Sheridan Healthy Hearing Services  Inc. jwertz@jw.com,
kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Jennifer F Wertz

on behalf of Debtor Sheridan Holdings  Inc. jwertz@jw.com,
kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Jennifer F Wertz

on behalf of Debtor Sheridan Healthcorp of California  Inc. jwertz@jw.com,
kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Jennifer F Wertz

on behalf of Debtor Sheridan InvestCo  LLC jwertz@jw.com,
kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

John David Cornwell

on behalf of Creditor Envision Ad Hoc Group jcornwell@munsch.com  hvalentine@munsch.com;CourtMail@munsch.com

John F Higgins, IV

on behalf of Interested Party Credit Suisse AG  Cayman Islands Branch, as AmSurg RCF Agent jhiggins@porterhedges.com,
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John Machir Stull

on behalf of Debtor Greater Florida Anesthesiologists  LLC mstull@jw.com,
kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;azuniga@jw.com;steso@jw.com;jpupo@jw.com

John Machir Stull

on behalf of Debtor FO Investments  Inc. mstull@jw.com,
kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;azuniga@jw.com;steso@jw.com;jpupo@jw.com

John Machir Stull

on behalf of Debtor Holiday Acquisition Company  Inc. mstull@jw.com,
kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;azuniga@jw.com;steso@jw.com;jpupo@jw.com

John Machir Stull

on behalf of Debtor Imaging Advantage LLC mstull@jw.com
kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;azuniga@jw.com;steso@jw.com;jpupo@jw.com

John Machir Stull

on behalf of Debtor Infinity Healthcare  Inc. mstull@jw.com,
kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;azuniga@jw.com;steso@jw.com;jpupo@jw.com

John Machir Stull

on behalf of Debtor Hawkeye Holdco LLC mstull@jw.com
kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;azuniga@jw.com;steso@jw.com;jpupo@jw.com

John Machir Stull

on behalf of Debtor Global Surgical Partners  Inc. mstull@jw.com,
kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;azuniga@jw.com;steso@jw.com;jpupo@jw.com

John Machir Stull

on behalf of Debtor Illinois NSC  Inc. mstull@jw.com,
kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;azuniga@jw.com;steso@jw.com;jpupo@jw.com

John Machir Stull

on behalf of Debtor Fullerton NSC  LLC mstull@jw.com,
kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;azuniga@jw.com;steso@jw.com;jpupo@jw.com

John Machir Stull

on behalf of Debtor Gynecologic Oncology Associates  Inc. mstull@jw.com,
kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;azuniga@jw.com;steso@jw.com;jpupo@jw.com

John Machir Stull

on behalf of Debtor FO Investments III  Inc. mstull@jw.com,
kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;azuniga@jw.com;steso@jw.com;jpupo@jw.com

John Machir Stull

on behalf of Debtor ISelect Healthcare LLC mstull@jw.com
kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;azuniga@jw.com;steso@jw.com;jpupo@jw.com

John Machir Stull

on behalf of Debtor Jacksonville Beaches Anesthesia Associates  Inc. mstull@jw.com,
kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;azuniga@jw.com;steso@jw.com;jpupo@jw.com

John Machir Stull

on behalf of Debtor Healthcare Administrative Services  Inc. mstull@jw.com,
kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;azuniga@jw.com;steso@jw.com;jpupo@jw.com

Keith Richard Martorana

on behalf of Creditor Envision Ad Hoc Group kmartorana@gibsondunn.com

Kristhy M Peguero

on behalf of Debtor Emergency Medical Services LLC kpeguero@jw.com
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Kristhy M Peguero

on behalf of Debtor EmCare Physician Services  Inc. kpeguero@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Kristhy M Peguero

on behalf of Debtor EmCare Holdings  LLC kpeguero@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Kristhy M Peguero

on behalf of Debtor EDIMS  L.L.C. kpeguero@jw.com,

kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Kristhy M Peguero

    on behalf of Debtor Drs. Ellis  Rojas, Ross & Debs, Inc. kpeguero@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Kristhy M Peguero

    on behalf of Debtor Emergency Medicine Education Systems  Inc. kpeguero@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Kristhy M Peguero

    on behalf of Debtor EmCare Holdco  LLC kpeguero@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Kristhy M Peguero

    on behalf of Debtor EmCare of California  Inc. kpeguero@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Kristhy M Peguero

    on behalf of Debtor EmCare Anesthesia Providers  Inc. kpeguero@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Kristhy M Peguero

    on behalf of Debtor EMS Management LLC kpeguero@jw.com
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Kristhy M Peguero

    on behalf of Debtor EmCare  LLC kpeguero@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Kristhy M Peguero

    on behalf of Debtor EHR Management Co. kpeguero@jw.com
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Kristhy M Peguero

    on behalf of Debtor ED Solutions  LLC kpeguero@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Kristhy M Peguero

    on behalf of Debtor EmCare Physician Providers  Inc. kpeguero@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Lysbeth Lou George

    on behalf of Creditor AHS Staffing liz@georgelawok.com  karen@georgelawok.com

Mark Curtis Taylor

    on behalf of Creditor HCA-EMS Holdings  LLC mark.taylor@hklaw.com,
tammy.greenblum@wallerlaw.com;annmarie.jezisek@wallerlaw.com

