United States Bankruptcy Court
Southern District of Texas

**ENTERED**

May 15, 2023

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENVISION HEALTHCARE CORPORATION, *et al.*, [1] | ) | Case No. 23-90342 (CML) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Re:  Docket No. 33** |

**ORDER (I) AUTHORIZING THE DEBTORS
TO REDACT CERTAIN PERSONALLY IDENTIFIABLE
INFORMATION, (II) APPROVING THE FORM AND MANNER OF THE
NOTICE OF COMMENCEMENT, AND (III) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order"), (a) authorizing the Debtors to redact certain personally identifiable information, (b) approving the form and manner of notifying creditors of the commencement of these chapter 11 cases, and (c) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is permissible pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is

---

[1]   A complete list of each of the Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/Envision.  The Debtors' service address is 1A Burton Hills Boulevard, Nashville, Tennessee 37215.

[2]   Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion.

in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing, if any, before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.     The Debtors and the Claims and Noticing Agent are authorized to redact on the Creditor Matrix, Schedules and Statements, claims register, proofs of claim, or other documents filed with the Court (a) the names, home and email addresses of all individual creditors—including the Debtors' patients, employees, contract workers, former employees, vendors, and suppliers—and any individual equity holders, (b) all personally identifiable information of minors, and (c) the names, home and email addresses and other Personal Data of any natural person to the extent they are processed subject to the UK GDPR or EU GDPR.  The Debtors shall provide an unredacted version of the Creditor Matrix, Schedules and Statements, proofs of claim, and any other filings redacted pursuant to this Order to (x) the Court, the U.S. Trustee, the Claims and Noticing Agent, and counsel to any official committee appointed in these chapter 11 cases and (y) any party in interest upon a request to the Debtors (email is sufficient) or to the Court that is reasonably related to these chapter 11 cases, subject to the restrictions of the UK GDPR and EU GDPR; *provided* that any receiving party shall not transfer or otherwise provide such unredacted document to any person or entity not party to the request.  The Debtors shall inform the Court and U.S. Trustee promptly after denying any request for an unredacted document pursuant to this Order.

2

2.      Nothing herein precludes any party in interest's right to file a motion requesting that the Court unseal the information redacted by this Order.

3.      The Notice of Commencement, substantially in the form attached hereto as **Exhibit A**, is hereby approved.  Service of the Notice of Commencement shall be deemed adequate and sufficient notice of (a) the commencement of these chapter 11 cases and (b) the scheduling of the meeting of creditors under section 341 of the Bankruptcy Code.

4.      The Debtors, through their Claims and Noticing Agent, are authorized to serve all pleadings and papers, including the Notice of Commencement, on all parties listed on the Creditor Matrix (including via email if available).

5.      Notice of the Motion as provided therein shall be deemed good and sufficient and satisfies the requirements of the Bankruptcy Rules and the Bankruptcy Local Rules are satisfied by such notice.

6.      The contents of the Motion satisfy the requirements of Bankruptcy Rule 6003(b).

7.      The Debtors are authorized to take all reasonable actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

8.      This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.


Signed:  May 15, 2023

_____
Christopher Lopez
United States Bankruptcy Judge

3

**Exhibit A**

**Notice of Commencement**

| Information to identify the case: | | |
|---|---|---|
| Debtor: Envision Healthcare Corporation, *et al.*<br>Name | | EIN:   62-1493316 |
| United States Bankruptcy Court for the Southern District of Texas | | |
| Case Number:   23-90342 | | Date case filed for Chapter 11:<br>May 15, 2023 |

Official Form 309F1 (For Corporations or Partnerships)

**Notice of Chapter 11 Bankruptcy Case**                                                                                       **10/20**

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code.  An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines.  Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities.  This means that creditors generally may not take action to collect debts from the debtor or the debtor's property.  For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor.  Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt.  A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice.  (See line 11 below for more information.)

To protect your rights, consult an attorney.  All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

1.   **Debtors' full name:  See chart below.**

      **List of Jointly Administered Cases**

| NO. | DEBTOR | ADDRESS | CASE NO. | EIN # |
|---|---|---|---|---|
| 1. | Acute Management, LLC | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90341 | 20-4049691 |
| 2. | Affilion, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90538 | 27-2937476 |
| 3. | All Women's Healthcare Holdings, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90540 | 13-4271816 |
| 4. | All Women's Healthcare of Dade, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90542 | 45-0530994 |
| 5. | All Women's Healthcare of Sawgrass, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90543 | 42-1612467 |
| 6. | All Women's Healthcare of West Broward, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90544 | 42-1612462 |
| 7. | All Women's Healthcare Services, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90547 | 45-0530996 |
| 8. | All Women's Healthcare, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90549 | 42-1612456 |
| 9. | AllegiantMD, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90550 | 27-2123818 |
| 10. | Alpha Physician Resources, L.L.C. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90551 | 22-3780465 |

| NO. | DEBTOR | ADDRESS | CASE NO. | EIN # |
|---|---|---|---|---|
| 11. | American Emergency Physicians Management, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90552 | 95-4194045 |
| 12. | AmSurg Abilene Eye, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90553 | 62-1692556 |
| 13. | AmSurg Abilene, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90554 | 62-1555413 |
| 14. | AmSurg Altamonte Springs FL, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90555 | 62-1626021 |
| 15. | AmSurg Anesthesia Management Services, LLC | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90556 | 27-1174941 |
| 16. | AmSurg Arcadia CA, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90348 | 20-4483684 |
| 17. | AmSurg Burbank, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90355 | 62-1619548 |
| 18. | AmSurg Colton CA, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90362 | 46-1462856 |
| 19. | AmSurg Crystal River, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90369 | 62-1666189 |
| 20. | AmSurg EC Beaumont, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90378 | 62-1524208 |
| 21. | AmSurg EC Centennial, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90385 | 62-1511980 |
| 22. | AmSurg EC Santa Fe, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90394 | 65-1523398 |
| 23. | AmSurg EC St. Thomas, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90401 | 62-1511996 |
| 24. | AmSurg EC Topeka, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90409 | 62-1512093 |
| 25. | AmSurg EC Washington, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90419 | 62-1506354 |
| 26. | AmSurg El Paso, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90429 | 62-1711537 |
| 27. | AmSurg Escondido CA, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90439 | 20-1626979 |
| 28. | AmSurg Finance, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90446 | 47-2039667 |
| 29. | AmSurg Fresno Endoscopy, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90454 | 46-4319557 |
| 30. | AmSurg Glendale, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90386 | 62-1807967 |
| 31. | AmSurg Glendora CA, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90416 | 20-5732564 |
| 32. | AmSurg Hillmont, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90433 | 62-1632685 |
| 33. | AmSurg Holdco, LLC | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90450 | 82-2995040 |
| 34. | AmSurg Holdings, LLC | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90464 | 62-1595888 |
| 35. | AmSurg Inglewood, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90482 | 62-1814134 |
| 36. | AmSurg KEC, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90491 | 62-1510489 |
| 37. | AmSurg Kissimmee FL, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90497 | 62-1567628 |
| 38. | AmSurg La Jolla, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90500 | 62-1625304 |
| 39. | AmSurg Lancaster PA, LLC | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90504 | 20-5988960 |

