United States Bankruptcy Court
Southern District of Texas

**ENTERED**
May 16, 2023
~~Nathan Ochsn~~er, Clerk

UNITED STATES BANKRUPTCY COURT   SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 23-90342 |
|---|---|---|---|
| Debtor | | In Re: | ENVISION HEALTHCARE CORPORATION, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Jacob A. Adlerstein<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Telephone: (212) 373-3142<br>jadlerstein@paulweiss.com<br>New York: 4619789 |
|---|---|

| Name of party applicant seeks to appear for: | Funds and accounts managed by Kohlberg Kravis Roberts & Co. L.P. |
|---|---|

| Has applicant been sanctioned by any bar association or court?  Yes _____   No __✔__ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 5/15/2023 | Signed: | /s/Jacob A. Adlerstein |
|---|---|---|

| The state bar reports that the applicant's status is: | Currently registered |
|---|---|
| Dated: 05/16/2023 | Clerk's signature: /s/ Z. Compean |

| **Order** | This lawyer is admitted *pro hac vice*. |
|---|---|

Signed: May 16, 2023

_____
Christopher Lopez
United States Bankruptcy Judge

United States Bankruptcy Court

Southern District of Texas

| | |
|---|---|
| In re: | Case No. 23-90342-cml |
| Envision Healthcare Corporation | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 1 of 12 |
| Date Rcvd: May 16, 2023 | Form ID: pdf002 | Total Noticed: 23 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Envision Healthcare Corporation, 1A Burton Hills Boulevard, Nashville, TN 37215-6187 |
| aty | + | Angela K. Herring, Wachtell, Lipton, Rosen & Katz, 51 West 52nd St, New York, NY 10019-6150 |
| aty | + | Anne G. Wallice, Kirland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | + | Anne I. Salomon, 300 North LaSalle St, Chicago, IL 60654, UNITED STATES 60654-3406 |
| aty | + | Annie Dreisbach, Kirkland & Ellis LLP, 300 North LaSalle St, Chicago, IL 60654, UNITED STATES 60654-5412 |
| aty | + | C. Lee Wilson, 200 Park Avenue, New York, NY 10166-0005 |
| aty | + | Casey James McGushin, Kirkland & Ellis LLP, 300 N. LaSalle, Chicago, IL 60654-5412 |
| aty | + | David M. Feldman, Gibson Dunn & Crutcher, 200 Park Avenue, New York, NY 10166-4799 |
| aty | + | Eli J. Vonnegut, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY 10017-3982 |
| aty | + | Gene S. Goldmintz, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY 10017-3982 |
| aty | | Gianfranco Finizio, Kilpatrick Townsend & Stockton LLP, 1114 Avenue of the Americas, NYC, NY 10036-7703 |
| aty | + | Jeffrey R. Goldfine, Kirkland & Ellis LLP, 601 Lexington Ave., New York, NY 10022, UNITED STATES 10022-4643 |
| aty | + | John R. Luze, Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654-5412 |
| aty | + | Joshua A. Sussberg, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | + | Joshua Greenblatt, 601 Lexington Ave., New York, NY 10022, UNITED STATES 10022-4611 |
| aty | + | Margaret Reiney, Kirkland & Ellis LLP, 601 Lexington Ave., New York, NY 10022-4643 |
| aty | | Mary Beth Maloney, 200 Park Avenue, New York, NY 10166-0005 |
| aty | + | Michael Pera, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY 10017-3982 |
| aty | + | Ruth Mulvihill, Kirkland & Ellis LLP, 300 North LaSalle St, Chicago, IL 60654, UNITED STATES 60654-5412 |
| aty | + | William Arnault, Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654-5412 |
| cr | + | AHS Staffing, c/o Liz George and Associates, Attn: Lysbeth L. George, 8101 S. Walker, Suite F, Oklahoma City, OK 73139-9406 |
| cr | | Envision Ad Hoc Group, c/o Gibson, Dunn & Crutcher LLP, 200 Park Avenue, New York, NY 10166-0005 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| op | + | Email/Text: EBN@primeclerk.com | May 16 2023 20:22:00 | Kroll Restructuring Administration LLC, (f/k/a Prime Clerk LLC), 55 East 52nd Street, 17th Floor, New York, NY 10055-0002 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ad Hoc Group of AmSurg Lenders |
| cr | | Ad Hoc Group of First Lien AmSurg Lenders |
| intp | | Ankura Trust Company, LLC, in its capacity as Envi |
| cr | | Citibank, N.A. |
| intp | | Credit Suisse AG, Cayman Islands Branch, as AmSurg |
| cr | | Funds and Accounts Managed by Kohlberg Kravis Robe |
| intp | | Gary Begeman, as Independent Director |
| cr | | HCA-EMS Holdings, LLC |
| cr | | Thermo Fisher Scientific |

