United States Bankruptcy Court
Southern District of Texas
**ENTERED**
May 16, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| | | | |
|---|---|---|---|
| Division | Houston | Main Case Number | 23-90342 (CML) |
| Debtor | In Re: | Envision Healthcare Corporation, et al. | |

This lawyer, who is admitted to the State Bar of   New York  :

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Michael W. Price<br>Milbank LLP<br>55 Hudson Yards<br>New York, NY 10001<br>(212) 530-5577, mprice@milbank.com<br>New York Bar No.4918488 |

Seeks to appear as the attorney for this party:

| Ad Hoc Group of AmSurg Lenders |
|---|
| Dated: May 15, 2023    Signed: /s/ Michael W. Price |

| COURT USE ONLY: The applicant's state bar reports their status as: Currently registered . |
|---|
| Dated: 05/16/2023    Signed: /s/ Z. Compean<br>Deputy Clerk |

### Order

This lawyer is admitted *pro hac vice*.

Signed: May 16, 2023

Christopher Lopez
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

In re:  Case No. 23-90342-cml
Envision Healthcare Corporation  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0541-4     User: ADIuser     Page 1 of 13
Date Rcvd: May 16, 2023     Form ID: pdf002     Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Envision Healthcare Corporation, 1A Burton Hills Boulevard, Nashville, TN 37215-6187 |
| aty | + | Angela K. Herring, Wachtell, Lipton, Rosen & Katz, 51 West 52nd St, New York, NY 10019-6150 |
| aty | + | Anne G. Wallice, Kirland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | + | Anne I. Salomon, 300 North LaSalle St, Chicago, IL 60654, UNITED STATES 60654-3406 |
| aty | + | Annie Dreisbach, Kirkland & Ellis LLP, 300 North LaSalle St, Chicago, IL 60654, UNITED STATES 60654-5412 |
| aty | + | Brian Bolin, Paul, Weiss, Rifkind, Wharton & Garrison, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| aty | + | Brian Hermann, Paul, Weiss, Rifkind, Wharton & Garrison, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| aty | + | C. Lee Wilson, 200 Park Avenue, New York, NY 10166-0005 |
| aty | + | Casey James McGushin, Kirkland & Ellis LLP, 300 N. LaSalle, Chicago, IL 60654-5412 |
| aty | + | David M. Feldman, Gibson Dunn & Crutcher, 200 Park Avenue, New York, NY 10166-4799 |
| aty | + | Eli J. Vonnegut, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY 10017-3982 |
| aty | + | Gene S. Goldmintz, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY 10017-3982 |
| aty | | Gianfranco Finizio, Kilpatrick Townsend & Stockton LLP, 1114 Avenue of the Americas, NYC, NY 10036-7703 |
| aty | + | Jeffrey R. Goldfine, Kirkland & Ellis LLP, 601 Lexington Ave., New York, NY 10022, UNITED STATES 10022-4643 |
| aty | + | John R. Luze, Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654-5412 |
| aty | + | John R. Sobolewski, Wachtell, Lipton, Rosen & Katz, 51 West 52nd Street, New York, NY 10019, UNITED STATES 10019-6150 |
| aty | + | Joshua A. Feltman, Wachtell, Lipton, Rosen & Katz, 51 West 52nd Street, New York, NY 10019-6150 |
| aty | + | Joshua A. Sussberg, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | + | Joshua Greenblatt, 601 Lexington Ave., New York, NY 10022, UNITED STATES 10022-4611 |
| aty | + | Karen R. Zeituni, Paul, Weiss, Rifkind, Wharton & Garrison, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| aty | + | Margaret Reiney, Kirkland & Ellis LLP, 601 Lexington Ave., New York, NY 10022-4643 |
| aty | | Mary Beth Maloney, 200 Park Avenue, New York, NY 10166-0005 |
| aty | + | Michael Pera, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY 10017-3982 |
| aty | + | Ruth Mulvihill, Kirkland & Ellis LLP, 300 North LaSalle St, Chicago, IL 60654, UNITED STATES 60654-5412 |
| aty | + | William Arnault, Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654-5412 |
| cr | + | AHS Staffing, c/o Liz George and Associates, Attn: Lysbeth L. George, 8101 S. Walker, Suite F, Oklahoma City, OK 73139-9406 |
| cr | | Envision Ad Hoc Group, c/o Gibson, Dunn & Crutcher LLP, 200 Park Avenue, New York, NY 10166-0005 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| op | + Email/Text: EBN@primeclerk.com | May 16 2023 20:22:00 | Kroll Restructuring Administration LLC, (f/k/a Prime Clerk LLC), 55 East 52nd Street, 17th Floor, New York, NY 10055-0002 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ad Hoc Group of AmSurg Lenders |
| cr | | Ad Hoc Group of First Lien AmSurg Lenders |
| intp | | Ankura Trust Company, LLC, in its capacity as Envi |
| cr | | Citibank, N.A. |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 2 of 13 |
| Date Rcvd: May 16, 2023 | Form ID: pdf002 | Total Noticed: 28 |

