United States Bankruptcy Court
Southern District of Texas

**ENTERED**
May 16, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT  SOUTHERN DISTRICT OF TEXAS

# MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 23-90342 |
|---|---|---|---|
| Debtor | In Re: Envision Healthcare Corporation, *et al.* | | |

This lawyer, who is admitted to the State Bar of New York:

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | David Z. Schwartz<br>Cleary Gottlieb Stein & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006<br>212-225-2000<br>NY 5498522 |

Seeks to appear as the attorney for this party: HCA-EMS Holdings, LLC

| Dated: 5/15/23 | Signed: /s/ David Z. Schwartz |
|---|---|

COURT USE ONLY: The applicant's state bar reports their status as: Currently registered .

| Dated: 05/16/2023 | Signed: /s/ Z. Compean<br>Deputy Clerk |
|---|---|

### Order

This lawyer is admitted *pro hac vice*.

Signed: May 16, 2023

Christopher Lopez
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

In re:  Case No. 23-90342-cml
Envision Healthcare Corporation  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0541-4      User: ADIuser      Page 1 of 13
Date Rcvd: May 16, 2023      Form ID: pdf002      Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Envision Healthcare Corporation, 1A Burton Hills Boulevard, Nashville, TN 37215-6187 |
| aty | + | Angela K. Herring, Wachtell, Lipton, Rosen & Katz, 51 West 52nd St, New York, NY 10019-6150 |
| aty | + | Anne G. Wallice, Kirland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | + | Anne I. Salomon, 300 North LaSalle St, Chicago, IL 60654, UNITED STATES 60654-3406 |
| aty | + | Annie Dreisbach, Kirkland & Ellis LLP, 300 North LaSalle St, Chicago, IL 60654, UNITED STATES 60654-5412 |
| aty | + | Brian Bolin, Paul, Weiss, Rifkind, Wharton & Garrison, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| aty | + | Brian Hermann, Paul, Weiss, Rifkind, Wharton & Garrison, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| aty | + | C. Lee Wilson, 200 Park Avenue, New York, NY 10166-0005 |
| aty | + | Casey James McGushin, Kirkland & Ellis LLP, 300 N. LaSalle, Chicago, IL 60654-5412 |
| aty | + | David M. Feldman, Gibson Dunn & Crutcher, 200 Park Avenue, New York, NY 10166-4799 |
| aty | + | David Z. Schwartz, Cleary Gottlieb Stein & Hamilton LLP, One Liberty Plaza, New York, NY 10006-1404 |
| aty | + | Dennis F Dunne, Milbank Tweed Hadley McCloy, 55 Hudson Yards, New York, NY 10001-2163 |
| aty | + | Eli J. Vonnegut, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY 10017-3982 |
| aty | + | Gene S. Goldmintz, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY 10017-3982 |
| aty | | Gianfranco Finizio, Kilpatrick Townsend & Stockton LLP, 1114 Avenue of the Americas, NYC, NY 10036-7703 |
| aty | + | Jeffrey R. Goldfine, Kirkland & Ellis LLP, 601 Lexington Ave., New York, NY 10022, UNITED STATES 10022-4643 |
| aty | + | John R. Luze, Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654-5412 |
| aty | + | John R. Sobolewski, Wachtell, Lipton, Rosen & Katz, 51 West 52nd Street, New York, NY 10019, UNITED STATES 10019-6150 |
| aty | + | Joshua A. Feltman, Wachtell, Lipton, Rosen & Katz, 51 West 52nd Street, New York, NY 10019-6150 |
| aty | + | Joshua A. Sussberg, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | + | Joshua Greenblatt, 601 Lexington Ave., New York, NY 10022, UNITED STATES 10022-4611 |
| aty | + | Karen R. Zeituni, Paul, Weiss, Rifkind, Wharton & Garrison, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| aty | + | Margaret Reiney, Kirkland & Ellis LLP, 601 Lexington Ave., New York, NY 10022-4643 |
| aty | | Mary Beth Maloney, 200 Park Avenue, New York, NY 10166-0005 |
| aty | + | Michael Pera, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY 10017-3982 |
| aty | + | Ruth Mulvihill, Kirkland & Ellis LLP, 300 North LaSalle St, Chicago, IL 60654, UNITED STATES 60654-5412 |
| aty | + | William Arnault, Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654-5412 |
| cr | + | AHS Staffing, c/o Liz George and Associates, Attn: Lysbeth L. George, 8101 S. Walker, Suite F, Oklahoma City, OK 73139-9406 |
| cr | | Envision Ad Hoc Group, c/o Gibson, Dunn & Crutcher LLP, 200 Park Avenue, New York, NY 10166-0005 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| op | + | Email/Text: EBN@primeclerk.com | May 16 2023 20:22:00 | Kroll Restructuring Administration LLC, (f/k/a Prime Clerk LLC), 55 East 52nd Street, 17th Floor, New York, NY 10055-0002 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ad Hoc Group of AmSurg Lenders |
| cr | | Ad Hoc Group of First Lien AmSurg Lenders |

