UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| ENVISION HEALTHCARE CORPORATION, *et al.*[1] | § § | CASE NO. 23-90342 (CML) |
| Debtors. | § § | (Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

TO ALL INTERESTED PARTIES:

HCA-EMS HOLDINGS, LLC  ("HCA") hereby gives notice of its appearance in these cases pursuant to Bankruptcy Rule 9010 by and through the undersigned counsel:

> Lisa M. Schweitzer
> David Z. Schwartz
> Hoori Kim
> **CLEARY GOTTLIEB STEEN & HAMILTON LLP**
> One Liberty Plaza
> New York, NY 10006
> (212) 225-2000
> lschweitzer@cgsh.com
> dschwartz@cgsh.cpm
> hokim@cgsh.com
>
> And
>
> Mark C. Taylor
> **HOLLAND & KNIGHT LLP**
> 100 Congress Avenue
> Suite 1800
> Austin, TX 78701
> Telephone: 512-685-6400
> Facsimile: 512-685-6417
> Email: mark.taylor@hklaw.com

---

[1] A complete list of each of the Debtors in these chapter 11 cases and the last four digits of their social security numbers may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/Envision. The Debtors' service address is 1A Burton Hills Blvd., Nashville, TN 37215.

Page 1

HCA respectfully requests that it be served with copies of all notices issued by the Clerk of the Court and all other pleadings and notices to parties-in-interest filed by Debtors, any statutory committees, ad hoc groups or any other interested parties in this case, including all adversary proceedings, in accordance with, without limitation, Bankruptcy Rules 2002, 3017 and 9007. Further, HCA requests that Debtors forward to it, through their attorneys of record, copies of all applications, motions, complaints, and other proceedings filed by Debtors, in the above-referenced cases.

Respectfully submitted,

*/s/ Mark C. Taylor*
Mark C. Taylor
HOLLAND & KNIGHT LLP
100 Congress Avenue
Suite 1800
Austin, TX 78701
Telephone: 512-685-6400
Facsimile: 512-685-6417
Email: mark.taylor@hklaw.com

-and-

Lisa M. Schweitzer
Hoori Kim
David Z. Schwartz
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
(212) 225-2000
lschweitzer@cgsh.com
hokim@cgsh.com
dschwartz@cgsh.cpm

*Counsel for HCA-EMS HOLDINGS, LLC*

**CERTIFICATE OF SERVICE**

 I hereby certify that a true and correct copy of the foregoing document has been served upon all parties receiving the Court's ECF e-mail notification on this 19th day of May, 2023, and Debtors' counsel listed below.

Joshua Sussberg
Kirkland & Ellis LLP
601 Lexington Ave.
New York, NY 10022

Matthew Cavenaugh
Jackson Walker LLP
1401 McKinney St., Suite 1900
Houston, Texas 77010

               */s/ Mark C. Taylor*
               Mark C. Taylor