United States Bankruptcy Court
Southern District of Texas
**ENTERED**
May 19, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 23-90342 |
|---|---|---|---|
| Debtor | In Re: ENVISION HEALTHCARE CORPORATION, et al. | | |

This lawyer, who is admitted to the State Bar of    **New York**   :

| | |
|---|---|
| Name | Steven J. Reisman, Esq. |
| Firm | Katten Muchin Rosenman LLP |
| Street | 50 Rockefeller Plaza |
| City & Zip Code | New York, NY 10020-1605 |
| Telephone | 212.940.8700 |
| Licensed: State & Number | NY - 2434967 |

Seeks to appear as the attorney for this party:

| Pamela Corrie and Harvey Tepner, in their capacity as the Independent Managers on the Boards of Managers of AmSurg HoldCo, LLC and AmSurg, LLC |
|---|
| Dated: 5/18/2023     Signed: /s/ Steven J. Reisman |

COURT USE ONLY: The applicant's state bar reports their status as: <u>Currently registered</u>.

Dated: 05/19/2023     Signed: /s/ Z. Compean
                                     Deputy Clerk

### Order

This lawyer is admitted *pro hac vice*.

Signed: May 19, 2023

Christopher Lopez
United States Bankruptcy Judge