United States Bankruptcy Court
Southern District of Texas
**ENTERED**
May 19, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT    SOUTHERN DISTRICT OF TEXAS

# MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 23-90342 |
|---|---|---|---|
| Debtor | In Re: ENVISION HEALTHCARE CORPORATION, et al. | | |

This lawyer, who is admitted to the State Bar of **New York**:

| | |
|---|---|
| Name | Cindi M. Giglio, Esq. |
| Firm | Katten Muchin Rosenman LLP |
| Street | 50 Rockefeller Plaza |
| City & Zip Code | New York, NY 10020-1605 |
| Telephone | 212.940.3828 |
| Licensed: State & Number | NY - 4512059 |

Seeks to appear as the attorney for this party:

Pamela Corrie and Harvey Tepner, in their capacity as the Independent Managers on the Boards of Managers of AmSurg HoldCo, LLC and AmSurg, LLC

Dated: 5/18/2023    Signed: /s/ Cindi M. Giglio

---

COURT USE ONLY: The applicant's state bar reports their status as: Currently registered.

Dated: 05/19/2023    Signed: /s/ Z. Compean
                             Deputy Clerk

### Order

This lawyer is admitted *pro hac vice*.

Signed: May 19, 2023

Christopher Lopez
United States Bankruptcy Judge