UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 23-90342 (CML) |
|---|---|---|---|
| | Debtor | In Re: | Envision Healthcare Corporation, et al |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Steven M. Berman, Esq.<br>Shumaker Loop & Kendrick, LLP<br>101 E Kennedy Blvd., Ste. 2800<br>Tampa, FL 33602<br>(813)227-2332 , Email: sberman@shumaker.com<br>Florida 856290 |

| Name of party applicant seeks to appear for: | KForce, Inc. |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 5/19/2023 | Signed: /s/ Steven M. Berman |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature: |
|---|---|

**Order**        **This lawyer is admitted *pro hac vice*.**

Dated: _____        _____
                                                                          United States Bankruptcy Judge

AO 136 (Rev. 10/13) Certificate of Good Standing



# UNITED STATES DISTRICT COURT
for the
## Middle District of Florida

### CERTIFICATE OF GOOD STANDING

I, **Elizabeth M. Warren**, Clerk of this Court, do hereby certify that **Steven M. Berman**, Florida Bar # **0856290**, was duly admitted to practice in this Court on **October 26, 1990**, and is in good standing as a member of the Bar of this Court.

Dated at: **Orlando, Florida** on April 04, 2023.



_____
**Elizabeth M. Warren**
*Clerk of Court*