**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENVISION HEALTHCARE CORPORATION, *et al.*,[1] | ) | Case No. 23-90342 (CML) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**GLOBAL NOTES AND STATEMENT
OF LIMITATIONS, METHODOLOGIES,
AND DISCLAIMERS REGARDING DEBTORS' SCHEDULES
OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

Envision Healthcare Corporation and certain of its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), with the assistance of their advisors, are filing their Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements" and, together with the Schedules, the "Schedules and Statements") in the United States Bankruptcy Court for the Southern District of Texas (Houston Division) (the "Bankruptcy Court") pursuant to section 521 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

These *Global Notes and Statement of Limitations, Methodologies, and Disclaimers Regarding Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "Global Notes") are incorporated by reference in, and comprise an integral part of, each Debtor's respective Schedules and Statements, and should be referred to and considered in connection with any review of the Schedules and Statements. These Global Notes are in addition to any specific notes contained in any individual Debtor's Schedules and Statements.

While the Debtors' management has made every reasonable effort to ensure that the Schedules and Statements are as accurate and complete as possible, based on information that was available at the time of preparation, subsequent information or discovery may result in material changes to these Schedules and Statements and inadvertent errors or omissions may have occurred. Because the Schedules and Statements contain unaudited information, which is subject to further

---

[1] A complete list of each of the Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Envision. The Debtors' service address is 1A Burton Hills Boulevard, Nashville, Tennessee 37215.

review, verification, and potential adjustment, there can be no assurance that the Schedules and Statements are complete.

The Debtors and their attorneys and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtors and their attorneys and financial advisors expressly do not undertake any obligation to revise the information provided herein, or to notify any third party should the information be revised. In no event shall the Debtors or their attorneys and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including damages arising from the disallowance of a potential claim against the Debtors), whether foreseeable or not and however caused, even if the Debtors or their attorneys and financial advisors are advised of the possibility of such damages. For the avoidance of doubt, the Debtors reserve their rights to revise the Schedules and Statements at a later time as may be necessary or appropriate.

The Schedules and Statements have been signed by Henry Howe, Executive Vice President and Chief Financial Officer of Envision Healthcare Corporation. In reviewing and signing the Schedules and Statements, Mr. Howe necessarily relied upon the efforts, statements, and representations of the Debtors' other personnel and advisors. Mr. Howe has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors, classification of such amounts, and respective creditor addresses.

In the event that the Schedules or Statements differ from any of the foregoing Global Notes, the Global Notes shall control. Additionally, disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

## Global Notes and Overview of Methodology

1. ***Contingent Claim.*** A claim that is dependent on the realization of some uncertain future event is a "contingent" claim.

2. ***Unliquidated Claim.*** A claim for which a specific value cannot be calculated using currently available information is "unliquidated."

3. ***Disputed Claim.*** A claim with respect to which the applicable Debtor and the claimant disagree as to the amount owed, whether any amount is owed, the priority of the claim, or otherwise is "disputed."

4. ***Undetermined and Unknown Amounts.*** The description of an amount as "undetermined" or "unknown" is not intended to reflect upon the materiality of such amount.

2

5. ***Fiscal Year.*** The Debtors operate under a fiscal year ending December 31. Unless otherwise indicated, all references to "annual," "annually," "year," "years," or an otherwise similar length of time are presumed to refer to a period of time ending December 31 of the referenced period or periods.

6. ***Description of Cases.*** Commencing on May 15, 2023, (the "Petition Date"), each of the Debtors filed with this Court voluntary cases under chapter 11 of the Bankruptcy Code. The Debtors are authorized to continue to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On May 30, 2023, the United States Trustee for Region 7 (the "U.S. Trustee") appointed an official committee of unsecured creditors (the "Creditors' Committee") [Docket No. 240]. No trustee or examiner has been appointed in these chapter 11 cases.

   The Debtors' chapter 11 cases are being jointly administered for procedural purposes only pursuant to Bankruptcy Rule 1015(b) under the lead case caption *In re Envision Healthcare Corporation et al.*, Case No. 23-90342 (CML) (Bankr. S.D. Tex.).

7. ***Basis of Presentation.*** Information contained in the Schedules and Statements has been derived from the Debtors' books and records and historical financial statements. The Schedules and Statements have not, however, been subject to procedures that would typically be applied to financial statements prepared in accordance with Generally Accepted Accounting Principles ("GAAP") and are not intended to reconcile fully with any financial statements prepared under GAAP. Therefore, combining the assets and liabilities set forth in the Schedules and Statements may result in amounts that are substantially different from financial information that would be prepared on a consolidated basis under GAAP. Unlike any consolidated financial statements, the Schedules and Statements reflect the assets and liabilities of each separate Debtor, except where otherwise indicated. Moreover, given, among other things, the uncertainty surrounding the valuation, collection, and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that a Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent as of the Petition Date or at any time before the Petition Date. Likewise, to the extent a Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent at the Petition Date or any time before the Petition Date. For the avoidance of doubt, nothing contained in the Schedules and Statements is indicative of the Debtors' enterprise value.

8. ***"As Of" Information Date.*** To the best of the Debtors' knowledge, the information provided herein represents the Debtors' assets as of April 30, 2023 except for available cash which is provided as of the Petition Date. All other information, including trade liabilities and principal of funded debt, is provided as of the Petition Date. Amounts ultimately realized may vary from net book value (or whatever value was ascribed) and such variance may be material. Accordingly, the Debtors reserve all of their rights to amend or adjust the value of each asset set forth herein. In addition, the amounts shown for total liabilities exclude items identified as "unknown," "disputed," "contingent," "unliquidated," or "undetermined" and, thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements.

9. ***General Reservation of Rights***. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions, as well as discovery of conflicting, revised or subsequent information, may cause a material change to the Schedules and Statements. The Debtors reserve all rights to amend, supplement, or otherwise modify the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including the right to amend, supplement, or otherwise modify the Schedules and Statements with respect to any claim description, designation, or Debtor against which the claim is asserted; dispute or otherwise assert offsets or defenses to any claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any claim, in each case, regardless of whether such claim is designated in the Schedules and Statements as "disputed," "contingent" or "unliquidated." Any failure to designate a claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such claim or amount is not "disputed," "contingent," or "unliquidated." Listing a claim does not constitute an admission of (a) liability or (b) amounts due or owed, if any, in each case, by the Debtor against which the claim is listed or against any of the Debtors. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to these chapter 11 cases, including without limitation, issues involving or defenses against claims, substantive consolidation, defenses, equitable subordination, or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant nonbankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements.

10. ***Confidential or Sensitive Information***. There may be instances in which certain information in the Schedules and Statements has been intentionally redacted due to, among other things, concerns for the privacy of an individual or concerns about the confidential or commercially sensitive nature of certain information. Any alterations or redactions in the Schedules and Statements are limited only to what the Debtors believe is necessary to protect the Debtors or the applicable third-party, and the Debtors have provided interested parties with sufficient information to discern the nature of the listing. As set forth in the *Order (I) Authorizing the Debtors to Redact Certain Personally Identifiable Information, (II) Approving the Form and Manner of the Notice of Commencement, and (III) Granting Related Relief* [Docket No. 118], on May 15, 2023, the Debtors may redact personally identifiable information such as names and addresses of current and former employees, contract workers, vendors, suppliers, equity holders and other individuals.

11. ***Causes of Action***. Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in the Schedules and Statements, including causes of action that are required to be kept confidential and causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtors reserve all of their rights with respect to any causes

4

of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action.

12. *Recharacterization*. The Debtors have made reasonable efforts to accurately characterize, classify, categorize, and designate the claims, assets, executory contracts, unexpired leases, interests, and other items reported in the Schedules and Statements. Nevertheless, due to the size and complexity of the Debtors' business, the Debtors may have improperly characterized, classified, categorized, or designated certain items, or may have omitted certain items. The Debtors reserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statements at a later time as necessary or appropriate or as additional information becomes available, including whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

13. *Classifications.* Listing (i) a Claim on Schedule D as "secured," (ii) a claim on Schedule E/F as "priority," (iii) a Claim on Schedule E/F as "unsecured," or (iv) a contract on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' rights to recharacterize or reclassify such Claims or contracts or to setoff of such Claims.

14. *Setoffs*. The Debtors incur certain offsets and other similar rights during the ordinary course of business. Offsets in the ordinary course can result from various items, including intercompany transactions, pricing discrepancies, overpayment, and other disputes between the Debtors and their counterparties and setoffs or netting permitted under common obligations of a single joint operating agreement. These offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately. Therefore, although the impact of such offsets and other similar rights may have been accounted for when certain net amounts were included in the Schedules, ordinary course offsets are not independently accounted for, and as such, are not included separately in the Debtors' Schedules and Statements.

15. *Zero Dollar Amounts*. Amounts listed as zero are either $0, unliquidated, or undetermined.

16. *Specific Notes*. These Global Notes are in addition to the specific notes set forth in the Schedules and Statements of the individual Debtor entities. The fact that the Debtors have prepared a Global Note with respect to a particular Schedule or Statement and not as to others does not reflect a decision by the Debtors to exclude the applicability of such Global Note to any or all of the remaining Schedules or Statements.

17. ***Court Orders***.  Pursuant to certain orders of the Bankruptcy Court entered in these chapter 11 cases (the "<u>First Day Orders</u>"), the Debtors were authorized (but not directed) to pay, among other things, certain prepetition claims of employees, potential lien holders, certain vendors and taxing authorities.  Accordingly, these liabilities may have been or may be satisfied in accordance with such First Day Orders and therefore, generally are not listed in the Schedules and Statements.  Regardless of whether such claims are listed in the Schedules and Statements, to the extent such claims are paid pursuant to any order of the Bankruptcy Court (including the First Day Orders), the Debtors reserve all rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary or appropriate.

18. ***Liabilities***.  The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change.  The Debtors reserve the right to amend, supplement or otherwise modify the Schedules and Statements as they deem appropriate in this regard.

    Although there are multiple lenders under the Debtors' prepetition credit facilities, only the administrative agents have been listed on the Schedules and Statements.

19. ***Excluded Assets and Liabilities***.  The Debtors have excluded certain categories of assets and liabilities from the Schedules and Statements, including certain deferred charges, accounts, or reserves recorded only for purposes of complying with the requirements of GAAP; deferred tax assets and liabilities; goodwill and other intangibles; deferred revenue accounts; and certain accrued liabilities, including accrued salaries and employee benefits.  The Debtors also have excluded rejection damage claims of counterparties to executory contracts and unexpired leases that may be rejected, to the extent such damage claims exist.  Certain immaterial or *de minimis* assets and liabilities may have been excluded.  Further, certain liabilities authorized to be paid pursuant to the First Day Orders are excluded from the Schedules and Statements.

20. ***Property Rights.***  Exclusion of any property from the Schedules and Statements shall not be construed as an admission that such property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred.  Conversely, inclusion of certain property shall not be construed to be an admission that such property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred.  Accordingly, the Debtors reserve their rights with respect to the legal status of any and all property rights.

21. ***Property and Equipment***.  Unless otherwise indicated, owned property (including real property) and equipment are stated at net book value.  The Debtors may lease furniture, fixtures, and equipment from certain third-party lessors.  Any such leases are set forth in the Schedules and Statements.  Nothing in the Schedules and Statements is or shall be construed as an admission as to the determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement).

6

22.    ***Intercompany Payables and Receivables***.  Certain intercompany payables and receivables between the Debtors are set forth on a net basis in Schedule F and Schedule A/B Part 11, Q. 77, respectively.  The listing by the Debtors of any account between a Debtor and another Debtor is a statement of what appears in a particular Debtor's books and records or is the result of consolidating the Debtors' financial statements and does not reflect any admission or conclusion of the Debtors regarding the allowance, classification, characterization, validity, or priority of such account.  The Debtors take no position in these Schedules and Statements as to whether such accounts would be allowed as a claim, an interest, or not allowed at all.  The Debtors and all parties-in-interest reserve all rights with respect to such accounts.

23.    ***Currency***.  All amounts are reflected in U.S. dollars.

24.    ***Executory Contracts***.  Although efforts have been made to accurately reflect each Debtor's executory contracts on Schedule G, inadvertent errors or omissions may have occurred.  The Debtors reserve all of their rights with respect to the named parties of any and all executory contracts, including the right to amend, supplement, or otherwise modify Schedule G.  Certain information, such as the contact information of the counterparty, may not be included where such information could not be obtained using reasonable efforts.  Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or that such contract or agreement was in effect on the Petition Date or is valid or enforceable.  The Debtors do not make, and specifically disclaim, any representation or warranty as to the completeness or accuracy of the information set forth on Schedule G.

Certain of the contracts and agreements listed on Schedule G may also consist of several parts, including purchase orders, work orders, letters, and other documents that may not be listed on Schedule G or that may be listed as a single entry.  Unless otherwise specified on Schedule G, each executory contract listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements or other agreements made directly or indirectly.  The Debtors expressly reserve their rights to challenge whether such related materials constitute an executory contract, a single contract or agreement, or multiple, severable, or separate contracts.

The Debtors also reserve their rights, claims, and causes of action with respect to the executory contracts, including the right to dispute or challenge the characterization of any contract on Schedule G as executory.

25.    ***Leases.***  The Debtors have not included the future obligations of any capital or operating leases in the Schedules and Statements.  To the extent that there was an amount outstanding on account of such lease as of the Petition Date, the creditor has been included on Schedule E/F of the Schedules.

In the ordinary course of business, certain of the Debtors may enter into agreements titled as leases for property, minerals, or other property interests and equipment from third-party lessors for use in the daily operation of their business.  Any known pre-petition obligations of the Debtors pursuant to the same have been listed on Schedule F, the underlying lease

7

agreements are listed on Schedule G or, if the leases are in the nature of real property interests under applicable state laws, on Schedule A/B. Nothing in the Schedules or Statements is, or shall be construed to be, an admission as to the determination of the legal status of any lease (including whether any lease is a true lease, a financing arrangement, or a real property interest), and the Debtors reserve all rights with respect to such issues.

26. *Insiders*. Debtors have attempted to include all payments made on or within 12 months before the Petition Date to any individual or entity deemed an "insider." As to each Debtor, an individual or entity is designated as an "insider" for the purposes of the Schedules and Statements if such individual or entity, based on the totality of the circumstances, has at least a controlling interest in, or exercises sufficient authority over, the Debtor so as to unqualifiedly dictate corporate policy and the disposition of corporate assets. The listing or omission of a party as an insider for purposes of the Schedules and Statements is for informational purposes and is not intended to be, nor should it be, construed as an admission that those parties are insiders for purpose of section 101(31) of the Bankruptcy Code. Information regarding the individuals or entities listed as insiders in the Schedules and Statements may not be used for: (a) the purposes of determining (i) control of the Debtors; (ii) the extent to which any individual or entity exercised management responsibilities or functions; (iii) corporate decision-making authority over the Debtors; or (iv) whether such individual or entity could successfully argue that it is not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability or (b) any other purpose. Furthermore, certain of the individuals or entities identified as insiders may not have been insiders for the entirety of the 12-month period, but the Debtors have included them herein out of an abundance of caution. The Debtors reserve all rights with respect thereto.

27. *Undetermined Amounts*. The description of an amount as "unknown," "disputed," "contingent," "unliquidated," or "undetermined" is not intended to reflect upon the materiality of such amount.

28. *Non-Cash Transfers*. All transfers of non-cash property are reported at book value.

29. *Payments.* Prior to the Petition Date, the Debtors maintained a cash management and disbursement system in the ordinary course of their businesses (the "Cash Management System") (as more fully described in the *Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue to Operate Their Cash Management System and Maintain Existing Bank Accounts, (B) Continue to Perform Intercompany Transactions, and (C) Maintain Existing Business Forms and Books and Records, and (II) Granting Related Relief* (the "Cash Management Motion") [Docket No. 6]). Although efforts have been made to attribute open payable amounts to the correct legal entity, the Debtors reserve the right to amend, supplement or otherwise modify their Schedules and Statements to attribute any payments to a different legal entity, if subsequently determined to be appropriate.

30. *Guaranties and Other Secondary Liability Claims*. The Debtors have used reasonable efforts to locate and identify guaranties and other secondary liability claims (collectively, the "Guaranties") in their executory contracts, unexpired leases, debt instruments, and

8

other such agreements.  A review of these agreements, however, is ongoing.  Where such Guaranties have been identified, they have been included in the relevant Schedule for the Debtor or Debtors affected by such Guaranties.  The Debtors have reflected the Guaranty obligations for both the primary obligor and the guarantor with respect to their financings and debt instruments on Schedule D, F and H.  The Debtors believe that certain Guaranties embedded in the Debtors' executory contracts, unexpired leases, other secured financing, debt instruments, and similar agreements may exist and, to the extent they do, will be identified upon further review.  Therefore, the Debtors reserve their rights to amend, supplement or otherwise modify the Schedules to the extent additional Guaranties are identified.

31.    ***Intellectual Property Rights.***  Although the Debtors made reasonable efforts to identify all of their property rights, in certain instances, the Debtors may have inadvertently failed to do so due to the complexity and size of their businesses.  Exclusion of certain intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  The Debtors have made every effort to attribute intellectual property to the rightful Debtor owner, however, in some instances intellectual property owned by one Debtor may, in fact, be owned by another.  Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all such intellectual property rights.

32.    ***Totals***.  All totals that are included in the Schedules and Statements represent totals of all known amounts.  To the extent there are unknown, disputed, contingent, unliquidated, or otherwise undetermined amounts, the actual total may be different than the listed total.

### Specific Disclosures with Respect to Debtors' Schedules

1.    ***Schedule A/B:***  Real property is reported at book value, net of accumulated depreciation on buildings and improvements.  Amounts ultimately realized may vary from net book value and such variance may be material.

Certain of the instruments reflected on Schedule A/B may contain renewal options, guarantees of payments, options to purchase, rights of first refusal, rights to lease additional lands, and other miscellaneous rights.  Such rights, powers, duties, and obligations are not separately set forth on Schedule A/B.  The Debtors hereby expressly reserve the right to assert that any instrument listed on Schedule A/B is an executory contract within the meaning of section 365 of the Bankruptcy Code.  The Debtors further reserve all of their rights, claims, and causes of action with respect to claims associated with any contracts and agreements listed on Schedule A/B or Schedule G, including their right to dispute or challenge the characterization or the structure of any transaction, document, or instrument (including any intercompany agreement) related to a creditors' claim.

9

The Debtors' failure to list any rights in real property on Schedule A/B should not be construed as a waiver of any such rights that may exist, whether known or unknown at this time.

Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their Causes of Action or potential Causes of Action against third parties as assets in the Schedules and Statements. The Debtors reserve all of their rights with respect to any Causes of Action that they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims, causes of action, or avoidance actions or in any way prejudice or impair the assertion of such claims.

The Debtors books and records are kept and reported on a consolidated basis. When reporting asset balances on a non-consolidated Debtor by Debtor basis, the Debtors books and records may reflect a credit balance for certain asset types.

2. ***Schedule A/B 3:*** Amounts listed are as of the Petition Date for the corresponding Debtor and reflect the bank balance, not the net book value.

3. ***Schedule A/B 11:*** The Debtors current value of accounts receivable reflects total accounts receivable netted against doubtful or uncollectable accounts. The specific balances of doubtful or uncollectible accounts is not readily available and reporting these balances is unduly burdensome for the Debtors.

4. ***Schedule A/B 15:*** Equity interests in subsidiaries and affiliates primarily arise from common stock ownership or member or partnership interests. For purposes of these Schedules, the Debtors have listed an undetermined value for the equity interests of all subsidiaries and affiliates. Nothing in these Schedules is an admission by or conclusion of the Debtors regarding the value of such subsidiary and affiliate equity interests, which, under certain fair market or enterprise valuation analyses, may have value. The book values of certain assets may materially differ from their fair market values and/or the Debtors' enterprise valuation to be prepared in connection with the Disclosure Statement.

5. ***Schedule A/B 77:*** The listing by the Debtors of any account between a Debtor and another Debtor or between a Debtor and a non-Debtor affiliate is a statement of what appears in a particular Debtor's books and records and does not reflect any admission or conclusion of the Debtors regarding the allowance, classification, characterization, validity, or priority of such account. The Debtors take no position in these Schedules and Statements as to whether such accounts would be allowed as a Claim, an Interest, or not allowed at all. The Debtors and all parties in interest reserve all rights with respect to such accounts.

6. ***Schedule D:*** Except as otherwise agreed pursuant to a stipulation, or agreed order, or general order entered by the Bankruptcy Court that is or becomes final, the Debtors and their estates reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D of any Debtor. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization

of the structure of any such transaction or any document or instrument related to such creditor's claim. Conversely, the Debtors made reasonable, good faith efforts to include all liens on Schedule D but may have inadvertently omitted to include an existing lien because of, among other things, the possibility that a lien may have been imposed after the Uniform Commercial Code searches were performed or a vendor may not have filed the requisite perfection documentation. Moreover, the Debtors have not included on Schedule D parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights.

Although there are multiple parties that hold a portion of the debt included in the Debtors' prepetition secured credit facility and other funded secured indebtedness, only the administrative agents or indenture trustees have been listed for purposes of Schedule D. The amounts reflected outstanding under the Debtors' prepetition funded indebtedness reflect approximate principal and accrued interest as of the Petition Date.

In certain instances, a Debtor may be a co-obligor or guarantor with respect to scheduled claims of another Debtor, and no claim set forth on Scheduled D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities. The descriptions provided in Schedule D are intended only as a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

The amounts reflected outstanding under the Debtors' prepetition funded indebtedness reflect approximate principal and interest, not including any "Applicable Premium" or other premiums, fees, costs, and out-of-pocket expenses, including reasonable and documented attorney's fees, agent's fees, other professional fees and disbursements and all other obligations owing under, and in accordance with the terms of, the respective loan documents as of the Petition Date.

7. ***Schedule E/F, Part 1: Creditors Holding Priority Unsecured Claims***. The Debtors reserve all of their rights to dispute the amount and the priority status of any claim on any basis at any time. Additionally, claims against the Debtors on account of wage or wage-related obligations to independent contractors may maintain priority under section 507 of the Bankruptcy Code but are subject to the priority cap imposed under subsections (a)(4) and (a)(5) of section 507 of the Bankruptcy Code. Further, to the extent such claims have been paid or may be paid pursuant to a court order, they may not be included on Schedule E/F.

8. ***Schedule E/F, Part 2: Creditors Holding Non-Priority Unsecured Claims.***

The Debtors have used their reasonable best efforts to list all general unsecured claims against the Debtors on Schedule E/F based upon the Debtors' existing books and records.

The Debtors have attempted to relate all liabilities to each particular Debtor. Certain creditors listed on Schedule E/F may owe amounts to the Debtors and, as such, the Debtors

11

may have valid setoff or recoupment rights with respect to such amounts. The amounts listed on Schedule E/F do not reflect any such right of setoff or recoupment and the Debtors reserve all rights to assert any such setoff or recoupment rights.

Schedule E/F does not include certain deferred credits, deferred charges, deferred liabilities, accruals, or general reserves. Such amounts are general estimates of liabilities and do not represent specific claims as of the Petition Date. Such amounts, however, are reflected on the Debtors' books and records. Such accruals are general estimates of liabilities and do not represent specific claims as of the Petition Date.

The claims listed in Schedule E/F arose or were incurred on various dates. In certain instances, the date on which a claim arose is an open issue of fact. Determining the date upon which each claim in Schedule E/F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each claim listed on Schedule E/F.

Schedule E/F contains information regarding pending litigation involving the Debtors. In certain instances, the Debtor that is the subject of the litigation may be unclear or undetermined. To the extent that litigation involving a particular Debtor has been identified, such information is contained in the Schedule for that Debtor. The amounts for these potential claims are listed as unknown and marked as contingent, unliquidated, and disputed in the Schedules.

Schedule E/F reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in whole or in part in connection with the assumption or assumption and assignment, if applicable, of an executory contract or unexpired lease. In addition, Schedule E/F does not include rejection damage claims of the counterparties to the executory contracts and unexpired leases that may be rejected, to the extent such damage claims exist.

The Debtors have used reasonable efforts to locate and identify Guaranties in each of the executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements to which any Debtor is a party. A review of these agreements, however, is ongoing. Where such Guaranties have been identified, they have been included in the relevant Schedules for the Debtor or Debtors affected by such Guaranties as a contingent and unliquidated obligation. The Debtors have placed the Guaranties on Schedule H for both the primary obligor and the guarantor of the relevant obligation. Guaranties were additionally placed on Schedule D or F for each guarantor, except to the extent they are associated with obligations under an executory contract or unexpired lease identified on Schedule G. The Debtors believe that certain Guaranties embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and other similar agreements may exist and, to the extent they do will be identified upon further review. The Debtors reserve their rights to amend, supplement, or otherwise modify the Schedules to the extent additional Guaranties are identified or such Guaranties are discovered to have expired or be unenforceable. In addition, the Debtors reserve the right to amend, supplement, or otherwise modify the Schedules and Statements and to re-characterize or reclassify any such contract or claim, whether by amending the Schedules

12

and Statements or in another appropriate filing.  Additionally, failure to list any Guaranties in the Schedules and Statements, including in any future amendments to the Schedules and Statements, shall not affect the enforceability of any Guaranties not listed.

Certain employees of the Debtors participate in one of several non-qualified deferred compensation plans maintained by the Debtors (the "**NQDC Plans**") (as more fully described in the *Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation and (B) Continue Employee Benefits Programs, and (II) Granting Related Relief* (the "<u>Wages Motion</u>").  The Debtors continue to maintain the NQDC Plans and honor all obligations to employees related thereto in the ordinary course of business.  The Debtors have not included employee NQDC Plan balances on the Schedules.

In addition, certain claims listed on Schedule E/F may be entitled to priority under section 503(b)(9) of the Bankruptcy Code.

9.   *Schedule G*.  While the Debtors' existing books, records, and financial systems have been relied upon to identify and schedule executory contracts at each of the Debtors, and although efforts have been made to accurately reflect each Debtor's executory contracts on Schedule G, inadvertent errors or omissions may have occurred.  The Debtors do not make, and specifically disclaim, any representation or warranty as to the completeness or accuracy of the information set forth on Schedule G.  The Debtors reserve all of their rights to dispute the validity, status, or enforceability of any contract, agreement, or lease set forth in Schedule G and to amend, supplement or otherwise modify Schedule G as necessary.  The contracts, agreements, and leases listed on Schedule G may have expired, been assigned, or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents.

In some cases, the same supplier or provider appears multiple times in Schedule G.  This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider.

In the ordinary course of business, the Debtors may have issued numerous service orders or work orders pursuant to a master consulting agreement or master service agreement, which service orders or work orders are not listed individually on Schedule G.  Each master consulting agreement or master service agreement listed on Schedule G shall include all service orders or work orders entered into pursuant to such master agreement unless otherwise noted.

Certain of the executory contracts and unexpired leases listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, right to lease additional space, and other miscellaneous rights.  Such rights, powers, duties, and obligations are not set forth separately on Schedule G.

The inclusion of a contract or lease on Schedule G does not constitute an admission as to the executory or unexpired nature (or non-executory or expired nature) of the contract or lease, or an admission as to the existence or validity of any Claims held by the counterparty to such contract or lease, and the Debtors reserve all rights in that regard, including, without limitation, that any agreement is not executory, has expired pursuant to its terms, or was terminated prepetition.

Certain of the executory contracts and unexpired leases listed in Schedule G may have been assigned to, assumed by, or otherwise transferred from one Debtor to another Debtor in connection with, among other things, acquisitions by the Debtors.  The Debtors have attempted to list the appropriate Debtor parties to each contract, agreement, and lease on Schedule G.  There may be instances, however, in which other Debtor entities that are not parties to the contracts, agreements, and leases have been the primary entities conducting business in connection with these contracts, agreements, and leases.  Accordingly, the Debtors have listed certain contracts, agreements, and leases on Schedule G of the Debtor entity corresponding to the applicable contracting entity which may, upon further review, differ from the primary entity conducting business with the counterparty to that particular contract, agreement, or lease.

Certain confidentiality agreements may not be listed on Schedule G.  The Debtors reserve all of their rights with respect to such agreements.

### Specific Disclosures with Respect to Debtors' Statements

1.  *Statement 1 and Statement 2.*  Revenue amounts listed for current fiscal year are through April 30, 2023.

2.  *Statement 4*. As described in the Cash Management Motion, certain Debtor cash accounts are ZBA accounts or receipt accounts.  Balances in these accounts are swept on at least a daily basis to Debtor concentration accounts.  These ordinary course transfers which move Debtor cash into concentration accounts are voluminous and are not include on Statement 4.

3.  *Statement 7.*  Administrative cases where a Debtor entity has not been named as a party to the matter but may ultimately have a liability due to an indemnity obligation have been excluded.

4.  *Statement 13.*  The total amount or value of transfers related to the purchase or sale of assets have been excluded pursuant contractual non-disclosure requirements.

\*       \*       \*

14

**Fill in this information to identify the case:**

Debtor name     Envision Physician Services, LLC

United States Bankruptcy Court for the:     Southern District of Texas, Houston Division

Case number (If known):     23-90498

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1: Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ......................................................................................    $ 221,721.94*

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ...................................................................................    $ 133,141,042.20*

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ......................................................................................    $ 133,362,764.14*

## Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ..........................................    $ Undetermined

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* ...................................    $ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* .......................................    + $ 3,474,914.75*

4. **Total liabilities** ......................................................................................................................    $ 3,474,914.75*
   Lines 2 + 3a + 3b

**\*Plus Undetermined Amounts**

**Fill in this information to identify the case:**

Debtor name   Envision Physician Services, LLC

United States Bankruptcy Court for the:   Southern District of Texas, Houston Division

Case number (If known)   23-90498

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐   No. Go to Part 2.

   ☑   Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**   $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1  See Attached Rider | | ___ ___ ___ ___ | $ 62,207,340.17 |
| 3.2 | | ___ ___ ___ ___ | $ |

4. **Other cash equivalents** *(Identify all)*

| 4.1  None | $ 0.00 |
|---|---|
| 4.2 | $ |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.   $ 62,207,340.17

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐   No. Go to Part 3.

   ☑   Yes. Fill in the information below.

   Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| 7.1  See Attached Rider | $ 1,795,463.64 |
|---|---|
| 7.2 | $ |

Debtor   Envision Physician Services, LLC _____    Case number (if known)  23-90498
         Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1  See Attached Rider _____    $ _____27,135,581.93

   8.2  _____    $ _____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.    $ _____28,931,045.57

## Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

   ☐  No. Go to Part 4.
   ☑  Yes. Fill in the information below.

                                                            **Current value of debtor's interest**

11. **Accounts receivable**

   | | face amount | | doubtful or uncollectible accounts | | | | Current value |
   |---|---|---|---|---|---|---|---|
   | 11a. 90 days old or less: | 8,227,666.24 | — | Undetermined | = | ...... → | $ | 8,227,666.24 |
   | 11b. Over 90 days old: | -3,132,150.10 | — | Undetermined | = | ...... → | $ | -3,132,150.10 |

12. **Total of Part 3**

   Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ _____5,095,516.14

## Part 4:   Investments

13. **Does the debtor own any investments?**

   ☐  No. Go to Part 5.
   ☑  Yes. Fill in the information below.

                                    **Valuation method used for current value**    **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

   Name of fund or stock:

   14.1  None _____    _____    $ _____0.00

   14.2  _____    _____    $ _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

   Name of entity:                          % of ownership:

   15.1  See Attached Rider _____    _____ %    _____    $ _____Undetermined

   15.2  _____    _____ %    _____    $ _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

   Describe:

   16.1  None _____    _____    $ _____0.00

   16.2  _____    _____    $ _____

17. **Total of Part 4**

   Add lines 14 through 16. Copy the total to line 83.    $ _____Undetermined

**\*Plus Undetermined Amounts**

Debtor  Envision Physician Services, LEC                          Case number (if known) 23-90496
        Name

## Part 5:  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑  No. Go to Part 6.

☐  Yes. Fill in the information below.

| General Description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| 20. **Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $ _____ | _____ | $ _____ |

23. **Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.                                    $ _____ 0.00

24. **Is any of the property listed in Part 5 perishable?**

☐  No

☐  Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐  No

☐  Yes. Book value  $ _____     Valuation method _____     Current value  $ _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐  No

☐  Yes

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑  No. Go to Part 7.

☐  Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops-either planted or harvested** | | | |
| _____ | $ _____ | _____ | $ _____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $ _____ | _____ | $ _____ |
| 30. **Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| _____ | $ _____ | _____ | $ _____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $ _____ | _____ | $ _____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $ _____ | _____ | $ _____ |

Debtor   Envision Physician Services, LLC                                    Case number (if known)  23-90496
             Name

33. **Total of Part 6.**

   Add lines 28 through 32. Copy the total to line 85.                                    $ _____ 0.00

34. **Is the debtor a member of an agricultural cooperative?**

   ☐   No

   ☐   Yes. Is any of the debtor's property stored at the cooperative?

      ☐   No

      ☐   Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

   ☐   No

   ☐   Yes. Book value  $ _____   Valuation method _____   Current value  $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

   ☐   No

   ☐   Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

   ☐   No

   ☐   Yes

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

38  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐   No. Go to Part 8.

   ☑   Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| None | $ | | $          0.00 |
| 40. **Office fixtures** | | | |
| None | $ | | $          0.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| See Attached Rider | $     2,235,463.33 | | $     2,141,570.65 |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 None | $ | | $          0.00 |
| 42.2 | $ | | $ |
| 42.3 | $ | | $ |

43. **Total of Part 7.**

   Add lines 39 through 42. Copy the total to line 86.                              $     2,141,570.65

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

   ☑   No

   ☐   Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

   ☑   No

   ☐   Yes

Debtor   Envision Physician Services, LLC _____     Case number (If known) 23-90498 _____
         Name

## Part 8:   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑   No. Go to Part 9.

☐   Yes. Fill in the information below.

| General Description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

47.1 _____   $ _____   _____   $ _____
47.2 _____   $ _____   _____   $ _____
47.3 _____   $ _____   _____   $ _____
47.4 _____   $ _____   _____   $ _____

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

48.1 _____   $ _____   _____   $ _____
48.2 _____   $ _____   _____   $ _____

49. **Aircraft and accessories**

49.1 _____   $ _____   _____   $ _____
49.2 _____   $ _____   _____   $ _____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

_____   $ _____   _____   $ _____

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ _____ 0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐   No
☐   Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐   No
☐   Yes

Debtor  Envision Physician Services, LLC                                    Case number (if known)  23-90496
        Name

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  See Attached Rider | | $  221,721.94* | | $  221,721.94* |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$  221,721.94*

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☑ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10:  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>See Attached Rider | $  Undetermined | | $  Undetermined |
| 61. **Internet domain names and websites**<br>None | $ | | $  0.00 |
| 62. **Licenses, franchises, and royalties**<br>None | $ | | $  0.00 |
| 63. **Customer lists, mailing lists, or other compilations**<br>None | $ | | $  0.00 |
| 64. **Other intangibles, or intellectual property**<br>None | $ | | $  0.00 |
| 65. **Goodwill**<br>None | $ | | $  0.00 |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$  Undetermined

***Plus Undetermined Amounts**

Debtor   Envision Physician Services, LLC                                                   Case number (if known) 23-90498
         Name

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  | | | **Current value of debtor's interest** |
|---|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

None  ——  — = →   $   0.00

Total Face Amount    Doubtful or uncollectible Amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| None | | Tax Year | $ | 0.00 |
|---|---|---|---|---|
| | | Tax Year | $ | |
| | | Tax Year | $ | |

73. **Interests in insurance policies or annuities**

See Attached Rider                                                   $   Undetermined

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

See Attached Rider                                                   $   Undetermined

**Nature of Claim**

**Amount Requested**   $

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

None                                                                 $   0.00

**Nature of Claim**

**Amount Requested**   $

76. **Trusts, equitable or future interests in property**

None                                                                 $   0.00

77. **Other property of any kind not already listed**   *Examples:* Season tickets, country club membership

See Attached Rider                                                   $   34,765,569.67

$

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.                  $   34,765,569.67*

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

**\*Plus Undetermined Amounts**

Debtor   Envision Physician Services, LLC
Name

Case number (If known)   23-90498

## Part 12:   Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of Property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $  62,207,340.17 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $  28,931,045.57 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $  5,095,516.14 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $  Undetermined | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $  0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $  0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $  2,141,570.65 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $  0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ...............................................→ | | $221,721.94* |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $  Undetermined | |
| 90. **All other assets.** *Copy line 78, Part 11.* | $  34,765,569.67* | |
| 91. **Total.** Add lines 80 through 90 for each column.............................91a. | $  133,141,042.20* | **+ 91b.** $221,721.94* |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92.................................................................................  $  133,362,764.14*

**\*Plus Undetermined Amounts**

Debtor Name:  Envision Physician Services, LLC                                    Case Number:  23-90498

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| Bank of America | Concentration | 3412 | $62,207,340.17 |
| Bank of America | Receipt | 5786 | $0.00 |
| Bank of America | Disbursement | 4456 | $0.00 |
| Bank of America | Lockbox | 5739 | $0.00 |
| Bank of America | Receipt | 3744 | $0.00 |
| Bank of America | Disbursement | 3058 | $0.00 |
| Bank of America | Lockbox | 6658 | $0.00 |
|  | | **TOTAL** | **$62,207,340.17** |

Debtor Name:  Envision Physician Services, LLC                                            Case Number:  23-90498

**Assets - Real and Personal Property**

**Part 2, Question 7:** Deposits, including security deposits and utility deposits

| Deposits, including security deposits and utility deposits<br>*(Description, including name of holder of deposit)* | Current value of debtor's<br>interest |
|---|---:|
| Envision Ameriben Imprest Account | $350,000.00 |
| EPMG of Michigan - Michigan insurance provider subscriber savings account | $966,635.64 |
| Simplificare Deposit | $478,828.00 |
| **TOTAL** | **$1,795,463.64** |

Debtor Name:  Envision Physician Services, LLC                                    Case Number:  23-90498

**Assets - Real and Personal Property**

**Part 2, Question 8:** Prepayments, including payments on executory contracts, leases, insurance, taxes, and rent

| Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent  *(Description, including name of holder of prepayment)* | Current value of debtor's interest |
|---|---|
| Alliant | $52,083.33 |
| Aon | $1,217,859.59 |
| Collibra Data Intelligence Platform | $344,260.96 |
| Medmal - Patient Comp Funds | $180,788.25 |
| Prepaid Employee Bonus | $24,252,088.41 |
| Prepaid software licenses and maintenance, memberships and dues, and postage | $339,788.60 |
| Travelers | $655,379.46 |
| Woodruff Sawyer | $93,333.33 |
| **TOTAL** | **$27,135,581.93** |

Debtor Name:  Envision Physician Services, LLC                                    Case Number:  23-90498

**Assets - Real and Personal Property**

**Part 4, Question 15:** Non-publicly traded stock interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture.

| Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture *(Name of entity:)* | % of Ownership | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Emergency Medical Services, LLC (f/k/a Emergency Medical Services LP Corporation) | 100 | Net Book Value | Undetermined |
| Pager.com | Undetermined | Net Book Value | Undetermined |
| Sheridan Holdings, Inc. (f/k/a Sheridan Holdings, LLC; f/k/a Sheridan Holdings, Inc. (f/k/a Vestar/Sheridan Holdings, Inc.)) | 100 | Net Book Value | Undetermined |
| | | **TOTAL** | $0.00 |
| | | | + Undetermined Amounts |

