**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) |
| ENVISION HEALTHCARE CORPORATION, *et al.*,[1] | ) |
| | ) |
| Debtors. | ) |
| | ) |

Chapter 11

Case No. 23-90342 (CML)

(Jointly Administered)

**AFFIDAVIT OF SERVICE**

I, Engels Medina, depose and say that I am employed by Kroll Restructuring Administration LLC ("**_Kroll_**"), the claims, noticing and solicitation agent for the Debtors in the above-captioned chapter 11 cases.

On October 6, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served by the method set forth on the Master Service List attached hereto as **Exhibit A**:

- Third Amended Joint Chapter 11 Plan of Reorganization of the EVPS Debtors [Docket No. 1603]

- Third Amended Joint Chapter 11 Plan of Reorganization of the AmSurg Debtors [Docket No. 1604]

*[Remainder of page intentionally left blank]*

---

[1]  A complete list of each of the Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Envision. The Debtors' service address is 1A Burton Hills Boulevard, Nashville, Tennessee 37215.

Dated: October 11, 2023

*/s/ Engels Medina*
Engels Medina

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on October 11, 2023, by Engels Medina, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ Cindy C. Hosein-Mohan*
Notary Public, State of New York
No. 01HO6295177
Qualified in Nassau County
Commission Expires December 30, 2025

SRF 73429

**Exhibit A**

Exhibit A
Master Service List
Served as set forth below



Exhibit A
Master Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| COUNSEL TO HCA-EMS HOLDINGS, LLC | CLEARY GOTTLIEB STEEN & HAMILTON LLP | ATTN: LISA M. SCHWEITZER, HOORI KIM, DAVID Z. SCHWARTZ<br>ONE LIBERTY PLAZA<br>NEW YORK NY 10006 | LSCHWEITZER@CGSH.COM<br>HOKIM@CGSH.COM<br>DSCHWARTZ@CGSH.COM | Email |
| COMMONWEALTH OF PUERTO RICO | COMMONWEALTH OF PUERTO RICO | ATTENTION BANKRUPTCY DEPT<br>APARTADO 9020192<br>SAN JUAN PR 00902-0192 | | First Class Mail |
| LENDERS UNDER THE RCF AGENT | CREDIT SUISSE AG, CAYMAN ISLANDS BRANCH | ATTN: LOAN OPERATIONS - AGENCY MANAGER<br>ELEVEN MADISON AVENUE<br>8TH FLOOR<br>NEW YORK NY 10010 | AGENCY.LOANOPS@CREDIT-SUISSE.COM | Email |
| COUNSEL TO THE LENDERS UNDER THE RCF AGENT AND CREDIT SUISSE, AS AMSURG RCF AGENT | DAVIS POLK & WARDWELL LLP | ATTN: BRIAN RESNICK, MICHAEL PERA<br>450 LEXINGTON AVENUE<br>NEW YORK NY 10017 | BRIAN.RESNICK@DAVISPOLK.COM<br>MICHAEL.PERA@DAVISPOLK.COM | Email |
| COUNSEL TO CITIBANK, N.A., AS ADMINISTRATIVE AGENT, THE ABL AGENT | DAVIS POLK & WARDWELL LLP | ATTN: KENNETH STEINBERG, ELI VONNEGUT<br>450 LEXINGTON AVENUE<br>NEW YORK NY 10017 | KENNETH.STEINBERG@DAVISPOLK.COM, ELI.VONNEGUT@DAVISPOLK.COM | Email |
| COUNSEL FOR AD HOC GROUP OF UNSECURED BONDHOLDERS | DECHERT LLP | ATTN: STEPHEN D. ZIDE, ERIC HILMO<br>1095 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036-6797 | STEPHEN.ZIDE@DECHERT.COM<br>ERIC.HILMO@DECHERT.COM | Email |
| COUNSEL TO FDS CONSHOHOCKEN, LLC | DLA PIPER LLP (US) | ATTN: ANDREW B. ZOLLINGER<br>1900 NORTH PEARL STREET<br>SUITE 2200<br>DALLAS TX 75201 | ANDREW.ZOLLINGER@US.DLAPIPER.COM | Email |
| COUNSEL TO FDS CONSHOHOCKEN, LLC | DLA PIPER LLP (US) | ATTN: RICHARD M. KREMEN, VIRGINIA R. CALLAHAN<br><br>650 SOUTH EXETER STREET<br>SUITE 1100<br>BALTIMORE MD 21202 | RICHARD.KREMEN@US.DLAPIPER.COM<br>VIRGINIA.CALLAHAN@US.DLAPIPER.COM | Email |
| DEBTORS | ENVISION HEALTHCARE CORPORATION | ATTN: ILENE MOORE<br>1A BURTON HILLS BOULEVARD<br>NASHVILLE TN 37215 | ILENE.MOORE@ENVISIONHEALTH.COM | Email |
| UNITED STATES TRUSTEE FOR THE SOUTHERN AND WESTERN DISTRICTS OF TEXAS | FOCUS MANAGEMENT GROUP | ATTN: DANIEL MCMURRAY<br>30725 US HWY 19N PMB 330<br>PALM HARBOR FL 34684 | D.MCMURRAY@FOCUSMG.COM | Email |
| COUNSEL TO MISSOURI DEPARTMENT OF REVENUE | GENERAL COUNSEL'S OFFICE | ATTN: DON COSPER<br>P.O. BOX 475<br>JEFFERSON CITY MO 65105-0475 | BANKRUPTCY@DOR.MO.GOV | First Class Mail and Email |
| COUNSEL TO THE ENVISION AD HOC GROUP | GIBSON, DUNN & CRUTCHER, LLP | ATTN: SCOTT J. GREENBERG, JASON ZACHARY GOLDSTEIN, KEITH R. MARTORANA, DAVID M. FELDMAN, MARY BETH MALONEY, C. LEE WILSON & TOMMY SCHEFFER<br>200 PARK AVENUE<br>NEW YORK NY 10166-0005 | SGREENBERG@GIBSONDUNN.COM<br>DFELDMAN@GIBSONDUNN.COM<br>CLWILSON@GIBSONDUNN.COM<br>MMALONEY@GIBSONDUNN.COM<br>KMARTORANA@GIBSONDUNN.COM<br>JGOLDSTEIN@GIBSONDUNN.COM<br>TSCHEFFER@GIBSONDUNN.COM | Email |
| COUNSEL TO GLOBAL MEDICAL REIT INC., GLOBAL MEDICAL REIT L.P., GMR PORT ST. LUCIE, LLC, GMR DALLAS NORTH CENTRAL, LLC, AND GMR CHANDLER PECOS II, LLC | GRAY REED | ATTN: AMBER M. CARSON, MICHEAL W. BISHOP<br>1300 POST OAK BLVD<br>SUITE 2000<br>HOUSTON TX 77056 | ACARSON@GRAYREED.COM<br>MBISHOP@GRAYREED.COM | Email |
| COUNSEL TO ORACLE AMERICA INC. | HASELDEN FARROW PLLC | ATTN: MELISSA A. HASELDEN, ELYSE M. FARROW<br>PENNZOIL PLACE<br>700 MILAM, SUITE 1300<br>HOUSTON TX 77002 | MHASELDEN@HASELDENFARROW.COM<br>EFARROW@HASELDENFARROW.COM | Email |
| COUNSEL TO GARY BEGEMAN, AS INDEPENDENT DIRECTOR OF THE BOARDS OF ENVISION AND ENTERPRISE PARENT HOLDINGS INC. | HAYNES AND BOONE, LLP | ATTN: CHARLES A. BECKHAM, JR. & DAVID TRAUSCH<br>1221 MCKINNEY STREET, SUITE 4000<br>HOUSTON TX 77010 | CHARLES.BECKHAM@HAYNESBOONE.COM<br>DAVID.TRAUSCH@HAYNESBOONE.COM | Email |
| COUNSEL TO GARY BEGEMAN, AS INDEPENDENT DIRECTOR OF THE BOARDS OF ENVISION AND ENTERPRISE PARENT HOLDINGS INC. | HAYNES AND BOONE, LLP | ATTN: CHARLES M. JONES II & MARTHA WYRICK<br>2323 VICTORY AVENUE, SUITE 700<br>DALLAS TX 75219 | CHARLIE.JONES@HAYNESBOONE.COM<br>MARTHA.WYRICK@HAYNESBOONE.COM | Email |
| COUNSEL TO THE AD HOC GROUP OF FIRST LIEN AMSURG LENDERS | HOLLAND & KNIGHT LLP | ATTN: JOSHUA M. SPENCER<br>150 N. RIVERSIDE PLAZA<br>SUITE 2700<br>CHICAGO IL 60606 | JOSHUA.SPENCER@HKLAW.COM | Email |

