United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 16, 2024
Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |
|---|---|
| In re: | ) ) Chapter 11 |
| ENVISION HEALTHCARE CORPORATION, *et al.*,[1] | ) ) Case No. 23-90342 (CML) ) ) |
| Reorganized Debtors. | ) (Jointly Administered) ) Re: Docket No. 1908 |

**ORDER SUSTAINING REORGANIZED DEBTORS'
SECOND OMNIBUS OBJECTION TO CERTAIN
PROOFS OF CLAIM (AMENDED CLAIMS, EXACT DUPLICATE CLAIMS, AND
FULLY SATISFIED CLAIMS)**

Upon the objection (the "Objection")[2] of the above-captioned Reorganized Debtors seeking entry of an order (this "Order") disallowing: the Amended Claims, identified on **Schedule 1** attached hereto; the Exact Duplicate Claims, identified on **Schedule 2** attached hereto; and the Fully Satisfied Claims, identified on **Schedule 3** attached hereto; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Objection is in the best interests of the Reorganized Debtors' estates, their creditors, and other parties in interest; and this Court having found support for this Objection in the Sielinski Declaration; and this Court having found

---

[1] A complete list of each of the Reorganized Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Envision. The Reorganized Debtors' service address is 1A Burton Hills Boulevard, Nashville, Tennessee 37215.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

that the Reorganized Debtors' notice of the Objection and opportunity for a hearing on the Objection were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Objection; and this Court having determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. Each Amended Claim identified on **Schedule 1** attached to this Order is disallowed in its entirety; *provided* that this Order will not affect the Remaining Amended Claims identified on **Schedule 1** attached hereto; *provided, further*, that nothing herein affects the Reorganized Debtors' rights to object to any Remaining Amended Claims on any applicable grounds.

2. Each Exact Duplicate Claim identified on **Schedule 2** attached to this Order is disallowed in its entirety; *provided* that this Order will not affect the Remaining Duplicate Claims identified on **Schedule 2** attached hereto; *provided, further*, that nothing herein affects the Reorganized Debtors' rights to object to any Remaining Duplicate Claims on any applicable grounds.

3. Each Fully Satisfied Claim identified on **Schedule 3** attached to this Order is disallowed in its entirety.

4. Kroll Restructuring Administration LLC, as claims, noticing and solicitation agent, is authorized and directed to update the claims register maintained in these chapter 11 cases to reflect the relief granted in this Order.

5. To the extent a response is filed regarding any Objected Claim, each such Objected Claim, and the Objection as it pertains to such Objected Claim, will constitute a separate contested

matter as contemplated by Bankruptcy Rule 9014. This Order will be deemed a separate order with respect to each Objected Claim.

6. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (a) an admission as to the validity of any prepetition claim, including the Remaining Claims, against a Reorganized Debtor entity; (b) a waiver of the Reorganized Debtors' rights to dispute any prepetition claim, including the Remaining Claims, on any grounds; (c) a promise or requirement to pay any prepetition claim; (d) an implication or admission that any particular claim is of a type specified in this Objection or any order granting the relief requested by this Objection; (e) a request or authorization to assume any prepetition agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; or (f) a waiver of the Reorganized Debtors' rights under the Bankruptcy Code or any other applicable law.

7. Notice of the Objection as provided therein shall be deemed good and sufficient notice of such Objection, and the requirements of the Bankruptcy Rules and Bankruptcy Local Rules are satisfied by such notice.

8. The Reorganized Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Objection.

9. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed: January 16, 2024

_____
Christopher Lopez
United States Bankruptcy Judge

## Schedule 1

**Amended Claims**

Schedule 1 - Amended Claims
Basis for Objection: See Paragraphs 21-22 of the Objection.