Matthew D Cavenaugh

    on behalf of Debtor All Women's Healthcare of Dade  Inc. mcavenaugh@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Matthew D Cavenaugh

    on behalf of Debtor All Women's Healthcare  Inc. mcavenaugh@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Matthew D Cavenaugh

    on behalf of Debtor Alpha Physician Resources  L.L.C. mcavenaugh@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Matthew D Cavenaugh

    on behalf of Debtor Affilion  Inc. mcavenaugh@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Matthew D Cavenaugh

    on behalf of Debtor All Women's Healthcare Services  Inc. mcavenaugh@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Matthew D Cavenaugh

    on behalf of Debtor All Women's Healthcare of West Broward  Inc. mcavenaugh@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Matthew D Cavenaugh

    on behalf of Debtor AllegiantMD  Inc. mcavenaugh@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Matthew D Cavenaugh

    on behalf of Debtor AmSurg Anesthesia Management Services  LLC mcavenaugh@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Matthew D Cavenaugh

    on behalf of Debtor All Women's Healthcare of Sawgrass  Inc. mcavenaugh@jw.com,

kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Matthew D Cavenaugh

on behalf of Debtor All Women's Healthcare Holdings  Inc. mcavenaugh@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Matthew D Cavenaugh

on behalf of Debtor AmSurg Abilene Eye  Inc. mcavenaugh@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Matthew D Cavenaugh

on behalf of Debtor American Emergency Physicians Management  Inc. mcavenaugh@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Matthew D Cavenaugh

on behalf of Debtor AmSurg Abilene  Inc. mcavenaugh@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Matthew D Cavenaugh

on behalf of Debtor AmSurg Altamonte Springs FL  Inc. mcavenaugh@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Michael A. Garza

on behalf of Creditor Ad Hoc Group of First Lien AmSurg Lenders mgarza@velaw.com

Michael Anthony Drab

on behalf of Debtor Sheridan Healthcare of Missouri  Inc. mdrab@jw.com, kgradney@jw.com

Michael Anthony Drab

on behalf of Debtor Sheridan Children's Healthcare Services of New Mexico  Inc. mdrab@jw.com, kgradney@jw.com

Michael Anthony Drab

on behalf of Debtor Sheridan Healthcare of Vermont  Inc. mdrab@jw.com, kgradney@jw.com

Michael Anthony Drab

on behalf of Debtor Sheridan Healthcare of Louisiana  Inc. mdrab@jw.com, kgradney@jw.com

Michael Anthony Drab

on behalf of Debtor Sheridan Emergency Physician Services of North Missouri  Inc. mdrab@jw.com, kgradney@jw.com

Michael Anthony Drab

on behalf of Debtor Sheridan Children's Healthcare Services of Ohio  Inc. mdrab@jw.com, kgradney@jw.com

Michael Anthony Drab

on behalf of Debtor Sheridan Healthcare of Virginia  Inc. mdrab@jw.com, kgradney@jw.com

Michael Anthony Drab

on behalf of Debtor Sheridan Emergency Physician Services of Missouri  Inc. mdrab@jw.com, kgradney@jw.com

Michael Anthony Drab

on behalf of Debtor Sheridan Children's Healthcare Services  Inc. mdrab@jw.com, kgradney@jw.com

Michael Anthony Drab

on behalf of Debtor Sheridan Children's Healthcare Services of Virginia  Inc. mdrab@jw.com, kgradney@jw.com

Michael Anthony Drab

on behalf of Debtor Sheridan Children's Services of Alabama  Inc. mdrab@jw.com, kgradney@jw.com

Michael Anthony Drab

on behalf of Debtor Sheridan Healthcare of West Virginia  Inc. mdrab@jw.com, kgradney@jw.com

Michael Anthony Drab

on behalf of Debtor Sheridan Emergency Physician Services of South Florida  Inc. mdrab@jw.com, kgradney@jw.com

Michael Anthony Drab

on behalf of Debtor Sheridan Emergency Physician Services  Inc. mdrab@jw.com, kgradney@jw.com