| NO. | DEBTOR | ADDRESS | CASE NO. | EIN # |
|---|---|---|---|---|
| 40. | AmSurg Main Line PA, LLC | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90510 | 20-5408469 |
| 41. | AmSurg Maryville, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90512 | 62-1586143 |
| 42. | AmSurg Melbourne, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90517 | 62-1625312 |
| 43. | AmSurg Miami, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90519 | 62-1598504 |
| 44. | AmSurg Naples, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90372 | 62-1659906 |
| 45. | AmSurg New Port Richey FL, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90391 | 62-1666190 |
| 46. | AmSurg Northwest Florida, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90415 | 62-1519549 |
| 47. | AmSurg Oakland CA, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90432 | 20-5645841 |
| 48. | AmSurg Ocala, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90456 | 62-1650493 |
| 49. | AmSurg Palmetto, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90480 | 62-1647404 |
| 50. | AmSurg Physicians Arizona, LLC | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90494 | 82-4623602 |
| 51. | AmSurg Physicians HoldCo, LLC | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90501 | 82-4615705 |
| 52. | AmSurg Pottsville PA, LLC | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90506 | 26-0303835 |
| 53. | AmSurg San Antonio TX, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90514 | 20-0075736 |
| 54. | AmSurg San Luis Obispo CA, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90545 | 20-1965555 |
| 55. | AmSurg Scranton PA, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90525 | 20-2853308 |
| 56. | AmSurg Suncoast, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90528 | 62-1555677 |
| 57. | AmSurg Temecula CA, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90531 | 20-0095263 |
| 58. | AmSurg Temecula II, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90345 | 46-4137624 |
| 59. | AmSurg Torrance, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90353 | 62-1545685 |
| 60. | AmSurg, LLC | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90343 | 82-2995615 |
| 61. | Anesthesiologists of Greater Orlando, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90364 | 59-3542796 |
| 62. | Anesthesiology Associates of Tallahassee, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90373 | 59-2970442 |
| 63. | Apex Acquisition LLC | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90381 | 27-1321358 |
| 64. | APH Laboratory Services, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90396 | 26-2253054 |
| 65. | Arizona Perinatal Care Centers, LLC | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90407 | 01-0813678 |
| 66. | ASDH I, LLC | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90417 | 81-0955572 |
| 67. | ASDH II, LLC | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90425 | 81-4727588 |
| 68. | Austin NSC, LLC | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90431 | 20-4942934 |

| NO. | DEBTOR | ADDRESS | CASE NO. | EIN # |
|---|---|---|---|---|
| 69. | Austin NSC, LP | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90442 | 74-2934461 |
| 70. | Bay Area Anesthesia, L.L.C. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90452 | 59-3552855 |
| 71. | BestPractices, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90463 | 54-1489944 |
| 72. | Bethesda Anesthesia Associates, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90475 | 26-2588869 |
| 73. | Boca Anesthesia Service, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90349 | 65-0126861 |
| 74. | Bravo Reimbursement Specialist, L.L.C. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90358 | 22-3780460 |
| 75. | Broad Midwest Anesthesia, LLC | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90366 | 26-2833703 |
| 76. | Centennial Emergency Physicians, LLC | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90374 | 82-4119519 |
| 77. | Chandler Emergency Medical Group, L.L.C. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90383 | 46-0508979 |
| 78. | Children's Anesthesia Associates, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90395 | 65-0017781 |
| 79. | Clinical Partners Management Company, LLC | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90404 | 26-2299844 |
| 80. | CMORx, LLC | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90411 | 74-2857658 |
| 81. | Coastal Anesthesiology Consultants, LLC | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90421 | 26-3056682 |
| 82. | Coral Springs NSC, LLC | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90428 | 26-1649639 |
| 83. | Davis NSC, LLC | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90438 | 20-5451784 |
| 84. | Desert Mountain Consultants in Anesthesia, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90449 | 86-0956336 |
| 85. | Discovery Clinical Research, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90459 | 20-1105922 |
| 86. | Doctors Billing Service, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90469 | 20-8297205 |
| 87. | Drs. Ellis, Rojas, Ross & Debs, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90359 | 59-1205165 |
| 88. | ED Solutions, LLC | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90367 | 27-0376514 |
| 89. | EDIMS, L.L.C. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90380 | 20-3218337 |
| 90. | EHR Management Co. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90392 | 20-3940407 |
| 91. | EmCare Anesthesia Providers, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90406 | 27-1937828 |
| 92. | EmCare HoldCo, LLC | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90448 | 20-2076495 |
| 93. | EmCare Holdings, LLC | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90470 | 13-3645287 |
| 94. | EmCare of California, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90493 | 94-2246075 |
| 95. | EmCare Physician Providers, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90516 | 43-0972570 |
| 96. | EmCare Physician Services, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90534 | 51-0345538 |
| 97. | EmCare, LLC | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90523 | 75-1732351 |

| NO. | DEBTOR | ADDRESS | CASE NO. | EIN # |
|-----|--------|---------|----------|-------|
| 98. | Emergency Medical Services LLC | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90526 | 20-2076535 |
| 99. | Emergency Medicine Education Systems, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90529 | 75-2706238 |
| 100. | EMS Management LLC | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90530 | 20-2076564 |
| 101. | EMSC ServicesCo, LLC | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90377 | 46-0826288 |
| 102. | Enterprise Intermediate Holdings Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90389 | 83-0929932 |
| 103. | Enterprise Parent Holdings, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90402 | 83-0893659 |
| 104. | Envision Anesthesia Services of Delaware, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90414 | 82-3115955 |
| 105. | Envision Anesthesia Services of Sierra Vista, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90426 | 82-1916223 |
| 106. | Envision Children's Healthcare Services of North Mississippi, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90455 | 82-3135231 |
| 107. | Envision Healthcare Clinical Research, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90471 | 65-1096710 |
| 108. | Envision Healthcare Corporation | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90342 | 62-1493316 |
| 109. | Envision Healthcare Scientific Intelligence, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90489 | 47-5312545 |
| 110. | Envision Physician Services, LLC | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90498 | 82-3024963 |
| 111. | Evolution Mobile Imaging, LLC | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90502 | 80-0901255 |
| 112. | Flamingo Anesthesia Associates, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90505 | 26-2804804 |
| 113. | FM Healthcare Services, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90509 | 27-3515257 |
| 114. | FMO Healthcare Holdings, LLC | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90511 | 27-3515065 |
| 115. | FO Investments II, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90515 | 45-2641534 |
| 116. | FO Investments III, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90507 | 35-2438641 |
| 117. | FO Investments, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90520 | 27-3515505 |
| 118. | Fullerton NSC, LLC | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90524 | 26-3435683 |
| 119. | Global Surgical Partners, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90527 | 65-0903559 |
| 120. | Greater Florida Anesthesiologists, LLC | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90532 | 27-0602251 |
| 121. | Gynecologic Oncology Associates, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90533 | 59-2026996 |
| 122. | Hawkeye Holdco LLC | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90535 | 45-3142930 |
| 123. | Healthcare Administrative Services, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90536 | 43-1787964 |
| 124. | Holiday Acquisition Company, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90537 | 45-1289504 |
| 125. | Illinois NSC, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90539 | 20-2393903 |
| 126. | Imaging Advantage LLC | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90541 | 20-8263908 |