| District/off: 0541-4 | User: ADIuser | Page 2 of 12 |
|---|---|---|
| Date Rcvd: May 16, 2023 | Form ID: pdf002 | Total Noticed: 23 |

cr              Wilmington Savings Fund Society, FSB

TOTAL: 10 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2023              Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron James Power | on behalf of Interested Party Credit Suisse AG  Cayman Islands Branch, as AmSurg RCF Agent apower@porterhedges.com, egarfias@porterhedges.com;ysanders@porterhedges.com |
| Beau Butler | on behalf of Debtor Medi-Bill of North Florida  Inc. bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Beau Butler | on behalf of Debtor Medical Information Management Solutions  LLC bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Beau Butler | on behalf of Debtor New Generations Babee Bag  Inc. bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Beau Butler | on behalf of Debtor Jupiter Healthcare  LLC bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Beau Butler | on behalf of Debtor MSO Newco  LLC bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Beau Butler | on behalf of Debtor Long Beach NSC  LLC bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Beau Butler | on behalf of Debtor NAC Properties  LLC bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Beau Butler | on behalf of Debtor North Florida Anesthesia Consultants  Inc. bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Beau Butler | on behalf of Debtor KMAC  Inc. bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Beau Butler | on behalf of Debtor Jupiter Anesthesia Associates  L.L.C. bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Beau Butler | on behalf of Debtor North Florida Perinatal Associates  Inc. bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Beau Butler | on behalf of Debtor Kenwood NSC  LLC bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Beau Butler | on behalf of Debtor MedAssociates  LLC bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |

District/off: 0541-4                        User: ADIuser                           Page 3 of 12
Date Rcvd: May 16, 2023                     Form ID: pdf002                         Total Noticed: 23

| | |
|---|---|
| Beau Butler | on behalf of Debtor Millennium Vision Surgical  LLC bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Beverly Weiss Manne | on behalf of Creditor Thermo Fisher Scientific bmanne@tuckerlaw.com |
| Bruce J Ruzinsky | on behalf of Debtor AmSurg San Antonio TX  Inc. bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com |
| Bruce J Ruzinsky | on behalf of Debtor AmSurg Temecula CA  Inc. bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com |
| Bruce J Ruzinsky | on behalf of Debtor AmSurg Physicians HoldCo  LLC bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com |
| Bruce J Ruzinsky | on behalf of Debtor AmSurg Ocala  Inc. bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com |
| Bruce J Ruzinsky | on behalf of Debtor AmSurg Northwest Florida  Inc. bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com |
| Bruce J Ruzinsky | on behalf of Debtor AmSurg Palmetto  Inc. bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com |
| Bruce J Ruzinsky | on behalf of Debtor AmSurg Scranton PA  Inc. bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com |
| Bruce J Ruzinsky | on behalf of Debtor AmSurg Oakland CA  Inc. bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com |
| Bruce J Ruzinsky | on behalf of Debtor AmSurg New Port Richey FL  Inc. bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com |
| Bruce J Ruzinsky | on behalf of Debtor AmSurg Physicians Arizona  LLC bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com |
| Bruce J Ruzinsky | on behalf of Debtor AmSurg Pottsville PA  LLC bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com |
| Bruce J Ruzinsky | on behalf of Debtor AmSurg Naples  Inc. bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com |
| Bruce J Ruzinsky | on behalf of Debtor AmSurg Suncoast  Inc. bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com |
| Charles A Beckham, Jr | on behalf of Interested Party Gary Begeman  as Independent Director charles.beckham@haynesboone.com, kenneth.rusinko@haynesboone.com |
| Christopher R. Bankler | on behalf of Debtor Partners in Medical Billing  Inc. cbankler@jw.com, kgradney@jw.com |
| Christopher R. Bankler | on behalf of Debtor Provider Account Management  Inc. cbankler@jw.com, kgradney@jw.com |
| Christopher R. Bankler | on behalf of Debtor Practice Account Management Services  LLC cbankler@jw.com, kgradney@jw.com |
| Christopher R. Bankler | on behalf of Debtor Physician Office Partners  Inc. cbankler@jw.com, kgradney@jw.com |
| Christopher R. Bankler | on behalf of Debtor Phoenix Physicians  LLC cbankler@jw.com, kgradney@jw.com |
| Christopher R. Bankler | on behalf of Debtor Northwood Anesthesia Associates  L.L.C. cbankler@jw.com, kgradney@jw.com |
| Christopher R. Bankler | on behalf of Debtor NSC West Palm  LLC cbankler@jw.com, kgradney@jw.com |
| Christopher R. Bankler | on behalf of Debtor NSC Healthcare  Inc. cbankler@jw.com, kgradney@jw.com |
| Christopher R. Bankler | on behalf of Debtor NSC RBO East  LLC cbankler@jw.com, kgradney@jw.com |
| Christopher R. Bankler | on behalf of Debtor Pinnacle Consultants Mid-Atlantic  L.L.C. cbankler@jw.com, kgradney@jw.com |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 4 of 12 |
| Date Rcvd: May 16, 2023 | Form ID: pdf002 | Total Noticed: 23 |