| | |
|---|---|
| intp | Credit Suisse AG, Cayman Islands Branch, as AmSurg |
| cr | Funds and Accounts Managed by Kohlberg Kravis Robe |
| intp | Gary Begeman, as Independent Director |
| cr | HCA-EMS Holdings, LLC |
| cr | Thermo Fisher Scientific |
| cr | Wilmington Savings Fund Society, FSB |

TOTAL: 10 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2023                              Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron James Power | on behalf of Interested Party Credit Suisse AG Cayman Islands Branch, as AmSurg RCF Agent apower@porterhedges.com, egarfias@porterhedges.com;ysanders@porterhedges.com |
| Beau Butler | on behalf of Debtor Millennium Vision Surgical LLC bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Beau Butler | on behalf of Debtor Medi-Bill of North Florida Inc. bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Beau Butler | on behalf of Debtor Medical Information Management Solutions LLC bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Beau Butler | on behalf of Debtor New Generations Babee Bag Inc. bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Beau Butler | on behalf of Debtor Jupiter Healthcare LLC bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Beau Butler | on behalf of Debtor MSO Newco LLC bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Beau Butler | on behalf of Debtor Long Beach NSC LLC bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Beau Butler | on behalf of Debtor NAC Properties LLC bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Beau Butler | on behalf of Debtor North Florida Anesthesia Consultants Inc. bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Beau Butler | on behalf of Debtor KMAC Inc. bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Beau Butler | on behalf of Debtor Jupiter Anesthesia Associates L.L.C. bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |

District/off: 0541-4 User: ADIuser Page 3 of 13
Date Rcvd: May 16, 2023 Form ID: pdf002 Total Noticed: 28

Beau Butler
    on behalf of Debtor North Florida Perinatal Associates  Inc. bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Beau Butler
    on behalf of Debtor Kenwood NSC  LLC bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Beau Butler
    on behalf of Debtor MedAssociates  LLC bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Beverly Weiss Manne
    on behalf of Creditor Thermo Fisher Scientific bmanne@tuckerlaw.com

Bruce J Ruzinsky
    on behalf of Debtor AmSurg San Antonio TX  Inc. bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Bruce J Ruzinsky
    on behalf of Debtor AmSurg Temecula CA  Inc. bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Bruce J Ruzinsky
    on behalf of Debtor AmSurg Physicians HoldCo  LLC bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Bruce J Ruzinsky
    on behalf of Debtor AmSurg Ocala  Inc. bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Bruce J Ruzinsky
    on behalf of Debtor AmSurg Northwest Florida  Inc. bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Bruce J Ruzinsky
    on behalf of Debtor AmSurg Palmetto  Inc. bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Bruce J Ruzinsky
    on behalf of Debtor AmSurg Scranton PA  Inc. bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Bruce J Ruzinsky
    on behalf of Debtor AmSurg Oakland CA  Inc. bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Bruce J Ruzinsky
    on behalf of Debtor AmSurg New Port Richey FL  Inc. bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Bruce J Ruzinsky
    on behalf of Debtor AmSurg Physicians Arizona  LLC bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Bruce J Ruzinsky
    on behalf of Debtor AmSurg Pottsville PA  LLC bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Bruce J Ruzinsky
    on behalf of Debtor AmSurg Naples  Inc. bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Bruce J Ruzinsky
    on behalf of Debtor AmSurg Suncoast  Inc. bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Charles A Beckham, Jr
    on behalf of Interested Party Gary Begeman  as Independent Director charles.beckham@haynesboone.com, kenneth.rusinko@haynesboone.com

Christopher R. Bankler
    on behalf of Debtor Partners in Medical Billing  Inc. cbankler@jw.com, kgradney@jw.com

Christopher R. Bankler
    on behalf of Debtor Provider Account Management  Inc. cbankler@jw.com, kgradney@jw.com

Christopher R. Bankler
    on behalf of Debtor Practice Account Management Services  LLC cbankler@jw.com, kgradney@jw.com