| | |
|---|---|
| intp | Ankura Trust Company, LLC, in its capacity as Envi |
| cr   | Citibank, N.A. |
| intp | Credit Suisse AG, Cayman Islands Branch, as AmSurg |
| cr   | Funds and Accounts Managed by Kohlberg Kravis Robe |
| intp | Gary Begeman, as Independent Director |
| cr   | HCA-EMS Holdings, LLC |
| cr   | Thermo Fisher Scientific |
| cr   | Wilmington Savings Fund Society, FSB |

TOTAL: 10 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 18, 2023            Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron James Power | on behalf of Interested Party Credit Suisse AG  Cayman Islands Branch, as AmSurg RCF Agent apower@porterhedges.com, egarfias@porterhedges.com;ysanders@porterhedges.com |
| Beau Butler | on behalf of Debtor Millennium Vision Surgical  LLC bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Beau Butler | on behalf of Debtor Medi-Bill of North Florida  Inc. bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Beau Butler | on behalf of Debtor Medical Information Management Solutions  LLC bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Beau Butler | on behalf of Debtor New Generations Babee Bag  Inc. bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Beau Butler | on behalf of Debtor Jupiter Healthcare  LLC bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Beau Butler | on behalf of Debtor MSO Newco  LLC bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Beau Butler | on behalf of Debtor Long Beach NSC  LLC bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Beau Butler | on behalf of Debtor NAC Properties  LLC bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Beau Butler | on behalf of Debtor North Florida Anesthesia Consultants  Inc. bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Beau Butler | on behalf of Debtor KMAC  Inc. bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |

District/off: 0541-4 User: ADIuser Page 3 of 13
Date Rcvd: May 16, 2023 Form ID: pdf002 Total Noticed: 30

| | |
|---|---|
| Beau Butler | on behalf of Debtor Jupiter Anesthesia Associates L.L.C. bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Beau Butler | on behalf of Debtor North Florida Perinatal Associates Inc. bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Beau Butler | on behalf of Debtor Kenwood NSC LLC bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Beau Butler | on behalf of Debtor MedAssociates LLC bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Beverly Weiss Manne | on behalf of Creditor Thermo Fisher Scientific bmanne@tuckerlaw.com |
| Bruce J Ruzinsky | on behalf of Debtor AmSurg San Antonio TX Inc. bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com |
| Bruce J Ruzinsky | on behalf of Debtor AmSurg Temecula CA Inc. bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com |
| Bruce J Ruzinsky | on behalf of Debtor AmSurg Physicians HoldCo LLC bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com |
| Bruce J Ruzinsky | on behalf of Debtor AmSurg Ocala Inc. bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com |
| Bruce J Ruzinsky | on behalf of Debtor AmSurg Northwest Florida Inc. bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com |
| Bruce J Ruzinsky | on behalf of Debtor AmSurg Palmetto Inc. bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com |
| Bruce J Ruzinsky | on behalf of Debtor AmSurg Scranton PA Inc. bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com |
| Bruce J Ruzinsky | on behalf of Debtor AmSurg Oakland CA Inc. bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com |
| Bruce J Ruzinsky | on behalf of Debtor AmSurg New Port Richey FL Inc. bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com |
| Bruce J Ruzinsky | on behalf of Debtor AmSurg Physicians Arizona LLC bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com |
| Bruce J Ruzinsky | on behalf of Debtor AmSurg Pottsville PA LLC bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com |
| Bruce J Ruzinsky | on behalf of Debtor AmSurg Naples Inc. bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com |
| Bruce J Ruzinsky | on behalf of Debtor AmSurg Suncoast Inc. bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com |
| Charles A Beckham, Jr | on behalf of Interested Party Gary Begeman as Independent Director charles.beckham@haynesboone.com, kenneth.rusinko@haynesboone.com |
| Christopher R. Bankler | on behalf of Debtor Partners in Medical Billing Inc. cbankler@jw.com, kgradney@jw.com |
| Christopher R. Bankler | on behalf of Debtor Provider Account Management Inc. cbankler@jw.com, kgradney@jw.com |
| Christopher R. Bankler | on behalf of Debtor Practice Account Management Services LLC cbankler@jw.com, kgradney@jw.com |
| Christopher R. Bankler | on behalf of Debtor Physician Office Partners Inc. cbankler@jw.com, kgradney@jw.com |
| Christopher R. Bankler | on behalf of Debtor Phoenix Physicians LLC cbankler@jw.com, kgradney@jw.com |
| Christopher R. Bankler | on behalf of Debtor Northwood Anesthesia Associates L.L.C. cbankler@jw.com, kgradney@jw.com |
| Christopher R. Bankler | |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 4 of 13 |
| Date Rcvd: May 16, 2023 | Form ID: pdf002 | Total Noticed: 30 |