Debtor Name:  Envision Physician Services, LLC                                                  Case Number:  23-90498

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| Office equipment, including all computer equipment and communication systems equipment and software | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Capitalized Software-Custom and Modification | $198,831.59 | Net Book Value | $104,938.91 |
| CIP-Software Costs | $2,209,868.79 | Net Book Value | $2,209,868.79 |
| Various Furniture/fixtures/equipment/CIP | $-173,237.05 | Net Book Value | $-173,237.05 |
| | | **TOTAL** | **$2,141,570.65** |

Debtor Name:  Envision Physician Services, LLC                                    Case Number:  23-90498

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 1A Burton Hills Blvd, Nashville, TN 37215 | Leased Property | Undetermined | Net Book Value | Undetermined |
| Various | Construction in Progress | $221,721.94 | Net Book Value | $221,721.94 |
| | | | **TOTAL** | **$221,721.94**<br>+ Undetermined Amounts |

Page 1 of 1

Debtor Name:  Envision Physician Services, LLC                                                                                    Case Number:  23-90498

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Trademark No. 3,172,748 (Supplemental Register) dated 11/14/2006 | Undetermined | Net Book Value | Undetermined |
| Trademark No. 3526565 dated 11/04/2008 | Undetermined | Net Book Value | Undetermined |
| Trademark No. 3634424 dated 06/09/2009 | Undetermined | Net Book Value | Undetermined |
| Trademark No. 4059271 dated 11/22/2011 | Undetermined | Net Book Value | Undetermined |
| Trademark No. 77/294,676 dated 10/03/2007 | Undetermined | Net Book Value | Undetermined |
| Trademark No. 77/579,818 dated 09/26/2008 | Undetermined | Net Book Value | Undetermined |
| Trademark No. 78/787,429 dated 01/09/2006 | Undetermined | Net Book Value | Undetermined |
| Trademark No. 78/859,595 dated 04/12/2006 | Undetermined | Net Book Value | Undetermined |
| Trademark No. 85/264,497 dated 03/11/2011 | Undetermined | Net Book Value | Undetermined |
| | | **TOTAL** | $0.00 + Undetermined Amounts |

Debtor Name:  Envision Physician Services, LLC                                                                    Case Number:  23-90498

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| ACE American Ins Co - $3.7M PO $10M x Ded | Commercial Property | CX D42312022 003 | Undetermined |
| ACE American Insurance Company | First Layer Excess Directors & Officers Liability - $10M x/o $10M  First Layer Excess Fiduciary Liability - $10M x/o $10M | G31329231 005 | Undetermined |
| ACE American Insurance Company | Eleventh Layer Excess Directors & Officers Liability - $10M x/o $110M | G31329553 005 | Undetermined |
| ACE American Insurance Company | First Layer Excess Crime Protection Policy - $5M x/o $5M | G3132919A 005 | Undetermined |
| AIG Specialty Insurance Company - $12.5M PO $50M x Ded | Commercial Property | 018406494 | Undetermined |
| Allianz Global Risks US Insurance Company | Third Layer Excess Directors & Officers Liability - $10M x/o $30M | USF00220122 | Undetermined |
| Allianz Underwriters Insurance Company - $5M | Excess Cyber - $10M xs $40M | U5F00194822 | Undetermined |
| Allied World Assurance Company | Clinical Research Professional Liability | 0310-1815 | Undetermined |
| Allied World Assurance Company (U.S.), Inc. - $2.5M PO $25M x Ded | Commercial Property | 0313-4516-1A | Undetermined |
| Allied World Specialty Insurance Company | Ninth Layer Excess Directors & Officers Liability - $10M x/o $90M | 0311-5653 | Undetermined |
| American Bankers Insurance Company of Florida | Flood Insurance Policy (Amsurg Center #2178) | 7406055416 | Undetermined |
| Arch Specialty Ins Co - $6M PO $15M x $10M | Commercial Property | ESP1003391-02 | Undetermined |
| Arch Specialty Insurance Company | Excess Cyber - $10M xs $30M | NPL0067323-01 | Undetermined |
| Argonaut Insurance Company | Seventh Layer Excess Directors & Officers Liability - $10M x/o $70M | MLX 4209479-4 | Undetermined |
| AXA XL | Excess Cyber - $10M xs $10M | MTE9039659 | Undetermined |
| Beazley Infosec | Primary Cyber Liability ($10M) | FSCE02203607 | Undetermined |
| Canopius US Insurance - $5M | Excess Cyber - $25M xs $50M | CYT27220098 | Undetermined |
| CFC | Excess Cyber - $10M xs $20M | FSCEO2202159 | Undetermined |
| Chubb BDA - $50M PO $50M x $50M | Commercial Property | ENVHLTH01983P02 | Undetermined |
| EMCA Insurance Company, LTD. | Automobile Liability Deductible Reimbursement Policy | EMCA 2022 - AL | Undetermined |
| EMCA Insurance Company, LTD. | Privacy & Security (Cyber) Deductible Reimbursement Policy | EMCA-CYBER-2022 | Undetermined |
| EMCA Insurance Company, LTD. | Workers Compensation / Employer's Liability Deductible Reimbursement Policy | EMCA 2022 - WC | Undetermined |
| EMCA Insurance Company, LTD. | Employment Practices Liability | EMCA-EPLI-2022 | Undetermined |

Debtor Name:  Envision Physician Services, LLC                                                                Case Number:  23-90498

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| EMCA Insurance Company, LTD. | Property Deductible Reimbursement Policy: Amsurg Centers Only | EMCA-ASC-PROP-2022 | Undetermined |
| Emergency Capital Management RRG, LLC | Professional and General Liability (All Other States) PL: $1M/$3M GL: $1M/$3M | ECMRRG-ASC-22 | Undetermined |
| Emergency Capital Management RRG, LLC | Professional and General Liability PL: $1M/$3M GL: $3M/$5M | ECM RRG 2023 | Undetermined |
| Fair American Insurance and Reinsurance Company | Second Layer Excess Directors & Officers Liability - $10M x/o $20M  Second Layer Excess Fiduciary Liability - $10M x/o $20M | MLX-1001346-01 | Undetermined |
| General Security Indemnity Co of AZ | Commercial Property - CA Earthquake Coverage ($7M part of $35M xs of $10M) | TR00014861348622 | Undetermined |
| Healthcare Risk Advisors / TDC Group | 1st Dollar Professional Liability - New York - $1.3M/$3.9M | HGP-03701-23-00 | Undetermined |
| Helix Underwriting Partners on behalf of Somers Re - $18.75M PO $25M x $25M | Commercial Property | MM100F100509AO2022 | Undetermined |
| Hiscox Insurance Co Inc | Special Crime | UKA301835721 | Undetermined |
| Ironshore Indemnity Inc. | Twelfth Layer Excess Directors & Officers Liability - $5M x/o $120M | DO6NAB3LTQ003 | Undetermined |
| Ironshore Specialty Insurance Company | Primary Managed Care E&O | HC7CACAT3R002 | Undetermined |
| Landmark American Insurance Company - $5M | Excess Cyber - $25M xs $50M | LQS799283 | Undetermined |
| Lloyds 033 (Hiscox Syndicates) - $2M PO $25M x Ded | Commercial Property | PTNAM2207038 | Undetermined |
| Lloyds 2987 (Brit Insurance) - $300K PO $10M x Ded | Commercial Property | PTNAM2207194 | Undetermined |
| Lloyd's Syndicate 2003 | Terrorism & Sabotage Coverage | CMCTR2104510 | Undetermined |
| MagMutual | Medical Professional Liability Insurance Claims Made Policy - $1M/$3M | PSL 09111995 | Undetermined |
| MagMutual | Medical Professional Liability Insurance Claims Made Policy - $1M/$3M | PSL 09111996 | Undetermined |
| Markel American Insurance Company | Sixth Layer Excess Directors & Officers Liability - $10M x/o $60M | MKLM1MXM000787 | Undetermined |
| National Fire & Marine Insurance Company (MedPro) | Excess Healthcare Liability | EN038697 | Undetermined |
| National Fire & Marine Insurance Company (MedPro) | Excess Healthcare Liability - 2nd xs | EN046884 | Undetermined |
| National Fire & Marine Insurance Company (Medpro) | Professional Liability - Medical Claims Made and Reported $1M/$3M | HN059386 | Undetermined |
| Nationwide Insurance Company  -$5M | Excess Cyber - $10M xs $40M | XMS2209085 | Undetermined |
| Ohio BWC | Workers Comp | 80081003 | Undetermined |

Debtor Name:  Envision Physician Services, LLC                                        Case Number:  23-90498

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| Palomar Excess & Surplus Ins Co | Commercial Property - CA Earthquake Coverage ($18M part of $35M xs of $10M) | PE701973 | Undetermined |
| ProAssurance Specialty Insurance Company, Inc. | Professional Liability Prior Acts Reporting Policy | ES2573 | Undetermined |
| RLI Insurance Company | Third Layer Excess Crime Protection Policy - $5M x/o $15M | BND0102723 | Undetermined |
| Starr Indemnity & Liability Company | Eighth Layer Excess Directors & Officers Liability - $10M x/o $80M | 1000621213221 | Undetermined |
| Starr Surplus Lines Insurance Company - $2.25M PO $25M x Ded | Commercial Property | SLSTPTY11653722 | Undetermined |
| Starr Surplus Lines Insurance Company - $5M | Excess Cyber - $25M xs $50M | 1000635377221 | Undetermined |
| State of Indiana | Patient Compensation Fund Premiums - IN | N/A | Undetermined |
| State of Kansas/MedPro | Patient Compensation Fund Premiums - KS | N/A | Undetermined |
| State of Louisiana | Patient Compensation Fund Premiums - LA EMG | N/A | Undetermined |
| State of Pennsylvania | Patient Compensation Fund Premiums - PA | N/A | Undetermined |
| State of Wisconsin | Patient Compensation Fund Premium - WI | N/A | Undetermined |
| Swiss Re - $2M PO $25M x Ded | Commercial Property | NAP200496600 | Undetermined |
| The Charter Oak Fire Insurance Company | Workers Compensation and Employers Liability Policy | UB-9P161854-22-51-H | Undetermined |
| The Medical Protective Company | Professional Liability - Medical Claims Made and Reported $500K/1.5M | H006507 | Undetermined |
| The Medical Protective Company | Professional Liability - Claims Made Kansas & Wisconsin - $1M/$3M | G01303 | Undetermined |
| The Medical Protective Company | Professional Liablity (Kansas) Claims Made and Reported $500K/$1.5M | H006657 | Undetermined |
| The North River Insurance Company | Fourth Layer Excess Directors & Officers Liability - $10M x/o $40M | 575-102679-3 | Undetermined |
| Travelers Property Casualty Company of America | Workers Compensation and Employers Liability Policy | UB-0R011787-22-51-H | Undetermined |
| Travelers Property Casualty Company of America | Commercial Automobile | TC2JCAP-1R571752-TIL-22 | Undetermined |
| Trisura Specialty Insurance Company | Commercial Property - CA Earthquake Coverage ($10M part of $35M xs of $10M) | 14100486 | Undetermined |
| US Specialty Insurance Company | Primary Directors & Officers (D&O) Liability - $10M  Primary Fiduciary Liabiltity - $10M | 14-MGU-22-A55108 | Undetermined |
| US Specialty Insurance Company | Tenth Layer Excess Directors & Officers Liability - $10M x/o $100M | 14-MGU-22-A55110 | Undetermined |
| US Specialty Insurance Company | Primary Crime Protection Policy - $5M | 14-MGU-22-A55109 | Undetermined |

Debtor Name:  Envision Physician Services, LLC                                                      Case Number:  23-90498

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| Vantage Risk Specialty Insurance Company | Excess Healthcare Liability - 1st xs | P03HC0000027070 | Undetermined |
| Westfield Surplus Line Insurance Company - $10M | Excess Cyber - $25M xs $50M | XCO-00019FH-00 | Undetermined |
| Zurich American Insurance Company | Fifth Layer Excess Directors & Officers Liability - $10M x/o $50M | DOC 6359975-04 | Undetermined |
| Zurich American Insurance Company | Second Layer Excess Crime Protection Policy - $5M x/o $10M | FID 8667783-04 | Undetermined |
| | | **TOTAL** | $0.00 + Undetermined Amounts |

Debtor Name:  Envision Physician Services, LLC                                    Case Number:  23-90498

**Assets - Real and Personal Property**

**Part 11, Question 74:** Causes of action against third parties (whether or not a lawsuit has been filed)

| Causes of action against third parties (whether or not a lawsuit has been filed) | Nature of claim | Amount requested | Current value of debtor's interest |
|---|---|---|---|
| Envision Healthcare Corp., et al. v. United Healthcare, et al. | Litigation | Undetermined | Undetermined |
| United UCR Litigation - Florida | Contracts/Commercial Law | Undetermined | Undetermined |
| | | **TOTAL** | $0.00 <br> + Undetermined Amounts |

Page 1 of 1

Debtor Name:  Envision Physician Services, LLC                                         Case Number:  23-90498

**Assets - Real and Personal Property**

**Part 11, Question 77:** Other property of any kind not already listed

| Other property of any kind not already listed<br>*Examples*: Season tickets, country club membership | Current value of debtor's interest |
| --- | --- |
| Deferred Compensation - Custodial Account | $35,105,080.63 |
| Internal Capitalized Costs - MIPS | $-364,848.58 |
| Rebates and Refunds | $25,337.62 |
| **TOTAL** | **$34,765,569.67** |

**Fill in this information to identify the case:**

Debtor name     Envision Physician Services, LLC

United States Bankruptcy Court for the:    Southern District of Texas, Houston Division

Case number (If known):    23-90498

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

---

**Part 1:**    List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1**

**Creditor's name**
AMSURG, LLC

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined    $ Undetermined

**Creditor's mailing address**
1A BURTON HILLS BOULEVARD
NASHVILLE, TN 37215

**Describe the lien**
Guarantor of Intercompany Notes

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.

See Schedule D Disclosures

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

**2.2**

**Creditor's name**
ANKURA TRUST COMPANY, LLC

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined    $ Undetermined

**Creditor's mailing address**
ATTENTION: KRISTA GULALO
140 SHERMAN STREET
4TH FLOOR
FAIRFIELD, CT 06824

**Describe the lien**
Guarantor of Envision First Out Term Loan

**Creditor's email address, if known**
KRISTA.GULALO@ANKURA.COM

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☑ No. Specify each creditor, including this creditor, and its relative priority.

      See Schedule D Disclosures

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ _____

Debtor   Envision Physician Services, LLC
Name

Case number (If known):   23-90498

| | Column A Amount of Claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|

| **Part 1:** | **Additional Page** |

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

**2.3** | **Creditor's name**

ANKURA TRUST COMPANY, LLC

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$ _____ Undetermined   $ _____ Undetermined

**Creditor's mailing address**

ATTENTION: KRISTA GULALO
140 SHERMAN STREET
4TH FLOOR
FAIRFIELD, CT 06824

**Describe the lien**

Guarantor of Envision Fourth Out Term Loan

**Creditor's email address, if known**

KRISTA.GULALO@ANKURA.COM

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes.  Have you already specified the relative priority?

　☑ No. Specify each creditor, including this creditor, and its relative priority.

　　See Schedule D Disclosures

　☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**

Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

**2.4** | **Creditor's name**

ANKURA TRUST COMPANY, LLC

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$ _____ Undetermined   $ _____ Undetermined

**Creditor's mailing address**

ATTENTION: KRISTA GULALO
140 SHERMAN STREET
4TH FLOOR
FAIRFIELD, CT 06824

**Describe the lien**

Guarantor of Envision Second Out Term Loan

**Creditor's email address, if known**

KRISTA.GULALO@ANKURA.COM

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes.  Have you already specified the relative priority?

　☑ No. Specify each creditor, including this creditor, and its relative priority.

　　See Schedule D Disclosures

　☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**

Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

Debtor   Envision Physician Services, LLC                                        Case number (If known):   23-90498
         Name

| Part 1: | Additional Page | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.5**

**Creditor's name**

ANKURA TRUST COMPANY, LLC

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$ _____ Undetermined   $ _____ Undetermined

**Creditor's mailing address**

ATTENTION: KRISTA GULALO
140 SHERMAN STREET
4TH FLOOR
FAIRFIELD, CT 06824

**Describe the lien**

Guarantor of Envision Third Out Term Loan

**Creditor's email address, if known**

KRISTA.GULALO@ANKURA.COM

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes.  Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

      See Schedule D Disclosures

   ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**

Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

**2.6**

**Creditor's name**

CITIBANK, N.A.

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$ _____ Undetermined   $ _____ Undetermined

**Creditor's mailing address**

ATTENTION: SUAN ALLEN
1615 BRETT ROAD
OPS III
NEW CASTLE, DE 19720

**Describe the lien**

Guarantor of ABL Facility

**Creditor's email address, if known**

GLABFUNITLOANSOPS@CITI.COM

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes.  Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

      See Schedule D Disclosures

   ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**

Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

Debtor    Envision Physician Services, LLC                                    Case number (If known):    23-90498
          Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |

Official Form 206D          Official Part 2 of **Schedule D: Creditors Who Have Claims Secured by Property**          Page 4 of 4

**Fill in this information to identify the case:**

Debtor     Envision Physician Services, LLC

United States Bankruptcy Court for the:    Southern District of Texas, Houston Division

Case number    23-90498
(If known)

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

---

### Part 1: List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No. Go to Part 2.
☐ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $ | $ |
| Date or dates debt was incurred | | | |
| Last 4 digits of account number | | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) () | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $ | $ |
| Date or dates debt was incurred | | | |
| Last 4 digits of account number | | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) () | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| **2.3** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $ | $ |
| Date or dates debt was incurred | | | |
| Last 4 digits of account number | | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) () | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |

Debtor    Envision Physician Services, LLC                                    Case number (if known) 23-90408
          Name

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

**3.1** | **Nonpriority creditor's name and mailing address**
DELTA INVESTORS GROUP, LLC
ATTN: JACKIE DYER, PROPERTY MANAGER
DELTA INVESTMENT GROUP, LLC
500 WEST CYPRESS CREEK ROAD, SUITE 350
FORT LAUDERDALE, FL 33309

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Lease Rejection Damage

**Date or dates debt was incurred**      05/15/2023

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                     Undetermined

---

**3.2** | **Nonpriority creditor's name and mailing address**
2ND MD
9655 KATY FWY SUITE 300
HOUSTON, TX 77024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                     66,240.00

---

**3.3** | **Nonpriority creditor's name and mailing address**
ACCENT FOOD SERVICES LLC
PO BOX 46114
HOUSTON, TX 77210-4603

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                          86.88

---

**3.4** | **Nonpriority creditor's name and mailing address**
AGS HEALTH LLC
PO BOX 824788
PHILADEPHIA, PA 19182-4788

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                       3,308.90

---

**3.5** | **Nonpriority creditor's name and mailing address**
AIDOC INC
5184 S PEARL PLACE
CHANDLER, AZ 85249

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                     507,000.00

---

**3.6** | **Nonpriority creditor's name and mailing address**
AMERICAN COLLEGE OF EMERGENCY PHYSICIANS
PO BOX 619911
DALLAS, TX 75261-9911

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                      75,000.00

---

Debtor   Envision Physician Services, LLC
         _____          Case number (if known)   23-90498
         Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 5.00

AMERICAN MESSAGING
PO BOX 5749
CAROL STREAM, IL 60197-5749

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 700.00

ANDERSON LEHRMAN BARRE & MARAIST LLP
1001 3RD STREET SUITE 1
CORPUS CHRISTI, TX 78404

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 3,492.00

AON RISK INSURANCE SERVICES WEST INC
1900  16TH ST #1000
DENVER, CO 80202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 89,135.81

AON RISK SERVICES CENTRAL INC
PO BOX 7247-7376
PHILADELPHIA, PA 19170-7376

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 700.00

ASCENSION BORGESS ALLEGAN HOSPITAL
1521 GULL ROAD 178 1-CENTER MEDICAL STAFF SERVICES DEPT
KALAMAZOO, MI 49048

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Envision Physician Services, LLC | Case number (*if known*) | 23-90498 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12** **Nonpriority creditor's name and mailing address**

ASCENT SOLUTIONS INC
1854 BIRMINGHAM BLVD
BIRMINGHAM, MI 48009

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 606.27

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.13** **Nonpriority creditor's name and mailing address**

ASE DIRECT INC
7113 PEACH COURT SUITE 200
BRENTWOOD, TN 37027

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 216.32

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.14** **Nonpriority creditor's name and mailing address**

BP3 GLOBAL INCORPORATED
PO BOX 123964 DEPT 3964
DALLAS, TX 75312-3964

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 11,016.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.15** **Nonpriority creditor's name and mailing address**

CAPIO PARTNERS LLC
2222 TEXOMA PKWY # 150
SHERMAN, TX 75091

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2.45

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.16** **Nonpriority creditor's name and mailing address**

CARABINER COMMUNICATIONS INC
4372 MISTY MORNING LANE
LILBURN, GA 30047

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 3,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Envision Physician Services, LLC | Case number (if known) | 23-90498 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17**

**Nonpriority creditor's name and mailing address**

CE BROKER INC
525 3RD STREET NORTH UNIT 105
JACKSONVILLE BEACH, FL 32250

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    14,308.00

---

**3.18**

**Nonpriority creditor's name and mailing address**

CENTURYLINK
PO BOX 52187
PHOENIX, AZ 89072-2187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                          18.38

---

**3.19**

**Nonpriority creditor's name and mailing address**

CHARTER COMMUNICATIONS
PO BOX 6030
CAROL STREAM, IL 60197-6030

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                         240.07

---

**3.20**

**Nonpriority creditor's name and mailing address**

CHARTPATH LLC
PO BOX 844744
BOSTON, MA 02284-4744

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                         792.83

---

**3.21**

**Nonpriority creditor's name and mailing address**

CHI - AMBULATORY SURGERY CENTER AT MIDLANDS
11111 S. 84TH ST.
PAPILLION, NE 68046

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential Credit Balance

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

| Debtor | Envision Physician Services, LLC | Case number (*if known*) | 23-90498 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.22** **Nonpriority creditor's name and mailing address**

CHI HEALTH CREIGHTON UNIVERSITY MEDICAL CENTER - BERGAN MERCY
7500 MERCY RD
OMAHA, NE 68124-2386

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Potential Credit Balance

$ Undetermined

| **Date or dates debt was incurred** | Undetermined |
| **Last 4 digits of account number** | |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.23** **Nonpriority creditor's name and mailing address**

CHI HEALTH IMMANUEL
6901 N. 72ND STREET
OMAHA, NE 68122

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Potential Credit Balance

$ Undetermined

| **Date or dates debt was incurred** | Undetermined |
| **Last 4 digits of account number** | |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.24** **Nonpriority creditor's name and mailing address**

CHI HEALTH IMMANUEL MEDICAL CENTER GEROPSYCH ECT
6901 N 72 ST
HERITAGE PROCEDURE CENTER
SUITE 22330
OMAHA, NE 68122

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Potential Credit Balance

$ Undetermined

| **Date or dates debt was incurred** | Undetermined |
| **Last 4 digits of account number** | |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.25** **Nonpriority creditor's name and mailing address**

CHI HEALTH MERCY COUNCIL BLUFFS
800 MERCY DRIVE
COUNCIL BLUFFS, NE 51503

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Potential Credit Balance

$ Undetermined

| **Date or dates debt was incurred** | Undetermined |
| **Last 4 digits of account number** | |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.26** **Nonpriority creditor's name and mailing address**

CHI HEALTH MIDLANDS
11111 S 84TH ST
PAPILLION, NE 68046-4122

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Potential Credit Balance

$ Undetermined

| **Date or dates debt was incurred** | Undetermined |
| **Last 4 digits of account number** | |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Envision Physician Services, LLC                          Case number (if known)   23-90498
          Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.27** **Nonpriority creditor's name and mailing address**

CHILDRENS HOSPITAL COLORADO
13123 E 16TH AVENUE B145 MEDICAL STAFF SERVICES
AURORA, CO 80045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 425.00

---

**3.28** **Nonpriority creditor's name and mailing address**

CHOC MEDICAL STAFF
1201 W LAVETA AVENUE
ORANGE, CA 92868

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,600.00

---

**3.29** **Nonpriority creditor's name and mailing address**

CLEAR LAKE HOSPITAL MEDICAL STAFF
500 MEDICAL CENTER BLVD
WEBSTER, TX 77598

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 850.00

---

**3.30** **Nonpriority creditor's name and mailing address**

COMMERCE AND CONSUMER AFFAIRS
LICENSING BRANCH - LICENSE VERIFICATION PO BOX 3469
HONOLULU, HI 96801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 40.00

---

**3.31** **Nonpriority creditor's name and mailing address**

COMPANY COFFEE SHOP
505 110TH ST
ARLINGTON, TX 76011

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 267.65

---

Debtor   Envision Physician Services, LLC                                    Case number (if known)   23-90498
         Name

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.32** | **Nonpriority creditor's name and mailing address**

COMPLETE PAYMENT RECOVERY SERVICES
PO BOX 30184
TAMPA, FL 33630-3184

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,474.63

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.33** | **Nonpriority creditor's name and mailing address**

CONCORD TECHNOLOGIES
PO BOX 84125
SEATTLE, WA 98124-5425

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 333.90

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.34** | **Nonpriority creditor's name and mailing address**

CONNECTION
PO BOX 536464
PITTSBURGH, PA 15253-5906

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 87.07

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.35** | **Nonpriority creditor's name and mailing address**

CORPORATE CLEANING
9440 NE HALSEY ST
PORTLAND, OR 97220

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 200.52

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.36** | **Nonpriority creditor's name and mailing address**

CORPORATE FLOORING SOLUTIONS INC
3535 E BROADWAY ROAD
PHOENIX, AZ 85040

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 442.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   Envision Physician Services, LLC                              Case number (if known)   23-90498

Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.37** | **Nonpriority creditor's name and mailing address**

CREDENCE RESOURCE MANAGEMENT
4222 TRINITY MILLS SUITE 260
DALLAS, TX 75287

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 509.89

---

**3.38** | **Nonpriority creditor's name and mailing address**

CRIO INC
PO BOX 986524 DEPT 400
BOSTON, MA 02298-6524

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 600.00

---

**3.39** | **Nonpriority creditor's name and mailing address**

DATA CORE SYSTEMS INC
111 SINCLAIR ROAD
BRISTOL, PA 19007

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 24,546.90

---

**3.40** | **Nonpriority creditor's name and mailing address**

DETROIT AIRPORT TOWNCARS
PO BOX 1844
TAYLOR, MI 48180

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 429.40

---

**3.41** | **Nonpriority creditor's name and mailing address**

DOCUSIGN INC
PO BOX 735445
DALLAS, TX 75373-5445

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 9,838.21

---

| Debtor | Envision Physician Services, LLC | Case number (*if known*) | 23-90498 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.42 | **Nonpriority creditor's name and mailing address**<br><br>DOXIMITY INC<br>DEPT CH19291<br>PALATINE, IL 60055-9291 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $  20,278.75 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.43 | **Nonpriority creditor's name and mailing address**<br><br>DOXY ME INC<br>3445 WINTON PLACE<br>SUITE 114<br>ROCHESTER, NY 14623 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $  643.71 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.44 | **Nonpriority creditor's name and mailing address**<br><br>EAGLE TELEMEDICINE LLC<br>280 INTERSTATE NORTH CIRCLE SE SUITE 600<br>ATLANTA, GA 30339-245 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $  21,600.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.45 | **Nonpriority creditor's name and mailing address**<br><br>EAN SERVICES<br>PO BOX 402383<br>ATLANTA, GA 30384 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $  119.43 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.46 | **Nonpriority creditor's name and mailing address**<br><br>ECG MANAGEMENT CONSULTANTS<br>PO BOX 74008176<br>O BOX 47008176<br>CHICAGO, IL 60674-8176 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $  3,000.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| Debtor | Envision Physician Services, LLC | Case number (*if known*) | 23-90498 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| | | | |
|---|---|---|---|
| **3.47** | **Nonpriority creditor's name and mailing address**<br><br>ELLIS MEDICINE<br>1101 NOTT STREET<br>SCHENECTADY, NY 12308 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $                100.00 |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **3.48** | **Nonpriority creditor's name and mailing address**<br><br>EPROMOS PROMOTIONAL PRODUCTS LLC<br>113 5TH AVENUE SOUTH ST<br>CLOUD, MN 56301 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $             4,118.35 |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **3.49** | **Nonpriority creditor's name and mailing address**<br><br>ETHESIA INC<br>861 ARMADA TERRACE<br>SAN DIEGO, CA 92106 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $                700.00 |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **3.50** | **Nonpriority creditor's name and mailing address**<br><br>FEDEX<br>PO BOX 660481<br>DALLAS, TX 75266-0481 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $            18,244.78 |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **3.51** | **Nonpriority creditor's name and mailing address**<br><br>FIDELITY SECURITY LIFE INSURANCE COMPANY<br>PO BOX 632530<br>CINCINNATI, OH 45263-2530 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $           100,262.40 |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor  Envision Physician Services, LLC                    Case number (*if known*)   23-90498
        Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.52** **Nonpriority creditor's name and mailing address**

FINTHRIVE INC
PO BOX 733492
DALLAS, TX 75373-3492

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                202,462.19

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.53** **Nonpriority creditor's name and mailing address**

FLOWERAMA
2001 DREW STREET
CLEARWATER, FL 33765

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                296.39

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.54** **Nonpriority creditor's name and mailing address**

FRONTLINE MEDICAL COMMUNICATIONS INC
PO BOX 412022
BOSTON, MA 02241-2022

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                131.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.55** **Nonpriority creditor's name and mailing address**

GEORGIA COMPOSITE MED BOARD
2 PEACHTREE ST NW 36TH FL
ATLANTA, GA 30303

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                300.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.56** **Nonpriority creditor's name and mailing address**

GREAT LAKES CONSULTING SERVICES INC
2525 INDUSTRIAL ROW DRIVE
TROY, MI 48084

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                2,962.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Envision Physician Services, LLC                                      Case number (if known)   23-90498
         Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.57 | **Nonpriority creditor's name and mailing address**<br><br>GYNECOLOGIC ONCOLOGY<br>C/O: THE LAW OFFICES OF RICHARD COREY, PLLC<br>915 MIDDLE RIVER DRIVE<br>STE. 414<br>FT. LAUDERDALE, FL 33304 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:** Litigation | $ Undetermined |
|---|---|---|
| | **Date or dates debt was incurred**   Undetermined<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.58 | **Nonpriority creditor's name and mailing address**<br><br>HASTINGS GROUP LLC<br>7 MANOR DR<br>HAMPTON, NJ 08827 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $ 2,392.91 |
|---|---|---|
| | **Date or dates debt was incurred**<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.59 | **Nonpriority creditor's name and mailing address**<br><br>HAVASU REGIONAL MEDICAL CENTER<br>101 CIVIC CENTER LN MED STAFF OFC<br>LAKE HAVASU CITY, AZ 86403 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $ 325.00 |
|---|---|---|
| | **Date or dates debt was incurred**<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.60 | **Nonpriority creditor's name and mailing address**<br><br>HAWAII STATE<br>WIRES | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $ 896.16 |
|---|---|---|
| | **Date or dates debt was incurred**<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.61 | **Nonpriority creditor's name and mailing address**<br><br>HCA HOUSTON HEALTHCARE SOUTHEAST<br>4000 SPENCER HWY<br>PASADENA, TX 77504 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $ 300.00 |
|---|---|---|
| | **Date or dates debt was incurred**<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| Debtor | Envision Physician Services, LLC | Case number (if known) | 23-90498 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.62 | **Nonpriority creditor's name and mailing address**<br><br>HEALTH ECAREERS<br>33292 COLLECTION CENTER DR<br>CHICAGO, IL 60693-0332 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $ 11,900.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.63 | **Nonpriority creditor's name and mailing address**<br><br>HICKS SAFES & LOCKS INC<br>2316 N 32ND ST<br>PHOENIX, AZ 85008 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $ 375.52 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.64 | **Nonpriority creditor's name and mailing address**<br><br>HOSPITALRECRUITINGCOM LLC<br>4325 E 3RD STREET<br>BLOOMINGTON, IN 47401 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $ 2,419.35 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.65 | **Nonpriority creditor's name and mailing address**<br><br>HOUSTON NORTHWEST MEDICAL CENTER<br>ATTN: MEDICAL STAFF 710 CYPRESS PARKWAY<br>HOUSTON, TX 77090 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $ 50.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.66 | **Nonpriority creditor's name and mailing address**<br><br>HRMC MEDICAL STAFF ASSOC<br>101 CIVIC CENTER LANE<br>LAKE HAVASU CITY, AZ 86403 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $ 400.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor    Envision Physician Services, LLC                                    Case number (if known)    23-90498
          Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.67** | **Nonpriority creditor's name and mailing address**

HST PATHWAYS
PO BOX 83016
WOBURN, MA 01813-3016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                62,201.75

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.68** | **Nonpriority creditor's name and mailing address**

HYATT LEGAL PLANS INC
DEPT 781523 PO BOX 78000
DETROIT, MI 48278-1523

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                83,289.56

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.69** | **Nonpriority creditor's name and mailing address**

ILLINOIS DEPART OF FINANCIAL & PROFESSIONAL REGULATION
320 W WASHINGTON 3RD FL
SPRINGFIELD, IL 62786

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                140.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.70** | **Nonpriority creditor's name and mailing address**

INFOARMOR INC
PO BOX 123189 DRPT 3189
DALLAS, TX 75312-3189

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                60,740.66

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.71** | **Nonpriority creditor's name and mailing address**

INGALLS MEMORIAL HOSPITAL
ONE INGALLS DRIVE ATTN: LINDA MCCORMICK
HARVEY, IL 60426

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                3,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Envision Physician Services, LLC | Case number (if known) | 23-90498 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.72** 

**Nonpriority creditor's name and mailing address**

INTERMEDIX OFFICE BASED BILLING DIVISION
PO BOX 734735
CHICAGO, IL 60673-4735

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 200.00

---

**3.73** 

**Nonpriority creditor's name and mailing address**

IRON MOUNTAIN
PO BOX 915004
DALLAS, TX 75391-5004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 186.71

---

**3.74** 

**Nonpriority creditor's name and mailing address**

L.A.
C/O SELINGO GUAGLIARDO, L.L.C.
GUAGLIARDO, CARL J. - ESQ.
345 MARKET STREET
KINGSTON, PA 18704

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.75** 

**Nonpriority creditor's name and mailing address**

LAW OFFICE OF MARTY J TAYLOR PLLC
2626 COLE AVENUE STE 300
DALLAS, TX 75204

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,000.00

---

**3.76** 

**Nonpriority creditor's name and mailing address**

LIFE INSURANCE COMPANY OF NORTH AMERICA
PO BOX 782447
PHILADELPHIA, PA 19178-2447

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,275,310.92

---

Official Form 206E/F       Schedule E/F: Creditors Who Have Unsecured Claims

Debtor  Envision Physician Services, LLC
_____   Case number (*if known*)  23-90498
Name

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.77** **Nonpriority creditor's name and mailing address**

LIFE STORAGE LP
8555 MANDERVILLE LN
DALLAS, TX 75231

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$  764.84

---

**3.78** **Nonpriority creditor's name and mailing address**

MEDICAL CONSULTANTS INC
PO BOX 735160
DALLAS, TX 75373-5160

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$  5,893.95

---

**3.79** **Nonpriority creditor's name and mailing address**

METROPOLITAN LIFE INSURANCE CO
DEPT LA 21203
PASADENA, CA 91185-1203

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$  172,345.52

---

**3.80** **Nonpriority creditor's name and mailing address**

MICHIGAN PROFESSIONAL INSURANCE EXCHANGE
C/O MICHAEL D MCCULLOUGH
ONE TOWN SQUARE STE 1700
SOUTHFIELD, MI 48076

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Litigation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$  Undetermined

---

**3.81** **Nonpriority creditor's name and mailing address**

MOUNTAINSIDE MEDICAL CENTER
1 BAY AVENUE
MONTCLAIR, NJ 07042

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$  500.00

---

| Debtor | Envision Physician Services, LLC | Case number (*if known*) | 23-90498 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.82** **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 750.00

---

**3.83** **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 375.00

---

**3.84** **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,150.00

---

**3.85** **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

**3.86** **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Severance Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 42,542.28

---

Debtor   Envision Physician Services, LLC                    Case number (*if known*)   23-90498
_____
Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.87**

**Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Severance Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 58,888.37

---

**3.88**

**Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.89**

**Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.90**

**Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.91**

**Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

Debtor   Envision Physician Services, LLC                              Case number (if known)   23-90498
         Name

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.92** **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Litigation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.93** **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Litigation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.94** **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Litigation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.95** **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Litigation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.96** **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Litigation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

Debtor    Envision Physician Services, LLC                                    Case number (if known)    23-90498
_____
Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.97**   **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

$                        Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.98**   **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

$                        Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.99**   **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

$                        Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.100**   **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

$                        Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.101**   **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

$                        Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Envision Physician Services, LLC                                    Case number *(if known)*   23-90498

Name

## Part 2:   Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.102** | **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.103** | **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.104** | **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.105** | **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.106** | **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor      Envision Physician Services, LLC _____      Case number (*if known*)      23-90498 _____
            Name

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.107**  **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

$                    Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.108**  **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

$                    Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.109**  **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

$                    Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.110**  **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

$                    Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.111**  **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

$                    Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Envision Physician Services, LLC                                    Case number *(if known)*   23-90498
         Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.112** **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Litigation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                Undetermined

---

**3.113** **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Litigation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                Undetermined

---

**3.114** **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Litigation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                Undetermined

---

**3.115** **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Litigation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                Undetermined

---

**3.116** **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Litigation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                Undetermined

---

Debtor    Envision Physician Services, LLC                        Case number (*if known*)    23-90498
          Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.117** **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Litigation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ _____ Undetermined

---

**3.118** **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Litigation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ _____ Undetermined

---

**3.119** **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Litigation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ _____ Undetermined

---

**3.120** **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Litigation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ _____ Undetermined

---

**3.121** **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Litigation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ _____ Undetermined

---

Debtor    Envision Physician Services, LLC                                    Case number (*if known*)    23-90498
          Name

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

| 3.122 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $                    Undetermined |
|---|---|---|---|
| | Name on File | ☑ Contingent | |
| | Address on File | ☑ Unliquidated | |
| | | ☑ Disputed | |
| | | **Basis for the claim:**  Litigation | |
| | **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | **Last 4 digits of account number** | ☐ Yes | |

| 3.123 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $                    Undetermined |
|---|---|---|---|
| | Name on File | ☑ Contingent | |
| | Address on File | ☑ Unliquidated | |
| | | ☑ Disputed | |
| | | **Basis for the claim:**  Litigation | |
| | **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | **Last 4 digits of account number** | ☐ Yes | |

| 3.124 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $                    Undetermined |
|---|---|---|---|
| | Name on File | ☑ Contingent | |
| | Address on File | ☑ Unliquidated | |
| | | ☑ Disputed | |
| | | **Basis for the claim:**  Litigation | |
| | **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | **Last 4 digits of account number** | ☐ Yes | |

| 3.125 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $                    Undetermined |
|---|---|---|---|
| | Name on File | ☑ Contingent | |
| | Address on File | ☑ Unliquidated | |
| | | ☑ Disputed | |
| | | **Basis for the claim:**  Litigation | |
| | **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | **Last 4 digits of account number** | ☐ Yes | |

| 3.126 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $                    Undetermined |
|---|---|---|---|
| | Name on File | ☑ Contingent | |
| | Address on File | ☑ Unliquidated | |
| | | ☑ Disputed | |
| | | **Basis for the claim:**  Litigation | |
| | **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | **Last 4 digits of account number** | ☐ Yes | |