Exhibit A
Master Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| COUNSEL TO HCA-EMS HOLDINGS, LLC | HOLLAND & KNIGHT LLP | ATTN: MARK C. TAYLOR<br>100 CONGRESS AVENUE<br>SUITE 1800<br>AUSTIN TX 78701 | MARK.TAYLOR@HKLAW.COM | Email |
| COUNSEL TO AHS MANAGEMENT COMPANY, INC.<br>D/B/A ARDENT HEALTH SERVICES ("AHS") | HOLLAND & KNIGHT, LLP | ATTN: ERIC J. TAUBE, WILLIAM R. "TRIP" NIX<br>100 CONGRESS AVE., SUITE 1800<br>AUSTIN TX 78701 | ERIC.TAUBE@HKLAW.COM<br>TRIP.NIX@HKLAW.COM | Email |
| COUNSEL TO DENISE LEWIS | HUGHES, WALTERS & ASKANASE, L.L.P. | ATTN: DOMINIQUE VARNER, MICHAEL WEEMS<br>1201 LOUISIANA, 28TH FLOOR<br>HOUSTON TX 77002 | DVARNER@HWA.COM<br>MWEEMS@HWA.COM | Email |
| COUNSEL TO CITIBANK, N.A., AS ADMINISTRATIVE AGENT | HUNTON ANDREWS KURTH LLP | ATTN: TIMOTHY A. ("TAD") DAVIDSON II, ASHLEY L. HARPER & PHILIP M. GUFFY<br>600 TRAVIS STREET, SUITE 4200<br>HOUSTON TX 77002 | TADDAVIDSON@HUNTONAK.COM<br>ASHLEYHARPER@HUNTONAK.COM<br>PGUFFY@HUNTONAK.COM | Email |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST.<br>PHILADELPHIA PA 19104-5016 | | First Class Mail |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | | First Class Mail |
| COUNSEL TO THE DEBTORS | JACKSON WALKER | ATTN: MATTHEW D. CAVENAUGH, REBECCA BLAKE CHAIKIN, VIEENA ANAYA, JAVIER GONZALEZ<br>1401 MCKINNEY STREET<br>SUITE 1900<br>HOUSTON  TX 77010 | RCHAIKIN@JW.COM<br>VANAYA@JW.COM<br>JGONZALEZ@JW.COM | Email |
| COUNSEL TO RLI INSURANCE COMPANY ("RLI") | JENNINGS HAUG KELEHER MCLEOD, LLP | ATTN: ALANA L. PORRAZZO<br>2800 N. CENTRAL AVENUE<br>SUITE 1800<br>PHOENIX AZ 85004 | ALP@JHKMLAW.COM | Email |
| COUNSEL TO BAY VISTA OFFICE, LLC | JOHNSON, POPE, BOKOR, RUPPEL & BURNS LLP | ATTN: ANGELINA E. LIM<br>401 E. JACKSON STREET<br>SUITE 3100<br>TAMPA FL 33602 | | First Class Mail |
| COUNSEL TO THE INDIVIDUAL INSUREDS | JONES DAY | ATTN: PAUL M. GREEN<br>717 TEXAS<br>SUITE 3300<br>HOUSTON TX 77002 | PMGREEN@JONESDAY.COM | Email |
| COUNSEL TO PAMELA CORRIE AND HARVEY TEPNER, IN THEIR CAPACITY AS THE INDEPENDENT MANAGERS ON THE BOARDS OF MANAGERS OF AMSURG HOLDCO, LLC AND AMSURG, LLC | KATTEN MUCHIN ROSENMAN LLP | ATTN: JOHN E. MITCHELL<br>2121 NORTH PEARL STREET<br>SUITE 1100<br>DALLAS TX 75201-2591 | JOHN.MITCHELL@KATTEN.COM | Email |
| COUNSEL TO PAMELA CORRIE AND HARVEY TEPNER, IN THEIR CAPACITY AS THE INDEPENDENT MANAGERS ON THE BOARDS OF MANAGERS OF AMSURG HOLDCO, LLC AND AMSURG, LLC | KATTEN MUCHIN ROSENMAN LLP | ATTN: STEVEN J. REISMAN<br>50 ROCKEFELLER PLAZA<br>NEW YORK NY 10020-1605 | SREISMAN@KATTEN.COM<br>CGIGLIO@KATTEN.COM | Email |
| COUNSEL TO ANKURA TRUST COMPANY, LLC, IN ITS CAPACITY AS ENVISION TERM LOAN FACILITY AGENT | KILPATRICK TOWNSEND & STOCKTON LLP | ATTN: DANIEL F. SHANK<br>TC ENERGY CENTER<br>700 LOUISIANA STREET, SUITE 4300<br>HOUSTON TX 77002 | DSHANK@KILPATRICKTOWNSEND.COM | Email |
| COUNSEL TO THE ENVISION AD HOC GROUP | KILPATRICK TOWNSEND & STOCKTON LLP | ATTN: ROBERT B. SHAW<br>1100 PEACHTREE STREET NE<br>SUITE 2800<br>ATLANTA GA 30309-4528 | RSHAW@KILPATRICKTOWNSEND.COM | Email |
| COUNSEL TO ANKURA TRUST COMPANY, LLC, IN ITS CAPACITY AS ENVISION TERM LOAN FACILITY AGENT | KILPATRICK TOWNSEND & STOCKTON LLP | ATTN: TODD C. MEYERS<br>1100 PEACHTREE STREET NE, SUITE 2800<br>ATLANTA GA 30309-4528 | TMEYERS@KILPATRICKTOWNSEND.COM | Email |
| COUNSEL TO ANKURA TRUST COMPANY, LLC, IN ITS CAPACITY AS ENVISION TERM LOAN FACILITY AGENT | KILPATRICK TOWNSEND & STOCKTON LLP | ATTN: TODD C. MEYERS & GIANFRANCO FINIZIO<br>1114 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036 | TMEYERS@KILPATRICKTOWNSEND.COM<br>GFINIZIO@KILPATRICKTOWNSEND.COM | Email |
| COUNSEL TO THE DEBTORS | KIRKLAND & ELLIS LLP | ATTN: JOHN R. LUZE<br>300 NORTH LASALLE STREET<br>CHICAGO IL 60654 | JOHN.LUZE@KIRKLAND.COM | Email |
| COUNSEL TO THE DEBTORS | KIRKLAND & ELLIS LLP | ATTN: JOSHUA SUSSBERG, NICOLE L. GREENBLATT<br>601 LEXINGTON AVENUE<br>NEW YORK NY 10022 | JSUSSBERG@KIRKLAND.COM<br>NGREENBLATT@KIRKLAND.COM | Email |
| COUNSEL FOR RIGHT MANAGEMENT, INC. | KOHNER, MANN & KAILAS, S.C. | ATTN: SAMUEL C. WISOTZKEY<br>WASHINGTON BUILDING BARNABAS BUSINESS CENTER<br>4650 NORTH PORT WASHINGTON ROAD<br>MILWAUKEE WI 53212 | SWISOTZKEY@KMKSC.COM | Email |