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | AON CONSULTING, INC. 4 OVERLOOK POINT LINCOLNSHIRE, IL 60081 | 07/20/23 | 23-90342 Envision Healthcare Corporation | 217 | $257,196.56 | AON CONSULTING, INC. 4 OVERLOOK POINT LINCOLNSHIRE, IL 60081 | 08/09/23 | 23-90342 Envision Healthcare Corporation | 1207 | $73,749.62 |
| 2 | CERNER CORPORATION C/O BUCHALTER ATTN: SHAWN CHRISTIANSON 425 MARKET STREET, SUITE 2900 SAN FRANCISCO, CA 94015 | 08/04/23 | 23-90342 Envision Healthcare Corporation | 587 | $6,185,338.55 | CERNER CORPORATION C/O BUCHALTER ATTN: SHAWN CHRISTIANSON 425 MARKET STREET, SUITE 2900 SAN FRANCISCO, CA 94105 | 08/04/23 | 23-90342 Envision Healthcare Corporation | 595 | $6,185,338.55 |
| 3 | ORACLE AMERICA, INC. C/O BUCHALTER ATTN: SHAWN CHRISTIANSON 425 MARKET STREET, SUITE 2900 SAN FRANCISCO, CA 94105 | 08/04/23 | 23-90342 Envision Healthcare Corporation | 738 | $2,888,679.00 | ORACLE AMERICA, INC. ("ORACLE") BUCHALTER, A PROFESSIONAL CORPORATION C/O SHAWN M. CHRISTIANSON, ESQ. 425 MARKET ST., SUITE 2900 SAN FRANCISCO, CA 94105 | 11/06/23 | 23-90342 Envision Healthcare Corporation | 1485 | $2,689,182.13 |

1

**Schedule 2**

**Exact Duplicate Claims**

Schedule 2 - Exact Duplicate Claims
Basis for Objection: See Paragraphs 23-24 of the Objection.

| | | CLAIMS TO BE DISALLOWED | | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | SPECTRUM 1600 DUBLIN RD COLUMBUS, OH 43215 | 08/04/23 | 23-90498 Envision Physician Services, LLC | 740 | $244.35 | SPECTRUM 1600 DUBLIN RD COLUMBUS, OH 43215 | 08/07/23 | 23-90498 Envision Physician Services, LLC | 927 | $244.35 |
| 2 | SPECTRUM 1600 DUBLIN RD COLUMBUS, OH 43215 | 08/04/23 | 23-90342 Envision Healthcare Corporation | 764 | $4,196.83 | SPECTRUM 1600 DUBLIN RD COLUMBUS, OH 43215 | 08/07/23 | 23-90342 Envision Healthcare Corporation | 824 | $4,196.83 |

1

## Schedule 3

**Fully Satisfied Claims**

Second Omnibus Objection
Schedule 3 - Satisfied Claims
Basis for Objection: See Paragraph 25 of the Objection.

| # | NAME | DATE FILED | CASE NUMBER / DEBTOR | SCHEDULED CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | ABILITY NETWORK INC<br>PO BOX 856015<br>MINNEAPOLIS, MN 55485-6015<br>UNITED STATES | 06/30/2023 | 23-90342<br>Envision Healthcare Corporation | 5305415 | $8,152.18 | Scheduled claim asserts an amount of $8,152.18 for unpaid invoices. Claim has been satisfied in full pursuant to payment made via check number 160023033 dated 06/30/2023. |
| 2 | ABILITY NETWORK INC<br>PO BOX 856015<br>MINNEAPOLIS, MN 55485-6015<br>UNITED STATES | 06/30/2023 | 23-90375<br>Reimbursement Technologies, Inc. | 7588680 | $11,240.38 | Scheduled claim asserts an amount of $11,240.38 for unpaid invoices. Claim has been satisfied in full pursuant to payment made via check number 160023033 dated 06/30/2023. |
| 3 | AON RISK INSURANCE SERVICES WEST INC<br>1900 16TH ST #1000<br>DENVER, CO 80202<br>UNITED STATES | 06/30/2023 | 23-90523<br>EmCare, LLC | 5305360 | $2,241.77 | Scheduled claim asserts an amount of $2,241.77 for unpaid invoices. Claim has been satisfied in full pursuant to payment made via check number 120034412 dated 06/23/2023. |
| 4 | AON RISK INSURANCE SERVICES WEST INC<br>1900 16TH ST #1000<br>DENVER, CO 80202<br>UNITED STATES | 06/30/2023 | 23-90498<br>Envision Physician Services, LLC | 7588257 | $3,492.00 | Scheduled claim asserts an amount of $3,492.00 for unpaid invoices. Claim has been satisfied in full pursuant to payment made via check number 120034412 dated 06/23/2023. |
| 5 | AON RISK SERVICES CENTRAL INC<br>PO BOX 7247-7376<br>PHILADELPHIA, PA 19170-7376<br>UNITED STATES | 06/30/2023 | 23-90523<br>EmCare, LLC | 5305285 | $4,198.97 | Scheduled claim asserts an amount of $4,198.97 for unpaid invoices. Claim has been satisfied in full pursuant to numerous payments made dated 06/23/2023 and 07/14/2023. |
| 6 | AON RISK SERVICES CENTRAL INC<br>PO BOX 7247-7376<br>PHILADELPHIA, PA 19170-7376<br>UNITED STATES | 06/30/2023 | 23-90498<br>Envision Physician Services, LLC | 7588568 | $89,135.81 | Scheduled claim asserts an amount of $89,135.81 for unpaid invoices. Claim has been satisfied in full pursuant to payment made via check number 120041366 dated 09/28/2023. |
| 7 | CHARTER COMMUNICATIONS<br>PO BOX 6030<br>CAROL STREAM, IL 60197-6030<br>UNITED STATES | 06/30/2023 | 23-90523<br>EmCare, LLC | 5305309 | $177.99 | Scheduled claim asserts an amount of $177.99 for unpaid invoices. Claim has been satisfied in full pursuant to payment made via check number 160022859 dated 06/26/2023. |
| 8 | CHARTER COMMUNICATIONS<br>PO BOX 6030<br>CAROL STREAM, IL 60197-6030<br>UNITED STATES | 06/30/2023 | 23-90498<br>Envision Physician Services, LLC | 7587376 | $240.07 | Scheduled claim asserts an amount of $240.07 for unpaid invoices. Claim has been satisfied in full pursuant to payment made via check number 160022859 dated 06/26/2023. |