Nicole Greenblatt

on behalf of Debtor Envision Healthcare Corporation ngreenblatt@kirkland.com

Paul E Heath

on behalf of Creditor Ad Hoc Group of First Lien AmSurg Lenders pheath@velaw.com

Philip M. Guffy

on behalf of Creditor Citibank  N.A. pguffy@huntonak.com

Rebecca Blake Chaikin

on behalf of Debtor Acute Management  LLC rchaikin@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Rebecca Blake Chaikin

on behalf of Debtor Envision Healthcare Corporation rchaikin@jw.com
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Rebecca Blake Chaikin

on behalf of Debtor AmSurg  LLC rchaikin@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Robert Bernard Bruner

on behalf of Creditor Funds and Accounts Managed by Kohlberg Kravis Roberts & Co. L.P. bob.bruner@nortonrosefulbright.com

Timothy Alvin Davidson, II

on behalf of Creditor Citibank  N.A. taddavidson@andrewskurth.com

Todd C Meyers

on behalf of Interested Party Ankura Trust Company  LLC, in its capacity as Envision Term Loan Facility Agent tmeyers@kilpatricktownsend.com, kmoynihan@kilpatricktownsend.com;gfinizio@kilpatricktownsend.com;jborey@kilpatricktownsend.com

US Trustee

USTPRegion07.HU.ECF@USDOJ.GOV

Veronica Ann Polnick

on behalf of Debtor Evolution Mobile Imaging  LLC vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Veronica Ann Polnick

on behalf of Debtor Envision Physician Services  LLC vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Veronica Ann Polnick

on behalf of Debtor Enterprise Parent Holdings  Inc. vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Veronica Ann Polnick

on behalf of Debtor Envision Anesthesia Services of Sierra Vista  Inc. vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Veronica Ann Polnick

on behalf of Debtor Flamingo Anesthesia Associates  Inc. vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Veronica Ann Polnick

on behalf of Debtor FMO Healthcare Holdings  LLC vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Veronica Ann Polnick

on behalf of Debtor FO Investments II  Inc. vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Veronica Ann Polnick

on behalf of Debtor Envision Healthcare Clinical Research  Inc. vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Veronica Ann Polnick

on behalf of Debtor Envision Children's Healthcare Services of North Mississippi  Inc. vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Veronica Ann Polnick

on behalf of Debtor Envision Healthcare Scientific Intelligence  Inc. vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Veronica Ann Polnick

on behalf of Debtor EMSC ServicesCo  LLC vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Veronica Ann Polnick

on behalf of Debtor Envision Anesthesia Services of Delaware  Inc. vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Veronica Ann Polnick

on behalf of Debtor FM Healthcare Services  Inc. vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Vienna Flores Anaya

on behalf of Debtor Anesthesiology Associates of Tallahassee  Inc. vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com

Vienna Flores Anaya

on behalf of Debtor Anesthesiologists of Greater Orlando  Inc. vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com

Vienna Flores Anaya

on behalf of Debtor AmSurg Torrance  Inc. vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com

Vienna Flores Anaya

Vienna Flores Anaya

on behalf of Debtor Bethesda Anesthesia Associates  Inc. vanaya@jw.com,
kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com

Vienna Flores Anaya

on behalf of Debtor ASDH II  LLC vanaya@jw.com,
kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com

Vienna Flores Anaya

on behalf of Debtor Arizona Perinatal Care Centers  LLC vanaya@jw.com,
kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com

Vienna Flores Anaya

on behalf of Debtor Bay Area Anesthesia  L.L.C. vanaya@jw.com,
kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com

Vienna Flores Anaya

on behalf of Debtor Envision Healthcare Corporation vanaya@jw.com
kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com

Vienna Flores Anaya

on behalf of Debtor Austin NSC  LLC vanaya@jw.com,
kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com

Vienna Flores Anaya

on behalf of Debtor AmSurg San Luis Obispo CA  Inc. vanaya@jw.com,
kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com

Vienna Flores Anaya

on behalf of Debtor ASDH I  LLC vanaya@jw.com,
kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com

Vienna Flores Anaya

on behalf of Debtor Austin NSC  LP vanaya@jw.com,
kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com

Vienna Flores Anaya

on behalf of Debtor AmSurg Temecula II  Inc. vanaya@jw.com,
kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com

Vienna Flores Anaya

on behalf of Debtor APH Laboratory Services  Inc. vanaya@jw.com,
kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com

Vienna Flores Anaya

on behalf of Debtor BestPractices  Inc. vanaya@jw.com,
kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com

Vienna Flores Anaya

on behalf of Debtor Apex Acquisition LLC vanaya@jw.com
kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com

TOTAL: 210