| NO. | DEBTOR | ADDRESS | CASE NO. | EIN # |
|---|---|---|---|---|
| 127. | Infinity Healthcare, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90557 | 36-3203414 |
| 128. | iSelect Healthcare LLC | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90546 | N/A |
| 129. | Jacksonville Beaches Anesthesia Associates, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90548 | 26-2664313 |
| 130. | Jupiter Anesthesia Associates, L.L.C. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90347 | 26-1150385 |
| 131. | Jupiter Healthcare, LLC | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90352 | 90-0997040 |
| 132. | Kenwood NSC, LLC | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90361 | 26-3055899 |
| 133. | KMAC, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90368 | 74-3013130 |
| 134. | Long Beach NSC, LLC | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90379 | 20-1048768 |
| 135. | MedAssociates, LLC | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90390 | 20-5044320 |
| 136. | Medi-Bill of North Florida, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90398 | 59-3274637 |
| 137. | Medical Information Management Solutions, LLC | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90413 | 86-0971572 |
| 138. | Millennium Vision Surgical, LLC | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90427 | N/A |
| 139. | MSO Newco, LLC | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90437 | 27-1285928 |
| 140. | NAC Properties, LLC | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90445 | N/A |
| 141. | New Generations Babee Bag, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90458 | 65-0878152 |
| 142. | North Florida Anesthesia Consultants, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90468 | 59-3012384 |
| 143. | North Florida Perinatal Associates, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90478 | 46-3234701 |
| 144. | Northwood Anesthesia Associates, L.L.C. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90351 | 65-0909229 |
| 145. | NSC Healthcare, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90356 | 84-1209756 |
| 146. | NSC RBO East, LLC | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90363 | 27-3205481 |
| 147. | NSC West Palm, LLC | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90370 | 76-0740666 |
| 148. | Parity Healthcare, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90382 | 65-0360536 |
| 149. | Partners in Medical Billing, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90393 | 46-0638530 |
| 150. | Phoenix Business Systems, LLC | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90405 | 43-1928994 |
| 151. | Phoenix Physicians, LLC | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90418 | 20-0492167 |
| 152. | Physician Account Management, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90434 | 03-0373713 |
| 153. | Physician Office Partners, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90443 | 74-3050016 |
| 154. | Pinnacle Consultants Mid-Atlantic, L.L.C. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90453 | 26-2201105 |
| 155. | Practice Account Management Services, LLC | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90466 | 20-1314925 |

| NO. | DEBTOR | ADDRESS | CASE NO. | EIN # |
|---|---|---|---|---|
| 156. | Proven Healthcare Solutions of New Jersey, LLC | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90479 | 27-1625135 |
| 157. | Provider Account Management, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90486 | 75-2964700 |
| 158. | QRx Medical Management, LLC | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90346 | 26-0816177 |
| 159. | Radiology Staffing Solutions, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90354 | 26-2138636 |
| 160. | Radstaffing Management Solutions, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90365 | 26-2137767 |
| 161. | Reimbursement Technologies, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90375 | 23-2634599 |
| 162. | Rose Radiology, LLC | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90387 | 20-2487215 |
| 163. | San Antonio NSC, LLC | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90400 | 20-0322582 |
| 164. | Sentinel Healthcare Services, LLC | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90412 | 58-2391627 |
| 165. | Sheridan Anesthesia Services of Alabama, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90424 | 46-1476545 |
| 166. | Sheridan Anesthesia Services of Louisiana, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90436 | 27-0983154 |
| 167. | Sheridan Anesthesia Services of Virginia, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90447 | 27-1895603 |
| 168. | Sheridan CADR Solutions, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90461 | 81-2115237 |
| 169. | Sheridan Children's Healthcare Services of Arizona, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90474 | 47-1934541 |
| 170. | Sheridan Children's Healthcare Services of Kentucky, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90485 | 47-4497915 |
| 171. | Sheridan Children's Healthcare Services of Louisiana, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90492 | 46-2773044 |
| 172. | Sheridan Children's Healthcare Services of New Mexico, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90344 | 83-0401457 |
| 173. | Sheridan Children's Healthcare Services of Ohio, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90350 | 47-4191957 |
| 174. | Sheridan Children's Healthcare Services of Virginia, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90360 | 01-0622481 |
| 175. | Sheridan Children's Healthcare Services, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90376 | 59-2347217 |
| 176. | Sheridan Children's Services of Alabama, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90388 | 47-5142866 |
| 177. | Sheridan Emergency Physician Services of Missouri, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90399 | 46-0617801 |
| 178. | Sheridan Emergency Physician Services of North Missouri, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90408 | 46-5538742 |
| 179. | Sheridan Emergency Physician Services of South Florida, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90420 | 46-2743595 |
| 180. | Sheridan Emergency Physician Services, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90435 | 65-1057394 |
| 181. | Sheridan Healthcare of Louisiana, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90444 | 90-0196583 |
| 182. | Sheridan Healthcare of Missouri, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90457 | 20-3109582 |
| 183. | Sheridan Healthcare of Vermont, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90467 | 20-4063600 |
| 184. | Sheridan Healthcare of Virginia, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90477 | 27-1931953 |

| NO. | DEBTOR | ADDRESS | CASE NO. | EIN # |
|-----|--------|---------|----------|-------|
| 185. | Sheridan Healthcare of West Virginia, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90484 | 65-1028803 |
| 186. | Sheridan Healthcare, LLC | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90357 | 04-3252967 |
| 187. | Sheridan Healthcorp of California, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90371 | 46-4126626 |
| 188. | Sheridan Healthcorp, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90384 | 59-0971075 |
| 189. | Sheridan Healthy Hearing Services, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90397 | 27-0417898 |
| 190. | Sheridan Holdings, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90410 | 13-4056438 |
| 191. | Sheridan Hospitalist Services of Florida, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90422 | 81-1212712 |
| 192. | Sheridan InvestCo, LLC | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90430 | 46-3274828 |
| 193. | Sheridan Leadership Academy, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90440 | 26-4789149 |
| 194. | Sheridan Radiology Management Services, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90451 | 35-2521918 |
| 195. | Sheridan Radiology Services, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90462 | 20-8211626 |
| 196. | Sheridan ROP Services of Alabama, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90472 | 81-4394600 |
| 197. | Sheridan ROP Services of Florida, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90483 | 47-4676138 |
| 198. | Sheridan ROP Services of Virginia, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90490 | 47-4688176 |
| 199. | SHI II, LLC | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90495 | 47-2039767 |
| 200. | Southeast Perinatal Associates, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90403 | 65-0363303 |
| 201. | Spotlight Holdco LLC | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90423 | 80-0850163 |
| 202. | St. Lucie Anesthesia Associates, LLC | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90441 | 26-1822664 |
| 203. | Streamlined Medical Solutions LLC | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90460 | 45-2706374 |
| 204. | Sun Devil Acquisition LLC | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90476 | 27-2929691 |
| 205. | Sunbeam Asset LLC | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90488 | 26-0312608 |
| 206. | Tampa Bay NSC, LLC | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90496 | 20-3447384 |
| 207. | Templeton Readings, LLC | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90499 | 04-3731678 |
| 208. | Tennessee Valley Neonatology, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90503 | 27-5404223 |
| 209. | Tiva Healthcare, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90508 | 04-3721686 |
| 210. | Torrance NSC, LLC | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90513 | 20-1048801 |
| 211. | Towson NSC, LLC | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90518 | 20-0314129 |
| 212. | Twin Falls NSC, LLC | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90521 | 20-8086602 |
| 213. | Valley Anesthesiology Consultants, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90522 | 86-0621497 |

| NO. | DEBTOR | ADDRESS | CASE NO. | EIN # |
|---|---|---|---|---|
| 214. | Valley Clinical Research, Inc. | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90465 | 81-4453577 |
| 215. | West Fairview Emergency Physicians, LLC | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90473 | 82-5068549 |
| 216. | Weston NSC, LLC | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90481 | 26-3435641 |
| 217. | Wilton NSC, LLC | 1A Burton Hills Boulevard, Nashville, Tennessee 37013 | 23-90487 | 26-1653853 |