Christopher R. Bankler
    on behalf of Debtor Physician Account Management  Inc. cbankler@jw.com, kgradney@jw.com

Christopher R. Bankler
    on behalf of Debtor Proven Healthcare Solutions of New Jersey  LLC cbankler@jw.com, kgradney@jw.com

Christopher R. Bankler
    on behalf of Debtor Phoenix Business Systems  LLC cbankler@jw.com, kgradney@jw.com

Christopher R. Bankler
    on behalf of Debtor Parity Healthcare  Inc. cbankler@jw.com, kgradney@jw.com

Christopher Ross Travis
    on behalf of U.S. Trustee US Trustee C.Ross.Travis@usdoj.gov

Emily Meraia
    on behalf of Debtor AmSurg Melbourne  Inc. emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia
    on behalf of Debtor AmSurg Miami  Inc. emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia
    on behalf of Debtor AmSurg Maryville  Inc. emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia
    on behalf of Debtor AmSurg La Jolla  Inc. emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia
    on behalf of Debtor AmSurg Glendale  Inc. emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia
    on behalf of Debtor AmSurg Holdings  LLC emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia
    on behalf of Debtor AmSurg Glendora CA  Inc. emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia
    on behalf of Debtor AmSurg Kissimmee FL  Inc. emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia
    on behalf of Debtor AmSurg KEC  Inc. emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia
    on behalf of Debtor AmSurg Holdco  LLC emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia
    on behalf of Debtor AmSurg Lancaster PA  LLC emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia
    on behalf of Debtor AmSurg Hillmont  Inc. emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia
    on behalf of Debtor AmSurg Inglewood  Inc. emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia
    on behalf of Debtor AmSurg Main Line PA  LLC emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Genevieve Marie Graham
    on behalf of Debtor CMORx  LLC ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Genevieve Marie Graham
    on behalf of Debtor Discovery Clinical Research  Inc. ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Genevieve Marie Graham
    on behalf of Debtor Coastal Anesthesiology Consultants  LLC ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Genevieve Marie Graham
    on behalf of Debtor Clinical Partners Management Company  LLC ggraham@jw.com,

District/off: 0541-4                          User: ADIuser                              Page 5 of 12
Date Rcvd: May 16, 2023                       Form ID: pdf002                        Total Noticed: 23