Christopher R. Bankler
    on behalf of Debtor Physician Office Partners  Inc. cbankler@jw.com, kgradney@jw.com

Christopher R. Bankler
    on behalf of Debtor Phoenix Physicians  LLC cbankler@jw.com, kgradney@jw.com

Christopher R. Bankler
    on behalf of Debtor Northwood Anesthesia Associates  L.L.C. cbankler@jw.com, kgradney@jw.com

Christopher R. Bankler
    on behalf of Debtor NSC West Palm  LLC cbankler@jw.com, kgradney@jw.com

Christopher R. Bankler
    on behalf of Debtor NSC Healthcare  Inc. cbankler@jw.com, kgradney@jw.com

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 4 of 13 |
| Date Rcvd: May 16, 2023 | Form ID: pdf002 | Total Noticed: 28 |

Christopher R. Bankler
    on behalf of Debtor NSC RBO East  LLC cbankler@jw.com, kgradney@jw.com

Christopher R. Bankler
    on behalf of Debtor Pinnacle Consultants Mid-Atlantic  L.L.C. cbankler@jw.com, kgradney@jw.com

Christopher R. Bankler
    on behalf of Debtor Physician Account Management  Inc. cbankler@jw.com, kgradney@jw.com

Christopher R. Bankler
    on behalf of Debtor Proven Healthcare Solutions of New Jersey  LLC cbankler@jw.com, kgradney@jw.com

Christopher R. Bankler
    on behalf of Debtor Phoenix Business Systems  LLC cbankler@jw.com, kgradney@jw.com

Christopher R. Bankler
    on behalf of Debtor Parity Healthcare  Inc. cbankler@jw.com, kgradney@jw.com

Christopher Ross Travis
    on behalf of U.S. Trustee US Trustee C.Ross.Travis@usdoj.gov

Emil A. Kleinhaus
    on behalf of Creditor Ad Hoc Group of First Lien AmSurg Lenders eakleinhaus@wlrk.com

Emily Meraia
    on behalf of Debtor AmSurg Melbourne  Inc. emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia
    on behalf of Debtor AmSurg Miami  Inc. emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia
    on behalf of Debtor AmSurg Maryville  Inc. emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia
    on behalf of Debtor AmSurg La Jolla  Inc. emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia
    on behalf of Debtor AmSurg Glendale  Inc. emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia
    on behalf of Debtor AmSurg Holdings  LLC emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia
    on behalf of Debtor AmSurg Glendora CA  Inc. emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia
    on behalf of Debtor AmSurg Kissimmee FL  Inc. emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia
    on behalf of Debtor AmSurg KEC  Inc. emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia
    on behalf of Debtor AmSurg Holdco  LLC emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia
    on behalf of Debtor AmSurg Lancaster PA  LLC emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia
    on behalf of Debtor AmSurg Hillmont  Inc. emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia
    on behalf of Debtor AmSurg Inglewood  Inc. emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia
    on behalf of Debtor AmSurg Main Line PA  LLC emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Genevieve Marie Graham
    on behalf of Debtor Desert Mountain Consultants in Anesthesia  Inc. ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Genevieve Marie Graham