on behalf of Debtor NSC West Palm LLC cbankler@jw.com, kgradney@jw.com

Christopher R. Bankler

on behalf of Debtor NSC Healthcare Inc. cbankler@jw.com, kgradney@jw.com

Christopher R. Bankler

on behalf of Debtor NSC RBO East LLC cbankler@jw.com, kgradney@jw.com

Christopher R. Bankler

on behalf of Debtor Pinnacle Consultants Mid-Atlantic L.L.C. cbankler@jw.com, kgradney@jw.com

Christopher R. Bankler

on behalf of Debtor Physician Account Management Inc. cbankler@jw.com, kgradney@jw.com

Christopher R. Bankler

on behalf of Debtor Proven Healthcare Solutions of New Jersey LLC cbankler@jw.com, kgradney@jw.com

Christopher R. Bankler

on behalf of Debtor Phoenix Business Systems LLC cbankler@jw.com, kgradney@jw.com

Christopher R. Bankler

on behalf of Debtor Parity Healthcare Inc. cbankler@jw.com, kgradney@jw.com

Christopher Ross Travis

on behalf of U.S. Trustee US Trustee C.Ross.Travis@usdoj.gov

Emil A. Kleinhaus

on behalf of Creditor Ad Hoc Group of First Lien AmSurg Lenders eakleinhaus@wlrk.com

Emily Meraia

on behalf of Debtor AmSurg Melbourne Inc. emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia

on behalf of Debtor AmSurg Miami Inc. emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia

on behalf of Debtor AmSurg Maryville Inc. emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia

on behalf of Debtor AmSurg La Jolla Inc. emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia

on behalf of Debtor AmSurg Glendale Inc. emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia

on behalf of Debtor AmSurg Holdings LLC emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia

on behalf of Debtor AmSurg Glendora CA Inc. emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia

on behalf of Debtor AmSurg Kissimmee FL Inc. emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia

on behalf of Debtor AmSurg KEC Inc. emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia

on behalf of Debtor AmSurg Holdco LLC emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia

on behalf of Debtor AmSurg Lancaster PA LLC emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia

on behalf of Debtor AmSurg Hillmont Inc. emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia

on behalf of Debtor AmSurg Inglewood Inc. emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia

on behalf of Debtor AmSurg Main Line PA LLC emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