Debtor   Envision Physician Services, LLC
_____
Name

Case number (*if known*)   23-90498
_____

## Part 2:   Additional Page

| | Amount of claim |
|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | |

**3.127** | **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.128** | **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.129** | **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.130** | **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.131** | **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Envision Physician Services, LLC _____   Case number (*if known*)   23-90498 _____
Name

| Part 2: | Additional Page | | | Amount of claim |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.132** | **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Litigation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ _____ Undetermined

---

**3.133** | **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Litigation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ _____ Undetermined

---

**3.134** | **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Litigation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ _____ Undetermined

---

**3.135** | **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Litigation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ _____ Undetermined

---

**3.136** | **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Litigation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ _____ Undetermined

---

Debtor   Envision Physician Services, LLC                              Case number *(if known)*   23-90498
         Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.137** **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.138** **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.139** **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.140** **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.141** **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   Envision Physician Services, LLC                                   Case number *(if known)*   23-90498
         Name

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.142** **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Litigation

$                              Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.143** **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Litigation

$                              Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.144** **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Litigation

$                              Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.145** **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Litigation

$                              Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.146** **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Litigation

$                              Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Envision Physician Services, LLC                                    Case number *(if known)*   23-90498
          Name

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.147** | **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.148** | **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.149** | **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.150** | **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.151** | **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Envision Physician Services, LLC                    Case number (*if known*)   23-90498
         Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.152** **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.153** **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.154** **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.155** **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.156** **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

Debtor    Envision Physician Services, LLC                                    Case number (*if known*)   23-90498
          Name

| Part 2: | Additional Page |
| --- | --- |

<table>
<tr><td colspan="2">Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.</td><td>Amount of claim</td></tr>
</table>

**3.157** | **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

$                        Undetermined

| **Date or dates debt was incurred** | Undetermined |
| **Last 4 digits of account number** | |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.158** | **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

$                        Undetermined

| **Date or dates debt was incurred** | Undetermined |
| **Last 4 digits of account number** | |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.159** | **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

$                        Undetermined

| **Date or dates debt was incurred** | Undetermined |
| **Last 4 digits of account number** | |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.160** | **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

$                        Undetermined

| **Date or dates debt was incurred** | Undetermined |
| **Last 4 digits of account number** | |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.161** | **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

$                        Undetermined

| **Date or dates debt was incurred** | Undetermined |
| **Last 4 digits of account number** | |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Envision Physician Services, LLC | Case number *(if known)* | 23-90498 |
| --- | --- | --- | --- |
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

---

**3.162** **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

$                    Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.163** **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

$                    Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.164** **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

$                    Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.165** **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

$                    Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.166** **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

$                    Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Envision Physician Services, LLC                                    Case number (if known)    23-90498
          Name

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.167** **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.168** **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.169** **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.170** **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.171** **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Envision Physician Services, LLC                          Case number (*if known*)    23-90498
          Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.172** **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                          Undetermined

---

**3.173** **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                          Undetermined

---

**3.174** **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                          Undetermined

---

**3.175** **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                          Undetermined

---

**3.176** **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                          Undetermined

---

Debtor    Envision Physician Services, LLC                          Case number (*if known*)   23-90498
          Name

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

### 3.177 Nonpriority creditor's name and mailing address

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                Undetermined

---

### 3.178 Nonpriority creditor's name and mailing address

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                Undetermined

---

### 3.179 Nonpriority creditor's name and mailing address

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                Undetermined

---

### 3.180 Nonpriority creditor's name and mailing address

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                Undetermined

---

### 3.181 Nonpriority creditor's name and mailing address

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                Undetermined

---

Debtor    Envision Physician Services, LLC                                    Case number *(if known)*   23-90498
          Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.182** | **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.183** | **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.184** | **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.185** | **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.186** | **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

Debtor    Envision Physician Services, LLC                                    Case number *(if known)*    23-90498
          Name

---

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.187** **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.188** **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.189** **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.190** **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.191** **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Envision Physician Services, LLC
         _____                Case number *(if known)*   23-90498
         Name

---

## Part 2:   Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

| 3.192 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $               Undetermined |
|---|---|---|---|

Name on File
Address on File

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Litigation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.193 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $               Undetermined |
|---|---|---|---|

Name on File
Address on File

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Litigation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.194 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $               Undetermined |
|---|---|---|---|

Name on File
Address on File

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Litigation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.195 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $               Undetermined |
|---|---|---|---|

Name on File
Address on File

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Litigation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.196 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $               Undetermined |
|---|---|---|---|

Name on File
Address on File

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Litigation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    Envision Physician Services, LLC                                      Case number (if known)    23-90498
          Name

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.197** | **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

$                          Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.198** | **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

$                          Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.199** | **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

$                          Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.200** | **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

$                          Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.201** | **Nonpriority creditor's name and mailing address**

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

$                          Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   Envision Physician Services, LLC          Case number (if known)   23-90498
         Name

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.202** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $                    Undetermined |

Name on File
Address on File

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Litigation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.203** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $                    Undetermined |

Name on File
Address on File

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Litigation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.204** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $                    Undetermined |

Name on File
Address on File

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Litigation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.205** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $                    Undetermined |

Name on File
Address on File

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Litigation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.206** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $                    Undetermined |

Name on File
Address on File

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Litigation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Envision Physician Services, LLC | Case number (*if known*) | 23-90498 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.207 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $                          Undetermined |
|---|---|---|---|
| | Name on File | ☑ Contingent | |
| | Address on File | ☑ Unliquidated | |
| | | ☑ Disputed | |
| | | **Basis for the claim:**  Litigation | |
| | **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☑ No    ☐ Yes | |

| 3.208 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $                          Undetermined |
|---|---|---|---|
| | Name on File | ☑ Contingent | |
| | Address on File | ☑ Unliquidated | |
| | | ☑ Disputed | |
| | | **Basis for the claim:**  Litigation | |
| | **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☑ No    ☐ Yes | |

| 3.209 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $                          Undetermined |
|---|---|---|---|
| | Name on File | ☑ Contingent | |
| | Address on File | ☑ Unliquidated | |
| | | ☑ Disputed | |
| | | **Basis for the claim:**  Litigation | |
| | **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☑ No    ☐ Yes | |

| 3.210 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $                          Undetermined |
|---|---|---|---|
| | Name on File | ☑ Contingent | |
| | Address on File | ☑ Unliquidated | |
| | | ☑ Disputed | |
| | | **Basis for the claim:**  Litigation | |
| | **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☑ No    ☐ Yes | |

| 3.211 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $                          Undetermined |
|---|---|---|---|
| | Name on File | ☑ Contingent | |
| | Address on File | ☑ Unliquidated | |
| | | ☑ Disputed | |
| | | **Basis for the claim:**  Contingent Liability | |
| | **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☑ No    ☐ Yes | |

| Debtor | Envision Physician Services, LLC | Case number (*if known*) | 23-90498 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

### 3.212 Nonpriority creditor's name and mailing address

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

### 3.213 Nonpriority creditor's name and mailing address

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Liability

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

### 3.214 Nonpriority creditor's name and mailing address

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

### 3.215 Nonpriority creditor's name and mailing address

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

### 3.216 Nonpriority creditor's name and mailing address

Name on File
Address on File

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

Debtor    Envision Physician Services, LLC                          Case number (*if known*)    23-90498
          Name

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.217** **Nonpriority creditor's name and mailing address**

Name on File
Address on File

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.218** **Nonpriority creditor's name and mailing address**

Name on File
Address on File

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Liability

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.219** **Nonpriority creditor's name and mailing address**

Name on File
Address on File

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.220** **Nonpriority creditor's name and mailing address**

Name on File
Address on File

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Liability

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.221** **Nonpriority creditor's name and mailing address**

Name on File
Address on File

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Envision Physician Services, LLC                                    Case number (*if known*)   23-90498
         Name

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.222** **Nonpriority creditor's name and mailing address**

NATIONWIDE PRINTING COMPANY
855 CONKLIN STREET SUITE N
FARMINGDALE, NY 11735

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

$ 340.51

---

**3.223** **Nonpriority creditor's name and mailing address**

NEBRASKA STATE
LICENSURE UNIT 301 CENTENNIAL MALL SOUTH
LINCOLN, NE 68509

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

$ 50.00

---

**3.224** **Nonpriority creditor's name and mailing address**

NEONATOLOGY TODAY
11175 CAMPUS STREET, SUITE 11121
LOMA LINDA, CA 92354

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

$ 5,000.00

---

**3.225** **Nonpriority creditor's name and mailing address**

NEW MEXICO STATE
DEPT OF HEALTH 1190 ST. FRANCIS DRIVE S1250
SANTA FE, NM 87502

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

$ 149.51

---

**3.226** **Nonpriority creditor's name and mailing address**

NLRB
C/O: PATRICIA E. RONAN LAW, LLC
15031 N 25TH STREET
PHOENIX, AZ 85032

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Litigation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

$ Undetermined

---

Official Form 206E/F                 Schedule E/F: Creditors Who Have Unsecured Claims                 Page 46 of 56

| Debtor | Envision Physician Services, LLC | Case number (*if known*) | 23-90498 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.227** **Nonpriority creditor's name and mailing address**

NORTONS FLOWERS & GIFTS
2900 WASHTENAW
YPSILANTI, MI 48197

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 105.95

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.228** **Nonpriority creditor's name and mailing address**

ONE SOURCE LICENSING
2115 CLOYD BLVD SUITE 8B
FLORENCE, AL 35630

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 18,246.14

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.229** **Nonpriority creditor's name and mailing address**

OPTUM 360 LLC
PO BOX 88050
CHICAGO, IL 60680

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,198.67

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.230** **Nonpriority creditor's name and mailing address**

PATIENTPAY INC
1005 SLATER ROAD SUITE 100
DURHAM, NC 27703-8471

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 267.45

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.231** **Nonpriority creditor's name and mailing address**

PEDIATRIC NURSING CERTIFICATION BOARD INC
9605 MEDICAL CENTER DRIVE SUITE 250
ROCKVILLE, MD 20850

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Envision Physician Services, LLC                              Case number (if known)   23-90498
         Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.232 | **Nonpriority creditor's name and mailing address**<br><br>PENNYS FLOWERS INC<br>417 EGYPT ROAD<br>NORRISTOWN, PA 19403 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $ 185.40 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.233 | **Nonpriority creditor's name and mailing address**<br><br>PORTSMOUTH HOSPITAL STAFF EDUCATION FUND<br>216 LAFAYETTE RD #204<br>RYE, NH 03870 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $ 200.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.234 | **Nonpriority creditor's name and mailing address**<br><br>PRACTICEMATCH<br>PO BOX 783755<br>PHILADELPHIA, PA 19178-3755 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $ 52,808.87 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.235 | **Nonpriority creditor's name and mailing address**<br><br>PRESS GANEY ASSOCIATES LLC<br>PO BOX 88335<br>MILWAUKEE, WI 53288-0335 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $ 18,078.89 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.236 | **Nonpriority creditor's name and mailing address**<br><br>PUEBLO MECHANICAL & CONTROLS LLC<br>6771 E OUTLOOK DRIVE<br>TUCSON, AZ 85756 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $ 181.44 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor    Envision Physician Services, LLC _____    Case number (if known)   23-90498 _____
          Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.237 | **Nonpriority creditor's name and mailing address**<br><br>RADIANT HEALTH LLC<br>5812 CHESWICK HOUSE COURT<br>GLEN ALLEN, VA 23059 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $    6,072.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.238 | **Nonpriority creditor's name and mailing address**<br><br>SACRED HEART HEALTH SYSTEMS INC<br>5151 N NINTH AVE<br>PENSACOLA, FL 32504 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $    1,500.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.239 | **Nonpriority creditor's name and mailing address**<br><br>SAINT FRANCIS HOSPITAL<br>2986 KATE BOND ROAD<br>BARTLETT, TN 38133-4003 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $    100.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.240 | **Nonpriority creditor's name and mailing address**<br><br>SALESFORCE COM INC<br>PO BOX 203141<br>DALLAS, TX 75320-3141 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $    954.66 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.241 | **Nonpriority creditor's name and mailing address**<br><br>SCRIBEAMERICA LLC<br>PO BOX 417756<br>BOSTON, MA 02241-7756 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $    503.04 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor    Envision Physician Services, LLC _____    Case number (*if known*)   23-90498 _____

     Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

| 3.242 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 186.03 |

SENTRY INSURANCE
PO BOX 8045
STEVENS POINT, WI 54481-8045

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.243 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 508.33 |

SMART SOURCE OF GEORGIA LLC
PO BOX 106024
ATLANTA, GA 30348-6024

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.244 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 100.00 |

SOUTHERN OCEAN MEDICAL CENTER
1140 RT 72 W
MANAKAWKING, NJ 08050-2499

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.245 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,050.00 |

ST JOSEPH MEDICAL CENTER
1000 CARONDELET DRIVE ATTN: MEDICAL STAFF DUES
KANSAS CITY, MO 64114

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.246 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,450.00 |

ST MARYS MEDICAL CENTER MO
1000 CARONDOLET DRIVE ATTN: MEDICAL STAFF DUES
KANSAS CITY, MO 64114

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Envision Physician Services, LLC                                          Case number (if known)    23-90498
          Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| | | |
|---|---|---|
| 3.247 | **Nonpriority creditor's name and mailing address**<br><br>ST PETERS UNIV HOSP<br>254 EASTON AVE<br>NEW BRUNSWICK, NJ 08901 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $ 500.00 |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| 3.248 | **Nonpriority creditor's name and mailing address**<br><br>STAPLES<br>PO BOX 105748<br>ATLANTA, GA 30348-5748 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $ 22,552.58 |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| 3.249 | **Nonpriority creditor's name and mailing address**<br><br>STEVENS & STEVENS INC<br>PO BOX 388<br>PINELLAS PARK, FL 33780-0388 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $ 503.79 |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| 3.250 | **Nonpriority creditor's name and mailing address**<br><br>TALKSPACE NETWORKS LLC<br>2578 BROADWAY #607<br>NEW YORK, NY 10025 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $ 58,333.06 |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| 3.251 | **Nonpriority creditor's name and mailing address**<br><br>TAYLOR COMMUNICATIONS INC<br>PO BOX 91047<br>CHICAGO, IL 60693 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $ 339.65 |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor    Envision Physician Services, LLC                                          Case number (*if known*)    23-90498
          Name

## Part 2:    Additional Page

| | | Amount of claim |
|---|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | | |

**3.252** | **Nonpriority creditor's name and mailing address**

THE DOCTORS ANSWER
PO BOX 648
GOSHEN, NY 10924

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                     423.04

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.253** | **Nonpriority creditor's name and mailing address**

TIBCO SOFTWARE INC
PO BOX 7247 LOCKBOX NO 7514
PHILADELPHIA, PA 19170-7514

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                   70,157.63

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.254** | **Nonpriority creditor's name and mailing address**

TOMBALL REGIONAL MEDICAL CENTER
605 HOLDERRIETH BLVD
TOMBALL, TX 77375

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                     300.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.255** | **Nonpriority creditor's name and mailing address**

TRANSWORLD SYSTEMS INC
PO BOX 5505
CAROL STREAM, IL 60197-5505

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                   169,670.88

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.256** | **Nonpriority creditor's name and mailing address**

UROGYNECOLOGY ASSOCIATES, LLC
C/O: THE LAW OFFICES OF RICHARD COREY, PLLC
915 MIDDLE RIVER DRIVE
STE. 414
FT. LAUDERDALE, FL 33304

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation

$                   Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 52 of 56

Debtor   Envision Physician Services, LLC                                    Case number (*if known*)   23-90498

Name

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.257** **Nonpriority creditor's name and mailing address**

US DEPARTMENT OF LABOR
DFVCP PO BOX 6200-35
PORTLAND, OR 97228-6200

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,000.00

---

**3.258** **Nonpriority creditor's name and mailing address**

US DEPT OF HOMELAND SECURITY
US CITIZENSHIP & IMMGRATION SERVICE 111 MASSACHESETTS AVE NW
WASHINGTON, DC 20528

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 700.00

---

**3.259** **Nonpriority creditor's name and mailing address**

VALLEY HEALTH SYSTEM LLC
10105 BANBURRY CROSS DRIVE
SUITE 230
LAS VEGAS, NV 89144

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 150.00

---

**3.260** **Nonpriority creditor's name and mailing address**

VELOCITY
PO BOX 631310 VELOCITY ACCOUNTS RECEIVABLE
CINCINNATI, OH 45263

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,813.56

---

**3.261** **Nonpriority creditor's name and mailing address**

VERMONT DEPARTMENT OF HEALTH
108 CHERRY ST PO BOX 70 BOARD OF MEDICAL PRACTICE
BURLINGTON, VT 05402

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 50.00

---

| Debtor | Envision Physician Services, LLC | Case number (*if known*) | 23-90498 |
|---|---|---|---|
| | Name | | |

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.262** | **Nonpriority creditor's name and mailing address**

VISIBLE CHARGES LLC
64 GARFIELD ST
CAMBRIDGE, MA 02138

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                20,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.263** | **Nonpriority creditor's name and mailing address**

VISTA STAFFING SOLUTIONS INC
FILE 50834
LOS ANGELES, CA 90074-0834

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                25,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.264** | **Nonpriority creditor's name and mailing address**

WELLS FARGO VENDOR FINANCIAL SERVICES
PO BOX 740540
ATLANTA, GA 30374-0540

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                     111.09

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.265** | **Nonpriority creditor's name and mailing address**

WILMINGTON TRUST, NATIONAL ASSOCIATION
ATTENTION: ENVISION HEALTHCARE ADMINISTRATOR
246 GOOSE LANE
SUITE 1205
GUILFORD, CT 06437

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Guarantor of 8.750% Senior Notes Due 2026

$                Undetermined

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.266** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Envision Physician Services, LLC
          Name                                                          Case number (If known):   23-90498

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | | Line  ☐ Not listed.  Explain | |
| 4.2 | | Line  ☐ Not listed.  Explain | |
| 4.3 | | Line  ☐ Not listed.  Explain | |
| 4.4 | | Line  ☐ Not listed.  Explain | |
| 4.5 | | Line  ☐ Not listed.  Explain | |
| 4.6 | | Line  ☐ Not listed.  Explain | |
| 4.7 | | Line  ☐ Not listed.  Explain | |
| 4.8 | | Line  ☐ Not listed.  Explain | |
| 4.9 | | Line  ☐ Not listed.  Explain | |

Debtor    Envision Physician Services, LLC                                    Case number (If known)    23-90498

          Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

**5.    Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|--|--|--|------------------------------|
| 5a. | **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. | **Total claims from Part 2** | 5b. + | $ 3,474,914.75 <br> + Undetermined Amounts |
| 5c. | **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ 3,474,914.75 <br> + Undetermined Amounts |

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 56 of 56

**Fill in this information to identify the case:**

Debtor name      Envision Physician Services, LLC

United States Bankruptcy Court for the:      Southern District of Texas, Houston Division

Case number (If known):      23-90498

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Pain Clinic Network Cabling Installation; Dated 11/29/2018 | A/Z CORPORATION<br>46 NORWICH WESTERLY ROAD<br>NORTH STONINGTON, CT 06359 |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Placement Consultant (Contingency Recruiting) Arrangement; Dated 01/01/2022 | AAS HOLDINGS, LLC D.B.A. NORTHEAST HEALTHCARE RECRUITMENT<br>320 COURT STREET<br>PLYMOUTH, MA 02360 |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Locum Tenens Agency Agreement; Dated 02/01/2021 | ACCOUNTABLE HEALTHCARE STAFFING, INC<br>999 YAMATO ROA<br>SUITE 210<br>BOCA RATO, FL 33431 |
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Statement of Work - Recruiting Services; Dated 05/24/2019 | ADVANCED RECRUITING PARTNERS, LLC<br>6550 CREEDMOOR RD, SUITE 2016<br>RALEIGH, NC 27613 |
| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Settlement Agreement; Dated 12/21/2022 | ADVOCATE CONDELL MEDICAL CENTER |

Debtor  Envision Physician Services, LLC    Case number (If known):  23-90498

Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Locum Tenens Agency Agreement; Dated 09/01/2022 | AEQUOR HEALTHCARE SERVICES LLC<br>ATTN: STEPHANIE JENSEN<br>377 HOES LAN<br>SUITE 300<br>PISCATAWAY, NJ 08854 |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Provider Agreement; Dated 01/15/2021 | AETNA HEALTH INC<br>1425 UNION MEETING ROAD<br>PO BOX 5<br>BLUE BELL, PA 19422 |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Provider Agreement; Dated 11/01/2021 | AETNA NETWORK SERVICES, LLC<br>ATTN: CONTRACTS MANAGEMENT 509 PROGRESS DRIVE<br>AETNA BEHAVIORAL HEALTH<br>1425 UNION MEETING ROAD<br>PO BOX 5<br>BLUE BELL PA  19422<br>LINTHICUM, MD 21090 |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Amendment to the Provider Agreement; Dated 07/16/2021 | AETNA NETWORK SERVICES, LLC<br>ATTN: CONTRACTS MANAGEMENT 509 PROGRESS DRIVE<br>AETNA BEHAVIORAL HEALTH<br>1425 UNION MEETING ROAD<br>PO BOX 5<br>BLUE BELL PA  19422<br>LINTHICUM, MD |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Amendment to Emergency Physician Services and Rate Schedule; Dated 07/15/2022 | AETNA NETWORK SERVICES, LLC<br>ATTN: CONTRACTS MANAGEMENT 509 PROGRESS DRIVE<br>AETNA BEHAVIORAL HEALTH<br>1425 UNION MEETING ROAD<br>PO BOX 5<br>BLUE BELL PA  19422<br>LINTHICUM, MD |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Amendment to Physician Rate Schedules; Dated 07/16/2022 | AETNA NETWORK SERVICES, LLC<br>ATTN: CONTRACTS MANAGEMENT 509 PROGRESS DRIVE<br>AETNA BEHAVIORAL HEALTH<br>1425 UNION MEETING ROAD<br>PO BOX 5<br>BLUE BELL PA  19422<br>LINTHICUM, MD |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Provider Agreement; Dated 12/15/2021 | AETNA NETWORK SERVICES, LLC<br>NETWORK MANAGEMENT 750 W. JOHN CARPENTER FREEWAY, SUITE 1200<br>IRVING, TX 75039 |

Debtor    Envision Physician Services, LLC                                                      Case number (If known):  23-90498

Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Provider Agreement; Dated 07/01/2022 | AETNA NETWORK SERVICES, LLC<br>ATTN: CONTRACTS MANAGEMENT<br>509 PROGRESS DRIVE<br>SUITE 117<br>LINTHICUM, MD 21090 |
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Amendment to Emergency Physician Services and Rate Schedule; Dated 05/15/2022 | AETNA NETWORK SERVICES, LLC<br>ATTN: CONTRACTS MANAGEMENT 509 PROGRESS DRIVE<br>AETNA BEHAVIORAL HEALTH<br>1425 UNION MEETING ROAD<br>PO BOX 5<br>BLUE BELL PA  19422<br>LINTHICUM, MD |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Locum Tenens Agency Agreement; Dated 03/01/2021 | ALL MEDICAL PERSONNEL, LLC<br>4000 HOLLYWOOD BLVD<br>APT 600N<br>HOLLYWOOD, FL 33021 |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Locum Tenens Agency Agreement; Dated 08/03/2019 | ALL STAR RECRUITING LOCUMS, LLC<br>ATTN: LEE KENNEDY 800 FAIRWAY DRIVE, STE 300<br>DEERFIELD BEACH, FL 33441 |
| 2.17 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Locum Tenens Agency Agreement; Dated 08/03/2019 | ALLIANCE RECRUITING RESOURCES, INC.<br>900 ROCKMEAD SUITE 274<br>KINGWOOD, TX 77339 |
| 2.18 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Locum Tenens Agency Agreement; Dated 10/12/2020 | ALLY ANESTHESIA LLC<br>223 WALL ST<br>SUITE 311<br>HUNTINGTON, NY 11743 |
| 2.19 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Fee Agreement; Dated 02/27/2019 | ALPHA MEDICAL GROUP, LLC<br>477 MAIN ST<br>MONROE, CT 06468 |

| Debtor | Envision Physician Services, LLC | Case number (If known): 23-90498 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.20 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Buy-Out and Release Agreement; Dated 06/03/2019 | ALTEON HEALTH, LLC<br>THE WOODLANDS, TX |
| 2.21 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Locum Tenens Agency Agreement; Dated 05/01/2022 | ALUMNI STAFFING LLC<br>1031 US HIGHWAY 22, SUITE 109 ATTN: EVAN CORBISIERO<br>BRIDGEWATER, NJ 08807 |
| 2.22 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Locum Tenens Agency Agreement; Dated 05/01/2022 | AMANI ENTERPRISES INCORPORATED DBA MEDLINKHEALTH ANESTHESIA<br>4529 NECKER AVENUE ATTN: DAVID MWAURA<br>NOTTINGHAM, MD 21236 |
| 2.23 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Engagement Agreement; Dated 02/21/2018 | AMERICAN ASSOCIATION FOR PHYSICIAN LEADERSHIP<br>400 N. ASHLEY DRIVE, SUITE 400<br>TAMPA, FL 33602 |
| 2.24 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Accme Program License Agreement; Dated 05/10/2019 | AMERICAN BOARD OF EMERGENCY MEDICINE<br>3000 COOLIDGE ROAD<br>EAST LANSING, MI 48823 |
| 2.25 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Accme Program License Agreement; Dated 05/25/2018 | AMERICAN BOARD OF EMERGENCY MEDICINE<br>3000 COOLIDGE ROAD<br>EAST LANSING, MI 48823-6319 |
| 2.26 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Corporate Sponsorship Agreement; Dated 01/30/2023 | AMERICAN SOCIETY OF ANESTHESIOLOGISTS<br>1061 AMERICAN LANE<br>SCHAUMBURG, IL 60173-4973 |

| Debtor | Envision Physician Services, LLC | Case number (If known): 23-90498 |
|---|---|---|
| | Name | |

<table>
<tr><td colspan="2" style="background:black"></td><td><strong>Additional Page if Debtor Has More Executory Contracts or Unexpired Leases</strong></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.27 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Corporate Sponsorship Agreement; Dated 07/15/2022 | AMERICAN SOCIETY OF ANESTHESIOLOGISTS<br>1061 AMERICAN LANE<br>SCHAUMBURG, IL 60173-4973 |
| 2.28 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Physician Provider Agreement; Dated 11/18/2022 | AMERIHEALTH CARITAS NORTH CAROLINA, INC.<br>8041 ARCO CORPORATE DRIVE ATTN: PROVIDER NETWORK MANGEMENT<br>RALEIGH, NC 27617 |
| 2.29 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Letter of Agreement - Reimbursement Rates and Terms; Dated 01/01/2019 | AMERIHEALTH HMO, INC.<br>259 PROSPECT PLAINS ROAD<br>BLDG. M,<br>CRANBURY, NJ |
| 2.30 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Letter of Agreement; Dated 01/01/2019 | AMERIHEALTH HMO, INC.<br>259 PROSPECT PLAINS ROAD<br>BLDG. M,<br>CRANBURY, NJ 08512-3706 |
| 2.31 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Agreement for Inpatient Management Services and Emergency Department Coverage; Dated 07/15/2021 | AMISUB (SFH), INC.D/B/A SAINT FRANCIS HOSPITAL<br>5959 PARK AVENUE<br>MEMPHIS, TN 38119 |
| 2.32 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Locum Tenens Agency Agreement; Dated 05/01/2022 | AMKY PHYSICIAN SERVICES LLC<br>ATTN: YUGANDHAR KANDIMALLA<br>4932 SW 55TH PL<br>OCALA, FL 34474 |
| 2.33 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Measure License Agreement; Dated 01/01/2019 | ANESTHESIA QUALITY INSTITUTE, INC.<br>1061 AMERICAN LANE<br>SCHAUMBURG, IL |

| Debtor | Envision Physician Services, LLC | Case number (If known): 23-90498 |
|---|---|---|
| | Name | |

| **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.34** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OCDR Measure Development Alignment Agreement; Dated 08/01/2019 | ANESTHESIA QUALITY INSTITUTE, INC.<br>ATTN: AQI QUALITY REPORTING EXECUTIVE 1061 AMERICAN LANE<br>SCHAUMBURG, IL 60173 |
| **2.35** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Locum Tenens Agency Agreement; Dated 08/03/2019 | ANESTHESIA SOLUTIONS, LLC<br>782 MARSTON CT<br>MILLERSVILLE, MD 21108 |
| **2.36** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Amendment to the Blue Cross Blue Shield Provider Agreement; Dated 06/09/2022 | ANTHEM BLUE CROSS AND BLUE SHIELD<br>740 W. PEACHTREE ST. NW<br>ATLANTA, GA 30308- 1199 |
| **2.37** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Ascension Care Management Health Partners Gulf Coast, LLC Provider Participation Agreement; Dated 04/01/2021 | ASCENSION CARE MANAGEMENT HEALTH PARTNERS GULF COAST, LLC<br>523 MAINSTREAM DRIVE<br>NASHVILLE, TN |
| **2.38** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Provider Participation Agreement; Dated 05/20/2021 | ASCENSION CARE MANAGEMENT HEALTH PARTNERS GULF COAST, LLC<br>523 MAINSTREAM DRIVE<br>NASHVILLE, TN 37228 |
| **2.39** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Letter Agreement; Dated 08/30/2021 | ASCENSION WISCONSIN EMERUS MENOMONEE FALLS, LLC<br>400 W. RIVER WOODS PARKWAY<br>GLENDALE, WI 53212 |
| **2.40** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Letter Agreement; Dated 11/13/2020 | ASCENSION WISCONSIN EMERUS MENOMONEE FALLS, LLC<br>400 W. RIVER WOODS PARKWAY<br>GLENDALE, WI 53212 |

Debtor    Envision Physician Services, LLC          Case number (If known):   23-90498

      Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.41 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Locum Tenens Agency Agreement; Dated 01/01/2022 | ASSURGENT MEDICAL SOLUTIONS LLC<br>ATTN: KENNETH MASKER<br>3445 PEACHTREE RD<br>ATLANTA, GA 30326 |
| 2.42 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Letter Agreement; Dated 09/08/2021 | ATHENS HOSPITAL, LLC<br>2000 S. PALESTINE ST.<br>ATHENS, TX 75751 |
| 2.43 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Avmed, Inc. Group Practice Agreement; Dated 04/01/2023 | AVMED, INC.<br>ATTN: VICE PRESIDENT OF PROVIDER CONTRACTING AND SERVICE<br>3470 NW 82 AVENUE<br>SUITE 1100<br>DORAL, FL 33122 |
| 2.44 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Locum Tenens Agency Agreement; Dated 08/03/2019 | AYA HEALTHCARE, INC.<br>ATTN: FACILITY CONTRACTS 5930 CORNERSTONE COURT WEST, SUITE 300<br>SAN DIEGO, CA 92121 |
| 2.45 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Statement of Work - Bain & Company; Dated 05/11/2020 | BAIN & COMPANY, INC.<br>1114 AVENUE OF THE AMERICAS<br>43RD FLOOR<br>NEW YORK, NY 10036 |
| 2.46 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Services Agreement; Dated 05/01/2018 | BAPTIST HEALTH & BAPTIST HEALTH HOSPITALS<br>ATTN: VP, BAPTIST HEALTH REGIONAL HOSPITALS<br>9601 BAPTIST HEALTH DR.<br>LITTLE ROCK, AR 72205 |
| 2.47 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Anesthesia Department Professional Services Agreement; Dated 08/28/2019 | BAPTIST HEALTH & BAPTIST HEALTH HOSPITALS<br>ATTN: VP, BAPTIST HEALTH REGIONAL HOSPITALS<br>9601 BAPTIST HEALTH DRIVE<br>LITTLE ROCK, AR 72205 |

Debtor   Envision Physician Services, LLC                                    Case number (If known):   23-90498
         Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.48 | State what the contract or lease is for and the nature of the debtor's interest | Extension of Agreement; Dated 11/11/2019 | BAPTIST HEALTH HOSPITALS 9601 BAPTISI HEALTH DRIVE LITTLE ROCK, AR 72205-7299 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.49 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to Professional Services Agreement Locum Tenens Coverage/Temporary Physician Staffing Services; Dated 04/01/2018 | BAPTIST HEALTH MEDICAL GROUP, INC. 2701 EASTPOINT PARKWAY LOUISVILLE, KY |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.50 | State what the contract or lease is for and the nature of the debtor's interest | Program Agreement; Dated 05/24/2022 | BAYLOR SCOTT & WHITE HEALTH 2401 SOUTH 31ST TEMPLE, TX |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.51 | State what the contract or lease is for and the nature of the debtor's interest | Affiliation Agreement; Dated 08/01/2022 | BAYLOR UNIVERSITY ATTN: DR. LINDA PLANK, DEAN 333 NORTH WASHINGTON AVE DALLAS, TX 75246 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.52 | State what the contract or lease is for and the nature of the debtor's interest | Contract Approval and Loading Form (CALF) 60146; Dated 07/01/2018 | BCBSGA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.53 | State what the contract or lease is for and the nature of the debtor's interest | First Amendment to Master Staffing Service Agreement; Dated 10/28/2020 | BCFS HEALTH AND HUMAN SERVICES 1506 BEXAR CROSSING SAN ANTONIO, TX 78232 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.54 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement; Dated 08/28/2019 | BLAKE MEDICAL CENTER FACILITY CHIEF EXECUTIVE OFFICER 2020 59TH STREET WEST BRADENTON, FL 34209 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor   Envision Physician Services, LLC _____   Case number (If known):   23-90498 _____
Name

| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.55 | State what the contract or lease is for and the nature of the debtor's interest | Blue Cross Blue Shield Provider Agreement with Envision Physician Services, LLC On Behalf of Itself and Its Affiliates and Subsidiaries; Dated 07/01/2018 | BLUE CROSS AND BLUE SHIELD OF GEORGIA, INC. ATTN: REGIONAL VICE PRESIDENT, GEORGIA PROVIDER SOLUTIONS 3350 PEACHTREE ROAD NE ATLANTA, GA 30326 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.56 | State what the contract or lease is for and the nature of the debtor's interest | Provider Agreement; Dated 05/17/2021 | BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA 4000 CENTREGREEN WAY SUITE 301 CARY, NC 27513 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.57 | State what the contract or lease is for and the nature of the debtor's interest | Amendment 1 to Blue Cross and Blue Shield of Texas A Division of Health Care Service Corporation Parplan Provider Contract; Dated 01/01/2023 | BLUE CROSS AND BLUE SHIELD OF TEXAS 1001 E. LOOKOUT DRIVE RICHARDSON, TX |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.58 | State what the contract or lease is for and the nature of the debtor's interest | Amendment Number 1 to Professional Provider Agreement; Dated 11/01/2022 | BLUE CROSS AND BLUE SHIELD OF TEXAS 1001 E. LOOKOUT DRIVE RICHARDSON, TX |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.59 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement; Dated 09/14/2021 | BLUFF CITY OPERATIONAL EFFICIENCY SPECIALIST, LLC 6400 POPLAR AVENUE SUITE #102 MEMPHIS, TN 38119 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.60 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | BLUFF CITY OPERATIONAL EFFICIENCY SPECIALIST, LLC 6400 POPLAR AVENUE SUITE #102 MEMPHIS, TN |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.61 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to Professional Services Agreement; Dated 03/27/2019 | BOTHWELL REGIONAL HEALTH CENTER ATTN; ROSE MCMULLIN, RN, BSN, MA 601 EAST 14TH STREET SEDALIA, MO 65301 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Envision Physician Services, LLC | Case number (If known): 23-90498 |
|---|---|---|
| | Name | |

| **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** | |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.62** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Locum Tenens Agency Agreement; Dated 07/01/2022 | BPM ADVOCATES, LLC<br>ATTN: DEREK SCHMACK<br>19691 MARINO LAKE CIR<br>MIROMAR LAKES, FL 33913 |
| **2.63** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Network Participation Agreement; Dated 01/01/2021 | BRIGHT HEALTH MANAGEMENT INC.<br>ATTN: LEGAL DEPARTMENT<br>219 NORTH 2ND STREET<br>MINNEAPOLIS, MN 55401 |
| **2.64** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Amended and Restated Affiliation Agreement; Dated 04/05/2021 | BRYAN MEDICAL CENTER<br>DNAP PROGRAM DIRECTOR BRYAN COLLEGE OF HEALTH SCIENCES<br>1535 S 52ND STREET<br>LINCOLN, NE 68506 |
| **2.65** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Locum Tenens Agency Agreement; Dated 08/03/2019 | BURLINGTON HEALTHCARE PROVIDERS INC.<br>ATTN: MATT BRATZ W329 N4476 LAKELAND DR. #140<br>NASHOTAH, WI 53058 |
| **2.66** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Master Terms and Conditions to Service Agreement; Dated 04/25/2022 | BUTTERFLY NETWORK, INC.<br>ATTN: LEGAL DEPARTMENT<br>11 MADISON SQUARE NORTH,<br>NEW YORK, NY 10010 |
| **2.67** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Locum Tenens Agency Agreement; Dated 09/01/2022 | CADUCEUS MEDICAL SERVICES LLC<br>503 CAVERLY DRIVE ATTN: BRENDAN S. KELLY<br>BRIGANTINE, NJ 08203 |
| **2.68** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Services Agreement; Dated 02/01/2020 | CALAIS REGIONAL HOSPITAL<br>24 HOSPITAL LANE<br>CALAIS, ME 04619 |