Exhibit A
Master Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| COUNSEL TO RADIAN HEALTHCARE | LAW OFFICE OF PATRICIA WILLIAMS PREWITT | ATTN: PATRICIA WILLIAMS PREWITT<br>2456 FM 112<br>TAYLOR TX 76574 | PATTI@PPREWITTLAW.COM | Email |
| COUNSEL TO MCLENNAN COUNTY | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: DIANE W. SANDERS<br>PO BOX 17428<br>AUSTIN TX 78760-7428 | AUSTIN.BANKRUPTCY@LGBS.COM | Email |
| COUNSEL TO BEXAR COUNTY | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: DON STECKER<br>112 E. PECAN STREET, SUITE 2200<br>SAN ANTONIO TX 78205 | SANANTONIO.BANKRUPTCY@LGBS.COM | Email |
| COUNSEL TO CITY OF FRISCO, LEWISVILLE ISD AND DALLAS COUNTY | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: JOHN KENDRICK TURNER<br>2777 N. STEMMONS FREEWAY<br>SUITE 1000<br>DALLAS TX 75207 | DALLAS.BANKRUPTCY@LGBS.COM | Email |
| COUNSEL TO MONTGOMERY COUNTY AND HARRIS COUNTY | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: TARA L. GRUNDEMEIER<br>PO BOX 3064<br>HOUSTON TX 77253-3064 | HOUSTON_BANKRUPTCY@LGBS.COM | Email |
| COUNSEL TO AHS STAFFING | LIZ GEORGE AND ASSOCIATES, PLLC | ATTN: LYSBETH GEORGE, OBA<br>8101 S. WALKER, STE. F<br>OKLAHOMA OK 73139 | LIZ@GEORGELAWOK.COM | Email |
| COUNSEL TO BURNET CENTRAL APPRAISAL DISTRICT | MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | ATTN: JULIE ANNE PARSONS<br>P.O. BOX 1269<br>ROUND ROCK TX 78680 | JPARSONS@MVBALAW.COM | Email |
| COUNSEL TO THE COUNTY OF DENTON, TEXAS<br>CENTRAL APPRAISAL DISTRICT OF TAYLOR COUNTY | MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | ATTN: JULIE ANNE PARSONS<br>P.O. BOX 1269<br>ROUND ROCK TX 78680 | JPARSONS@MVBALAW.COM | Email |
| COUNSEL TO THE AD HOC GROUP OF AMSURG LENDERS | MCGUIREWOODS LLP | ATTN: CASSANDRA SEPANIK SHOEMAKER<br>2000 MCKINNEY AVE., STE. 1400<br>DALLAS TX 75201 | CSHOEMAKER@MCGUIREWOODS.COM | Email |
| COUNSEL TO THE AD HOC GROUP OF AMSURG LENDERS | MCGUIREWOODS LLP | ATTN: DEMETRA LIGGINS, ANDREW C. PAPA<br>845 TEXAS AVE., 24TH FLOOR<br>HOUSTON TX 77002 | DLIGGINS@MCGUIREWOODS.COM<br>APAPA@MCGUIREWOODS.COM | Email |
| COUNSEL FOR PEERSOURCE PARTNERS, LLC | MERRICK SHANER & BERNSTEIN, LLC | ATTN: JOSEPH T. BERNSTEIN<br>4600 SOUTH SYRACUSE STREET<br>9TH FLOOR<br>DENVER CO 80237 | JTB@MSBFIRM.COM | Email |
| COUNSEL TO THE AD HOC GROUP OF AMSURG LENDERS | MILBANK LLP | ATTN: DENNIS F. DUNNE, SAMUEL A. KHALIL, MICHAEL W. PRICE<br>55 HUDSON YARDS<br>NEW YORK NY 10001 | DDUNNE@MILBANK.COM<br>SKHALIL@MILBANK.COM<br>MPRICE@MILBANK.COM | Email |
| COUNSEL TO SOFTTEK INTEGRATION SYSTEMS, INC. | MILLER, CANFIELD, PADDOCK AND STONE, P.L.C. | ATTN: MARC N. SWANSON, RONALD A. SPINNER<br>150 W. JEFFERSON AVENUE, SUITE 2500<br>DETROIT MI 48226 | SWANSONM@MILLERCANFIELD.COM<br>SPINNER@MILLERCANFIELD.COM | Email |
| COUNSEL TO THE ENVISION AD HOC GROUP | MUNSCH HARDT KOPF & HARR, P.C. | ATTN: JOHN D. CORNWELL, BRENDA L. FUNK<br>700 MILAM STREET, SUITE 800<br>HOUSTON TX 77002-2806 | JCORNWELL@MUNSCH.COM<br>BFUNK@MUNSCH.COM | Email |
| COUNSEL TO DANIEL MCMURRAY, IN HIS CAPACITY AS PATIENT CARE OMBUDSMAN | NEUBERT, PEPE & MONTEITH, P.C. | ATTN: MARK I. FISHMAN<br>195 CHURCH STREET<br>13TH FLOOR<br>NEW HAVEN CT 06510 | MFISHMAN@NPMLAW.COM | Email |
| COUNSEL TO FUNDS AND ACCOUNTS MANAGED BY KOHLBERG KRAVIS ROBERTS & CO. L.P. | NORTON ROSE FULBRIGHT US LLP | ATTN: BOB B. BRUNER, JASON L. BOLAND & MARIA MOKRZYCKA<br>1301 MCKINNEY STREET, SUITE 5100<br>HOUSTON TX 77010 | BOB.BRUNER@NORTONROSEFULBRIGHT.COM<br>JASON.BOLAND@NORTONROSEFULBRIGHT.COM<br>MARIA.MOKRZYCKA@NORTONROSEFULBRIGHT.COM | Email |
| COUNSEL TO ENVISION HEALTHCARE CORPORATION | OFFERMAN & KING, L.L.P. | ATTN: JAMES W. KING<br>6420 WELLINGTON PLACE<br>BEAUMONT TX 77706 | | First Class Mail |
| COUNSEL TO THE TEXAS WORKFORCE COMMISSION ("TWC") | OFFICE OF THE ASSISTANT ATTORNEY GENERAL OF TEXAS | C/O SHERRI K. SIMPSON<br>ATTN: CHRISTPHER S. MURPHY<br>P.O. BOX 12548<br>AUSTIN TX 78711-2548 | CHRISTOPHER.MURPHY@OAG.TEXAS.GOV<br>SHERRI.SIMPSON@OAG.TEXAS.GOV | Email |
| OFFICE OF THE ATTORNEY GENERAL GUAM | OFFICE OF THE ATTORNEY GENERAL GUAM | ATTENTION BANKRUPTCY DEPT<br>590 S. MARINE CORPS DR.<br>SUITE 901<br>TAMUNING GU 96913 | ADMINISTRATION@OAGGUAM.ORG | Email |
| COUNSEL TO TEXAS HEALTH AND HUMAN SERVICES COMMISSION, THE UNCLAIMED PROPERTY DIVISION OF THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | OFFICE OF THE ATTORNEY GENERAL OF TEXAS | C/O BANKRUPTCY & COLLECTIONS DIVISION<br>ATTN: LAYLA D. MILLIGAN, ROMA N. DESAI<br>P. O. BOX 12548<br>AUSTIN TX 78711-2548 | LAYLA.MILLIGAN@OAG.TEXAS.GOV<br>ROMA.DESAI@OAG.TEXAS.GOV | Email |