1

Second Omnibus Objection
Schedule 3 - Satisfied Claims
Basis for Objection: See Paragraph 25 of the Objection.

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | SCHEDULED CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 9 | MEDICAL PROTECTIVE CO 23289 NETWORK PL CHICAGO, IL 60673-1232 UNITED STATES | 06/30/2023 | 23-90523 EmCare, LLC | 5305318 | $89,483.00 | Scheduled claim asserts an amount of $89,483.00 for unpaid invoices. Claim has been satisfied in full pursuant to payment made via check number 160023161 dated 07/10/2023. |
| 10 | VISTA STAFFING SOLUTIONS INC FILE 50834 LOS ANGELES, CA 90074-0834 UNITED STATES | 06/30/2023 | 23-90498 Envision Physician Services, LLC | 7587386 | $25,000.00 | Scheduled claim asserts an amount of $25,000.00 for unpaid invoices. Claim has been satisfied in full pursuant to payment made via check number 120036504 dated 07/26/2023. |
| 11 | VISTA STAFFING SOLUTIONS INC FILE 50834 LOS ANGELES, CA 90074-0834 UNITED STATES | 06/30/2023 | 23-90532 Greater Florida Anesthesiologists, LLC | 7588284 | $22,387.50 | Scheduled claim asserts an amount of $22,387.50 for unpaid invoices. Claim has been satisfied in full pursuant to numerous payments made dated 07/10/2023 and 07/24/2023. |
| 12 | VISTA STAFFING SOLUTIONS INC FILE 50834 LOS ANGELES, CA 90074-0834 UNITED STATES | 06/30/2023 | 23-90474 Sheridan Children's Healthcare Services of Arizona, Inc. | 7588714 | $28,254.50 | Scheduled claim asserts an amount of $28,254.50 for unpaid invoices. Claim has been satisfied in full pursuant to payments made via check numbers 120035386 and 120035381 dated 07/10/2023. |
| 13 | VISTA STAFFING SOLUTIONS INC FILE 50834 LOS ANGELES, CA 90074-0834 UNITED STATES | 06/30/2023 | 23-90376 Sheridan Children's Healthcare Services, Inc. | 7588923 | $4,267.02 | Scheduled claim asserts an amount of $4,267.02 for unpaid invoices. Claim has been satisfied in full pursuant to payment made via check number 120035134 dated 07/05/2023. |
| 14 | VISTA STAFFING SOLUTIONS INC FILE 50834 LOS ANGELES, CA 90074-0834 UNITED STATES | 06/30/2023 | 23-90384 Sheridan Healthcorp, Inc. | 7589168 | $31,887.19 | Scheduled claim asserts an amount of $31,887.19 for unpaid invoices. Claim has been satisfied in full pursuant to numerous payments made dated 07/05/2023 and 07/10/2023. |
| | | | | TOTAL | $320,158.38 | |

2