---

**2.** All other names used in the last 8 years: <u>See Rider 1</u>.

**3.** Address: See chart above.

**4.** Debtors' attorneys:

**JACKSON WALKER LLP**
Matthew D. Cavenaugh (TX Bar No. 24062656)
Rebecca Blake Chaikin (TX Bar No. 24133055)
Vienna F. Anaya (TX Bar No. 244091225)
Javier Gonzalez (TX Bar No. 24119697)
1401 McKinney Street, Suite 1900
Houston, TX 77010
Telephone:   (713) 752-4200
Facsimile:    (713) 752-4221
Email: rchaikin@jw.com
Email: vanaya@jw.com
Email: jgonzalez@jw.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C.
Joshua A. Sussberg, P.C.
Anne G. Wallice
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: esassower@kirkland.com
Email: jsussberg@kirkland.com
Email: anne.wallice@kirkland.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
John R. Luze
Annie L. Dreisbach
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: john.luze@kirkland.com
Email: annie.driesbach@kirkland.com

Proposed Counsel to the Debtors
and Debtors in Possession

Debtors' notice and claims agent (for court documents and case information inquiries):

**Case Website**:
https://restructuring.ra.kroll.com/Envision
**Email**: EnvisionInfo@ra.kroll.com

**US/Canada Toll Free Inquiry Line**: (833) 477-3499
**Toll International Inquiry Line**: (646) 440-4804

**If by First-Class Mail:**
Envision Healthcare Corporation Claims Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**If by Hand Delivery or Overnight Mail:** Envision Healthcare Corporation Claims Processing Center
c/o Kroll Restructuring Administration LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

| 5. | Bankruptcy Clerk's Office | | |
|---|---|---|---|
| | Documents in this case may be filed at this address. | **United States Courthouse**<br>**515 Rusk Avenue**<br>**Houston, Texas 77002** | **Hours Open: Monday - Friday**<br>       **8:00 AM - 5:00 PM CT** |
| | You may inspect all records filed in this case at this office or online at www.pacer.gov | All documents in this case are available free of charge on the website of the Debtors' notice and claims agent at https://restructuring.ra.kroll.com/Envision | **Contact phone: 713-250-5500** |
| 6. | **Meeting of Creditors** | **[●] (prevailing Central Time)** | **Location:**<br>**Telephone Conference Call**<br><br>**Dial: (866) 707-5468**<br>**Code: [●]** |
| | The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | |
| 7. | **Proof of Claim Deadline:** | **Deadline for filing proof of claim:** | **A deadline will be set by court order; you will receive another notice when the deadline is set.** |
| | | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br>• Your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• You file a proof of claim in a different amount; or<br>• You receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| 8. | **Exception to discharge deadline** | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. | |
| | The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | **Deadline for filing the complaint: To be determined** | |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309F1 (For Corporations or Partnerships)          **Notice of Chapter 11 Bankruptcy Case**

| 10. Filing a Chapter 11 bankruptcy case | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
|---|---|
| 11. Discharge of debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |

**Rider 1**
**Other Names Used in the Last 8 Years**

| Current Entity Name | Former Entity Name |
|---|---|
| AmSurg Anesthesia Management Services, LLC | AmSurg Practice Management |
| Amsurg Holdings, LLC | Amsurg Holdings, Inc. |
| Bethesda Anesthesia Associates, Inc. | Anesthesia & Pain Medicine, P.A. |
| Chandler Emergency Medical Group, L.L.C. | Premier Emergency Medical Specialists |
| Children's Anesthesia Associates, Inc. | Children's Anesthesia Associates, P.A. |
| Drs. Ellis, Rojas, Ross & Debs, Inc. | Kendall Anesthesia Associates |
| EmCare HoldCo, LLC | EmCare Holdco, Inc. |
| EmCare Holdings, LLC | EmCare Holdings, Inc. |
| EmCare Physicians Providers, Inc. | Envision Physician Services; EmCare Physician Providers; SEC/EmCare Emergency Care, Inc.; EmCare Physicians Providers, Inc.; Elwell Ferry Inpatient Services; First Flight Emergency Physicians; Polk Emergency Physicians; Waterway Emergency Physicians; EmCare Physician Services; Dougherty Emergency Physicians; Paramus Emergency Physicians; Fenwick Emergency Physicians; Dallas Oregon Emergency Physicians; Oregon Trail Emergency Physicians; Wild Rivers Emergency |
| EmCare Physician Services, Inc. | EmCare Physicians Services; Envision Physician Services |
| EmCare, LLC | Envision Physician Services; Qualitas Locum Tenens; EmCare Management; Pinellas County EMS Medical Directors; Pinellas County EMS Office of Medical Directors; EmCare, Inc.; Emcare Physicians of Orlando; Emergency Physicians of Orlando |
| Emergency Medical Services LLC | EMSC; Emergency Medical Services LP Corporation |
| Emergency Medicine Education Systems, Inc. | EMEDS |
| Envision Anesthesia Services of Delaware, Inc. | Delaware Anesthesiology Specialists |
| Envision Healthcare Clinical Research, Inc. | Envision Physician Clinical Research, Inc.; Sheridan Clinical Research, Inc. |
| Envision Healthcare Scientific Intelligence, Inc. | Envision Physician Scientific Intelligence, Inc.; Sheridan Scientific Intelligence, Inc.; Envision Clinical Research Institute |
| Envision Physician Services, LLC | Envision Management Services, LLC; Envision Physician Services of Utah, LLC; Envision Physician Services of Arizona, LLC |
| Evolution Mobile Imaging, LLC | Evolution Health |
| FMO Healthcare Holdings, LLC | FMO Healthcare Holdings, Inc. |
| Greater Florida Anesthesiologists, LLC | Anesthesia Associates of Pinellas County Division; Brandon Anesthesia Associates Division; Clearwater Pain Management Associates Division; Gulfcoast Anesthesia Partners Division; South Florida Division of GFA; Unicom Anesthesia Associates Division |
| Healthcare Administrative Services, Inc. | Healthcare Services of Georgia, Inc.; Healthcare Administrative Services, Inc. of Delaware; H.A.S. of Delaware; EmCare H.A.S. of Delaware |
| Physician Account Management, Inc. | Elwell Ferry Inpatient Services; First Flight Emergency Physicians; Polk Emergency Physicians; Waterway Emergency Physicians; Wild Rivers Emergency Physicians |
| Sheridan Children's Healthcare Services of Arizona, Inc. | Desert Neonatal Associates |
| Sheridan Children's Healthcare Services, Inc. | Envision Physician Services; Neonatology Certified P.A. (For Use in Virginia: Neonatology Certified P.A., P.C.) |
| Sheridan Emergency Physician Services, Inc. | Envision Physician Services |
| Sheridan Healthcare, LLC | Emcare Physician Services; Envision Physician Services; Sheridan Healthcare Inc. |
| Sheridan Healthcorp, Inc. | Envision Physician Services; Sheridan Healthcorp |
| Sheridan Holdings, Inc. | Sheridan Holdings, LLC |
| Sheridan Radiology Management Services, Inc. | Radisphere |
| Sheridan Radiology Services, Inc. | Envision Physician Services |
| Southeast Perinatal Associates, Inc. | Perinatal Center of Florida; Southeast Perinatal Associates |
| Tiva Healthcare, Inc. | Vista Staffing Solutions of Louisiana; Vista Staffing Solutions |
| Valley Anesthesiology Consultants, Inc. | Envision Physician Services; Valley Anesthesiology and Pain Consultants |