| | |
|---|---|
| | dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Genevieve Marie Graham | on behalf of Debtor Doctors Billing Service  Inc. ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Genevieve Marie Graham | on behalf of Debtor Children's Anesthesia Associates  Inc. ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Genevieve Marie Graham | on behalf of Debtor Davis NSC  LLC ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Genevieve Marie Graham | on behalf of Debtor Coral Springs NSC  LLC ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Genevieve Marie Graham | on behalf of Debtor Centennial Emergency Physicians  LLC ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Genevieve Marie Graham | on behalf of Debtor Boca Anesthesia Service  Inc. ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Genevieve Marie Graham | on behalf of Debtor Bravo Reimbursement Specialist  L.L.C. ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Genevieve Marie Graham | on behalf of Debtor Chandler Emergency Medical Group  L.L.C. ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Genevieve Marie Graham | on behalf of Debtor Broad Midwest Anesthesia  LLC ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Genevieve Marie Graham | on behalf of Debtor Desert Mountain Consultants in Anesthesia  Inc. ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Ha Minh Nguyen | on behalf of U.S. Trustee US Trustee ha.nguyen@usdoj.gov |
| J Scott Rose | on behalf of Debtor Sheridan Children's Healthcare Services of Kentucky  Inc. srose@jw.com, kgradney@jw.com |
| J Scott Rose | on behalf of Debtor QRx Medical Management  LLC srose@jw.com, kgradney@jw.com |
| J Scott Rose | on behalf of Debtor Sheridan Children's Healthcare Services of Louisiana  Inc. srose@jw.com, kgradney@jw.com |
| J Scott Rose | on behalf of Debtor San Antonio NSC  LLC srose@jw.com, kgradney@jw.com |
| J Scott Rose | on behalf of Debtor Sheridan Anesthesia Services of Virginia  Inc. srose@jw.com, kgradney@jw.com |
| J Scott Rose | on behalf of Debtor Rose Radiology  LLC srose@jw.com, kgradney@jw.com |
| J Scott Rose | on behalf of Debtor Sheridan Anesthesia Services of Alabama  Inc. srose@jw.com, kgradney@jw.com |
| J Scott Rose | on behalf of Debtor Sheridan CADR Solutions  Inc. srose@jw.com, kgradney@jw.com |
| J Scott Rose | on behalf of Debtor Sheridan Children's Healthcare Services of Arizona  Inc. srose@jw.com, kgradney@jw.com |
| J Scott Rose | on behalf of Debtor Reimbursement Technologies  Inc. srose@jw.com, kgradney@jw.com |
| J Scott Rose | on behalf of Debtor Radstaffing Management Solutions  Inc. srose@jw.com, kgradney@jw.com |
| J Scott Rose | on behalf of Debtor Sheridan Anesthesia Services of Louisiana  Inc. srose@jw.com, kgradney@jw.com |
| J Scott Rose | on behalf of Debtor Sentinel Healthcare Services  LLC srose@jw.com, kgradney@jw.com |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 6 of 12 |
| Date Rcvd: May 16, 2023 | Form ID: pdf002 | Total Noticed: 23 |

J Scott Rose
    on behalf of Debtor Radiology Staffing Solutions  Inc. srose@jw.com, kgradney@jw.com

Javier Gonzalez, Jr
    on behalf of Debtor AmSurg EC Topeka  Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Javier Gonzalez, Jr
    on behalf of Debtor AmSurg Arcadia CA  Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Javier Gonzalez, Jr
    on behalf of Debtor Wilton NSC  LLC jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Javier Gonzalez, Jr
    on behalf of Debtor West Fairview Emergency Physicians  LLC jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Javier Gonzalez, Jr
    on behalf of Debtor AmSurg EC Centennial  Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Javier Gonzalez, Jr
    on behalf of Debtor Valley Clinical Research  Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Javier Gonzalez, Jr
    on behalf of Debtor Envision Healthcare Corporation jgonzalez@jw.com kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Javier Gonzalez, Jr
    on behalf of Debtor AmSurg Escondido CA  Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Javier Gonzalez, Jr
    on behalf of Debtor AmSurg Finance  Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Javier Gonzalez, Jr
    on behalf of Debtor AmSurg Burbank  Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Javier Gonzalez, Jr
    on behalf of Debtor AmSurg EC Santa Fe  Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Javier Gonzalez, Jr
    on behalf of Debtor AmSurg Colton CA  Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Javier Gonzalez, Jr
    on behalf of Debtor AmSurg EC Washington  Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Javier Gonzalez, Jr
    on behalf of Debtor AmSurg Crystal River  Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Javier Gonzalez, Jr
    on behalf of Debtor AmSurg EC St. Thomas  Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Javier Gonzalez, Jr
    on behalf of Debtor AmSurg EC Beaumont  Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Javier Gonzalez, Jr
    on behalf of Debtor Weston NSC  LLC jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Javier Gonzalez, Jr
    on behalf of Debtor AmSurg Fresno Endoscopy  Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Javier Gonzalez, Jr
    on behalf of Debtor AmSurg El Paso  Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Jennifer F Wertz
    on behalf of Debtor Sheridan ROP Services of Florida  Inc. jwertz@jw.com, kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Jennifer F Wertz
    on behalf of Debtor Sheridan Healthcare  LLC jwertz@jw.com,

kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Jennifer F Wertz

on behalf of Debtor Sheridan Healthcorp Inc. jwertz@jw.com, kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Jennifer F Wertz

on behalf of Debtor Sheridan Radiology Services Inc. jwertz@jw.com, kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Jennifer F Wertz