| | |
|---|---|
| Genevieve Marie Graham | on behalf of Debtor CMORx LLC ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Genevieve Marie Graham | on behalf of Debtor Discovery Clinical Research Inc. ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Genevieve Marie Graham | on behalf of Debtor Coastal Anesthesiology Consultants LLC ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Genevieve Marie Graham | on behalf of Debtor Clinical Partners Management Company LLC ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Genevieve Marie Graham | on behalf of Debtor Doctors Billing Service Inc. ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Genevieve Marie Graham | on behalf of Debtor Children's Anesthesia Associates Inc. ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Genevieve Marie Graham | on behalf of Debtor Davis NSC LLC ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Genevieve Marie Graham | on behalf of Debtor Coral Springs NSC LLC ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Genevieve Marie Graham | on behalf of Debtor Centennial Emergency Physicians LLC ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Genevieve Marie Graham | on behalf of Debtor Boca Anesthesia Service Inc. ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Genevieve Marie Graham | on behalf of Debtor Bravo Reimbursement Specialist L.L.C. ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Genevieve Marie Graham | on behalf of Debtor Chandler Emergency Medical Group L.L.C. ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Genevieve Marie Graham | on behalf of Debtor Broad Midwest Anesthesia LLC ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Ha Minh Nguyen | on behalf of U.S. Trustee US Trustee ha.nguyen@usdoj.gov |
| J Scott Rose | on behalf of Debtor Radiology Staffing Solutions Inc. srose@jw.com, kgradney@jw.com |
| J Scott Rose | on behalf of Debtor Sheridan Children's Healthcare Services of Kentucky Inc. srose@jw.com, kgradney@jw.com |
| J Scott Rose | on behalf of Debtor QRx Medical Management LLC srose@jw.com, kgradney@jw.com |
| J Scott Rose | on behalf of Debtor Sheridan Children's Healthcare Services of Louisiana Inc. srose@jw.com, kgradney@jw.com |
| J Scott Rose | on behalf of Debtor San Antonio NSC LLC srose@jw.com, kgradney@jw.com |
| J Scott Rose | on behalf of Debtor Sheridan Anesthesia Services of Virginia Inc. srose@jw.com, kgradney@jw.com |
| J Scott Rose | on behalf of Debtor Rose Radiology LLC srose@jw.com, kgradney@jw.com |
| J Scott Rose | on behalf of Debtor Sheridan Anesthesia Services of Alabama Inc. srose@jw.com, kgradney@jw.com |
| J Scott Rose | on behalf of Debtor Sheridan CADR Solutions Inc. srose@jw.com, kgradney@jw.com |
| J Scott Rose | on behalf of Debtor Sheridan Children's Healthcare Services of Arizona Inc. srose@jw.com, kgradney@jw.com |

District/off: 0541-4                         User: ADIuser                              Page 6 of 13
Date Rcvd: May 16, 2023                 Form ID: pdf002                             Total Noticed: 28

| | |
|---|---|
| J Scott Rose | on behalf of Debtor Reimbursement Technologies Inc. srose@jw.com, kgradney@jw.com |
| J Scott Rose | on behalf of Debtor Radstaffing Management Solutions Inc. srose@jw.com, kgradney@jw.com |
| J Scott Rose | on behalf of Debtor Sheridan Anesthesia Services of Louisiana Inc. srose@jw.com, kgradney@jw.com |
| J Scott Rose | on behalf of Debtor Sentinel Healthcare Services LLC srose@jw.com, kgradney@jw.com |
| Javier Gonzalez, Jr | on behalf of Debtor AmSurg EC Topeka Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Javier Gonzalez, Jr | on behalf of Debtor AmSurg Arcadia CA Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Javier Gonzalez, Jr | on behalf of Debtor Wilton NSC LLC jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Javier Gonzalez, Jr | on behalf of Debtor West Fairview Emergency Physicians LLC jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Javier Gonzalez, Jr | on behalf of Debtor AmSurg EC Centennial Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Javier Gonzalez, Jr | on behalf of Debtor Valley Clinical Research Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Javier Gonzalez, Jr | on behalf of Debtor Envision Healthcare Corporation jgonzalez@jw.com kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Javier Gonzalez, Jr | on behalf of Debtor AmSurg Escondido CA Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Javier Gonzalez, Jr | on behalf of Debtor AmSurg Finance Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Javier Gonzalez, Jr | on behalf of Debtor AmSurg Burbank Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Javier Gonzalez, Jr | on behalf of Debtor AmSurg EC Santa Fe Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Javier Gonzalez, Jr | on behalf of Debtor AmSurg Colton CA Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Javier Gonzalez, Jr | on behalf of Debtor AmSurg EC Washington Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Javier Gonzalez, Jr | on behalf of Debtor AmSurg Crystal River Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Javier Gonzalez, Jr | on behalf of Debtor AmSurg EC St. Thomas Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Javier Gonzalez, Jr | on behalf of Debtor AmSurg EC Beaumont Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Javier Gonzalez, Jr | on behalf of Debtor Weston NSC LLC jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Javier Gonzalez, Jr | on behalf of Debtor AmSurg Fresno Endoscopy Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Javier Gonzalez, Jr | |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 7 of 13 |
| Date Rcvd: May 16, 2023 | Form ID: pdf002 | Total Noticed: 28 |