| | |
|---|---|
| Genevieve Marie Graham | on behalf of Debtor Desert Mountain Consultants in Anesthesia  Inc. ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Genevieve Marie Graham | on behalf of Debtor CMORx  LLC ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Genevieve Marie Graham | on behalf of Debtor Discovery Clinical Research  Inc. ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Genevieve Marie Graham | on behalf of Debtor Coastal Anesthesiology Consultants  LLC ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Genevieve Marie Graham | on behalf of Debtor Clinical Partners Management Company  LLC ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Genevieve Marie Graham | on behalf of Debtor Doctors Billing Service  Inc. ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Genevieve Marie Graham | on behalf of Debtor Children's Anesthesia Associates  Inc. ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Genevieve Marie Graham | on behalf of Debtor Davis NSC  LLC ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Genevieve Marie Graham | on behalf of Debtor Coral Springs NSC  LLC ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Genevieve Marie Graham | on behalf of Debtor Centennial Emergency Physicians  LLC ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Genevieve Marie Graham | on behalf of Debtor Boca Anesthesia Service  Inc. ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Genevieve Marie Graham | on behalf of Debtor Bravo Reimbursement Specialist  L.L.C. ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Genevieve Marie Graham | on behalf of Debtor Chandler Emergency Medical Group  L.L.C. ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Genevieve Marie Graham | on behalf of Debtor Broad Midwest Anesthesia  LLC ggraham@jw.com, dtrevino@jw.com;kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Ha Minh Nguyen | on behalf of U.S. Trustee US Trustee ha.nguyen@usdoj.gov |
| J Scott Rose | on behalf of Debtor Sentinel Healthcare Services  LLC srose@jw.com, kgradney@jw.com |
| J Scott Rose | on behalf of Debtor Radiology Staffing Solutions  Inc. srose@jw.com, kgradney@jw.com |
| J Scott Rose | on behalf of Debtor Sheridan Children's Healthcare Services of Kentucky  Inc. srose@jw.com, kgradney@jw.com |
| J Scott Rose | on behalf of Debtor QRx Medical Management  LLC srose@jw.com, kgradney@jw.com |
| J Scott Rose | on behalf of Debtor Sheridan Children's Healthcare Services of Louisiana  Inc. srose@jw.com, kgradney@jw.com |
| J Scott Rose | on behalf of Debtor San Antonio NSC  LLC srose@jw.com, kgradney@jw.com |
| J Scott Rose | on behalf of Debtor Sheridan Anesthesia Services of Virginia  Inc. srose@jw.com, kgradney@jw.com |
| J Scott Rose | on behalf of Debtor Rose Radiology  LLC srose@jw.com, kgradney@jw.com |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 6 of 13 |
| Date Rcvd: May 16, 2023 | Form ID: pdf002 | Total Noticed: 30 |

J Scott Rose
    on behalf of Debtor Sheridan Anesthesia Services of Alabama  Inc. srose@jw.com, kgradney@jw.com

J Scott Rose
    on behalf of Debtor Sheridan CADR Solutions  Inc. srose@jw.com, kgradney@jw.com

J Scott Rose
    on behalf of Debtor Sheridan Children's Healthcare Services of Arizona  Inc. srose@jw.com, kgradney@jw.com

J Scott Rose
    on behalf of Debtor Reimbursement Technologies  Inc. srose@jw.com, kgradney@jw.com

J Scott Rose
    on behalf of Debtor Radstaffing Management Solutions  Inc. srose@jw.com, kgradney@jw.com

J Scott Rose
    on behalf of Debtor Sheridan Anesthesia Services of Louisiana  Inc. srose@jw.com, kgradney@jw.com

Javier Gonzalez, Jr
    on behalf of Debtor AmSurg EC Topeka  Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Javier Gonzalez, Jr
    on behalf of Debtor AmSurg Arcadia CA  Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Javier Gonzalez, Jr
    on behalf of Debtor Wilton NSC  LLC jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Javier Gonzalez, Jr
    on behalf of Debtor West Fairview Emergency Physicians  LLC jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Javier Gonzalez, Jr
    on behalf of Debtor AmSurg EC Centennial  Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Javier Gonzalez, Jr
    on behalf of Debtor Valley Clinical Research  Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Javier Gonzalez, Jr
    on behalf of Debtor Envision Healthcare Corporation jgonzalez@jw.com kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Javier Gonzalez, Jr
    on behalf of Debtor AmSurg Escondido CA  Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Javier Gonzalez, Jr
    on behalf of Debtor AmSurg Finance  Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Javier Gonzalez, Jr
    on behalf of Debtor AmSurg Burbank  Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Javier Gonzalez, Jr
    on behalf of Debtor AmSurg EC Santa Fe  Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Javier Gonzalez, Jr
    on behalf of Debtor AmSurg Colton CA  Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Javier Gonzalez, Jr
    on behalf of Debtor AmSurg EC Washington  Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Javier Gonzalez, Jr
    on behalf of Debtor AmSurg Crystal River  Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Javier Gonzalez, Jr
    on behalf of Debtor AmSurg EC St. Thomas  Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Javier Gonzalez, Jr
    on behalf of Debtor AmSurg EC Beaumont  Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Javier Gonzalez, Jr
    on behalf of Debtor Weston NSC  LLC jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 7 of 13 |
| Date Rcvd: May 16, 2023 | Form ID: pdf002 | Total Noticed: 30 |