Debtor  Envision Physician Services, LLC

Name

Case number (If known):  23-90498

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| | | | |
|---|---|---|---|
| 2.69 | State what the contract or lease is for and the nature of the debtor's interest | Buy-Out and Release Agreement | CAPITAL ANESTHESIA SOLUTIONS OF FLORIDA II, LLC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.70 | State what the contract or lease is for and the nature of the debtor's interest | Settlement Agreement and Release of Claims; Dated 07/14/2021 | CAPITAL HEALTH SYSTEM, INC. 750 BRUNSWICK AVENUE TRENTON, NJ 08638 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.71 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement; Dated 11/14/2018 | CARA COOK CONSULTING, LLC 3049 W. 24TH AVE DENVER, CO 80211 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.72 | State what the contract or lease is for and the nature of the debtor's interest | Telemedicine Services Agreement; Dated 09/15/2020 | CARDIOVASCULAR LOGISTICS, LLC 225 DUNN STREET HOUMA, LA 70360 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.73 | State what the contract or lease is for and the nature of the debtor's interest | Memorandum of Understanding; Dated 08/15/2021 | CAREGILITY EATONTOWN, NJ |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.74 | State what the contract or lease is for and the nature of the debtor's interest | Caresource Provider Agreement; Dated 08/19/2020 | CARESOURCE NETWORK PARTNERS LLC P.O. BOX 8738 DAYTON, OH 45401- 8738 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.75 | State what the contract or lease is for and the nature of the debtor's interest | Locum Tenens Agency Agreement; Dated 08/03/2019 | CATAPULT HEALTHCARE STAFFING, LLC ATTN: JOSEPH TURNER 1800 PRESTON PARK BOULEVARD, SUITE 235 PLANO, TX 75098 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Envision Physician Services, LLC | Case number (If known): 23-90498 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.76 | State what the contract or lease is for and the nature of the debtor's interest | Participating Provider Agreement; Dated 04/25/2022 | CELTIC INSURANCE COMPANY ATTN: PRESIDENT 200 E RANDOLPH ST, 36TH FLOOR CHICAGO, IL 60601 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.77 | State what the contract or lease is for and the nature of the debtor's interest | Ascension Care Management Health Partners Gulf Coast, LLC Ascension Complete Medicare Advantage Product Attachment Envision Physician Services, LLC Physicians / Professionals; Dated 04/01/2021 | CENTENE VENTURE COMPANY FLORIDA D/B/A ASCENSION COMPLETE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.78 | State what the contract or lease is for and the nature of the debtor's interest | Physician Services Agreement; Dated 12/29/2020 | CENTIVO N HOLDINGS, LLC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.79 | State what the contract or lease is for and the nature of the debtor's interest | Mutual Termination - Professional Services Agreement; Dated 05/31/2022 | CENTRAL FLORIDA REGIONAL HOSPITAL, INC. FACILITY CHIEF EXECUTIVE 1401 W. SEMINOLE BLVD. SANFORD, FL 32771 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.80 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement; Dated 10/01/2020 | CENTRAL FLORIDA REGIONAL HOSPITAL, INC. 1401 W. SEMINOLE BLVD. SANFORD, FL 32771 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.81 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement; Dated 03/01/2021 | CENTRAL TENNESSEE HOSPITAL CORPORATION D/B/A TRISTAR HORIZON MEDICAL CENTER FACILITY CHIEF EXECUTIVE OFFICER 111 HIGHWAY 70 EAST DICKINSON, TN 37055 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.82 | State what the contract or lease is for and the nature of the debtor's interest | Affiliation Agreement; Dated 01/10/2023 | CHAMBERLAIN UNIVERSITY 500 W. MONROE STREET SUITE 1300 CHICAGO, IL 60661 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Envision Physician Services, LLC                                                   Case number (If known):   23-90498
          Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | |
|---|---|---|
| **List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| 2.83 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Agreement for Emergency Physician Services; Dated 08/01/2019 | CHAPTERS HEALTH SYSTEM, INC.<br>12470 TELECOM DRIVE<br>SUITE 300 WEST<br>TEMPLE TERRACE, FL 33637 |
| 2.84 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Agreement for Physician Consultative Services; Dated 08/01/2019 | CHAPTERS HEALTH SYSTEM, INC.<br>12470 TELECOM DRIVE<br>SUITE 300 WEST<br>TEMPLE TERRACE, FL 33637 |
| 2.85 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Master Subscription Agreement; Dated 11/18/2022 | CHARTPATH, LLC<br>ATTN: LEGAL<br>5114 BALCONES WOODS DR<br>STE 307-348<br>AUSTIN, TX 78759 |
| 2.86 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Third Amended and Restated Interim Letter Agreement (the "Letter Agreement"); Dated 06/01/2018 | CHCA WOMAN'S HOSPITAL, L.P. |
| 2.87 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Mutual Confidentiality and Non-Disclosure Agreement; Dated 10/28/2022 | CHEN NEIGHBORHOOD MEDICAL CENTERS OF SOUTH FLORIDA, LLC |
| 2.88 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Mutual Confidentiality and Non-Disclosure Agreement; Dated 10/28/2022 | CHEN TECH, LLC<br>22/F HINGYIP COZM. CENTRE<br>DES VOEUX RD<br>CENTRAL<br>CENTRAL AND WESTERN<br>HONG KONG,<br>CHINA |
| 2.89 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Mutual Confidentiality and Non-Disclosure Agreement; Dated 10/28/2022 | CHENMED, LLC<br>ATTN: LEGAL DEPARTMENT<br>1395 NW 167TH STREET<br>MIAMI, FL 33169 |

Debtor    Envision Physician Services, LLC                                   Case number (If known):   23-90498
          Name

| | | | |
|---|---|---|---|
| **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** | | | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.90 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Temporary Healthcare Professional Agency Agreement; Dated 08/28/2019 | CHG MEDICAL STAFFING, INC.<br>7259 S. BINGHAM JUNCTION BLVD.<br>MIDVALE, UT 84047 |
| 2.91 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Physician Participation Agreement; Dated 12/03/2019 | CHOICECARE NETWORK<br>ATTN: PRESIDENT<br>P.O. BOX 19013<br>GREEN BAY, WI 54307 |
| 2.92 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Services Agreement; Dated 12/22/2022 | CIGNA HEALTH AND LIFE INSURANCE COMPANY<br>140 E 45TH ST<br>9TH FLOOR<br>NEW YORK, NY 10017 |
| 2.93 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Services Agreement; Dated 12/27/2022 | CIGNA HEALTH AND LIFE INSURANCE COMPANY<br>1750 ELM STREET<br>SUITE 800<br>MANCHESTER, NH 03104 |
| 2.94 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Amendment to Designated Specialty Provider Group Services Agreement; Dated 12/01/2018 | CIGNA HEALTHCARE OF ARIZONA, INC.<br>5310 E HIGH STREET<br>PHOENIX, AZ |
| 2.95 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Addendum to Provider Group Agreement for the State of Arizona; Dated 11/01/2022 | CIGNA HEALTHCARE OF ARIZONA, INC.<br>5310 E HIGH STREET<br>PHOENIX, AZ |
| 2.96 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Amendment to Participating Provider Agreement; Dated 01/01/2022 | CIGNA HEALTHCARE OF FLORIDA, INC.<br>2701 NORTH ROCKY POINT DRIVE, SUITE 800<br>TAMPA, FL |

| Debtor | Envision Physician Services, LLC | Case number (If known): 23-90498 |
|---|---|---|
| | Name | |

| **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| 2.97 | State what the contract or lease is for and the nature of the debtor's interest | Provider Group Services Agreement; Dated 09/01/2022 | CIGNA HEALTHCARE OF ILLINOIS, INC. 525 W MONROE ST SUITE 1650 CHICAGO, IL 60661 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.98 | State what the contract or lease is for and the nature of the debtor's interest | Provider Group Services Agreement; Dated 02/01/2023 | CIGNA HEALTHCARE OF NEW JERSEY, INC. 44 WHIPPANY RD MORRISTOWN, NJ 07960 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.99 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to Participating Provider Group Services Agreement; Dated 08/25/2021 | CIGNA HEALTHCARE OF TEXAS, INC. 1640 DALLAS PARKWAY PLANO, TX |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.100 | State what the contract or lease is for and the nature of the debtor's interest | Provider Group Services Agreement; Dated 03/15/2020 | CIGNA HEALTHCARE OF TEXAS, INC. 1640 DALLAS PARKWAY PLANO, TX 75093 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.101 | State what the contract or lease is for and the nature of the debtor's interest | Telehealth Coverage Services Agreement; Dated 07/01/2022 | CITY OF BROWNSVILLE CITY OF BROWNSVILLE EMS P.O. BOX 911 BROWNSVILLE, TX 78522-0911 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.102 | State what the contract or lease is for and the nature of the debtor's interest | Letter of Intent for Qualified Healthcare Practitioner; Dated 05/20/2022 | CITY OF BROWNSVILLE/BROWNSVILLE FIRE DEPARTMENT I CITY OF BROWNSVILLE EMS P.O. BOX 911 BROWNSVILLE, TX |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.103 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement: Commecement Date 07/26/2022 | CL GAINESVILLE BORROWER, LLC ATTN: LEASING OFFICE 2800 SW WILLISTON RD GAINESVILLE, FL 32608 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Envision Physician Services, LLC | Case number (If known): 23-90498 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.104 | State what the contract or lease is for and the nature of the debtor's interest | Master Hosted Services Agreement; Dated 03/09/2020 | CLINICALLY SPEAKING, LLC<br>120 TERRANE RIDGE<br>PEACHTREE CITY, GA 30269 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.105 | State what the contract or lease is for and the nature of the debtor's interest | Licensed Software Order and Statement of Work #1; Dated 06/24/2020 | CLINICALLY SPEAKING, LLC<br>120 TERRANE RIDGE<br>PEACHTREE CITY, GA 30269 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.106 | State what the contract or lease is for and the nature of the debtor's interest | Locum Tenens Agency Agreement; Dated 03/01/2023 | COASTAL HEALTHCARE SOLUTIONS, LLC<br>ATTN: ANTHONY GILLIS<br>698 LAFAYETTE RD<br>UNIT 532<br>HAMPTON, NH 03842 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.107 | State what the contract or lease is for and the nature of the debtor's interest | Affiliation Agreement; Dated 10/20/2022 | COLORADO STATE UNIVERSITY PUEBLO<br>2200 BONFORTE BLVD. IHHI-2876200 S SYRACUSE WAY<br>PUEBLO, CO 81001-4901 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.108 | State what the contract or lease is for and the nature of the debtor's interest | Letter Agreement; Dated 11/13/2020 | COLUMBIA ST. MARY'S, INC.<br>4300 W BROWN DEER RD<br>ATTN:  CENTRAL CREDENTIALS<br>BROWN DEER, WI 53223 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.109 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement; Dated 03/08/2021 | COMMUNITY HEALTH CENTER OF BRANCH COUNTY D/B/A PROMEDICA COLDWATER REGIONAL HOSPITAL<br>274 EAST CHICAGO STREET<br>COLDWATER, MI 49036 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.110 | State what the contract or lease is for and the nature of the debtor's interest | Locum Tenens Agency Agreement; Dated 08/13/2019 | COMPHEALTH<br>ATTN: MELINDA GIESE 7259 S. BINGHAM JUNCTION BLVD<br>MIDVALE, UT 84047 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Envision Physician Services, LLC                                Case number (If known):   23-90498

Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.111 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Locum Tenens Agency Agreement; Dated 08/03/2019 | CONSILIUM STAFFING, LLC<br>ATTN: HAMILTON DOTY 6225 N. STATE HWY 161 SUITE 400<br>IRVING, TX 75038 |
| 2.112 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Proposal for Maintenance Services; Dated 07/09/2021 | CORE POWER, INC.<br>625 CLARK AVE<br>SUITE 12<br>KING OF PRUSSIA, PA 19406 |
| 2.113 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Locum Tenens Agency Agreement; Dated 11/01/2022 | COREVANT HEALTH PARTNERS, LLC<br>ATTN: MARYLYN GEORGE<br>2450 LOUISIANA ST,<br>SUITE 400<br><br>BOX 704<br>HOUSTON, TX 77006 |
| 2.114 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Replaces and Supersedes Acceptance Agreement; Dated 04/04/2021 | COUNTY OF FAIRFAX, VIRGNIA DEPARTMENT OF PROCUREMENT & MATERIAL MANAGEMENT<br>12000 GOVERNMENT CENTER PARKWAY<br>SUITE 427<br>FAIRFAX, VA 22035-0013 |
| 2.115 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Locum Tenens Agency Agreement; Dated 06/29/2021 | CRAFT MD LLC, DBA MED X |
| 2.116 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Recruiter Agreement; Dated 03/01/2021 | CRNA LOCUM, LLC |
| 2.117 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Locum Tenens Agency Agreement; Dated 02/01/2021 | CRNA TOGETHER, LLC<br>W188S7634 OAK GROVE DR.<br>MUSKEG, WI 53150 |

Debtor    Envision Physician Services, LLC                                    Case number (If known):    23-90498

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | |
|---|---|---|
| **List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| 2.118 | **State what the contract or lease is for and the nature of the debtor's interest** | Provider Recruitment Contingency Search Agreement; Dated 06/14/2021 | CRNA TOGETHER, LLC<br>W 188S7634 OAK GROVE DR.<br>MUSKEGO, WI 53150 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.119 | **State what the contract or lease is for and the nature of the debtor's interest** | Locum Tenens Agency Agreement; Dated 09/01/2021 | DAILY CARE LLC<br>ATTN: LEGAL DEPARTMENT 323 N MORRISON ST<br>APPLETON, WI 54911 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.120 | **State what the contract or lease is for and the nature of the debtor's interest** | Locum Tenens Agency Agreement; Dated 08/03/2019 | DANIEL & YEAGER, LLC<br>ATTN: HANIYA ARENDS 6767 OLD MADISON PIKE, STE 690<br>HUNTSVILLE, AL 35806 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.121 | **State what the contract or lease is for and the nature of the debtor's interest** | First Amendment to Master Services Agreement; Dated 11/01/2022 | DATA-CORE SYSTEMS, INC.<br>111 SINCLAIR RD.<br>BRISTOL, PA |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.122 | **State what the contract or lease is for and the nature of the debtor's interest** | Professional Services Agreement; Dated 10/01/2021 | DAVIE MEDICAL CENTER, LLC D/B/A HCA FLORIDA UNIVERSITY HOSPITAL<br>3476 SOUTH UNIVERSITY DRIVE<br>DAVIE, FL 33328 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.123 | **State what the contract or lease is for and the nature of the debtor's interest** | Emergency Department Services Agreement; Dated 02/20/2019 | DAVIESS COMMUNITY HOSPITAL<br>ATTN: CHIEF EXECUTIVE OFFICER<br>1314 EAST WALNUT STREET<br>WASHINGTON, IN 47501 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.124 | **State what the contract or lease is for and the nature of the debtor's interest** | Mutual Confidentiality and Non-Disclosure Agreement; Dated 10/28/2022 | DEDICATED US HOLDINGS, LLC |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | Envision Physician Services, LLC | | Case number (If known): 23-90498 |
|---|---|---|---|
| | Name | | |

| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| 2.125 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement: Commecement Date 06/21/2018 | DELTA INVESTORS GROUP LLC<br>875 N. MICHIGAN AVE.<br>SUITE 3840<br>CHICAGO, IL 60611 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.126 | State what the contract or lease is for and the nature of the debtor's interest | Affiliation Agreement; Dated 02/08/2022 | DES MOINES UNIVERSITY OSTEOPATHIC MEDICAL CENTER<br>3200 GRAND AVENUE<br>DES MOINES, IA 50312 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.127 | State what the contract or lease is for and the nature of the debtor's interest | Recruitment Services Agreement; Dated 01/14/2022 | DIRECTHIRE.COM LLC<br>4321 KINGWOOD DRIVE<br>SUITE 176<br>KINGWOOD, TX 77339 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.128 | State what the contract or lease is for and the nature of the debtor's interest | First Amendment to Medical Director Services Agreement; Dated 04/01/2019 | DISCOVERY VILLAGES AT SOUTHLAKE<br>ATTN: ADMINISTRATOR<br>201 WATERMERE DR.<br>SOUTHLAKE, TX 76092 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.129 | State what the contract or lease is for and the nature of the debtor's interest | First Amendment to Quality Assurance Director Services Agreement; Dated 04/01/2019 | DISCOVERY VILLAGES AT SOUTHLAKE<br>ATTN: ADMINISTRATOR<br>201 WATERMERE DR.<br>SOUTHLAKE, TX 76092 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.130 | State what the contract or lease is for and the nature of the debtor's interest | Termination Notice; Dated 03/30/2018 | DOCTORS' SURGERY CENTER OF APPLE VALLEY, INC. D/B/A PHYSICIANS SURGERY CENTER<br>ATTN: DAYLE BURTON, CEO<br>12567 HESPERIA ROAD<br>VICTORVILLE, CA 92395 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.131 | State what the contract or lease is for and the nature of the debtor's interest | Doximity Talent Finder Agreement; Dated 04/01/2021 | DOXIMITY, INC.<br>DEPT CH19291<br>PALATINE, IL 60055-9291 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Official Form 206G | Schedule G: Executory Contracts and Unexpired Leases | Page 19 of 94 |
|---|---|---|

| Debtor | Envision Physician Services, LLC | Case number (If known): 23-90498 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.132 | State what the contract or lease is for and the nature of the debtor's interest | Locum Tenens Agency Agreement; Dated 08/03/2019 | DRWANTED.COM, LLC ATTN: CHRISTOPHER M. WANG 4170 ASHFORD DUNWOODY ROAD NE, SUITE 485 BROOKHAVEN, GA 30319 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.133 | State what the contract or lease is for and the nature of the debtor's interest | Locum Tenens Agency Agreement; Dated 08/01/2020 | DYNAMOS ANESTHESIA SERVICES, LLC 29800 W 127 STREET OLATHE, KS 66061 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.134 | State what the contract or lease is for and the nature of the debtor's interest | Addendum to Telemedicine Services Agreement Statement of Work for Good Shepherd Health Care System; Dated 02/11/2022 | EAGLE TELEMEDICINE, LLC 280 INTERSTATE NORTH CIRCLE, SE SUITE 150 ATLANTA, GA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.135 | State what the contract or lease is for and the nature of the debtor's interest | Performance of Recovery Services Agreement; Dated 01/01/2021 | EC GROUP, INC., D/B/A AMERIBEN/IEC GROUP PO BOX 7186 BOISE, ID 83707 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.136 | State what the contract or lease is for and the nature of the debtor's interest | Locum Tenens Agency Agreement; Dated 08/03/2019 | ECHO LOCUM TENENS, INC. ATTN: JACK JOHNSON 1301 SOLANA BLVD BLD 2 WESTLAKE, TX 76262 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.137 | State what the contract or lease is for and the nature of the debtor's interest | Locum Tenens Agency Agreement; Dated 08/03/2019 | ELEVATE HEALTHCARE CONSULTANTS, LLC ATTN: CASEY WILLIAMS 5830 GRANITE PARKWAY, SUITE 800 PLANO, TX 75023 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.138 | State what the contract or lease is for and the nature of the debtor's interest | Service Contract; Dated 06/22/2020 | EMEDICAL OFFICES 369 SPRINGFIELD AVE BERKELEY HEIGHTS, NJ 07922 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Envision Physician Services, LLC | Case number (If known): | 23-90498 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.139 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Medical Professional and General Liability; Dated 03/31/2023 | EMERGENCY CAPITAL MANAGEMENT, LLC<br>76 SAINT PAUL STREET SUITE 500<br>BURLINGTON, VT 05401-4477 |
| 2.140 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Medical Professional and General Liability Declarations; Dated 03/31/2022 | EMERGENCY CAPITAL MANAGEMENT, LLC<br>76 SAINT PAUL STREET SUITE 500<br>BURLINGTON, VT 05401 |
| 2.141 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FCEP/FEMF Corporate Partner Advisory Council Annual Support Proposal; Dated 03/15/2023 | EMERGENCY MEDICINE LEARNING & RESOURCE CENTER<br>3717 S. CONWAY ROAD<br>ORLANDO, FL 32812 |
| 2.142 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Participating Provider Master Services Agreement; Dated 08/01/2019 | EMPLOYER HEALTH CARE ALLIANCE COOPERATIVE<br>P.O. BOX 44365<br>MADISON, WI 53744 |
| 2.143 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Maintenance Agreement; Dated 09/25/2020 | ENMON ENTERPRISES, L.L.C. D/B/A JANI-KING OF NORTHSHORE<br>3230 W. ESPLANADE AVE.<br>SUITE 100<br>METAIRIE, LA 70002 |
| 2.144 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Locum Tenens Agency Agreement; Dated 09/27/2021 | ENSEARCH MANAGEMENT CONSULTANTS<br>ATTN: TIM MATTIS<br>905 EAST COTATI AVE.<br>COTATI, CA 94931 |
| 2.145 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Amended Emergency Department Services Agreement; Dated 05/01/2018 | ENVISION PHYSICIAN SERVICES<br>1A BURTON HILLS BLVD<br>NASHVILLE, TN 37215 |

Debtor   Envision Physician Services, LLC                                    Case number (If known):   23-90498
         Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.146 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | First Amendment to Provider Agreement; Dated 02/01/2022 | EVRY HEALTHCARE, INC.<br>ATTN: CHRIS GAY<br>1919 MCKINNEY AVENUE<br>DALLAS, TX |
| 2.147 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Locum Tenens Agency Agreement; Dated 06/30/2021 | EXECUTIVE ANESTHESIA, INC.<br>8635 HILLSBOROUGH AVENUE SUITE 202<br>TAMPA, FL 33615 |
| 2.148 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | 2020 PBM Agreement Service Addendum; Dated 01/01/2021 | EXPRESS SCRIPTS, INC.<br>21653 NETWORK PLACE<br>CHICAGO, IL 60673-1215 |
| 2.149 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Amended and Restated Intercompany Radiology Coordination Agreement; Dated 09/01/2019 | F&S RADIOLOGY, P.C. |
| 2.150 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Affiliation Agreement; Dated 01/01/2023 | FAULKNER UNIVERSITY<br>5345 ATLANTA HIGHWAY<br>MONTGOMERY, AL 36109 |
| 2.151 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Letter of Intent; Dated 04/14/2020 | FAWCETT MEMORIAL HOSPITAL<br>21298 OLEAN BLVD<br>PORT CHARLOTTE, FL 33952 |
| 2.152 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Contract Approval and Loading Form; Dated 11/11/2019 | FIRST HEALTH GROUP CORP.<br>ATTN: PRESIDENT<br>10260 MEANLEY DRIVE<br>SAN DIEGO, CA 92131 |

Debtor   Envision Physician Services, LLC                                    Case number (If known):   23-90498
         Name

| **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. ||
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| 2.153 | **State what the contract or lease is for and the nature of the debtor's interest** | FCEP/FEMF Corporate Partner Advisory Council Annual Support Proposal; Dated 03/15/2023 | FLORIDA COLLEGE OF EMERGENCY PHYSICIANS 3717 S CONWAY RD ORLANDO, FL 32812 |
|  | **State the term remaining** |  |  |
|  | **List the contract number of any government contract** |  |  |
| 2.154 | **State what the contract or lease is for and the nature of the debtor's interest** | Affiliation Agreement; Dated 07/01/2022 | FLORIDA INTERNATIONAL UNIVERSITY 11200 SW 8TH ST. – ACH3 531 ATTN: CONTRACT COORDINATOR MIAMI, FL 33199 |
|  | **State the term remaining** |  |  |
|  | **List the contract number of any government contract** |  |  |
| 2.155 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement for Use and Non-Disclosure of Confidential Information; Dated 04/07/2022 | FLORIDA TRAUMA SERVICES, LLC ONE PARK PLAZA NASHVILLE, TN 37203 |
|  | **State the term remaining** |  |  |
|  | **List the contract number of any government contract** |  |  |
| 2.156 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement for Use and Non-Disclosure of Confidential Information; Dated 04/13/2022 | FLORIDA TRAUMA SERVICES, LLC ATTN: VICE PRESIDENT AND ASSISTANT SECRETARY ONE PARK PLAZA NASHVILLE, TN 37203 |
|  | **State the term remaining** |  |  |
|  | **List the contract number of any government contract** |  |  |
| 2.157 | **State what the contract or lease is for and the nature of the debtor's interest** | Professional Services Agreement; Dated 10/01/2020 | FMH HEALTH SERVICES, LLC D/B/A FRISBIE MEMORIAL HOSPITAL 11 WHITEHALL ROAD ROCHESTER, NH 03867 |
|  | **State the term remaining** |  |  |
|  | **List the contract number of any government contract** |  |  |
| 2.158 | **State what the contract or lease is for and the nature of the debtor's interest** | Professional Services Agreement; Dated 10/01/2022 | FMH HEALTH SERVICES, LLC D/B/A FRISBIE MEMORIAL HOSPITAL ATTN: FACILITY CHIEF EXECUTIVE OFFICER 11 WHITEHALL ROAD |
|  | **State the term remaining** |  |  |
|  | **List the contract number of any government contract** |  |  |
| 2.159 | **State what the contract or lease is for and the nature of the debtor's interest** | Third Amendment to Hospitalist Services Agreement; Dated 04/13/2018 | FRANCISCAN ALLIANCE, INC. ATTN: MR. TIMOTHY SCHREGG - CHIEF OPERATING OFFICER 1104 E. GRACE STREET RENSSELAER, IN |
|  | **State the term remaining** |  |  |
|  | **List the contract number of any government contract** |  |  |

| Debtor | Envision Physician Services, LLC | Case number (If known): | 23-90498 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.160 | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | First Amendment to the Participating Provider Agreement; Dated 10/10/2021 | FRIDAY HEALTH INSURANCE COMPANY, INC. <br> 700 MAIN STREET, SUITE 100 <br> ALAMOSA, CO |
| 2.161 | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | Participating Provider Agreement; Dated 01/01/2022 | FRIDAY HEALTH PLANS OF GEORGIA, INC. <br> ATTN: PROVIDER OPERATIONS <br> 700 MAIN STREET <br> ALAMOSA, CO 81101 |
| 2.162 | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | Participating Provider Agreement; Dated 01/01/2022 | FRIDAY HEALTH PLANS OF NORTH CAROLINA, INC. <br> ATTN: PROVIDER RELATIONS <br> 700 MAIN STREET <br> ALAMOSA, CO 81101 |
| 2.163 | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | Locum Tenens Agency Agreement; Dated 08/03/2019 | FUSION HEALTHCARE STAFFING, LLC <br> ATTN: DANIEL WESTENSKOW 10150 S CENTENNIAL PARKWAY, SUITE #120 <br> SANDY, UT 84070 |
| 2.164 | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | Quotation Agreement with Ge Healthcare; Dated 04/13/2021 | GE MEDICAL SYSTEMS, ULTRASOUND & PRIMARY CARE DIAGNOSTICS, LLC <br> P.O. BOX 74008831 <br> CHICAGO, IL 60674-8831 |
| 2.165 | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | Service Agreement with Ge Healthcare; Dated 07/29/2020 | GE MEDICAL SYSTEMS, ULTRASOUND & PRIMARY CARE DIAGNOSTICS, LLC <br> P.O. BOX 74008831 <br> CHICAGO, IL 60674-8831 |
| 2.166 | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | Professional Service Agreement; Dated 02/19/2019 | GERALD CHAMPION REGIONAL MEDICAL CENTER <br> ATTN: ROBERT HECKERT, CEO <br> 2669 N. SCENIC DRIVE <br> ALAMOGORDO, NM 88310 |

Debtor   Envision Physician Services, LLC                                            Case number (If known):   23-90498

Name

| | | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases | |
|---|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | | |
|---|---|---|---|
| **List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** | |
| 2.167 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement; Dated 11/13/2018 | GILA RIVER HEALTHCARE CORPORATION 483 WEST SEED FARM ROAD SACATON, AZ 85147 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.168 | State what the contract or lease is for and the nature of the debtor's interest | Termination Notice; Dated 08/09/2021 | GLEN ROSE MEDICAL CENTER 1021 HOLDEN STREET GLEN ROSE, TX 76043 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.169 | State what the contract or lease is for and the nature of the debtor's interest | Locum Tenens Agency Agreement; Dated 06/15/2021 | GLOBAL IMAGING SPECIALIST, LLC ATTN: MOLLY LICASTRI - DIRECTOR OF BUSINESS DEVELOPMENT 40946 US HWY 19 N STE 101 TARPON SPRINGS, FL 34689 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.170 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement; Dated 04/05/2019 | GLOBAL RCP, DBA ACN HEALTHCARE 4Z2 OLD CAPITAL TRAIL, SUITE 498 WILMINGTON, DE 19808 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.171 | State what the contract or lease is for and the nature of the debtor's interest | Locum Tenens Agency Agreement; Dated 08/13/2019 | GMS MEDICAL STAFFING, INC. ATTN: MELINDA GIESE 339 WEST 13490 SOUTH DRAPER, UT 84020 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.172 | State what the contract or lease is for and the nature of the debtor's interest | Locum Tenens Agency Agreement; Dated 01/01/2022 | GMS MEDICAL STAFFING, INC. 339 WEST 13490 SOUTH DRAPER, UT 84020 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.173 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement; Dated 04/01/2020 | GOLDEN STATE PROVIDERS, A MEDICAL CORPORATION |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Envision Physician Services, LLC | Case number (If known):  23-90498 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.174 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Locum Tenens Agency Agreement; Dated 08/03/2019 | GOLDFISH LOCUMS LLC <br> ATTN: THOMAS HANLEY 6865 WINDCREST DR., STE 300 <br> PLANO, TX 75024 |
| 2.175 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Program Agreement; Dated 05/24/2022 | GRAND CANYON UNIVERSITY OF PHOENIX |
| 2.176 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Health-Related Academic Program Affiliation Agreement Grand Valley State University; Dated 08/01/2022 | GRAND VALLEY STATE UNIVERSITY <br> 1 CAMPUS DRIVE <br> ALLENDALE, MI 49401 |
| 2.177 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Participating Provider Agreement; Dated 08/28/2018 | GRANITE STATE HEALTH PLAN, INC. <br> ATTN: PRESIDENT <br> 2 EXECUTIVE PARK DRIVE, SUITE 223 <br> BEDFORD, NH 03110 |
| 2.178 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Amendment Professional Services Agreement; Dated 02/20/2019 | GROVE HILL MEMORIAL HOSPITAL <br> 295 SOUTH JACKSON STREET <br> GROVE HILL, AL 36451 |
| 2.179 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Professional Service Agreement; Dated 08/28/2019 | GULF COAST DIVISION <br> 3737 BUFFALO SPEEDWAY, SUITE 1400 <br> HOUSTON, TX 77098 |
| 2.180 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Professional Service Agreement; Dated 08/28/2019 | GULF COAST DIVISION OFFICE <br> 3737 BUFFALO SPEEDWAY, SUITE 1400 <br> HOUSTON, TX 77098 |

Debtor    Envision Physician Services, LLC                                      Case number (If known):   23-90498
          Name

| Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.181 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Notice of Termination; Dated 04/21/2023 | GULF POINTE SURGERY CENTER<br>ATTN: FACILITY CHIEF EXECUTIVE OFFICER<br>21260 OLEAN BLVD<br>SUITE 105<br>PORT CHARLOTTE, FL 33952 |
| 2.182 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Locum Tenens Agency Agreement; Dated 05/01/2022 | HARMONY ANESTHESIA LLC<br>6360 RIVER CHASE CIR NW ATTN: RAD ZAMANI<br>ATLANTA, GA 30328 |
| 2.183 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Lease Agreement; Dated 08/21/2020 | HARVARD MEDTECH COMPANIES, KNOWN AS HARVARD MEDTECH LLC<br>6280 S. VALLEY VIEW BLVD<br>SUITE 412<br>LAS VEGAS, NV 89148 |
| 2.184 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Lease Agreement; Dated 08/21/2020 | HARVARD MEDTECH OF NEVADA LLC |
| 2.185 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Mutual Termination Professional Services Agreement; Dated 11/06/2020 | HCA HEALTH SERVICES OF NEW HAMPSHIRE, INC.<br>ATTN: MR. JOHN SKEVINGTON<br>ONE PARKLAND DRIVE<br>DERRY, NH 03038 |
| 2.186 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Professional Services Agreement; Dated 10/22/2021 | HCA HEALTH SERVICES OF NEW HAMPSHIRE, INC.<br>ATTN: FACILITY CHIEF EXECUTIVE OFFICER<br>ONE PARKLAND DRIVE<br>DERRY, NH 03038 |
| 2.187 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Professional Services Agreement; Dated 10/01/2022 | HCA HEALTH SERVICES OF NEW HAMPSHIRE, INC.<br>ATTN: FACILITY CHIEF EXECUTIVE OFFICER<br>333 BORTHWICK AVE<br>PORTSMOUTH, NH 03801 |

Debtor   Envision Physician Services, LLC                                                    Case number (If known):   23-90498
         Name

| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| 2.188 | **State what the contract or lease is for and the nature of the debtor's interest** — Mutual Termination Professional Services Agreement; Dated 04/15/2022<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | HCA HEALTH SERVICES OF NEW HAMPSHIRE, INC.<br>ATTN: FACILITY CHIEF EXECUTIVE OFFICER<br>333 BORTHWICK AVENUE<br>PORTSMOUTH, NH 03801 |
| 2.189 | **State what the contract or lease is for and the nature of the debtor's interest** — Professional Services Agreement; Dated 10/01/2020<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | HCA HEALTH SERVICES OF NEW HAMPSHIRE, INC.<br>333 BORTHWICK AVE<br>PORTSMOUTH, NH 03801 |
| 2.190 | **State what the contract or lease is for and the nature of the debtor's interest** — Professional Services Agreement; Dated 04/15/2020<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | HCA HEALTH SERVICES OF NEW HAMPSHIRE, INC.<br>PORTSMOUTH REGIONAL HOSPITAL 333 BORTHWICK AVE<br>PORTSMOUTH, NH 03801 |
| 2.191 | **State what the contract or lease is for and the nature of the debtor's interest** — Professional Services Agreement; Dated 04/09/2021<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | HCA HEALTH SERVICES OF NEW HAMPSHIRE, INC.<br>FACILITY CHIEF EXECUTIVE OFFICER<br>ONE PARKLAND DRIVE<br>DERRY, NH 03038 |
| 2.192 | **State what the contract or lease is for and the nature of the debtor's interest** — Professional Services Agreement; Dated 11/06/2020<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | HCA HEALTH SERVICES OF NEW HAMPSHIRE, INC.<br>FACILITY CHIEF EXECUTIVE OFFICER<br>ONE PARKLAND DRIVE<br>DERRY, NH 03038 |
| 2.193 | **State what the contract or lease is for and the nature of the debtor's interest** — Mutual Termination - Medical Director Professional Services; Dated 04/09/2021<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | HCA HEALTH SERVICES OF NEW HAMPSHIRE, INC.<br>ATTN: MR. JOHN SKEVINGTON, CEO<br>ONE PARKLAND DRIVE<br>DERRY, NH 03038 |
| 2.194 | **State what the contract or lease is for and the nature of the debtor's interest** — Professional Services Agreement; Dated 04/15/2022<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | HCA HEALTH SERVICES OF NEW HAMPSHIRE, INC.<br>FACILITY CHIEF EXECUTIVE OFFICER<br>333 BORTHWICK AVE<br>PORTSMOUTH, NH 03801 |

Debtor    Envision Physician Services, LLC        Case number (If known):   23-90498
       Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.195 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Professional Services Agreement; Dated 06/21/2021 | HCA HEALTH SERVICES OF TENNESSEE, INC.<br>FACILITY CHIEFEXECUTIVE OFFICER<br>2300 PATTERSON STREET<br>NASHVILLE, TN 37203 |
| 2.196 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Professional Services Agreement; Dated 02/01/2021 | HCA HOUSTON HEALTHCARE CLEAR LAKE<br>500 MEDICAL CENTER BLVD.<br>WEBSTER, TX 77598 |
| 2.197 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Professional Services Agreement; Dated 12/20/2019 | HCA HOUSTON HEALTHCARE KINGWOOD<br>ATTN: FACILITY CHIEF EXECUTIVE OFFICER<br>22999 HIGHWAY 59 NORTH<br>KINGWOOD, TX 77339 |
| 2.198 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Professional Services Agreement; Dated 07/27/2021 | HCA MANAGEMENT SERVICES, L.P.<br>P.O. BOX 409586<br>ATLANTA, GA 30384-9586 |
| 2.199 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Amendment to Professional Services Agreement (Covid S); Dated 08/27/2021 | HCA MANAGEMENT SERVICES, L.P.<br>P.O. BOX 409586<br>ATLANTA, GA 30384-9586 |
| 2.200 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Professional Services Agreement; Dated 04/01/2020 | HCA MANAGEMENT SERVICES, L.P.<br>P.O. BOX 409586<br>ATLANTA, GA 30384-9586 |
| 2.201 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Letter of Intent; Dated 10/01/2020 | HCA'S WEST FLORIDA DIVISION<br>201 14TH STREET SW<br>LARGO, FL 33770 |

Debtor      Envision Physician Services, LLC                                    Case number (If known):   23-90498
            Name

| | |
|---|---|
| **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | |
|---|---|---|
| **List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| | | | |
|---|---|---|---|
| 2.202 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter of Intent; Dated 04/14/2020 | HCA'S WEST FLORIDA DIVISION<br>3031 N. ROCKY POINT DRIVE WEST<br>SUITE 400<br>TAMPA, FL 33607 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.203 | **State what the contract or lease is for and the nature of the debtor's interest** | Professional Services Agreement; Dated 06/15/2020 | HCA-HEALTHONE LLC<br>9191 GRANT STREET<br>THORNTON, CO 80229 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.204 | **State what the contract or lease is for and the nature of the debtor's interest** | Provider Agreement; Dated 01/15/2021 | HCM -SOUTHERN NEW ENGLAND<br>151 FARMINGTON AVENUE, RS64<br>HARTFORD, CT 06156 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.205 | **State what the contract or lease is for and the nature of the debtor's interest** | Health Alliance Medical Plans Participating Provider Agreement: Physicians; Dated 09/15/2020 | HEALTH ALLIANCE MEDICAL PLANS, INC.<br>3320 FIELDS SOUTH DRIVE<br>CHAMPAIGN, IL 61822 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.206 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment Number One Participating Provider Agreement; Dated 02/01/2020 | HEALTH NET OF ARIZONA, INC<br>1870 W. RIO SALADO PARKWAY<br>TEMPE, AZ |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.207 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment to the Agreement; Dated 08/13/2019 | HEALTH VALUE MANAGEMENT, INC.<br>ATTN: PRESIDENT<br>P.O. BOX 19013<br>GREEN BAY, WI |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.208 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment to the Physician Participation Agreement; Dated 09/01/2020 | HEALTH VALUE MANAGEMENT, INC.<br>ATTN: PRESIDENT<br>P.O. BOX 19013<br>GREEN BAY, WI |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | Envision Physician Services, LLC | Case number (If known): 23-90498 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.209 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Locum Tenens Agency Agreement; Dated 01/01/2022 | HEALTH WISE LLC<br>ATTN: ALISSA KANDA<br>19875 CASTLE ROCK RD<br>APPLE VALLEY, CA 92308 |
| 2.210 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Physician Employment Staffing Search Agreement; Dated 04/26/2022 | HEALTHCARE UNITED, LLC<br>437 BLAKE STREET<br>NEW HAVEN, CT 06515 |
| 2.211 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Telemedicine Services Agreement; Dated 02/28/2019 | HENDRICK MEDICAL CENTER<br>ATTN: LEGAL DEPARTMENT<br>1900 PINE STREET<br>ABILENE, TX 79601 |
| 2.212 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Pandemic Professional Services Agreement; Dated 11/11/2020 | HENRY FORD WYANDOTTE HOSPITAL<br>2333 BIDDLE AVENUE<br>WYANDOTTE, MI 48192 |
| 2.213 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Affiliation Agreement; Dated 05/01/2022 | HERZING UNIVERSITY, LTD.<br>ATTN: CLINICAL CONTRACTS<br>275 W. WISCONSIN AVENUE,<br>SUITE 210<br>MILWAUKEE, WI 53203 |
| 2.214 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Group Sales Agreement; Dated 09/09/2022 | HILTON PARSIPPANY<br>PO BOX 732734<br>DALLAS, TX 5373-2734 |
| 2.215 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Medipak Advantage® HMO Network Provider Participation Agreement; Dated 08/22/2019 | HMO PARTNERS, INC. D/B/A HEALTH ADVANTAGE<br>P.O. BOX 2181<br>LITTLE ROCK, AR 72203 |