Exhibit A
Master Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| UNITED STATES TRUSTEE SOUTHERN DISTRICT OF TEXAS | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: CHRISTOPHER ROSS TRAVIS<br>515 RUSK STREET<br>STE. 3516<br>HOUSTON TX 77002 | C.ROSS.TRAVIS@USDOJ.GOV | Email |
| UNITED STATES TRUSTEE SOUTHERN DISTRICT OF TEXAS | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: HA MINH NGUYEN<br>515 RUSK STREET<br>STE. 3516<br>HOUSTON TX 77002 | HA.NGUYEN@USDOJ.GOV | Email |
| COUNSEL TO LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA, LIUNA NATIONAL (INDUSTRIAL) PENSION FUND, LIUNA STAFF & AFFILIATES PENSION FUND, CENTRAL LABORERS' PENSION FUND, AND UNITED FOOD AND COMMERCIAL WORKERS UNION LOCAL 655 FOOD EMPLOYERS JOINT PENSION FUND (COLLECTIVELY, "CLASS REPRESENTATIVES") | OTTERBOURG P.C. | ATTN: MELANIE L. CYGANOWSKI, ESQ., JENNIFER S. FEENEY, ESQ., DAVID A. CASTLEMAN, ESQ., MICHAEL R. MAIZEL, ESQ.<br>230 PARK AVENUE<br>NEW YORK NY 10169 | MCYGANOWSKI@OTTERBOURG.COM<br>JFEENEY@OTTERBOURG.COM<br>DCASTLEMAN@OTTERBOURG.COM<br>MMAIZEL@OTTERBOURG.COM | Email |
| COUNSEL TO MICHAEL PARSONS (HEREINAFTER "MOVANT") | PADFIELD & STOUT, L.L.P. | ATTN: CHRISTOPHER V. ARISCO<br>420 THROCKMORTON STREET<br>SUITE 1210<br>FORT WORTH TX 76102 | CARISCO@PADFIELDSTOUT.COM | Email |
| COUNSEL TO KKR AND FUNDS AND ACCOUNTS MANAGED BY KOHLBERG KRAVIS ROBERTS & CO. L.P. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: BRIAN S. HERMANN, BRIAN BOLIN, JACOB A. ADLERSTEIN & KAREN R. ZEITUNI<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK NY 10019 | BHERMANN@PAULWEISS.COM<br>BBOLIN@PAULWEISS.COM<br>JADLERSTEIN@PAULWEISS.COM<br>KZEITUNI@PAULWEISS.COM | Email |
| COUNSEL TO SPRING INDEPENDENT SCHOOL DISTRICT, WESTADOR MUNICIPAL UTILITY DISTRICT AND CLEAR CREEK INDEPENDENT SCHOOL DISTRICT | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: MELISSA E. VALDEZ<br>1235 NORTH LOOP WEST<br>SUITE 600<br>HOUSTON TX 77008 | MVALDEZ@PBFCM.COM | Email |
| COUNSEL TO CREDIT SUISSE, AS AMSURG RCF AGENT | PORTER HEDGES LLP | ATTN: JOHN F. HIGGINS & AARON J. POWER<br>1000 MAIN STREET, 36TH FLOOR<br>HOUSTON TX 77002-2764 | JHIGGINS@PORTERHEDGES.COM<br>APOWER@PORTERHEDGES.COM | Email |
| COUNSEL TO FLYWIRE HEALTHCARE CORPORATION & FLYWIRE CORPORATION | RAPP & KROCK, PC | ATTN: KENNETH M. KROCK<br>1980 POST OAK BLVD, SUITE 1200<br>HOUSTON TX 77056 | KKROCK@RAPPANDKROCK.COM | Email |
| COUNSEL TO AGS HEALTH, LLC | REED SMITH LLP | ATTN: KEITH M. AURZADA, DEVAN J. DAL COL<br>2850 N. HARWOOD, SUITE 1500<br>DALLAS TX 75201 | KAURZADA@REEDSMITH.COM<br>DDALCOL@REEDSMITH.COM | First Class Mail and Email |
| COUNSEL TO WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF 8.750% SENIOR NOTES DUE 2026 ("WILMINGTON TRUST") | REED SMITH LLP | ATTN: KURT F. GWYNNE, ESQ & JASON D. ANGELO, ESQ<br>1201 NORTH MARKET STREET<br>SUITE 1500<br>WILMINGTON DE 19801 | KGWYNNE@REEDSMITH.COM<br>JANGELO@REEDSMITH.COM | Email |
| COUNSEL TO WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF 8.750% SENIOR NOTES DUE 2026 ("WILMINGTON TRUST") | REED SMITH LLP | ATTN: PAUL D. MOAK, ESQ. & DANIELA MONDRAGON, ESQ.<br>1221 MCKINNEY STREET<br>SUITE 4000<br>HOUSTON TX 77010 | PMOAK@REEDSMITH.COM<br>DMONDRAGON@REEDSMITH.COM | Email |
| COUNSEL TO AMEDISYS, INC. AND AMEDISYS HOLDING, L.L.C. | RICHARDS, LAYTON & FINGER, P.A. | ATTN: DANIEL J. DEFRANCESCHI, DAVID T. QUEROLI, ALEXANDER R. STEIGER<br>ONE RODNEY SQUARE<br>920 N. KING STREET<br>WILMINGTON DE 19801 | DEFRANCESCHI@RLF.COM<br>QUEROLI@RLF.COM<br>STEIGER@RLF.COM | Email |
| COUNSEL TO ALTERA DIGITAL HEALTH, INC. | ROSS, SMITH & BINFORD, PC | ATTN: JASON BINFORD<br>2003 N. LAMAR BLVD., SUITE 100<br>AUSTIN TX 78705 | JASON.BINFORD@RSBFIRM.COM | Email |
| COUNSEL TO INTEGRITY HEALTHCARE LOCUMS LLC | SAUL EWING LLP | ATTN: JORGE GARCIA AND CARMEN CONTRERAS-MARTINEZ<br>701 BRICKELL AVENUE<br>SUITE 1700<br>MIAMI FL 33131 | JORGE.GARCIA@SAUL.COM<br>CARMEN.CONTRERAS-MARTINEZ@SAUL.COM | Email |
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY<br>100 F ST NE<br>WASHINGTON DC 20549 | SECBANKRUPTCY@SEC.GOV<br>NYROBANKRUPTCY@SEC.GOV | Email |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - FORT WORTH OFFICE | DAVID WOODCOCK REGIONAL DIRECTOR<br>BURNETT PLAZA<br>801 CHERRY ST., STE. 1900 UNIT 18<br>FORT WORTH TX 76102 | | First Class Mail |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: BANKRUPTCY DEPARTMENT<br>BROOKFIELD PLACE<br>200 VESEY STREET STE 400<br>NEW YORK NY 10281-1022 | BANKRUPTCYNOTICESCHR@SEC.GOV | Email |