United States Bankruptcy Court
Southern District of Texas

In re:                                                                    Case No. 23-90342-cml

Envision Healthcare Corporation                                           Chapter 11
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0541-4                            User: ADIuser                              Page 1 of 12
Date Rcvd: May 16, 2023                         Form ID: pdf002                       Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol        Definition**
+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Envision Healthcare Corporation, 1A Burton Hills Boulevard, Nashville, TN 37215-6187 |
| aty | + | Angela K. Herring, Wachtell, Lipton, Rosen & Katz, 51 West 52nd St, New York, NY 10019-6150 |
| aty | + | Anne G. Wallice, Kirland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | + | Anne I. Salomon, 300 North LaSalle St, Chicago, IL 60654, UNITED STATES 60654-3406 |
| aty | + | Annie Dreisbach, Kirkland & Ellis LLP, 300 North LaSalle St, Chicago, IL 60654, UNITED STATES 60654-5412 |
| aty | + | C. Lee Wilson, 200 Park Avenue, New York, NY 10166-0005 |
| aty | + | Casey James McGushin, Kirkland & Ellis LLP, 300 N. LaSalle, Chicago, IL 60654-5412 |
| aty | + | David M. Feldman, Gibson Dunn & Crutcher, 200 Park Avenue, New York, NY 10166-4799 |
| aty | + | Eli J. Vonnegut, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY 10017-3982 |
| aty | + | Gene S. Goldmintz, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY 10017-3982 |
| aty | | Gianfranco Finizio, Kilpatrick Townsend & Stockton LLP, 1114 Avenue of the Americas, NYC, NY 10036-7703 |
| aty | + | Jeffrey R. Goldfine, Kirkland & Ellis LLP, 601 Lexington Ave., New York, NY 10022, UNITED STATES 10022-4643 |
| aty | + | John R. Luze, Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654-5412 |
| aty | + | Joshua A. Sussberg, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | + | Joshua Greenblatt, 601 Lexington Ave., New York, NY 10022, UNITED STATES 10022-4611 |
| aty | + | Margaret Reiney, Kirkland & Ellis LLP, 601 Lexington Ave., New York, NY 10022-4643 |
| aty | | Mary Beth Maloney, 200 Park Avenue, New York, NY 10166-0005 |
| aty | + | Michael Pera, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY 10017-3982 |
| aty | + | Ruth Mulvihill, Kirkland & Ellis LLP, 300 North LaSalle St, Chicago, IL 60654, UNITED STATES 60654-5412 |
| aty | + | William Arnault, Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654-5412 |
| cr | + | AHS Staffing, c/o Liz George and Associates, Attn: Lysbeth L. George, 8101 S. Walker, Suite F, Oklahoma City, OK 73139-9406 |
| cr | | Envision Ad Hoc Group, c/o Gibson, Dunn & Crutcher LLP, 200 Park Avenue, New York, NY 10166-0005 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| op | + | Email/Text: EBN@primeclerk.com | | |
| | | | May 16 2023 20:22:00 | Kroll Restructuring Administration LLC, (f/k/a Prime Clerk LLC), 55 East 52nd Street, 17th Floor, New York, NY 10055-0002 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ad Hoc Group of AmSurg Lenders |
| cr | | Ad Hoc Group of First Lien AmSurg Lenders |
| intp | | Ankura Trust Company, LLC, in its capacity as Envi |
| cr | | Citibank, N.A. |
| intp | | Credit Suisse AG, Cayman Islands Branch, as AmSurg |
| cr | | Funds and Accounts Managed by Kohlberg Kravis Robe |
| intp | | Gary Begeman, as Independent Director |
| cr | | HCA-EMS Holdings, LLC |
| cr | | Thermo Fisher Scientific |

District/off: 0541-4        User: ADIuser        Page 2 of 12
Date Rcvd: May 16, 2023        Form ID: pdf002        Total Noticed: 23
TOTAL: 9 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2023        Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron James Power | on behalf of Interested Party Credit Suisse AG  Cayman Islands Branch, as AmSurg RCF Agent apower@porterhedges.com, egarfias@porterhedges.com;ysanders@porterhedges.com |
| Beau Butler | on behalf of Debtor Medical Information Management Solutions  LLC bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Beau Butler | on behalf of Debtor New Generations Babee Bag  Inc. bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Beau Butler | on behalf of Debtor Jupiter Healthcare  LLC bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Beau Butler | on behalf of Debtor MSO Newco  LLC bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Beau Butler | on behalf of Debtor Long Beach NSC  LLC bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Beau Butler | on behalf of Debtor NAC Properties  LLC bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Beau Butler | on behalf of Debtor North Florida Anesthesia Consultants  Inc. bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Beau Butler | on behalf of Debtor KMAC  Inc. bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Beau Butler | on behalf of Debtor Jupiter Anesthesia Associates  L.L.C. bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Beau Butler | on behalf of Debtor North Florida Perinatal Associates  Inc. bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Beau Butler | on behalf of Debtor Kenwood NSC  LLC bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Beau Butler | on behalf of Debtor MedAssociates  LLC bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Beau Butler | on behalf of Debtor Millennium Vision Surgical  LLC bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Beau Butler | on behalf of Debtor Medi-Bill of North Florida  Inc. bbutler@jw.com, |

kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Beverly Weiss Manne

on behalf of Creditor Thermo Fisher Scientific bmanne@tuckerlaw.com

Bruce J Ruzinsky

on behalf of Debtor AmSurg Temecula CA  Inc. bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Bruce J Ruzinsky

on behalf of Debtor AmSurg Physicians HoldCo  LLC bruzinsky@jw.com,
msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Bruce J Ruzinsky

on behalf of Debtor AmSurg Ocala  Inc. bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Bruce J Ruzinsky

on behalf of Debtor AmSurg Northwest Florida  Inc. bruzinsky@jw.com,
msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Bruce J Ruzinsky

on behalf of Debtor AmSurg Palmetto  Inc. bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Bruce J Ruzinsky

on behalf of Debtor AmSurg Scranton PA  Inc. bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Bruce J Ruzinsky

on behalf of Debtor AmSurg Oakland CA  Inc. bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Bruce J Ruzinsky

on behalf of Debtor AmSurg New Port Richey FL  Inc. bruzinsky@jw.com,
msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Bruce J Ruzinsky

on behalf of Debtor AmSurg Physicians Arizona  LLC bruzinsky@jw.com,
msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Bruce J Ruzinsky

on behalf of Debtor AmSurg Pottsville PA  LLC bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Bruce J Ruzinsky

on behalf of Debtor AmSurg Naples  Inc. bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Bruce J Ruzinsky

on behalf of Debtor AmSurg Suncoast  Inc. bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Bruce J Ruzinsky

on behalf of Debtor AmSurg San Antonio TX  Inc. bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Charles A Beckham, Jr

on behalf of Interested Party Gary Begeman  as Independent Director charles.beckham@haynesboone.com,
kenneth.rusinko@haynesboone.com

Christopher R. Bankler

on behalf of Debtor Partners in Medical Billing  Inc. cbankler@jw.com, kgradney@jw.com

Christopher R. Bankler

on behalf of Debtor Provider Account Management  Inc. cbankler@jw.com, kgradney@jw.com