on behalf of Debtor Sheridan Hospitalist Services of Florida Inc. jwertz@jw.com, kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Jennifer F Wertz

on behalf of Debtor Sheridan Healthy Hearing Services Inc. jwertz@jw.com, kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Jennifer F Wertz

on behalf of Debtor Sheridan Holdings Inc. jwertz@jw.com, kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Jennifer F Wertz

on behalf of Debtor Sheridan Healthcorp of California Inc. jwertz@jw.com, kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Jennifer F Wertz

on behalf of Debtor Sheridan ROP Services of Virginia Inc. jwertz@jw.com, kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Jennifer F Wertz

on behalf of Debtor SHI II LLC jwertz@jw.com, kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Jennifer F Wertz

on behalf of Debtor Sheridan InvestCo LLC jwertz@jw.com, kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Jennifer F Wertz

on behalf of Debtor Sheridan Radiology Management Services Inc. jwertz@jw.com, kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Jennifer F Wertz

on behalf of Debtor Sheridan ROP Services of Alabama Inc. jwertz@jw.com, kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Jennifer F Wertz

on behalf of Debtor Sheridan Leadership Academy Inc. jwertz@jw.com, kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

John David Cornwell

on behalf of Creditor Envision Ad Hoc Group jcornwell@munsch.com hvalentine@munsch.com;CourtMail@munsch.com

John F Higgins, IV

on behalf of Interested Party Credit Suisse AG Cayman Islands Branch, as AmSurg RCF Agent jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John Machir Stull

on behalf of Debtor Healthcare Administrative Services Inc. mstull@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;azuniga@jw.com;steso@jw.com;jpupo@jw.com

John Machir Stull

on behalf of Debtor Greater Florida Anesthesiologists LLC mstull@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;azuniga@jw.com;steso@jw.com;jpupo@jw.com

John Machir Stull

on behalf of Debtor FO Investments Inc. mstull@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;azuniga@jw.com;steso@jw.com;jpupo@jw.com

John Machir Stull

on behalf of Debtor Holiday Acquisition Company Inc. mstull@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;azuniga@jw.com;steso@jw.com;jpupo@jw.com

John Machir Stull

on behalf of Debtor Imaging Advantage LLC mstull@jw.com kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;azuniga@jw.com;steso@jw.com;jpupo@jw.com

John Machir Stull

on behalf of Debtor Infinity Healthcare Inc. mstull@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;azuniga@jw.com;steso@jw.com;jpupo@jw.com

John Machir Stull

on behalf of Debtor Hawkeye Holdco LLC mstull@jw.com

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 8 of 12 |
| Date Rcvd: May 16, 2023 | Form ID: pdf002 | Total Noticed: 23 |

kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;azuniga@jw.com;steso@jw.com;jpupo@jw.com

John Machir Stull
    on behalf of Debtor Global Surgical Partners  Inc. mstull@jw.com,
    kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;azuniga@jw.com;steso@jw.com;jpupo@jw.com

John Machir Stull
    on behalf of Debtor Illinois NSC  Inc. mstull@jw.com,
    kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;azuniga@jw.com;steso@jw.com;jpupo@jw.com

John Machir Stull
    on behalf of Debtor Fullerton NSC  LLC mstull@jw.com,
    kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;azuniga@jw.com;steso@jw.com;jpupo@jw.com

John Machir Stull
    on behalf of Debtor Gynecologic Oncology Associates  Inc. mstull@jw.com,
    kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;azuniga@jw.com;steso@jw.com;jpupo@jw.com

John Machir Stull
    on behalf of Debtor FO Investments III  Inc. mstull@jw.com,
    kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;azuniga@jw.com;steso@jw.com;jpupo@jw.com

John Machir Stull
    on behalf of Debtor ISelect Healthcare LLC mstull@jw.com
    kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;azuniga@jw.com;steso@jw.com;jpupo@jw.com

John Machir Stull
    on behalf of Debtor Jacksonville Beaches Anesthesia Associates  Inc. mstull@jw.com,
    kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;azuniga@jw.com;steso@jw.com;jpupo@jw.com

John R Ashmead
    on behalf of Creditor Wilmington Savings Fund Society  FSB ashmead@sewkis.com, managingclerkoffice@sewkis.com

Keith Richard Martorana
    on behalf of Creditor Envision Ad Hoc Group kmartorana@gibsondunn.com