        on behalf of Debtor AmSurg El Paso  Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Jennifer F Wertz
        on behalf of Debtor Sheridan ROP Services of Florida  Inc. jwertz@jw.com, kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Jennifer F Wertz
        on behalf of Debtor Sheridan Healthcare  LLC jwertz@jw.com, kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Jennifer F Wertz
        on behalf of Debtor Sheridan Healthcorp  Inc. jwertz@jw.com, kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Jennifer F Wertz
        on behalf of Debtor Sheridan Radiology Services  Inc. jwertz@jw.com, kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Jennifer F Wertz
        on behalf of Debtor Sheridan Hospitalist Services of Florida  Inc. jwertz@jw.com, kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Jennifer F Wertz
        on behalf of Debtor Sheridan Healthy Hearing Services  Inc. jwertz@jw.com, kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Jennifer F Wertz
        on behalf of Debtor Sheridan Holdings  Inc. jwertz@jw.com, kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Jennifer F Wertz
        on behalf of Debtor Sheridan Healthcorp of California  Inc. jwertz@jw.com, kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Jennifer F Wertz
        on behalf of Debtor Sheridan ROP Services of Virginia  Inc. jwertz@jw.com, kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Jennifer F Wertz
        on behalf of Debtor SHI II  LLC jwertz@jw.com, kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Jennifer F Wertz
        on behalf of Debtor Sheridan InvestCo  LLC jwertz@jw.com, kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Jennifer F Wertz
        on behalf of Debtor Sheridan Radiology Management Services  Inc. jwertz@jw.com, kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Jennifer F Wertz
        on behalf of Debtor Sheridan ROP Services of Alabama  Inc. jwertz@jw.com, kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Jennifer F Wertz
        on behalf of Debtor Sheridan Leadership Academy  Inc. jwertz@jw.com, kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

John David Cornwell
        on behalf of Creditor Envision Ad Hoc Group jcornwell@munsch.com  hvalentine@munsch.com;CourtMail@munsch.com

John F Higgins, IV
        on behalf of Interested Party Credit Suisse AG  Cayman Islands Branch, as AmSurg RCF Agent jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John Machir Stull
        on behalf of Debtor Jacksonville Beaches Anesthesia Associates  Inc. mstull@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;azuniga@jw.com;steso@jw.com;jpupo@jw.com

John Machir Stull
        on behalf of Debtor Healthcare Administrative Services  Inc. mstull@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;azuniga@jw.com;steso@jw.com;jpupo@jw.com

John Machir Stull
        on behalf of Debtor Greater Florida Anesthesiologists  LLC mstull@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;azuniga@jw.com;steso@jw.com;jpupo@jw.com

John Machir Stull
        on behalf of Debtor FO Investments  Inc. mstull@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;azuniga@jw.com;steso@jw.com;jpupo@jw.com

John Machir Stull

Case 23-90342   Document 199   Filed in TXSB on 05/18/23   Page 9 of 14

| District/off: 0541-4 | User: ADIuser | Page 8 of 13 |
| --- | --- | --- |
| Date Rcvd: May 16, 2023 | Form ID: pdf002 | Total Noticed: 28 |

| | |
| --- | --- |
| | on behalf of Debtor Holiday Acquisition Company Inc. mstull@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;azuniga@jw.com;steso@jw.com;jpupo@jw.com |
| John Machir Stull | on behalf of Debtor Imaging Advantage LLC mstull@jw.com kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;azuniga@jw.com;steso@jw.com;jpupo@jw.com |
| John Machir Stull | on behalf of Debtor Infinity Healthcare Inc. mstull@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;azuniga@jw.com;steso@jw.com;jpupo@jw.com |
| John Machir Stull | on behalf of Debtor Hawkeye Holdco LLC mstull@jw.com kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;azuniga@jw.com;steso@jw.com;jpupo@jw.com |
| John Machir Stull | on behalf of Debtor Global Surgical Partners Inc. mstull@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;azuniga@jw.com;steso@jw.com;jpupo@jw.com |
| John Machir Stull | on behalf of Debtor Illinois NSC Inc. mstull@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;azuniga@jw.com;steso@jw.com;jpupo@jw.com |
| John Machir Stull | on behalf of Debtor Fullerton NSC LLC mstull@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;azuniga@jw.com;steso@jw.com;jpupo@jw.com |
| John Machir Stull | on behalf of Debtor Gynecologic Oncology Associates Inc. mstull@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;azuniga@jw.com;steso@jw.com;jpupo@jw.com |
| John Machir Stull | on behalf of Debtor FO Investments III Inc. mstull@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;azuniga@jw.com;steso@jw.com;jpupo@jw.com |
| John Machir Stull | on behalf of Debtor ISelect Healthcare LLC mstull@jw.com kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;azuniga@jw.com;steso@jw.com;jpupo@jw.com |
| John R Ashmead | on behalf of Creditor Wilmington Savings Fund Society FSB ashmead@sewkis.com, managingclerkoffice@sewkis.com |
| Keith Richard Martorana | on behalf of Creditor Envision Ad Hoc Group kmartorana@gibsondunn.com |
| Kristhy M Peguero | on behalf of Debtor EmCare Physician Providers Inc. kpeguero@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Kristhy M Peguero | on behalf of Debtor Emergency Medical Services LLC kpeguero@jw.com kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Kristhy M Peguero | on behalf of Debtor EmCare Physician Services Inc. kpeguero@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Kristhy M Peguero | on behalf of Debtor EmCare Holdings LLC kpeguero@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Kristhy M Peguero | on behalf of Debtor EDIMS L.L.C. kpeguero@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Kristhy M Peguero | on behalf of Debtor Drs. Ellis Rojas, Ross & Debs, Inc. kpeguero@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Kristhy M Peguero | on behalf of Debtor Emergency Medicine Education Systems Inc. kpeguero@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Kristhy M Peguero | on behalf of Debtor EmCare Holdco LLC kpeguero@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Kristhy M Peguero | on behalf of Debtor EmCare of California Inc. kpeguero@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Kristhy M Peguero | on behalf of Debtor EmCare Anesthesia Providers Inc. kpeguero@jw.com, |