Javier Gonzalez, Jr
    on behalf of Debtor AmSurg Fresno Endoscopy  Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Javier Gonzalez, Jr
    on behalf of Debtor AmSurg El Paso  Inc. jgonzalez@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Jennifer F Wertz
    on behalf of Debtor Sheridan ROP Services of Florida  Inc. jwertz@jw.com, kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Jennifer F Wertz
    on behalf of Debtor Sheridan Healthcare  LLC jwertz@jw.com, kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Jennifer F Wertz
    on behalf of Debtor Sheridan Healthcorp  Inc. jwertz@jw.com, kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Jennifer F Wertz
    on behalf of Debtor Sheridan Radiology Services  Inc. jwertz@jw.com, kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Jennifer F Wertz
    on behalf of Debtor Sheridan Hospitalist Services of Florida  Inc. jwertz@jw.com, kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Jennifer F Wertz
    on behalf of Debtor Sheridan Healthy Hearing Services  Inc. jwertz@jw.com, kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Jennifer F Wertz
    on behalf of Debtor Sheridan Holdings  Inc. jwertz@jw.com, kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Jennifer F Wertz
    on behalf of Debtor Sheridan Healthcorp of California  Inc. jwertz@jw.com, kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Jennifer F Wertz
    on behalf of Debtor Sheridan ROP Services of Virginia  Inc. jwertz@jw.com, kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Jennifer F Wertz
    on behalf of Debtor SHI II  LLC jwertz@jw.com, kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Jennifer F Wertz
    on behalf of Debtor Sheridan InvestCo  LLC jwertz@jw.com, kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Jennifer F Wertz
    on behalf of Debtor Sheridan Radiology Management Services  Inc. jwertz@jw.com, kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Jennifer F Wertz
    on behalf of Debtor Sheridan ROP Services of Alabama  Inc. jwertz@jw.com, kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Jennifer F Wertz
    on behalf of Debtor Sheridan Leadership Academy  Inc. jwertz@jw.com, kgradney@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

John David Cornwell
    on behalf of Creditor Envision Ad Hoc Group jcornwell@munsch.com  hvalentine@munsch.com;CourtMail@munsch.com

John F Higgins, IV
    on behalf of Interested Party Credit Suisse AG  Cayman Islands Branch, as AmSurg RCF Agent jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John Machir Stull
    on behalf of Debtor Jacksonville Beaches Anesthesia Associates  Inc. mstull@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;azuniga@jw.com;steso@jw.com;jpupo@jw.com

John Machir Stull
    on behalf of Debtor Healthcare Administrative Services  Inc. mstull@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;azuniga@jw.com;steso@jw.com;jpupo@jw.com

John Machir Stull
    on behalf of Debtor Greater Florida Anesthesiologists  LLC mstull@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;azuniga@jw.com;steso@jw.com;jpupo@jw.com

District/off: 0541-4 — User: ADIuser — Page 8 of 13
Date Rcvd: May 16, 2023 — Form ID: pdf002 — Total Noticed: 30

| | |
|---|---|
| John Machir Stull | on behalf of Debtor FO Investments Inc. mstull@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;azuniga@jw.com;steso@jw.com;jpupo@jw.com |
| John Machir Stull | on behalf of Debtor Holiday Acquisition Company Inc. mstull@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;azuniga@jw.com;steso@jw.com;jpupo@jw.com |
| John Machir Stull | on behalf of Debtor Imaging Advantage LLC mstull@jw.com kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;azuniga@jw.com;steso@jw.com;jpupo@jw.com |
| John Machir Stull | on behalf of Debtor Infinity Healthcare Inc. mstull@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;azuniga@jw.com;steso@jw.com;jpupo@jw.com |
| John Machir Stull | on behalf of Debtor Hawkeye Holdco LLC mstull@jw.com kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;azuniga@jw.com;steso@jw.com;jpupo@jw.com |
| John Machir Stull | on behalf of Debtor Global Surgical Partners Inc. mstull@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;azuniga@jw.com;steso@jw.com;jpupo@jw.com |
| John Machir Stull | on behalf of Debtor Illinois NSC Inc. mstull@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;azuniga@jw.com;steso@jw.com;jpupo@jw.com |
| John Machir Stull | on behalf of Debtor Fullerton NSC LLC mstull@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;azuniga@jw.com;steso@jw.com;jpupo@jw.com |
| John Machir Stull | on behalf of Debtor Gynecologic Oncology Associates Inc. mstull@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;azuniga@jw.com;steso@jw.com;jpupo@jw.com |
| John Machir Stull | on behalf of Debtor FO Investments III Inc. mstull@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;azuniga@jw.com;steso@jw.com;jpupo@jw.com |
| John Machir Stull | on behalf of Debtor ISelect Healthcare LLC mstull@jw.com kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;azuniga@jw.com;steso@jw.com;jpupo@jw.com |
| John R Ashmead | on behalf of Creditor Wilmington Savings Fund Society FSB ashmead@sewkis.com, managingclerkoffice@sewkis.com |
| Keith Richard Martorana | on behalf of Creditor Envision Ad Hoc Group kmartorana@gibsondunn.com |
| Kristhy M Peguero | on behalf of Debtor EmCare Physician Providers Inc. kpeguero@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Kristhy M Peguero | on behalf of Debtor Emergency Medical Services LLC kpeguero@jw.com kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Kristhy M Peguero | on behalf of Debtor EmCare Physician Services Inc. kpeguero@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Kristhy M Peguero | on behalf of Debtor EmCare Holdings LLC kpeguero@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Kristhy M Peguero | on behalf of Debtor EDIMS L.L.C. kpeguero@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Kristhy M Peguero | on behalf of Debtor Drs. Ellis Rojas, Ross & Debs, Inc. kpeguero@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Kristhy M Peguero | on behalf of Debtor Emergency Medicine Education Systems Inc. kpeguero@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Kristhy M Peguero | on behalf of Debtor EmCare Holdco LLC kpeguero@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com |
| Kristhy M Peguero | |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 9 of 13 |
| Date Rcvd: May 16, 2023 | Form ID: pdf002 | Total Noticed: 30 |