Debtor    Envision Physician Services, LLC                                    Case number (If known):    23-90498
          Name

| **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.216 | State what the contract or lease is for and the nature of the debtor's interest | Provider Participation Agreement; Dated 08/22/2019 | HMO PARTNERS, INC. D/B/A HEALTH ADVANTAGE P.O. BOX 2181 LITTLE ROCK, AR 72203 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.217 | State what the contract or lease is for and the nature of the debtor's interest | HMO Network Provider Participation Agreement; Dated 08/22/2019 | HMO PARTNERS, INC. D/B/A HEALTH ADVANTAGE P.O. BOX 2181 LITTLE ROCK, AR 72203 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.218 | State what the contract or lease is for and the nature of the debtor's interest | Locum Tenens Agency Agreement; Dated 02/01/2023 | HONOR PROVIDERS, LLC ATTN: ABHINAV GAHOI 1500 W. CYPRESS CREEK RD SUITE 401 FT LAUDERDALE, FL 33309 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.219 | State what the contract or lease is for and the nature of the debtor's interest | Hospital-Based Supplemental Services (Due to Covid-19) Agreement; Dated 07/05/2020 | HONORHEALTH ATTN: PROVIDER CONTRACTING DEPARTMENT 8125 NORTH HAYDEN ROAD SCOTTSDALE, AZ 85258 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.220 | State what the contract or lease is for and the nature of the debtor's interest | Hospital-Based Supplemental Services (Due to Covid-19) Agreement; Dated 01/19/2021 | HONORHEALTH ATTN: PROVIDER CONTRACTING DEPARTMENT 8125 NORTH HAYDEN ROAD SCOTTSDALE, AZ |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.221 | State what the contract or lease is for and the nature of the debtor's interest | Medical Provider Direct Agreement; Dated 07/10/2021 | HOPE TRUST ATTN: ALEX SNEDEKER, VICE PRESIDENT 400 W. MAIN ST. HAVANA, IL 62644 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.222 | State what the contract or lease is for and the nature of the debtor's interest | Horizon Government Programs Provider Group Agreement; Dated 07/01/2020 | HORIZON HEALTHCARE OF NEW JERSEY, INC. 1700 AMERICAN BLVD. PENNINGTON, NJ 08534 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Envision Physician Services, LLC                                    Case number (If known):   23-90498
            Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases | |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.223 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Horizon Healthcare Services, Inc. Group Agreement with Participating Physicians and Healthcare Professionals; Dated 01/01/2019 | HORIZON HEALTHCARE SERVICES, INC. <br> 3 PENN PLAZA EAST <br> NEWARK, NJ 07105 |
| 2.224 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Termination Notice: Agreement for Trauma Program Coverage; Dated 08/01/2021 | HOSPITAL DEVELOPMENT OF WEST PHOENIX, INC. D/B/A ABRAZO WEST CAMPUS <br> 13677 W. MCDOWELL RD. <br> GOODYEAR, AZ 85395 |
| 2.225 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Agreement for Trauma Program Coverage; Dated 08/01/2021 | HOSPITAL DEVELOPMENT OF WEST PHOENIX, INC. D/B/A ABRAZO WEST CAMPUS <br> 13677 W MCDOWELL RD. <br> GOODYEAR, AZ 85395 |
| 2.226 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Locum Tenens Agency Agreement; Dated 11/01/2022 | HOSPITAL STAFFING PARTNERS, LLC <br> ATTN: TODD HOROWITZ <br> 3622 W SAN LUIS STREET <br> TAMPA, FL 33629 |
| 2.227 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Teleradiology Interpretation Services Agreement; Dated 12/19/2022 | HOWARD UNIVERSITY OFFICE OF GENERAL COUNSEL <br> ATTN: MS. FLORENCE W. PRIOLEAU SENIOR VICE PRESIDENT, GENERAL COUNSEL <br> 2400 6TH STREET NW <br> SUITE 321 <br> WASHINGTON, DC 20059 |
| 2.228 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Locum Tenens Agency Agreement; Dated 09/27/2021 | HOWARD-SLOAN SEARCH, INC. <br> ATTN: JAMIE TRAINOR <br> 555 FIFTH AVENUE, <br> 3RD FLOOR SUITE 302 <br> NEW YORK, NY 10017 |
| 2.229 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Letter Agreement for Administrative & Clinical Services; Dated 12/01/2020 | HUDSON VISTA PHYSICIAN SERVICES, P.C., A SUBSIDIARY OF ST. LUKE'S CORNWALL HOSPITAL <br> 70 DUBOIS STREET <br> NEWBURGH, NY 12550 |

Debtor   Envision Physician Services, LLC                                                   Case number (If known):   23-90498
_____
Name

| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.230 | State what the contract or lease is for and the nature of the debtor's interest | Settlement Agreement and Mutual Release; Dated 01/01/2018 | HUMANA HEALTH BENEFIT PLAN OF LOUISIANA, INC. ATTN: LAW DEPARTMENT P.O. BOX 1438 LOUISVILLE, KY |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.231 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to the Physician Participation Agreement; Dated 02/01/2019 | HUMANA HEALTH BENEFIT PLAN OF LOUISIANA, INC. ATTN: LAW DEPARTMENT P.O. BOX 1438 LOUISVILLE, KY |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.232 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to the Agreement; Dated 01/01/2020 | HUMANA HEALTH BENEFIT PLAN OF LOUISIANA, INC. AND HUMANA INSURANCE COMPANY ATTN: LAW DEPARTMENT P.O. BOX 1438 LOUISVILLE, KY |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.233 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to the Provider Participation Agreement; Dated 07/01/2022 | HUMANA HEALTH INSURANCE COMPANY OF FLORIDA, INC. 3501 SW 160TH AVE, BLDG B MIRAMAR, FL |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.234 | State what the contract or lease is for and the nature of the debtor's interest | Provider Participation Agreement; Dated 08/01/2020 | HUMANA INSURANCE COMPANY P.O. BOX 1438 LOUISVILLE, KY 40201-1438 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.235 | State what the contract or lease is for and the nature of the debtor's interest | Contract Approval and Loading Form (CALF) Form#: 10.00 Revised 01.06.16; Dated 09/01/2020 | HUMANA INSURANCE COMPANY OF KENTUCKY, HUMANA HEALTH PLAN OF OHIO, INC., HUMANA HEALTH PLAN, INC. ATTN: LAW DEPARTMENT P.O. BOX 1438 LOUISVILLE, KY 40201-1438 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.236 | State what the contract or lease is for and the nature of the debtor's interest | Physician Participation Agreement; Dated 09/01/2020 | HUMANA INSURANCE COMPANY OF KENTUCKY, HUMANA HEALTH PLAN OF OHIO, INC., HUMANA HEALTH PLAN, INC. ATTN: LAW DEPARTMENT P.O. BOX 1438 LOUISVILLE, KY 40201-1438 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor   Envision Physician Services, LLC                                          Case number (If known):   23-90498
         Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. ||
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| 2.237 | **State what the contract or lease is for and the nature of the debtor's interest** — Amendment to the Agreement; Dated 07/01/2022<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | HUMANA INSURANCE COMPANY, HUMANA HEALTH INSURANCE COMPANY OF FLORIDA, INC.<br>3501 SW 160TH AVE, BLDG B<br>MIRAMAR, FL |
| 2.238 | **State what the contract or lease is for and the nature of the debtor's interest** — Letter of Agreement; Dated 08/01/2020<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | HUMANA INSURANCE COMPANY, HUMANA HEALTH INSURANCE COMPANY OF FLORIDA, INC., HUMANA HEALTH PLAN, INC.<br>3501 SW 160TH AVE, BLDG B<br>MIRAMAR, FL 33027 |
| 2.239 | **State what the contract or lease is for and the nature of the debtor's interest** — Humana Physician Participation Agreement State: Texas; Dated 01/01/2018<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | HUMANA INSURANCE COMPANY, HUMANA HEALTH PLAN OF TEXAS, INC.<br>ATTN: VICE PRESIDENT, NETWORK MANAGEMENT<br>8431 FREDERICKSBURG RD.<br>SUITE 580<br>SAN ANTONIO, TX 78729 |
| 2.240 | **State what the contract or lease is for and the nature of the debtor's interest** — Amendment to the Physician Participation Agreement; Dated 09/01/2020<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | HUMANA INSURANCE COMPANY, HUMANA HEALTH PLAN OF TEXAS, INC.<br>ATTN: VICE PRESIDENT, NETWORK MANAGEMENT<br>8431 FREDERICKSBURG RD.<br>SUITE 580<br>SAN ANTONIO, TX |
| 2.241 | **State what the contract or lease is for and the nature of the debtor's interest** — Amendment to the Agreement; Dated 08/13/2019<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | HUMANA INSURANCE COMPANY, HUMANA HEALTH PLAN OF TEXAS, INC.<br>ATTN: VICE PRESIDENT, NETWORK MANAGEMENT<br>8431 FREDERICKSBURG RD.<br>SUITE 580<br>SAN ANTONIO, TX |
| 2.242 | **State what the contract or lease is for and the nature of the debtor's interest** — Emergency Department Services Agreement; Dated 04/23/2019<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | IASIS HEALTHCARE HOLDINGS, INC.<br>ATTN: ARIZONA MARKET PRESIDENT<br>555 N. 18TH STREET, SUITE 100<br>PHOENIX, AZ 85006 |
| 2.243 | **State what the contract or lease is for and the nature of the debtor's interest** — Emergency Department Services Agreement; Dated 04/23/2019<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | IASIS HEALTHCARE LLC<br>ATTN: GENERAL COUNSEL<br>DOVER CENTRE, BUILDING E<br>117 SEABOARD LANE<br>FRANKLIN, TN 37067 |

Debtor   Envision Physician Services, LLC                     Case number (If known):   23-90498
         Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.244 | State what the contract or lease is for and the nature of the debtor's interest | Locum Tenens Agency Agreement; Dated 03/01/2023 | ICON EXCHANGE, LLC ATTN: KRISTEN PAPSON 135 LAKE ST. MIDDLETON, MA 01949 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.245 | State what the contract or lease is for and the nature of the debtor's interest | Locum Tenens Agency Agreement; Dated 08/03/2019 | ICON MEDICAL NETWORK, LLC ATTN: DEBRA HAY 8100 SW NYBERG STREET, SUITE 400 TUALATIN, OR 97062 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.246 | State what the contract or lease is for and the nature of the debtor's interest | Locum Tenens Agency Agreement; Dated 01/01/2022 | IMP LOCUM TENENS, LLC ATTN: BENEDICT FERRO 100 SYLVAN PARKWAY SUITE 300_ AMHERST, NY 14228 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.247 | State what the contract or lease is for and the nature of the debtor's interest | Locum Tenens Agency Agreement; Dated 01/01/2022 | IMPORTED ANESTHESIA LLC ATTN: CALIN CALABRESE 7 DIAMOND ROAD CLINTON, CT 06413 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.248 | State what the contract or lease is for and the nature of the debtor's interest | Affiliation Agreement; Dated 05/01/2022 | INCARNATE WORD SCHOOL OF OSTEOPATHIC MEDICINE 7615 KENNEDY HILL SAN ANTONIO, TX 78235 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.249 | State what the contract or lease is for and the nature of the debtor's interest | Affiliation Agreement; Dated 02/21/2022 | INDIANA STATE UNIVERSITY ATTN:DEAN, COLLEGE OF HEALTH & HUMAN SERVICES 401 NORTH 4TH STREET TERRE HAUTE, IN 47809 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.250 | State what the contract or lease is for and the nature of the debtor's interest | Fourth Amendment to Professional Services Agreement; Dated 12/13/2021 | INGALLS MEMORIAL HOSPITAL ONE INGALLS DRIVE ATTN: LINDA MCCORMICK HARVEY, IL 60426 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Envision Physician Services, LLC | Case number (If known): | 23-90498 |
|--------|----------------------------------|-------------------------|----------|
|        | Name |  |  |

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.251 | State what the contract or lease is for and the nature of the debtor's interest | Locum Tenens Agency Agreement; Dated 08/03/2019 | INTEGRITY HEALTHCARE LOCUMS, LLC ATTN: JEFF FILES 9785 S MAROON CIRCLE, SUITE G102 ENGLEWOOD, CO 80112 |
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  |  |
| 2.252 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement; Dated 04/01/2020 | INTENSIVE CARE CONSORTIUM, INC. ONE PARK PLAZA NASHVILLE, TN |
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  |  |
| 2.253 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to Professional Services Agreement (Covid S); Dated 08/27/2021 | INTENSIVE CARE CONSORTIUM, INC. ONE PARK PLAZA NASHVILLE, TN |
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  |  |
| 2.254 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement; Dated 01/07/2022 | INTENSIVE CARE CONSORTIUM, INC. ONE PARK PLAZA NASHVILLE, TN |
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  |  |
| 2.255 | State what the contract or lease is for and the nature of the debtor's interest | Locum Tenens Agency Agreement; Dated 08/03/2019 | INTERIM PHYSICIANS, LLC 12647 OLIVE BLVD SUITE 100 ST LOUIS, MO 63141 |
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  |  |
| 2.256 | State what the contract or lease is for and the nature of the debtor's interest | Contingency Recruitment Agreement; Dated 05/01/2022 | INTERNATIONAL MEDICAL PLACEMENT, LTD. 100 SYLVAN PARKWAY, SUITE 300 AMHERST, NY 14228 |
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  |  |
| 2.257 | State what the contract or lease is for and the nature of the debtor's interest | Locum Tenens Agency Agreement; Dated 08/03/2019 | INTERTRAUMA CONSULTING, INC. ATTN: MICHALA SAPIENZA 319 LAFAYETTE STREET #240 NEW YORK, NY 10012 |
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  |  |

| Debtor | Envision Physician Services, LLC | Case number (If known): 23-90498 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.258 | State what the contract or lease is for and the nature of the debtor's interest | Settlement Agreement and Release of Claims; Dated 11/22/2021 | IPC HEALTHCARE SERVICES OF TEXAS PLLC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.259 | State what the contract or lease is for and the nature of the debtor's interest | Locum Tenens Agency Agreement; Dated 08/03/2019 | JACKSON & COKER LOCUM TENENS, LLC ATTN: TONY RICO 3000 OLD ALABAMA RD, STE 119-608 ALPHARETTA, GA 30009 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.260 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Agreement; Dated 03/30/2021 | JACKSON MEDICAL CENTER 220 HOSPITAL DR JACKSON, AL 36545 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.261 | State what the contract or lease is for and the nature of the debtor's interest | Affiliation Agreement; Dated 03/01/2023 | JOHNS HOPKINS UNIVERSITY ATTN: SHIONNA MCCARTY & DANIELLE MCCAMEY, DNP, CRNP, ACNP-BC, FCCP 525 N. WOLFE ST. BALTIMORE, MD 21205 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.262 | State what the contract or lease is for and the nature of the debtor's interest | Commercial Sales Agreement; Dated 11/08/2018 | JOHNSON CONTROLS SECURITY SOLUTIONS LLC 7818 PHILLIPS HWY, BLDG #1 JACKSONVILLE, FL 32256 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.263 | State what the contract or lease is for and the nature of the debtor's interest | Affiliation Agreement, Together with Any Program-Specific Addendum; Dated 07/06/2021 | KECK GRADUATE INSTITUTE ATTN.: CONTRACTS 535 WATSON DRIVE CLAREMONT, CA 91711 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.264 | State what the contract or lease is for and the nature of the debtor's interest | First Amendment to Services Agreement; Dated 07/01/2022 | KING'S DAUGHTERS MEDICAL CENTER ATTN: CEO 2201 LEXINGTON AVE. ASHLAND, KY |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Envision Physician Services, LLC | Case number (If known): 23-90498 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.265 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Kpg Healthcare - Contingent Recruitment Agreement; Dated 09/04/2020 | KPG HEALTHCARE LLC D/B/A KPG PROVIDER SERVICES LLC<br>1960 GRAND AVE<br>SUITE 940<br>EL SEGUNDO, CA 90245 |
| 2.266 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Locum Tenens Agency Agreement; Dated 08/03/2019 | KPG HEALTHCARE LLC D/B/A KPG PROVIDER SERVICES LLC<br>ATTN: EMERSON NAGLE 101 CONVENTION CTR BLVD #605<br>LAS VEGAS, NV 89109 |
| 2.267 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Professional Services Agreement; Dated 08/01/2019 | LAKELAND REGIONAL MEDICAL CENTER, INC.<br>ATTN: DANIELLE DRUMMOND, EXECUTIVE VICE PRESIDENT/COO<br>1324 LAKELAND HILLS BLVD.<br>P.O. BOX 95448<br>LAKELAND, FL 33804 |
| 2.268 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Graduate Medical Education Instructor'S Agreement; Dated 01/01/2021 | LAKELAND REGIONAL MEDICAL CENTER, INC.<br>ATTN: CHIEF FINANCIAL OFFICER<br>1324 LAKELAND HILLS BLVD.<br>LAKELAND, FL 33804 |
| 2.269 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Services Agreement for Emergency and Anesthesia Department Coverage; Dated 10/01/2019 | LAKEWOOD REGIONAL MEDICAL CENTER, INC., D/B/A LAKEWOOD REGIONAL MEDICAL CENTER<br>ATTN: CHIEF EXECUTIVE OFFICER<br>3700 E. SOUTH STREET<br>LAKEWOOD, CA 90712 |
| 2.270 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Letter of Intent; Dated 10/01/2020 | LARGO MEDICAL CENTER<br>201 14TH STREET SW<br>LARGO, FL 33770 |
| 2.271 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Letter Agreement for Administrative & Clinical Services; Dated 11/27/2020 | LAWRENCE + MEMORIAL CORPORATION<br>25 WELLS ST<br>WESTERLY, RI 02891 |

| Debtor | Envision Physician Services, LLC | Case number (If known): 23-90498 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.272 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Termination Notice: Letter Agreement; Dated 09/24/2022 | LAWRENCE + MEMORIAL HOSPITAL, INC.<br>365 MONTAUK AVENUE ATTN: PRESIDENT, OLIVER MAYORGA, MD<br>NEW LONDON, CT 06320 |
| 2.273 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | End User License Agreement; Dated 11/15/2017 | LEAPTEST LLC<br>1390 MARKET STREET, SUITE 200<br>SAN FRANCISCO, CA 94102 |
| 2.274 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Affiliation Agreement; Dated 04/05/2022 | LEWIS UNIVERSITY<br>ONE UNIVERSITY PARKWAY<br>ROMEOVILLE, IL 60446 |
| 2.275 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Service Agreement for Locum Tenens Coverage Client Covers Malpractice; Dated 03/06/2018 | LEXX HEALTHCARE, LLC<br>9600 WEST SAMPLE ROAD, SUITE 300<br>CORAL SPRINGS, FL 33065 |
| 2.276 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Locum Tenens Agency Agreement; Dated 08/03/2019 | LEXX HEALTHCARE, LLC<br>ATTN: JASON FREEMAN 9600 W SAMPLE ROAD, SUITE 300<br>CORAL SPRINGS, FL 33065 |
| 2.277 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Contingency Search Agreement for Provider Permanent Placement; Dated 08/13/2021 | LEXX HEALTHCARE, LLC<br>210 N. UNIVERSITY DRIVE<br>SUITE 902<br>CORAL SPRINGS, FL 33071 |
| 2.278 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Locum Tenens Agency Agreement; Dated 08/03/2019 | LIBERDOC, LLC<br>2019 LIBERDOC<br>BURLINGTON, IA 52601 |

| Debtor | Envision Physician Services, LLC | Case number (If known): | 23-90498 |
|--------|----------------------------------|-------------------------|----------|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| | | | |
|---|---|---|---|
| 2.279 | State what the contract or lease is for and the nature of the debtor's interest | Participating Provider Agreement; Dated 01/29/2020 | LIGHTHOUSE HEALTH PLAN, LLC<br>700 E. GREGORY ST<br>PENSACOLA, FL 32502 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.280 | State what the contract or lease is for and the nature of the debtor's interest | Contingency Search Agreement; Dated 09/04/2020 | LOCUM CONNECTIONS<br>3550 ENGINEERING DRIVE<br>SUITE 175<br>PEACHTREE CORNERS, GA 30092 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.281 | State what the contract or lease is for and the nature of the debtor's interest | Locum Tenens Agency Agreement; Dated 05/01/2022 | LOCUM RECRUITERS LLC<br>ATTN: SUZANNE GUDE<br>115 S TRAVIS STREET SUITE 314<br>SHERMAN, TX 75090 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.282 | State what the contract or lease is for and the nature of the debtor's interest | Contingency Agreement; Dated 08/01/2020 | LOCUM SOURCE, INC.<br>1275 GLENLIVET DRIVE<br>SUITE 100<br>ALLENTOWN, 18106 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.283 | State what the contract or lease is for and the nature of the debtor's interest | Locum Tenens Agency Agreement; Dated 03/01/2021 | LOCUM, INC. D/B/A MEDSTAFF NATIONAL MEDICAL STAFFING<br>ATTN: SCOTT SELBY 2575 NORTHWINDS PARKWAY<br>ALPHARETTA, GA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.284 | State what the contract or lease is for and the nature of the debtor's interest | Locum Tenens Agency Agreement; Dated 08/03/2019 | LOCUMTENENS.COM, LLC<br>ATTN: SCOTT SELBY 2575 NORTHWINDS PARKWAY<br>ALPHARETTA, GA 30009 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.285 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement; Dated 04/01/2020 | LONE STAR INTENSIVISTS AT GULF COAST, PLLC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Envision Physician Services, LLC                                    Case number (If known):   23-90498

Name

| **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.286 | State what the contract or lease is for and the nature of the debtor's interest | Participating Provider Agreement; Dated 01/09/2020 | MAGNOLIA HEALTH PLAN, INC.<br>111 EAST CAPITOL STREET<br>SUITE 500<br>JACKSON, MS 39201 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.287 | State what the contract or lease is for and the nature of the debtor's interest | Locum Tenens Agency Agreement; Dated 09/02/2021 | MAGNUS HEALTHCARE SOLUTIONS |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.288 | State what the contract or lease is for and the nature of the debtor's interest | Affiliation Agreement; Dated 02/21/2022 | MARSHFIELD CLINIC HEALTH SYSTEM<br>1000 N. OAK AVENUE<br>MARSHFIELD, WI 54449 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.289 | State what the contract or lease is for and the nature of the debtor's interest | Affiliation Agreement; Dated 02/16/2022 | MARSHFIELD CLINIC HEALTH SYSTEM, INC.<br>DIRECTOR, DIVISION OF EDUCATION<br>MARSHFIELD CLINIC HEALTH SYSTEM<br>1000 N. OAK AVENUE<br>MARSHFIELD, WI 54449 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.290 | State what the contract or lease is for and the nature of the debtor's interest | Affiliation Agreement; Dated 05/01/2022 | MARY BALDWIN UNIVERSITY D/B/A MURPHY DEMING COLLEGE OF HEALTH SCIENCES<br>100 BALDWIN BLVD<br>FISHERSVILLE, VA 22939 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.291 | State what the contract or lease is for and the nature of the debtor's interest | Affiliation Agreement; Dated 03/04/2022 | MCCOOK COMMUNITY COLLEGE<br>1205 EAST 3RD STREET<br>MCCOOK, NE 69001 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.292 | State what the contract or lease is for and the nature of the debtor's interest | Professional Service Agreement; Dated 02/20/2019 | MCCURTAIN MEMORIAL HOSPITAL<br>ATTN: CEO<br>1301 E. LINCOLN ROAD<br>IDABEL, OK 74745 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Envision Physician Services, LLC                                    Case number (If known):   23-90498

          Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.293 | State what the contract or lease is for and the nature of the debtor's interest | Accelerating Envision'S Path to Revenue Excellence; Dated 04/15/2019 | MCKINSEY & COMPANY, INC. PO BOX 7427-7255 PHILADELPHIA, PA 19170-7255 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.294 | State what the contract or lease is for and the nature of the debtor's interest | Accelerating Envision'S Path to Revenue Excellence - Addendum; Dated 12/12/2019 | MCKINSEY & COMPANY, INC. PO BOX 7427-7255 PHILADELPHIA, PA 19170-7255 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.295 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement; Dated 09/01/2019 | MCPHERSON HOSPITAL, INC. 1000 HOSPITAL DRIVE MCPHERSON, KS 67460 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.296 | State what the contract or lease is for and the nature of the debtor's interest | Locum Tenens Agency Agreement; Dated 09/02/2021 | MD STAFF, LLC ATTN: FRANK PHILLIPS - PRESIDENT 205 COTTON FIELD CT ALPHARETTA, GA 30022 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.297 | State what the contract or lease is for and the nature of the debtor's interest | Locum Tenens Agency Agreement; Dated 07/01/2022 | MEDARTA, INC. ATTN: WASIM ALASSAD 1931 CORDOVA RD #1015 FORT LAUDERDALE, FL 33316 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.298 | State what the contract or lease is for and the nature of the debtor's interest | Locum Tenens Agency Agreement; Dated 08/03/2019 | MEDCADRE INC. ATTN: LEGAL DEPARTMENT 2701 N THANKSGIVING WAY, SUITE 100 LEHI, UT 84043 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.299 | State what the contract or lease is for and the nature of the debtor's interest | Service Contract; Dated 06/22/2020 | MED-FLEX, INC. P.O. BOX 357 HAINESPORT, NJ 08036 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor   Envision Physician Services, LLC

Case number (If known):   23-90498

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.300 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to Terms of Service Agreement; Dated 06/22/2020 | MED-FLEX, INC. PO BOX 357 HAINESPORT, NJ 08036 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.301 | State what the contract or lease is for and the nature of the debtor's interest | Telehealth Coverage Services Agreement; Dated 08/16/2022 | MEDIC 1 AMBULANCE JACK FISHER JR. EXECUTIVE DIRECTOR 635 E. NAPIER AVE. BENTON HARBOR, MI 49022 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.302 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to Participating Provider Agreement; Dated 01/01/2022 | MEDICAL ASSOCIATES HEALTH PLAN, INC. 1605 ASSOCIATES DRIVE DUBUQUE, IA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.303 | State what the contract or lease is for and the nature of the debtor's interest | Locum Tenens Agency Agreement; Dated 08/03/2019 | MEDICAL DOCTOR ASSOCIATES, LLC ATTN: MILAN BOULETTE 4775 PEACHTREE INDUSTRIAL BLVD #300 BERKELEY LAKE, CA 30092 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.304 | State what the contract or lease is for and the nature of the debtor's interest | Engagement Agreement; Dated 10/18/2019 | MEDICAL MANAGEMENT ASSOCIATES, INC. 3330 CUMBERLAND BOULEVARD SUITE 200 ATLANTA, GA 30339 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.305 | State what the contract or lease is for and the nature of the debtor's interest | Locum Tenens Agency Agreement; Dated 08/03/2019 | MEDICAL MARKETING MANAGEMENT, LTD. D/B/A HONOR MEDICAL STAFFING |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.306 | State what the contract or lease is for and the nature of the debtor's interest | Locum Tenens Agency Agreement; Dated 01/01/2022 | MEDICAL-LINK N. AMERICA LLC ATTN: CHRISTIAN MESSANA 8461 LAKE WORTH RD SUITE 224 LAKE WORTH, FL 33467 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor   Envision Physician Services, LLC                                      Case number (If known):   23-90498
         Name

| **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.307 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Locum Tenens Agency Agreement; Dated 08/03/2019 | MEDICUS HEALTHCARE SOLUTIONS, LLC<br>ATTN: HEATHER CROKE 22 ROULSTON ROAD<br>WINDHAM, NH 03087 |
| 2.308 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Provider Agreement; Dated 01/01/2021 | MEDI-SHARE<br>ATTN: PROVIDER COMMUNITY SERVICES<br>PO BOX 120099<br>WEST MELBOURNE, FL 32912 |
| 2.309 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Proposal Agreement; Dated 06/25/2021 | MH SUB I, LLC D/B/A WEBMD<br>909 N. PACIFIC COAST HWY<br>11TH FLOOR<br>EL SEGUNDO, CA 90245 |
| 2.310 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | First Amendment to Group Preceptorship; Dated 10/01/2022 | MIDWESTERN UNIVERSITY<br>ATTN: BARBARA L. MCCLOUD, ESQ. VP AND GENERAL COUNSEL<br>OFFICE OF THE GENERAL COUNSEL<br>19555 NORTH 59TH AVENUE<br>GLENDALE, AZ |
| 2.311 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Telemedicine Services Agreement; Dated 07/06/2020 | MINDCARE SOLUTIONS MCS, INC.<br>5314 MARYLAND WAY<br>SUITE 110<br>BRENTWOOD, TN 37027 |
| 2.312 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Letter Agreement; Dated 11/13/2020 | MINISTRY HEALTH CARE, INC.<br>ATTN: ASCENSION WISCONSON<br>400 W. RIVER WOODS PARKWAY<br>GLENDALE, WI |
| 2.313 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Locum Tenens Agency Agreement; Dated 08/03/2019 | MINT MEDICAL PHYSICIAN STAFFING LP |

Debtor   Envision Physician Services, LLC                                          Case number (If known):   23-90498
         Name

| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.314** | **State what the contract or lease is for and the nature of the debtor's interest** | Molina Healthcare of Kentucky, Inc. Provider Services Agreement; Dated 06/01/2022 | MOLINA HEALTHCARE OF KENTUCKY, INC. |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.315** | **State what the contract or lease is for and the nature of the debtor's interest** | Provider Services Agreement; Dated 11/05/2019 | MOLINA HEALTHCARE OF MISSISSIPPI, INC. 188 E CAPITOL ST STE 700 JACKSON, MS 39201 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.316** | **State what the contract or lease is for and the nature of the debtor's interest** | Letter of Agreement for Administrative & Clinical Services; Dated 01/26/2021 | MONTEFIORE NEW ROCHELLE HOSPITAL 16 GUION PLACE NEW ROCHELLE, NY 10802 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.317** | **State what the contract or lease is for and the nature of the debtor's interest** | Affiliation Agreement; Dated 02/16/2022 | MORAINE PARK TECHNICAL COLLEGE 235 NORTH NATIONAL AVENUE FOND DU LAC, WI 54936 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.318** | **State what the contract or lease is for and the nature of the debtor's interest** | Locum Tenens Agency Agreement; Dated 08/03/2019 | MPLT HEALTHCARE, LLC ATTN: JAY MAYS 5810 CORAL RIDGE DRIVE SUITE 250 CORAL SPRINGS, FL 33076 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.319** | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement; Dated 03/08/2022 | MSH INTERNATIONAL, INC. ONE EAST BROWARD BLVD. STE 1501, FT LAUDERDALE, FL 33301 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.320** | **State what the contract or lease is for and the nature of the debtor's interest** | Telehealth Coverage Services Agreement; Dated 08/02/2021 | MUNDELEIN FIRE DEPARTMENT ATTN: FIRE CHIEF 1000 N. MIDLOTHIAN ROAD MUNDELEIN, IL 60060 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor     Envision Physician Services, LLC                                      Case number (If known):   23-90498
           Name

| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.321** — State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Telemedicine Services Agreement; Dated 07/09/2020 | MYWOUNDDOCTOR, LLC<br>204 23RD AVENUE NORTH<br>SUITE 200<br>NASHVILLE, TN 37203 |
| **2.322** — State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Executive Employment Agreement; Dated 10/13/2017 | Name on File<br>Address on File |
| **2.323** — State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Search Agreement; Dated 08/10/2021 | Name on File<br>Address on File |
| **2.324** — State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Executive Employment Agreement; Dated 01/01/2020 | Name on File<br>Address on File |
| **2.325** — State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Executive Employment Agreement; Dated 07/01/2017 | Name on File<br>Address on File |
| **2.326** — State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Search Agreement; Dated 10/05/2020 | Name on File<br>Address on File |
| **2.327** — State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Locum Tenens Agency Agreement; Dated 06/29/2021 | Name on File<br>Address on File |

Debtor   Envision Physician Services, LLC                                    Case number (If known):   23-90498
         Name

| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | **List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.328 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Employment Agreement; Dated 01/01/2020 | Name on File<br>Address on File |
| 2.329 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Executive Employment Agreement; Dated 02/22/2019 | Name on File<br>Address on File |
| 2.330 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Executive Employment Agreement; Dated 01/01/2018 | Name on File<br>Address on File |
| 2.331 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Employment Agreement | Name on File<br>Address on File |
| 2.332 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Executive Employment Agreement; Dated 08/01/2017 | Name on File<br>Address on File |
| 2.333 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Lease Agreement: Commecement Date 04/15/2021 | Name on File<br>Address on File |
| 2.334 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Employment Agreement | Name on File<br>Address on File |

Official Form 206G                **Schedule G: Executory Contracts and Unexpired Leases**                Page 48 of 94

Debtor    Envision Physician Services, LLC                                    Case number (If known):   23-90498

Name

| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.335 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Employment Agreement<br><br>Name on File<br>Address on File |
| 2.336 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Employment Agreement<br><br>Name on File<br>Address on File |
| 2.337 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Employment Agreement<br><br>Name on File<br>Address on File |
| 2.338 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Employment Agreement<br><br>Name on File<br>Address on File |
| 2.339 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Employment Agreement<br><br>Name on File<br>Address on File |
| 2.340 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Employment Agreement<br><br>Name on File<br>Address on File |
| 2.341 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Employment Agreement<br><br>Name on File<br>Address on File |

Debtor    Envision Physician Services, LLC                                    Case number (If known):   23-90498
          Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.342** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Employment Agreement<br><br>Name on File<br>Address on File |
| **2.343** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Employment Agreement<br><br>Name on File<br>Address on File |
| **2.344** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Employment Agreement<br><br>Name on File<br>Address on File |
| **2.345** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Employment Agreement<br><br>Name on File<br>Address on File |
| **2.346** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Employment Agreement<br><br>Name on File<br>Address on File |
| **2.347** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Employment Agreement<br><br>Name on File<br>Address on File |
| **2.348** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Employment Agreement<br><br>Name on File<br>Address on File |

Debtor    Envision Physician Services, LLC                                                     Case number (If known):   23-90498
          Name

| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.349 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Employment Agreement<br><br>Name on File<br>Address on File |
| 2.350 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Employment Agreement<br><br>Name on File<br>Address on File |
| 2.351 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Employment Agreement<br><br>Name on File<br>Address on File |
| 2.352 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Employment Agreement<br><br>Name on File<br>Address on File |
| 2.353 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Employment Agreement<br><br>Name on File<br>Address on File |
| 2.354 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Employment Agreement<br><br>Name on File<br>Address on File |
| 2.355 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Employment Agreement<br><br>Name on File<br>Address on File |

Debtor    Envision Physician Services, LLC                                  Case number (If known):    23-90498
           Name

| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| | | |
|---|---|---|
| 2.356 | **State what the contract or lease is for and the nature of the debtor's interest** | Independent Contractor Agreement |
| | | Name on File |
| | | Address on File |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| 2.357 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement |
| | | Name on File |
| | | Address on File |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| 2.358 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement |
| | | Name on File |
| | | Address on File |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| 2.359 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement |
| | | Name on File |
| | | Address on File |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| 2.360 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement |
| | | Name on File |
| | | Address on File |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| 2.361 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement |
| | | Name on File |
| | | Address on File |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| 2.362 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement |
| | | Name on File |
| | | Address on File |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

| Debtor | Envision Physician Services, LLC | Case number (If known): 23-90498 |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.363 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Employment Agreement<br><br>Name on File<br>Address on File |
| 2.364 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Employment Agreement<br><br>Name on File<br>Address on File |
| 2.365 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Employment Agreement<br><br>Name on File<br>Address on File |
| 2.366 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Employment Agreement<br><br>Name on File<br>Address on File |
| 2.367 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Employment Agreement<br><br>Name on File<br>Address on File |
| 2.368 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Employment Agreement<br><br>Name on File<br>Address on File |
| 2.369 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Employment Agreement<br><br>Name on File<br>Address on File |

Debtor    Envision Physician Services, LLC
Name                                                              Case number (If known):   23-90498

---

| **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| **List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.370 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | Employment Agreement <br><br><br> Name on File <br> Address on File |
| 2.371 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | Employment Agreement <br><br><br> Name on File <br> Address on File |
| 2.372 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | Employment Agreement <br><br><br> Name on File <br> Address on File |
| 2.373 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | Employment Agreement <br><br><br> Name on File <br> Address on File |
| 2.374 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | Employment Agreement <br><br><br> Name on File <br> Address on File |
| 2.375 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | Employment Agreement <br><br><br> Name on File <br> Address on File |
| 2.376 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | Employment Agreement <br><br><br> Name on File <br> Address on File |

Debtor   Envision Physician Services, LLC                                    Case number (If known):   23-90498

Name

| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| | | Employment Agreement | |
|---|---|---|---|
| 2.377 | **State what the contract or lease is for and the nature of the debtor's interest** | | Name on File<br>Address on File |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| | | Employment Agreement | |
|---|---|---|---|
| 2.378 | **State what the contract or lease is for and the nature of the debtor's interest** | | Name on File<br>Address on File |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| | | Employment Agreement | |
|---|---|---|---|
| 2.379 | **State what the contract or lease is for and the nature of the debtor's interest** | | Name on File<br>Address on File |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| | | Employment Agreement | |
|---|---|---|---|
| 2.380 | **State what the contract or lease is for and the nature of the debtor's interest** | | Name on File<br>Address on File |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| | | Employment Agreement | |
|---|---|---|---|
| 2.381 | **State what the contract or lease is for and the nature of the debtor's interest** | | Name on File<br>Address on File |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| | | Employment Agreement | |
|---|---|---|---|
| 2.382 | **State what the contract or lease is for and the nature of the debtor's interest** | | Name on File<br>Address on File |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| | | Employment Agreement | |
|---|---|---|---|
| 2.383 | **State what the contract or lease is for and the nature of the debtor's interest** | | Name on File<br>Address on File |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    Envision Physician Services, LLC                                    Case number (If known):    23-90498
          Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| 2.384 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | Name on File<br>Address on File |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.385 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | Name on File<br>Address on File |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.386 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | Name on File<br>Address on File |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.387 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | Name on File<br>Address on File |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.388 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | Name on File<br>Address on File |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.389 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | Name on File<br>Address on File |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.390 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | Name on File<br>Address on File |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    Envision Physician Services, LLC                                    Case number (If known):    23-90498
          Name

| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| **List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.391 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Employment Agreement | Name on File<br>Address on File |
| 2.392 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Employment Agreement | Name on File<br>Address on File |
| 2.393 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Employment Agreement | Name on File<br>Address on File |
| 2.394 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Employment Agreement | Name on File<br>Address on File |
| 2.395 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Employment Agreement | Name on File<br>Address on File |
| 2.396 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Employment Agreement | Name on File<br>Address on File |
| 2.397 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Employment Agreement | Name on File<br>Address on File |