Exhibit A
Master Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| COUNSEL TO THE AMSURG 2L GROUP, THE AMSURG SECOND LIEN TERM LOAN FACILITY AGENT AND THE INTERCOMPANY AGENT | SEWARD & KISSEL LLP | ATTN: GREGORY S. BATEMAN, JOHN R. ASHMEAD & CATHERINE V. LOTEMPIO ONE BATTERY PARK PLAZA NEW YORK NY 10004 | BATEMAN@SEWKIS.COM ASHMEAD@SEWKIS.COM LOTEMPIO@SEWKIS.COM | Email |
| COUNSEL TO GORDON HARRIS AND MASSACHUSETTS GENERAL PHYSICIANS ORGANIZATION, INC. | SHANNON & LEE LLP | ATTN: KYUNG S. LEE AND R. J. SHANNON 700 MILAM STREET STE 1300 HOUSTON TX 77002 | KLEE@SHANNONLEELLP.COM RSHANNON@SHANNONLEELLP.COM | Email |
| COUNSEL TO KFORCE INC. ("KFORCE") AND DAS HEALTH ("DAS") | SHUMAKER, LOOP & KENDRICK, LLP | ATTN: STEVEN M. BERMAN, ESQ. 101 E. KENNEDY BLVD. SUITE 2800 TAMPA FL 33602 | SBERMAN@SHUMAKER.COM BGASAWAY@SHUMAKER.COM | Email |
| COUNSEL TO IPERS GALLERIA NORTH TOWER I, INC. | SINGER & LEVICK, P.C. | ATTN: MICHELLE E. SHRIRO 16200 ADDISON ROAD SUITE 140 ADDISON TX 75001 | MSHRIRO@SINGERLEVICK.COM | Email |
| COUNSEL TO SONG YONG YU | STAGG WABNIK LAW GROUP LLP | ATTN: SCOTT WILLIAM CLARK, ESQ. 401 FRANKLIN AVENUE SUITE 300 GARDEN CITY NY 11530 | SCLARK@STAGGWABNIK.COM | Email |
| STATE OF ALABAMA ATTORNEY GENERAL | STATE OF ALABAMA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT P.O. BOX 300152 MONTGOMERY AL 36130-0152 | | First Class Mail |
| STATE OF ALASKA ATTORNEY GENERAL | STATE OF ALASKA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT P.O. BOX 110300 JUNEAU AK 99811-0300 | ATTORNEY.GENERAL@ALASKA.GOV | Email |
| STATE OF ARIZONA ATTORNEY GENERAL | STATE OF ARIZONA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT 2005 N CENTRAL AVE PHOENIX AZ 85004-2926 | AGINFO@AZAG.GOV | Email |
| STATE OF ARKANSAS ATTORNEY GENERAL | STATE OF ARKANSAS ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT 323 CENTER ST. SUITE 200 LITTLE ROCK AR 72201-2610 | | First Class Mail |
| STATE OF CALIFORNIA ATTORNEY GENERAL | STATE OF CALIFORNIA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT P.O. BOX 944255 SACRAMENTO CA 94244-2550 | BANKRUPTCY@COAG.GOV | Email |
| STATE OF COLORADO ATTORNEY GENERAL | STATE OF COLORADO ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT RALPH L. CARR COLORADO JUDICIAL CENTER 1300 BROADWAY, 10TH FLOOR DENVER CO 80203 | | First Class Mail |
| STATE OF CONNECTICUT ATTORNEY GENERAL | STATE OF CONNECTICUT ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT 165 CAPITOL AVENUE HARTFORD CT 06106 | ATTORNEY.GENERAL@CT.GOV DENISE.MONDELL@CT.GOV | Email |
| STATE OF DELAWARE ATTORNEY GENERAL | STATE OF DELAWARE ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT CARVEL STATE OFFICE BLDG. 820 N. FRENCH ST. WILMINGTON DE 19801 | ATTORNEY.GENERAL@STATE.DE.US | Email |
| STATE OF FLORIDA ATTORNEY GENERAL | STATE OF FLORIDA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT THE CAPITOL, PL 01 TALLAHASSEE FL 32399-1050 | | First Class Mail |
| STATE OF GEORGIA ATTORNEY GENERAL | STATE OF GEORGIA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT 40 CAPITAL SQUARE, SW ATLANTA GA 30334-1300 | | First Class Mail |
| STATE OF HAWAII ATTORNEY GENERAL | STATE OF HAWAII ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT 425 QUEEN ST. HONOLULU HI 96813 | HAWAIIAG@HAWAII.GOV | Email |
| STATE OF IDAHO ATTORNEY GENERAL | STATE OF IDAHO ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT 700 W. JEFFERSON STREET P.O. BOX 83720 BOISE ID 83720-1000 | | First Class Mail |
| STATE OF INDIANA ATTORNEY GENERAL | STATE OF INDIANA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT INDIANA GOVERNMENT CENTER SOUTH 302 W. WASHINGTON ST., 5TH FLOOR INDIANAPOLIS IN 46204 | INFO@ATG.IN.GOV | Email |