Christopher R. Bankler

on behalf of Debtor Practice Account Management Services  LLC cbankler@jw.com, kgradney@jw.com

Christopher R. Bankler

on behalf of Debtor Physician Office Partners  Inc. cbankler@jw.com, kgradney@jw.com

Christopher R. Bankler

on behalf of Debtor Phoenix Physicians  LLC cbankler@jw.com, kgradney@jw.com

Christopher R. Bankler

on behalf of Debtor Northwood Anesthesia Associates  L.L.C. cbankler@jw.com, kgradney@jw.com

Christopher R. Bankler

on behalf of Debtor NSC West Palm  LLC cbankler@jw.com, kgradney@jw.com

Christopher R. Bankler

on behalf of Debtor NSC Healthcare  Inc. cbankler@jw.com, kgradney@jw.com

Christopher R. Bankler

on behalf of Debtor NSC RBO East  LLC cbankler@jw.com, kgradney@jw.com

Christopher R. Bankler

on behalf of Debtor Pinnacle Consultants Mid-Atlantic  L.L.C. cbankler@jw.com, kgradney@jw.com

Christopher R. Bankler

on behalf of Debtor Physician Account Management  Inc. cbankler@jw.com, kgradney@jw.com

Christopher R. Bankler

on behalf of Debtor Proven Healthcare Solutions of New Jersey  LLC cbankler@jw.com, kgradney@jw.com

Christopher R. Bankler

on behalf of Debtor Phoenix Business Systems  LLC cbankler@jw.com, kgradney@jw.com

Christopher R. Bankler

on behalf of Debtor Parity Healthcare  Inc. cbankler@jw.com, kgradney@jw.com

Christopher Ross Travis

on behalf of U.S. Trustee US Trustee C.Ross.Travis@usdoj.gov

Emily Meraia

on behalf of Debtor AmSurg Miami  Inc. emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia

on behalf of Debtor AmSurg Maryville  Inc. emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia

on behalf of Debtor AmSurg La Jolla  Inc. emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia

on behalf of Debtor AmSurg Glendale  Inc. emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia

on behalf of Debtor AmSurg Holdings  LLC emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia

on behalf of Debtor AmSurg Glendora CA  Inc. emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia

on behalf of Debtor AmSurg Kissimmee FL  Inc. emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia

on behalf of Debtor AmSurg KEC  Inc. emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia

on behalf of Debtor AmSurg Holdco  LLC emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia

on behalf of Debtor AmSurg Hillmont  Inc. emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia

on behalf of Debtor AmSurg Lancaster PA  LLC emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia

on behalf of Debtor AmSurg Inglewood  Inc. emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia

on behalf of Debtor AmSurg Main Line PA  LLC emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia

on behalf of Debtor AmSurg Melbourne  Inc. emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Genevieve Marie Graham

on behalf of Debtor Discovery Clinical Research  Inc. ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Genevieve Marie Graham

on behalf of Debtor Coastal Anesthesiology Consultants  LLC ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Genevieve Marie Graham

on behalf of Debtor Clinical Partners Management Company  LLC ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Genevieve Marie Graham

on behalf of Debtor Doctors Billing Service  Inc. ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Genevieve Marie Graham

on behalf of Debtor Children's Anesthesia Associates  Inc. ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Genevieve Marie Graham

on behalf of Debtor Davis NSC  LLC ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Genevieve Marie Graham

on behalf of Debtor Coral Springs NSC  LLC ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Genevieve Marie Graham

on behalf of Debtor Centennial Emergency Physicians  LLC ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Genevieve Marie Graham

on behalf of Debtor Boca Anesthesia Service  Inc. ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Genevieve Marie Graham

on behalf of Debtor Bravo Reimbursement Specialist  L.L.C. ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Genevieve Marie Graham

on behalf of Debtor Chandler Emergency Medical Group  L.L.C. ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Genevieve Marie Graham

on behalf of Debtor Broad Midwest Anesthesia  LLC ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Genevieve Marie Graham

on behalf of Debtor Desert Mountain Consultants in Anesthesia  Inc. ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Genevieve Marie Graham

on behalf of Debtor CMORx  LLC ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Ha Minh Nguyen

on behalf of U.S. Trustee US Trustee ha.nguyen@usdoj.gov

J Scott Rose

on behalf of Debtor Sheridan Children's Healthcare Services of Kentucky  Inc. srose@jw.com, kgradney@jw.com

J Scott Rose

on behalf of Debtor QRx Medical Management  LLC srose@jw.com, kgradney@jw.com

J Scott Rose

on behalf of Debtor Sheridan Children's Healthcare Services of Louisiana  Inc. srose@jw.com, kgradney@jw.com

J Scott Rose

on behalf of Debtor San Antonio NSC  LLC srose@jw.com, kgradney@jw.com

J Scott Rose

on behalf of Debtor Sheridan Anesthesia Services of Virginia  Inc. srose@jw.com, kgradney@jw.com

J Scott Rose

on behalf of Debtor Rose Radiology  LLC srose@jw.com, kgradney@jw.com

J Scott Rose

on behalf of Debtor Sheridan Anesthesia Services of Alabama  Inc. srose@jw.com, kgradney@jw.com

J Scott Rose

on behalf of Debtor Sheridan CADR Solutions  Inc. srose@jw.com, kgradney@jw.com

J Scott Rose

on behalf of Debtor Sheridan Children's Healthcare Services of Arizona  Inc. srose@jw.com, kgradney@jw.com

J Scott Rose

on behalf of Debtor Reimbursement Technologies  Inc. srose@jw.com, kgradney@jw.com

J Scott Rose

on behalf of Debtor Radstaffing Management Solutions  Inc. srose@jw.com, kgradney@jw.com

J Scott Rose

on behalf of Debtor Sheridan Anesthesia Services of Louisiana  Inc. srose@jw.com, kgradney@jw.com

J Scott Rose

on behalf of Debtor Sentinel Healthcare Services  LLC srose@jw.com, kgradney@jw.com

J Scott Rose

on behalf of Debtor Radiology Staffing Solutions Inc. srose@jw.com, kgradney@jw.com

Javier Gonzalez, Jr

on behalf of Debtor AmSurg EC Centennial Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Javier Gonzalez, Jr

on behalf of Debtor Envision Healthcare Corporation jgonzalez@jw.com kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Javier Gonzalez, Jr

on behalf of Debtor AmSurg Escondido CA Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Javier Gonzalez, Jr

on behalf of Debtor AmSurg Finance Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Javier Gonzalez, Jr

on behalf of Debtor AmSurg Burbank Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Javier Gonzalez, Jr

on behalf of Debtor AmSurg EC Santa Fe Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Javier Gonzalez, Jr

on behalf of Debtor AmSurg Colton CA Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Javier Gonzalez, Jr

on behalf of Debtor AmSurg EC Washington Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Javier Gonzalez, Jr

on behalf of Debtor AmSurg Crystal River Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Javier Gonzalez, Jr

on behalf of Debtor AmSurg EC St. Thomas Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Javier Gonzalez, Jr

on behalf of Debtor AmSurg EC Beaumont Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Javier Gonzalez, Jr

on behalf of Debtor AmSurg Fresno Endoscopy Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Javier Gonzalez, Jr

on behalf of Debtor AmSurg El Paso Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Javier Gonzalez, Jr

on behalf of Debtor AmSurg EC Topeka Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Javier Gonzalez, Jr

on behalf of Debtor AmSurg Arcadia CA Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Jennifer F Wertz