Kristhy M Peguero
    on behalf of Debtor EmCare Physician Providers  Inc. kpeguero@jw.com,
    kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Kristhy M Peguero
    on behalf of Debtor Emergency Medical Services LLC kpeguero@jw.com
    kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Kristhy M Peguero
    on behalf of Debtor EmCare Physician Services  Inc. kpeguero@jw.com,
    kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Kristhy M Peguero
    on behalf of Debtor EmCare Holdings  LLC kpeguero@jw.com,
    kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Kristhy M Peguero
    on behalf of Debtor EDIMS  L.L.C. kpeguero@jw.com,
    kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Kristhy M Peguero
    on behalf of Debtor Drs. Ellis  Rojas, Ross & Debs, Inc. kpeguero@jw.com,
    kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Kristhy M Peguero
    on behalf of Debtor Emergency Medicine Education Systems  Inc. kpeguero@jw.com,
    kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Kristhy M Peguero
    on behalf of Debtor EmCare Holdco  LLC kpeguero@jw.com,
    kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Kristhy M Peguero
    on behalf of Debtor EmCare of California  Inc. kpeguero@jw.com,
    kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Kristhy M Peguero
    on behalf of Debtor EmCare Anesthesia Providers  Inc. kpeguero@jw.com,
    kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Kristhy M Peguero
    on behalf of Debtor EMS Management LLC kpeguero@jw.com
    kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Kristhy M Peguero
    on behalf of Debtor EmCare  LLC kpeguero@jw.com,
    kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

District/off: 0541-4 | User: ADIuser | Page 9 of 12
Date Rcvd: May 16, 2023 | Form ID: pdf002 | Total Noticed: 23

Kristhy M Peguero
    on behalf of Debtor EHR Management Co. kpeguero@jw.com
    kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Kristhy M Peguero
    on behalf of Debtor ED Solutions  LLC kpeguero@jw.com,
    kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Lysbeth Lou George
    on behalf of Creditor AHS Staffing liz@georgelawok.com  karen@georgelawok.com

Mark Curtis Taylor
    on behalf of Creditor HCA-EMS Holdings  LLC mark.taylor@hklaw.com,
    tammy.greenblum@wallerlaw.com;annmarie.jezisek@wallerlaw.com

Matthew D Cavenaugh
    on behalf of Debtor All Women's Healthcare of Dade  Inc. mcavenaugh@jw.com,
    kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Matthew D Cavenaugh
    on behalf of Debtor All Women's Healthcare  Inc. mcavenaugh@jw.com,
    kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Matthew D Cavenaugh
    on behalf of Debtor Alpha Physician Resources  L.L.C. mcavenaugh@jw.com,
    kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Matthew D Cavenaugh
    on behalf of Debtor Affilion  Inc. mcavenaugh@jw.com,
    kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Matthew D Cavenaugh
    on behalf of Debtor All Women's Healthcare Services  Inc. mcavenaugh@jw.com,
    kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Matthew D Cavenaugh
    on behalf of Debtor All Women's Healthcare of West Broward  Inc. mcavenaugh@jw.com,
    kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Matthew D Cavenaugh
    on behalf of Debtor AllegiantMD  Inc. mcavenaugh@jw.com,
    kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Matthew D Cavenaugh
    on behalf of Debtor AmSurg Anesthesia Management Services  LLC mcavenaugh@jw.com,
    kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Matthew D Cavenaugh
    on behalf of Debtor All Women's Healthcare of Sawgrass  Inc. mcavenaugh@jw.com,
    kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Matthew D Cavenaugh
    on behalf of Debtor All Women's Healthcare Holdings  Inc. mcavenaugh@jw.com,
    kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Matthew D Cavenaugh
    on behalf of Debtor AmSurg Abilene Eye  Inc. mcavenaugh@jw.com,
    kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Matthew D Cavenaugh
    on behalf of Debtor American Emergency Physicians Management  Inc. mcavenaugh@jw.com,
    kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Matthew D Cavenaugh
    on behalf of Debtor AmSurg Abilene  Inc. mcavenaugh@jw.com,
    kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Matthew D Cavenaugh
    on behalf of Debtor AmSurg Altamonte Springs FL  Inc. mcavenaugh@jw.com,
    kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Michael A. Garza
    on behalf of Creditor Ad Hoc Group of First Lien AmSurg Lenders mgarza@velaw.com

Michael Anthony Drab
    on behalf of Debtor Sheridan Healthcare of Missouri  Inc. mdrab@jw.com, kgradney@jw.com