|  |  |
|---|---|
|  | kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Kristhy M Peguero | on behalf of Debtor EMS Management LLC kpeguero@jw.com<br>kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Kristhy M Peguero | on behalf of Debtor EmCare LLC kpeguero@jw.com,<br>kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Kristhy M Peguero | on behalf of Debtor EHR Management Co. kpeguero@jw.com<br>kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Kristhy M Peguero | on behalf of Debtor ED Solutions LLC kpeguero@jw.com,<br>kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Lysbeth Lou George | on behalf of Creditor AHS Staffing liz@georgelawok.com  karen@georgelawok.com |
| Mark Curtis Taylor | on behalf of Creditor HCA-EMS Holdings LLC mark.taylor@hklaw.com,<br>tammy.greenblum@wallerlaw.com;annmarie.jezisek@wallerlaw.com |
| Matthew D Cavenaugh | on behalf of Debtor All Women's Healthcare of Dade Inc. mcavenaugh@jw.com,<br>kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Matthew D Cavenaugh | on behalf of Debtor All Women's Healthcare Inc. mcavenaugh@jw.com,<br>kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Matthew D Cavenaugh | on behalf of Debtor Alpha Physician Resources L.L.C. mcavenaugh@jw.com,<br>kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Matthew D Cavenaugh | on behalf of Debtor Affilion Inc. mcavenaugh@jw.com,<br>kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Matthew D Cavenaugh | on behalf of Debtor All Women's Healthcare Services Inc. mcavenaugh@jw.com,<br>kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Matthew D Cavenaugh | on behalf of Debtor All Women's Healthcare of West Broward Inc. mcavenaugh@jw.com,<br>kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Matthew D Cavenaugh | on behalf of Debtor AllegiantMD Inc. mcavenaugh@jw.com,<br>kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Matthew D Cavenaugh | on behalf of Debtor AmSurg Anesthesia Management Services LLC mcavenaugh@jw.com,<br>kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Matthew D Cavenaugh | on behalf of Debtor All Women's Healthcare of Sawgrass Inc. mcavenaugh@jw.com,<br>kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Matthew D Cavenaugh | on behalf of Debtor All Women's Healthcare Holdings Inc. mcavenaugh@jw.com,<br>kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Matthew D Cavenaugh | on behalf of Debtor AmSurg Abilene Eye Inc. mcavenaugh@jw.com,<br>kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Matthew D Cavenaugh | on behalf of Debtor American Emergency Physicians Management Inc. mcavenaugh@jw.com,<br>kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Matthew D Cavenaugh | on behalf of Debtor AmSurg Abilene Inc. mcavenaugh@jw.com,<br>kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Matthew D Cavenaugh | on behalf of Debtor AmSurg Altamonte Springs FL Inc. mcavenaugh@jw.com,<br>kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Michael A. Garza | on behalf of Creditor Ad Hoc Group of First Lien AmSurg Lenders mgarza@velaw.com |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 10 of 13 |
| Date Rcvd: May 16, 2023 | Form ID: pdf002 | Total Noticed: 28 |

Michael Anthony Drab
    on behalf of Debtor Sheridan Healthcare of Missouri Inc. mdrab@jw.com, kgradney@jw.com

Michael Anthony Drab
    on behalf of Debtor Sheridan Children's Healthcare Services of New Mexico Inc. mdrab@jw.com, kgradney@jw.com