Kristhy M Peguero
    on behalf of Debtor EmCare of California  Inc. kpeguero@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Kristhy M Peguero
    on behalf of Debtor EmCare Anesthesia Providers  Inc. kpeguero@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Kristhy M Peguero
    on behalf of Debtor EMS Management LLC kpeguero@jw.com kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Kristhy M Peguero
    on behalf of Debtor EmCare  LLC kpeguero@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Kristhy M Peguero
    on behalf of Debtor EHR Management Co. kpeguero@jw.com kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Kristhy M Peguero
    on behalf of Debtor ED Solutions  LLC kpeguero@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Lysbeth Lou George
    on behalf of Creditor AHS Staffing liz@georgelawok.com  karen@georgelawok.com

Mark Curtis Taylor
    on behalf of Creditor HCA-EMS Holdings  LLC mark.taylor@hklaw.com, tammy.greenblum@wallerlaw.com;annmarie.jezisek@wallerlaw.com

Matthew D Cavenaugh
    on behalf of Debtor AmSurg Altamonte Springs FL  Inc. mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Matthew D Cavenaugh
    on behalf of Debtor All Women's Healthcare of Dade  Inc. mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Matthew D Cavenaugh
    on behalf of Debtor All Women's Healthcare  Inc. mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Matthew D Cavenaugh
    on behalf of Debtor Alpha Physician Resources  L.L.C. mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Matthew D Cavenaugh
    on behalf of Debtor Affilion  Inc. mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Matthew D Cavenaugh
    on behalf of Debtor All Women's Healthcare Services  Inc. mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Matthew D Cavenaugh
    on behalf of Debtor All Women's Healthcare of West Broward  Inc. mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Matthew D Cavenaugh
    on behalf of Debtor AllegiantMD  Inc. mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Matthew D Cavenaugh
    on behalf of Debtor AmSurg Anesthesia Management Services  LLC mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Matthew D Cavenaugh
    on behalf of Debtor All Women's Healthcare of Sawgrass  Inc. mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Matthew D Cavenaugh
    on behalf of Debtor All Women's Healthcare Holdings  Inc. mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Matthew D Cavenaugh
    on behalf of Debtor AmSurg Abilene Eye  Inc. mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Matthew D Cavenaugh
    on behalf of Debtor American Emergency Physicians Management  Inc. mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Matthew D Cavenaugh

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 10 of 13 |
| Date Rcvd: May 16, 2023 | Form ID: pdf002 | Total Noticed: 30 |

on behalf of Debtor AmSurg Abilene Inc. mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Michael A. Garza

on behalf of Creditor Ad Hoc Group of First Lien AmSurg Lenders mgarza@velaw.com

Michael Anthony Drab

on behalf of Debtor Sheridan Healthcare of Missouri Inc. mdrab@jw.com, kgradney@jw.com

Michael Anthony Drab

on behalf of Debtor Sheridan Children's Healthcare Services of New Mexico Inc. mdrab@jw.com, kgradney@jw.com

Michael Anthony Drab

on behalf of Debtor Sheridan Healthcare of Vermont Inc. mdrab@jw.com, kgradney@jw.com