Debtor   Envision Physician Services, LLC                              Case number (If known):   23-90498
        Name

| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.398 | **State what the contract or lease is for and the nature of the debtor's interest**  Employment Agreement  **State the term remaining**  **List the contract number of any government contract** | Name on File  Address on File |
| 2.399 | **State what the contract or lease is for and the nature of the debtor's interest**  Employment Agreement  **State the term remaining**  **List the contract number of any government contract** | Name on File  Address on File |
| 2.400 | **State what the contract or lease is for and the nature of the debtor's interest**  Employment Agreement  **State the term remaining**  **List the contract number of any government contract** | Name on File  Address on File |
| 2.401 | **State what the contract or lease is for and the nature of the debtor's interest**  Employment Agreement  **State the term remaining**  **List the contract number of any government contract** | Name on File  Address on File |
| 2.402 | **State what the contract or lease is for and the nature of the debtor's interest**  Employment Agreement  **State the term remaining**  **List the contract number of any government contract** | Name on File  Address on File |
| 2.403 | **State what the contract or lease is for and the nature of the debtor's interest**  Employment Agreement  **State the term remaining**  **List the contract number of any government contract** | Name on File  Address on File |
| 2.404 | **State what the contract or lease is for and the nature of the debtor's interest**  Employment Agreement  **State the term remaining**  **List the contract number of any government contract** | Name on File  Address on File |

| Debtor | Envision Physician Services, LLC | Case number (If known): | 23-90498 |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.405 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Employment Agreement<br><br>Name on File<br>Address on File |
| 2.406 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Employment Agreement<br><br>Name on File<br>Address on File |
| 2.407 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Employment Agreement<br><br>Name on File<br>Address on File |
| 2.408 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Employment Agreement<br><br>Name on File<br>Address on File |
| 2.409 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Employment Agreement<br><br>Name on File<br>Address on File |
| 2.410 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Employment Agreement<br><br>Name on File<br>Address on File |
| 2.411 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Employment Agreement<br><br>Name on File<br>Address on File |

| Debtor | Envision Physician Services, LLC | Case number (If known): 23-90498 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.412 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Employment Agreement | Name on File<br>Address on File |
| 2.413 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Employment Agreement | Name on File<br>Address on File |
| 2.414 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Executive Employment Agreement; Dated 05/08/2018 | Name on File<br>Address on File |
| 2.415 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Employment Agreement | Name on File<br>Address on File |
| 2.416 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Employment Agreement | Name on File<br>Address on File |
| 2.417 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Employment Agreement | Name on File<br>Address on File |
| 2.418 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Employment Agreement | Name on File<br>Address on File |

Debtor  Envision Physician Services, LLC                                    Case number (If known):   23-90498

Name

| | | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.419 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | Employment Agreement <br><br> Name on File <br> Address on File |
| 2.420 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | Employment Agreement <br><br> Name on File <br> Address on File |
| 2.421 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | Employment Agreement <br><br> Name on File <br> Address on File |
| 2.422 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | Executive Employment Agreement; Dated 12/01/2018 <br><br> Name on File <br> Address on File |
| 2.423 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | Employment Agreement <br><br> Name on File <br> Address on File |
| 2.424 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | Employment Agreement <br><br> Name on File <br> Address on File |
| 2.425 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | Employment Agreement <br><br> Name on File <br> Address on File |

| Debtor | Envision Physician Services, LLC | Case number (If known): 23-90498 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.426 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Employment Agreement<br><br>Name on File<br>Address on File |
| 2.427 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Employment Agreement<br><br>Name on File<br>Address on File |
| 2.428 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Employment Agreement<br><br>Name on File<br>Address on File |
| 2.429 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Employment Agreement<br><br>Name on File<br>Address on File |
| 2.430 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Employment Agreement<br><br>Name on File<br>Address on File |
| 2.431 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | First Amendment to Settlement Agreement; Dated 10/10/2018<br><br>NAPLES COMMUNITY HOSPITAL, INC. |
| 2.432 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Locum Tenens Agency Agreement; Dated 06/17/2021<br><br>NATIONAL ANESTHESIA SERVICES, INC.<br>31040 LAHSER ROAD<br>BEVERLY HILLS, MI 48025 |

Debtor   Envision Physician Services, LLC                                          Case number (If known):   23-90498
         Name

| | |
|---|---|
| **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| 2.433 | **State what the contract or lease is for and the nature of the debtor's interest** — NFL Unaffiliated Neurotrauma Consultant Agreement; Dated 11/07/2022 <br> **State the term remaining** <br> **List the contract number of any government contract** | NATIONAL FOOTBALL LEAGUE <br> 345 PARK AVENUE <br> NEW YORK, NY 10154 |
| 2.434 | **State what the contract or lease is for and the nature of the debtor's interest** — Sublease Agreement: Commecement Date 04/01/2020 <br> **State the term remaining** <br> **List the contract number of any government contract** | NATIONSBENEFITS, LLC <br> ATTN: ALAN SMITH <br> 1801 NW 66TH AVENUE <br> PLANTATION, FL 33313 |
| 2.435 | **State what the contract or lease is for and the nature of the debtor's interest** — Locum Tenens Agency Agreement; Dated 08/03/2019 <br> **State the term remaining** <br> **List the contract number of any government contract** | NATIONWIDE ANESTHESIA SERVICES, LLC <br> ATTN: HEATHER SPINETTI 104 MALONE ST <br> SANDERSVILLE, GA 31082 |
| 2.436 | **State what the contract or lease is for and the nature of the debtor's interest** — Locum Tenens Agency Agreement; Dated 10/01/2020 <br> **State the term remaining** <br> **List the contract number of any government contract** | NATURE COAST ANESTHESIA PROVIDERS, PA <br> 421 ALFRED MARKHAM STREET ATTN: ADMINISTRATION <br> LAKE CITY, FL 32025 |
| 2.437 | **State what the contract or lease is for and the nature of the debtor's interest** — First Amendment to Settlement Agreement; Dated 10/10/2018 <br> **State the term remaining** <br> **List the contract number of any government contract** | NCHMD, INC. |
| 2.438 | **State what the contract or lease is for and the nature of the debtor's interest** — Independent Practice Agreement; Dated 02/01/2022 <br> **State the term remaining** <br> **List the contract number of any government contract** | NETWORK HEALTH PLAN <br> ATTN: COREEN DICUS-JOHNSON, J.D., CEO <br> 1570 MIDWAY PLACE <br> MENASHA, WI 54952 |
| 2.439 | **State what the contract or lease is for and the nature of the debtor's interest** — Locum Tenens Agency Agreement; Dated 10/01/2022 <br> **State the term remaining** <br> **List the contract number of any government contract** | NEW ERA ANESTHESIA PLLC <br> ATN: CRAIG ISHMAEL <br> 1496 TADPOLE LN <br> CENTRALIA, IL 62801 |

Debtor    Envision Physician Services, LLC                                      Case number (If known):   23-90498
          Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.440 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Corporate Sponsorship Agreement; Dated 01/18/2023 | NEW YORK STATE SOCIETY OF ANESTHESIOLOGISTS, INC. ATTN: STUART HAYMAN, EXECUTIVE DIRECTOR 110 E. 40TH STREET SUITE 300 NEW YORK, NY 10016 |
| 2.441 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Corporate Sponsorship Agreement; Dated 06/13/2022 | NEW YORK STATE SOCIETY OF ANESTHESIOLOGISTS, INC. 110 E. 40TH STREET, SUITE 300 ATTN.: STUART HAYMAN, EXECUTIVE DIRECTOR NEW YORK, NY 10016 |
| 2.442 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Locum Tenens Agency Agreement; Dated 08/03/2019 | NORTEK MEDICAL STAFFING, INC. ATTN: CONTRACTS 2313 TIMBER SHADOWS DRIVE KINGWOOD, TX 77339 |
| 2.443 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Amendment to Services Agreement; Dated 06/09/2021 | NORTHCREST MEDICAL CENTER 100 NORTHCREST DRIVE SPRINGFIELD, TN |
| 2.444 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Locum Tenens Agency Agreement; Dated 11/01/2022 | NORTHEAST HEALTHCARE CONSULTING, INC. ATTN: JOSEF WAGNER 320 COURT STREET PLYMOUTH, MA 02360 |
| 2.445 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Certificate Professional Services Agreement; Dated 12/01/2019 | NORTHEAST METHODIST HOSPITAL FACILITY CHIEF EXECUTIVE OFFICER 12412 JUDSON ROAD LIVE OAK, TX 78233 |
| 2.446 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Professional Services Agreement; Dated 10/01/2021 | NORTHWEST MEDICAL CENTER, INC, D/B/A NORTHWEST MEDICAL CENTER 2801 NORTH STATE ROAD #7 MARGATE, FL 33063 |

Debtor    Envision Physician Services, LLC
_____     Case number (If known):   23-90498
          Name                                                     _____

| ■ | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. ||
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.447** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Professional Services Agreement; Dated 10/01/2021 | NORTHWEST MEDICAL CENTER, INC. D/B/A HCA FLORIDA NORTHWEST HOSPITAL<br>2801 NORTH STATE ROAD<br>#7<br>MARGATE, FL 33063 |
| **2.448** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Professional Services Agreement for Ob-Hospitalist Services; Dated 03/01/2020 | NORTON HEALTHCARE, INC.<br>ATTN: CHIEF LEGAL OFFICER<br>4967 U.S. HIGHWAY 42, SUITE 101<br>LOUISVILLE, KY 40222 |
| **2.449** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Affiliation Agreement; Dated 03/01/2023 | NOVA SOUTHEASTERN UNIVERSITY, INC.<br>ATTN: VP, HEALTH PROFESSIONS DIVISION OPERATIONS<br>3200 S. UNIVERSITY DRIVE<br>FORT LAUDERDALE, FL 33328 |
| **2.450** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Search Assignment; Dated 09/09/2020 | NP NOW, LLC<br>3030 ASHLEY TOWN CENTER DR<br>STE 202B<br>CHARLESTON, SC 29414 |
| **2.451** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Amendment to Healthcare Master Agreement; Dated 07/29/2021 | NUANCE COMMUNICATIONS, INC.<br>PO BOX 7247-6924<br>PHILADELPHIA, PA 19170-6924 |
| **2.452** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Amendment to Order - Healthcare Master Agreement; Dated 01/31/2023 | NUANCE COMMUNICATIONS, INC.<br>PO BOX 7247-6924<br>PHILADELPHIA, PA 19170-6924 |
| **2.453** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | First Amendment to Schedule for Powerscribe 360; Dated 04/01/2021 | NUANCE COMMUNICATIONS, INC.<br>PO BOX 7247-6924<br>PHILADELPHIA, PA 19170-6924 |

Debtor   Envision Physician Services, LLC                                    Case number (If known):   23-90498

Name

| | | |
|---|---|---|
| **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** | | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.454 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Participating Provider Agreement; Dated 05/01/2020 | NX HEALTH NETWORK, LLC D/B/A VALENZ ACCESS<br>23048 N.15TH AVENUE<br>PHOENIX, AZ 85027 |
| 2.455 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Letter of Intent; Dated 04/14/2020 | OAK HILL HOSPITAL<br>ATTN: CHIEF EXECUTIVE OFFICER<br>11375 CORTEZ BOULEVARD<br>BROOKSVILLE, FL |
| 2.456 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Fourth Amendment to Professional Services Provider Agreement; Dated 06/16/2022 | OHIO COUNTY HOSPITAL CORPORATION<br>MR. BLAINE PIEPER CHIEF EXECUTIVE OFFICER<br>1211 OLD MAIN STREET<br>HARTFORD, KY |
| 2.457 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Services Agreement; Dated 04/01/2018 | OHIO COUNTY HOSPITAL CORPORATION<br>ATTN: CEO<br>1211 OLD MAIN STREET<br>HARTFORD, KY 42347 |
| 2.458 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Agreement for Office Refreshment Service; Dated 12/02/2019 | ONE SOURCE OFFICE REFRESHMENT SERVICE<br>1194 ZARA DRIVE<br>POTTSTOWN, PA 19464 |
| 2.459 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Locum Tenens Agency Agreement; Dated 08/03/2019 | ONYX HEALTHCARE, INC.<br>ATTN: SARA ROGERS, VP 1212 CORPORATE DRIVE, SUITE 500<br>IRVING, TX 75038 |
| 2.460 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | First Amendment to Contingent Permanent Placement Agreement; Dated 08/11/2020 | OPTIMUM HEALTHCARE SOLUTIONS, LLC<br>22 ROULSTON RD<br>WINDHAM, NH 03087 |

Debtor    Envision Physician Services, LLC                                    Case number (If known):   23-90498
          Name

| Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.461 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | Ancillary Services Provider Participation Agreement; Dated 02/01/2020 <br><br> OSCAR HEALTH PLAN OF GEORGIA AND AFFILIATES <br> 295 LAFAYETTE STREET <br> 6TH FLOOR <br> NEW YORK, NY 10012 |
| 2.462 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | Ancillary Services Provider Participation Agreement; Dated 01/01/2019 <br><br> OSCAR HEALTH PLAN, INC. <br> 295 LAFAYETTE STREET, 6,H FLOOR <br> NEW YORK, NY 10012 |
| 2.463 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | Ancillary Services Provider Participation Agreement; Dated 08/01/2019 <br><br> OSCAR INSURANCE COMPANY <br> 295 LAFAYETTE STREET, 6TH FLOOR <br> NEW YORK, NY 10012 |
| 2.464 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | Amendment No. 1 to the Letter of Agreement; Dated 01/01/2020 <br><br> OSCAR INSURANCE COMPANY <br> 295 LAFAYETTE STREET, 6TH FLOOR <br> NEW YORK, NY 10012 |
| 2.465 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | Locum Tenens Agency Agreement; Dated 11/01/2022 <br><br> PA CONSULTANTS, LLC <br> ATTN: KAHARI SMITH <br> 115 LOU ELLEN LN <br> HARVEST, AL 35749 |
| 2.466 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | Locum Tenens Agency Agreement; Dated 10/29/2021 <br><br> PACIFIC COMPANIES, INC <br> 75 ENTERPRISE <br> STE 220 <br> ALISO VIEJO, CA 92656 |
| 2.467 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | Locum Tenens Agency Agreement; Dated 01/01/2022 <br><br> PALM CAREERS, LLC D/B/A PALM HEALTH RESOURCES <br> ATTN: JOHN PALMISANO <br> 1640 W OAKLAND PARK BLVD <br> SUITE 400 <br> OAKLAND PARK, FL 33311 |

Debtor   Envision Physician Services, LLC                                          Case number (If known):   23-90498
         Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | |
|---|---|---|
| **List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| 2.468 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Collection Services Agreement; Dated 12/01/2018 | PARAMOUNT RECOVERY SYSTEMS, LP<br>7524 BOSQUE BLVD., SUITE L<br>WACO, TX 76712 |
| 2.469 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Amendment No, 1 to the Collection Services Agreement; Dated 10/21/2020 | PARAMOUNT RECOVERY SYSTEMS, LP<br>7524 BOSQUE BLVD., SUITE L<br>WACO, TX |
| 2.470 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Professional Services Agreement; Dated 04/09/2021 | PARKLAND MEDICAL CENTER<br>FACILITY CHIEF EXECUTIVE OFFICER<br>ONE PARKLAND DRIVE<br>DERRY, NH 03038 |
| 2.471 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Professional Services Agreement; Dated 11/06/2020 | PARKLAND MEDICAL CENTER<br>FACILITY CHIEF EXECUTIVE OFFICER<br>ONE PARKLAND DRIVE<br>DERRY, NH 03038 |
| 2.472 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Order Form: Per User License; Dated 06/30/2021 | PERFECTSERVE, INC.<br>PO BOX 92015<br>LAS VEGAS, NV 89193-2015 |
| 2.473 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Amendment No. 2 to Agreement for Medical Director Services; Dated 01/31/2022 | PHI HEALTH, LLC D/B/A PHI AIR MEDICAL F/K/A PHI AIR MEDICAL, LLC<br>2800 N 44TH STREET<br>SUITE 800,<br>PHOENIX, AZ 85008 |
| 2.474 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Seventh Amendment to Integrated Services Agreement Ii; Dated 11/11/2019 | PHOENIX CHILDREN'S HOSPITAL, INC.<br>1919 E. THOMAS ROAD<br>PHOENIX, AZ |

Debtor    Envision Physician Services, LLC                                     Case number (If known):   23-90498
          Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.475 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Letter Agreement; Dated 03/13/2020 | PHOENIX CHILDREN'S HOSPITAL, INC.<br>1919 E. THOMAS ROAD<br>PHOENIX, AZ 85016 |
| 2.476 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Emergency Medicine, Hospital Medicine, NEUROHOSPITALIST Medicine and Icu Services Agreement; Dated 01/01/2023 | PIEDMONT EASTSIDE MEDICAL CENTER<br>1700 MEDICAL WAY ATTN: CHIEF EXECUTIVE OFFICER<br>SNELLVILLE, GA 30078 |
| 2.477 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Eighth Amendment to Professional Services Agreement; Dated 11/01/2022 | PIEDMONT HEALTHCARE, INC.<br>1800 HOWELL MILL ROAD, SUITE 850 ATTN : CHIEF LEGAL OFFICER<br>ATLANTA, GA 30318 |
| 2.478 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Assignment and Assumption Agreement; Dated 08/01/2021 | PIEDMONT HEALTHCARE, INC.<br>1800 HOWELL MILL ROAD, SUITE 850 ATTN : CHIEF LEGAL OFFICER<br>ATLANTA, GA 30318 |
| 2.479 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Locum Tenens Agency Agreement; Dated 08/03/2019 | PINNACLE LOCUM TENENS, LLC<br>ATTN: CLARK FOWLER, VP 1455 LINCOLN PKWY, SUITE 350<br>ATLANTA, GA 30346 |
| 2.480 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Lease Agreement; Dated 06/29/2020 | PITNEY BOWES, INC<br>PO BOX 981039<br>BOSTON, MA 02298-1039 |
| 2.481 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Professional Services Agreement; Dated 10/01/2021 | PLANTATION GENERAL HOSPITAL LIMITED PARTNERSHIP D/B/A PLANTATION GENERAL HOSPITAL<br>ATTN: FACILITY CHIEF EXECUTIVE OFFICER<br>401 NW 42ND AVENUE<br>PLANTATION, FL |

| Debtor | Envision Physician Services, LLC | Case number (If known): 23-90498 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.482 | State what the contract or lease is for and the nature of the debtor's interest | Mutual Confidentiality and Non-Disclosure Agreement; Dated 10/28/2022 | PMR US HOLDINGS, LLC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.483 | State what the contract or lease is for and the nature of the debtor's interest | Affiliation Agreement; Dated 06/27/2022 | POINT LOMANAZARENE UNIVERSITY 3900 LOMALAND DRIVE SAN DIEGO, CA 92106 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.484 | State what the contract or lease is for and the nature of the debtor's interest | Postgraduate Institute for Medicine Joint Providership Agreement for An Accredited Continuing Education Activity; Dated 08/24/2022 | POSTGRADUATE INSTITUTE FOR MEDICINE 304 INVERNESS WAY SOUTH SUITE 100 ENGLEWOOD, CO 80112 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.485 | State what the contract or lease is for and the nature of the debtor's interest | Postgraduate Institute for Medicine Joint Providership Agreement for An Accredited Continuing Education Activity; Dated 10/21/2022 | POSTGRADUATE INSTITUTE FOR MEDICINE 304 INVERNESS WAY SOUTH SUITE 100 ENGLEWOOD, CO 80112 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.486 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to Participating Provider Agreement; Dated 01/01/2022 | PREFERRED HEALTH CHOICES, L.L.C. 1605 ASSOCIATES DRIVE ATTN: COO DUBUQUE, IA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.487 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement; Dated 10/08/2021 | PREMIER RADIOLOGY SERVICES, LLC 10800 BISCAYNE BLVD MIAMI, FL 33161 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.488 | State what the contract or lease is for and the nature of the debtor's interest | Provider Group Participation Agreement; Dated 01/01/2021 | PRIORITY HEALTH ATTN: DIRECTOR, PROVIDER CONTRACTING 1231 EAST BELTLINE, N.E. GRAND RAPIDS, MI 49525-4501 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Envision Physician Services, LLC                                      Case number (If known):   23-90498

          Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.489 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Statement of Work #2; Dated 07/16/2022 | PRO-FOOTBALL, INC. |
| 2.490 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Locum Tenens Agency Agreement; Dated 08/03/2019 | PROVIDE HCS L.L.C.<br>ATTN: PROVIDE LT, JASON STEWART 751 HEBRON PKWY – SUITE 140<br>LEWISVILLE, TX 75057 |
| 2.491 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Master Search Agreement; Dated 08/13/2020 | PROVIDENCE HEALTHCARE GROUP<br>2911 TURTLE CREEK BLVD.<br>SUITE 300<br>DALLAS, TX 75219 |
| 2.492 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Extension of Termination; Dated 04/28/2023 | PUBLIC HEALTH TRUST OF MIAMI<br>ATTN: PRESIDENT/CEO<br>1611 N.W. 12TH AVENUE<br>WW117<br>MIAMI, FL 33136 |
| 2.493 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Locum Tenens Agency Agreement; Dated 01/01/2023 | PULSE CLINICAL ALLIANCE, LLC<br>ATTN:: CHRISTOPHER GOLD<br>6440 SOUTHPOINT PARKWA<br>SUITE 300<br>JACKSONVILLE, FL 32216 |
| 2.494 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Locum Tenens Agency Agreement; Dated 12/01/2022 | QPULSE, INC.<br>ATTN: LEGAL DEPARTMENT<br>7700 WEST SUNRISE BOULEVARD<br>MS PL-6<br>PLANTATION, FL 33322 |
| 2.495 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Locum Tenens Agency Agreement; Dated 05/01/2022 | QUALITY CERTIFIED REGISTERED NURSE ANESTHETIST PC<br>5 FIFTH AVENUE<br>BAY SHORE, NY 11706 |

| Debtor | Envision Physician Services, LLC | Case number (If known): 23-90498 |
|---|---|---|
| | Name | |

| **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.496 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Provider Agreement; Dated 12/01/2019 | QUALITY HEALTH MANAGEMENT, LLC<br>7600 CORPORATE CENTER DRIVE<br>SUITE #502<br>MIAMI, FL 33126 |
| 2.497 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Amendment #1 to the Participating Provider Agreement Between Quartz Health Solutions, Inc. and Envision Physician Services, LLC; Dated 10/01/2020 | QUARTZ HEALTH SOLUTIONS, INC.<br>DIRECTOR OF PROVIDER RELATIONS<br>840 CAROLINA STREET<br>SAUK CITY, WI |
| 2.498 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Joint Program Agreement; Dated 08/12/2019 | RAD-AID INTERNATIONAL<br>8004 ELLINGSON DR<br>CHEVY CHASE, MD 20815 |
| 2.499 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Locum Tenens Agency Agreement; Dated 08/03/2019 | RADAR HEALTHCARE PROVIDERS, INC.<br>ATTN: DAVID WEIGLEIN P.O. BOX 1708<br>WATKINSVILLE, GA 30677 |
| 2.500 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Agreement for Search, Recruitment, and Placement Services; Dated 02/12/2021 | RECRUITWELL<br>8934 MORGAN LANDING WAY<br>BOYNTON BEACH, FL 33473 |
| 2.501 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Regence BlueCross BlueShield of Oregon Participating Professional Services Agreement; Dated 11/01/2020 | REGENCE BLUECROSS BLUESHIELD OF OREGON<br>PO BOX 2597<br>PORTLAND, OR 97208 |
| 2.502 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Emergency Services Contract Termination Letter; Dated 08/31/2022 | REGIONAL MEDICAL CENTER OF CENTRAL ALABAMA<br>29 L.V. STABLER DRIVE<br>GREENVILLE, AL 36037 |

Debtor   Envision Physician Services, LLC                                    Case number (If known):   23-90498

Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.503 | **State what the contract or lease is for and the nature of the debtor's interest** | Stop Loss Insurance Renewal Offer; Dated 01/01/2023 | RELIASTAR LIFE INSURANCE COMPANY 20 WASHINGTON AVE. S MINNEAPOLIS, MN 55401 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.504 | **State what the contract or lease is for and the nature of the debtor's interest** | Locum Tenens Agency Agreement; Dated 08/03/2019 | RELODE HEALTH, LLC ATTN: CABOT HYDE, CAO 7000 EXECUTIVE CENTER DRIVE BRENTWOOD, TN 37027 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.505 | **State what the contract or lease is for and the nature of the debtor's interest** | Telehealth Coverage Services Agreement; Dated 03/24/2023 | REMSA HEALTH ATTN: BARRY DUPLANTIS 450 EDISON WAY RENO, NV 89502 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.506 | **State what the contract or lease is for and the nature of the debtor's interest** | Affiliation Agreement; Dated 06/01/2022 | RESEARCH COLLEGE OF NURSING 2525 E MEYER BLVD, ATTN: PRESIDENT KANSAS CITY, MO 64132 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.507 | **State what the contract or lease is for and the nature of the debtor's interest** | Second Amendment: Statement of Work (Sow) for Revcdi Led Coding Services; Dated 05/25/2021 | REVENTICS, INC. PO BOX 17264 DENVER, CO 80217 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.508 | **State what the contract or lease is for and the nature of the debtor's interest** | Event Contract; Dated 04/09/2022 | RIVER HOUSE YI YUAN LU AT HUANDAO LU SHUANGZHONG VILLAGE SHUANGSHAN ISLAND JIN HARBOR ZHANGJIAGANG, 32 215639 CHINA |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.509 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work for Valley Anesthesia Group; Dated 01/14/2021 | RK ASH CONSULTING ASSOCIATES, INC. 1708 SW 18TH STREET BOYNTON BEACH, FL 33426 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor   Envision Physician Services, LLC                                 Case number (If known):   23-90498
Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| 2.510  State what the contract or lease is for and the nature of the debtor's interest  State the term remaining  List the contract number of any government contract | Affiliation Agreement; Dated 03/01/2022  ROSALIND FRANKLIN UNIVERSITY OF MEDICINE AND SCIENCE OFFICE OF THE PROVOST 3333 GREEN BAY ROAD NORTH CHICAGO, IL 60064 |
| 2.511  State what the contract or lease is for and the nature of the debtor's interest  State the term remaining  List the contract number of any government contract | Service Agreement; Dated 02/19/2019  RUSH HEALTH SYSTEMS ATTN: LARKIN KENNEDY, CEO 1314 19TH AVENUE MERIDIAN, MS 39301 |
| 2.512  State what the contract or lease is for and the nature of the debtor's interest  State the term remaining  List the contract number of any government contract | Services Agreement; Dated 03/01/2018  RUSH HEALTH SYSTEMS ATTN: LARKIN KENNEDY, CEO 1314 19TH AVENUE MERIDIAN, MS 39301 |
| 2.513  State what the contract or lease is for and the nature of the debtor's interest  State the term remaining  List the contract number of any government contract | Service Agreement; Dated 04/12/2019  RWJBARNABAS HEALTH ATTN: CHIEF FINANCIAL OFFICER 95 OLD SHORT HILLS ROAD WEST ORANGE, NJ 07052 |
| 2.514  State what the contract or lease is for and the nature of the debtor's interest  State the term remaining  List the contract number of any government contract | Affiliation Agreement; Dated 01/01/2021  SAINT ELIZABETH UNIVERSITY MEDEA VALDEZ, DHED, PA-C DIRECTOR, MS PA PROGRAM 2 CONVENT ROAD MORRISTOWN, NJ 07960 |
| 2.515  State what the contract or lease is for and the nature of the debtor's interest  State the term remaining  List the contract number of any government contract | Affiliation Agreement; Dated 08/01/2022  SAINT LOUIS UNIVERSITY ATTN: ANDREA FLYNN 3437 CAROLINE AVENUE SUITE 3113 ST LOUIS, MO 63014 |
| 2.516  State what the contract or lease is for and the nature of the debtor's interest  State the term remaining  List the contract number of any government contract | Emergency Services Agreement; Dated 04/09/2019  SAINT MARY'S HOSPITAL, INC. ATTN: CEO 56 FRANKLIN STREET WATERBURY, CT 06706 |

| Debtor | Envision Physician Services, LLC | Case number (If known): | 23-90498 |
|---|---|---|---|
| | Name | | |

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.517** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | Buyout and Release Agreement; Dated 08/06/2021 | SAINT MARY'S HOSPITAL, INC. <br> ATTN: CEO <br> 56 FRANKLIN STREET <br> WATERBURY, CT |
| **2.518** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | Order for Emergency Medicine Services for Saint Mary's Hospital, Inc.; Dated 04/01/2020 | SAINT MARY'S HOSPITAL, INC. <br> ATTN: PRESIDENT <br> 56 FRANKLIN STREET <br> WATERBURY, CT 06706 |
| **2.519** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | Locum Tenens Agency Agreement; Dated 08/03/2019 | SBG HEALTHCARE, LLC <br> 7665 DAVIE ROAD EXTENSION <br> SUITE 201 <br> DAVIE, FL |
| **2.520** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | Locum Tenens Agency Agreement; Dated 03/01/2023 | SCI OPERATIONS, LLC <br> ATTN: DAVID WEIGLEIN <br> PO BOX 1745 <br> ATHENS, GA 30603 |
| **2.521** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | Participation Agreement; Dated 01/01/2021 | SCOTTSDALE HEALTH PARTNERS, LLC <br> 8901 EAST MOUNTAIN VIEW ROAD <br> SUITE 130 <br> SCOTTSDALE, AZ 85258 |
| **2.522** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | Participating with ICP Through the Participation Agreement; Dated 09/15/2019 | SCOTTSDALE HEALTH PARTNERS, LLC <br> 8901 EAST MOUNTAIN VIEW ROAD <br> SUITE 130 <br> SCOTTSDALE, AZ 85258 |
| **2.523** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | Scribe Services Agreement; Dated 10/11/2021 | SCRIBEAMERICA, LLC <br> ATTN: MICHAEL MURPHY, M.D., CHIEF EXECUTIVE OFFICER <br> 1200 EAST LAS OLAS BLVD <br> SUITE 201 <br> FORT LAUDERDALE, FL 33301 |

Debtor Envision Physician Services, LLC     Case number (If known): 23-90498
Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.524 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Service Location Addendum; Dated 09/01/2019 | SCRIBEAMERICA, LLC<br>ATTN: CHIEF EXECUTIVE OFFICER - MICHAEL MURPHY, M.D.<br>1200 EAST LAS OLAS BLVD.<br>SUITE 201<br>FORT LAUDERDALE, FL |
| 2.525 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Services Agreement Amendment; Dated 04/01/2022 | SCRIBEAMERICA, LLC<br>ATTN: CHIEF EXECUTIVE OFFICER - MICHAEL MURPHY, M.D.<br>1200 EAST LAS OLAS BLVD.<br>SUITE 201<br>FORT LAUDERDALE, FL |
| 2.526 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Addendum to the Services Agreement; Dated 11/01/2022 | SCRIBEAMERICA, LLC<br>ATTN: CHIEF EXECUTIVE OFFICER - MICHAEL MURPHY, M.D.<br>1200 EAST LAS OLAS BLVD.<br>SUITE 201<br>FORT LAUDERDALE, FL |
| 2.527 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Statement of Work; Dated 11/01/2018 | SCRIBEAMERICA, LLC<br>1200 EAST LAS OLAS BLVD., SUITE 201<br>FORT LAUDERDALE, FL 33301 |
| 2.528 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Center - Scribe Services Agreement; Dated 06/30/2022 | SCRIBEAMERICA, LLC<br>1200 EAST LAS OLAS BLVD<br>SUITE 201<br>FORT LAUDERDALE, FL 33301 |
| 2.529 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Services Agreement; Dated 11/01/2018 | SCRIBEAMERICA, LLC<br>ATTN: CHIEF EXECUTIVE OFFICER - MICHAEL MURPHY, M.D.<br>1200 EAST LAS OLAS BLVD.<br>SUITE 201<br>FORT LAUDERDALE, FL 33301 |
| 2.530 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Addendum to the Services Agreement Effective September 1, 2019,; Dated 01/01/2021 | SCRIBEAMERICA, LLC<br>ATTN: CHIEF EXECUTIVE OFFICER - MICHAEL MURPHY, M.D.<br>1200 EAST LAS OLAS BLVD.<br>SUITE 201<br>FORT LAUDERDALE, FL |

Debtor   Envision Physician Services, LLC                                Case number (If known):   23-90498
         Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.531 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Service Location Addendum; Dated 11/01/2022 | SCRIBEAMERICA, LLC<br>1700 MEDICAL WA<br>SNELLVILLE, GA 30078 |
| 2.532 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Service Location Addendum; Dated 03/13/2023 | SCRIBEAMERICA, LLC<br>ATTN: CHIEF EXECUTIVE OFFICER - MICHAEL MURPHY, M.D.<br>1200 EAST LAS OLAS BLVD.<br>SUITE 201<br>FORT LAUDERDALE, FL |
| 2.533 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Termination Notice for Service Location; Dated 04/28/2023 | SCRIBEAMERICA, LLC<br>ATTN: MICHAEL MURPHY, M.D. AND GARY B. GLASS, GENERAL COUNSEL<br>1200 EAST LAS OLAS BLVD.<br>SUITE 201<br>FT LAUDERDALE, FL 33301 |
| 2.534 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Service Location Addendum; Dated 03/15/2021 | SCRIBEAMERICA, LLC<br>ATTN: CHIEF EXECUTIVE OFFICER - MICHAEL MURPHY, M.D.<br>1200 EAST LAS OLAS BLVD.<br>SUITE 201<br>FORT LAUDERDALE, FL |
| 2.535 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Addendum to the Services Agreement; Dated 12/01/2021 | SCRIBEAMERICA, LLC<br>ATTN: CHIEF EXECUTIVE OFFICER - MICHAEL MURPHY, M.D.<br>1200 EAST LAS OLAS BLVD.<br>SUITE 201<br>FORT LAUDERDALE, FL |
| 2.536 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Facility and Provider Agreement; Dated 01/20/2022 | SECURITY HEALTH PLAN OF WISCONSIN, INC.<br>ATTN: KRISTA HOGLUND, CEO<br>1515 SAINT JOSEPH AVE<br>MARSHFIELD, WI 54449 |
| 2.537 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Settlement Agreement; Dated 12/30/2022 | SENTARA ALBEMARLE REGIONAL MEDICAL CENTER, LLC<br>ATTN: PRESIDENT<br>1144 NORTH ROAD STREET<br>ELIZABETH CITY, NC |

Debtor   Envision Physician Services, LLC                                         Case number (If known):   23-90498
         Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| 2.538 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Critical Care Services Agreement; Dated 09/01/2018 | SENTARA WILLIAMSBURG REGIONAL MEDICAL CENTER ATTN: PRESIDENT 100 SENTARA CIRCLE WILLIAMSBURG, VA 23188 |
| 2.539 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Affiliation Agreement; Dated 01/25/2022 | SHENANDOAH UNIVERSITY ATTN: ANN WIGLEY, RN, BSN 1775 NORTH SECTOR COURT, SUITE 200 WINCHESTER, VA 22601 |
| 2.540 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Silicon Valley Medical Development Downstream Provider Services Agreement; Dated 04/01/2021 | SILICON VALLEY MEDICAL DEVELOPMENT, LLC 973 UNIVERSITY AVENUE LOS GATOS, CA 95032 |
| 2.541 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Participating Provider Agreement; Dated 10/01/2022 | SILVERSUMMIT HEALTHPLAN, INC. ATTN: PRESIDENT 2500 N. BUFFALO DRIVE, 2ND FLOOR LAS VEGAS, NV 89128 |
| 2.542 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Locum Tenens Agency Agreement; Dated 08/03/2019 | SMART PHYSICIAN RECRUITING, LLC ATTN: PATRICK MOORE W188S7830 RACINE AVE. SUITE 400 MUSKEGO, WI 53150 |
| 2.543 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Locum Tenens Agency Agreement; Dated 06/14/2021 | SMGK, LLC, D/B/A SMART LOCUM TENENS |
| 2.544 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Locum Tenens Agency Agreement; Dated 07/01/2021 | SOLOMON PAGE GROUP LLC ATTN: KATHLEEN BROWN 260 MADISON AVENUE, 4TH FLOOR NEW YORK, NY 10016 |

| Debtor | Envision Physician Services, LLC | Case number (If known): | 23-90498 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.545 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Affiliation Agreement; Dated 03/01/2023 | SOUTH UNIVERSITY - MEMBER, LLC<br>ATTN: EXPERIENTIAL LEARNING TEAM<br>709 MALL BLVD<br>SAVANNAH, GA 31406 |
| 2.546 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Professional Services Agreement; Dated 04/01/2020 | SOUTHERN HILLS MEDICAL CENTER, LLC D/B/A SOUTHERN HILLS HOSPITAL AND MEDICAL CENTER<br>SHMC MEDICAL STAFF FUND MEDICAL STAFF OFFICE<br>NASHVILLE, TN 37211 |
| 2.547 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Services Agreement; Dated 08/15/2020 | SOUTHERN REGIONAL MEDICAL CENTER<br>11 UPPER RIVERDALE ROAD, SW<br>RIVERDALE, GA 30274 |
| 2.548 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Termination Notice; Dated 10/12/2021 | SOUTHERN REGIONAL MEDICAL CENTER<br>ATTN: CHARLOTTE DUPRE, PRESIDENT & CEO<br>11 UPPER RIVERDALE ROAD, SW<br>RIVERDALE, GA 30274 |
| 2.549 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Second Amendment to the Vines Program Agreement; Dated 09/07/2022 | SOUTHWEST HUMAN DEVELOPMENT, INC.<br>ATTN: CEO<br>2850 NORTH 24TH STREET<br>PHOENIX, AZ |
| 2.550 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Virtual Neonatal Support Program Agreement; Dated 03/18/2021 | SOUTHWEST HUMAN DEVELOPMENT, INC.<br>ATTN: CEO<br>2850 NORTH 24TH STREET<br>PHOENIX, AZ 85008 |
| 2.551 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Letter of Intent; Dated 06/02/2021 | ST. LUKE'S CORNWALL HOSPITAL<br>ATTN: DANIEL J. MAUGHAN, PRESIDENT & COO TOM GIBNEY, SVP & CFO<br>19 LAUREL AVENUE<br>CORNWALL, NY 12518 |

Debtor   Envision Physician Services, LLC                                    Case number (If known):   23-90498

Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.552** | **State what the contract or lease is for and the nature of the debtor's interest** Professional Services Agreement - Envision; Dated 04/15/2022 <br><br> **State the term remaining** <br> **List the contract number of any government contract** | ST. MARK'S HOSPITAL <br> FACILITY CHIEF EXECUTIVE OFFICER1200 EAST 3900 SOUTH <br> SALT LAKE CITY, UT 84124 |
| **2.553** | **State what the contract or lease is for and the nature of the debtor's interest** Professional Services Agreement; Dated 04/15/2022 <br><br> **State the term remaining** <br> **List the contract number of any government contract** | ST. MARK'S HOSPITAL <br> 1200 EAST 3900 SOUTH <br> SALT LAKE CITY, UT 84124 |
| **2.554** | **State what the contract or lease is for and the nature of the debtor's interest** Amended and Restated Letter Agreement; Dated 01/20/2021 <br><br> **State the term remaining** <br> **List the contract number of any government contract** | ST. MARY'S HOSPITAL, INC. <br> 56 FRANKLIN STREET <br> WATERBURY, CT 06706 |
| **2.555** | **State what the contract or lease is for and the nature of the debtor's interest** Letter Agreement; Dated 07/30/2021 <br><br> **State the term remaining** <br> **List the contract number of any government contract** | ST. VINCENT'S HEALTH SYSTEM, INC. <br> 1 SHIRCLIFF WAY <br> JACKSONVILLE, FL 32204 |
| **2.556** | **State what the contract or lease is for and the nature of the debtor's interest** Amendment to Locum Tenens Agency Agreement; Dated 06/01/2021 <br><br> **State the term remaining** <br> **List the contract number of any government contract** | STAFF CARE, INC. <br> ATTN: LEGAL DEPARTMENT 3840 CYPRESS WATERS BLVD <br> COPPELL, TX |
| **2.557** | **State what the contract or lease is for and the nature of the debtor's interest** Addendum to Locum Tenens Agency Agreement; Dated 01/01/2021 <br><br> **State the term remaining** <br> **List the contract number of any government contract** | STAFF CARE, INC. <br> ATTN: LEGAL DEPARTMENT 3840 CYPRESS WATERS BLVD <br> COPPELL, TX |
| **2.558** | **State what the contract or lease is for and the nature of the debtor's interest** Locum Tenens Agency Agreement; Dated 01/01/2021 <br><br> **State the term remaining** <br> **List the contract number of any government contract** | STAFF PLUS, INC. D/B/A ODYSSEY STAFFING <br> ATTN: ERICK BARNETT <br> 1079 W. ROUND GROVE RD. <br> SUITE 300-422 <br> LEWISVILLE, TX 75067 |