Exhibit A
Master Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| STATE OF IOWA ATTORNEY GENERAL | STATE OF IOWA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>1305 E. WALNUT STREET<br>DES MOINES IA 50319 | WEBTEAM@AG.IOWA.GOV | Email |
| STATE OF KANSAS ATTORNEY GENERAL | STATE OF KANSAS ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>120 SW 10TH AVE., 2ND FLOOR<br>TOPEKA  KS 66612-1597 | | First Class Mail |
| STATE OF KENTUCKY ATTORNEY GENERAL | STATE OF KENTUCKY ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>700 CAPITOL AVENUE, SUITE 118<br>FRANKFORT  KY 40601 | | First Class Mail |
| STATE OF LOUISIANA ATTORNEY GENERAL | STATE OF LOUISIANA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>P.O. BOX 94095<br>BATON ROUGE LA 70804-4095 | CONSUMERINFO@AG.STATE.LA.US | Email |
| STATE OF MAINE ATTORNEY GENERAL | STATE OF MAINE ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>6 STATE HOUSE STATION<br>AUGUSTA  ME 04333-0000 | CONSUMER.MEDIATION@MAINE.GOV | Email |
| STATE OF MARYLAND ATTORNEY GENERAL | STATE OF MARYLAND ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>200 ST. PAUL PLACE<br>BALTIMORE MD 21202-2202 | OAG@OAG.STATE.MD.US | Email |
| STATE OF MASSACHUSETTS ATTORNEY GENERAL | STATE OF MASSACHUSETTS ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>ONE ASHBURTON PLACE<br>BOSTON  MA 02108-1698 | AGO@STATE.MA.US | Email |
| STATE OF MICHIGAN ATTORNEY GENERAL | STATE OF MICHIGAN ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>G. MENNEN WILLIAMS BUILDING, 7TH FLOOR<br>525 W. OTTAWA ST., P.O. BOX 30212<br>LANSING MI 48909-0212 | MIAG@MICHIGAN.GOV | Email |
| STATE OF MINNESOTA ATTORNEY GENERAL | STATE OF MINNESOTA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>1400 BREMER TOWER<br>445 MINNESOTA STREET<br>ST. PAUL MN 55101-2131 | | First Class Mail |
| STATE OF MISSISSIPPI ATTORNEY GENERAL | STATE OF MISSISSIPPI ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>WALTER SILLERS BUILDING<br>550 HIGH STREET, SUITE 1200, P.O. BOX 220<br>JACKSON MS 39201 | | First Class Mail |
| STATE OF MISSOURI ATTORNEY GENERAL | STATE OF MISSOURI ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>SUPREME COURT BUILDING<br>207 W. HIGH ST.<br>JEFFERSON CITY MO 65102 | ATTORNEY.GENERAL@AGO.MO.GOV | Email |
| STATE OF MONTANA ATTORNEY GENERAL | STATE OF MONTANA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>215 N SANDERS, THIRD FLOOR<br>PO BOX 201401<br>HELENA MT 59620-1401 | CONTACTDOJ@MT.GOV | Email |
| STATE OF NEBRASKA ATTORNEY GENERAL | STATE OF NEBRASKA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>2115 STATE CAPITOL<br>2ND FL, RM 2115<br>LINCOLN NE 68509-8920 | AGO.INFO.HELP@NEBRASKA.GOV | Email |
| STATE OF NEVADA ATTORNEY GENERAL | STATE OF NEVADA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>100 NORTH CARSON STREET<br>CARSON CITY NV 89701 | AGINFO@AG.NV.GOV | Email |
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>33 CAPITOL ST.<br>CONCORD NH 03301-0000 | ATTORNEYGENERAL@DOJ.NH.GOV | Email |
| STATE OF NEW MEXICO ATTORNEY GENERAL | STATE OF NEW MEXICO ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>P.O. DRAWER 1508<br>SANTA FE NM 87504-1508 | | First Class Mail |
| STATE OF NEW YORK ATTORNEY GENERAL | STATE OF NEW YORK ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>THE CAPITOL<br>ALBANY  NY 12224-0341 | | First Class Mail |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>9001 MAIL SERVICE CENTER<br>RALEIGH NC 27699-9001 | | First Class Mail |
| STATE OF NORTH DAKOTA ATTORNEY GENERAL | STATE OF NORTH DAKOTA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>STATE CAPITOL<br>600 E BOULEVARD AVE DEPT 125<br>BISMARCK ND 58505-0040 | NDAG@ND.GOV | Email |