on behalf of Debtor Sheridan ROP Services of Florida Inc. jwertz@jw.com, kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Jennifer F Wertz

on behalf of Debtor Sheridan Healthcare LLC jwertz@jw.com, kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Jennifer F Wertz

on behalf of Debtor Sheridan Healthcorp Inc. jwertz@jw.com, kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Jennifer F Wertz

on behalf of Debtor Sheridan Radiology Services Inc. jwertz@jw.com, kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Jennifer F Wertz

on behalf of Debtor Sheridan Hospitalist Services of Florida Inc. jwertz@jw.com, kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Jennifer F Wertz

on behalf of Debtor Sheridan Healthy Hearing Services  Inc. jwertz@jw.com,
kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Jennifer F Wertz

on behalf of Debtor Sheridan Holdings  Inc. jwertz@jw.com,
kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Jennifer F Wertz

on behalf of Debtor Sheridan Healthcorp of California  Inc. jwertz@jw.com,
kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Jennifer F Wertz

on behalf of Debtor Sheridan ROP Services of Virginia  Inc. jwertz@jw.com,
kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Jennifer F Wertz

on behalf of Debtor SHI II  LLC jwertz@jw.com,
kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Jennifer F Wertz

on behalf of Debtor Sheridan InvestCo  LLC jwertz@jw.com,
kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Jennifer F Wertz

on behalf of Debtor Sheridan Radiology Management Services  Inc. jwertz@jw.com,
kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Jennifer F Wertz

on behalf of Debtor Sheridan ROP Services of Alabama  Inc. jwertz@jw.com,
kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Jennifer F Wertz

on behalf of Debtor Sheridan Leadership Academy  Inc. jwertz@jw.com,
kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

John David Cornwell

on behalf of Creditor Envision Ad Hoc Group jcornwell@munsch.com  hvalentine@munsch.com;CourtMail@munsch.com

John F Higgins, IV

on behalf of Interested Party Credit Suisse AG  Cayman Islands Branch, as AmSurg RCF Agent jhiggins@porterhedges.com,
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John Machir Stull

on behalf of Debtor Greater Florida Anesthesiologists  LLC mstull@jw.com,
kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;azuniga@jw.com;steso@jw.com;jpupo@jw.com

John Machir Stull

on behalf of Debtor FO Investments  Inc. mstull@jw.com,
kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;azuniga@jw.com;steso@jw.com;jpupo@jw.com

John Machir Stull

on behalf of Debtor Holiday Acquisition Company  Inc. mstull@jw.com,
kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;azuniga@jw.com;steso@jw.com;jpupo@jw.com

John Machir Stull

on behalf of Debtor Imaging Advantage LLC mstull@jw.com
kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;azuniga@jw.com;steso@jw.com;jpupo@jw.com

John Machir Stull

on behalf of Debtor Infinity Healthcare  Inc. mstull@jw.com,
kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;azuniga@jw.com;steso@jw.com;jpupo@jw.com

John Machir Stull

on behalf of Debtor Hawkeye Holdco LLC mstull@jw.com
kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;azuniga@jw.com;steso@jw.com;jpupo@jw.com

John Machir Stull

on behalf of Debtor Global Surgical Partners  Inc. mstull@jw.com,
kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;azuniga@jw.com;steso@jw.com;jpupo@jw.com

John Machir Stull

on behalf of Debtor Illinois NSC  Inc. mstull@jw.com,
kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;azuniga@jw.com;steso@jw.com;jpupo@jw.com

John Machir Stull

on behalf of Debtor Fullerton NSC  LLC mstull@jw.com,
kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;azuniga@jw.com;steso@jw.com;jpupo@jw.com

John Machir Stull

on behalf of Debtor Gynecologic Oncology Associates  Inc. mstull@jw.com,
kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;azuniga@jw.com;steso@jw.com;jpupo@jw.com

John Machir Stull

on behalf of Debtor FO Investments III Inc. mstull@jw.com,
kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;azuniga@jw.com;steso@jw.com;jpupo@jw.com

John Machir Stull

on behalf of Debtor ISelect Healthcare LLC mstull@jw.com
kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;azuniga@jw.com;steso@jw.com;jpupo@jw.com

John Machir Stull

on behalf of Debtor Jacksonville Beaches Anesthesia Associates Inc. mstull@jw.com,
kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;azuniga@jw.com;steso@jw.com;jpupo@jw.com

John Machir Stull

on behalf of Debtor Healthcare Administrative Services Inc. mstull@jw.com,
kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;azuniga@jw.com;steso@jw.com;jpupo@jw.com

Keith Richard Martorana

on behalf of Creditor Envision Ad Hoc Group kmartorana@gibsondunn.com

Kristhy M Peguero

on behalf of Debtor Emergency Medical Services LLC kpeguero@jw.com
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Kristhy M Peguero

on behalf of Debtor EmCare Physician Services Inc. kpeguero@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Kristhy M Peguero

on behalf of Debtor EmCare Holdings LLC kpeguero@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Kristhy M Peguero

on behalf of Debtor EDIMS L.L.C. kpeguero@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Kristhy M Peguero

on behalf of Debtor Drs. Ellis Rojas, Ross & Debs, Inc. kpeguero@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Kristhy M Peguero

on behalf of Debtor Emergency Medicine Education Systems Inc. kpeguero@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Kristhy M Peguero

on behalf of Debtor EmCare Holdco LLC kpeguero@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Kristhy M Peguero

on behalf of Debtor EmCare of California Inc. kpeguero@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Kristhy M Peguero

on behalf of Debtor EmCare Anesthesia Providers Inc. kpeguero@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Kristhy M Peguero

on behalf of Debtor EMS Management LLC kpeguero@jw.com
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Kristhy M Peguero

on behalf of Debtor EmCare LLC kpeguero@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Kristhy M Peguero

on behalf of Debtor EHR Management Co. kpeguero@jw.com
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Kristhy M Peguero

on behalf of Debtor ED Solutions LLC kpeguero@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Kristhy M Peguero

on behalf of Debtor EmCare Physician Providers Inc. kpeguero@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Lysbeth Lou George

on behalf of Creditor AHS Staffing liz@georgelawok.com karen@georgelawok.com

Mark Curtis Taylor

on behalf of Creditor HCA-EMS Holdings LLC mark.taylor@hklaw.com,
tammy.greenblum@wallerlaw.com;annmarie.jezisek@wallerlaw.com

Matthew D Cavenaugh

on behalf of Debtor All Women's Healthcare of Dade Inc. mcavenaugh@jw.com,

kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Matthew D Cavenaugh

on behalf of Debtor All Women's Healthcare  Inc. mcavenaugh@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Matthew D Cavenaugh

on behalf of Debtor Alpha Physician Resources  L.L.C. mcavenaugh@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Matthew D Cavenaugh

on behalf of Debtor Affilion  Inc. mcavenaugh@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Matthew D Cavenaugh

on behalf of Debtor All Women's Healthcare Services  Inc. mcavenaugh@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Matthew D Cavenaugh

on behalf of Debtor All Women's Healthcare of West Broward  Inc. mcavenaugh@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Matthew D Cavenaugh

on behalf of Debtor AllegiantMD  Inc. mcavenaugh@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Matthew D Cavenaugh

on behalf of Debtor AmSurg Anesthesia Management Services  LLC mcavenaugh@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Matthew D Cavenaugh

on behalf of Debtor All Women's Healthcare of Sawgrass  Inc. mcavenaugh@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Matthew D Cavenaugh

on behalf of Debtor All Women's Healthcare Holdings  Inc. mcavenaugh@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Matthew D Cavenaugh

on behalf of Debtor AmSurg Abilene Eye  Inc. mcavenaugh@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Matthew D Cavenaugh

on behalf of Debtor American Emergency Physicians Management  Inc. mcavenaugh@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Matthew D Cavenaugh

on behalf of Debtor AmSurg Abilene  Inc. mcavenaugh@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Matthew D Cavenaugh

on behalf of Debtor AmSurg Altamonte Springs FL  Inc. mcavenaugh@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Michael A. Garza

on behalf of Creditor Ad Hoc Group of First Lien AmSurg Lenders mgarza@velaw.com

Michael Anthony Drab

on behalf of Debtor Sheridan Healthcare of Missouri  Inc. mdrab@jw.com, kgradney@jw.com