Michael Anthony Drab
    on behalf of Debtor Sheridan Children's Healthcare Services of New Mexico  Inc. mdrab@jw.com, kgradney@jw.com

Michael Anthony Drab
    on behalf of Debtor Sheridan Healthcare of Vermont  Inc. mdrab@jw.com, kgradney@jw.com

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 10 of 12 |
| Date Rcvd: May 16, 2023 | Form ID: pdf002 | Total Noticed: 23 |

Michael Anthony Drab
    on behalf of Debtor Sheridan Healthcare of Louisiana Inc. mdrab@jw.com, kgradney@jw.com

Michael Anthony Drab
    on behalf of Debtor Sheridan Emergency Physician Services of North Missouri Inc. mdrab@jw.com, kgradney@jw.com

Michael Anthony Drab
    on behalf of Debtor Sheridan Children's Healthcare Services of Ohio Inc. mdrab@jw.com, kgradney@jw.com

Michael Anthony Drab
    on behalf of Debtor Sheridan Healthcare of Virginia Inc. mdrab@jw.com, kgradney@jw.com

Michael Anthony Drab
    on behalf of Debtor Sheridan Emergency Physician Services of Missouri Inc. mdrab@jw.com, kgradney@jw.com

Michael Anthony Drab
    on behalf of Debtor Sheridan Children's Healthcare Services Inc. mdrab@jw.com, kgradney@jw.com

Michael Anthony Drab
    on behalf of Debtor Sheridan Children's Healthcare Services of Virginia Inc. mdrab@jw.com, kgradney@jw.com

Michael Anthony Drab
    on behalf of Debtor Sheridan Children's Services of Alabama Inc. mdrab@jw.com, kgradney@jw.com

Michael Anthony Drab
    on behalf of Debtor Sheridan Healthcare of West Virginia Inc. mdrab@jw.com, kgradney@jw.com

Michael Anthony Drab
    on behalf of Debtor Sheridan Emergency Physician Services of South Florida Inc. mdrab@jw.com, kgradney@jw.com

Michael Anthony Drab
    on behalf of Debtor Sheridan Emergency Physician Services Inc. mdrab@jw.com, kgradney@jw.com

Nicole Greenblatt
    on behalf of Debtor Envision Healthcare Corporation ngreenblatt@kirkland.com

Paul E Heath
    on behalf of Creditor Ad Hoc Group of First Lien AmSurg Lenders pheath@velaw.com

Philip M. Guffy
    on behalf of Creditor Citibank N.A. pguffy@huntonak.com

Rebecca Blake Chaikin
    on behalf of Debtor AmSurg LLC rchaikin@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Rebecca Blake Chaikin
    on behalf of Debtor Acute Management LLC rchaikin@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Rebecca Blake Chaikin
    on behalf of Debtor Envision Healthcare Corporation rchaikin@jw.com kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Robert Bernard Bruner
    on behalf of Creditor Funds and Accounts Managed by Kohlberg Kravis Roberts & Co. L.P. bob.bruner@nortonrosefulbright.com

Timothy Alvin Davidson, II
    on behalf of Creditor Citibank N.A. taddavidson@andrewskurth.com

Todd C Meyers
    on behalf of Interested Party Ankura Trust Company LLC, in its capacity as Envision Term Loan Facility Agent tmeyers@kilpatricktownsend.com, kmoynihan@kilpatricktownsend.com;gfinizio@kilpatricktownsend.com;jborey@kilpatricktownsend.com

US Trustee
    USTPRegion07.HU.ECF@USDOJ.GOV

Veronica Ann Polnick
    on behalf of Debtor FM Healthcare Services Inc. vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Veronica Ann Polnick
    on behalf of Debtor Evolution Mobile Imaging LLC vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Veronica Ann Polnick
    on behalf of Debtor Envision Physician Services LLC vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Veronica Ann Polnick
    on behalf of Debtor Enterprise Parent Holdings Inc. vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