Michael Anthony Drab
    on behalf of Debtor Sheridan Healthcare of Vermont Inc. mdrab@jw.com, kgradney@jw.com

Michael Anthony Drab
    on behalf of Debtor Sheridan Healthcare of Louisiana Inc. mdrab@jw.com, kgradney@jw.com

Michael Anthony Drab
    on behalf of Debtor Sheridan Emergency Physician Services of North Missouri Inc. mdrab@jw.com, kgradney@jw.com

Michael Anthony Drab
    on behalf of Debtor Sheridan Children's Healthcare Services of Ohio Inc. mdrab@jw.com, kgradney@jw.com

Michael Anthony Drab
    on behalf of Debtor Sheridan Healthcare of Virginia Inc. mdrab@jw.com, kgradney@jw.com

Michael Anthony Drab
    on behalf of Debtor Sheridan Emergency Physician Services of Missouri Inc. mdrab@jw.com, kgradney@jw.com

Michael Anthony Drab
    on behalf of Debtor Sheridan Children's Healthcare Services Inc. mdrab@jw.com, kgradney@jw.com

Michael Anthony Drab
    on behalf of Debtor Sheridan Children's Healthcare Services of Virginia Inc. mdrab@jw.com, kgradney@jw.com

Michael Anthony Drab
    on behalf of Debtor Sheridan Children's Services of Alabama Inc. mdrab@jw.com, kgradney@jw.com

Michael Anthony Drab
    on behalf of Debtor Sheridan Healthcare of West Virginia Inc. mdrab@jw.com, kgradney@jw.com

Michael Anthony Drab
    on behalf of Debtor Sheridan Emergency Physician Services of South Florida Inc. mdrab@jw.com, kgradney@jw.com

Michael Anthony Drab
    on behalf of Debtor Sheridan Emergency Physician Services Inc. mdrab@jw.com, kgradney@jw.com

Nicole Greenblatt
    on behalf of Debtor Envision Healthcare Corporation ngreenblatt@kirkland.com

Paul E Heath
    on behalf of Creditor Ad Hoc Group of First Lien AmSurg Lenders pheath@velaw.com

Philip M. Guffy
    on behalf of Creditor Citibank N.A. pguffy@huntonak.com

Rebecca Blake Chaikin
    on behalf of Debtor AmSurg LLC rchaikin@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Rebecca Blake Chaikin
    on behalf of Debtor Acute Management LLC rchaikin@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Rebecca Blake Chaikin
    on behalf of Debtor Envision Healthcare Corporation rchaikin@jw.com kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Robert Bernard Bruner
    on behalf of Creditor Funds and Accounts Managed by Kohlberg Kravis Roberts & Co. L.P. bob.bruner@nortonrosefulbright.com

Timothy Alvin Davidson, II
    on behalf of Creditor Citibank N.A. taddavidson@andrewskurth.com

Todd C Meyers
    on behalf of Interested Party Ankura Trust Company LLC, in its capacity as Envision Term Loan Facility Agent tmeyers@kilpatricktownsend.com, kmoynihan@kilpatricktownsend.com;gfinizio@kilpatricktownsend.com;jborey@kilpatricktownsend.com

US Trustee
    USTPRegion07.HU.ECF@USDOJ.GOV

Veronica Ann Polnick
    on behalf of Debtor FM Healthcare Services Inc. vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Veronica Ann Polnick
    on behalf of Debtor Evolution Mobile Imaging LLC vpolnick@jw.com,

Case 23-90342   Document 199   Filed in TXSB on 05/18/23   Page 12 of 14

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 11 of 13 |
| Date Rcvd: May 16, 2023 | Form ID: pdf002 | Total Noticed: 28 |