Michael Anthony Drab

on behalf of Debtor Sheridan Healthcare of Louisiana Inc. mdrab@jw.com, kgradney@jw.com

Michael Anthony Drab

on behalf of Debtor Sheridan Emergency Physician Services of North Missouri Inc. mdrab@jw.com, kgradney@jw.com

Michael Anthony Drab

on behalf of Debtor Sheridan Children's Healthcare Services of Ohio Inc. mdrab@jw.com, kgradney@jw.com

Michael Anthony Drab

on behalf of Debtor Sheridan Healthcare of Virginia Inc. mdrab@jw.com, kgradney@jw.com

Michael Anthony Drab

on behalf of Debtor Sheridan Emergency Physician Services of Missouri Inc. mdrab@jw.com, kgradney@jw.com

Michael Anthony Drab

on behalf of Debtor Sheridan Children's Healthcare Services Inc. mdrab@jw.com, kgradney@jw.com

Michael Anthony Drab

on behalf of Debtor Sheridan Children's Healthcare Services of Virginia Inc. mdrab@jw.com, kgradney@jw.com

Michael Anthony Drab

on behalf of Debtor Sheridan Children's Services of Alabama Inc. mdrab@jw.com, kgradney@jw.com

Michael Anthony Drab

on behalf of Debtor Sheridan Healthcare of West Virginia Inc. mdrab@jw.com, kgradney@jw.com

Michael Anthony Drab

on behalf of Debtor Sheridan Emergency Physician Services of South Florida Inc. mdrab@jw.com, kgradney@jw.com

Michael Anthony Drab

on behalf of Debtor Sheridan Emergency Physician Services Inc. mdrab@jw.com, kgradney@jw.com

Nicole Greenblatt

on behalf of Debtor Envision Healthcare Corporation ngreenblatt@kirkland.com

Paul E Heath

on behalf of Creditor Ad Hoc Group of First Lien AmSurg Lenders pheath@velaw.com

Philip M. Guffy

on behalf of Creditor Citibank N.A. pguffy@huntonak.com

Rebecca Blake Chaikin

on behalf of Debtor AmSurg LLC rchaikin@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Rebecca Blake Chaikin

on behalf of Debtor Acute Management LLC rchaikin@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Rebecca Blake Chaikin

on behalf of Debtor Envision Healthcare Corporation rchaikin@jw.com kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Robert Bernard Bruner

on behalf of Creditor Funds and Accounts Managed by Kohlberg Kravis Roberts & Co. L.P. bob.bruner@nortonrosefulbright.com

Timothy Alvin Davidson, II

on behalf of Creditor Citibank N.A. taddavidson@andrewskurth.com

Todd C Meyers

on behalf of Interested Party Ankura Trust Company LLC, in its capacity as Envision Term Loan Facility Agent tmeyers@kilpatricktownsend.com, kmoynihan@kilpatricktownsend.com;gfinizio@kilpatricktownsend.com;jborey@kilpatricktownsend.com

US Trustee

USTPRegion07.HU.ECF@USDOJ.GOV

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 11 of 13 |
| Date Rcvd: May 16, 2023 | Form ID: pdf002 | Total Noticed: 30 |

Veronica Ann Polnick
    on behalf of Debtor FM Healthcare Services Inc. vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Veronica Ann Polnick
    on behalf of Debtor Evolution Mobile Imaging LLC vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Veronica Ann Polnick
    on behalf of Debtor Envision Physician Services LLC vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Veronica Ann Polnick
    on behalf of Debtor Enterprise Parent Holdings Inc. vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Veronica Ann Polnick
    on behalf of Debtor Envision Anesthesia Services of Sierra Vista Inc. vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Veronica Ann Polnick
    on behalf of Debtor Flamingo Anesthesia Associates Inc. vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Veronica Ann Polnick
    on behalf of Debtor FMO Healthcare Holdings LLC vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Veronica Ann Polnick
    on behalf of Debtor FO Investments II Inc. vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Veronica Ann Polnick
    on behalf of Debtor Envision Healthcare Clinical Research Inc. vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Veronica Ann Polnick
    on behalf of Debtor Envision Children's Healthcare Services of North Mississippi Inc. vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Veronica Ann Polnick
    on behalf of Debtor Envision Healthcare Scientific Intelligence Inc. vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Veronica Ann Polnick
    on behalf of Debtor EMSC ServicesCo LLC vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Veronica Ann Polnick
    on behalf of Debtor Envision Anesthesia Services of Delaware Inc. vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;JacksonWalkerLLP@jubileebk.net;steso@jw.com