Debtor   Envision Physician Services, LLC _____   Case number (If known):   23-90498 _____
         Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.559 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Permanent Placement Agreement; Dated 07/28/2020 | STAFF PLUS, INC. D/B/A ODYSSEY STAFFING<br>1079 W. ROUND GROVE RD.<br>STE. 300-42<br>LEWISVILLE, TX 75067 |
| 2.560 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Letter Agreement; Dated 03/13/2020 | STAMFORD HOSPITAL<br>1 HOSPITAL PLAZA<br>06902 |
| 2.561 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Schedule of Service and Protection (Equipment & Services); Dated 05/22/2019 | STANLEY CONVERGENT SECURITY SOLUTIONS, INC<br>8350 SUNLIGHT DR<br>INDIANAPOLIS, IN 46037 |
| 2.562 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Addendum to the Ar Agreement; Dated 06/02/2021 | STRATEGIX MEDICAL SOLUTIONS, LLC<br>1101 RIDGE ROAD, SUITE 222<br>ROCKWALL, TX |
| 2.563 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Locum Tenens Agency Agreement; Dated 08/03/2019 | SUMO MEDICAL STAFFING<br>ATTN: KEVIN ANDERSON 71 E WADSWORTH PARK DRIVE<br>DRAPER, UT 84020 |
| 2.564 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Professional Services Agreement; Dated 04/01/2020 | SUNRISE MOUNTAINVIEW HOSPITAL, INC. D/B/A MOUNTAINVIEW HOSPITAL |
| 2.565 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | First Amendment to Emergency Department and UCC Services Agreement; Dated 09/18/2017 | T.J. SAMSON COMMUNITY HOSPITAL<br>ATTN: CEO<br>1301 N. RACE ST.<br>GLASGOW, KY |

Debtor    Envision Physician Services, LLC                                          Case number (If known):   23-90498
          Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.566 | State what the contract or lease is for and the nature of the debtor's interest | Professional Group Participation Agreement; Dated 01/01/2020 | TEACHERS HEALTH TRUST HEALTH PLAN 2950 E. ROCHELLE AVENUE LAS VEGAS, NV 89121 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.567 | State what the contract or lease is for and the nature of the debtor's interest | Data Sharing Agreement; Dated 06/30/2020 | TEXAS HEALTH RESOURCES 600 E. LAMAR BLVD. SUITE 301 ARLINGTON, TX 76011 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.568 | State what the contract or lease is for and the nature of the debtor's interest | First Amendment to Emergency Department Services Agreement; Dated 11/16/2022 | TGCH, INC., D/B/A WASHINGTON HEALTH SYSTEM GREENE 350 BONAR AVENUE ATTN: CHIEF EXECUTIVE OFFICER WAYNESBURG, PA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.569 | State what the contract or lease is for and the nature of the debtor's interest | Settlement Agreement and Release; Dated 01/01/2022 | THE COMMUNITY HOSPITAL OF BRAZOSPORT DBA CHI ST. LUKE'S HEALTH BRAZOSPORT |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.570 | State what the contract or lease is for and the nature of the debtor's interest | Locum Tenens Agency Agreement; Dated 08/03/2019 | THE CURARE GROUP INC. ATTN: CURARE PHYSICIAN RECRUITING VALERIE HESSE 2990 E COVENANTER DRIVE BLOOMINGTON, IN 47401 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.571 | State what the contract or lease is for and the nature of the debtor's interest | Telehealth Coverage Services Agreement; Dated 02/15/2021 | THE GREATER ROUND LAKE FIRE PROTECTION DISTRICT ATTN: FIRE CHIEF 409 W. NIPPERSINK ROAD ROUND LAKE, IL 60073 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.572 | State what the contract or lease is for and the nature of the debtor's interest | Termination Notice; Dated 03/07/2023 | THE GREATER ROUND LAKE FIRE PROTECTION DISTRICT ATTN: FIRE CHIEF 409 W. NIPPERSINK ROAD ROUND LAKE, IL 60073 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Envision Physician Services, LLC | Case number (If known): | 23-90498 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.573 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Performance of Recovery Services Agreement; Dated 01/01/2021 | THE PHIA GROUP, LLC<br>40 PEQUOT WAY<br>CANTON, MA 02021 |
| 2.574 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Locum Tenens Agency Agreement; Dated 12/04/2021 | THE TALENT SOCIETY<br>ATTN: TEDDY FURLOW<br>7950 LEGACY DRIVE<br>SUITE #315<br>PLANO, TX 75024 |
| 2.575 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Affiliation Agreement; Dated 12/01/2022 | THE UNIVERSITY OF TEXAS AT ARLINGTON<br>ATTN: CONTRACT SPECIALIST<br>UTA/CONHI<br>BOX 19407<br>ARLINGTON, TX 76019 |
| 2.576 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Affiliation Agreement; Dated 08/04/2022 | THE UNIVERSITY OF TEXAS AT ARLINGTON<br>UTA/CONHIBOX 19407 ATTN: CONTRACT SPECIALIST<br>ARLINGTON, TX 76019 |
| 2.577 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Affiliation Agreement; Dated 02/08/2023 | THE UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER AT HOUSTON<br>ATTN: FELICIA HUBBARD<br>6901 BERTNER AVENUE<br>RM 865<br>HOUSTON, TX |
| 2.578 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Affiliation Agreement; Dated 04/27/2023 | THE UNIVERSITY OF TEXAS SOUTHWESTERN MEDICAL CENTER<br>ATTN: DIRECTOR, LEGAL CONTRACTS SERVICES<br>5323 HARRY HINES BLVD<br>DALLAS, TX 75390 |
| 2.579 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Termination Notice; Dated 03/07/2023 | THE VILLAGE OF LIBERTYVILLE<br>ATTN: FIRE CHIEF<br>160 HAWLEY STREET<br>LIBERTYVILLE, IL 60048 |

Debtor  Envision Physician Services, LLC                                    Case number (If known):  23-90498
Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.580 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Emergency Department Services Agreement; Dated 02/26/2019 | THE WASHINGTON HOSPITAL<br>ATTN: CEO<br>155 WILSON AVENUE<br>WA 15301 |
| 2.581 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Statement of Work; Dated 06/11/2019 | THE WELLBEING PROJECT (EUROPE) LIMITED<br>8TH FLOOR 20 ST ANDREW STREET<br>LONDON, EC4A 3A<br>UNITED KINGDOM |
| 2.582 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Amendment No. 1 to Locum Tenens Agency Agreement; Dated 02/25/2020 | THMED, LLC<br>1603 LBJ FREEWAY<br>1603 LBJ FREEWAY, SUITE 700<br>DALLAS, TX 75234 |
| 2.583 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Amendment No.1 to Locum Tenens Agency Agreement; Dated 02/25/2020 | THMED, LLC, D/B/A MEDESTA<br>1603 LBJ FREEWAY<br>1603 LBJ FREEWAY, SUITE 700<br>DALLAS, TX 75234 |
| 2.584 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Memorandum of Understanding; Dated 08/11/2017 | TITUS COUNTY HOSPITAL DISTRICT |
| 2.585 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Master Service Agreement; Dated 10/31/2019 | TRAININGFOLKS US INC.<br>501 CASCADE POINTE LANE<br>SUITE 101<br>CARY, NC 27513 |
| 2.586 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Apartment Lease Contract; Dated 11/01/2022 | TREA 100 WEST GRANT STREET LLC<br>100 WEST GRANT STREET<br>ORLANDO, FL 32806 |

Debtor    Envision Physician Services, LLC                                    Case number (If known):   23-90498
          Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.587 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Apartment Lease Contract | TREA 100 WEST GRANT STREET LLC<br>100 W GRANT ST<br>ORLANDO, FL 32806 |
| 2.588 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Apartment Lease Contract; Dated 10/01/2021 | TREA 100 WEST GRANT STREET LLC<br>100 WEST GRANT STREET<br>ORLANDO, FL 32806 |
| 2.589 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Apartment Lease Contract; Dated 08/03/2022 | TREA 100 WEST GRANT STREET LLC<br>100 WEST GRANT STREET<br>ORLANDO, FL 32806 |
| 2.590 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Apartment Lease Contract; Dated 08/05/2022 | TREA 100 WEST GRANT STREET LLC<br>100 WEST GRANT STREET<br>ORLANDO, FL 32806 |
| 2.591 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Order for Emergency Medicine Services; Dated 08/24/2021 | TRINITY HEALTH CORPORATION<br>20555 VICTOR PARKWAY<br>LIVONIA, MI 48152 |
| 2.592 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Buyout and Release Agreement; Dated 08/06/2021 | TRINITY HEALTH CORPORATION<br>20555 VICTOR PARKWAY<br>LIVONIA, MI 48152 |
| 2.593 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | First Amendment to Order for Emergency Medicine Services for St. Joseph's Hospital Health Center; Dated 05/01/2021 | TRINITY HEALTH CORPORATION<br>20555 VICTOR PARKWAY<br>LIVONIA, MI 48152 |

Debtor    Envision Physician Services, LLC                                    Case number (If known):   23-90498
          Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| 2.594 | **State what the contract or lease is for and the nature of the debtor's interest**  Assignment and Assumption Agreement; Dated 08/01/2021  **State the term remaining**  **List the contract number of any government contract** | TRISTAR HEALTH SYSTEM, INC.  1000 HEALTHPARK DRIVE  SUITE 500  BRENTWOOOD, TN 37027 |
| 2.595 | **State what the contract or lease is for and the nature of the debtor's interest**  First Amendment to Professional Services Agreement; Dated 08/01/2021  **State the term remaining**  **List the contract number of any government contract** | TRISTAR HEALTH SYSTEM, INC.  1000 HEALTHPARK DRIVE  SUITE 500  BRENTWOOOD, TN 37027 |
| 2.596 | **State what the contract or lease is for and the nature of the debtor's interest**  Group Sales Agreement; Dated 07/22/2022  **State the term remaining**  **List the contract number of any government contract** | TRU BY HILTON DENVER DOWNTOWN CONVENTION CENTER  801 15TH STREET  DENVER, CO 80202 |
| 2.597 | **State what the contract or lease is for and the nature of the debtor's interest**  Emergency Department Coverage & Administrative Services Agreement; Dated 09/02/2021  **State the term remaining**  **List the contract number of any government contract** | TUCSON MEDICAL CENTER  5301 EAST GRANT ROAD  TUCSON, AZ 85712 |
| 2.598 | **State what the contract or lease is for and the nature of the debtor's interest**  Information Access Agreement; Dated 01/31/2022  **State the term remaining**  **List the contract number of any government contract** | TUCSON MEDICAL CENTER  5301 EAST GRANT ROAD  TUCSON, AZ 85712 |
| 2.599 | **State what the contract or lease is for and the nature of the debtor's interest**  Contingency Permanent Placement Agreement; Dated 06/02/2020  **State the term remaining**  **List the contract number of any government contract** | TUSK ENTERPRISES LLC, D/B/A RHINO MEDICAL SERVICES AND HOSPITALISTS  200 EAST LAMAR BOUELVARD  #250  ARLINGTON, TX 76006 |
| 2.600 | **State what the contract or lease is for and the nature of the debtor's interest**  Locum Tenens Agency Agreement; Dated 08/03/2019  **State the term remaining**  **List the contract number of any government contract** | TUSK ENTERPRISES LLC, D/B/A RHINO MEDICAL SERVICES AND HOSPITALISTS  ATTN: JOSEPH BRUNSON 2000 E. LAMAR BLVD. 2ND FLR  ARLINGTON, TX 76006 |

Debtor   Envision Physician Services, LLC                                Case number (If known):   23-90498
         Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.601 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement; Dated 06/01/2018 | TYLER COUNTY CLINICAL SERVICES, INC. ATTN: LANCE J. RAMSEY, ESQ. 2801 VIA FORTUNA, SUITE 500 AUSTIN, TX 78746 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.602 | State what the contract or lease is for and the nature of the debtor's interest | Assignment of Services Agreement; Dated 06/30/2019 | TYLER COUNTY CLINICAL SERVICES, INC. 1100 WEST BLUFF WOODVILLE, TX 75979 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.603 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement: Commecement Date 06/01/2022 | TYLER COUNTY HOSPITAL ATTN: SCOTT MCCLUSKEY, CFO 1100 WEST BLUFF ST. WOODVILLE, TX 75979 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.604 | State what the contract or lease is for and the nature of the debtor's interest | First Amendment to Services Agreement; Dated 07/01/2022 | TYLER COUNTY HOSPITAL DISTRICT, D/B/A TYLER COUNTY HOSPITAL 1100 W BLUFF WOODVILLE, TX 75979 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.605 | State what the contract or lease is for and the nature of the debtor's interest | Personnel Lease Agreement; Dated 04/14/2020 | U.S. ANESTHESIA PARTNERS OF TEXAS, P.A. 12222 MERIT DRIVE SUITE 700 DALLAS, TX 75251 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.606 | State what the contract or lease is for and the nature of the debtor's interest | Locum Tenens Agency Agreement; Dated 08/03/2019 | UNITED ANESTHESIA ASSOCIATES, INC. ATTN: CONTRACTING P.O. BOX 1847 KERNERSVILLE, NC 27285 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.607 | State what the contract or lease is for and the nature of the debtor's interest | Affiliation Agreement; Dated 10/25/2022 | UNITED STATES UNIVERSITY 404 CAMINO DEL RIO S SUITE 102 SAN DIEGO, CA 92108 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Envision Physician Services, LLC                                    Case number (If known):    23-90498
          Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases | |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.608 | State what the contract or lease is for and the nature of the debtor's interest | Medical Group Participation Agreement; Dated 01/01/2019 | UNITEDHEALTHCARE BENEFITS OF TEXAS, INC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.609 | State what the contract or lease is for and the nature of the debtor's interest | Medical Group Participation Agreement; Dated 01/01/2019 | UNITEDHEALTHCARE COMMUNITY PLAN OF TEXAS, LLC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.610 | State what the contract or lease is for and the nature of the debtor's interest | Medical Group Participation Agreement; Dated 01/01/2019 | UNITEDHEALTHCARE INSURANCE COMPANY 1311 W PRESIDENT GEORGE BUSH HWY RICHARDSON, TX 75080 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.611 | State what the contract or lease is for and the nature of the debtor's interest | Medical Group Participation Agreement; Dated 01/01/2019 | UNITEDHEALTHCARE OF TEXAS, INC. |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.612 | State what the contract or lease is for and the nature of the debtor's interest | Locum Tenens Agency Agreement; Dated 04/18/2022 | UNITIMED RECRUITING RESOURCES LLC ATTN: CHRISTI RICHARDSON 540 DEADWOOD AVENUE SUITE 112 RAPID CITY, SD 57702 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.613 | State what the contract or lease is for and the nature of the debtor's interest | University Health Care, Inc. D/B/A Passport Health Plan Provider Agreement Envision Physician Services LLC; Dated 04/17/2019 | UNIVEISITY HEALTH CARE, INC , D/B/A PASSPORT HEALTH PLAN |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.614 | State what the contract or lease is for and the nature of the debtor's interest | Commercial Proposal/Agreement; Dated 12/13/2019 | UNIVERSAL ATLANTIC SYSTEMS, INC. 45 WEST INDUSTRIAL BOULEVARD PAOLI, PA 19301 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Envision Physician Services, LLC                                    Case number (If known):    23-90498
          Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases | |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.615 | State what the contract or lease is for and the nature of the debtor's interest | Subscription Agreement; Dated 07/26/2022 | UNIVERSAL ATLANTIC SYSTEMS, LLC, F.K.A. UNIVERSAL ATLANTIC SYSTEMS, INC. 45 WEST INDUSTRIAL BLVD. PAOLI, PA 19301 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.616 | State what the contract or lease is for and the nature of the debtor's interest | Affiliation Agreement; Dated 01/09/2023 | UNIVERSITY OF CINCINNATI 2618 UNIVERSITY CIRCLE 625 UNIVERSITY PAVILION CINCINNATI, OH 45221 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.617 | State what the contract or lease is for and the nature of the debtor's interest | Affiliation Agreement; Dated 11/16/2022 | UNIVERSITY OF SOUTH ALABAMA ATTN: CLINICAL AFFAIRS 5721 USA DRIVE N. HAHN 3068 MOBILE, AL 36688 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.618 | State what the contract or lease is for and the nature of the debtor's interest | Affiliation Agreement; Dated 10/06/2022 | UNIVERSITY OF SOUTH ALABAMA ATTN: STEPHANIE MCGILVRAY, PA-C, MMSC 5721 USA DRIVE NORTH HAHN 3124 MOBILE, AL 36688 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.619 | State what the contract or lease is for and the nature of the debtor's interest | Affiliation Agreement; Dated 12/15/2022 | UNIVERSITY OF WASHINGTON SCHOOL OF MEDICINE 4311 11TH AVENUE NE SUITE 200 SEATTLE, WA 98105 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.620 | State what the contract or lease is for and the nature of the debtor's interest | Extended Services Agreement; Dated 06/12/2020 | UNIVERSITY PHYSICIANS, INC. D/B/A UNIVERSITY OF COLORADO MEDICINE 13199 E. MONTVIEW BOULEVARD AURORA, CO 80045 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.621 | State what the contract or lease is for and the nature of the debtor's interest | Locum Tenens Agency Agreement; Dated 09/02/2021 | US LOCUMS, LLC D/B/A RECRUITWELL PO BOX 713424 PHILADELPHIA, PA 19171-3424 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor   Envision Physician Services, LLC

Case number (If known):   23-90498

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | |
|---|---|---|
| **List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| 2.622 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Affiliation Agreement; Dated 08/01/2022 | VANDERBILT UNIVERSITY<br>461 21ST AVENUE SOUTH<br>NASHVILLE, TN 37240 |
| 2.623 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Affiliation Agreement; Dated 10/25/2022 | VANDERBILT UNIVERSITY<br>ATTN: EMILY MCNEW, SENIOR CONTRACTS ANALYST<br>461 21ST AVENUE SOUTH<br>NASHVILLE, TN 37240 |
| 2.624 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Affiliation Agreement; Dated 01/04/2023 | VANDERBILT UNIVERSITY<br>OFFICE OF CLINICAL PLACEMENT ATTN: EMILY MCNEW, SENIOR CONTRACTS ANALYST<br>461 21ST AVENUE SOUTH<br>NASHVILLE, TN 37240 |
| 2.625 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Letter Agreement Regarding Services At Nicklaus Children's Hospital; Dated 06/30/2018 | VARIETY CHILDREN'S HOSPITAL D/B/A NICKLAUS CHILDREN'S HOSPITAL<br>3100 SW 62ND AVENUE<br>MIAMI, FL 33155 |
| 2.626 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Locum Tenens Agency Agreement; Dated 08/03/2019 | VELOSOURCE, LLC<br>ATTN: JEFF SCHAAL 20 S SARAH ST<br>ST LOUIS, MO 63108 |
| 2.627 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Program Letter of Agreement; Dated 07/01/2020 | VHS EMERGENCY MEDICINE RESIDENCY PROGRAM<br>5400 S. RAINBOW BLVD<br>LAS VEGAS, NV 89119 |
| 2.628 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Telehealth Coverage Services Agreement; Dated 04/13/2021 | VILLAGE OF LIBERTYVILLE<br>ATTN: FIRE CHIEF<br>160 HAWLEY STREET<br>LIBERTYVILLE, IL 60048 |

| Debtor | Envision Physician Services, LLC | Case number (If known): 23-90498 |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.629 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order and Invoice Description; Dated 10/06/2021 | VIRTUA HEALTH 303 LIPPINCOTT DR. MARLTON, NJ 08053 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.630 | State what the contract or lease is for and the nature of the debtor's interest | Locum Tenens Agency Agreement; Dated 11/01/2022 | VISTANA HEALTH, LLC ATTN: KHIZAR MALIK 8751 COMMODITY CIRCLE STE 4 ORLANDO, FL 32819 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.631 | State what the contract or lease is for and the nature of the debtor's interest | Telehealth Technology Service Agreement; Dated 01/03/2020 | VISUAL TELECOMMUNICATION NETWORK, LLC D.B.A. VITEL NET ATTN: OPERATIONS & COMPLIANCE 8201 GREENSBORO DR., STE. 820 MCLEAN, VA 22102 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.632 | State what the contract or lease is for and the nature of the debtor's interest | Catering Sales Agreement; Dated 07/20/2022 | W SAN FRANCISCO 181 3RD STREET SAN FRANCISCO, CA 94103 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.633 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement; Dated 07/01/2022 | WAKE COUNTY, EMERGENCY MEDICAL SERVICES CHRISTOPHER COLANGELO EMS CHIEF/DIRECTOR WITH A COPY TO: SCOTT WARREN 331 SOUTH MCDOWELL STREET RALEIGH, NC 27601 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.634 | State what the contract or lease is for and the nature of the debtor's interest | Affiliation Agreement; Dated 01/01/2022 | WALDEN UNIVERSITY, LLC 100 WASHINGTON AVENUE SOUTH #1210 #1210 MINNEAPOLIS, 55401 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.635 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work #2; Dated 07/16/2022 | WASHINGTON COMMANDERS 21300 COACH GIBBS DRIVE ASHBURN, VA 20147 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor   Envision Physician Services, LLC
         Name
                                                                    Case number (If known):   23-90498

| | | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | |
|---|---|---|
| **List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| 2.636 | State what the contract or lease is for and the nature of the debtor's interest | Medicine Agreement - Termination Notice; Dated 11/15/2022 | WASHINGTON HOSPITAL GREENE 350 BONAR AVENUE ATTN: CHIEF EXECUTIVE OFFICER WAYNESBURG, PA 15370 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.637 | State what the contract or lease is for and the nature of the debtor's interest | Locum Tenens Agency Agreement; Dated 08/13/2019 | WEATHERBY LOCUMS, INC. ATTN: MELINDA GIESE 6451 NORTH FEDERAL HIGHWAY, SUITE 800 FORT LAUDERDALE, FL 33308 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.638 | State what the contract or lease is for and the nature of the debtor's interest | Letter of Agreement; Dated 05/01/2020 | WELLPATH LLC 1283 MURFREESBORO RD. SUITE 500 NASHVILLE, TN 37217 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.639 | State what the contract or lease is for and the nature of the debtor's interest | Covid-19 Professional Services Agreement; Dated 11/19/2020 | WESLEY MEDICAL CENTER, LLC 550 N HILLSIDE ST MAIN ENTRANCE WICHITA, KS 67214 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.640 | State what the contract or lease is for and the nature of the debtor's interest | Affiliation Agreement; Dated 11/15/2021 | WEST COAST UNIVERSITY, INC. 151 INNOVATION DRIVE IRVINE, CA 92617 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.641 | State what the contract or lease is for and the nature of the debtor's interest | Psg Professional Services Agreement; Dated 01/13/2020 | WEST FLORIDA CARENOW URGENT CARE, LLC 315 75TH STREET WEST BRADENTON, FL 34209 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.642 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement; Dated 08/01/2020 | WEST FLORIDA DIVISION, INC. 3031 N. ROCK POINT DRIVE WEST TAMPA, FL 33607 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor   Envision Physician Services, LLC                                      Case number (If known):   23-90498

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.643 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Psg Professional Services Agreement; Dated 04/09/2020<br><br>WEST FLORIDA PHYSICIAN NETWORK, LLC<br>315 75TH ST. W.<br>BRADENTON, FL 34209 |
| 2.644 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Locum Tenens Agency Agreement; Dated 08/03/2019<br><br>WESTERN HEALTHCARE, LLC<br>ATTN: CHAD BATEMAN 13155 NOEL RD, SUITE 200<br>DALLAS, TX 72240 |
| 2.645 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Letter Agreement; Dated 11/13/2020<br><br>WHEATON FRANCISCAN HEALTHCARE – SOUTHEAST WISCONSIN, INC. |
| 2.646 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Anesthesia Services Agreement; Dated 09/02/2021<br><br>WINTHROP-UNIVERSITY HOSPITAL<br>ATTN: JOSEPH GRECO, M.D., PRESIDENT<br>259 FIRST STREET<br>MINEOLA, NY 11501 |
| 2.647 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Locum Tenens Agreement; Dated 02/22/2022<br><br>WOMEN'S TELEHEALTH, INC.<br>ATTN: PRESIDENT<br>990 HAMMOND DRIVE<br>SUITE 120<br>ATLANTA, GA 30328 |
| 2.648 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease Agreement: Commecement Date 12/01/2021<br><br>WYANDOT MEMORIAL HOSPITAL<br>ATTN: ADMINISTRATION<br>885 N SANDUSKY AVE<br>UPPER SANDUSKEY, OH 43351 |
| 2.649 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Services Agreement; Dated 02/03/2020<br><br>YUMA REGIONAL MEDICAL CENTER<br>ATTN: DR. ROBERT TRENSCHEL, CEO<br>2400 S. AVENUE A<br>YUMA, AZ 85364 |

| Debtor | Envision Physician Services, LLC | Case number (If known): 23-90498 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.650 | State what the contract or lease is for and the nature of the debtor's interest | Amended and Restated Covid Coverage Letter Agreement; Dated 01/04/2022 | YUMA REGIONAL MEDICAL CENTER 2400 S. AVENUE A YUMA, AZ 85364 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.651 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement: Commecement Date 02/28/2023 | ZRS MANAGEMENT LLC 100 W GRANT ST ORLANDO, FL 32806 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name     Envision Physician Services, LLC

United States Bankruptcy Court for the:    Southern District of Texas, Houston Division

Case number (If known):    23-90498

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible.**   **If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the additional Page to this page.**

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 | Accent Home Health Care Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.2 | Accent Home Health Care Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.3 | Accent Home Health Care Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.4 | Accent Home Health Care Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.5 | Acute Management, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.6 | Acute Management, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |

Debtor    Envision Physician Services, LLC                                          Case number (If known):    23-90498
Name

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.7 | Acute Management, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.8 | Acute Management, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.9 | Affilion, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.10 | Affilion, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.11 | Affilion, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.12 | Affilion, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.13 | Agape Health Care Agency, Llc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.14 | Agape Health Care Agency, Llc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |

Debtor   Envision Physician Services, LLC                                          Case number (If known):        23-90498

Name

| | | **Additional Page if Debtor Has More Codebtors** |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.15 | Agape Health Care Agency, Llc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.16 | All Women's Healthcare Holdings, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.17 | All Women's Healthcare Holdings, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.18 | All Women's Healthcare Holdings, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.19 | All Women's Healthcare Holdings, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.20 | All Women's Healthcare of Dade, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.21 | All Women's Healthcare of Dade, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.22 | All Women's Healthcare of Dade, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |

Debtor    Envision Physician Services, LLC                                    Case number (If known):    23-90498
         Name

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.23 | All Women's Healthcare of Dade, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.24 | All Women's Healthcare of Sawgrass, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.25 | All Women's Healthcare of Sawgrass, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.26 | All Women's Healthcare of Sawgrass, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.27 | All Women's Healthcare of Sawgrass, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.28 | All Women's Healthcare of West Broward, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.29 | All Women's Healthcare of West Broward, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.30 | All Women's Healthcare of West Broward, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |

Debtor   Envision Physician Services, LLC
Name

Case number (If known):   23-90498

| | Additional Page if Debtor Has More Codebtors | | | |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.31 | All Women's Healthcare of West Broward, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D  ☑ E/F  ☐ G |
| 2.32 | All Women's Healthcare Services, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.33 | All Women's Healthcare Services, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.34 | All Women's Healthcare Services, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D  ☐ E/F  ☐ G |
| 2.35 | All Women's Healthcare Services, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D  ☑ E/F  ☐ G |
| 2.36 | All Women's Healthcare, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.37 | All Women's Healthcare, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.38 | All Women's Healthcare, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D  ☐ E/F  ☐ G |

Debtor   Envision Physician Services, LLC                                    Case number (If known):   23-90498

Name

| | | Additional Page if Debtor Has More Codebtors | |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.39 | All Women's Healthcare, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.40 | AllegiantMD, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.41 | AllegiantMD, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.42 | AllegiantMD, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.43 | AllegiantMD, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.44 | Alpha Physician Resources, L.L.C. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.45 | Alpha Physician Resources, L.L.C. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.46 | Alpha Physician Resources, L.L.C. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |

Debtor  Envision Physician Services, LLC                                          Case number (If known):        23-90498

Name

| | | **Additional Page if Debtor Has More Codebtors** |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.47 | Alpha Physician Resources, L.L.C. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.48 | American Emergency Physicians Management, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.49 | American Emergency Physicians Management, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.50 | American Emergency Physicians Management, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.51 | American Emergency Physicians Management, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.52 | AmSurg Abilene Eye, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.53 | AmSurg Abilene Eye, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.54 | AmSurg Abilene Eye, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |

| Debtor | Envision Physician Services, LLC | Case number (If known): | 23-90498 |
|---|---|---|---|
| | Name | | |

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

*Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.*

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.55 | AmSurg Abilene Eye, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.56 | AmSurg Abilene, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.57 | AmSurg Abilene, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.58 | AmSurg Abilene, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.59 | AmSurg Abilene, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.60 | AmSurg Altamonte Springs FL, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.61 | AmSurg Altamonte Springs FL, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.62 | AmSurg Altamonte Springs FL, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |

Debtor   Envision Physician Services, LLC                                    Case number (If known):   23-90498

Name

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.63 | AmSurg Altamonte Springs FL, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D  ☑ E/F  ☐ G |
| 2.64 | AmSurg Anesthesia Management Services, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.65 | AmSurg Anesthesia Management Services, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.66 | AmSurg Anesthesia Management Services, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D  ☐ E/F  ☐ G |
| 2.67 | AmSurg Anesthesia Management Services, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D  ☑ E/F  ☐ G |
| 2.68 | AmSurg Arcadia CA, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.69 | AmSurg Arcadia CA, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.70 | AmSurg Arcadia CA, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D  ☐ E/F  ☐ G |

Debtor   Envision Physician Services, LLC                                    Case number (If known):   23-90498
         Name

| | **Additional Page if Debtor Has More Codebtors** | | | |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.71 | AmSurg Arcadia CA, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.72 | AmSurg Burbank, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.73 | AmSurg Burbank, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.74 | AmSurg Burbank, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.75 | AmSurg Burbank, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.76 | AmSurg Colton CA, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.77 | AmSurg Colton CA, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.78 | AmSurg Colton CA, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |

Debtor   Envision Physician Services, LLC                                    Case number (If known):   23-90498

Name

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.79 | AmSurg Colton CA, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D  ☑ E/F  ☐ G |
| 2.80 | AmSurg Crystal River, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.81 | AmSurg Crystal River, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.82 | AmSurg Crystal River, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D  ☐ E/F  ☐ G |
| 2.83 | AmSurg Crystal River, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D  ☑ E/F  ☐ G |
| 2.84 | AmSurg EC Beaumont, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.85 | AmSurg EC Beaumont, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.86 | AmSurg EC Beaumont, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D  ☐ E/F  ☐ G |

Debtor   Envision Physician Services, LLC                                    Case number (If known):   23-90498

Name

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.87 | AmSurg EC Beaumont, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.88 | AmSurg EC Centennial, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.89 | AmSurg EC Centennial, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.90 | AmSurg EC Centennial, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.91 | AmSurg EC Centennial, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.92 | AmSurg EC Santa Fe, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.93 | AmSurg EC Santa Fe, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.94 | AmSurg EC Santa Fe, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |

Debtor   Envision Physician Services, LLC                          Case number (If known):      23-90498
         Name

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.95 | AmSurg EC Santa Fe, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D  ☑ E/F  ☐ G |
| 2.96 | AmSurg EC St. Thomas, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.97 | AmSurg EC St. Thomas, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.98 | AmSurg EC St. Thomas, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D  ☐ E/F  ☐ G |
| 2.99 | AmSurg EC St. Thomas, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D  ☑ E/F  ☐ G |
| 2.100 | AmSurg EC Topeka, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.101 | AmSurg EC Topeka, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.102 | AmSurg EC Topeka, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D  ☐ E/F  ☐ G |

Debtor   Envision Physician Services, LLC                                    Case number (If known):      23-90498

Name

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.103 | AmSurg EC Topeka, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D  ☑ E/F  ☐ G |
| 2.104 | AmSurg EC Washington, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.105 | AmSurg EC Washington, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.106 | AmSurg EC Washington, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D  ☐ E/F  ☐ G |
| 2.107 | AmSurg EC Washington, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D  ☑ E/F  ☐ G |
| 2.108 | AmSurg El Paso, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.109 | AmSurg El Paso, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.110 | AmSurg El Paso, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D  ☐ E/F  ☐ G |

Debtor   Envision Physician Services, LLC                          Case number (If known):   23-90498
         Name

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.111 | AmSurg El Paso, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.112 | AmSurg Escondido CA, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.113 | AmSurg Escondido CA, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.114 | AmSurg Escondido CA, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.115 | AmSurg Escondido CA, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.116 | AmSurg Finance, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.117 | AmSurg Finance, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.118 | AmSurg Finance, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |

Debtor   Envision Physician Services, LLC                      Case number (If known):      23-90498
         Name

| | **Additional Page if Debtor Has More Codebtors** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- | --- |
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.119 | AmSurg Finance, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.120 | AmSurg Fresno Endoscopy, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.121 | AmSurg Fresno Endoscopy, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.122 | AmSurg Fresno Endoscopy, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.123 | AmSurg Fresno Endoscopy, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.124 | AmSurg Glendale, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.125 | AmSurg Glendale, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.126 | AmSurg Glendale, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |

Debtor   Envision Physician Services, LLC                                            Case number (If known):   23-90498

Name

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.127 | AmSurg Glendale, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.128 | AmSurg Glendora CA, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.129 | AmSurg Glendora CA, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.130 | AmSurg Glendora CA, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.131 | AmSurg Glendora CA, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.132 | AmSurg Hillmont, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.133 | AmSurg Hillmont, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.134 | AmSurg Hillmont, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |

Debtor  Envision Physician Services, LLC                                    Case number (If known):     23-90498

Name

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.135 | AmSurg Hillmont, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.136 | AmSurg Inglewood, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.137 | AmSurg Inglewood, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.138 | AmSurg Inglewood, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.139 | AmSurg Inglewood, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.140 | AmSurg KEC, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.141 | AmSurg KEC, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.142 | AmSurg KEC, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |

Debtor   Envision Physician Services, LLC                                    Case number (If known):      23-90498
         Name

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.143 | AmSurg KEC, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.144 | AmSurg Kissimmee FL, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.145 | AmSurg Kissimmee FL, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.146 | AmSurg Kissimmee FL, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.147 | AmSurg Kissimmee FL, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.148 | AmSurg La Jolla, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.149 | AmSurg La Jolla, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.150 | AmSurg La Jolla, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |

Debtor   Envision Physician Services, LLC                          Case number (If known):_____23-90498_____
         Name

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.151 | AmSurg La Jolla, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.152 | AmSurg Lancaster PA, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.153 | AmSurg Lancaster PA, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.154 | AmSurg Lancaster PA, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.155 | AmSurg Lancaster PA, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.156 | AmSurg Main Line PA, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.157 | AmSurg Main Line PA, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.158 | AmSurg Main Line PA, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |

Debtor   Envision Physician Services, LLC                          Case number (If known): _____23-90498_____
         Name

| | **Additional Page if Debtor Has More Codebtors** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.159 | AmSurg Main Line PA, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D  ☑ E/F  ☐ G |
| 2.160 | AmSurg Maryville, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.161 | AmSurg Maryville, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.162 | AmSurg Maryville, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D  ☐ E/F  ☐ G |
| 2.163 | AmSurg Maryville, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D  ☑ E/F  ☐ G |
| 2.164 | AmSurg Melbourne, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.165 | AmSurg Melbourne, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.166 | AmSurg Melbourne, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D  ☐ E/F  ☐ G |

Debtor   Envision Physician Services, LLC                                    Case number (If known):   23-90498

Name

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.167 | AmSurg Melbourne, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.168 | AmSurg Miami, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.169 | AmSurg Miami, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.170 | AmSurg Miami, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.171 | AmSurg Miami, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.172 | AmSurg Naples, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.173 | AmSurg Naples, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.174 | AmSurg Naples, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |

Debtor   Envision Physician Services, LLC                                    Case number (If known):   23-90498
Name

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.175 | AmSurg Naples, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D<br>☑ E/F<br>☐ G |
| 2.176 | AmSurg Northwest Florida, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.177 | AmSurg Northwest Florida, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.178 | AmSurg Northwest Florida, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.179 | AmSurg Northwest Florida, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D<br>☑ E/F<br>☐ G |
| 2.180 | AmSurg Oakland CA, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.181 | AmSurg Oakland CA, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.182 | AmSurg Oakland CA, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D<br>☐ E/F<br>☐ G |

Debtor   Envision Physician Services, LLC                          Case number (If known):   23-90498

Name

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.183 | AmSurg Oakland CA, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.184 | AmSurg Ocala, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.185 | AmSurg Ocala, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.186 | AmSurg Ocala, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.187 | AmSurg Ocala, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.188 | AmSurg Palmetto, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.189 | AmSurg Palmetto, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.190 | AmSurg Palmetto, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |

Debtor  Envision Physician Services, LLC          Case number (If known): ___23-90498___
        Name

|  | **Additional Page if Debtor Has More Codebtors** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.191 | AmSurg Palmetto, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.192 | AmSurg Pottsville PA, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.193 | AmSurg Pottsville PA, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.194 | AmSurg Pottsville PA, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.195 | AmSurg Pottsville PA, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.196 | AmSurg San Antonio TX, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.197 | AmSurg San Antonio TX, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.198 | AmSurg San Antonio TX, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |

Debtor   Envision Physician Services, LLC                                   Case number (If known):   23-90498

Name

| ▉ | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.199 | AmSurg San Antonio TX, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D  ☑ E/F  ☐ G |
| 2.200 | AmSurg San Luis Obispo CA, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.201 | AmSurg San Luis Obispo CA, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.202 | AmSurg San Luis Obispo CA, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D  ☐ E/F  ☐ G |
| 2.203 | AmSurg San Luis Obispo CA, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D  ☑ E/F  ☐ G |
| 2.204 | AmSurg Scranton PA, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.205 | AmSurg Scranton PA, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.206 | AmSurg Scranton PA, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D  ☐ E/F  ☐ G |

Debtor   Envision Physician Services, LLC                                    Case number (If known): 23-90498

Name

| | | | Additional Page if Debtor Has More Codebtors | | |
|---|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.207 | AmSurg Scranton PA, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.208 | AmSurg Suncoast, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.209 | AmSurg Suncoast, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.210 | AmSurg Suncoast, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.211 | AmSurg Suncoast, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.212 | AmSurg Temecula CA, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.213 | AmSurg Temecula CA, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.214 | AmSurg Temecula CA, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |

Debtor   Envision Physician Services, LLC                     Case number (If known):   23-90498
          Name

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.215 | AmSurg Temecula CA, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.216 | AmSurg Temecula II, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.217 | AmSurg Temecula II, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.218 | AmSurg Temecula II, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.219 | AmSurg Temecula II, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.220 | AmSurg Torrance, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.221 | AmSurg Torrance, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.222 | AmSurg Torrance, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |

Debtor  Envision Physician Services, LLC                                          Case number (If known):    23-90498

Name

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.223 | AmSurg Torrance, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D   ☑ E/F   ☐ G |
| 2.224 | Anesthesiologists of Greater Orlando, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D   ☐ E/F   ☐ G |
| 2.225 | Anesthesiologists of Greater Orlando, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D   ☐ E/F   ☐ G |
| 2.226 | Anesthesiologists of Greater Orlando, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D   ☐ E/F   ☐ G |
| 2.227 | Anesthesiologists of Greater Orlando, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D   ☑ E/F   ☐ G |
| 2.228 | Anesthesiology Associates of Tallahassee, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D   ☐ E/F   ☐ G |
| 2.229 | Anesthesiology Associates of Tallahassee, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D   ☐ E/F   ☐ G |
| 2.230 | Anesthesiology Associates of Tallahassee, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D   ☐ E/F   ☐ G |

Debtor   Envision Physician Services, LLC

Name

Case number (If known):   23-90498

---

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.231 | Anesthesiology Associates of Tallahassee, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D  ☑ E/F  ☐ G |
| 2.232 | Apex Acquisition LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.233 | Apex Acquisition LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.234 | Apex Acquisition LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D  ☐ E/F  ☐ G |
| 2.235 | Apex Acquisition LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D  ☑ E/F  ☐ G |
| 2.236 | APH Laboratory Services, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.237 | APH Laboratory Services, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.238 | APH Laboratory Services, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D  ☐ E/F  ☐ G |

Debtor   Envision Physician Services, LLC
Name

Case number (If known):   23-90498

---

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.239 | APH Laboratory Services, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.240 | Arizona Perinatal Care Centers, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.241 | Arizona Perinatal Care Centers, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.242 | Arizona Perinatal Care Centers, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.243 | Arizona Perinatal Care Centers, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.244 | ASDH I, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.245 | ASDH I, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.246 | ASDH I, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |

Debtor    Envision Physician Services, LLC                                                    Case number (If known):      23-90498
          Name

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.247 | ASDH I, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D  ☑ E/F  ☐ G |
| 2.248 | ASDH II, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.249 | ASDH II, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.250 | ASDH II, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D  ☐ E/F  ☐ G |
| 2.251 | ASDH II, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D  ☑ E/F  ☐ G |
| 2.252 | Austin NSC, LP | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.253 | Austin NSC, LP | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.254 | Austin NSC, LP | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D  ☐ E/F  ☐ G |

Debtor   Envision Physician Services, LLC                                    Case number (If known):    23-90498

Name

| | Additional Page if Debtor Has More Codebtors |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.255 | Austin NSC, LP | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.256 | Bay Area Anesthesia, L.L.C. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.257 | Bay Area Anesthesia, L.L.C. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.258 | Bay Area Anesthesia, L.L.C. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.259 | Bay Area Anesthesia, L.L.C. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.260 | BestPractices, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.261 | BestPractices, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.262 | BestPractices, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |

Debtor    Envision Physician Services, LLC                                    Case number (If known):   23-90498
          Name

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.263 | BestPractices, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D  ☑ E/F  ☐ G |
| 2.264 | Bethesda Anesthesia Associates, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.265 | Bethesda Anesthesia Associates, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.266 | Bethesda Anesthesia Associates, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D  ☐ E/F  ☐ G |
| 2.267 | Bethesda Anesthesia Associates, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D  ☑ E/F  ☐ G |
| 2.268 | Boca Anesthesia Service, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.269 | Boca Anesthesia Service, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.270 | Boca Anesthesia Service, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D  ☐ E/F  ☐ G |

Debtor   Envision Physician Services, LLC                          Case number (If known):        23-90498

Name

| | | **Additional Page if Debtor Has More Codebtors** |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.271 | Boca Anesthesia Service, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D  ☑ E/F  ☐ G |
| 2.272 | Bravo Reimbursement Specialist, L.L.C. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.273 | Bravo Reimbursement Specialist, L.L.C. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.274 | Bravo Reimbursement Specialist, L.L.C. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D  ☐ E/F  ☐ G |
| 2.275 | Bravo Reimbursement Specialist, L.L.C. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D  ☑ E/F  ☐ G |
| 2.276 | Broad Midwest Anesthesia, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.277 | Broad Midwest Anesthesia, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.278 | Broad Midwest Anesthesia, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D  ☐ E/F  ☐ G |

Debtor   Envision Physician Services, LLC                                    Case number (If known):   23-90498

Name

| | **Additional Page if Debtor Has More Codebtors** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.279 | Broad Midwest Anesthesia, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D  ☑ E/F  ☐ G |
| 2.280 | Centennial Emergency Physicians, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.281 | Centennial Emergency Physicians, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.282 | Centennial Emergency Physicians, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D  ☐ E/F  ☐ G |
| 2.283 | Centennial Emergency Physicians, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D  ☑ E/F  ☐ G |
| 2.284 | Chandler Emergency Medical Group, L.L.C. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.285 | Chandler Emergency Medical Group, L.L.C. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.286 | Chandler Emergency Medical Group, L.L.C. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D  ☐ E/F  ☐ G |

Debtor   Envision Physician Services, LLC
Name                                                    Case number (If known):   23-90498

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.287 | Chandler Emergency Medical Group, L.L.C. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.288 | Children's Anesthesia Associates, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.289 | Children's Anesthesia Associates, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.290 | Children's Anesthesia Associates, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.291 | Children's Anesthesia Associates, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.292 | Clinical Partners Management Company, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.293 | Clinical Partners Management Company, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.294 | Clinical Partners Management Company, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |

Debtor    Envision Physician Services, LLC                                          Case number (If known):      23-90498

Name

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.295 | Clinical Partners Management Company, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.296 | CMORx, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.297 | CMORx, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.298 | CMORx, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.299 | CMORx, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.300 | Coastal Anesthesiology Consultants, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.301 | Coastal Anesthesiology Consultants, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.302 | Coastal Anesthesiology Consultants, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |

Debtor   Envision Physician Services, LLC                                          Case number (If known):      23-90498

Name

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.303 | Coastal Anesthesiology Consultants, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.304 | Desert Mountain Consultants in Anesthesia, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.305 | Desert Mountain Consultants in Anesthesia, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.306 | Desert Mountain Consultants in Anesthesia, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.307 | Desert Mountain Consultants in Anesthesia, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.308 | Discovery Clinical Research, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.309 | Discovery Clinical Research, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.310 | Discovery Clinical Research, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |

Debtor   Envision Physician Services, LLC                                          Case number (If known):   23-90498
         Name

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.311 | Discovery Clinical Research, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D  ☑ E/F  ☐ G |
| 2.312 | Doctors Billing Service, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.313 | Doctors Billing Service, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.314 | Doctors Billing Service, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D  ☐ E/F  ☐ G |
| 2.315 | Doctors Billing Service, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D  ☑ E/F  ☐ G |
| 2.316 | Drs. Ellis, Rojas, Ross & Debs, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.317 | Drs. Ellis, Rojas, Ross & Debs, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.318 | Drs. Ellis, Rojas, Ross & Debs, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D  ☐ E/F  ☐ G |

Debtor   Envision Physician Services, LLC                                    Case number (If known):      23-90498

Name

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.319 | Drs. Ellis, Rojas, Ross & Debs, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.320 | ED Solutions, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.321 | ED Solutions, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.322 | ED Solutions, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.323 | ED Solutions, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.324 | EDIMS, L.L.C. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.325 | EDIMS, L.L.C. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.326 | EDIMS, L.L.C. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |

Debtor   Envision Physician Services, LLC
Name

Case number (If known):   23-90498

| | **Additional Page if Debtor Has More Codebtors** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.327 | EDIMS, L.L.C. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D  ☑ E/F  ☐ G |
| 2.328 | EHR Management Co. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.329 | EHR Management Co. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.330 | EHR Management Co. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D  ☐ E/F  ☐ G |
| 2.331 | EHR Management Co. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D  ☑ E/F  ☐ G |
| 2.332 | EmCare Anesthesia Providers, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.333 | EmCare Anesthesia Providers, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.334 | EmCare Anesthesia Providers, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D  ☐ E/F  ☐ G |

Debtor   Envision Physician Services, LLC                                          Case number (If known):      23-90498

Name

| | Additional Page if Debtor Has More Codebtors |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.335 | EmCare Anesthesia Providers, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D  ☑ E/F  ☐ G |
| 2.336 | EmCare HoldCo, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.337 | EmCare HoldCo, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.338 | EmCare HoldCo, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D  ☐ E/F  ☐ G |
| 2.339 | EmCare HoldCo, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D  ☑ E/F  ☐ G |
| 2.340 | EmCare Holdings, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.341 | EmCare Holdings, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.342 | EmCare Holdings, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D  ☐ E/F  ☐ G |

Debtor   Envision Physician Services, LLC                                    Case number (If known): _____23-90498_____
Name

| | **Additional Page if Debtor Has More Codebtors** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.343 | EmCare Holdings, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.344 | EmCare of California, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.345 | EmCare of California, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.346 | EmCare of California, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.347 | EmCare of California, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.348 | EmCare Physician Providers, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.349 | EmCare Physician Providers, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.350 | EmCare Physician Providers, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |

Debtor   Envision Physician Services, LLC                                   Case number (If known):        23-90498
         Name

| | | | | |
|---|---|---|---|---|
| ■ | **Additional Page if Debtor Has More Codebtors** | | | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.351 | EmCare Physician Providers, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.352 | EmCare Physician Services, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.353 | EmCare Physician Services, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.354 | EmCare Physician Services, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.355 | EmCare Physician Services, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.356 | EmCare, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.357 | EmCare, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.358 | EmCare, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |

Debtor   Envision Physician Services, LLC                                    Case number (If known):        23-90498
Name

| **Additional Page if Debtor Has More Codebtors** |
|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.359 | EmCare, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D  ☑ E/F  ☐ G |
| 2.360 | Emergency Medical Services LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.361 | Emergency Medical Services LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.362 | Emergency Medical Services LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D  ☐ E/F  ☐ G |
| 2.363 | Emergency Medical Services LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D  ☑ E/F  ☐ G |
| 2.364 | Emergency Medicine Education Systems, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.365 | Emergency Medicine Education Systems, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.366 | Emergency Medicine Education Systems, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D  ☐ E/F  ☐ G |

Debtor    Envision Physician Services, LLC                              Case number (If known):    23-90498
          Name

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.367 | Emergency Medicine Education Systems, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.368 | EMS Management LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.369 | EMS Management LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.370 | EMS Management LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.371 | EMSC ServicesCo, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.372 | EMSC ServicesCo, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.373 | EMSC ServicesCo, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.374 | EMSC ServicesCo, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |

Debtor   Envision Physician Services, LLC
Name

Case number (If known):   23-90498

| | | | Additional Page if Debtor Has More Codebtors | |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.375 | Enterprise Intermediate Holdings Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.376 | Enterprise Intermediate Holdings Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D  ☐ E/F  ☐ G |
| 2.377 | Envision Anesthesia Services of Delaware, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.378 | Envision Anesthesia Services of Delaware, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.379 | Envision Anesthesia Services of Delaware, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D  ☐ E/F  ☐ G |
| 2.380 | Envision Anesthesia Services of Delaware, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D  ☑ E/F  ☐ G |
| 2.381 | Envision Anesthesia Services of Sierra Vista, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.382 | Envision Anesthesia Services of Sierra Vista, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D  ☐ E/F  ☐ G |

Debtor   Envision Physician Services, LLC

Name

Case number (If known):   23-90498

---

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.383 | Envision Anesthesia Services of Sierra Vista, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.384 | Envision Anesthesia Services of Sierra Vista, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.385 | Envision Children's Healthcare Services of North Mississippi, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.386 | Envision Children's Healthcare Services of North Mississippi, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.387 | Envision Children's Healthcare Services of North Mississippi, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.388 | Envision Children's Healthcare Services of North Mississippi, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.389 | Envision Healthcare Clinical Research, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.390 | Envision Healthcare Clinical Research, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |

Official Form 206H                    **Schedule H: Codebtors**                    Page 49 of 97

Debtor   Envision Physician Services, LLC                                    Case number (If known):    23-90498

Name

| | **Additional Page if Debtor Has More Codebtors** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.391 | Envision Healthcare Clinical Research, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D  ☐ E/F  ☐ G |
| 2.392 | Envision Healthcare Clinical Research, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D  ☑ E/F  ☐ G |
| 2.393 | Envision Healthcare Corporation | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.394 | Envision Healthcare Corporation | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.395 | Envision Healthcare Corporation | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D  ☐ E/F  ☐ G |
| 2.396 | Envision Healthcare Corporation | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D  ☑ E/F  ☐ G |
| 2.397 | Envision Healthcare Scientific Intelligence, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.398 | Envision Healthcare Scientific Intelligence, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D  ☐ E/F  ☐ G |

Debtor   Envision Physician Services, LLC                              Case number (If known):      23-90498

Name

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.399 | Envision Healthcare Scientific Intelligence, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D  ☐ E/F  ☐ G |
| 2.400 | Envision Healthcare Scientific Intelligence, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D  ☑ E/F  ☐ G |
| 2.401 | Evolution Mobile Imaging, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.402 | Evolution Mobile Imaging, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.403 | Evolution Mobile Imaging, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D  ☐ E/F  ☐ G |
| 2.404 | Evolution Mobile Imaging, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D  ☑ E/F  ☐ G |
| 2.405 | Flamingo Anesthesia Associates, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.406 | Flamingo Anesthesia Associates, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D  ☐ E/F  ☐ G |

Debtor   Envision Physician Services, LLC
         Name

Case number (If known):   23-90498

| | **Additional Page if Debtor Has More Codebtors** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.407 | Flamingo Anesthesia Associates, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.408 | Flamingo Anesthesia Associates, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.409 | FM Healthcare Services, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.410 | FM Healthcare Services, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.411 | FM Healthcare Services, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.412 | FM Healthcare Services, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.413 | FMO Healthcare Holdings, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.414 | FMO Healthcare Holdings, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |

Debtor    Envision Physician Services, LLC                                      Case number (If known):    23-90498
          Name

| | | **Additional Page if Debtor Has More Codebtors** | | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.415 | FMO Healthcare Holdings, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D  ☐ E/F  ☐ G |
| 2.416 | FMO Healthcare Holdings, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D  ☑ E/F  ☐ G |
| 2.417 | FO Investments II, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.418 | FO Investments II, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.419 | FO Investments II, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D  ☐ E/F  ☐ G |
| 2.420 | FO Investments II, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D  ☑ E/F  ☐ G |
| 2.421 | FO Investments III, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.422 | FO Investments III, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D  ☐ E/F  ☐ G |

Debtor   Envision Physician Services, LLC                        Case number (If known):      23-90498

Name

| | **Additional Page if Debtor Has More Codebtors** | | | |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.423 | FO Investments III, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.424 | FO Investments III, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.425 | FO Investments, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.426 | FO Investments, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.427 | FO Investments, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.428 | FO Investments, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.429 | Global Surgical Partners, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.430 | Global Surgical Partners, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |

Debtor   Envision Physician Services, LLC                                    Case number (If known):        23-90498
         Name

| | Additional Page if Debtor Has More Codebtors |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.431 | Global Surgical Partners, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.432 | Global Surgical Partners, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.433 | Greater Florida Anesthesiologists, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.434 | Greater Florida Anesthesiologists, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.435 | Greater Florida Anesthesiologists, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.436 | Greater Florida Anesthesiologists, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.437 | Gynecologic Oncology Associates, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.438 | Gynecologic Oncology Associates, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |

Debtor    Envision Physician Services, LLC                                    Case number (If known):    23-90498
          Name

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.439 | Gynecologic Oncology Associates, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.440 | Gynecologic Oncology Associates, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.441 | Hawkeye Holdco LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.442 | Hawkeye Holdco LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.443 | Hawkeye Holdco LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.444 | Hawkeye Holdco LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.445 | Healthcare Administrative Services, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.446 | Healthcare Administrative Services, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |

Debtor    Envision Physician Services, LLC                                    Case number (If known):    23-90498

Name

| | **Additional Page if Debtor Has More Codebtors** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.447 | Healthcare Administrative Services, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.448 | Healthcare Administrative Services, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.449 | Holiday Acquisition Company, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.450 | Holiday Acquisition Company, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.451 | Holiday Acquisition Company, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.452 | Holiday Acquisition Company, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.453 | Imaging Advantage LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.454 | Imaging Advantage LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |

Debtor   Envision Physician Services, LLC                          Case number (If known):   23-90498

Name

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.455 | Imaging Advantage LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.456 | Imaging Advantage LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.457 | Infinity Healthcare, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.458 | Infinity Healthcare, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.459 | Infinity Healthcare, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.460 | Infinity Healthcare, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.461 | iSelect Healthcare LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.462 | iSelect Healthcare LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |

Debtor   Envision Physician Services, LLC                          Case number (If known):  23-90498
Name

| | | |
|---|---|---|
| **Additional Page if Debtor Has More Codebtors** | | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.463 | iSelect Healthcare LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D  ☐ E/F  ☐ G |
| 2.464 | iSelect Healthcare LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D  ☑ E/F  ☐ G |
| 2.465 | Jacksonville Beaches Anesthesia Associates, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.466 | Jacksonville Beaches Anesthesia Associates, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.467 | Jacksonville Beaches Anesthesia Associates, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D  ☐ E/F  ☐ G |
| 2.468 | Jacksonville Beaches Anesthesia Associates, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D  ☑ E/F  ☐ G |
| 2.469 | Jupiter Anesthesia Associates, L.L.C. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.470 | Jupiter Anesthesia Associates, L.L.C. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D  ☐ E/F  ☐ G |

Debtor    Envision Physician Services, LLC                                                    Case number (If known):    23-90498

Name

| ■ | **Additional Page if Debtor Has More Codebtors** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.471 | Jupiter Anesthesia Associates, L.L.C. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.472 | Jupiter Anesthesia Associates, L.L.C. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.473 | Jupiter Healthcare, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.474 | Jupiter Healthcare, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.475 | Jupiter Healthcare, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.476 | Jupiter Healthcare, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.477 | KMAC, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.478 | KMAC, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |

Debtor    Envision Physician Services, LLC                                    Case number (If known):    23-90498

Name

| | Additional Page if Debtor Has More Codebtors |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.479 | KMAC, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D  ☐ E/F  ☐ G |
| 2.480 | KMAC, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D  ☑ E/F  ☐ G |
| 2.481 | MedAssociates, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.482 | MedAssociates, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.483 | MedAssociates, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D  ☐ E/F  ☐ G |
| 2.484 | MedAssociates, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D  ☑ E/F  ☐ G |
| 2.485 | Medi-Bill of North Florida, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.486 | Medi-Bill of North Florida, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D  ☐ E/F  ☐ G |

Debtor   Envision Physician Services, LLC                              Case number (If known):        23-90498

Name

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.487 | Medi-Bill of North Florida, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D  ☐ E/F  ☐ G |
| 2.488 | Medi-Bill of North Florida, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D  ☑ E/F  ☐ G |
| 2.489 | Medical Information Management Solutions, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.490 | Medical Information Management Solutions, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.491 | Medical Information Management Solutions, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D  ☐ E/F  ☐ G |
| 2.492 | Medical Information Management Solutions, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D  ☑ E/F  ☐ G |
| 2.493 | MSO Newco, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.494 | MSO Newco, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D  ☐ E/F  ☐ G |

Debtor  Envision Physician Services, LLC                                    Case number (If known): _____23-90498_____

Name

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.495 | MSO Newco, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.496 | MSO Newco, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.497 | NAC Properties, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.498 | NAC Properties, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.499 | NAC Properties, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.500 | NAC Properties, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.501 | New Generations Babee Bag, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.502 | New Generations Babee Bag, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |

Debtor  Envision Physician Services, LLC                                    Case number (If known):    23-90498

Name

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.503 | New Generations Babee Bag, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.504 | New Generations Babee Bag, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.505 | North Florida Anesthesia Consultants, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.506 | North Florida Anesthesia Consultants, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.507 | North Florida Anesthesia Consultants, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.508 | North Florida Anesthesia Consultants, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.509 | North Florida Perinatal Associates, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.510 | North Florida Perinatal Associates, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |

Debtor   Envision Physician Services, LLC
Name

Case number (If known):   23-90498

---

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.511 | North Florida Perinatal Associates, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.512 | North Florida Perinatal Associates, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.513 | Northwood Anesthesia Associates, L.L.C. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.514 | Northwood Anesthesia Associates, L.L.C. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.515 | Northwood Anesthesia Associates, L.L.C. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.516 | Northwood Anesthesia Associates, L.L.C. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.517 | Parity Healthcare, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.518 | Parity Healthcare, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |

Debtor   Envision Physician Services, LLC                                    Case number (If known):   23-90498

Name

| | | Additional Page if Debtor Has More Codebtors | | | |
|---|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.519 | Parity Healthcare, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.520 | Parity Healthcare, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D<br>☑ E/F<br>☐ G |
| 2.521 | Partners in Medical Billing, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.522 | Partners in Medical Billing, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.523 | Partners in Medical Billing, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.524 | Partners in Medical Billing, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D<br>☑ E/F<br>☐ G |
| 2.525 | Phoenix Business Systems, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.526 | Phoenix Business Systems, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D<br>☐ E/F<br>☐ G |

Debtor   Envision Physician Services, LLC                                      Case number (If known):   23-90498
Name

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.527 | Phoenix Business Systems, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D  ☐ E/F  ☐ G |
| 2.528 | Phoenix Business Systems, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D  ☑ E/F  ☐ G |
| 2.529 | Phoenix Physicians, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.530 | Phoenix Physicians, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.531 | Phoenix Physicians, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D  ☐ E/F  ☐ G |
| 2.532 | Phoenix Physicians, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D  ☑ E/F  ☐ G |
| 2.533 | Physician Account Management, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.534 | Physician Account Management, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D  ☐ E/F  ☐ G |

Debtor   Envision Physician Services, LLC                                      Case number (If known): _____ 23-90498 _____
         Name

| | | **Additional Page if Debtor Has More Codebtors** |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.535 | Physician Account Management, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.536 | Physician Account Management, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.537 | Physician Office Partners, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.538 | Physician Office Partners, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.539 | Physician Office Partners, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.540 | Physician Office Partners, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.541 | Pinnacle Consultants Mid-Atlantic, L.L.C. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.542 | Pinnacle Consultants Mid-Atlantic, L.L.C. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |

Debtor   Envision Physician Services, LLC                                   Case number (If known):   23-90498

Name

| | | **Additional Page if Debtor Has More Codebtors** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.543 | Pinnacle Consultants Mid-Atlantic, L.L.C. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.544 | Pinnacle Consultants Mid-Atlantic, L.L.C. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.545 | Practice Account Management Services, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.546 | Practice Account Management Services, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.547 | Practice Account Management Services, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.548 | Practice Account Management Services, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.549 | Proven Healthcare Solutions of New Jersey, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.550 | Proven Healthcare Solutions of New Jersey, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |

Debtor   Envision Physician Services, LLC                          Case number (If known):        23-90498

Name

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.551 | Proven Healthcare Solutions of New Jersey, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.552 | Proven Healthcare Solutions of New Jersey, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.553 | Provider Account Management, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.554 | Provider Account Management, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.555 | Provider Account Management, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.556 | Provider Account Management, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.557 | QRx Medical Management, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.558 | QRx Medical Management, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |

Debtor   Envision Physician Services, LLC
Name

Case number (If known):   23-90498

| | **Additional Page if Debtor Has More Codebtors** | | | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
|---|---|---|---|---|
| 2.559 | QRx Medical Management, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.560 | QRx Medical Management, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D<br>☑ E/F<br>☐ G |
| 2.561 | Radiology Staffing Solutions, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.562 | Radiology Staffing Solutions, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.563 | Radiology Staffing Solutions, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.564 | Radiology Staffing Solutions, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D<br>☑ E/F<br>☐ G |
| 2.565 | Radstaffing Management Solutions, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.566 | Radstaffing Management Solutions, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D<br>☐ E/F<br>☐ G |

**Schedule H: Codebtors**

Debtor   Envision Physician Services, LLC                                    Case number (If known):_____23-90498_____

Name

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.567 | Radstaffing Management Solutions, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.568 | Radstaffing Management Solutions, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.569 | Reimbursement Technologies, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.570 | Reimbursement Technologies, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.571 | Reimbursement Technologies, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.572 | Reimbursement Technologies, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.573 | Rose Radiology, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.574 | Rose Radiology, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |

Debtor   Envision Physician Services, LLC                                                     Case number (If known):        23-90498
         Name

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.575 | Rose Radiology, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.576 | Rose Radiology, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.577 | Sentinel Healthcare Services, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.578 | Sentinel Healthcare Services, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.579 | Sentinel Healthcare Services, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.580 | Sentinel Healthcare Services, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.581 | Sheridan Anesthesia Services of Alabama, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.582 | Sheridan Anesthesia Services of Alabama, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |

Debtor  Envision Physician Services, LLC                                    Case number (If known):     23-90498
        Name

| | Additional Page if Debtor Has More Codebtors |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.583 | Sheridan Anesthesia Services of Alabama, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.584 | Sheridan Anesthesia Services of Alabama, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.585 | Sheridan Anesthesia Services of Louisiana, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.586 | Sheridan Anesthesia Services of Louisiana, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.587 | Sheridan Anesthesia Services of Louisiana, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.588 | Sheridan Anesthesia Services of Louisiana, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.589 | Sheridan Anesthesia Services of Virginia, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.590 | Sheridan Anesthesia Services of Virginia, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |

Debtor   Envision Physician Services, LLC                                         Case number (If known):    23-90498
         Name

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.591 | Sheridan Anesthesia Services of Virginia, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.592 | Sheridan Anesthesia Services of Virginia, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D<br>☑ E/F<br>☐ G |
| 2.593 | Sheridan CADR Solutions, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.594 | Sheridan CADR Solutions, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.595 | Sheridan CADR Solutions, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.596 | Sheridan CADR Solutions, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D<br>☑ E/F<br>☐ G |
| 2.597 | Sheridan Children's Healthcare Services of Arizona, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.598 | Sheridan Children's Healthcare Services of Arizona, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D<br>☐ E/F<br>☐ G |

Debtor   Envision Physician Services, LLC                                     Case number (If known): ___23-90498___
         Name

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.599 | Sheridan Children's Healthcare Services of Arizona, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D  ☐ E/F  ☐ G |
| 2.600 | Sheridan Children's Healthcare Services of Arizona, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D  ☑ E/F  ☐ G |
| 2.601 | Sheridan Children's Healthcare Services of Kentucky, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.602 | Sheridan Children's Healthcare Services of Kentucky, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.603 | Sheridan Children's Healthcare Services of Kentucky, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D  ☐ E/F  ☐ G |
| 2.604 | Sheridan Children's Healthcare Services of Kentucky, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D  ☑ E/F  ☐ G |
| 2.605 | Sheridan Children's Healthcare Services of Louisiana, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.606 | Sheridan Children's Healthcare Services of Louisiana, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D  ☐ E/F  ☐ G |

Debtor   Envision Physician Services, LLC                                    Case number (If known):      23-90498
Name

| | | **Additional Page if Debtor Has More Codebtors** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- | --- |
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.607 | Sheridan Children's Healthcare Services of Louisiana, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.608 | Sheridan Children's Healthcare Services of Louisiana, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D<br>☑ E/F<br>☐ G |
| 2.609 | Sheridan Children's Healthcare Services of New Mexico, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.610 | Sheridan Children's Healthcare Services of New Mexico, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.611 | Sheridan Children's Healthcare Services of New Mexico, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.612 | Sheridan Children's Healthcare Services of New Mexico, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D<br>☑ E/F<br>☐ G |
| 2.613 | Sheridan Children's Healthcare Services of Ohio, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.614 | Sheridan Children's Healthcare Services of Ohio, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D<br>☐ E/F<br>☐ G |

Debtor   Envision Physician Services, LLC                                    Case number (If known):        23-90498

Name

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.615 | Sheridan Children's Healthcare Services of Ohio, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.616 | Sheridan Children's Healthcare Services of Ohio, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.617 | Sheridan Children's Healthcare Services of Virginia, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.618 | Sheridan Children's Healthcare Services of Virginia, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.619 | Sheridan Children's Healthcare Services of Virginia, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.620 | Sheridan Children's Healthcare Services of Virginia, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.621 | Sheridan Children's Healthcare Services, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.622 | Sheridan Children's Healthcare Services, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |

Debtor   Envision Physician Services, LLC                              Case number (If known):   23-90498
Name

| | Additional Page if Debtor Has More Codebtors |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.623 | Sheridan Children's Healthcare Services, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.624 | Sheridan Children's Healthcare Services, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.625 | Sheridan Children's Services of Alabama, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.626 | Sheridan Children's Services of Alabama, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.627 | Sheridan Children's Services of Alabama, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.628 | Sheridan Children's Services of Alabama, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.629 | Sheridan Emergency Physician Services of Missouri, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.630 | Sheridan Emergency Physician Services of Missouri, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |

Debtor   Envision Physician Services, LLC                                        Case number (If known):      23-90498

Name

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.631 | Sheridan Emergency Physician Services of Missouri, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D  ☐ E/F  ☐ G |
| 2.632 | Sheridan Emergency Physician Services of Missouri, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D  ☑ E/F  ☐ G |
| 2.633 | Sheridan Emergency Physician Services of North Missouri, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.634 | Sheridan Emergency Physician Services of North Missouri, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.635 | Sheridan Emergency Physician Services of North Missouri, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D  ☐ E/F  ☐ G |
| 2.636 | Sheridan Emergency Physician Services of North Missouri, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D  ☑ E/F  ☐ G |
| 2.637 | Sheridan Emergency Physician Services of South Florida, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.638 | Sheridan Emergency Physician Services of South Florida, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D  ☐ E/F  ☐ G |

Debtor   Envision Physician Services, LLC                                   Case number (If known):   23-90498

Name

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.639 | Sheridan Emergency Physician Services of South Florida, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.640 | Sheridan Emergency Physician Services of South Florida, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.641 | Sheridan Emergency Physician Services, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.642 | Sheridan Emergency Physician Services, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.643 | Sheridan Emergency Physician Services, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.644 | Sheridan Emergency Physician Services, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.645 | Sheridan Healthcare of Louisiana, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.646 | Sheridan Healthcare of Louisiana, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |

Debtor   Envision Physician Services, LLC
Name

Case number (If known): 23-90498

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.647 | Sheridan Healthcare of Louisiana, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.648 | Sheridan Healthcare of Louisiana, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.649 | Sheridan Healthcare of Missouri, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.650 | Sheridan Healthcare of Missouri, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.651 | Sheridan Healthcare of Missouri, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.652 | Sheridan Healthcare of Missouri, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.653 | Sheridan Healthcare of Vermont, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.654 | Sheridan Healthcare of Vermont, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |

Debtor   Envision Physician Services, LLC
Name                                                                      Case number (If known):      23-90498

| | **Additional Page if Debtor Has More Codebtors** | | | |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.655 | Sheridan Healthcare of Vermont, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D  ☐ E/F  ☐ G |
| 2.656 | Sheridan Healthcare of Vermont, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D  ☑ E/F  ☐ G |
| 2.657 | Sheridan Healthcare of Virginia, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.658 | Sheridan Healthcare of Virginia, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.659 | Sheridan Healthcare of Virginia, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D  ☐ E/F  ☐ G |
| 2.660 | Sheridan Healthcare of Virginia, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D  ☑ E/F  ☐ G |
| 2.661 | Sheridan Healthcare of West Virginia, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.662 | Sheridan Healthcare of West Virginia, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D  ☐ E/F  ☐ G |

Debtor  Envision Physician Services, LLC                                    Case number (If known):    23-90498
        Name

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.663 | Sheridan Healthcare of West Virginia, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.664 | Sheridan Healthcare of West Virginia, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.665 | Sheridan Healthcare, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.666 | Sheridan Healthcare, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.667 | Sheridan Healthcare, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.668 | Sheridan Healthcare, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.669 | Sheridan Healthcorp of California, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.670 | Sheridan Healthcorp of California, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |

Debtor    Envision Physician Services, LLC                                    Case number (If known):    23-90498
          Name

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.671 | Sheridan Healthcorp of California, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.672 | Sheridan Healthcorp of California, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.673 | Sheridan Healthcorp, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.674 | Sheridan Healthcorp, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.675 | Sheridan Healthcorp, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.676 | Sheridan Healthcorp, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.677 | Sheridan Healthy Hearing Services, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.678 | Sheridan Healthy Hearing Services, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |

Debtor   Envision Physician Services, LLC                              Case number (If known):    23-90498
         Name

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.679 | Sheridan Healthy Hearing Services, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.680 | Sheridan Healthy Hearing Services, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.681 | Sheridan Holdings, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.682 | Sheridan Holdings, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.683 | Sheridan Holdings, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.684 | Sheridan Holdings, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.685 | Sheridan Hospitalist Services of Florida, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.686 | Sheridan Hospitalist Services of Florida, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |

Debtor  Envision Physician Services, LLC                              Case number (If known):    23-90498

Name

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.687 | Sheridan Hospitalist Services of Florida, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.688 | Sheridan Hospitalist Services of Florida, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.689 | Sheridan InvestCo, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.690 | Sheridan InvestCo, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.691 | Sheridan InvestCo, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.692 | Sheridan InvestCo, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.693 | Sheridan Leadership Academy, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.694 | Sheridan Leadership Academy, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |

Debtor  Envision Physician Services, LLC                          Case number (If known):    23-90498

Name

| | **Additional Page if Debtor Has More Codebtors** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.695 | Sheridan Leadership Academy, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.696 | Sheridan Leadership Academy, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.697 | Sheridan Radiology Management Services, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.698 | Sheridan Radiology Management Services, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.699 | Sheridan Radiology Management Services, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.700 | Sheridan Radiology Management Services, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.701 | Sheridan Radiology Services, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.702 | Sheridan Radiology Services, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |

Debtor  Envision Physician Services, LLC                    Case number (If known):    23-90498

Name

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.703 | Sheridan Radiology Services, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.704 | Sheridan Radiology Services, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.705 | Sheridan ROP Services of Alabama, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.706 | Sheridan ROP Services of Alabama, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.707 | Sheridan ROP Services of Alabama, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.708 | Sheridan ROP Services of Alabama, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.709 | Sheridan ROP Services of Florida, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.710 | Sheridan ROP Services of Florida, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |

Debtor   Envision Physician Services, LLC                                    Case number (If known):   23-90498
          Name

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.711 | Sheridan ROP Services of Florida, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.712 | Sheridan ROP Services of Florida, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.713 | Sheridan ROP Services of Virginia, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.714 | Sheridan ROP Services of Virginia, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.715 | Sheridan ROP Services of Virginia, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.716 | Sheridan ROP Services of Virginia, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.717 | SHI II, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.718 | SHI II, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |

Debtor   Envision Physician Services, LLC

Name

Case number (If known):   23-90498

---

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.719 | SHI II, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.720 | SHI II, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.721 | Southeast Perinatal Associates, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.722 | Southeast Perinatal Associates, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.723 | Southeast Perinatal Associates, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.724 | Southeast Perinatal Associates, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.725 | Spotlight Holdco LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.726 | Spotlight Holdco LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |

Debtor   Envision Physician Services, LLC                                    Case number (If known):      23-90498
Name

| | | Additional Page if Debtor Has More Codebtors | | |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.727 | Spotlight Holdco LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.728 | Spotlight Holdco LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D<br>☑ E/F<br>☐ G |
| 2.729 | St. Lucie Anesthesia Associates, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.730 | St. Lucie Anesthesia Associates, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.731 | St. Lucie Anesthesia Associates, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.732 | St. Lucie Anesthesia Associates, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D<br>☑ E/F<br>☐ G |
| 2.733 | Streamlined Medical Solutions LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.734 | Streamlined Medical Solutions LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D<br>☐ E/F<br>☐ G |

Debtor   Envision Physician Services, LLC                                    Case number (If known):   23-90498
         Name

| | Additional Page if Debtor Has More Codebtors |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.735 | Streamlined Medical Solutions LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.736 | Streamlined Medical Solutions LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.737 | Sun Devil Acquisition LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.738 | Sun Devil Acquisition LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.739 | Sun Devil Acquisition LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.740 | Sun Devil Acquisition LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.741 | Sunbeam Asset LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.742 | Sunbeam Asset LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |

Debtor  Envision Physician Services, LLC                                      Case number (If known):      23-90498

Name

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.743 | Sunbeam Asset LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.744 | Sunbeam Asset LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.745 | Templeton Readings, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.746 | Templeton Readings, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.747 | Templeton Readings, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.748 | Templeton Readings, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.749 | Tennessee Valley Neonatology, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.750 | Tennessee Valley Neonatology, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |

Debtor   Envision Physician Services, LLC                                    Case number (If known):      23-90498

Name

| | **Additional Page if Debtor Has More Codebtors** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.751 | Tennessee Valley Neonatology, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.752 | Tennessee Valley Neonatology, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.753 | Tiva Healthcare, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.754 | Tiva Healthcare, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.755 | Tiva Healthcare, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.756 | Tiva Healthcare, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.757 | Valley Anesthesiology Consultants, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.758 | Valley Anesthesiology Consultants, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |

Debtor   Envision Physician Services, LLC                                    Case number (If known):   23-90498

Name

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.759 | Valley Anesthesiology Consultants, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.760 | Valley Anesthesiology Consultants, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.761 | Valley Clinical Research, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.762 | Valley Clinical Research, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |
| 2.763 | Valley Clinical Research, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.764 | Valley Clinical Research, Inc. | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.765 | West Fairview Emergency Physicians, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | AMSURG, LLC | ☑ D ☐ E/F ☐ G |
| 2.766 | West Fairview Emergency Physicians, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | ANKURA TRUST COMPANY, LLC | ☑ D ☐ E/F ☐ G |

Debtor  Envision Physician Services, LLC
Name

Case number (If known): 23-90498

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.767 | West Fairview Emergency Physicians, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.768 | West Fairview Emergency Physicians, LLC | 1A BURTON HILLS BOULEVARD NASHVILLE, TN 37215 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.769 | | | | ☐ D ☐ E/F ☐ G |
| 2.770 | | | | ☐ D ☐ E/F ☐ G |
| 2.771 | | | | ☐ D ☐ E/F ☐ G |
| 2.772 | | | | ☐ D ☐ E/F ☐ G |
| 2.773 | | | | ☐ D ☐ E/F ☐ G |
| 2.774 | | | | ☐ D ☐ E/F ☐ G |

Official Form 206H

**Schedule H: Codebtors**

**Fill in this information to identify the case and this filing:**

Debtor name   Envision Physician Services, LLC

United States Bankruptcy Court for the:   Southern District of Texas, Houston Division

Case number (If known)   23-90498

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders*  (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/30/2023
         MM / DD / YYYY

**X** /s/ Henry Howe
Signature of individual signing on behalf of debtor

Henry Howe
Printed name

EVP and CFO of Envision Healthcare Corporation
Position or relationship to debtor