Exhibit A
Master Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| STATE OF OHIO ATTORNEY GENERAL | STATE OF OHIO ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>30 E. BROAD ST., 14TH FLOOR<br>COLUMBUS OH 43215 | | First Class Mail |
| STATE OF OKLAHOMA ATTORNEY GENERAL | STATE OF OKLAHOMA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>313 NE 21ST STREET<br>OKLAHOMA CITY OK 73105 | | First Class Mail |
| STATE OF OREGON ATTORNEY GENERAL | STATE OF OREGON ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>1162 COURT STREET NE<br>SALEM OR 97301 | CONSUMER.HOTLINE@DOJ.STATE.OR.US | Email |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | STATE OF PENNSYLVANIA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>STRAWBERRY SQUARE<br>16TH FLOOR<br>HARRISBURG PA 17120 | | First Class Mail |
| STATE OF RHODE ISLAND ATTORNEY GENERAL | STATE OF RHODE ISLAND ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>150 SOUTH MAIN STREET<br>PROVIDENCE RI 02903-0000 | | First Class Mail |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL | STATE OF SOUTH CAROLINA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>P.O. BOX 11549<br>COLUMBIA SC 29211-1549 | | First Class Mail |
| STATE OF SOUTH DAKOTA ATTORNEY GENERAL | STATE OF SOUTH DAKOTA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>1302 EAST HIGHWAY 14<br>SUITE 1<br>PIERRE SD 57501-8501 | CONSUMERHELP@STATE.SD.US | Email |
| STATE OF TENNESSEE ATTORNEY GENERAL | STATE OF TENNESSEE ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>P.O. BOX 20207<br>NASHVILLE TN 37202-0207 | CONSUMER.AFFAIRS@TN.GOV | Email |
| STATE OF TEXAS ATTORNEY GENERAL | STATE OF TEXAS ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>CAPITOL STATION<br>PO BOX 12548<br>AUSTIN TX 78711-2548 | PUBLIC.INFORMATION@OAG.STATE.TX.US | Email |
| STATE OF TEXAS ATTORNEY GENERAL | STATE OF TEXAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>CAPITOL STATION<br>PO BOX 12548<br>AUSTIN TX 78711-2548 | PUBLIC.INFORMATION@OAG.STATE.TX.US | Email |
| STATE OF UTAH ATTORNEY GENERAL | STATE OF UTAH ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>PO BOX 142320<br>SALT LAKE CITY UT 84114-2320 | UAG@UTAH.GOV | Email |
| STATE OF VERMONT ATTORNEY GENERAL | STATE OF VERMONT ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>109 STATE ST.<br>MONTPELIER VT 05609-1001 | AGO.BANKRUPTCIES@VERMONT.GOV | Email |
| STATE OF VIRGINIA ATTORNEY GENERAL | STATE OF VIRGINIA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>900 EAST MAIN STREET<br>RICHMOND VA 23219 | | First Class Mail |
| STATE OF WASHINGTON ATTORNEY GENERAL | STATE OF WASHINGTON ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>1125 WASHINGTON ST. SE<br>P.O. BOX 40100<br>OLYMPIA WA 98504-0100 | | First Class Mail |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL | STATE OF WEST VIRGINIA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>STATE CAPITOL BLDG 1 ROOM E 26<br>CHARLESTON WV 25305 | CONSUMER@WVAGO.GOV | Email |
| STATE OF WISCONSIN ATTORNEY GENERAL | STATE OF WISCONSIN ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>WISCONSIN DEPARTMENT OF JUSTICE<br>STATE CAPITOL, ROOM 114 EAST, P. O. BOX 7857<br>MADISON WI 53707-7857 | | First Class Mail |
| STATE OF WYOMING ATTORNEY GENERAL | STATE OF WYOMING ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>123 CAPITOL BUILDING<br>200 W. 24TH STREET<br>CHEYENNE WY 82002 | | First Class Mail |
| COUNSEL TO THE PRESIDIO NETWORKED SOLUTIONS, INC. | THOMPSON, O'BRIEN, KAPPLER & NASUTI, P.C. | ATTN: MICHAEL B. PUGH<br>2 SUN COURT, SUITE 400<br>PEACHTREE CORNERS GA 30092 | MPUGH@TOKN.COM | Email |
| TN DEPT OF TREASURY - UNCLAIMED PROPERTY | TN ATTORNEY GENERAL'S OFFICE, BANKRUPTCY DIVISION | ATTENTION BANKRUPTCY DEPT<br>P.O. BOX 20207<br>NASHVILLE TN 37202-0207 | | First Class Mail |