Michael Anthony Drab

on behalf of Debtor Sheridan Children's Healthcare Services of New Mexico  Inc. mdrab@jw.com, kgradney@jw.com

Michael Anthony Drab

on behalf of Debtor Sheridan Healthcare of Vermont  Inc. mdrab@jw.com, kgradney@jw.com

Michael Anthony Drab

on behalf of Debtor Sheridan Healthcare of Louisiana  Inc. mdrab@jw.com, kgradney@jw.com

Michael Anthony Drab

on behalf of Debtor Sheridan Emergency Physician Services of North Missouri  Inc. mdrab@jw.com, kgradney@jw.com

Michael Anthony Drab

on behalf of Debtor Sheridan Children's Healthcare Services of Ohio  Inc. mdrab@jw.com, kgradney@jw.com

Michael Anthony Drab

on behalf of Debtor Sheridan Healthcare of Virginia  Inc. mdrab@jw.com, kgradney@jw.com

Michael Anthony Drab

on behalf of Debtor Sheridan Emergency Physician Services of Missouri  Inc. mdrab@jw.com, kgradney@jw.com

Michael Anthony Drab

on behalf of Debtor Sheridan Children's Healthcare Services  Inc. mdrab@jw.com, kgradney@jw.com

Michael Anthony Drab

on behalf of Debtor Sheridan Children's Healthcare Services of Virginia  Inc. mdrab@jw.com, kgradney@jw.com

Michael Anthony Drab

on behalf of Debtor Sheridan Children's Services of Alabama  Inc. mdrab@jw.com, kgradney@jw.com

Michael Anthony Drab

on behalf of Debtor Sheridan Healthcare of West Virginia  Inc. mdrab@jw.com, kgradney@jw.com

Michael Anthony Drab

on behalf of Debtor Sheridan Emergency Physician Services of South Florida  Inc. mdrab@jw.com, kgradney@jw.com

Michael Anthony Drab

on behalf of Debtor Sheridan Emergency Physician Services  Inc. mdrab@jw.com, kgradney@jw.com

Nicole Greenblatt

on behalf of Debtor Envision Healthcare Corporation ngreenblatt@kirkland.com

Paul E Heath

on behalf of Creditor Ad Hoc Group of First Lien AmSurg Lenders pheath@velaw.com

Philip M. Guffy

on behalf of Creditor Citibank  N.A. pguffy@huntonak.com

Rebecca Blake Chaikin

on behalf of Debtor AmSurg  LLC rchaikin@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Rebecca Blake Chaikin

on behalf of Debtor Acute Management  LLC rchaikin@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Rebecca Blake Chaikin

on behalf of Debtor Envision Healthcare Corporation rchaikin@jw.com
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Robert Bernard Bruner

on behalf of Creditor Funds and Accounts Managed by Kohlberg Kravis Roberts & Co. L.P. bob.bruner@nortonrosefulbright.com

Timothy Alvin Davidson, II

on behalf of Creditor Citibank  N.A. taddavidson@andrewskurth.com

Todd C Meyers

on behalf of Interested Party Ankura Trust Company  LLC, in its capacity as Envision Term Loan Facility Agent
tmeyers@kilpatricktownsend.com,
kmoynihan@kilpatricktownsend.com;gfinizio@kilpatricktownsend.com;jborey@kilpatricktownsend.com

US Trustee

USTPRegion07.HU.ECF@USDOJ.GOV

Veronica Ann Polnick

on behalf of Debtor Evolution Mobile Imaging  LLC vpolnick@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Veronica Ann Polnick

on behalf of Debtor Envision Physician Services  LLC vpolnick@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Veronica Ann Polnick

on behalf of Debtor Enterprise Parent Holdings  Inc. vpolnick@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Veronica Ann Polnick

on behalf of Debtor Envision Anesthesia Services of Sierra Vista  Inc. vpolnick@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Veronica Ann Polnick

on behalf of Debtor Flamingo Anesthesia Associates  Inc. vpolnick@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Veronica Ann Polnick

on behalf of Debtor FMO Healthcare Holdings  LLC vpolnick@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Veronica Ann Polnick

on behalf of Debtor FO Investments II  Inc. vpolnick@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Veronica Ann Polnick

on behalf of Debtor Envision Healthcare Clinical Research  Inc. vpolnick@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Veronica Ann Polnick

|  |  |
|---|---|
|  | on behalf of Debtor Envision Children's Healthcare Services of North Mississippi Inc. vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Veronica Ann Polnick | on behalf of Debtor Envision Healthcare Scientific Intelligence Inc. vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Veronica Ann Polnick | on behalf of Debtor EMSC ServicesCo LLC vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Veronica Ann Polnick | on behalf of Debtor Envision Anesthesia Services of Delaware Inc. vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Veronica Ann Polnick | on behalf of Debtor FM Healthcare Services Inc. vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Vienna Flores Anaya | on behalf of Debtor Anesthesiology Associates of Tallahassee Inc. vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com |
| Vienna Flores Anaya | on behalf of Debtor Anesthesiologists of Greater Orlando Inc. vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com |
| Vienna Flores Anaya | on behalf of Debtor AmSurg Torrance Inc. vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com |
| Vienna Flores Anaya | on behalf of Debtor Bethesda Anesthesia Associates Inc. vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com |
| Vienna Flores Anaya | on behalf of Debtor ASDH II LLC vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com |
| Vienna Flores Anaya | on behalf of Debtor Arizona Perinatal Care Centers LLC vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com |
| Vienna Flores Anaya | on behalf of Debtor Bay Area Anesthesia L.L.C. vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com |
| Vienna Flores Anaya | on behalf of Debtor Envision Healthcare Corporation vanaya@jw.com kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com |
| Vienna Flores Anaya | on behalf of Debtor Austin NSC LLC vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com |
| Vienna Flores Anaya | on behalf of Debtor AmSurg San Luis Obispo CA Inc. vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com |
| Vienna Flores Anaya | on behalf of Debtor ASDH I LLC vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com |
| Vienna Flores Anaya | on behalf of Debtor Austin NSC LP vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com |
| Vienna Flores Anaya | on behalf of Debtor AmSurg Temecula II Inc. vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com |
| Vienna Flores Anaya | on behalf of Debtor APH Laboratory Services Inc. vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com |
| Vienna Flores Anaya | on behalf of Debtor BestPractices Inc. vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com |
| Vienna Flores Anaya | on behalf of Debtor Apex Acquisition LLC vanaya@jw.com kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com |

District/off: 0541-4

Date Rcvd: May 16, 2023

TOTAL: 218

User: ADIuser

Form ID: pdf002

Page 12 of 12

Total Noticed: 23