| | |
|---|---|
| Veronica Ann Polnick | on behalf of Debtor Envision Anesthesia Services of Sierra Vista  Inc. vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Veronica Ann Polnick | on behalf of Debtor Flamingo Anesthesia Associates  Inc. vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Veronica Ann Polnick | on behalf of Debtor FMO Healthcare Holdings  LLC vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Veronica Ann Polnick | on behalf of Debtor FO Investments II  Inc. vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Veronica Ann Polnick | on behalf of Debtor Envision Healthcare Clinical Research  Inc. vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Veronica Ann Polnick | on behalf of Debtor Envision Children's Healthcare Services of North Mississippi  Inc. vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Veronica Ann Polnick | on behalf of Debtor Envision Healthcare Scientific Intelligence  Inc. vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Veronica Ann Polnick | on behalf of Debtor EMSC ServicesCo  LLC vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Veronica Ann Polnick | on behalf of Debtor Envision Anesthesia Services of Delaware  Inc. vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Victoria Nicole Argeroplos | on behalf of Debtor St. Lucie Anesthesia Associates  LLC vargeroplos@jw.com, msalinas@jw.com;kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Victoria Nicole Argeroplos | on behalf of Debtor Tiva Healthcare  Inc. vargeroplos@jw.com, msalinas@jw.com;kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Victoria Nicole Argeroplos | on behalf of Debtor Towson NSC  LLC vargeroplos@jw.com, msalinas@jw.com;kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Victoria Nicole Argeroplos | on behalf of Debtor Sunbeam Asset LLC vargeroplos@jw.com msalinas@jw.com;kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Victoria Nicole Argeroplos | on behalf of Debtor Southeast Perinatal Associates  Inc. vargeroplos@jw.com, msalinas@jw.com;kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Victoria Nicole Argeroplos | on behalf of Debtor Spotlight Holdco LLC vargeroplos@jw.com msalinas@jw.com;kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Victoria Nicole Argeroplos | on behalf of Debtor Tampa Bay NSC  LLC vargeroplos@jw.com, msalinas@jw.com;kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Victoria Nicole Argeroplos | on behalf of Debtor Streamlined Medical Solutions LLC vargeroplos@jw.com msalinas@jw.com;kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Victoria Nicole Argeroplos | on behalf of Debtor Sun Devil Acquisition LLC vargeroplos@jw.com msalinas@jw.com;kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Victoria Nicole Argeroplos | on behalf of Debtor Tennessee Valley Neonatology  Inc. vargeroplos@jw.com, msalinas@jw.com;kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Victoria Nicole Argeroplos | on behalf of Debtor Templeton Readings  LLC vargeroplos@jw.com, msalinas@jw.com;kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Victoria Nicole Argeroplos | on behalf of Debtor Valley Anesthesiology Consultants  Inc. vargeroplos@jw.com, msalinas@jw.com;kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 12 of 12 |
| Date Rcvd: May 16, 2023 | Form ID: pdf002 | Total Noticed: 23 |

Victoria Nicole Argeroplos
    on behalf of Debtor Twin Falls NSC  LLC vargeroplos@jw.com, msalinas@jw.com;kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Victoria Nicole Argeroplos
    on behalf of Debtor Torrance NSC  LLC vargeroplos@jw.com, msalinas@jw.com;kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Vienna Flores Anaya
    on behalf of Debtor Anesthesiology Associates of Tallahassee  Inc. vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com

Vienna Flores Anaya
    on behalf of Debtor Anesthesiologists of Greater Orlando  Inc. vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com

Vienna Flores Anaya
    on behalf of Debtor AmSurg Torrance  Inc. vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com

Vienna Flores Anaya
    on behalf of Debtor Bethesda Anesthesia Associates  Inc. vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com

Vienna Flores Anaya
    on behalf of Debtor ASDH II  LLC vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com

Vienna Flores Anaya
    on behalf of Debtor Arizona Perinatal Care Centers  LLC vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com

Vienna Flores Anaya
    on behalf of Debtor Bay Area Anesthesia  L.L.C. vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com

Vienna Flores Anaya
    on behalf of Debtor Envision Healthcare Corporation vanaya@jw.com kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com

Vienna Flores Anaya
    on behalf of Debtor Austin NSC  LLC vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com

Vienna Flores Anaya
    on behalf of Debtor AmSurg San Luis Obispo CA  Inc. vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com

Vienna Flores Anaya
    on behalf of Debtor ASDH I  LLC vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com

Vienna Flores Anaya
    on behalf of Debtor Austin NSC  LP vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com

Vienna Flores Anaya
    on behalf of Debtor AmSurg Temecula II  Inc. vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com

Vienna Flores Anaya
    on behalf of Debtor APH Laboratory Services  Inc. vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com

Vienna Flores Anaya
    on behalf of Debtor BestPractices  Inc. vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com

Vienna Flores Anaya
    on behalf of Debtor Apex Acquisition LLC vanaya@jw.com kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com

TOTAL: 237