| | |
|---|---|
| | kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Veronica Ann Polnick | on behalf of Debtor Envision Physician Services  LLC vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Veronica Ann Polnick | on behalf of Debtor Enterprise Parent Holdings  Inc. vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Veronica Ann Polnick | on behalf of Debtor Envision Anesthesia Services of Sierra Vista  Inc. vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Veronica Ann Polnick | on behalf of Debtor Flamingo Anesthesia Associates  Inc. vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Veronica Ann Polnick | on behalf of Debtor FMO Healthcare Holdings  LLC vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Veronica Ann Polnick | on behalf of Debtor FO Investments II  Inc. vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Veronica Ann Polnick | on behalf of Debtor Envision Healthcare Clinical Research  Inc. vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Veronica Ann Polnick | on behalf of Debtor Envision Children's Healthcare Services of North Mississippi  Inc. vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Veronica Ann Polnick | on behalf of Debtor Envision Healthcare Scientific Intelligence  Inc. vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Veronica Ann Polnick | on behalf of Debtor EMSC ServicesCo  LLC vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Veronica Ann Polnick | on behalf of Debtor Envision Anesthesia Services of Delaware  Inc. vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Victoria Nicole Argeroplos | on behalf of Debtor Torrance NSC  LLC vargeroplos@jw.com, msalinas@jw.com;kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Victoria Nicole Argeroplos | on behalf of Debtor St. Lucie Anesthesia Associates  LLC vargeroplos@jw.com, msalinas@jw.com;kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Victoria Nicole Argeroplos | on behalf of Debtor Tiva Healthcare  Inc. vargeroplos@jw.com, msalinas@jw.com;kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Victoria Nicole Argeroplos | on behalf of Debtor Towson NSC  LLC vargeroplos@jw.com, msalinas@jw.com;kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Victoria Nicole Argeroplos | on behalf of Debtor Sunbeam Asset LLC vargeroplos@jw.com msalinas@jw.com;kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Victoria Nicole Argeroplos | on behalf of Debtor Southeast Perinatal Associates  Inc. vargeroplos@jw.com, msalinas@jw.com;kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Victoria Nicole Argeroplos | on behalf of Debtor Spotlight Holdco LLC vargeroplos@jw.com msalinas@jw.com;kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Victoria Nicole Argeroplos | on behalf of Debtor Tampa Bay NSC  LLC vargeroplos@jw.com, msalinas@jw.com;kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Victoria Nicole Argeroplos | on behalf of Debtor Streamlined Medical Solutions LLC vargeroplos@jw.com msalinas@jw.com;kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Victoria Nicole Argeroplos | |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 12 of 13 |
| Date Rcvd: May 16, 2023 | Form ID: pdf002 | Total Noticed: 28 |

|  |  |
|---|---|
|  | on behalf of Debtor Sun Devil Acquisition LLC vargeroplos@jw.com msalinas@jw.com;kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Victoria Nicole Argeroplos | on behalf of Debtor Tennessee Valley Neonatology  Inc. vargeroplos@jw.com, msalinas@jw.com;kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Victoria Nicole Argeroplos | on behalf of Debtor Templeton Readings  LLC vargeroplos@jw.com, msalinas@jw.com;kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Victoria Nicole Argeroplos | on behalf of Debtor Valley Anesthesiology Consultants  Inc. vargeroplos@jw.com, msalinas@jw.com;kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Victoria Nicole Argeroplos | on behalf of Debtor Twin Falls NSC  LLC vargeroplos@jw.com, msalinas@jw.com;kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Vienna Flores Anaya | on behalf of Debtor Anesthesiology Associates of Tallahassee  Inc. vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com |
| Vienna Flores Anaya | on behalf of Debtor Anesthesiologists of Greater Orlando  Inc. vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com |
| Vienna Flores Anaya | on behalf of Debtor AmSurg Torrance  Inc. vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com |
| Vienna Flores Anaya | on behalf of Debtor Bethesda Anesthesia Associates  Inc. vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com |
| Vienna Flores Anaya | on behalf of Debtor ASDH II  LLC vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com |
| Vienna Flores Anaya | on behalf of Debtor Arizona Perinatal Care Centers  LLC vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com |
| Vienna Flores Anaya | on behalf of Debtor Bay Area Anesthesia  L.L.C. vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com |
| Vienna Flores Anaya | on behalf of Debtor Envision Healthcare Corporation vanaya@jw.com kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com |
| Vienna Flores Anaya | on behalf of Debtor Austin NSC  LLC vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com |
| Vienna Flores Anaya | on behalf of Debtor AmSurg San Luis Obispo CA  Inc. vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com |
| Vienna Flores Anaya | on behalf of Debtor ASDH I  LLC vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com |
| Vienna Flores Anaya | on behalf of Debtor Austin NSC  LP vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com |
| Vienna Flores Anaya | on behalf of Debtor AmSurg Temecula II  Inc. vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com |
| Vienna Flores Anaya | on behalf of Debtor APH Laboratory Services  Inc. vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com |
| Vienna Flores Anaya | on behalf of Debtor BestPractices  Inc. vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com |
| Vienna Flores Anaya | on behalf of Debtor Apex Acquisition LLC vanaya@jw.com kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com |

District/off: 0541-4 User: ADIuser Page 13 of 13
Date Rcvd: May 16, 2023 Form ID: pdf002 Total Noticed: 28
TOTAL: 238