Victoria Nicole Argeroplos
    on behalf of Debtor Torrance NSC LLC vargeroplos@jw.com, msalinas@jw.com;kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Victoria Nicole Argeroplos
    on behalf of Debtor St. Lucie Anesthesia Associates LLC vargeroplos@jw.com, msalinas@jw.com;kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Victoria Nicole Argeroplos
    on behalf of Debtor Tiva Healthcare Inc. vargeroplos@jw.com, msalinas@jw.com;kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Victoria Nicole Argeroplos
    on behalf of Debtor Towson NSC LLC vargeroplos@jw.com, msalinas@jw.com;kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Victoria Nicole Argeroplos
    on behalf of Debtor Sunbeam Asset LLC vargeroplos@jw.com msalinas@jw.com;kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Victoria Nicole Argeroplos
    on behalf of Debtor Southeast Perinatal Associates Inc. vargeroplos@jw.com, msalinas@jw.com;kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Victoria Nicole Argeroplos
    on behalf of Debtor Spotlight Holdco LLC vargeroplos@jw.com msalinas@jw.com;kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Victoria Nicole Argeroplos
    on behalf of Debtor Tampa Bay NSC LLC vargeroplos@jw.com, msalinas@jw.com;kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Case 23-90342   Document 203   Filed in TXSB on 05/18/23   Page 13 of 14

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 12 of 13 |
| Date Rcvd: May 16, 2023 | Form ID: pdf002 | Total Noticed: 30 |

| | |
|---|---|
| Victoria Nicole Argeroplos | on behalf of Debtor Streamlined Medical Solutions LLC vargeroplos@jw.com msalinas@jw.com;kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Victoria Nicole Argeroplos | on behalf of Debtor Sun Devil Acquisition LLC vargeroplos@jw.com msalinas@jw.com;kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Victoria Nicole Argeroplos | on behalf of Debtor Tennessee Valley Neonatology  Inc. vargeroplos@jw.com, msalinas@jw.com;kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Victoria Nicole Argeroplos | on behalf of Debtor Templeton Readings  LLC vargeroplos@jw.com, msalinas@jw.com;kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Victoria Nicole Argeroplos | on behalf of Debtor Valley Anesthesiology Consultants  Inc. vargeroplos@jw.com, msalinas@jw.com;kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Victoria Nicole Argeroplos | on behalf of Debtor Twin Falls NSC  LLC vargeroplos@jw.com, msalinas@jw.com;kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com;jpupo@jw.com;steso@jw.com |
| Vienna Flores Anaya | on behalf of Debtor Anesthesiology Associates of Tallahassee  Inc. vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com |
| Vienna Flores Anaya | on behalf of Debtor Anesthesiologists of Greater Orlando  Inc. vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com |
| Vienna Flores Anaya | on behalf of Debtor AmSurg Torrance  Inc. vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com |
| Vienna Flores Anaya | on behalf of Debtor Bethesda Anesthesia Associates  Inc. vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com |
| Vienna Flores Anaya | on behalf of Debtor ASDH II  LLC vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com |
| Vienna Flores Anaya | on behalf of Debtor Arizona Perinatal Care Centers  LLC vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com |
| Vienna Flores Anaya | on behalf of Debtor Bay Area Anesthesia  L.L.C. vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com |
| Vienna Flores Anaya | on behalf of Debtor Envision Healthcare Corporation vanaya@jw.com kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com |
| Vienna Flores Anaya | on behalf of Debtor Austin NSC  LLC vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com |
| Vienna Flores Anaya | on behalf of Debtor AmSurg San Luis Obispo CA  Inc. vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com |
| Vienna Flores Anaya | on behalf of Debtor ASDH I  LLC vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com |
| Vienna Flores Anaya | on behalf of Debtor Austin NSC  LP vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com |
| Vienna Flores Anaya | on behalf of Debtor AmSurg Temecula II  Inc. vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com |
| Vienna Flores Anaya | on behalf of Debtor APH Laboratory Services  Inc. vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com |
| Vienna Flores Anaya | on behalf of Debtor BestPractices  Inc. vanaya@jw.com, kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 13 of 13 |
| Date Rcvd: May 16, 2023 | Form ID: pdf002 | Total Noticed: 30 |

Vienna Flores Anaya
    on behalf of Debtor Apex Acquisition LLC vanaya@jw.com
    kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;jpupo@jw.com;dtrevino@jw.com;azuniga@jw.com;steso@jw.com

TOTAL: 238