Exhibit A
Master Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| COUNSEL TO THERMO FISHER SCIENTIFIC | TUCKER ARENSBERG, P.C. | ATTN: BEVERLY WEISS MANNE<br>1500 ONE PPG PLACE<br>PITTSBURGH PA 15222 | BMANNE@TUCKERLAW.COM | Email |
| COUNSEL TO CLIFFORD RETAIL CENTER, LLC | UNDERWOOD LAW FIRM, P.C. | ATTN: SAMANTHA ESPINO, CARA KENNEMER<br>P.O. BOX 9158<br>AMARILLO TX 79105-9158 | SAMANTHA.ESPINO@UWLAW.COM<br>CARA.KENNEMER@UWLAW.COM | Email |
| UNITED STATES OF AMERICA ATTORNEY GENERAL | UNITED STATES OF AMERICA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20530-0001 | | First Class Mail |
| US ATTORNEY FOR THE SOUTHERN DISTRICT OF TEXAS | US ATTORNEY FOR SOUTHERN DISTRICT OF TEXAS | ATTN: JENNIFER LOWERY, ACTING U.S. ATTORNEY<br>ONE SHORELINE PLAZA SOUTH TOWER<br>800 N SHORELINE BLVD STE. 500<br>CORPUS CHRISTI TX 78401 | USATXS.ATTY@USDOJ.GOV | Email |
| WASHINGTON DC ATTORNEY GENERAL | WASHINGTON DC ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>441 4TH STREET, NW<br>WASHINGTON DC 20001 | OAG@DC.GOV | Email |
| COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS | WHITE & CASE LLP | ATTN: CHARLES R. KOSTER<br>609 MAIN STREET<br>SUITE 2900<br>HOUSTON TX 77002 | CKOSTER@WHITECASE.COM | Email |
| COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ENVISION HEALTHCARE CORPORATION (THE "COMMITTEE") | WHITE & CASE LLP | ATTN: SAMUEL P. HERSHEY, J. CHRISTOPHER SHORE, HARRISON DENMAN<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020 | SAM.HERSHEY@WHITECASE.COM<br>CSHORE@WHITECASE.COM<br>HARRISON.DENMAN@WHITECASE.COM | Email |
| COUNSEL TO THE UNSECURED NOTES GROUP AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS | WHITE & CASE LLP | ATTN: THOMAS LAURIA<br>SOUTHEAST FINANCIAL CENTER<br>200 SOUTH BISCAYNE BOULEVARD, SUITE 4900<br>MIAMI FL 33131 | TLAURIA@WHITECASE.COM | Email |
| COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS | WHITE & CASE LLP | ATTN: WILLIAM A. GUERRIERI<br>111 SOUTH WACKER DRIVE<br>SUITE 5100<br>CHICAGO IL 60606 | WILLIAM.GUERRIERI@WHITECASE.COM | Email |
| AMSURG 2L GROUP, THE AMSURG SECOND LIEN TERM LOAN FACILITY AGENT AND THE INTERCOMPANY AGENT | WILMINGTON SAVINGS FUND SOCIETY, FSB, AS THE AMINISTRATIVE AGENT | ATTN: PATRICK J. HEALY & GLOBAL CAPITAL MARKETS<br>500 DELAWARE AVENUE, 11TH FLOOR<br>P.O. BOX 957<br>WILMINGTON DE 19899 | PHEALY@WSFSBANK.COM<br>GLEWIS@WSFSBANK.COM<br>ADMINAGENCYMO@WSFBANK.COM | Email |
| UNSECURED NOTES GROUP | WILMINGTON TRUST, NATIONAL ASSOCIATION | ATTN: ENVISION HEALTHCARE ADMINSTRATOR<br>246 GOOSE LANE<br>SUITE 1205<br>GUILFORD CT 06437 | | First Class Mail |
| COUNSEL TO WAYSTAR INC. | WINSTEAD PC | ATTN: SEAN B. DAVIS, STEFFEN R. SOWELL<br>600 TRAVIS STREET<br>SUITE 5200<br>HOUSTON TX 77002 | SBDAVIS@WINSTEAD.COM<br>SSOWELL@WINSTEAD.COM | Email |